# **<u>EXHIBIT 1</u>**

**Declaration of Nicolas Agresti Pursuant to 28 U.S.C. § 1746**

I, Nicolas Agresti, hereby declare and state as follows:

1. My name is Nicolas Agresti.  I am 32 years old and live in Miami, Florida.

2. I am an emergency room nurse.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. On or about September 4, 2013, I received a phone call on my cell phone from a man who stated his name was Shaun McGill, with an ID #BR9330, and Mr. McGill said he was a representative of Less Costly Living.

5. Mr. McGill told me Less Costly Living could reduce the interest rates on my credit cards.

6. More specifically, Mr. McGill told me that if I made an upfront payment of $1,295 to Less Costly Living, its representatives would work with my credit card companies and reduce the current interest rates, so that in the long term, the money I paid up front would amount to a $5,000 savings in interest a year.

7. Mr. McGill told me that if I did not see any reduction in the interest rates on my existing credit card accounts, I would be guaranteed a full refund of the $1,295 paid.

8. Additionally, Mr. McGill told me that if I did not see a savings of $5,000 in interest, I would be guaranteed a full refund of the $1,295 paid.

9. I had never submitted a request to a company or an individual to be contacted regarding a credit card interest rate reduction program.

10. During my phone call with Mr. McGill, I decided to sign up for the service by Less Costly Living.  Once I informed Mr. McGill of my decision, he transferred me to another individual, whom he referred to as an "account manager."  The account manager took my credit card payment information and processed the $1,295 payment.  A true and correct copy of my credit card statement reflecting the September 4, 2013 payment in the amount of $1,295 to Less Costly Living is attached hereto as **Exhibit A**.

11. According to my credit card statement reflecting the $1,295 payment on September 4, 2013, the billing descriptor related to the payment was "8558831872LESSCOSTLY MARINA DEL RECA."

12. Approximately one week later, in mid-September 2013, I received an envelope of papers from Less Costly Living, which included the following:

    o  a letter dated September 10, 2013 from Less Costly Living;

**APP. 0002**

- o   a Mission Statement;

- o   a Frequently Asked Questions document;

- o   a Less Costly Living Welcome document, which discussed the following services: "Resource Center," "Legal Care," "Tax Service," "Digital Protection," "Savings Club," and "I.D. Theft Protection," and

- o   an Account Information Form.

True and correct copies of the foregoing documents, except for the Account Information Form, are attached hereto as **Composite Exhibit B**.

13. On the Account Information Form, I filled out information related to my various credit cards, including the bank name, my account number, the balance, the interest rate, my minimum monthly payment, the expiration date, and the "CVC" numbers on the back of the credit card. In approximately the end of October 2013 or early November 2013, I mailed the Account Information Form back to Less Costly Living at the following address: 20437 37th Ave. North, Suite 112, St. Petersburg, FL 33704. I did not keep a copy of the Account Information Form.

14. The Mission Statement from Less Costly Living also included a reference to the guarantee that Mr. McGill initially discussed with me. According to the Mission Statement, "If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf." See the Mission Statement attached as a portion of Composite Exhibit B.

15. During my initial phone call with the Less Costly Living representatives, I was told that it would take ninety (90) days before I would see any interest rate reduction on my credit cards, and that only after ninety (90) days passed, would I be eligible to request a refund.

16. After the initial ninety (90) days passed after being charged the $1295, the interest rates on my credit cards had not been reduced, so I began calling Less Costly Living to get a refund of the $1,295. I called Less Costly Living at the following phone number: (855) 883-1872.

17. On December 19, 2013, I called Less Costly Living at (855) 883-1872 requesting a refund, and spoke with a senior supervisor named Chris Green. Mr. Green told me I instead would have to keep waiting for the ninety (90) days to pass since the date Less Costly Living received the information I mailed to them, and if the guaranteed savings was not met I would still get a 100% refund after this new set of ninety (90) days had passed.

18. On January 23, 2014, I called Less Costly Living at (855) 883-1872 and was told that my "file" was still not complete and to call back on February 5, 2014 to try to get a refund. I was also informed, for the first time, that three billing cycles had to pass since Less Costly Living received my packet of information (including the Account Information Form). During this call, the Less Costly Living representative informed me that Less Costly Living received my packet of information on approximately November 5, 2013. Therefore, he told me I had to wait until February 5, 2014, to try to get a refund.

19. On February 11, 2014, I called Less Costly Living to request my refund because I still had not received any interest rate reduction, and I was informed that the computer was slow that day but my "file" was finally complete, and that before I could request a refund from Less Costly Living I needed to receive the "analysis" from Less Costly Living. The Less Costly Living representative also told me that the "analysis" would be sent to me within seven days, but if I wanted to receive it earlier, I could receive it by email. During this phone call, I gave the Less Costly Living representative my email address because I chose to receive the "analysis" by the faster delivery method – email. During this phone call, I was again informed by the Less Costly Living representative that if the guaranteed savings did not occur, I would receive a 100% refund.

20. I may have called Less Costly Living one more time after the February 11, 2014 call to request a refund because I still had not received any interest rate reduction on my credit cards, and I also had not received the "analysis" by email or mail.

21. On approximately June 27, 2014, I filed a complaint with the Better Business Bureau Serving West Florida related to Less Costly Living (the "BBB Complaint").

22. After I filed the BBB Complaint in June 2014, I received by email the "analysis" from Less Costly Living in July 2014. The "analysis" consisted of a written analysis of my credit card debt and a budget plan, but the "analysis" did not include an interest rate reduction on my credit card debt; this was not the service I purchased from Less Costly Living and I did not receive any actual savings from Less Costly Living.

23. I never received an interest rate reduction on my credit cards through the services I paid for from Less Costly Living.

24. I never received a refund of the $1,295 I paid to Less Costly Living in September 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May  21ST_____, 2015

Nicolas Agresti

# EXHIBIT A

Florida International
University Foundation

NICOLAS H AGRESTI
Account Number:
September 4 - October 2, 2013

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

**Customer Service:**
1.800.780.0701

(1.800.346.3178 TTY)

## Payment Information

New Balance Total
Current Payment Due

Total Minimum Payment Due
Payment Due Date

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$35.00** and your APRs may be increased up to the Penalty APR of **29.99%**.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | | |
| | | (Sav |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

Previous Balance
Payments and Other Credits
Purchases and Adjustments
Fees Charged
Interest Charged

New Balance Total

Total Credit Line
Total Credit Available
Cash Credit Line
Portion of Credit Available for Cash
Statement Closing Date
Days in Billing Cycle

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Payments and Other Credits | | | | |

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Account Number

New Balance Total
Total Minimum Payment Due
Payment Due Date

NICOLAS H AGRESTI

MIAMI FL 33134-3276

Enter payment amount    $

☐ *Check here for a change of mailing address or phone numbers.*
*Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America

EXHIBIT
A



Florida International
University Foundation

September 4 - October 2, 2013
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/04 | 09/05 | 8558831872LESSCOSTLY  MARINA DEL RECA | 6445 | 0353 | 1,295.00 | |
| | | | | | | $1,295.00 |
| | | **Interest Charged** | | | | |
| 10/02 | 10/02 | Interest Charged on Purchases | | | | |
| 10/02 | 10/02 | Interest Charged on Balance Transfers | | | | |
| 10/02 | 10/02 | Interest Charged on Dir Dep&Chk CashAdv | | | | |
| 10/02 | 10/02 | Interest Charged on Bank Cash Advances | | | | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 15.24%V | | | | | |
| Balance Transfers | 15.24%V | | | | | |
| Direct Deposit and Check Cash Advances | 17.99%V | | | | | |
| Bank Cash Advances | 19.24%V | | | | | |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Of Special Interest

BetterMoneyHabits.com - Knowing how to manage your money better has never been more important. Now you can take advantage of free, unbiased, financial education and tools by visiting our new website    BetterMoneyHabits.com (currently available in English only).

# EXHIBIT B



Nicholas Agresti

Miami, FL 33134

Dear Nicholas,                                        September 10, 2013

It is with great enthusiasm that we at Less Costly Living welcome you as a client
to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!


Sincerely,


From our family at **Less Costly Living**



**Less Costly Living**
**20437 37th Ave N Suite 112**
**St. Petersburg, FL 33704**
**855-883-1872**

**EXHIBIT**

**B**

**APP. 0010**





*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A:  By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!



# **EXHIBIT 2**

## Declaration of Patricia Allen Pursuant to 28 U.S.C. § 1746

1. I, Patricia Allen, hereby declare and state as follows:

2. My name is Patricia Allen. I am 72 years old and live in North Highlands, California. I am retired.

3. I have registered to a Do Not Call list.

4. Around May of 2013, I received a call that showed up on my Caller ID as "Customer Service." I picked up the phone and was told that I could have my credit card interest rates lowered to 4% or lower. Thinking it was a legitimate offer, I said that I was interested.

5. The person on the phone then transferred me to someone who told me that they were with the company Insightful Budgeting. This person knew about the credit cards that I currently had as well as the balances on all of my cards. I was told by this representative that it would take 3-4 months for my interest rates to be lowered. The person kept stressing that they could lower any unsecured debt. The person also told me that they might be able to get my credit card interest rates as low as 0%.

6. I decided to sign up because it sounded like a definite guarantee that I would be able to get my rates lowered. The person on the phone made me feel like it wasn't a maybe and that it was going to happen for sure.

7. After agreeing to have my interest rates reduced, I was transferred to someone who handled verification. I then provided my credit card number for my Union Plus Card. The credit limit on my Union Plus Card was $10,800 and my balance at the time I was charged was a little over $9,000.

8. Insightful Budgeting charged my Union Plus Card a total of $795 on May 24, 2013. This charge almost maxed out my credit card.

9. After I purchased the program, I went online and researched the company. I found a lot of complaints about them on the internet.

10. I received a booklet from them afterwards that had some welcome forms as well as forms for me to fill out.

11. I filled out the forms about everything I owed and sent them back to the company at 6860 Gulfport Blvd St. Petersburg, FL.

12. After I sent forms back in June of 2013, I wrote a letter to the company asking about the progress of the negotiations. The letter was ignored. I then called every couple of months to inquire about the negotiations.

13. I tried accessing the website that was provided to me but could not get past the home page. I even tried accessing the website after three months but still could not get in.

14. I called Insightful Budgeting on 2/27/2014 at 9:02AM California time. They claimed that they successfully negotiated a lower interest rate on my behalf. I called both my credit

card companies to confirm their claim. I was told no company had negotiated anything on by behalf and I would have been notified if someone or a company had contacted them on my behalf.

15. After confronting the company and asking them if they had negotiated my cards, they kept telling me that they had and that they were handling it at the corporate level which is why the person I spoke with at my credit card company didn't know about it.

16. Insightful Budgeting would never give me any specific dates or details about the calls they said they were making to my credit card companies. They refused to give me any information. Insightful Budgeting has not or will not provide me with phone numbers, names, or dates of who they contacted to negotiate the interest rates for my credit cards.

17. Eventually, I received a budget plan. The budget plan did not tell me anything new and was something that I was already doing and using in my life. It was a booklet that essentially told me how to pay off my bills faster and it was something I could already get for free on the internet.

18. I began calling the company and asking for a refund but they always refused. In January of 2014, I sent a letter asking for a refund because I contacted my credit companies and asked if there were any inquiries from Insightful Budgeting and was told that there weren't any.

19. The company's minimum saving guarantee states if they fail to meet my minimum savings guarantee and do not provide a substantial saving in interest and finance charges by lowering my interest rates, I would receive a full refund.

20. To date, I have still not received a refund from the company.

21. I tried getting a refund from Union Plus but they told me there was a strict 90 day refund rule and that it had been too long since my transaction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 30_____, 2015

_Patricia Allen_____

Patricia Allen

# **<u>EXHIBIT 3</u>**

## Declaration of Diane Bauer Pursuant to 28 U.S.C. § 1746

I, Diane Bauer, hereby declare and state as follows:

1.      My name is Diane Bauer.  I am 32 years old and I live in Ft. Myers, Florida.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.      In approximately February 2014, I received a call from an individual who said he was calling on behalf of Today's Financial Living ("TFL") and that he was with "Card Member Services," and that for a fee, his company would negotiate with my credit card companies to reduce my credit card interest rates.  At the time I received this phone call, my husband and I had substantial credit card debt for a screen enclosure business we own and operate together.  The individual who called me seemed to know a lot about my credit card debt – he had almost accurate balances within a few hundred dollars for each credit card.  Further, the individual on the phone said that his company was "Card Member Services" for all credit cards, including my major credit cards, and that if I called the number on the back of my credit card, I would reach his company.

4.      The individual on the phone told me that if I purchased TFL's services, I would have a guaranteed savings of $4,000.00 in sixty (60) days or else I would be eligible for a full refund.  I decided to pay the fee and buy the service because of the high credit card debt my husband and I had.  Initially I was told the fee would be $995.00, but there was not enough room on my credit card to charge this amount, so the fee was reduced to $795.00.  During this initial phone call with TFL, I provided the TFL representative with my credit card information and authorized TFL to charge my credit card the $795.00 fee.

5.      According to my Bank of America credit card statement reflecting the $795.00 payment, which had a transaction date of February 6, 2014, the billing descriptor related to the payment is "8776951784 SBS Network Burbank CA."  A true and correct copy of my credit card statement reflecting the $795.00 payment is attached hereto as **Exhibit A**.

6.       Next, a few weeks later I received a welcome packet in the mail from TFL, which included, but was not limited to, the following documents:

     a.   A Todays Financial Living "welcome" document, which describes the following services: a "Resource Center," "Legal Care," "Tax Service," "Digital Protection," "Savings Club" and "I.D. Theft Protection" (the "Welcome Document").  The Welcome Document lists the telephone number for TFR as (877) 634-9809 and the website as www.todaysfinancialliving.com;

     b.   A "Frequently Asked Questions" document; and

     c.   A "Today's Financial Household Budgeting Worksheet".

1

**APP. 0018**

True and correct copies of the Welcome Document, the Frequently Asked Questions document and the Household Budgeting Worksheet (that I filled out and sent back to TFL) are attached hereto as **Composite Exhibit B**.

7.      I sent the filled out Household Budgeting Worksheet back to TFL in April 2014, and I believe I also sent a document with my credit card information to TFL at the same time.

8.      Relatively soon after I sent in my paperwork to TFL, I called TFL at (877) 634-9809 and was told that it would take about three months after I submitted my paperwork to see any results, so I informed them that I would call back in July 2014.

9.      In July 2014, I started making repetitive phone calls to TFL at (877) 634-9809. During most, if not all of these calls, I was put on hold for 35-45 minutes, and after actually reaching a live-person I was told that they are still "processing" my account.  Also, on calls to TFL, I was told that my "analysis" was in the mail, but it never arrived.  On many occasions I was told that my "analysis" was overnighted to me, although it never arrived.

10.      On approximately September 19, 2014, I called TFL at (877) 634-9809 to complain and inquire as to the status of my interest rate reduction, and spoke with a TFL representative who told me his name was Michael Moore.  Mr. Moore told me that I would receive the analysis by email within the next 24 hours.  I received the analysis from TFL by email on or about September 19, 2014.

11.      The analysis" prepared by TFL was not what I paid the $795.00 for, and at this time it was clear to me that TFL had not done anything because there was no movement on my credit card interest rates and there was no analysis of the actual payments I had already made.  Additionally, the analysis included payments to my credit cards that were less than what I was currently paying (even though the analysis did not include reduced interest rates), and this was a red-flag to me because I was paying down my debt more aggressively than the plan in the analysis, and I would have paid off my debt (and therefore paid less interest) faster than what TFL had proposed in the analysis.

12.      On more than one occasion, I called TFL and requested a refund of the $795.00 that I paid.  On or about September 20, 2014, I called TFL at (877) 634-9809 and a man named Eric told me that TFL would issue me a refund within 7-10 business days.  During a different call to TFL at (877) 634-9809, I asked for a refund and was told that it would take another three months to process a refund.  I have never received a refund from TFL of the $795.00 that I paid to TFL.

13.      On approximately September 16, 2014, I filed a Complaint regarding TFL with the Better Business Bureau Serving West Florid.

14.      Towards the end of October 2014, I began disputing the $795.00 payment to TFL with my credit card company, Bank of America.  In approximately November 2014, my credit card company, Bank of America, issued me a refund of the $795.00.

2

15.     I never received an interest rate reduction on my credit cards.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2015


_____

Diane Bauer

3

# **<u>EXHIBIT A</u>**

**BankAmericard** | Power Rewards

**Bank of America**

World MasterCard®

DIANE L BAUER
Account Number
February 6 - March 5, 2014

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

**Customer Service:**
1.800.421.2110

1.800.346.2178 (TTY)

## Payment Information

New Balance Total
Current Payment Due

Total Minimum Payment Due
Payment Due Date ...................................... 4/3/14

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.99%.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 30 years | |
| | 36 months | (Sa |

If you would like information about credit counseling services, call 1-866-300-5238.

## Account Summary

Previous Balance
Payments and Other Credits
Purchases and Adjustments
Fees Charged
Interest Charged

New Balance Total

Total Credit Line
Total Credit Available
Cash Credit Line
Portion of Credit Available for Cash
Statement Closing Date
Days in Billing Cycle

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Account Number

New Balance Total
Total Minimum Payment Due
Payment Due Date

Enter payment amount   $

☐ Check here for a change of mailing address or phone number.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to Bank of America

DIANE L BAUER
FORT MYERS FL 33919-6952

**EXHIBIT A**



BankAmericard | Power

World MasterCard®

Bank of America

February 6 - March 5, 2014
Page 3 of 4

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | |
| 02/06 | 02/08 | 8776951784 SBS NETWORK BURBANK CA | 2972 | 3537 | 795.00 |
| 03/05 | 03/05 | Interest Charged | | | |
| 03/05 | 03/05 | Interest Charged on Purchases | | | |
| 03/05 | 03/05 | Interest Charged on Balance Transfers | | | |
| 03/05 | 03/05 | Interest Charged on Dir Dep&Chk Cash Adv | | | |
| | | Interest Charged on Bank Cash Advances | | | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | |

**2014 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | |

**Important Messages**

Important Notice: Effective 7/1/14, the provider for the complimentary travel, retail and assistance benefits on your card account will change. Additionally, the coverage period for your Price Protection benefit will be increasing from 90 days to 120 days from the date of purchase. The coverage limit per occurrence will also change from $500 to $250 with a maximum of four claims over a 12-month period. For complete terms and conditions, please visit www.benefitinformationcenter.com or call the number on the back of your credit card.

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 10.24%V | | | | $ | |
| Balance Transfers | 10.24%V | | | | $ | |
| Direct Deposit and Check Cash Advances | 15.99%V | | | | $ | |
| Bank Cash Advances | 19.24%V | | | | $ | |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

**Rewards**

BANKAMERICARD POWER REWARDS
795   EARNED THIS MONTH
0   BONUS POINTS THIS MONTH
0   REDEEMED THIS MONTH
1,158   TOTAL AVAILABLE
VISIT BANKOFAMERICA.COM/POWERREWARDS

# **<u>EXHIBIT B</u>**



**EXHIBIT**

**B**



## Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!



# Today's Financial
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurate as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension/Plan Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate/rent | $ |
| Dividends/Investments | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home/Work/School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home/Page/Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In-home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners'/Renters Insurance | $ |
| Education/Tuition/Supplies | $ |
| Personal Care (Hair/Nails) | $ |
| Medical Care (Prescriptions, etc.) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc.) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscriptions | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation (toys/Watercraft, etc.) | $ |
| Real/Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | |
| Total Living Expenses Payments | |
| Total Secured Debts Payments | |
| Total Unsecured Debts Payments | |

---

**Budgeting Notes:**