# EXHIBIT 4

### DECLARATION OF JAMES BEECH
### Pursuant to 28 U.S.C. § 1746

1.    My name is James Beech. I am a citizen of the United States and am over 18 years of age. I live in Grove City, Pennsylvania. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I would testify to the same.

2.    On or about December 15, 2013, I received an unsolicited phone call at my home from a person identifying himself as Brian Harris, a representative for "Card Services." Mr. Harris said that his company printed the credit card that I had been issued and asked if I was interested in obtaining a lower interest rate on my credit card.

3.    I told Mr. Harris that I was interested in lowering the interest rate on my credit card, but that I was skeptical that his company could help because I had already unsuccessfully tried to lower my interest rate. Mr. Harris told me that I was unable to get a lower interest rate because I was trying to go in the front door, but that his company worked through corporate channels and could go in the back door to get me a lower interest rate.

4.    Mr. Harris asked about my current interest rate and told me that I was paying about twice as much as I should be. He said that his company guaranteed that I would receive a lower interest rate on my credit card within 45-60 days.

5.    In addition to guaranteeing me a lower interest rate, Mr. Harris guaranteed me that I would obtain at least $2,500 in savings on my credit card debt if I continued to make the minimum payments on my credit card until the balance was paid off.

6.    Mr. Harris also told me that, as an additional benefit, I would be given access to discounted services including legal care, tax service, and a savings club.

1

7.     Mr. Harris told me that there were no out-of-pocket expenses for the services that his company promised to perform. Instead, Mr. Harris said that my credit card would be charged $895, but that fee would be "absorbed" by the $2,500 in savings that I would receive. Mr. Harris assured me that there was no risk in agreeing to have my credit card charged $895 because his company would refund my money if they did not reduce my interest rate and save me more than enough money to absorb the $895 fee. Mr. Harris also promised me that my monthly payments would not increase, and that the interest rate reduction would be for the life of my account.

8.     Based on Mr. Harris's promises, I accepted the offer and paid over the phone with my Chase credit card. A charge for $895 on December 18, 2013, appeared on my credit card statement as "8776349809TODAYSFINANCI 877-634-9809 FL." A copy of my Chase statement showing this charge is attached as Attachment A.

9.     I was congratulated and told to expect a confirmation of the transaction by email with access to the discounted services that I was promised. I was also told that I would receive by mail "profile" documents to fill out and return, and that I would then receive a "financial analysis." I was told that my account would be administered by "Bigger Budget," operating out of Seminole, Florida, with a mailing address at 13799 Park Bld N, Suite 264 and a phone number at 855-415-5207.

10.    A few days later, I received in the mail a welcome packet, including profile forms I needed to fill out with my personal information and return Bigger Budget. I faxed these forms on January 9, 2014. Attachment B is a copy of the welcome packet that I received, with the profile forms that I filled out and faxed in.

2

11.    Around the 26th of January, I received a letter in the mail from Bigger Budget stating that I had not signed all the documents. I called Bigger Budget to discuss the letter and was told that they had not yet begun to negotiate a lower interest rate for me because they did not have my signature.

12.    Bigger Budget promised that if I returned the documents with all signatures, it would negotiate a lower interest rate within 45-60 days. I also asked about access to the discounted services, and I was told that an access code would be emailed to me.

13.    I faxed Bigger Budget my signature on or about January 27th.

14.    For about the next two months, I called about five times and talked to Bigger Budget representatives to gain access to the promised "discount services." During each call I was assured that I would receive access codes within 24 to 48 hours in my email.

15.    I was not very concerned at first about the promised interest rate reduction or savings because I had been told that it would take 45-60 days from when my signature was received.

16.    After about 45 days had passed, I became concerned because there was no interest rate reduction on my credit card and no savings. I also did not receive the access code for the discount services that I had been promised. I researched Bigger Budget on the Internet and found out that the mailing address was a mailing service firm like UPS. It was at that point that I began to believe that I had been scammed.

17.    I looked Bigger Budget up on a scam investigation website and found that Bigger Budget has a short 365 day contract with the server, with about 280 days used up. I also

3

saw that Bigger Budget is associated with five other webs sites, all with the same one-year contract and amount of time used up.

18.     I called Bigger Budget and asked for a refund but they refused to provide one. Bigger budget also refused to provide me the actual address of its business.

19.     I also decided to call my credit card company, Chase, to see if it had been contacted by Bigger Budget. I called Chase and spoke with a representative who told me that no one had called about an interest rate reduction for my account. The representative also told me that I already had a low interest rate, and that there was not a lower interest rate available for my account.

20.     The representative of Chase said that Chase would charge back the $895 fee that had been made to my account. I received a credit of $895 from Chase to my account in or around April 2014.

21.     I filed complaint a with the Pinellas County Department of Justice and Consumer services about Bigger Budget. Attachment C is a copy of my complaint.

22.     Although I eventually received my money back from Chase, I am still upset with Bigger Budget because it did not keep its promises. My interest rate was not reduced, I did not save at least $2,500 on my credit card debts, Bigger Budget did not refund my money, and I never received access to discount services.

23.     I declare under penalty of perjury that the foregoing is true and correct.

_June 9, 2015_
Date

_James Beech_
James Beech
Grove City, Pennsylvania

4

# **EXHIBIT A**






## ACCOUNT SUMMARY

**Account Number:** ███████



| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | |
| Balance Transfers | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |

| | |
|---|---|
| Opening/Closing Date | 12/04/13 - 01/03/14 |
| Credit Limit | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| Past Due Amount | |
| Balance over the Credit Limit | |



## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $ |
| Payment Due Date | |
| Minimum Payment Due | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 years | |
| ████ | 3 years | |

If you would like information about credit counseling services, call 1-866-797-2885.

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

Previous points balance
+ 1% (1 Pt)/$1 earned on all purchases
+ Bonus points from Ultimate Rewards Mall
= Total points available for redemption



Redeeming your points for cash back is easy! For example, 2,000 points = $20 cash back. To review your reward options visit www.chase.com/freedom

You always earn an unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter, and you'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 spent. Activate for free at chase.com/freedom.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/10 | | |
| 12/10 | | |
| 12/26 | | |
| **PURCHASES** | | |
| 12/10 | | |
| 12/18 | 8776349809TODAYSFINANCI 877-634-9809 FL | 895.00 |
| 12/19 | | |
| 12/19 | | |
| 12/20 | | |
| **INTEREST CHARGED** | | |
| 01/03 | PURCHASE INTEREST CHARGE | |
| | TOTAL INTEREST FOR THIS PERIOD | |

# EXHIBIT B



# Congratulations & welcome to a new financial future!

## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!



APP. 0036

Attachment B



# "Every Battle is Won Before it is Fought"

Sun Tzu, The Art of War

**Attachment B**



You Have Just Taken the First Step
to Lowering Your Financial Obligations!

Attachment B



### igger UDGET

*The path to your financial future!*



## 855-415-5207
## www.biggerbudget.com

## Welcome!

Bigger Budget (BB) is your one stop shop when you are ready to change your financial future. RE provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### Resource Center

The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

### Legal Care

The BB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The BB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast ☑Ensure personal security ☑Optimize your PC automatically ☑Repair problems and errors ☑Clean up system clutter ☑Fix security vulnerabilities ☑Maintain reliability and speed ☑Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D.Theft Protection

The BB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

## Log in and start saving today!







**Attachment B**

APP. 0040



# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

**Attachment B**

```
********************
*** FAX TX REPORT ***
********************

TRANSMISSION OK

JOB NO.              0351
DESTINATION ADDRESS
SUBADDRESS
DESTINATION ID
ST. TIME             01/09 14:51
TX/RX TIME           02' 00
PGS.                 3
RESULT               OK
```

# Bigger Budget
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.



### Monthly Take-Home Income
Salary/Wages
Salary/Wages (Spouse)
Social Security
Military Pay
Pension Plan/Retirement
Interest Income
Alimony/Child Support
Real Estate (rent)
Dividends (investments)
Unemployment/Food Stamps
Royalties/Other Income

**TOTAL INCOME**

### Monthly Secured Debts
Rent (Apartment, etc.)          $
1st Mortgage                    $
2nd Mortgage                    $
Trailer Park Space Rent         $
Student Loans                   $
Auto Loans/Leases               $
Recreation Toys (Watercraft, etc.) $
Past-Due Taxes                  $
Other Secured Debts             $
Other Secured Loans             $

**TOTAL SECURED DEBT**   $

### Monthly Living Expenses
Food (Home, Work, School)       $
Household Items                 $
Clothing                        $
Laundry/Dry Cleaning            $
Telephone (Home, Page, Cell)    $
Internet Service                $
Electric                        $
Gas/Oil                         $
Water/In-home Service           $
Cable TV/Satellite              $
Trash                           $
Auto Gas/Maintenance            $
Auto Insurance                  $
Health & Dental Insurance       $
Life & Disability Insurance     $
Homeowners / Renters Insurance  $
Education (Tuition, Supplies)   $
Personal Care (Hair, Nails)     $
Medical Care (Prescriptions, etc.) $
Child Care (Nanny, Day Care)    $
Children Activities (Sports, etc.) $
Alimony/Child Support           $
Garden/Pool Service             $
Alarm Service                   $
Homeowner Dues                  $
Subscription                    $
Health Club Membership          $
Contributions/Donations         $
Other Expenses (Misc.)          $

**TOTAL EXPENSES**   $

### Monthly Unsecured Debts
Credit Card   _VISA Chase_      $
Credit Card                     $
Credit Card   _Citibank Visa_   $
Credit Card                     $
Credit Card                     $
Credit Card                     $
Personal Loan                   $
Personal Loan                   $
Medical Bills                   $
Other Unsecured Loans           $

**TOTAL UNSECURED DEBT**   $

**Instructions:** Now that you have completed each section take the totals from each section and enter them into the summary of budget below.

### Summary of Budget
Total Take-Home Income          $

Total Living Expenses Payments  $
Total Secured Debts Payments    $
Total Unsecured Debts Payments  $

**Attachment B**

**APP. 0042**

# CLIENT DATA FILE & AUTHORIZATION LETTER



| 1. Primary Account Holder | | | 1. Co-Applicant |
|---|---|---|---|

**Last Name** Beech
**First Name** JAMES
**MI** D

**Date of Birth:** ▇▇
**Social Security Number:** ▇▇

☒ Male ☐ Female

**Address:** ▇▇

**City:** GROVE City

**State:** PA   **Zip Code:** 16127

**Home Phone:** ▇▇

**Cell Phone:** SAME

**Work Phone:** ▇▇

**Email Address:** ▇▇

**Occupation:** ▇▇

**If Self Employed, Name of Business:** ▇▇

**Job Position Held:** OWNER

**Gross Income (Monthly / Weekly):** ▇▇

**Name of Person's Bank:** ▇▇

**Mother's Maiden Name:** ▇▇

I/We are providing Bigger Budget (BB), it's agents and representatives permission to communicate with my/our creditors for the sole purpose of negotiating lower interest rates and that I/we remain primarily obligated to those creditors. Further, I/we understand that in certain circumstances, including but not limited to: balances too close to limits extensive cash advantages or internal policies prohibiting rate reductions, may effect BB's ability or success in reducing such rates. As such, I/we instruct and authorize BB to communicate and negotiate with banks, creditors, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/we would be permitted to do so myself, obtain records, validates and any other supporting documentation related to my/our accounts and to communicate and negotiate the interest rates on those accounts with my/our permission. I/We authorize Bigger Budget (BB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Savings Club, ID Theft Protection. Bigger Budget (BB) is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

*James D Beech*   Jan 9, 2014
Applicant Signature   Date   Co-Applicant Signature

**Attachment B**

APP. 0043

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputing your creditors' information in the following order.

| | |
|---|---|
| 1. Mortgage | 5. Credit Cards |
| 2. Installment Debts (Auto, PWVs, etc.) | 6. Personal Loans |
| 3. Student Loans | 7. Business Loans |
| 4. Medical Bills | 8. Other |

**Primary Holder**   Name _James D. Beech_

1. Creditor _CHASE / VISA_ _____ Account Number [redacted]

Creditor Phone # _1-800 534 3880_

Balance $_6,580 ?_ Rate _11.99_ %    Minimum Monthly Payment _96.00_

Age of Account _5_ years   Expiration Date [redacted]   CVC 3 numbers on back of card [redacted]

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

2. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____ %    Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____   CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

---

**Primary Holder**   Name _____

3. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____ %    Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____   CVC 3 numbers on back of card _____

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

*Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!*   **Attachment B**

# **EXHIBIT C**

PINELLAS COUNTY
DEPT. OF JUSTICE AND CONSUMER SERVICES
631 Chestnut St.
Clearwater, FL. 33756

James D. Beech

Grove City, PA 16127

Business transaction complaint:

Mar. 31, 2014

Around 12-15-13 I received a phone solicitation from a person identifying himself as Brian Harris, a representative for "Card Services" and offered me a service that would reduce my interest rates on my credit cards. The representative informed me that I would save much more in interest charges than the prepaid service fee of $895.00 and a money back guarantee if they couldn't reduce my rate low enough to more than pay for the service fee. He also said that their company works through corporate channels and could get a bigger reduction than I could on my own. Also the service fee would give me access to many discounted services with legal care, tax service, savings club etc.

Not realizing that "Card Services" was not "Cardmember Services", I accepted their offer and was to receive a confirmation of the transaction by email, but it never came. I forgot to check my email for this confirmation until just before I received an email from Chase about the Dec. 19 debit to my account. I would have cancelled than, but it was too late.

I was told that my account would be administered by "Bigger Budget". They operate out of Seminole, Florida with a mailing address at 13799 Park Blvd N, Suite 264. (855)415-5207. The debit to my Chase credit card was made by "Todays Financial Living". ( 877)634-9809. Brian Harris gave me the account confirmation # 1008927.

A few days later in December, I received in the mail a welcome packet describing their services and forms to place personal information to be faxed to them. I faxed them these forms on January 9, 2014. About the 26th of January I received a letter in the mail informing me that some personal information needed for the "budget profile" was missing, (my signature) so I faxed this to them on Jan. 27th. The letter stated that they had made numerous attempts to reach me since Jan 9, but no contact attempt by email or telephone call was ever seen by me. This incident delayed action on their part to begin the process of negotiation the promised interest rate reductions which would be completed in no longer than 45 days.

Within the past two months I have called more than five times and talked to Bigger Budget representatives to gain access to the "discount services" and so far have not been given access. Every time I was assured that I would receive these access codes within 24 to 48 hours in my email. I have no junk mail filters and should have gotten them. Since they were not being posted to my email I asked for the codes to be given to me by phone or US mail, and was refused. Also there has been no apparent action of reducing my credit card interest rates. Chase has never received an inquiry about my account.

The address given for their company is only a mailing service firm , and when I ask them for an actual business address, they would not give it to me. I checked with a scam investigation site and found that Bigger Budget has a short 365 day contract with the server with about 280 days used up. I asked two separate representatives of Bigger Budget how long they were in business, and both answered "ten years". The scam investigation site "scamadviser.com" shows Bigger Budget associated with four other web sites, some with unknown owners and addresses all having the same one year contract with 80% of the contract used. All are hosted by Go Daddy in Scottsdale AZ.
I am wondering if they are all connected in some way. A lot of people are getting paid to run it.

I do have an information packet they sent me, and a letter requesting my signature. I also have a stamped envelope with their mailing address to be used to send back the information. The letter had no signature. No correspondence has a signature. I believe that I have been sold a service that was never intended to be brought to completion, and would like to have them refund me the money.

# EXHIBIT 5

## Declaration of Judith Dianne Charon Pursuant to 28 U.S.C. § 1746

1. I, Judith Dianne Charon, hereby declare and state as follows:

2. My name is Judith Dianne Charon. I am 72 years old and live in Ionia, Michigan. I am retired and work part time as a fashion department retail clerk.

3. My home and cell phone are both registered on the Do Not Call list.

4. Around September of 2013, I received a prerecorded call asking me if I wanted to reduce my credit card interest rate. I was instructed to press a button if I was interested.

5. After pressing the button, a man by the name of Jason White came on the phone, provided me with ID number TP8404, and told me that he was with the company Your Household Budget.

6. I then provided Jason with information about how much credit card debt I had.

7. Jason informed me that Your Household Budget would be able to negotiate a lower interest rate with my credit card company. I was told that I would have the lower interest rate for life.

8. Jason informed me that enrollment into the program would help me pay off my balance three to five times faster and that I would save at least $3,000 and a maximum of $12,867.

9. I was also guaranteed that I would receive a full refund if not satisfied.

10. After agreeing to enroll, my Chase credit card was debited the very same day for $1,095. The charge showed up as "8664607467YRHOUSHLDBUDG 866-460-7467 CA"

11. Approximately a week after the initial call, I received a welcome package in the mail. The package required me to fill out a few documents about my debts and my expenses.

12. Around December of 2013, I completed the forms and sent them to Your Household Budget at 4644 West Gandy Blvd Suite 4-109 Tampa, FL 33611.

13. After mailing the package back, I called the company at 866-460-7467 numerous times to inquire about the interest rate reduction. I was repeatedly told that it was being processed.

14. Around April of 2014 and after being fed up with the company, I called and asked for a full refund of the $1,095. I was told by a representative that they would not issue me a refund because they had not defaulted on what they promised.

15. To date, I am yet to receive a refund from the company.

16. I tried disputing the charge with my credit card company but was unsuccessful.

17. About a few days after my last call with the company, I called and complained to the Florida Attorney General's Office.

18. As a result of their refusing to refund my $1095 or lower the interest rate as promised, I was forced to find an alternative method of attempting to pay off my credit card debt. I ultimately had to liquidate my 401K in order to finish off the upstairs of my property in order to refinance which only caused me more financial stress.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ June 1, _____, 2015

_J. Dianne Charon_____
Judith Dianne Charon

# EXHIBIT 6

**PURSUANT TO 28 USC § 1746**

I, Jackie Y. Clark, declare that:

1.      My name is Jackie Y. Clark. I am over twentyone years of age. I have personal knowledge of the matters contained in this declaration and, if called as a witness, would testify to the same.

2.      I live in Pendleton, South Carolina. I moved in with my disabled mother, Ernestine H. Clark, after the death of my father in 2011.

3.      After I moved in with my mother, she added me as a co-signer to her credit cards. My mother has always had excellent credit, and she added me as co-signer to her credit cards in order to help me build my credit, as well as to allow me to look after her finances.

4.      In or around May 28, 2014, I received a cold-call from someone who identified himself as Zack calling from Card Member Services. Attached hereto as Exhibit "A" is a true and accurate copy of the notes I took during this conversation.

5.      Zach stated that Card Member Services prints credit cards for the credit card companies. He directed me to look at my credit cards and said that I would see that each says "Card Member Services" on it. Zach said that because Card Member Services prints credit cards for the credit card companies, the credit card companies have to go through Card Member Services to get to consumers. Zach also said that because of its role, Card Member Services acts as the middleman between the credit card companies and consumers.

6.      Zach said that because he worked for Card Member Services, he already had access to my mother's credit card information. Zach said that Card Member Services wanted to help people just like my mother, who consistently paid their bills on time, even though they are

1

**APP. 0051**

disabled. Zach said that Card Member Services felt that it was ridiculous that people who consistently paid their credit card bills had such high interest rates and that Card Member Services wanted to help these consumers.

7.      Zach said that in order to help consumers, Card Member Services was starting a new program to lower consumers' credit card payments by negotiating interest rates with credit card companies. He said that Card Member Services would gather fifty or so consumers in similar situations as my mother and who deserved a better interest rate. The company would then negotiate lower interest rates for them as a group. For example, Card Member Services would call a credit card company and tell it that Card Member Services wanted better overall interest rates and payments for the group of consumers. Zach said that the credit card company would agree and would give consumers lower interest rates and payments rather than lose business from consumers who made their payments on time.

8.      Zack told me that after she entered the program, my mother's monthly payments would go down. He said that if Card Member Services did not get the credit card companies to lower her interest rates and payment, I would get my money back.

9.      He said that my mother and I would be offered the lowest possible rate of between 0.9%-5.9% and that the new rate would never increase. He also said there was no sign up fee and no balance transfer fee. He said that, based on the information he had in front of him about how much my mother and I owed, we would save $1,500 in interest and finance charges on our credit card balance and the savings would show up on our next credit card statements.

10.     Zack told me that under the new plan, my Capital One credit card balance of $1,800 would drop to $300 within 30 days of entering the program.

11. I have a bachelor's degree in business, and I consider myself a business-savvy person. I trusted what Zach said about the program because I, too, believed that it wasn't right that my mother was being charged a high interest rate on her credit cards even though she consistently paid her credit card payments month after month. I asked Zach many questions about the program, and I felt like I asked the right questions to make sure that the program was legitimate. I wanted to make sure that the program was not a credit-counseling program but that it would actually modify my mother and my credit card interest rates and lower our payments. Zach specifically told me numerous times that the program was not a credit-counseling program but that it was a credit card interest reduction program and that the program would lower my mother and my monthly payments. My mother was listening to my phone conversation with Zach, and she also agreed that the program sounded legitimate, and that we should sign up for it.

12. Zack told me that to enter the program, I would have to pay an upfront fee of $795.

13. I paid the fee of $795.00 over the phone, using my Capital One credit card, which was the same card that Zach promised would show a reduced balance from $1800 to $300. Zach gave me a confirmation number of 53747 and the code "Hicks." Because I was charging the $795 fee on this same card, Zach told me that my next statement would show a balance of $1095. Attached hereto as Exhibit "B" is a true and accurate copy of my Capital One billing statement for the 31 day cycle ending June 11, 2014. This bill shows the $795 charge placed on my account by Prepared Budgeting.

14. Zack told me that he would send paperwork to me in 5-7 days and that I should fill in the paperwork and send it back. I asked what the paperwork was for, and he said that he already had my and my mother's credit information in front of him, but that the paperwork was needed to give Card Member Services permission to negotiate on our behalf.

3

**APP. 0053**

15.    Zack told me that if I had any questions, I could call him at 1-407-545-7366. He gave me his direct dial extension of 0071 and said his job ID number was 6030. Zack told me that I could call Card Member Service's customer service line Monday through Friday at 1-877-248-5593 if I had any other questions.

16.    On or about June 12, 2014, I received a letter from "Prepared Budgeting," enclosing the paperwork that Zack said I would receive in our earlier phone call. Attached hereto as Exhibit "C" is a true and accurate copy of the letter and paperwork I received from Prepared Budgeting on or about June 12, 2014. This is the first time I had heard the name "Prepared Budgeting," as Zach always used Card Member Services on the phone.

17.    The paperwork identified Prepared Budgeting's address as 4512 W Kennedy Blvd Suite 223, Tampa, FL 33609. The paperwork listed Prepared Budgeting's phone number as 1-877-248-5593, which was the same telephone number that Zach gave me for Card Member Services customer service line during our initial conversation.

18.    As Zach stated on the phone, the paperwork said that Prepared Budgeting did not do credit counseling, but that it negotiated lower interest rates for each unsecured account currently held by its customers. (See Exhibit C). However, the paperwork concerned me. Zach had stated on the phone that Card Member Services had all of my credit card information, but the paperwork I received asked for the CVC numbers on my mother and my credit cards. I felt that if Card Member Services/Prepared Budgeting actually was the company printing credit cards, it would already have my mother and my credit card CVC numbers and would not have to ask for them.

19.    Because of my concerns, I called Capital One, the company who issued the credit card I used to pay the $795 upfront fee, and spoke with the fraud department. The fraud department

said that www.preparedbudgeting.com was the name of the company who billed the $795 to my

credit card. The Capital One representative called Prepared Budgeting to speak with the

company about the charge. I also was present on the call. Prepared Budgeting explained the

charge to Capital One's fraud department representative and what services it provided. The

Capital One representative stated that she had never heard of such a program, but she could not

advise me whether the program was legitimate or not.

20.     After speaking with the Capital One representative and hearing the Prepared Budgeting

representative's explanations, I placed a hold on the $795 charge Prepared Budgeting billed to

my Capital One credit card.

21.     Attached hereto as Exhibit "D" is a true and accurate copy of a June 19, 2014, letter that I

received from Capital One. The letter confirmed that I had disputed the $795 charge billed by

Prepared Budgeting to my credit card account.

22.     Attached hereto as Exhibit "E" is a true and correct copy of my Capital One credit card

billing statement for the 30 day cycle ending July 11, 2014. This billing statement shows that

Capital One reversed the $795 charge billed by Prepared Budgeting.

23.     On or about June 27, 2014, I received a phone call from Zach. He said that my $795

payment had a hold placed on it, and he asked me why. I told him that I was suspicious of the

company, as it asked for the CVC numbers on my mother and my credit cards, and if the

company already had access to our credit card information, they should not need them. I also

said I did not feel comfortable giving that information to his company. Zach placed me on hold

and said he would get his manager. A man who identified himself as "Joseph" got on the phone

and said he was the manager. He said that no one was trying to scam me, and that if the

company was trying to scam me, it would have placed many more charges than just the one charge for $795 on my credit card after I had given them my card number.

24.     Joseph also said that they wanted to help me but could not negotiate with the credit card companies on my mother and my behalves until I released the hold on the $795 and I submitted the paperwork. I believed what Joseph was telling me about Prepared Budget being a legitimate company and wanting to help my mother and me, and so. I called Capital One and released the funds and I also completed the paperwork and faxed it back to Prepared Budgeting.

25.     After paying the $795 and sending in the paper work, I expected to see a difference in the next cycle of the credit card bills for the Capital One, Chase Freedom/Discover Card, and Sam's Club credit cards my mother and I submitted as part of Prepared Budgeting's program. However, the credit card billing statements for these cards showed that neither the principal balance nor the interest rates owed on these cards had been lowered.

26.     At this point, I was growing nervous, but I thought that the promised interest rate and balance reductions would show up in the subsequent billing cycle and simply had not had time to be processed. However, after I received the next month's billing statements and saw that there had been no changes to the interest rates or principal balances owed, I knew that Prepared Budgeting had not lived up to their promises of reducing the interest rates and outstanding balances owed on the three cards. I contacted Prepared Budgeting several times by email and phone to seek an explanation. No one at the company ever contacted me back or answered my complaints.

27.     After numerous phone calls, I finally got someone at Prepared Budgeting on the phone. The representative told me that my case was still being processed and someone would get on it right away. I was told that I would be receiving an email from the company within 24 hours, but

was uncertain what I would be receiving by email since the billing statements for my mother and my credit cards came by mail-- and only those could show if Prepared Budgeting had lived up to its promises.

28.     I received an email from Prepared Budgeting.  However, the email said nothing about the promised interest rate or principal balance reductions.  Instead, the email contained only credit-counseling advice, telling me that if I paid the creditors more money each month, I would save on interest payments.  It also included charts and graphs on how to spend less money each month so that I could pay the credit card balance faster.  My mother and I were already doing this, as my mother never paid the minimum amount owed on her credit cards.  The information provided by Prepared Budgeting in the email was totally useless and had nothing to do with the services promised by Card Member Services/Prepared Budgeting.

29.     After I received the email, I called Prepared Budgeting to complain.  The representative I spoke to at Prepared Budgeting claimed that the company had never been promised my mother and I an interest rate reduction on any credit cards.  This not only contradicted what I had been told on the phone by both Joseph and Zach, but it also contradicted the paperwork sent to me by Prepared Budgeting.  The representative offered to let me talk to someone to go over the packet and email, but I didn't need someone to explain to me something I could read for myself.

30.     After this phone call, I filed complaints with the Federal Trade Commission and the Office of the Minnesota Attorney General.  I wanted to stop Prepared Budgeting/Card Member Services from ripping anyone else off.  Card Member Services/Prepared Budgeting never performed the services they promised, including reducing the interest rates and the principal balances on my mother and my credit cards.  I also never received the guaranteed refund from them, and I have lost the $795 I paid to them as an upfront fee.

7

declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June 2015. Pendleton, South Carolina.

*Jackie Y Clark*
Jackie Y. Clark

# **EXHIBIT A**

Zack

JobID # 6030

Company: Card Member Services

1-407-545-7366
extension: 0071

---

lower interest rate fixed rate
lowest possible rate
0.9 - 5.9 %

Never increase

monthly payments will go down

no-sign up
no balance transfers

save #1,500⁰⁰ in interest/finance charges

will show on next statement

- will send paperwork in 5-7 days
send it back

one time for lifetime

+795 = #1095

Capital One #1,800 — will drop to #300 in 30 days (in June)

Consumer service Number 1-8772485593 Mon-Fri
www.preparedbudgeting.com

conf # 53747

Member of a code lower rate
Hicks

Spoke to Joseph June 27, 2014 @ 2:53pm

# **EXHIBIT B**



**CapitalOne**

**Platinum MasterCard**    316.00 Pd    Account ending in ▮▮▮

**NEW BALANCE**    **MINIMUM PAYMENT**    **DUE DATE**
                                          Jul 08, 2014

6-26-14    PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit: ▮▮▮    Check# 180    Cash Advance Credit Limit: ▮▮▮

Available Credit: ▮▮▮    Available Credit for Cash Advances: ▮▮▮

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 15 Years | $7,714 |
| $115 | 3 Years | $4,144 |

Your estimated savings if you pay off this balance in 3 years:    $3,570

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | – | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|

**TRANSACTIONS**

TRANSACTIONS FOR JACKIE CLARK #7172
1
2
3
4
5    28 MAY 8772485593PREPAREBUDGRESEDACA    $795.00

Transactions continue on page 2

# YOU ARE HERE.
## WE ARE TOO.

Check your balance directly from your phone and:

▶ View recent transactions
▶ Pay your Capital One bill
▶ Check your rewards balance

Go to m.capitalone.com on your mobile device and manage your account at the speed of you.

300029

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% P | | |
| Cash Advances | 24.90% P | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

EX B

# **EXHIBIT C**

S00001035014

UNITED STATES POSTAL SERVICE

PRIORITY MAIL

@ Mailing Envelope

usps.com

MAIL RESTRICTIONS
...ns are required. Cor...
Mail Manual (IMM) a...
...associate for detail...

**$5.05**    US POSTAGE
JUN 12 2014    Mailed from ZIP 33770
Flat Rate Envelope, Priority Mail
Commercial Base Price

endicia.com    071V00858984

## PRIORITY MAIL 2-DAY™

Prepared Budgeting
4532 W Kennedy Blvd Suite 223
Tampa, FL 33609

| R002 | 0006 |

**SHIP TO:**    Jackie Clark

### USPS TRACKING #



9405 5102 0079 3153 3905 88

UNITED STATES POSTAL SERVICE

endicia

TRY FLAT RATE
PRIORITY MAIL PRE-19PAID!
• Built-in Forever
• Postage tracking
• No shipping label required
• Please...

prepaid/pre...
usps.com/pickup
Pickup
label required
forever

This packaging is the property of the U.S. Postal
Service and is provided solely for use in
sending Priority Mail® shipments.
Misuse may be a violation of federal law. This
packaging is not for resale. EP14F-P-PP © U.S.
Postal Service; June 2012; All rights reserved.

EP14F-P-PP June 2012 © U.S. Postal Service

Schedule package pickup right from your home,
or office at usps.com/pickup
Print postage online

Please Recycle



Jackie Clark

Dear Jackie ,                                                    June 5, 2014

It is with great enthusiasm that we at Prepared Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Prepared Budgeting**

**Prepared Budgeting**
**4532 W. Kennedy Blvd Suite 223**
**Tmpa, FL 33609**
**877-248-5593**

Ex Cp. 2



*You may be asking yourself:*

## Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

## Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

## Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

## Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

Ex  APP: 0066



### Resource Center

Start using the resource center today and learn the building blocks for a financial free future. The resource center is the place to find the tools you need to deal with everyday issues as well as those that could last you for the rest of your life. You will find forms, letters that will help you reduce collection calls, buy a car or even how to deal with your forced-need budgeting tools and online calculators, help insure that you know where your money is going and what to do to keep more of it.

- Tips and tricks
- Easy to follow
- Form letters

### Legal Care

The **PB** program includes legal services offering to designate a free in-person conference or consultation and more specialized discounted legal services.

### Tax Service

The **PB** tax service benefits include free consultations, preparations and unlimited toll-free and fax audio advising during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.

☑ Surf the web fast ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

### Savings Club

With your membership saving you can great savings from over 35,000 participating merchants nationwide and 525 individual cities. Point up to 40 premium discounts each month and save up to 50%, saves savings 20% off everyday

### ID Theft Protection

The **PB** credit protection service features identity theft coverage so you can rest knowing that your personal information is safe and secure.

877-248-5593
www.PreparedBudgeting.com

## Welcome!

*Prepared Budgeting (PB) is your one stop shop when you are ready to change your financial future. YHB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### Log in and start saving today!











# CLIENT DATA FILE & AUTHORIZATION LETTER

Clark    Ernestine    H.    Clark    Jackie    Y.



Ernestine H. Clark    July 10, 2014    Jackie Y. Clark    July 10, 2014

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month). Additionally, please identify if an account is a personal or business account in each account area. Thank you.

Please begin by imputing your creditors' information in the following order:
1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder**  Name _Capital One Bank Jackie Y. Clark_

1. Creditor _Capital One Bank_ Account Number ▮▮▮▮▮

Creditor Phone # ▮▮▮▮▮ _Customer Service_

Balance $ ▮▮▮▮ Rate _22.9_ % & _24.9%_ cash Minimum Monthly Payment ▮▮▮▮

Age of Account ▮▮ years  Expiration Date ▮▮▮ CVC 3 numbers on back of card ▮▮▮

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ☑ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**  Name _Chase Credit Card Ernestine H. Clark_

2. Creditor _Chase Freedom_ Account Number ▮▮▮▮▮

Creditor Phone # ▮▮▮▮▮ _Customer Service_

Balance $ _Ø_ Rate _13.99_ % Cash _19.24%_ Minimum Monthly Payment ▮▮▮▮

Age of Account ▮▮ years _or more_ Expiration Date ▮▮▮ CVC 3 numbers on back of card ▮▮▮

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ☑ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**  Name _Sam's Credit Card Ernestine H. Clark_

3. Creditor _Sam's Club_ Account Number ▮▮▮▮▮

Creditor Phone # ▮▮▮▮▮ _Member Service_

Balance $ ▮▮▮▮ Rate _14.90_ % Cash _19.90%_ Minimum Monthly Payment ▮▮▮▮

Age of Account ▮▮ years _or more_ Expiration Date ▮▮▮ CVC 3 numbers on back of card ▮▮▮

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ☑ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

*Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!*

_Exhibit 0006_

# ACCOUNT INFORMATION FORM
### Continued

**Primary Holder**  Name _Ernestine Clark_

4. Creditor _Discover_ ████████ Account Number ████████████

Creditor Phone # ████████████████████

Balance $ ████ Rate _24.99_ %     Minimum Monthly Payment ████████

Age of Account ████ years    Expiration Date ████    CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☑ Credit Card ❑ Business Loan
      ❑ Other ❑ Business Card (Include Name of Business)

---

**Primary Holder**  Name _____

5. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %     Minimum Monthly Payment _____

Age of Account _____ years    Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan
      ❑ Other ❑ Business Card (Include Name of Business)

---

**Primary Holder**  Name _____

6. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %     Minimum Monthly Payment _____

Age of Account _____ years    Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan
      ❑ Other ❑ Business Card (Include Name of Business)

---

**Primary Holder**  Name _____

7. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %     Minimum Monthly Payment _____

Age of Account _____ years    Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan
      ❑ Other ❑ Business Card (Include Name of Business)

---

**Primary Holder**  Name _____

8. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $ _____ Rate _____ %     Minimum Monthly Payment _____

Age of Account _____ years    Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan
      ❑ Other ❑ Business Card (Include Name of Business)

*If you cannot fit all of the Account information on this form, simply attach an additional page.*



EXAPP_0070

# Prepared Budgeting
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

*0*

*scrowed*

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card Sam's | $ |
| Credit Card Chase | $ |
| Credit Card Cap One | $ |
| Credit Card Discover | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now, that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| | |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

---

**Budgeting Notes:**

EX C-8



Prepared Budgeting
4532 W Kennedy Blvd Suite 223
Tampa, FL 33609

EX C-9

APP. 0072

# **EXHIBIT D**



PO Box 30279
Salt Lake City, UT 84130-0279

18614

June 19, 2014



Jackie Clark

Re: Your Account Number xxxxxxx
Case Number: 2786

Dear Jackie Clark,

The purpose of this letter is to provide you an update about your dispute with 8772485593PREPAREBUDG billed on 05/28/2014 in the amount of $795.00.

We have credited your account for $795.00, the amount you are disputing. If your account was impacted by any fees, interest charges, or credit bureau reporting related to the disputed transaction, we have sought to adjust those as well. So please let us know if there are any outstanding issues that we can help you with.

Right now, we are waiting for a response from the merchant. Based on the merchant response, we may need additional information from you, we may reapply the transaction to your account or we may leave the credit in place, so please keep all documentation related to this dispute for 90 days.

If you have questions, please give us a call at 1-800-887-8643. Our Transaction Support Center Representatives are available from 7 a.m. to midnight Eastern Time, Monday through Friday, and from 8 a.m. to 8:30 p.m. Eastern Time, Saturday and Sunday.

Thanks for choosing Capital One.®

Capital One
Transaction Support Center



2016-008 JB5362

PAGE 01 OF 01
© 2014 Capital One. Capital One is a federally registered service mark. All rights reserved.

# **EXHIBIT E**

# CapitalOne

**Platinum MasterCard**

Jun. 12 - Jul. 11, 2014   30 Days in Billing Cycle

Account ending in ▓

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| ▓ | $86.00 | Aug 08, 2014 |

PLEASE PAY AT LEAST THIS AMOUNT

*Check # 185*

Credit Limit: ▓   *1739. PC*   Cash Advance Credit Limit: ▓

Available Credit: ▓   Available Credit for Cash Advances: ▓

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 15 Years | $7,797 |
| $117 | 3 Years | $4,194 |
| Your estimated savings if you pay off this balance in 3 years: | | $3,603 |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | – | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| ▓ | | ▓ | | ▓ | | ▓ | | ▓ |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JACKIE CLARK #7172**

| | | |
|---|---|---|
| 1 | 28 MAY PURCHASE ADJUSTMENT | ($795.00) |
| 2 | | |
| 3 | | |
| 4 | | |

**TRANSACTIONS FOR JACKIE CLARK #7172**

| | | | |
|---|---|---|---|
| 1 | 28 MAY TRANSACTION REBILL | *Each Sale* | $795.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

Transactions continue on page 2



## YOU ARE HERE.
## WE ARE TOO.

Check your balance directly from your phone and:

- ► View recent transactions
- ► Pay your Capital One bill
- ► Check your rewards balance

Go to m.capitalone.com on your mobile device and manage your account at the speed of you.

300029

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.90% P | ▓ | ▓ |
| Cash Advances | 24.90% P | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

*Ex E*

