# EXHIBIT 7

# Declaration of Jeanne Cline Pursuant to 28 U.S.C. § 1746

I, Jeanne Cline, hereby declare and state as follows:

1. My name is Jeanne Cline. I am 62 years old and live in Rockfield, Kentucky.

2. I am currently a retired registered nurse. I was a registered nurse for thirty-eight years, and specialized in radiation oncology.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. On or about March 17, 2014, I received a phone call at home from a man named Aaron Thompson, who told me he worked for "Intuitive Budgeting." He also gave me his direct number of 855-443-9821 with extension 85015 and said that I could call him with any questions after we hung up from that call. He said that his employer, Intuitive Budgeting, could help me lower the interest rates on all of my credit cards.

5. I was surprised to get the call from Mr. Thompson because I had not been calling anyone about needing help with my credit cards or doing any other research about lowering my credit card rates. I also think my home line is on the Do Not Call Registry.

6. At the time that Mr. Thompson called, due to being retired and now on a fixed income, I was trying to get my credit card payments lowered. Each year, I would call my credit card companies and ask them to give me a lower interest rate, but my credit card companies would never lower my rates.

7. During the March 2014 call, Mr. Thompson said Intuitive Budgeting could guarantee that they could get the credit card companies to lower all of my interest rates, and that, as a result, I would be able to pay off my credit card debt 3-5 times faster. He promised to save me $2,000 by getting my rates decreased and that my credit card interest rates would be lowered by May of 2014. He specifically promised me that he could get the rate on my Capitol One card down to 7.9%. My Capitol One card had a rate of 17.9% at the time and still has that rate. He emphasized that I would be able to reduce all of my interest rates by 50% so that they would all be single digit credit card interest rates, and that it would only take one billing cycle for these rates to start showing up on my statements. He also emphasized that I would have no out of pocket expenses for having them reduce my credit card interest rates because he would charge my credit card for the fee associated with this service. Because of the interest rate reductions, the service would end up being free in the end because I would be saving so much in interest on my outstanding credit card balances. Mr. Thompson also made clear that I needed to continue to pay my credit card bills on time.

8. He said if I was unhappy with Intuitive Budgeting's services within a year, that I could call the company back and easily get my money fully refunded. He only mentioned the interest rate reduction services and did not mention trying to sell me anything else.

1

APP. 0078

9. Mr. Thompson told me that these credit card interest rate reduction services cost $895. After I agreed to pay for Intuitive Budgeting's credit card interest rate reduction service, Mr. Thompson took the payment directly himself and charged it to my Capitol One credit card. The next statement, the charge showed up as a March 18, 2014 charge of $895 by 8554439821INTUITIVEBUDG855-443-9821CA. A copy of that credit card statement is attached here as Exhibit A.

10. After Mr. Thompson had taken my $895 payment, he gave me the company's customer service number of 855-443-9821 again, and said that customer service representatives were available Monday through Thursday from 9 a.m. to 5 p.m. EST (8 a.m. to 4 p.m. CST, which is my time zone). He also gave me the following web address for his company: www.intuitivebudgeting.com, and told me that I would have login access within 24 hours. Mr. Thompson also gave me the name of an FTC agent named Jimmy, but I do not remember why he gave me the FTC agent's name other than that the FTC regulated Intuitive Budgeting.

11. Before hanging up with me, Mr. Thompson gave me the following confirmation number: 1013284. He said I would need that number any time I called Intuitive Budgeting with any questions. He also said I would be receiving a welcome package in the mail in 7-10 days.

12. A few weeks later, in April 2014, I received the welcome package. A copy of all of the documents I received and filled out are attached here as Exhibit B. The welcome letter was dated April 3, 2014 and was signed with "From our family at **Intuitive Budgeting**" as the sender. The welcome package also contained an overview of Intuitive Budgeting's business. I was surprised to see a list of other "services" on the overview because Mr. Thompson had not mentioned these services during our first call. I had no need for these services and so never tried to use them. The welcome package also included a Mission Statement that really touted their guarantees so that made me think they would honor the money-back guarantee that Mr. Thompson had told me about during the initial call. Plus, the minimum savings guarantee specifically referenced how they would be negotiating rates on my behalf. I filled out the forms that Intuitive Budgeting requested I fill out, and mailed those forms to them. The only form I filled out that I kept a copy of was the Household Budgeting Worksheet

13. By May 2014, the month I had been promised I would start seeing results, I noticed that none of my credit card interest rates had been lowered. I decided to be patient plus I was very busy baling hay at that time of year with my husband. We own a ten acre farm and produce hay on five acres of it. As a result, every May we are very busy.

14. On or about June 24, 2014, I called Intuitive Budgeting at 855-443-9821. Upon answering the phone, the representative asked me what toll-free telephone number I had called. It was so odd to me that they asked me this. Once I told them the toll-free number and also gave them my confirmation number, I was told by the representative that the paperwork I had submitted was still being reviewed and that the data entry was not yet completed. I asked them how the data entry was not done since I had submitted my

paperwork in April and my interest rates were supposed to be reduced by May. The representative did not respond other than to tell me to be patient a little while longer while they completed the data entry.

15. On or about August 7, 2014, I called Intuitive Budgeting again at 855-443-9821. Upon answering the phone, the representative again asked me what toll-free telephone number I had called. Again, it was so odd that this was the first question the representative asked when I called. After providing the toll-free number I called and my confirmation number, I was told that the review was completed and that I would get an email in the next few days and that they had also mailed a letter to me to review. I had no idea what this letter was, but assumed it was a letter that would explain the credit card interest rate reductions. I waited a couple of weeks, but did not receive either the email or a letter.

16. On or about August 22, 2014, I called Intuitive Budgeting at 855-443-9821 from my home phone. Upon answering the phone, the representative, as always, asked me what toll-free telephone number I had called. By now it was very frustrating to me that they always asked me what toll-free number I had called. After providing this information to the representative, I was transferred numerous times and then hung up on. After being hung up on, I called again from my home phone and no one answered. I then called again (but this time from my cell phone), someone answered and I was told that they were having problems with the phone. The person then put me on hold for over ten minutes. When someone finally picked up the phone again, they asked me for the last four numbers of the customer service number I called. I told the representative "9821" and was placed on hold again. Eventually, a representative named Michael Moore came back on the phone. Mr. Moore told me that the review and data entry was just now completed and that I would be receiving an email by the August 25, 2014 or August 27, 2014 at the latest. I explained to Mr. Moore that I had already been told on August 7, 2014 that the data entry was done. I told the Mr. Moore I was unhappy and felt like I was getting the run-around. I also made clear to him that I was not satisfied, and I wanted a refund. Mr. Moore did not respond. I was so frustrated that I just hung up. I made a note to myself to give them until August 28th to send me an email.

17. On or about August 29, 2014, I sent the company an email by emailing customercare@intuitivebudgeting.com. A copy of my email is attached here as Exhibit C. In my email, I told the company that I wanted a full refund ASAP or I would report them to the Better Business Bureau.

18. Because I had not heard anything in response to my email, on or about September 5, 2014, I called Intuitive Budgeting by calling 855-443-9821. The person I spoke to told me that I should receive an email from them by the next Monday (September 8th) or Tuesday (September 9th).

19. On or about September 8, 2014, Intuitive Budgeting called me to tell me that everything was completed, the data was entered, and that I would receive from them an email by September 10th, a letter from them by September 11th, and a call from one of their "consultants" by September 12th so that the consultant could go over all of the

3

APP. 0080

information Intuitive Budgeting was sending me. I never received the promised email, letter or the call. This made me very angry. I decided to reach out to an attorney plus also complained to the BBB. Ultimately, neither the attorney nor the BBB could get Intuitive Budgeting to respond.

20. On or about September 30, 2014, I called to complain again by calling Intuitive Budgeting at 855-443-9821. I spoke to the representative and raised heck. He told me that they were still going to get me the savings and that I can get a refund if I am not happy. I told him that I was done with the company. In response, he promised that they would get me results immediately. As a result, Intuitive Budgeting sent me an "analysis" via email that same day. A copy of the "analysis" is attached here as Exhibit D. The handwritten notes on the "analysis" are my comments and notes.

21. The analysis just said if I pay a set amount on my credit cards I can pay my credit card balances off faster. It did not make sense that I was getting this "analysis" because it said nothing about lowering my interest rates, which is what I had originally been promised for the fee of $895. Instead, it just told me to do what I was already doing. For example, I always try to make a $300 payment on my Capital One credit card (my card with the highest rate) so that I can pay it off faster than if I was just paying the minimum payments. The credit card statement attached as Exhibit A shows that even after signing up for Intuitive Budgeting's credit card interest rate reduction services, I continued to make large $300 payments on my Capital One credit card (and still am today) to try to reduce my debt.

22. On or about October 3, 2014, I called Intuitive Budgeting again. I was put on hold for over 3 minutes. When the person finally came on the line, he told me to follow the analysis I had received. He asked if I had talked to a consultant yet, and I told him that I never had. I also told him that I was not satisfied and that I wanted my money back, but the representative would not listen to me. Instead, the representative told me that I could not get a refund because I had received the so-called "analysis." I told the representative that I was not satisfied because I had not paid $895 for their so-called "analysis" and they had not given me what they had promised, and I hung up. At this point, I was very upset and frustrated. I did not want to deal with this company any more, but they would not give me a refund and kept trying to drag things out instead.

23. On or about November 24, 2014, I called again and spoke to a female representative. She told me that they supposedly were trying to do another round of trying to get my rates decreased and that they should be finished by December 1st. I did not believe her at all. She also asked me if I had spoken yet with a consultant, and I told her I never have. I was so frustrated that I hung up on her. By now, I had given up on getting this company to do anything that they had promised. I had given it all the effort that I could and gotten nothing in response.

24. I never received a refund of the $895 I paid to Intuitive Budgeting in March 2014. I also never received any interest rate reductions on any of my credit cards through the services I paid for from Intuitive Budgeting.

4

25. I am submitting this declaration because I hope that by speaking up about what happened to me I can help stop others from getting scammed by this company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 2nd_____, 2015

_____Jeanne L. Cline_____
Jeanne Cline

5

# EXHIBIT A



| Revolving Credit Limit: ▮ | Cash Advance Credit Limit: ▮ | $268 | | 3 Years | ▮ |
| Available Revolving Credit: $▮ | Available Credit for Cash Advances: ▮ | | | | |

Your estimated savings if you pay off this balance in 3 years:

If you would like information about credit counseling services, call 1-866-326-5055.

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | − | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| ▮ | | ▮ | | ▮ | | ▮ | | ▮ |

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR JEANNE L CLINE** ▮

| 3 | 04 APR  PAYMENT | ($300.00) |

**TRANSACTIONS FOR JEANNE L CLINE** ▮

| 2 | 18 MAR  8554439821INTUITIVEBUDG855-443-9821CA | $895.00 |

### REWARDS INFORMATION

PREVIOUS AVAILABLE REWARDS BALANCE
REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)
AVAILABLE BALANCE AS OF 04/13/2014

For up-to-date rewards tracking, visit www.capitalone.com or simply call 1-800-228-3001

✓ No Hassle rewards

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.90% D | | |
| Cash Advances | 24.90% D | | ▮ |
| P,L,D,F | Variable Rate See reverse of page 1 for details | | |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

EXHIBIT A

# EXHIBIT B

8/22/14
called again
Michael Moore
Should get email by Mon. 8/25 — mail by Wed 8/27

Jeanne Cline
~~[address redacted]~~
Rockfield, KY 42274

Dear Jeanne,                                                                 April 3, 2014

It is with great enthusiasm that we at Intuitive Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Intuitive Budgeting**

**Intuitive Budgeting**
**2655 Ulmerton Rd Suite 306**
**Clearwater, FL  33762**
**855-443-9821**

EXHIBIT B



855-443-9821



# 855-443-9821
## www.IntuitiveBudgeting.com

## Welcome!

Intuitive Budgeting (IB) is your one stop shop when you are ready to change your financial future. YHB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

- Tips and tricks
- Easy to follow
- Form letters

### Legal Care

The IB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The IB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast  ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D. Theft Protection

The IB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

**Log in and start saving today!**

    



# Mission Statement

## Our Mission Is Empowerment

By providing our clientele with a simple strategic budgeting system and our lifetime interest rate reduction program, we will enable consumers to reach their lifestyle goals, without the stress of living paycheck to paycheck, for the present and the future.

## Our Guarantee

Our company is committed to each of our client's goal of a stress-free financial future. We are 100% confident in our ability to show you the value of our service — so much that we will make you this guarantee:

## Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!

   



# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account(s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

**APP. 0089**

# Intuitive Budget
## Household Budgeting Worksheet

*Handwritten note at top left:* Copy of what I sent back in for them to evaluate & send recommendations

Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income
- Salary/Wages
- Salary/Wages (Spouse)
- Social Security
- Military Pay
- Pension Plan/Retirement
- Interest Income
- Alimony/Child Support
- Real Estate (rent)
- Dividends (investments)
- Unemployment/Food Stamps
- Royalties/Other Income

**TOTAL INCOME**

### Monthly Secured Debts
- Rent (Apartment, etc.)
- 1st Mortgage
- 2nd Mortgage
- Trailer Park Space Rent
- Student Loans
- Auto Loans/Leases
- Recreation Toys (Watercraft, etc)
- Past-Due Taxes
- Other Secured Debts
- Other Secured Loans

**TOTAL SECURED DEBT**

### Monthly Living Expenses
- Food (Home, Work, School)
- Household Items
- Clothing
- Laundry/Dry Cleaning
- Telephone (Home, Page, Cell)
- Internet Service
- Electric
- Gas/Oil
- Water/In home Service
- Cable TV/Satellite
- Trash
- Auto Gas/Maintenance
- Auto Insurance
- Health & Dental Insurance
- Life & Disability Insurance
- Homeowners / Renters Insurance
- Education (Tuition, Supplies)
- Personal Care (Hair, Nails)
- Medical Care (Prescriptions, etc)
- Child Care (Nanny, Day Care)
- Children Activities (Sports, etc)
- Alimony/Child Support
- Gardner/Pool Service
- Alarm Service
- Homeowner Dues
- Subscription
- Health Club Membership
- Contributions/Donantions
- Other Expenses (Misc.)

**TOTAL EXPENSES**

### Monthly Unsecured Debts
- Credit Card  USBank Visa
- Credit Card  Commonwealth
- Credit Card  Cap One Visa
- Credit Card  _(illegible)_
- Credit Card
- Credit Card
- Personal Loan
- Personal Loan
- Medical Bills
- Other Unsecured Loans

**TOTAL UNSECURED DEBT**

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget
- Total Take-Home Income
- Total Living Expenses Payments
- Total Secured Debts Payments
- Total Unsecured Debts Payments

**Budgeting Notes:**

# EXHIBIT C

# Intuitive budgeting

Home  Services  Contact  Info Center  Profiler

*8/8 sent* (handwritten)

Sign In - Sign Up | My Account
Search...

## CONTACT US
Please fill out all fields.

Jeanne Cline

I signed up via phone 3/17/14, was guaranteed lower interest rate on credit card by May and if not satisfied would get a full refund. I filled out papers/returned them early April - heard nothing - called June 24th told iw as being reviewed. Still nothing - called again Aug. 7th - told review was completed and I'd get an email and letter was in mail. Again nothing. Still no interest rates lowered. Called Aug. 22ns transferred several times, hung up on, the you would not answer lines when I called from home phone. Called back on cell phone - told there was a phone problem - transferred again for over 10 minutes, asked what the last 4 numbers of customer service number I call in on, told him "9821", again put on hold. Was told that I should get an email by Mon., Wed. at the latest after data entry, then a letter in the mail. This is the same thing I was told on Aug. 7th - each time told the workup was finished. As of today 8/29 - I have not received an email or letter via mail service. Why have I no received this information as promised on Aug 7 and Aug 22? I have not mentioned any names, don't wish to get employees into trouble.
I know that you are busy with other customers, but I feel like I'm getting the run-around with no satisfaction. I am very unhappy with

*the service so far & wish a full refund that I pd on 3/17/14 of $895.00* (handwritten)
*A response with refund needs to happen ASAP or I will be reporting this to the Better Business Bureau.* (handwritten)
*Very unhappy & want full refund for to Service!!!* (handwritten)

[SEND]

Phone: 855 443 9821
Attn: Customer Care:
Intuitive Budgeting

For general questions email us at customercare@intuitivebudgeting.com

Enjoy your Membership!

Thank You:

Your Intuitive Budgeting Team

Our Hotline "Office Intuitive Budgeting" : 855 443 9821

*Sent complaint 7/12* (handwritten, pink)
*Case # 67292276* (handwritten, pink)
*855 443 9821* (handwritten)

IMPORTANT INFO
Terms
Privacy

ABOUT US
Providing ways to help you save and budget your finances
*West FL* (handwritten)

CONTACT US
ADDRESS
2655 Ulmerton Rd.
Clearwater FL 33762
Phone: 855 443 9821

*BBB [?]
2655 McCormick Dr.
33759
Clearwater  727-535-5522* (handwritten)

Home | Services | Contact | Info Center | Profiler
© Copyright 2014 Intuitive Budgeting.

*complaints@bbbwestflorida.org* (handwritten, pink)
*emails are bureaudata.com* (handwritten, pink)

**EXHIBIT C**

8/29/14   To: Intuitive Budgeting

From:

Jeanne Cline

I signed up via phone 3/1/14, was guaranteed lower interest rate on credit card by May and if not would get a full refund. I filled out paper/returned them early April - heard nothing - called June 24th told it was being reviewed. Still nothing - called again Aug. 7th - told review was completed and I'd get an email and letter was in mail. Again nothing. Still no interest rates lowered. Called Aug. 22nd transferred several times, hung up on, then you would not answer lines when I called from home phone. Called back on cell phone - told there was a phone problem - transferred again for over 10 minutes, asked what the last 4 numbers of customer service number I called in on, told him "9821", again put on hold. Was told that I should get an email by Mon, Wed at the latest after data entry, then a letter in the mail. This is the same thing I was told on Aug. 7th - each time told the workup was finished. As of today 8/29 - I have not received an email or letter via mail service. Why have I not received this information as promised on Aug 7 and Aug 22? I have not mentioned any names, don't wish to get employees into trouble. I know that you are busy with other customers, but I feel like I'm getting the run-around with no satisfaction. I am very unhappy with the service so far and wish a full refund that I paind on 3/17/14 of $895.00.

A response with refund needs to happen ASAP or i will be reporting this to the Better Business Bureau. Very unhappy and want full refund for NO SERVICE!!!