# **EXHIBIT D**



CUSTOMIZED
BUDGET PLAN
We are a leader in providing budgeting
relief for consumers.

Jeanne Cline

Rockfield, KY 42274

Welcome to your Customized Budget Plan

EXHIBIT
D

# INDEX

Customized Budget Plan: ................................................................................................ pg. 1

Table of Contents: ......................................................................................................... pg. 2

Overview: ........................................................................................................................ pg. 3

Where to go from here: .................................................................................................. pg. 4

Savings Plan: .................................................................................................................. pg. 5

Debt Portfolio - Southeast Financial: ............................................................................ pg. 6

Debt Portfolio - Capital One: ......................................................................................... pg. 7

Creditor Plan vs Stabilized Payment Method Plan: ...................................................... pg. 8

Comparitive Analysis: .................................................................................................... pg. 9

Your Financial Future: .................................................................................................... pg. 10

Understanding Your Financial Risk Profile: ................................................................... pg. 11

Revolving Credit "Tricks of the Trade": ......................................................................... pg. 12

Profile Review: ............................................................................................................... pg. 13

Credit Card Information: ................................................................................................. pg. 14

Guarding Your Credit: .................................................................................................... pg. 15

Guarding Your Credit (continued): ................................................................................ pg. 16

What your Creditor's don't want you to know: ............................................................... pg. 17



Dear Jeanne Cline,

Welcome to Intuitive Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Intuitive Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier.

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example. 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Interest Paid | Total Paid |
|---|---|---|---|---|---|---|
| | | 15,100.14 | 231 | 19.3 | 11,613.72 | 11,613.72 |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.



| Chart 2 | Revised Payment Plan | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|---|---|---|---|---|---|---|---|
| | | 15,100.14 | 345.00 | 62 | 5.2 | 6,205.97 | 21,306.11 |

| Chart 3 | Interest Savings | | Interest Saved | Months Saved | Year Saved |
|---|---|---|---|---|---|
| | | | 5,407.75 | 169 | 14.1 |





# Where Do We Go From Here?

We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where   comes in.

  has provided you with the following to get started:

• Financial Goals and Objectives

• Revolving Credit Breakdown

• Stabilized Payment (Interest Savings) Plan

• Key Education Concepts

• Access to a Financial Consultant to personally work with you and guide you through the entire process.

APP. 0098



**Savings Plan**

Saving Plan for: Jeanne Cline,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **14.1 Years** or **169** Months, if you were to continue to pay the amount **$345.00** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$76,004.25**. Below is a chart showing what can be done if you follow the savings plan recommended

Using the plan we can save you up to 14.1 years. The chart on the left demonstrates Two (2) scenarios to give you an understanding of the saving you can occur through time.
The Chart shows in 10 Years you can save up to $49,940.98 in savings. If you decide to go 14.1 years you can put away a whopping: $76,004.25. Remember this assume that you deposit the $345.00 into a interest bearing account during the time we saved you in the plan.

# SOUTHEAST FINANCIAL - $7,328.59



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $3,890.30 | $3,890.30 | 216 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $150.00 | $89.54 | $60.46 | $7,239.05 |
| $150.00 | $90.28 | $59.72 | $7,148.77 |
| $150.00 | $91.02 | $58.98 | $7,057.75 |
| $150.00 | $91.77 | $58.23 | $6,965.98 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $1,800.11 | 154 |

## Revised Payment Plan (Uses a stablized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,090.19 | $9,418.78 | 62 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $1,800.11 | 154 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $1,800.11 | 154 |

# CAPITAL ONE - $7,771.55



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $7,723.42 | $7,723.42 | 231 |

### Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $195.00 | $79.07 | $115.93 | $7,692.48 |
| $195.00 | $80.25 | $114.75 | $7,612.22 |
| $195.00 | $81.45 | $113.55 | $7,530.77 |
| $195.00 | $82.67 | $112.33 | $7,448.10 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,115.78 | $11,887.33 | 61 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| $3,607.64 | 170 | |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $3,607.64 | 170 |



# Payment Schedule - 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | | | | | | | | | $195.00 | $195.00 | $195.00 | $195.00 |
| Southeast Financial | | | | | | | | | $150.00 | $150.00 | $150.00 | $150.00 |

3/5



Payment Schedule - 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 |
| Southeast Financial | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |



Payment Schedule - 2016

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 |
| Southeast Financial | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |



Payment Schedule - 2017

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 |
| Southeast Financial | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |



Payment Schedule - 2018

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 |
| Southeast Financial | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |



Payment Schedule - 2019

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $195.00 | $187.33 | $0.00 | $0.00 | $0.00 |
| Southeast Financial | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $157.67 | $261.11 | $0.00 | $0.00 |



## Creditor Plan vs Stabilized Payment Method Plan

**PAYOFF COMPARISON BY DEBT**

This table compares your creditors Current Payment Plan to the Stabilized Payment Method Plan developed by Financial Advisor. Your interest savings, by sticking to the plan would be **$5,407.75** over the terms of your debt, which is reduced from **231** months to **62** months

| | Current Payment Schedule | | | | Stabilized Payment Method Plan | | | |
|---|---|---|---|---|---|---|---|---|
| | Interest Cost | Total Paid | Months payoff | Date payoff | | Interest Cost | Total Paid | Months payoff | Date payoff |
| Capital One | 7,723.42 | 7,723.42 | 231 | 11-30-2033 | | 4,115.78 | 11,887.33 | 61 | 09-30-2019 |
| Southeast Financial | 3,890.30 | 3,890.30 | 216 | 08-31-2032 | | 2,090.19 | 9,418.78 | 62 | 10-31-2019 |



## Comparitive Analysis

**OVERALL RESULTS**

The overall results available to **You** illustrates how your creditors have managed to use the combination of "rights" within the terms and conditions of your credit card agreements to drive rates higher, FICO scores to justify the higher rates, even when you have made payments regularly and the "convenience" of lower monthly payments to shift your longer term wealth into thier short term profits. This is at the heart of our educational message to **You**.

It is real and **it is your $5,407.75 that is lost if you do nothing**.

|  | Current Schedule | **Your Customized Plan** |
|---|---|---|
| Total Outstanding Debt | $15,100.14 | **$15,100.14** |
| Total Interest Cost | $11,613.72 | **$6,205.97** |
| Total Amount Paid | $26,713.86 | **$21,306.11** |
| Total Savings | $0.00 | **$5,407.75** |
| Time Required | 19 Years 3 Months | **5 Years 2 Months** |



# Understanding the Payment Scheduler

- In the following pages you will see detailed tables that guide you to your savings.

The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

- The Stablized Payment method relies on your participation and at least the continued stablized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

- The result is that you will rapidly accelerate your principal and after 5 years and 2 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.



Showed nothing about Virtual interest on credit Cards as promised



# Your Financial Future

Being that we are a country that is health-conscious more so than any other on the planet, it is important to remember that stress is a major contributing factor to illness, especially when it comes to our financial situation. Taking preventative steps to alleviate yourself of debt is a step in the right direction, not only financially speaking, but physically.

- Self Discipline
- Understanding Credit
- Contingency Planning
- Stretching your Money

## GOALS & OBJECTIVES

Based upon our analysis of your situation we recommend the following financial goals :

- Gain personal financial knowledge
- Organize and manage financial matters
- Improve risk profile and lower borrowing cost
- Eliminate revolving debt
- Create and preserve personal net worth

## Key Concept

Financial goals an objectives should incorporate short, intermediate and long term aspects of your financial life and you should be able to track, measure and achieve them. You should be truly committed to them when you set them.

## THE FICO REALITY OF FICO



The most meaningful aspect of the FICO score for the purposes of our interest is how it has become a price justification tool for the credit companies. This is the way the game is played.

**Price Justification-** Fair Isaac Corporation generated $750 million in revenue last year and their business is setting credit scores. You are not Fair Isaac's customer. Their primary customers are lenders and their product, FICO scores, are purchased by 90 of the top US customer lenders. Like any company, Fair Isaac wants to sell more and make its customers happy. The ability to defend the act of raising your interest rates makes their customers happy.



# Understanding Your Financial Risk Profile

## CREDIT REPORT

A written report ( Normally stored on computers ) comprised of the following information about your debt history and inferentially, your credit worthiness.



1. **Identification** - by name, address, spouse's name, date of birth, social security number, telephone number, place of employment, mothers maiden name and other personal identification information.

2. **Credit Enquires** - every time a credit provider runs a credit offer inquiry on a consumer, a record of the file is made. It will remain on the file in most states for one or two years. This is of interest to creditors because it reveals recent credit activity

3. **Information** - in public records and collection accounts are also collected by ( or reported ) to these agencies. Public records include courthouse records, bankruptcies, judgements, lawsuits, criminal records, etc.

4. **Credit History** - which includes the name and ID number of each reporting company who makes a report about your credit/debt repayment history. Also included is the date an account was opened, credit limit, current balance, monthly payment amounts and payment frequencies for the last 12-24 months. Records are dated with each request or entry. Other information includes consumer disputes, criminal convictions, individual liability of accounts, co-maker or guarantor of arrangements, secure accounts and charge offs ( when a creditor has reported an unpaid balance as a loss )

5. **Consumer Statements** - a statement - ( not to exceed 100 words ) - regarding any account(s) an individual may wish to more accurately and completely explain.



# REVOLVING CREDIT
## "Tricks of the Trade"

**1. Universal Default:** Credit card companies monitor your credit report under a universal default clause, looking for reported problems with other creditors. If they believe that your behavior with other creditors signals that you're a greater credit risk. They can increase your interest rate. For instance, your interest rate can sky rocket if your credit score declines because of your behavior with other creditors, even if you always pay your credit card account on time and never miss a payment. Card Issuers can raise your rate if an inquiry is made about a car loan or if you get a new credit card.

**2. Change of terms:** Card Issuers, under pressure, have claimed they aren't aggressively using universal default; however, many are raising interest rates under change of terms clauses. Credit card terms are always in flux. This means read the small print and chances are that you will find this disclosure; "We reserve the right to change the terms (including APR's) at any time for any reason." A fixed rate is fixed until the bank gives you at least 15 days notice that it isn't and most people don't "notice" the notice because of how it is buried in the fine print.

**3. Teaser Rates:** Teaser rates tease you into applying for that credit card with its incredibly low APR. But that low rate can be increased at any time with the 15 day notice. A temptingly low rate can climb to 30% or more in no time. That low rate you signed up for expires suddenly and you end up paying more on charges you already made.



APP. 0113



**Profile Review**

## Revolving Credit

• Understanding your lenders minimum payment plan and see it for what it is, highly profitable for them and designed to lengthen the life of your outstanding balance.

•- When consumers don't see, don't respond to or don't know how to respond to the unreasonable treatment, it will just continue.

• Credit Card profits are driven by some simple steps that create opportunities for fees, rate increases and reduced principle payments and capturing profit associated with basics of compounding interest in favor of the lender over long periods of time.

• We at will assist you in understanding this process and making the correct structured payments to ensure that you do not get caught up in this never ending circle of debt.

## You and the market

• Revolving credit is highly responsive to showing change given the daily reporting of billions of transactions to the credit bureaus and is inefficiently priced and structured to the disadvantage of the "sweet spot"

• Outstanding consumer revolving debt, of which 95% is estimated to be from credit cards, is over $1 trillion dollars.

• The Average family has 9 credit cards with an average debt of $11,000.

• 150 million Americans have general-purpose credit cards with ongoing access.

• 50 million Americans (referred to as "free riders") by the industry pay off their credit card bill in full each month.

• 100 million US households and individuals carry revolving credit card balances thought a billing cycle.

• The consumer lending industry refers to this group as "revolvers"

• 50 million Americans in the revolving group are not in default and pay the minimum monthly payment or slightly more against balances in excess of 25% of available credit.

• The consumer lending industry refers to this group as their "sweet spot", the average rate of these consumers being 20% or more.



**Credit Card Information**

## Errors

If there is an error in a consumer's credit report, the credit bureau should be notified immediately. The Fair Credit Reporting Act, the federal law that regulates credit reporting activities, outlines steps to be taken in re-investigation of any possible inaccuracies. The credit bureau is required to re-verify the item in question with the creditor at no cost to the consumer. The law requires that a re-investigation be responded to by a creditor within 30 days. After the re-investigation is complete, the credit reporting agency is obligated to notify the consumer of the outcome. If information in the report has been changed or deleted, the consumer is also entitled to a copy of their revised report at no charge. You must enforce your rights as a consumer. You are also entitled to a free credit report from each of the three (3) credit bureaus annually. If you haven't done this, our staff will help you get this right.

- EQUIFAX: (800) 685-1111 : www.equifax.com
- TRANSUNION: (800) 888-4213 : www.transunion.com
- EXPERIAN: (Formerly TRW) (888) 397-3742 : www.experian.com

## Understanding Your Credit Score

- Your credit score is a number generated by a complicated and secretive formula based on information in your credit report, compared to similar information over 100 million people. The resulting number is promoted by the lenders to be an accurate predictor of how likely you are to pay your bills.
- Very few lenders have developed their own credit scoring models so the consumer credit risk is dominated by one firm - Fair Isaac's - your FICO score! FICO has a near monopoly on communicating your "risk profile" to their paying customers.
- If this sounds overly detailed and unimportant, you couldn't be more wrong. Credit scores are used extensively, and for almost all credit related products. For many large expense items in your life, the price you pay is directly related to your credit score.
- Increasingly, your credit score is being checked for even more basic purchases such as cell phones, apartment rentals, cable TV and many employers do a credit check before hiring a new employee.

# Guarding your Credit

**Know how your payment is applied** – Most creditors apply the payments first to finance charges and fees, then to the lowest rate category on the card. For example; if you have a purchase category at 12.9%, a balance transfer category at 5.99%, and cash advance category at 23.99%. When you make your monthly payment it will be applied to the balance transfer category first, allowing the other higher rate categories to build up as much interest as possible. That's the trick the lenders use to capitalize on the different rates. (**Tip:** contact the lender to find out if they allow re-adjustments of the payment to other categories. Most will not, however, allow you to send in a separate payment to affect the higher APR balance giving you the opportunity to save).

**Just say no to new purchase only promos** – This is a trick by the lender to lock up your current balance at the higher rate and to also bait you into spending more money. Only take advantage of this type of promo if you don't carry an existing balance.

**Watch out for balance transfer offers** – The key here is to look at the length of the offer, the rate and the fees you will pay for the transfer. You must also take into consideration the cost of the fees and if it will offset the savings of the transfer or not. Another option would be to transfer to an empty card for the biggest benefit. If there is an existing balance, you then must calculate the cost at which that balance will grow until you pay the balance off and see if there is still savings instead of a cost.

**Avoid cash advances** – If you must use a cash advance, contact the lender first to see if they can direct deposit funds into your checking account and if so, are there any promos available. Please remember, this category grows faster than any other and usually has the highest APR, which can not be negotiated.

**Beware of reward cards** – These cards offer perks that you may not use as often as you might dream of doing and remember, the lenders are not going to give you something that will cost them in the end. These cards usually have higher APR's and a lot of times come with annual membership fees as well. It's often better to switch out to a standard type of card and enjoy the savings from lack of annual fees and a lower APR or pay the card in full each month and enjoy all the rewards without paying the higher rates. Lenders will try and trick you into these cards by making them sound more glorious than they really are. You might think 1% cash back sounds really good, however, having a much higher APR will offset that savings.

**Always check your statements** – Review your statement each month. Check for changes to your APR, and make sure you watch your credit limits. Some tricks the creditors like to do is lower your credit limits without notice.

....continue....



## What your Creditor's DON'T want you to know

Credit card companies have a very simple motivation: **Money!** Keeping you in debt for as long as possible to insure they can charge you interest on your outstanding balance. Our program at Intuitive Budgeting is very simple as we'll Combat this cycle of your outstanding debt by empowering our clients with tools and education on credit usage to enable you as our client to get out of debt 3-5 times faster, if not faster than what your current situation will allow you to do.

One of the ways credit card companies keep consumers in debt for long periods of time is by the use of the remaining balance minimum payment method. The minimum monthly payment that creditors require on your statement that you receive each month is calculated as a percentage or payment factor of your outstanding balance after the interest has been applied to your account. This percentage or payment factor is usually 2-3 percent contingent upon the lending institution that has provided the account to the consumer. Believe it or not, in some situations the minimum monthly payment is not enough to cover the interest charged for that period. The sad reality being that, although you could be making your payments on time and in full, you're actually going further into debt.



By way of example, we will show you how this works using the information you provided about one of your credit cards. We will use the one that will take the longest to pay off if you follow the credit card company's plan. The card we will focus on is the **Capital One** card. The annual interest rate is **17.9** percent. Your monthly finance charge for this card is **1.5** percent. This is simply the annual interest rate divided by 12. Since the outstanding balance for this card was **7,771.55**, the finance charge for the initial month is **115.93**. Your total payment for the same month is **195.00** so the portion of your payment which is actually being applied to your principal is **79.07**.

What makes matters worse is that the amount going to principle each month decreases since the minimum payment decreases. If the same proportion of your minimum payment applied to your balance each month, it would still take over 10 months to pay off this single debt. But the amount applied to principle actually decreases each month as your minimum payment decreases. This keeps the balance alive much longer than necessary. Actually, the higher the interest rate and/or balance, the longer it will take to pay off the debt. It can be 3 or more times longer than if the same **195.00** was applied to your debt each and every month. This is a primary reason so many people find themselves in situations where their credit card payments have taken center stage in their finances. Isn't it time to retake control of your financial future?

As you are well aware, knowledge is power! By increasing your awareness, as well as providing you with ongoing assistance through your membership with our service we will help you reach your goal of being debt-free and credit conscious.