# **EXHIBIT 8**

**Declaration of Rena Decker Pursuant to 28 U.S.C. § 1746**

I, Rena Decker, hereby declare and state as follows:

1. My name is Rena Decker. I am 49 years old and I live in Granite Falls, North Carolina.

2. I am currently a transportation director at a senior living center.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. In May 2014, I received a sales call from a man on my home phone even though our home phone number is on the Do Not Call Registry. The man said he worked for Prepared Budgeting. He seemed to have very specific information about me and my credit card debt. He told me that he and his company were trying to help people get out of debt. Specifically, he said that his company can get all of my credit card interest rates reduced by contacting the credit card companies and negotiating lower rates for me. He made me think that he had some type of special relationship with the credit card companies, and he sounded so positive about being able to get me the credit card interest rate reductions. He represented that he would be the one making contact with the credit card companies. He told me repeatedly during the call that if he could not get my credit card interest rates reduced, then I would get a full refund plus interest and it would be easy for me to request a refund. He gave me specific guarantees about how low they could get my interest rates and how much money I would ultimately save, but I no longer remember what those specific numbers were. It is fair to say that the promised interest rate reduction and savings were both substantial.

5. At the time, I was in a crunch with credit card debt. I had been looking into ways to pay off my credit card debt as quickly as possible. For example, I had been making extra payments to pay down my credit cards. I had been laid off at my job, and around the same time was when I received the call from the man with Prepared Budgeting. I was desperate and his offer of a fully refundable way to try to get my credit card interest rates lowered was very appealing. His confidence at being able to get my interest rates reduced, along with the money back guarantee, is what convinced me to purchase Prepared Budgeting's credit card interest rate reduction services.

6. The fee for Prepared Budgeting's interest rate reduction service was $795. He had me charge the $795 fee on my Visa. I remember that this charge showed up on my credit card statement under the company name Conservative Budgeting. I was surprised by that because I had never heard of Conservative Budgeting and thought I had been charged by the wrong company. As a result, I called the toll-free number associated with the charge on my credit card statement (866-620-5482), and the person who answered the phone said that I was calling Prepared Budgeting. That seemed odd to me at the time and still seems odd to me.

1

7. About a week later, I received some documents from Prepared Budgeting. I had to fill out information on some of the forms and send them in. The documents also referenced other services that I had supposedly purchased. It was confusing to me because the representative on the phone had only mentioned interest rate reduction services when he was selling Prepared Budgeting's services to me. Unfortunately, I do not have copies of any of these documents any longer. This whole situation was just so frustrating to me that I threw almost everything away because I did not want to be reminded of it anymore.

8. After a couple of months, I contacted Prepared Budgeting to check the status of my credit card interest rate reduction. The man I spoke to said they had never received the forms I completed and mailed. Prepared Budgeting re-mailed me the forms, and told me it would take three months after the company received the forms. As soon as I received the forms, I mailed them back the same day.

9. Next, I received via email a "Prepared Budgeting Analysis," which consisted of twenty-six pages of wasted space. A copy of this "analysis" is attached here as Exhibit A. All this "analysis" said was that if I paid more on my charge cards, then I will pay them off quicker. I am not a stupid person, and did not pay $795 for them to tell me what common sense was and what I was already doing. I still fully expected I would receive interest rate reduction services in addition to this "analysis" they emailed me.

10. Three months after sending my paperwork in for the second time, I followed up with Prepared Budgeting again, and spoke to a woman this time. The woman told me that my credit card company would not cooperate and would not reduce my interest rates. I asked for a refund, and she said that I could not have one because Prepared Budgeting had sent me that silly budgeting analysis. I told her I was going to file a complaint with the Better Business Bureau, and she said okay. I was disgusted with the whole thing and just hung up. I know that this call occurred on September 29, 2014, because I filled out the online BBB complaint that same day.

11. On September 29, 2014, that same day, I filed a complaint online with the Better Business Bureau. A copy of the complaint activity report for my BBB complaint is attached here as Exhibit B. Prepared Budgeting never responded to my BBB complaint.

12. I never received a refund of the $795 that Prepared Budgeting charged me.

13. My credit card interest rates have not gotten any lower, and I do not believe that Prepared Budgeting ever did anything to try to lower them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~Rosa~~, 4/10/15 , 2015

_____
Rena Decker

_Rena Decker_

2

# **EXHIBIT A**



Rena Decker

Connelly , NC 28612

Welcome to your Customized Budget Plan




EXHIBIT
A

# INDEX

Customized Budget Plan: ....................................................................................................... pg. 1

Table of Contents: ................................................................................................................ pg. 2

Overview: ............................................................................................................................. pg. 3

Where to go from here: ......................................................................................................... pg. 4

Savings Plan: ....................................................................................................................... pg. 5

Debt Portfolio - Discover: .................................................................................................... pg. 6

Creditor Plan vs Stabilized Payment Method Plan: ............................................................. pg. 7

Comparative Analysis: ......................................................................................................... pg. 8

Your Financial Future: .......................................................................................................... pg. 9

Understanding Your Financial Risk Profile: ........................................................................ pg. 10

Revolving Credit "Tricks of the Trade": ............................................................................... pg. 11

Profile Review: ..................................................................................................................... pg. 12

Credit Card Information: ....................................................................................................... pg. 13

Guarding Your Credit: .......................................................................................................... pg. 14

Guarding Your Credit (continued): ...................................................................................... pg. 15

What your Creditor's don't want you to know: ..................................................................... pg. 16



**Overview**

Dear Rena Decker,

Welcome to Prepared Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Prepared Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier:

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example. 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Total Paid |
|---------|---------------------|-----------------|----------------|-------------|------------|
| | | 5,064.15 | 226 | 18.8 | 7,082.77 |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.

| Chart 2 | Revised Payment Plan | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|---------|---------------------|-----------------|---------------|----------------|-------------|---------------|------------|
| | | 5,064.15 | 106.00 | 97 | 8.1 | 5,130.48 | 10,194.63 |

| Chart 3 | Interest Savings | Interest Saved | Months Saved | Year Saved |
|---------|-----------------|----------------|--------------|------------|
| | | 1,952.29 | 129 | 10.8 |



# Where Do We Go From Here?

We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where  comes in.

has provided you with the following to get started:

- Financial Goals and Objectives

- Revolving Credit Breakdown

- Stabilized Payment (Interest Savings) Plan

- Key Education Concepts

- Access to a Financial Consultant to personally work with you and guide you through the entire process.



Savings Plan

Saving Plan for: Rena Decker,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **10.8** Years or **129** Months, if you were to continue to pay the amount **$106.00** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$15,344.19**.

# DISCOVER - $5,064.15



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $7,082.77 | $7,082.77 | 226 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $106.00 | $21.64 | $84.36 | $5,042.51 |
| $106.00 | $22.00 | $84.00 | $5,020.51 |
| $106.00 | $22.37 | $83.63 | $4,998.14 |
| $106.00 | $22.74 | $83.26 | $4,975.40 |

**Revised Payment Plan (Uses a stabilized payment)**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $5,130.48 | $10,194.63 | 97 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $1,952.29 | 129 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $1,952.29 | 129 |

*Rena Decker*



# Understanding the Payment Scheduler

• In the following pages you will see detailed tables that guide you to your savings.

The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

• The Stablized Payment method relies on your participation and at least the continued stablized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

• The result is that you will rapidly accelerate your principal and after 8 years and 1 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.



Payment Schedule - 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|--------|--------|--------|--------|
| Discover |     |     |     |     |     |     |     |     | $106.00 | $106.00 | $106.00 | $106.00 |



Payment Schedule - 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |





Payment Schedule - 2016

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |



Payment Schedule - 2017

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |



Payment Schedule - 2018

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |



Payment Schedule - 2019

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |



Payment Schedule - 2020

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |

*Rena Decker*



Payment Schedule - 2021

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 |



**Payment Schedule - 2022**

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Discover | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $106.00 | $18.63 | $0.00 | $0.00 | $0.00 |



**Creditor Plan vs Stabilized Payment Method Plan**

## PAYOFF COMPARISON BY DEBT

This table compares your creditors Current Payment Plan to the Stabilized Payment Method Plan developed by Financial Advisor. Your interest savings, by sticking to the plan would be **$1,952.29** over the terms of your debt, which is reduced from **226** months to **97** months

| | Current Payment Schedule | | | | Stabilized Payment Method Plan | | |
|---|---|---|---|---|---|---|---|
| | Interest Cost | Total Paid | Months payoff | Date payoff | Interest Cost | Total Paid | Months payoff | Date payoff |
| Discover | 7,082.77 | 7,082.77 | 226 | 06-30-2033 | 5,130.48 | 10,194.63 | 97 | 09-30-2022 |


Comparitive Analysis

## OVERALL RESULTS

The overall results available to **You** illustrates how your creditors have managed to use the combination of "rights" within the terms and conditions of your credit card agreements to drive rates higher, FICO scores to justify the higher rates, even when you have made payments regularly and the "convenience" of lower monthly payments to shift your longer term wealth into thier short term profits. This is at the heart of our educational message to **You**.

It is real and **It is your $1,952.29 that is lost if you do nothing**

|  | Current Schedule | **Your Customized Plan** |
|---|---|---|
| Total Outstanding Debt | $5,064.15 | **$5,064.15** |
| Total Interest Cost | $7,082.77 | **$5,130.48** |
| Total Amount Paid | $12,146.92 | **$10,194.63** |
| Total Savings | $0.00 | **$1,952.29** |
| Time Required | 18 Years 8 Months | **8 Years 1 Months** |



# Your Financial Future

Being that we are a country that is health-conscious more so than any other on the planet, it is important to remember that stress is a major contributing factor to illness, especially when it comes to our financial situation. Taking preventative steps to alleviate yourself of debt is a step in the right direction, not only financially speaking, but physically.

- Self Discipline
- Understanding Credit
- Contingency Planning
- Stretching your Money

## GOALS & OBJECTIVES

Based upon our analysis of your situation we recommend the following financial goals :

- Gain personal financial knowledge
- Organize and manage financial matters
- Improve risk profile and lower borrowing cost
- Eliminate revolving debt
- Create and preserve personal net worth

### Key Concept

Financial goals an objectives should incorporate short, intermediate and long term aspects of your financial life and you should be able to track, measure and achieve them. You should be truly committed to them when you set them.

## THE FICO REALITY OF FICO

The most meaningful aspect of the FICO score for the purposes of our interest is how it has become a price justification tool for the credit companies. This is the way the game is played.

**Price justification**- Fair Isaac Corporation generated $750 million in revenue last year and their business is setting credit scores. You are not Fair Isaac's customer. Their primary customers are lenders and their product, FICO scores, are purchased by 90 of the top US customer lenders. Like any company, Fair Isaac wants to sell more and make its customers happy. The ability to defend the act of raising your interest rates makes their customers happy.



# Understanding Your Financial Risk Profile



## CREDIT REPORT

A written report ( Normally stored on computers ) comprised of the following information about your debt history and inferentially, your credit worthiness.

1. **Identification** - by name, address, spouse's name, date of birth, social security number, telephone number, place of employment, mothers maiden name and other personal identification information.

2. **Credit Enquires** - every time a credit provider runs a credit offer inquiry on a consumer, a record of the file is made. It will remain on the file in most states for one or two years. This is of interest to creditors because it reveals recent credit activity

3. **Information** - in public records and collection accounts are also collected by ( or reported ) to these agencies. Public records include courthouse records, bankruptcies, judgements, lawsuits, criminal records, etc.

4. **Credit History** - which includes the name and ID number of each reporting company who makes a report about your credit/debt repayment history. Also included is the date an account was opened, credit limit, current balance, monthly payment amounts and payment frequencies for the last 12-24 months. Records are dated with each request or entry. Other information includes consumer disputes, criminal convictions, individual liability of accounts, co-maker or guarantor of arrangements, secure accounts and charge offs ( when a creditor has reported an unpaid balance as a loss )

5. **Consumer Statements** - a statement - ( not to exceed 100 words ) - regarding any account(s) an individual may wish to more accurately and completely explain.

APP. 0141



# REVOLVING CREDIT
# "Tricks of the Trade"

**1. Universal Default:** Credit card companies monitor your credit report under a universal default clause, looking for reported problems with other creditors. If they believe that your behavior with other creditors signals that you're a greater credit risk. They can increase your interest rate. For instance, your interest rate can sky rocket if your credit score declines because of your behavior with other creditors, even if you always pay your credit card account on time and never miss a payment. Card issuers can raise your rate if an inquiry is made about a car loan or if you get a new credit card.

**2. Change of terms:** Card issuers, under pressure, have claimed they aren't aggressively using universal default; however, many are raising interest rates under change of terms clauses. Credit card terms are always in flux. This means read the small print and chances are that you will find this disclosure, "We reserve the right to change the terms (including APR's) at any time for any reason." A fixed rate is fixed until the bank gives you at least 15 days notice that it isn't and most people don't "notice" the notice because of how it is buried in the fine print.

**3. Teaser Rates:** Teaser rates tease you into applying for that credit card with its incredibly low APR. But that low rate can be increased at any time with the 15 day notice. A temptingly low rate can climb to 30% or more in no time. That low rate you signed up for expires suddenly and you end up paying more on charges you already made.



**APP. 0142**



Profile Review

## Revolving Credit

• Understanding your lenders minimum payment plan and see it for what it is, highly profitable for them and designed to lengthen the life of your outstanding balance.

• When consumers don't see, don't respond to or don't know how to respond to the unreasonable treatment, it will just continue.

• Credit Card profits are driven by some simple steps that create opportunities for fees, rate increases and reduced principle payments and capturing profit associated with basics of compounding interest in favor of the lender over long periods of time.

• We at will assist you in understanding this process and making the correct structured payments to ensure that you do not get caught up in this never ending circle of debt.

## You and the market

• Revolving credit is highly responsive to showing change given the daily reporting of billions of transactions to the credit bureaus and is inefficiently priced and structured to the disadvantage of the "sweet spot"

• Outstanding consumer revolving debt, of which 95% is estimated to be from credit cards, is over $1 trillion dollars.

• The Average family has 9 credit cards with an average debt of $11,000

• 150 million Americans have general-purpose credit cards with ongoing access.

• 50 million Americans (referred to as "free riders") by the industry pay off their credit card bill in full each month.

• 100 million US households and individuals carry revolving credit card balances thought a billing cycle.

• The consumer lending industry refers to this group as "revolvers"

• 50 million Americans in the revolving group are not in default and pay the minimum monthly payment or slightly more against balances in excess of 25% of available credit.

• The consumer lending industry refers to this group as their "sweet spot", the average rate of these consumers being 20% or more.



Credit Card Information

## Errors

If there is an error in a consumer's credit report, the credit bureau should be notified immediately. The Fair Credit Reporting Act, the federal law that regulates credit reporting activities, outlines steps to be taken in re-investigation of any possible inaccuracies. The credit bureau is required to re-verify the item in question with the creditor at no cost to the consumer. The law requires that a re-investigation be responded to by a creditor within 30 days. After the re-investigation is complete, the credit reporting agency is obligated to notify the consumer of the outcome. If information in the report has been changed or deleted, the consumer is also entitled to a copy of their revised report at no charge. You must enforce your rights as a consumer. You are also entitled to a free credit report from each of the three (3) credit bureaus annually. If you haven't done this, our staff will help you get this right.

• EQUIFAX: (800) 685-1111 : www.equifax.com
• TRANSUNION: (800) 888-4213 : www.transunion.com
• EXPERIAN: (Formerly TRW) (888) 397-3742 : www.experian.com

## Understanding Your Credit Score

• Your credit score is a number generated by a complicated and secretive formula based on information in your credit report, compared to similar information over 100 million people. The resulting number is promoted by the lenders to be an accurate predictor of how likely you are to pay your bills.

• Very few lenders have developed their own credit scoring models so the consumer credit risk is dominated by one firm - Fair Isaac's - your FICO score! FICO has a near monopoly on communicating your "risk profile" to their paying customers.

• If this sounds overly detailed and unimportant, you couldn't be more wrong. Credit scores are used extensively, and for almost all credit related products. For many large expense items in your life, the price you pay is directly related to your credit score.

• Increasingly, your credit score is being checked for even more basic purchases such as cell phones, apartment rentals, cable TV and many employers do a credit check before hiring a new employee.



# Guarding your Credit

**Know how your payment is applied** – Most creditors apply the payments first to finance charges and fees, then to the lowest rate category on the card. For example; if you have a purchase category at 12.9%, a balance transfer category at 5.99%, and cash advance category at 23.99%. When you make your monthly payment it will be applied to the balance transfer first, allowing the other higher rate categories to build up as much interest as possible. That's the trick the lenders use to capitalize on the different rates. (**Tip:** contact the lender to find out if they allow re-adjustments of the payment to other categories. Most will not, however, some will allow you to send in a separate payment to affect the higher APR balance giving you the opportunity to save).

**Just say no to new purchase only promos** – This is a trick by the lender to lock up your current balance at the higher rate and to also bait you into spending more money. Only take advantage of this type of promo if you don't carry an existing balance.

**Watch out for balance transfer offers** – The key here is to look at the length of the offer, the rate and the fees you will pay for the transfer. You must also take into consideration the cost of the fees and if it will offset the savings of the transfer or not. Another option would be to transfer to an empty card for the biggest benefit. If there is an existing balance, you then must calculate the cost at which that balance will grow until you pay the balance off and see if there is still savings instead of a cost.

**Avoid cash advances** – If you must use a cash advance, contact the lender first to see if they can direct deposit funds into your checking account and if so, are there any promos available. Please remember, this category grows faster than any other and usually has the highest APR, which can not be negotiated.

**Beware of reward cards** – These cards offer perks that you may not use as often as you might dream of doing and remember, the lenders are not going to give you something that will cost them in the end. These cards usually have higher APR's and a lot of times come with annual membership fees as well. It's often better to switch out to a standard type of card and enjoy the savings from lack of annual fees and a lower APR or pay the card in full each month and enjoy all the rewards without paying the higher rates. Lenders will try and trick you into these cards by making them sound more glorious than they really are. You might think 1% cash back sounds really good, however, having a much higher APR will offset that savings.

**Always check your statements** – Review your statement each month. Check for changes to your APR, and make sure you watch your credit limits. Some tricks the creditors like to do is lower your credit limits without notice.

…continue…

This will make it look like you always have a high utilization on the card, and could possibly things on your credit score as well as the behavior of other creditors. Along with the credit limits, the APR can change without notice as well. Most lenders have a clause in the terms and conditions allowing this to happen. It's usually best to keep a 3-6 month archive of your statements; you never know when they will come in handy.

**Credit Protection Programs** – These are the programs sold to you in case of job loss, injury or any other event that may qualify. Make sure you read everything with these types of programs. Be sure to find out how much you are actually covered for and what are the "outs" for the creditors to not pay. Sometimes there are circumstances that arise when you meet the typical reason to cash in on these protection programs; however, there may be extra hidden prerequisites that accompany those initial qualifications. A trick from the lender is to quote a low price per amount to make it seem like these programs do not cost much. Example, they may tell you it's only $0.89 for every $100.00 This means if you have a balance of $10,000 the cost would be $89.00 monthly. If your APR is 13.9% and your minimum payment is 2%, which is $200.00, and your finance charge is $116.00, that's a difference of $84.00 going to your principle. Then you apply the $89.00 each month, your balance would be going up by $5.00, costing you more in the long run.

**Change of terms** – Watch out! These are usually found in your statements each month. They will give you an advance warning of things to come. Most of the time these changes are negative, meaning your APR is about to increase or your limit is about to decrease. Most of the lenders will allow you to "opt. out" of the changes; however, this means a sacrifice of the card and its usability. Remember not all lenders will close the account when you "opt out" of the change in terms. Some will leave the account open and if you forget and place a charge on the account that will act as an acceptance of the new change of terms. (**Tip:** if you "opt out" of a card to keep the lower rate, destroy the card to keep from the accidental use and automatic acceptance of the new terms that you've opted out from.)

**Store Cards** – Just because the card has the same name as the store on it does not mean it will save you the most money. Most store cards carry a much higher APR. These cards might come with benefits like 10-15% off your purchase, but this could be offset by the (21% average for a store card) APR and most store cards do not adjust or negotiate the rates. Some cards will offer you a 0% promo on purchases of a certain amount charged or more for 6-18 months. The trick in this case is that if you do not pay down the entire promotional balance during that time frame the interest will go retro-active. (**Tip:** If you must use these cards pay them in full each month to avoid the high finance charges or make sure you clear out the balance before the promo offer expires, even if that means transferring the balance to a standard card at a lower APR.)

## What your Creditor's DON'T want you to know

Credit card companies have a very simple motivation: **Money!** Keeping you in debt for as long as possible to insure they can charge you interest on your outstanding balance. Our program at Prepared Budgeting is very simple as we'll Combat this cycle of your outstanding debt by empowering our clients with tools and education on credit usage to enable you as our client to get out of debt 3-5 times faster, if not faster than what your current situation will allow you to do.

One of the ways credit card companies keep consumers in debt for long periods of time is by the use of the remaining balance minimum payment method. The minimum monthly payment that creditors require on your statement that you receive each month is calculated as a percentage or payment factor of your outstanding balance after the interest has been applied to your account. This percentage or payment factor is usually 2-3 percent contingent upon the lending institution that has provided the account to the consumer. Believe it or not, in some situations the minimum monthly payment is not enough to cover the interest charged for that period. The sad reality being that, although you could be making your payments on time and in full, you're actually going further into debt.

By way of example, we will show you how this works using the information you provided about one of your credit cards. We will use the one that will take the longest to pay off if you follow the credit card company's plan. The card we will focus on is the card. The annual interest rate is **0.0** percent. Your monthly finance charge for this card is **0.0** percent. This is simply the annual interest rate divided by 12. Since the outstanding balance for this card was **0.00**, the finance charge for the initial month is **0.00**. Your total payment for the same month is so the portion of your payment which is actually being applied to your principal is **0.00**.

What makes matters worse is that the amount going to principle each month decreases since the minimum payment decreases. If the same proportion of your minimum payment applied to your balance each month, it would still take over 10 months to pay off this single debt. But the amount applied to principle actually decreases each month as your minimum payment decreases. This keeps the balance alive much longer than necessary. Actually, the higher the interest rate and/or balance, the longer it will take to pay off the debt. It can be 3 or more times longer than if the same was applied to your debt each and every month. This is a primary reason so many people find themselves in situations where their credit card payments have taken center stage in their finances. Isn't it time to retake control of your financial future?

As you are well aware, knowledge is power! By increasing your awareness, as well as providing you with ongoing assistance through your membership with our service we will help you reach your goal of being debt-free and credit conscious.

# **EXHIBIT B**

**COMPLAINT ACTIVITY REPORT**  Case # 67293522  **Better Business Bureau Serving West Florida**

**Consumer Info:** Decker, Rena

Connelly Springs, NC  28612-7466

**Business Info:** Total Budgeting
6860 Gulfport Blvd S Ste 386
South Pasadena, FL  33707-2108
888 266-0956

**Location Involved:**  (Same as above)

**Consumer's Original Complaint :**

This company called me telling me they could get my interest rate lower but there would be a 795.00 fee but if they didn't get the interest rate lowered that the 795.00 plus interest would be refunded. Well I did received a Prepared Budgeting Analysis which consist of 26 pages of wasted space. I did receive a letter in the mail stating that my interest rate would not be lowered. This has been going on since May 7th. I contacted them this morning to tell them I wanted a full refund plus interest because they didn't get my interest rate lowered and I only worked part time and was responsible for my own bills and 795.00 extra added to the almost 5000.00 that I already owed was not helping me but hurting me. I described to her what I was told on the phone but she aid because of the Prepared Budgeting Analysis they sent out they they went far beyond helping me. I am no stupid person. I know that more you pay on a charge card the less months you will have to pay on it. I think this was unfair and I was mislead and I really need my money back because they didn't pull through with everything I was promised.

**Consumer's Desired Resolution:**

DesiredSettlementID: Refundthe 795.00 plus interest I was told I would receive back if interest rate wasn't lowered

| | | | |
|---|---|---|---|
| 09/29/2014 | web | BBB | Case Received by BBB |
| 09/29/2014 | KTD | MAIL | Manually Inform Business of Case |
| 10/13/2014 | TAY | BBB | Call Business to Request Response |
| 10/20/2014 | OttO | EMAIL | Consumer - Have You Heard From the Business |
| 10/20/2014 | OttO | MAIL | Reminder of Dispute to Business |
| 10/30/2014 | TAY | BBB | No Response Received from Business on 2nd Notice |
| 10/30/2014 | TAY | BBB | Close Complaint as Unanswered |
| 10/30/2014 | Otto | MAIL | Inform Business - Case Closed UNANSWERED |
| 10/30/2014 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 10/30/2014 | OttO | BBB | Case Closed - UNANSWERED |
| 12/03/2014 | CLD | BBB | Mail Returned |



**EXHIBIT**

**B**

# **EXHIBIT 9**

## Declaration of Henry DuBois Pursuant to 28 U.S.C. § 1746

I, Henry Dubois, hereby state and declare as follows:

1. My name is Henry DuBois. I am 69 years old, and for approximately half of the year I live in Ft. Myers, Florida and for the other half of the year, I live in Maine. I am currently retired and previously had my own photography business. As of the date this declaration was signed, I was residing in Maine.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. In October 2013, I received a phone call from a representative of Total Budgeting who offered for a fee to negotiate with my credit card companies to reduce my interest rates or consolidate my credit card debt. I do not recall the name of the individual with whom I spoke during this phone call.

4. The Total Budgeting representative told me that if Total Budgeting did not reduce my credit card debt by $3,000.00 in twelve months, then it would refund my money.

5. At the time, I had high credit card debt so I decided to purchase this service for the price of $995.00. I authorized the individual on the phone to charge my Capital One credit card the $995.00. A true and correct copy of my Capital One credit card statement reflecting the $995.00 payment to Total Budgeting on October 3, 2013, is attached hereto as **Exhibit A**.

6. According to my credit card statement reflecting the $995.00 payment on October 3, 2013, the billing descriptor used by Total Budgeting was "8667516518COMPLEBUDG866-751-6518CA."

7. After the initial phone call with the man from Total Budgeting, I received an envelope of documents from Total Budgeting, including information that I had to fill out and send back to Total Budgeting. Some of the documents I received from Total Budgeting include, but are not limited to:

   o a "welcome letter" dated October 8, 2013;

   o a Mission Statement;

   o a Total Budgeting welcome document, which discusses the following services: "TB Resource Center," "TB Legal Care," "TB Tax Service," "TB Digital Protection," "TB Savings Club," and "TB I.D. Theft Protection"; and

   o a document quoting "The Art of War."

True and correct copies of the foregoing documents are attached hereto as **Composite Exhibit B**.

8. In my opinion, the documents I received from Total Budgeting looked very professional.

9. Additionally, Total Budgeting sent me an Account Information Form to fill out to provide it with my credit card debt information. The Account Information Form was very comprehensive and almost seemed like a financial planning document. This form also requested information related to my home mortgage. I began to question whether I should fill this form out because it seemed to include a lot of personal information, but I did in fact fill it out and return it back to Total Budgeting. I mailed the Account Information Form to Total Budgeting at 6860 Gulfport Blvd., Suite 129, South Pasadena, FL 33707.

10. After a few months passed, I began calling Total Budgeting at the following phone number to inquire into the status of my account: (888) 862-3816. This was the phone number listed on the documents sent to me by Total Budgeting.

11. On February 14, 2014, I called Total Budgeting at (888) 862-3816 and spoke with a man named "Brendan" and then an individual named Kris Treene and was told that my "report" was forthcoming, but I never received it. I assumed the report would reflect my savings from the interest-rate reductions negotiated by Total Budgeting.

12. On March 14, 2014, I called Total Budgeting again and asked about my "report," and the Total Budgeting representative told me that it would be sent that week. I never received the report.

13. On April 3, 2014, I called Total Budgeting again and talked with Susan Smith, who told me that Total Budgeting would send the "report" documents soon. During this call, I felt like I was given the go around. A true and correct copy of my hand written notes related to the February 14, 2014 phone call, the March 14, 2014 phone call and the April 3, 2014 phone call are attached hereto as **Exhibit C**.

14. During one of these phone calls, a Total Budgeting representative told me that Total Budgeting never received the paperwork I sent, and that was why they could not mail me my "report." The representative also told me that once I sent in my paperwork, I would receive the "report" in a week or so. After that call, I mailed Total Budgeting the paperwork, including my Account Information Form, to the following address: 6860 Gulfport Blvd., Suite 129, South Pasadena, FL 33707. This was the second time I had sent in the Account Information Form to Total Budgeting.

15. I now believe that this was part of Total Budgeting's scam – the company tells its customers that it never received their paperwork, and therefore, it cannot do its job to negotiate lower credit card interest rates.

16. I never received the "report" that the various Total Budgeting representatives promised during our numerous phone calls.

17. I filed a complaint with the Better Business Bureau Serving West Florida ("BBB") on approximately April 9, 2014.

18. In response to my complaint filed with the BBB, Total Budgeting claimed that one of its representatives spoke with me on May 2, 2014. However, I never spoke with a Total Budgeting representative on May 2, 2014. I was in Maine at this time, and a Total Budgeting representative did not call me at my Maine home at that time.

19. In general, Total Budgeting never performed any services on my behalf.

20. After purchasing Total Budgeting's services for $995.00, I never received reduced interest rates on my credit cards.

21. I never received a refund of the $995.00 paid to Total Budgeting.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ *May 20* _____, 2015

_____

Henry DuBois

# **EXHIBIT A**



**CapitalOne**

Sep. 24 - Oct. 23, 2013   30 Days in Billing Cycle

**Visa Signature**

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| | | Nov 20, 2013 |

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit:                      Cash Advance Credit Limit:

Available Revolving Credit: $              Available Credit for Cash Advances:

MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | | |

Your estimated savings if you pay off this balance in 3 years:

If you would like information about credit counseling services, call 1-888-326-8055.

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | − | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR HENRY F DUBOIS**
1   11 OCT  ELECTRONIC PAYMENT

**TRANSACTIONS FOR HENRY F DUBOIS**
1
2   03 OCT  8667516518COMPLEBUDG866-751-6518CA          $995.00
3
4

**FEES**
                              Total Fees This Period

**INTEREST CHARGED**
    INTEREST CHARGE:PURCHASES
                              Total Interest This Period

Transactions continue on page 2

## REWARDS INFORMATION

PREVIOUS AVAILABLE REWARDS BALANCE

REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)

AVAILABLE BALANCE AS OF 10/23/2013

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

**✓No Hassle** rewards

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | | | |
| Cash Advances | | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

EXHIBIT A

**APP. 0155**

# **EXHIBIT B**

Henry Dubois

████████

Limington, ME 04049


Dear Henry,                                                October 8, 2013


It is with great enthusiasm that we at Total Budgeting welcome you as a client to
our services as well as our family! We pride ourselves on empowering our clients
with the knowledge and services that will enable them to reach their financial
goals to live free of debt and promote a sound financial future. We promote a
"Results" driven environment throughout our organization to ensure we provide a
value to our clientele without ever losing the attention to detail you should expect
but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!


Sincerely,


From our family at **Total Budgeting**


**Total Budgeting**
**6860 Gulfport Blvd Suite 129**
**South Pasadena, FL 33707**
**888-862-3816**

**EXHIBIT**

**B**

Total Budgeting
6860 Gulfport Blvd Suite 129
South Pasadena, FL 33707



# Congratulations on Getting Out of Debt 3 to 5 times Faster!!!

## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!



# ✿ TOTAL BUDGETING

### *The path to <u>your</u> financial future!*



## 888-862-3816
## www.totalbudgeting.com

### Welcome!

*Total Budgeting (TB) is your one stop shop when you are ready to change your financial future. TB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### TB **Resource Center**
The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

### TB **Legal Care**
The **TB** program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### TB **Tax Service**
The **TB** tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### TB **Digital Protection**
Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast  ☑Ensure personal security ☑Optimize your PC automatically ☑Repair problems and errors ☑Clean up system clutter ☑Fix security vulnerabilities ☑Maintain reliability and speed ☑Deleted data rescue

### TB **Savings Club**
With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### TB **I.D.Theft Protection**
The **TB** ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

### <u>Log in and start saving today!</u>

    

**APP. 0160**

"Every Battle is Won Before it is Fought"

Sun Tzu, The Art of War

# <u>EXHIBIT C</u>

.

2/14 Spoke with Brendan and Kris Treene - Report is forthcoming - got Nothing

3/14 Called - Asked about Report will send This week - No Report

4/3 Talked with Susan Smyth Report documents will be sent - got the go Around No Report to FPR

Originally Spoke with Daniel Roy #12593

RECEIVED APR 16 2014 By___

EXHIBIT C