# EXHIBIT 10

**Declaration of Juanita Foley Pursuant to 28 U.S.C. § 1746**

I, Juanita Foley, hereby declare and state as follows:

1.  My name is Juanita Foley and I am 62 years old.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  I am retired, as I had to stop working over ten years ago due to medical reasons. My husband is a retired policeman.

4.  On approximately March 17, 2014, an individual called me on my home phone and offered me services by Resourceful Budgeting to reduce the interest rates on my credit cards. Prior to this call, I had been researching debt consolidation for approximately one year, so I was interested in this service.

5.  During the phone call, the Resourceful Budgeting representative told me that if I purchased Resourceful Budgeting's interest rate reduction services, I would receive the following:

    o   I was guaranteed to receive reduced interest rates by at least 10%;

    o   I was guaranteed to save at least $3,000.00 in interest on my credit card debt;

    o   All of my credit cards would have a 6% interest rate, or less, for life;

    o   Resourceful Budgeting would provide me with a financial counselor to assist me;

    o   Resourceful Budgeting would directly negotiate with my credit card companies every two months to reduce my interest rates; and

    o   That if I did not receive the $3,000.00 savings on my credit cards within two months, I would receive a full refund of the $1,295.00 I paid.

6.  The Resourceful Budgeting representative told me that Resourceful Budgeting had financial counselors, and a financial counselor would be assigned to help me. Additionally, the Resourceful Budgeting representative told me that Resourceful Budgeting was part of a large banking institution.

7.  During this initial phone call on approximately March 17, 2014, I spoke with numerous representatives of Resourceful Budgeting.

8.  After speaking with the Resourceful Budgeting representative, I felt like it was a legitimate company and I decided to join and buy Resourceful Budgeting's interest rate reduction services of at the price of $1,295.00.

1

9. Once I informed the Resourceful Budgeting representative that I wanted to buy the interest-rate reduction services, he transferred me to another individual on the phone to get my credit card information to charge the $1,295.00. After providing my credit card information, the Resourceful Budgeting representative told me that my confirmation number was #52929. According to my Discover credit card statement, the billing descriptor related to the $1,295.00 charge is "8772606917APPLIEDBUDGET 877-260-6917 CA," and the charge posted on March 17, 2014. A true and correct copy of my credit card statement is attached hereto as **Exhibit A**.

10. Approximately two weeks after paying the $1,295.00 to Resourceful Budgeting, I received a folder of documents in the mail from Resourceful Budgeting, including the following:

   o A letter dated March 25, 2014 from Resourceful Budgeting, which listed its address as 9753 66th ST N Suite 386, Pinellas Park, FL 33782 and its telephone number as (855) 881-9652;

   o A Mission Statement, which was included on the outside of the folder holding all of the other documents;

   o a Resourceful Budgeting "Welcome" document, which discussed the following services: "Resource Center," "Legal Care." "Tax Service," "Digital Protection," "Savings Club," and "I.D. Theft Protection." This document lists Resourceful Budgeting's website as www.resourcefulbudgeting.com and its telephone number as (855) 881-9652;

   o a "Frequently Asked Questions" document;

   o a Client Data File & Authorization Letter;

   o a Resourceful Budgeting Household Budgeting Worksheet; and

   o an Account Information Form.

   True and correct copies of these documents are attached hereto as **Composite Exhibit B**. The written notes on these documents are my hand-written notes

11. Shortly thereafter, I emailed the Account Information Form, the Household Budgeting Worksheet and the Client Data File & Authorization Letter to Resourceful Budgeting at the following email address: resourcefulbudgeting@gmail.com. True and correct copies these documents, which I filled-out, are attached hereto as **Composite Exhibit C**.

12. After a few months passed and I had not received an interest rate reduction on my credit cards, I started called Resourceful Budgeting to inquire into the status of my account. Whenever I called Resourceful Budgeting I called either (855) 881-9652 or (407) 545-7366, which was an additional customer service number that was orally provided to me by one of the Resourceful Budgeting customer service representatives.

2

13. On or about June 9, 2014, I called Resourceful Budgeting and spoke with a woman in the customer service department. I asked to speak with my financial consultant, but I was never able to reach and speak with the financial consultant.

14. On or about July 7, 2014, I called Resourceful Budgeting and spoke with Nancy Allen, and Ms. Allen told me that my financial consultant would call me the next day on July 8, 2014, but this did not happen. During this phone call, Ms. Allen told me that my call with her was recorded.

15. On or about July 7, 2014, I sent Resourceful Budgeting a letter to 9753 66th Street North, Suite 386, Pinellas Park, FL 33782, informing it, among other things, that I was upset with the lack of services provided to me since paying the $1,295.00 fee, and that I wanted a full refund of the $1,295.00 paid. A true and correct copy of my July 7, 2014 letter is attached hereto as **Exhibit D**.

16. Resourceful Budgeting never responded to my July 7, 2014 letter.

17. On or about July 7, 2014, I also sent Resourceful Budgeting an email at resourcefulbudgeting@gmail.com, in which I informed the company, among other things, that (i) I was very upset with my inability to reach anyone at Resourceful Budgeting; (ii) the lack of services by Resourceful Budgeting, specifically, the lack of interest rate reduction on my credit cards even though four months had passed since paying Resourceful Budgeting the $1,295.00 fee; and (iii) that I wanted a full refund. A true and correct copy of my July 7, 2014 email is attached hereto as **Exhibit E**.

18. Resourceful Budgeting never responded to my July 7, 2014 email.

19. On or about July 24, 2014, I called Resourceful Budgeting and asked to speak with my financial counsel. I spoke with a representative named "Jennifer" and she told that someone would call me back, but this never happened, and she also told me that Resourceful Budgeting had mailed me my "analysis," which I thought related to my interest rate reduction. I did not receive any "analysis" in the mail, or otherwise, around the time of the July 24, 2014 telephone call.

20. On or about August 14, 2014, I called Resourceful Budgeting and spoke with a representative named "Renee" and I was told that someone would call me back, and this never happened.

21. Generally, every time I have been told that a financial consultant with Resourceful Budgeting would call me, it never happened.

22. On or about August 20, 2014, I sent another email to Resourceful Budgeting at resourcefulbudgeting@gmail.com, in which I asked for a refund of the $1,295.00 I paid because I had not received any reductions in my credit card interest rates as Resourceful Budgeting promised me. A true and correct copy of the August 20, 2014 email is attached hereto as **Exhibit F**.

3

23. Resourceful Budgeting never responded to my August 20, 2014 email.

24. At some point, I did attempt to use the Resourceful Budgeting website at www.resourcefulbudgeting.com. This website was where I was supposed to access the various programs, including the tax services, savings club, digital protection, legal care, but I could not access the website to use the services. Resourceful Budgeting never provided any of these services to me. During one of my phone calls to Resourceful Budgeting, I told the representative that the "digital protection" and other services that were supposed to be offered through the IT department on the website do not work. The representative told me to contact people in the IT department to resolve this, but I was never able to receive help and utilize the "digital protection" services, or any other services offered by Resourceful Budgeting.

25. On approximately September 4, 2014, I received an email from Resourceful Budgeting (from resourcefulbudgeting@gmail.com) with a "Resourceful Budgeting Analysis" attached, a true and correct copy of which is attached hereto as **Exhibit G**. This analysis is not the product I purchased from Resourceful Budgeting.

26. At some point in 2014, I attempted to receive a refund of the $1,295.00 paid to Resourceful Budgeting from my credit card company, Discover, and the Discover representative told me that Discover would not refund my money because I had a signed contract with Resourceful Budgeting.

27. I do not believe Resourceful Budgeting is a legitimate company, and I believe it scammed me of $1,295.00. During at least one of my telephone calls with a female Resourceful Budgeting customer service representative, I told the representative that I thought the company was a scam. After I said this, the representative responded that the company was not a scam and that it helped her with her own budget and financial planning. However, I was never able to speak with the financial counselor that was supposed to help me and every time a Resourceful Budgeting representative told me that a counselor was going to call me back, I felt like they were lying to me.

28. Resourceful Budgeting never lowered the interest rates on my credit cards, and I never received any other service or product from Resourceful Budgeting.

29. My experience with Resourceful Budgeting made me feel mentally tormented, especially because I repeatedly called customer service and received no help from the company.

30. I never received a refund of the $1,295.00 paid to Resourceful Budgeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 4, 2015_ , 2015

_Juanita Foley_
Juanita Foley

5

# <u>EXHIBIT A</u>

## CONTACT US

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **Web** Access your account securely at Discover.com |  | **Mobile** Manage your account anytime, anywhere at m.Discover.com |  | **Phone** 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449 |  | **Inquiry** Discover PO Box 30943 Salt Lake City UT 84130 |  | **Mail Payments** Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Apr 1 | Apr 1 | PAYMENT - THANK YOU | $ | ███ |
| **Services** | Mar 10 | Mar 10 | ████████████████████ | $ | ███ |
| | Mar 17 | Mar 17 | 8772606917APPLIEDBUDGET 877-260-6917 CA | | 1,295.00 |
| **Fees** | | | **TOTAL FEES FOR THIS PERIOD** | $ | 0.00 |
| **Interest Charged** | | | INTEREST CHARGE ON PURCHASES | $ | |
| | | | INTEREST CHARGE ON CASH ADVANCES | | |
| | | | INTEREST CHARGE ON BALANCE TRANSFERS | | |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | ███ |

## 2014 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2014** | $ | |
| **TOTAL INTEREST CHARGED IN 2014** | $ | ███ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period:31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | | | |
| Expired Promotional Purchases Usg 3.9% for 6 months | ███ | ███ | ███ |
| Cash Advances | | | |

V=Variable Rate

## Information For You

For more information about how interest charges are calculated see your Cardmember Agreement or go to www.discover.com/interestcharges

Your FICO® Credit Score is based on data from TransUnion and may be different from other credit scores. Discover and other lenders may use different inputs like a FICO® Credit Score, other credit scores and more information in credit decisions. If you prefer not to receive your FICO® Credit Score on your statement, just call us at 1-800-347-3085. Please give us two billing cycles to process your request. To learn more, visit Discover.com/FICO. Your FICO® score is provided for your own non-commercial personal review, use and benefit. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

**EXHIBIT A**

# **EXHIBIT B**

Juanita Foley

█████████████

Deltona, FL 32738

Dear Juanita,                                              March 25, 2014

It is with great enthusiasm that we at Resourceful Budgeting welcome you as a
client to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at **Resourceful Budgeting**

**Resourceful Budgeting**
**9753 66th St N Suite 386**
**Pinellas Park, FL 33782**
**855-881-9652**

EXHIBIT

B



# Congratulations & welcome to a new financial future!

## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!



www.resourceful budgeting.com

APP. 0174



*Handwritten at top:*
9753 66th St. N.
Pinellas Park FL 33782
855-881-9652 —

**The path to _your_ financial future!**



# 855-881-9652
## www.resourcefulbudgeting.com

# Welcome!

*Resourceful Budgeting (RB) is your one stop shop when you are ready to change your financial future. RB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

## Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

•Tips and tricks
•Easy to follow
•Form letters

## Legal Care

The RB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

## Tax Service

The RB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

## Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast ☑Ensure personal security ☑Optimize your PC automatically ☑Repair problems and errors ☑Clean up system clutter ☑Fix security vulnerabilities ☑Maintain reliability and speed ☑Deleted data rescue

## Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

## I.D.Theft Protection

The RB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

**_Log in and start saving today!_**

    

APP. 0175

# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A:  By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

# CLIENT DATA FILE & AUTHORIZATION LETTER

## 1. Primary Account Holder

Last Name          First Name          MI

Date of Birth          Social Security Number

___/___/___

☐ Male     ☐ Female

Address_____

City_____

State_____ Zip Code_____

Home Phone (_____)_____

Work Phone (_____)_____

Other Phone (_____)_____

Email Address_____

Occupation_____

If Self Employed, Name of Business_____

and Position Held_____

Gross Income: Monthly_____ or Yearly_____

Name of Primary Bank_____

Mother's Maiden Name_____

## 1. Co-Applicant

Last Name          First Name          MI

Date of Birth          Social Security Number

___/___/___

☐ Male     ☐ Female

Address_____

City_____

State_____ Zip Code_____

Home Phone (_____)_____

Work Phone (_____)_____

Other Phone (_____)_____

Email Address_____

Occupation_____

If Self Employed, Name of Business_____

and Position Held_____

Gross Income: Monthly_____ or Yearly_____

Name of Primary Bank_____

Mother's Maiden Name_____

I/We expressly give Resourceful Budgeting (RB), it's agents and representatives permission to communicate with my/our Creditors/Utilities/Resources or Services for the sole purpose of acquiring lower services/rates costs and that I/we remail primarily obligated to those creditors/utilities/resources or services. Further, I/we understand that in certain circumstances, including but not limited to, balances too close to limits, extensive cash advantages or internal policies prohibiting service/rate reduction, may effect RB's ability or success in reducing such services/rates. As such, I/we instruct and authorize RB to communicate and negotiate with utilities, service providers, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/we would be permitted to do so myself, obtain records, validates and any other supporting documentation related to my/our accounts and to communicate and negotiate the services/ rates on those accounts that my/our permission. I/We authorize Resourceful Budgeting (RB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Saving Center, ID Theft Protection. Resourceful Budgeting (RB) is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

Applicant Signature          Date          Co-Applicant Signature          Date

**APP. 0177**

# Resourceful Budgeting
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

## Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

## Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

## Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

## Monthly Unsecured Debts

| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| | |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

**Budgeting Notes:**

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputting your creditors' information in the following order.
1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder**   Name _____

1. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate_____% 　　　Minimum Monthly Payment_____

Age of Account_____ years   Expiration Date_____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan ❑ Other ❑ Business Card (Include Name of Business) _____

**Primary Holder**   Name _____

2. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate_____% 　　　Minimum Monthly Payment_____

Age of Account_____ years   Expiration Date_____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan ❑ Other ❑ Business Card (Include Name of Business) _____

**Primary Holder**   Name _____

3. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate_____% 　　　Minimum Monthly Payment_____

Age of Account_____ years   Expiration Date_____ CVC 3 numbers on back of card _____

Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ❑ Credit Card ❑ Business Loan ❑ Other ❑ Business Card (Include Name of Business) _____

*Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!*

# **EXHIBIT C**

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputing your creditors' information in the following order.
1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder**   Name _Juanita D. Foley_

1. Creditor _Capital One_   Account Number ▮▮▮

Creditor Phone # _1-800-955-7070_

Balance $ _9,851.11_  Rate _17.90_ %   Minimum Monthly Payment _235.00_

? _over 10 years_
Age of Account _____ years   Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Juanita D. Foley_

2. Creditor _Discover_   Account Number ▮▮▮

Creditor Phone # _1-800-347-2683_

Balance $ _9,896.82_  Rate _16.24_ %   Minimum Monthly Payment _198.00_

? _10 years_  _2003_ (_years_ _11_)  Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮
Age of Account

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Juanita D. Foley_

3. Creditor _Wells Fargo VISA_   Account Number ▮▮▮

Creditor Phone # _800-642-4720_

Balance $ _6,784.14_  Rate _11.99_ %   Minimum Monthly Payment _131.00_

? Age of Account _2007_ (_years_ _7_)  Expiration Date ▮▮▮   CVC 3 numbers on back of card ▮▮▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

①

*Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!*

**EXHIBIT C**

**Primary Holder**   Name  Juanita D. Foley
4. Creditor  Chase-freedom VISA   Account Number ▮▮▮▮
Creditor Phone #  1-800-524-3880
Balance $ 6,025.80  Rate 13.24 %        Minimum Monthly Payment  122.00
? Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮
Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☒ Credit Card ❑ Business Loan
❑ Other ❑ Business Card (Include Name of Business)

**Primary Holder**   Name  Juanita D. Foley
5. Creditor  Chase-freedom-Master Card   Account Number ▮▮▮▮
Creditor Phone #  800-524-3880
Balance $ 3,016.00  Rate 13.24 %        Minimum Monthly Payment  61.00
? Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮
Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☒ Credit Card ❑ Business Loan
❑ Other ❑ Business Card (Include Name of Business)

**Primary Holder**   Name  Juanita D. Foley
6. Creditor  GE Capital -Care Credit   Account Number ▮▮▮▮
Creditor Phone #  866-893-7864
Balance $ 1,633.71  Rate 26.99 %        Minimum Monthly Payment  54.00
? Age of Account _____ years   Expiration Date _____   CVC 3 numbers on back of card ▮▮
Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☒ Credit Card ❑ Business Loan
❑ Other ❑ Business Card (Include Name of Business)

**Primary Holder**   Name  Juanita D. Foley
7. Creditor  Sam's Club   Account Number ▮▮▮▮
Creditor Phone #  800-964-1917
Balance $ 2,355.12  Rate 22.90 %        Minimum Monthly Payment  71.00
Age of Account 3/2003 years   Expiration Date _____   CVC 3 numbers on back of card _____
Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☒ Credit Card ❑ Business Loan
❑ Other ❑ Business Card (Include Name of Business)   Sam's Club / Walmart (CARD)

**Primary Holder**   Name  Juanita D. Foley
8. Creditor  Kohl's Debt Store   Account Number ▮▮▮▮
Creditor Phone #  855-564-5746
Balance $ 569.71  Rate 21.90 %        Minimum Monthly Payment  25.00
? Age of Account _____ years   Expiration Date ▮▮▮▮   CVC 3 numbers on back of card ▮▮
Account Type: ❑ Mortgage ❑ Installment Debt ❑ Student Loan ❑ Medical Bill ☒ Credit Card ❑ Business Loan
❑ Other ❑ Business Card (Include Name of Business)

②

*If you cannot fit all of the Account information on this form, simply attach an additional page.*

# ACCOUNT INFORMATION FORM
### Continued

**Primary Holder**   Name Juanita D. Foley
4. Creditor Beall's Debt. Store _____ Account Number ⬛⬛⬛⬛
Creditor Phone # 866-907-5594
Balance $ 268.87 Rate 24.99 % Minimum Monthly Payment #25.
7.
3 yrs Age of Account ____ years Expiration Date ____ CVC 3 numbers on back of card ____
Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ☒ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**   Name Juanita
5. Creditor _____ Account Number _____
Creditor Phone # _____
Balance $ ____ Rate ____ % Minimum Monthly Payment ____
Age of Account ____ years Expiration Date ____ CVC 3 numbers on back of card ____
Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**   Name _____
6. Creditor _____ Account Number _____
Creditor Phone # _____
Balance $ ____ Rate ____ % Minimum Monthly Payment ____
Age of Account ____ years Expiration Date ____ CVC 3 numbers on back of card ____
Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**   Name _____
7. Creditor _____ Account Number _____
Creditor Phone # _____
Balance $ ____ Rate ____ % Minimum Monthly Payment ____
Age of Account ____ years Expiration Date ____ CVC 3 numbers on back of card ____
Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**   Name _____
8. Creditor _____ Account Number _____
Creditor Phone # _____
Balance $ ____ Rate ____ % Minimum Monthly Payment ____
Age of Account ____ years Expiration Date ____ CVC 3 numbers on back of card ____
Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

(3)

*If you cannot fit all of the Account information on this form, simply attach an additional page.*

**APP. 0183**

# Resourceful Budgeting
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.



### Monthly Take-Home Income

Salary/Wages $
Salary/Wages (Spouse) $
Social Security $
Military Pay $
Pension Plan/Retirement $
Interest Income $
Alimony/Child Support $
Real Estate (rent) $
Dividends (investments) $
Unemployment/Food Stamps $
Royalties/Other Income $
**TOTAL INCOME** $

### Monthly Secured Debts

Rent (Apartment, etc.) $
1st Mortgage $
2nd Mortgage $
Trailer Park Space Rent $
Student Loans $
Auto Loans/Leases $
Recreation Toys (Watercraft, etc.) $
Past-Due Taxes $
Other Secured Debts $
Other Secured Loans $
**TOTAL SECURED DEBT** $

### Monthly Living Expenses

Food (Home, Work, School) $
Household Items $
Clothing $
Laundry/Dry Cleaning $
Telephone (Home, Pager, Cell) $
Internet Service $
Electric $
Gas/Oil $
Water/In home Service $
Cable TV/Satellite $
Trash $
Auto Gas/Maintenance $
Auto Insurance $
Health & Dental Insurance $
Life & Disability Insurance $
Homeowners / Renters Insurance $
Education (Tuition, Supplies) $
Personal Care (Hair, Nails) $
Medical Care (Prescriptions, etc) $
Child Care (Nanny, Day Care) $
Children Activities (Sports, etc) $
Alimony/Child Support $
Gardner/Pool Service $
Alarm Service $
Homeowner Dues $
Subscription $
Health Club Membership $
Contributions/Donations $
Other Expenses (Misc.) $
**TOTAL EXPENSES** $

### Monthly Unsecured Debts

Credit Card $
Credit Card $
Credit Card $
Credit Card $
Credit Card $
Credit Card $
Personal Loan $
Personal Loan _____ $
Medical Bills $
Other Unsecured Loans $
**TOTAL UNSECURED DEBT** $

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

Total Take-Home Income $

Total Living Expenses Payments $
Total Secured Debts Payments $
Total Unsecured Debts Payments $

**Budgeting Notes:**

# CLIENT DATA FILE & AUTHORIZATION LETTER

## 1. Primary Account Holder

| Last Name | First Name | MI |
|-----------|-----------|-----|
| Foley | Jvanita | D |

Date of Birth ████████████  Social Security Number ████████████

☐ Male   ☒ Female

Address ████████████████████

City **Deltona**

State **FLA**   Zip Code **32738**

Home Phone (████████████

Work Phone (____)

Other Phone (████████████

Email Address ████████████████

Occupation ████████████

If Self Employed, Name of Business _____

and Position Held _____

Gross Income Monthly _____ or Yearly ████████

Name of Primary Bank ████████████

Mother's Maiden Name ████████████

## 1. Co-Applicant

| Last Name | First Name | MI |
|-----------|-----------|-----|
|  |  |  |

Date of Birth _____  Social Security Number _____

☐ Male   ☐ Female

Address _____

City _____

State _____   Zip Code _____

Home Phone (____)

Work Phone (____)

Other Phone (____)

Email Address _____

Occupation _____

If Self Employed, Name of Business _____

and Position Held _____

Gross Income Monthly _____ or Yearly _____

Name of Primary Bank _____

Mother's Maiden Name _____

I/We expressly give Resourceful Budgeting (RB), it's agents and representatives permission to communicate with my/our Creditors/Utilities/Resources or Services for the sole purpose of acquiring lower services/rates costs and that I/we remail primarily obligated to those creditors/utilities/resources or services. Further, I/we understand that in certain circumstances, including but not limited to, balances too close to limits, extensive cash advantages or internal policies prohibiting service/rate reduction, may effect RB's ability or success in reducing such services/rates. As such, I/we instruct and authorize RB to communicate and negotiate with utilities, service providers, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/we would be permitted to do so myself, obtain records, validaties and any other supporting documentation related to my/our accounts and to communicate and negotiate the services/ rates on those accounts that my/our permission. I/We authorize Resourceful Budgeting (RB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Saving Center, ID Theft Protection. Resourceful Budgeting (RB) is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

_Juanita D Foley_   4-6-14

Applicant Signature   Date   Co Applicant Signature   Date

# **EXHIBIT D**

July 7, 2014

Dear Resourceful Budgeting Company,

I am writing this letter because I am very upset with your company. I joined 4 months ago from a telephone marketer and your company promised to save me $3,000 in two months or my money back. I trusted your company and paid the $1295.00 in fees on March 17, 2014. I have not received anything in savings, nothing from your company for the fee. It is now July 7, 2014. After months of calling and mental torment, I have nothing to show for it.

I keep calling customer service and they tell me the consultant will call me buy no one has called. I spoke with Marie Ware and Nancy Allen twice. They have not addressed my problems as a supervisor should. I have called several times. Today I spoke with Nancy Allen and she said it was recorded. So please listen to your recordings.

You are definitely not working for my fees paid to you.

I am tired of promises and them telling me it is in the works. All that has been in the works is that you took my $ 1295. WITH NOTHING IN RETURN. Your website promises grocery coupons, legal help and computer software services. I have not received any of those services or help in obtaining them. If you cannot give me those services after 4 months I want my money back. I have tried to communicate with you, but nothing in return.

I want a full refund of $1295.

I am going to report this to the Better Business Bureau and Professional Regulations for help in this manner. As a company to offer Legal Advice you should know this is not legally right. I am retired and a disabled woman whom does not like to be scammed or taken advantage of.

This was a lot of money to me and I am very sorry I paid your company for nothing, and mentally tormented by calling customer service and getting nothing in return.

It seems you only have people taking money but not calling back the customer for services to help use your membership. Is the website just a front to look good? I have been a member of a legal service in the past, I received a card and used their lawyers, and it did not cost as much as your company.

I asked to be mailed a membership card or material in the mail to use these services. Never received nothing. Maybe the Department of Business Regulations can help me if you cannot refund my money.

I am sure your membership is not going to work for me after four months of complete aggravation. I am upset that I cannot get past your "supervisors" that do nothing for me by phone.

Please refund my money as promised in two months.

Thank You,
Juanita Foley

Cc: Better Business Bureau
Cc: Florida Department of Business Regulations

EXHIBIT
D

# **EXHIBIT E**

Print

Date: Monday, July 7, 2014 12:03 PM

From: ████████████████

To: resourcefulbudgeting@gmail.com

Subject: Juanita Foley needs a response Now...going to BETTER BUSINESS BUREAU

Dear Supervisor,
I am a member and very upset with your company. I joined 4 mos. ago and paid for services I have not recieved. I have called several times and requested to speak to a consultant and they never return my calls. I requested a membership card or something to use legal fees, grocery coupon, computer software savings and mainly the interest discounts on my credit cards. I do not have ANYTHING to show for my money, so I want a full refund.
I have spoken with Marie Ware and twice to Nancy Allen... including this morning, July 7. I have been told the consultant will call me but never does. Are you a total scam??? I am writing this last e-mail. If I get no response I am reporting you to the better business bureau And the Department of professional regulations. You cannot take my money and not offer services. You have my e-mail and phone number. I am tired of calling your customer service which does nothing as promised. You will not respond and help me as promised and I am very upset. I HAVE BEEN MORE THAN PATIENT.


Thank you and have a great day,
Nita Foley

EXHIBIT
E

# **EXHIBIT F**

Print

| | |
|---|---|
| Date: | Wednesday, August 20, 2014 1:22 PM |
| From: | ███████████ |
| To: | resourcefulbudgeting@gmail.com |
| Subject: | Juanita Foley requests refund |

Manager,
I am writing to request a refund of $1295. for fees you took from me. I have not
received any reductions in my credit card interest rates as you promised. I was
told you would refund the money if You do not save me $3,000. I have not
received anything from your company and I am very upset.
I do not get any response from your company or customer service.
Are you going to refund my fee??
Please respond. I do not intend to give up.

Thank you and have a great day,
Nita Foley

EXHIBIT

F



CUSTOMIZED
**BUDGET PLAN**
We are a leader in providing budgeting
relief for consumers.

Juanita Foley

Deltona, FL 32738

Welcome to your Customized Budget Plan

EXHIBIT
G

# INDEX

Customized Budget Plan: ..................................................................................................... pg. 1

Table of Contents: ............................................................................................................ pg. 2

Overview: ......................................................................................................................... pg. 3

Where to go from here: .................................................................................................... pg. 4

Savings Plan: .................................................................................................................... pg. 5

Debt Portfolio - Bealls: .................................................................................................... pg. 6

Debt Portfolio - Kohl's: .................................................................................................... pg. 7

Debt Portfolio - Capital One: ........................................................................................... pg. 8

Debt Portfolio - Discover: ................................................................................................ pg. 9

Debt Portfolio - Wells Fargo: ........................................................................................... pg. 10

Debt Portfolio - Chase: .................................................................................................... pg. 11

Debt Portfolio - Chase: .................................................................................................... pg. 12

Debt Portfolio - Care Credit: ........................................................................................... pg. 13

Debt Portfolio - Sam's Club: ............................................................................................ pg. 14

Creditor Plan vs Stabilized Payment Method Plan: .......................................................... pg. 15

Comparitive Analysis: ...................................................................................................... pg. 16

Your Financial Future: ...................................................................................................... pg. 17

Understanding Your Financial Risk Profile: ...................................................................... pg. 18

Revolving Credit "Tricks of the Trade": ............................................................................ pg. 19

Profile Review: ................................................................................................................. pg. 20

Credit Card Information: ................................................................................................... pg. 21

Guarding Your Credit: ...................................................................................................... pg. 22

Guarding Your Credit (continued): ................................................................................... pg. 23

What your Creditor's don't want you to know: ................................................................ pg. 24

APP. 0194

Overview

Dear Juanita Foley,

Welcome to Resourceful Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Resourceful Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier:

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example. 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Total Paid |
|---------|---------------------|-----------------|----------------|-------------|------------|
|         |                     | 41,193.16       | 263            | 21.9        | 37,432.49  |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.

| | | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|--|--|-----------------|---------------|----------------|-------------|---------------|------------|
| Chart 2 | Revised Payment Plan | 41,193.16 | 965.00 | 64 | 5.3 | 19,915.24 | 61,108.40 |

| Chart 3 | Interest Savings | Interest Saved | Months Saved | Year Saved |
|---------|------------------|----------------|--------------|------------|
|         |                  | 17,517.25      | 199          | 16.6       |



# Where Do We Go From Here?

We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where   comes in.

has provided you with the following to get started:

- Financial Goals and Objectives
- Revolving Credit Breakdown
- Stabilized Payment (Interest Savings) Plan
- Key Education Concepts
- Access to a Financial Consultant to personally work with you and guide you through the entire process.



# Savings Plan

Saving Plan for: Juanita Foley,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **16.6 Years** or **199** Months, if you were to continue to pay the amount **$965.00** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$253,562.27**. Below is a chart showing what can be done if you follow the savings plan recommended

Using the plan we set we can save you up to 16.6 years. The chart on the left demonstrates Two (2) scenarios to give you an understanding of the saving you can occur through time. The Chart shows in 10 Years you can save up to $139,690.00 in savings. If you decide to go 16.6 years you can put away a whopping: $253,562.27. Remember this assume that you deposit the $965.00 into a interest bearing account during the time we saved you in the plan.

# BEALLS - $167.45



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $25.13 | $25.13 | 13 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $15.00 | $11.51 | $3.49 | $155.94 |
| $15.00 | $11.75 | $3.25 | $144.18 |
| $15.00 | $12.00 | $3.00 | $132.19 |
| $15.00 | $12.25 | $2.75 | $119.94 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $10.31 | 5 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $14.82 | $182.27 | 8 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $10.31 | 5 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $10.31 | 5 |

# KOHL'S - $405.69



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $158.67 | $158.67 | 38 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $15.00 | $7.60 | $7.40 | $398.09 |
| $15.00 | $7.73 | $7.27 | $390.36 |
| $15.00 | $7.88 | $7.12 | $382.48 |
| $15.00 | $8.02 | $6.98 | $374.46 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $63.14 | $468.83 | 14 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $95.53 | 24 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $95.53 | 24 |

# CAPITAL ONE - $9,448.05



**Debt Portfolio**

Capital One

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $9,492.79 | $9,492.79 | 244 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $235.00 | $94.07 | $140.93 | $9,353.98 |
| $235.00 | $95.47 | $139.53 | $9,258.51 |
| $235.00 | $96.89 | $138.11 | $9,161.62 |
| $235.00 | $98.34 | $136.66 | $9,063.28 |

**Revised Payment Plan (Uses a stabilized payment)**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,682.85 | $14,130.90 | 51 |

**Your Savings Using Our Plan**

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $4,809.94 | 193 |

**Your Savings Using Our Plan**

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $4,809.94 | 193 |

# DISCOVER - $11,135.66



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $11,467.10 | $11,467.10 | 263 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $223.00 | $72.30 | $150.70 | $11,063.36 |
| $223.00 | $73.28 | $149.72 | $10,990.09 |
| $223.00 | $74.27 | $148.73 | $10,915.82 |
| $223.00 | $75.27 | $147.73 | $10,840.55 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $6,839.08 | $17,974.74 | 64 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $4,628.02 | 199 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $4,628.02 | 199 |

# WELLS FARGO - $6,898.30



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,577.34 | $4,577.34 | 217 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $139.00 | $70.07 | $68.93 | $6,828.23 |
| $139.00 | $70.77 | $68.23 | $6,757.45 |
| $139.00 | $71.48 | $67.52 | $6,685.97 |
| $139.00 | $72.20 | $66.80 | $6,613.77 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,583.89 | $9,482.19 | 59 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| $1,993.45 | 158 | |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $1,993.45 | 158 |

# CHASE - $5,710.00



**Debt Portfolio**

**Chase**

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,155.78 | $4,155.78 | 206 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $120.00 | $57.00 | $63.00 | $5,653.00 |
| $120.00 | $57.63 | $62.37 | $5,595.37 |
| $120.00 | $58.26 | $61.74 | $5,537.11 |
| $120.00 | $58.91 | $61.09 | $5,478.20 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $1,835.83 | 150 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,319.95 | $8,029.95 | 56 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $1,835.83 | 150 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $1,835.83 | 150 |

# CHASE - $3,144.15



**Current Payment Plan**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,178.88 | $2,178.88 | 166 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $66.00 | $31.31 | $34.69 | $3,112.84 |
| $66.00 | $31.65 | $34.35 | $3,081.19 |
| $66.00 | $32.00 | $34.00 | $3,049.18 |
| $66.00 | $32.36 | $33.64 | $3,016.82 |

**Your Savings Using Our Plan**

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $924.70 | 112 |

**Revised Payment Plan (Uses a stabilized payment)**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,254.18 | $4,398.33 | 54 |

**Your Savings Using Our Plan**

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $924.70 | 112 |

**Your Savings Using Our Plan**

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $924.70 | 112 |

# CARE CREDIT - $2,031.57



## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,765.64 | $2,765.64 | 152 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $66.00 | $20.31 | $45.69 | $2,011.26 |
| $66.00 | $20.76 | $45.24 | $1,990.50 |
| $66.00 | $21.23 | $44.77 | $1,969.27 |
| $66.00 | $21.71 | $44.29 | $1,947.56 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| $1,809.05 | 120 | |

**Revised Payment Plan (Uses a stabilized payment)**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $956.59 | $2,988.16 | 32 |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| $1,809.05 | 120 | |

## Your Savings Using Our Plan

| Total Savings: | Interest Saved | Months Saved |
|---|---|---|
| | $1,809.05 | 120 |

# SAM'S CLUB - $2,252.29



**Debt Portfolio**

Sam's Club

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,611.16 | $2,611.16 | 154 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $66.00 | $23.02 | $42.98 | $2,229.27 |
| $66.00 | $23.46 | $42.54 | $2,205.81 |
| $66.00 | $23.91 | $42.09 | $2,181.91 |
| $66.00 | $24.36 | $41.64 | $2,157.55 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,200.74 | $3,453.03 | 39 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $1,410.42 | 115 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $1,410.42 | 115 |



## Understanding the Payment Scheduler

• In the following pages you will see detailed tables that guide you to your savings.

The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

• The Stablized Payment method relies on your participation and at least the continued stablized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

• The result is that you will rapidly accelerate your principal and after 5 years and 3 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.



## Payment Schedule - 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | | | | | | | | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 |
| Kohl's | | | | | | | | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 |
| Care Credit | | | | | | | | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Sam's Club | | | | | | | | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Capital One | | | | | | | | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 |
| Chase | | | | | | | | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Chase | | | | | | | | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Wells Fargo | | | | | | | | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 |
| Discover | | | | | | | | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 |





Payment Schedule - 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | $25.00 | $25.00 | $7.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohl's | $25.00 | $25.00 | $42.73 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $1.10 | $0.00 | $0.00 | $0.00 |
| Care Credit | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $114.90 | $116.00 | $116.00 | $116.00 |
| Sam's Club | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Capital One | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 |
| Chase | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Chase | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Wells Fargo | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 |
| Discover | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 |



Payment Schedule - 2016

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohl's | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Care Credit | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 | $116.00 |
| Sam's Club | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Capital One | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 |
| Chase | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 |
| Chase | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Wells Fargo | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 |
| Discover | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 |





| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohl's | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Care Credit | $116.00 | $116.00 | $43.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sam's Club | $66.00 | $66.00 | $138.74 | $182.00 | $182.00 | $182.00 | $182.00 | $182.00 | $182.00 | $176.29 | $0.00 | $0.00 |
| Capital One | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $235.00 | $240.71 | $0.00 | $0.00 |
| Chase | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $417.00 | $66.00 |
| Chase | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Wells Fargo | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 |
| Discover | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 |

APP. 0211



Payment Schedule - 2018

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohl's | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Care Credit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sam's Club | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | $417.00 | $417.00 | $417.00 | $417.00 | $417.00 | $417.00 | $417.00 | $417.00 | $417.00 | $373.19 | $0.00 | $0.00 |
| Chase | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $109.81 | $483.00 | $483.00 |
| Chase | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Wells Fargo | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 | $139.00 |
| Discover | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 |

APP. 0212



Payment Schedule - 2019

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bealls | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohl's | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Care Credit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sam's Club | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | $22.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | $580.48 | $603.00 | $486.47 | $742.00 | $742.00 | $97.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $139.00 | $139.00 | $255.53 | $0.00 | $0.00 | $867.34 | $965.00 | $965.00 | $965.00 | $965.00 | $313.40 | $0.00 |
| Discover | $223.00 | $223.00 | $223.00 | $223.00 | $223.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



APP. 0213



**PAYOFF COMPARISON BY DEBT**

This table compares your creditors Current Payment Plan to the Stablized Payment Method Plan developed by  Financial Advisor. Your interest savings, by sticking to the plan would be **$17,517.25** over the terms of your debt, which is reduced from **263** months to **64** months

| | Current Payment Schedule | | | | Stablized Payment Method Plan | | | |
|---|---|---|---|---|---|---|---|---|
| | Interest Cost | Total Paid | Months payoff | Date payoff | Interest Cost | Total Paid | Months payoff | Date payoff |
| Care Credit | 2,765.64 | 2,765.64 | 152 | 03-31-2027 | 956.59 | 2,988.16 | 32 | 03-31-2017 |
| Bealls | 25.13 | 25.13 | 13 | 08-31-2015 | 14.82 | 182.27 | 8 | 03-31-2015 |
| Sam's Club | 2,611.16 | 2,611.16 | 154 | 05-31-2027 | 1,200.74 | 3,453.03 | 39 | 10-31-2017 |
| Kohl's | 158.67 | 158.67 | 38 | 09-30-2017 | 63.14 | 468.83 | 14 | 09-30-2015 |
| Capital One | 9,492.79 | 9,492.79 | 244 | 11-30-2034 | 4,682.85 | 14,130.90 | 51 | 10-31-2018 |
| Discover | 11,467.10 | 11,467.10 | 263 | 06-30-2036 | 6,839.08 | 17,974.74 | 64 | 11-30-2019 |
| Chase | 4,155.78 | 4,155.78 | 206 | 09-30-2031 | 2,319.95 | 8,029.95 | 56 | 03-31-2019 |
| Chase | 2,178.88 | 2,178.88 | 166 | 05-31-2028 | 1,254.18 | 4,398.33 | 54 | 01-31-2019 |
| Wells Fargo | 4,577.34 | 4,577.34 | 217 | 08-31-2032 | 2,583.89 | 9,482.19 | 59 | 06-30-2019 |

**APP. 0214**



Comparitive Analysis

**OVERALL RESULTS**

The overall results available to **You** illustrates how your creditors have managed to use the combination of "rights" within the terms and conditions of your credit card agreements to drive rates higher, FICO scores to justify the higher rates, even when you have made payments regularly and the "convenience" of lower monthly payments to shift your longer term wealth into thier short term profits. This is at the heart of our educational message to **You.**

It is real and **It is your $17,517.25 that is lost if you do nothing**

|  | Current Schedule | Your Customized Plan |
| --- | --- | --- |
| Total Outstanding Debt | $41,193.16 | **$41,193.16** |
| Total Interest Cost | $37,432.49 | **$19,915.24** |
| Total Amount Paid | $78,625.65 | **$61,108.40** |
| Total Savings | $0.00 | **$17,517.25** |
| Time Required | 21 Years 9 Months | **5 Years 3 Months** |



# Your Financial Future

Being that we are a country that is health-conscious more so than any other on the planet, it is important to remember that stress is a major contributing factor to illness, especially when it comes to our financial situation. Taking preventative steps to alleviate yourself of debt is a step in the right direction, not only financially speaking, but physically.

- Self Discipline
- Understanding Credit
- Contingency Planning
- Stretching your Money

## GOALS & OBJECTIVES

Based upon our analysis of your situation we recommend the following financial goals :

- Gain personal financial knowledge
- Organize and manage financial matters
- Improve risk profile and lower borrowing cost
- Eliminate revolving debt
- Create and preserve personal net worth

### Key Concept

Financial goals an objectives should incorporate short, intermediate and long term aspects of your financial life and you should be able to track, measure and achieve them. You should be truly committed to them when you set them.

## THE FICO REALITY OF FICO

The most meaningful aspect of the FICO score for the purposes of our interest is how it has become a price justification tool for the credit companies. You are not Fair Isaac's customer. This is the way the game is played.

**Price justification-** Fair Isaac Corporation generated $750 million in revenue last year and their business is setting credit scores. You are not Fair Isaac's customer. Their primary customers are lenders and their product, FICO scores, are purchased by 90 of the top US customer lenders. Like any company, Fair Isaac wants to sell more and make its customers happy. The ability to defend the act of raising your interest rates makes their customers happy.





# Understanding Your Financial Risk Profile

## CREDIT REPORT

A written report ( Normally stored on computers ) comprised of the following information about your debt history and inferentially, your credit worthiness.

1. **Identification** - by name, address, spouse's name, date of birth, social security number, telephone number, place of employment, mothers maiden name and other personal identification information.

2. **Credit Enquires** - every time a credit provider runs a credit offer inquiry on a consumer, a record of the file is made. It will remain on the file in most states for one or two years. This is of interest to creditors because it reveals recent credit activity

3. **Information** - in public records and collection accounts are also collected by ( or reported ) to these agencies. Public records include courthouse records, bankruptcies, judgements, lawsuits, criminal records, etc.

4. **Credit History** - which includes the name and ID number of each reporting company who makes a report about your credit/debt repayment history. Also included is the date an account was opened, credit limit, current balance, monthly payment amounts and payment frequencies for the last 12-24 months. Records are dated with each request or entry. Other information includes consumer disputes, criminal convictions, individual liability of accounts, co-maker or guarantor of arrangements, secure accounts and charge offs ( when a creditor has reported an unpaid balance as a loss )

5. **Consumer Statements** - a statement - ( not to exceed 100 words ) - regarding any account(s) an individual may wish to more accurately and completely explain.



# REVOLVING CREDIT
# "Tricks of the Trade"

**1. Universal Default:** Credit card companies monitor your credit report under a universal default clause, looking for reported problems with other creditors. If they believe that your behavior with other creditors signals that you're a greater credit risk. They can increase your interest rate. For instance, your interest rate can sky rocket if your credit score declines because of your behavior with other creditors, even if you always pay your credit card account on time and never miss a payment. Card issuers can raise your rate if an inquiry is made about a car loan or if you get a new credit card.

**2. Change of terms:** Card Issuers, under pressure, have claimed they aren't aggressively using universal default; however, many are raising interest rates under change of terms clauses. Credit card terms are always in flux. This means read the small print and chances are that you will find this disclosure, "We reserve the right to change the terms (including APR's) at any time for any reason." A fixed rate is fixed until the bank gives you at least 15 days notice that it isn't and most people don't "notice" the notice because of how it is buried in the fine print.

**3. Teaser Rates:** Teaser rates tease you into applying for that credit card with its incredibly low APR. But that low rate can be increased at any time with the 15 day notice. A temptingly low rate can climb to 30% or more in no time. That low rate you signed up for expires suddenly and you end up paying more on charges you already made.



**APP. 0218**



**Profile Review**

## Revolving Credit

• Understanding your lenders minimum payment plan and see it for what it is, highly profitable for them and designed to lengthen the life of your outstanding balance.

• When consumers don't see, don't respond to or don't know how to respond to the unreasonable treatment, it will just continue.

• Credit Card profits are driven by some simple steps that create opportunities for fees, rate increases and reduced principle payments and capturing profit associated with basics of compounding interest in favor of the lender over long periods of time.

• We at will assist you in understanding this process and making the correct structured payments to ensure that you do not get caught up in this never ending circle of debt.

## You and the market

• Revolving credit is highly responsive to showing change given the daily reporting of billions of transactions to the credit bureaus and is inefficiently priced and structured to the disadvantage of the "sweet spot"

• Outstanding consumer revolving debt, of which 95% is estimated to be from credit cards, is over $1 trillion dollars.

• The Average family has 9 credit cards with an average debt of $11,000

• 150 million Americans have general-purpose credit cards with ongoing access.

• 50 million Americans (referred to as "free riders") by the industry pay off their credit card bill in full each month.

• 100 million US households and individuals carry revolving credit card balances thought a billing cycle.

• The consumer lending industry refers to this group as "revolvers"

• 50 million Americans in the revolving group are not in default and pay the minimum monthly payment or slightly more against balances in excess of 25% of available credit.

• The consumer lending industry refers to this group as their "sweet spot", the average rate of these consumers being 20% or more.



**Credit Card Information**

## Errors

If there is an error in a consumer's credit report, the credit bureau should be notified immediately. The Fair Credit Reporting Act, the federal law that regulates credit reporting activities, outlines steps to be taken in re-investigation of any possible inaccuracies. The credit bureau is required to re-verify the item in question with the creditor at no cost to the consumer. The law requires that a re-investigation be responded to by a creditor within 30 days. After the re-investigation is complete, the credit reporting agency is obligated to notify the consumer of the outcome. If information in the report has been changed or deleted, the consumer is also entitled to a copy of their revised report at no charge. You must enforce your rights as a consumer. You are also entitled to a free credit report from each of the three (3) credit bureaus annually. If you haven't done this, our staff will help you get this right.

- EQUIFAX: (800) 685-1111 : www.equifax.com
- TRANSUNION: (800) 888-4213 : www.transunion.com
- EXPERIAN: (Formerly TRW) (888) 397-3742 : www.experian.com

## Understanding Your Credit Score

- Your credit score is a number generated by a complicated and secretive formula based on information in your credit report, compared to similar information over 100 million people. The resulting number is promoted by the lenders to be an accurate predictor of how likely you are to pay your bills.
- Very few lenders have developed their own credit scoring models so the consumer credit risk is dominated by one firm - Fair Isaac's - your FICO score! FICO has a near monopoly on communicating your "risk profile" to their paying customers.
- If this sounds overly detailed and unimportant, you couldn't be more wrong. Credit scores are used extensively, and for almost all credit related products. For many large expense items in your life, the price you pay is directly related to your credit score.
- Increasingly, your credit score is being checked for even more basic purchases such as cell phones, apartment rentals, cable TV and many employers do a credit check before hiring a new employee.

**APP. 0220**



## Guarding your Credit

**Know how your payment is applied** – Most creditors apply the payments first to finance charges and fees, then to the lowest rate category on the card. For example; if you have a purchase category at 12.9%, a balance transfer category at 5.99%, and cash advance category at 23.99%. When you make your monthly payment it will be applied to the balance transfer first, allowing the other higher rate categories to build up as much interest as possible. That's the trick the lenders use to capitalize on the different rates. (**Tip:** contact the lender to find out if they allow re-adjustments of the payment to other categories. Most will not, however, some will allow you to send in a separate payment to affect the higher APR balance giving you the opportunity to save).

**Just say no to new purchase only promos** – This is a trick by the lender to lock up your current balance at the higher rate and to also bait you into spending more money. Only take advantage of this type of promo if you don't carry an existing balance.

**Watch out for balance transfer offers** – The key here is to look at the length of the offer, the rate and the fees you will pay for the transfer. You must also take into consideration the cost of the fees and if it will offset the savings of the transfer or not. Another option would be to transfer to an empty card for the biggest benefit. If there is an existing balance, you then must calculate the cost at which that balance will grow until you pay the balance off and see if there is still savings instead of a cost.

**Avoid cash advances** – If you must use a cash advance, contact the lender first to see if they can direct deposit funds into your checking account and if so, are there any promos available. Please remember, this category grows faster than any other and usually has the highest APR, which can not be negotiated.

**Beware of reward cards** – These cards offer perks that you may not use as often as you might dream of doing and remember, the lenders are not going to give you something that will cost them in the end. These cards usually have higher APR's and a lot of times come with annual membership fees as well. It's often better to switch out to a standard type of card and enjoy the savings from lack of annual fees and a lower APR or pay the card in full each month and enjoy all the rewards without paying the higher rates. Lenders will try and trick you into these cards by making them sound more glorious than they really are. You might think 1% cash back sounds really good, however, having a much higher APR will offset that savings.

**Always check your statements** – Review your statement each month. Check for changes to your APR, and make sure you watch your credit limits. Some tricks the creditors like to do is lower your credit limits without notice.

…continue…

This will make it look like you always have a high utilization on the card, and could possibly things on your credit score as well as the behavior of other creditors. Along with the credit limits, the APR can change without notice as well. Most lenders have a clause in the terms and conditions allowing this to happen. It's usually best to keep a 3-6 month archive of your statements; you never know when they will come in handy.

**Credit Protection Programs** – These are the programs sold to you in case of job loss, injury or any other event that may qualify. Make sure you read everything with these types of programs. Be sure to find out how much you are actually covered for and what are the "outs" for the creditors to not pay. Sometimes there are circumstances that arise when you meet the typical reason to cash in on these protection programs; however, there may be extra hidden prerequisites that accompany those initial qualifications. A trick from the lender is to quote a low price per amount to make it seem like these programs do not cost much. Example, they may tell you it's only $0.89 for every $100.00 This means if you have a balance of $10,000 the cost would be $89.00 monthly. If your APR is 13.9% and your minimum payment is 2%, which is $200.00, and your finance charge is $116.00, that's a difference of $84.00 going to your principle. Then you apply the $89.00 each month, your balance would be going up by $5.00, costing you more in the long run.

**Change of terms** – Watch out! These are usually found in your statements each month. They will give you an advance warning of things to come. Most of the time these changes are negative, meaning your APR is about to increase or your limit is about to decrease. Most of the lenders will allow you to "opt out" of the changes; however, this means a sacrifice of the card and its usability. Remember not all lenders will close the account when you "opt out" of the change in terms. Some will leave the account open and if you forget and place a charge on the account that will act as an acceptance of the new change of terms. (**Tip:** if you "opt out" of a card to keep the lower rate, destroy the card to keep from the accidental use and automatic acceptance of the new terms that you've opted out from.)

**Store Cards** – Just because the card has the same name as the store on it does not mean it will save you the most money. Most store cards carry a much higher APR. These cards might come with benefits like 10-15% off your purchase, but this could be offset by the (21% average for a store card) APR and most store cards do not adjust or negotiate the rates. Some cards will offer you a 0% promo on purchases of a certain amount charged or more for 6-18 months. The trick in this case is that if you do not pay down the entire promotional balance during that time frame the interest will go retro-active. (**Tip:** If you must use these cards pay them in full each month to avoid the high finance charges or make sure you clear out the balance before the promo offer expires, even if that means transferring the balance to a standard card at a lower APR.)

## What your Creditor's DON'T want you to know

Credit card companies have a very simple motivation: **Money!** Keeping you in debt for as long as possible to insure they can charge you interest on your outstanding balance. Our program at Resourceful Budgeting is very simple as we'll Combat this cycle of your outstanding debt by empowering our clients with tools and education on credit usage to enable you as our client to get out of debt 3-5 times faster, if not faster than what your current situation will allow you to do.

One of the ways credit card companies keep consumers in debt for long periods of time is by the use of the remaining balance minimum payment method. The minimum monthly payment that creditors require on your statement that you receive each month is calculated as a percentage or payment factor of your outstanding balance after the interest has been applied to your account. This percentage or payment factor is usually 2-3 percent contingent upon the lending institution that has provided the account to the consumer. Believe it or not, in some situations the minimum monthly payment is not enough to cover the interest charged for that period. The sad reality being that, although you could be making your payments on time and in full, you're actually going further into debt.

By way of example, we will show you how this works using the information you provided about one of your credit cards. We will use the one that will take the longest to pay off if you follow the credit card company's plan. The card we will focus on is the **Kohl's** card. The annual interest rate is **21.9** percent. Your monthly finance charge for this card is **1.8** percent. This is simply the annual interest rate divided by 12. Since the outstanding balance for this card was **405.69**, the finance charge for the initial month is **7.40**. Your total payment for the same month is **25.00** so the portion of your payment which is actually being applied to your principal is **17.60**.

What makes matters worse is that the amount going to principle each month decreases since the minimum payment decreases. If the same proportion of your minimum payment applied to your balance each month, it would still take over 10 months to pay off this single debt. But the amount applied to principle actually decreases each month as your minimum payment decreases. This keeps the balance alive much longer than necessary. Actually, the higher the interest rate and/or balance, the longer it will take to pay off the debt. It can be 3 or more times longer than if the same **25.00** was applied to your debt each and every month. This is a primary reason so many people find themselves in situations where their credit card payments have taken center stage in their finances. Isn't it time to retake control of your financial future?

As you are well aware, knowledge is power! By increasing your awareness, as well as providing you with ongoing assistance through your membership with our service we will help you reach your goal of being debt-free and credit conscious.

APP. 0223