# EXHIBIT 11

## DECLARATION OF CHARLES GILSON
## Pursuant to 28 U.S.C. § 1746

1.  My name is Charles Gilson. I am a citizen of the United States and am over 21 years of age. I live in Conway, Missouri. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I would testify to the same

2.  Around December 2013, I received an unsolicited phone call from Todays Financial Living ("TFL") offering to analyze my finances and save me thousands of dollars. I spoke to a representative who at some point told me that the call was being recorded. He said that TFL would contact my credit card companies to get my interest rates lowered and that I could save $3,000 in three months. I was particularly interested in reducing my interest rates. The representative told me that the company would send me a packet, and I would need to provide financial information and send it back to them. He also said that TFL would analyze my finances and help me help myself save money. He told me that the cost for their services was $1,295 and if they could not help me improve my financial situation, I could get my money back.

3.  Based on the representative's assurance that TFL would get my interest rates reduced and save me $3,000 in the first three months, I agreed to pay for their service. I was transferred to another representative and I provided my credit card information. On January 8, 2014, TFL charged $1,295 to my credit card. A true and correct copy of my credit card statement is attached as Attachment A.

4.  On January 9, 2014, I received a packet of information from TFL, including a welcome letter, financial worksheet, and a document showing frequently asked questions. A

true and correct copy of some of the documents from the welcome packet is attached as Attachment B.

5.       On January 25th, 2014, I mailed TFL the form with my debt and account information completed. I mailed the document to the Clearwater, Florida address provided in the welcome packet.

6.       On March 31, 2014, I called TFL at 1-877-634-9809, the phone number provided in the welcome packet, to get some feedback because I was concerned that I had not heard from anyone. I spoke with a customer service representative named Peter who told me the company was still analyzing my financial information.

7.       On June 20, 2014, I called and a female representative told me the system was down and she would have to return my call. She never returned my call.

8.       On July 11, 2014, I called and spoke to a representative named Nancy. She told me she would have the analysis sent to me.

9.       On July 21, 2014, I called and spoke to an agent named Sherry who told me to expect the analysis within ten business days. I expressed my concern that I thought the business may be a scam, but Sherry assured me it was not.

10.       On July 31, 2014, the analysis had not arrived. I wrote a letter to TFL detailing my experience with them and again expressing my concern that the business may be a scam. A copy of this letter was sent to the Better Business Bureau and the Attorney Generals for Florida and Missouri. Because of my letter, the Better Business Bureau and the Attorney General for Missouri sent letters of inquiry to TFL and requested a response from the

company. TFL never responded. A true and correct copy of my letter to TFL is attached as Attachment C.

11. On September 6, 2014, I received the analysis by email. The analysis showed the amount of money owed on the credit cards provided and how long it would take to pay off my debts if I followed the payment plan provided. The analysis did not reflect that my credit card interest rates had been reduced and did not reflect that TFL had contacted any of my credit card companies as promised during the sales call.

12. A few days after receiving the analysis, I called TFL to complain. I told them that they did not provide what I expected and that I saw no results, only propaganda. I told them that the information provided is information I can get from anywhere. I asked for a refund. The representative told me that they had provided the promised services and TFL refused to refund my money.

13. I have not had further contact with TFL. My money was never refunded.

14. I declare under penalty of perjury that the foregoing is true and correct.


06-09-15
Date

_Charles J. Gilson_

Charles Gilson,

Conway, Missouri

# **EXHIBIT A**



# PNC BANK

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/08 | 01/08 | 2441289QRWGNFYK9X | 8776349809TODAYSFINANCL 877-634-9809 FL | $1,295.00 |

## Fees

TOTAL FEES FOR THIS PERIOD

## Interest Charged

| 02/03 | 02/03 | | Interest Charge on Purchases | |
| 02/03 | 02/03 | | Interest Charge on Cash Advances | |
| | | | TOTAL INTEREST FOR THIS PERIOD | |

## How your interest charges were calculated

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE (MAY VARY) | DAYS IN BILLING CYCLE | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|---|
| Purchases | | | | | |
| Cash advances | | | | | |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

(V): Variable Rate

## 2014 Totals Year-to-Date

| Total fees charged in 2014 | |
| Total interest charged in 2014 | |

---

# PNC BANK

PO BOX 3429
PITTSBURGH PA 15230-3429

Account #  X

☐ Check here if address, phone or e-mail changes are indicated on reverse side

Due date    PAYMENT ENCLOSED    03/01/14

$ _____

CHARLES GILSON

CONWAY MO

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

Attachment A

# EXHIBIT B



Charles Gibson

Conway, MO

Dear Charles,                                    January 9, 2014

It is with great enthusiasm that we at Todays Financial Living welcome you as a
client to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at Todays Financial Living

**Todays Financial Living
1548 S Missouri Ave Suite 117
Clearwater, FL 33756
877-634-9809**

07/11/14
NANCY

07/21/14
HARRY

(CACKED 03/21/14
"DETOR"

PULED 06/20/14



**The path to _your_ financial future!**



# 877-634-9809
www.todaysfinancialliving.com

## Welcome!

Todays Financial Living(TFL) is your one stop shop when you are ready to change your financial future. RE provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find info letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

• Tips and tricks
• Easy to follow
• Form letters

### Legal Care

The TFL ___ includes legal coverage offering for simple bills, face to person and phone consultations and many state fee and discounted legal services.

### Tax Service

The TFL tax service includes free toll free return preparation and unlimited toll-free and fee school while filing dental business taxes, additionally members have free access to the most commonly used tax related schedules and laws.

### Digital Protection

With your desktop Analysis diagnostic live, remote tech support with the latest advanced solutions to ensure your computer is running at the highest level.

If fact the anti bot ... Remove personal security blocks and purify, automatically Delete and browser errors, DClean up system clutter, Data security ...

### Savings Club

With your membership buy the print savings ... and get coupons of savings up to 50 percent discount and get members at over 40 to 50 local outlets 20% off everyday.

### I.D. Theft Protection

The TFL ID theft protection service includes identity theft coverage to you can rest knowing that your personal information is safe and secure.

## Log in and start saving today!





APP. 0232


**Frequently Asked Questions**

*You may be asking yourself:*

**Q: How does this effect my credit? Can I still use my credit cards?**

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

**Q: Is this a loan?**

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

**Q: Is this considered credit counseling?**

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

**Q: Am I required to pay more each month to my creditors for each of my accounts?**

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the



_Mission Statement_

## Our Mission Is Empowerment

By providing our clientele with a simple strategic
budgeting system and our lifetime interest rate reduction
program, we will enable consumers to
reach their lifestyle goals, without the stress of living paycheck
to paycheck, for the present and the future.

## Our Guarantee

Our company is committed to each of our client's goal of
a stress-free financial future. We are 100% confident in our ability to
show you the value of our service — so much that we will make
you this guarantee:

## Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a
substantial savings in interest and finance charges, you will receive a full
refund and still get to keep the rates that we negotiated on your behalf!






# **EXHIBIT C**

7-31-17

Today's Financial Living
1548 S. Missouri Ave, Suite 117
Clearwater, FL 33756

Ladies & Gentlemen:

In December 2013, I responded to a phonecall offering to analyze my finances to help me lower my interest rates and save me thousands.

On January 8, 2014 you charged my credit card account the amount of $1295.00 as we agreed. On Jan 9, you sent me the letter on the reverse.

On January 25, 2014 I sent you my financial info.

On Mar 31, 2014 I called to get some feedback. Customer service agent "Peter" said they were still analyzing it.

On Jun 20, I called again. The agent said your systems were down and she would call me — She did NOT!

On Jul 11, I called again, agent "Nancy" said she would have the analysis sent again. It has not arrived 20 days later.

On Jul 21, I called again, agent "Sherry" said to expect it to take 10 "business" days.

AUG 06 2014

I suggested to "SHERRY" that you were a scam. She assured me you were not.

How can I believe you are not a scam after all this effort on my part and apparently none on yours.

I hope, with doubt, to hear from you,

Charles T. Gilson

CHARLES T. GILSON

████████████████████

CONWAY, MO ████████████

CEL: ██████████████

EMAIL: █████████████

cc: BBB
   ATTORNEY GENERAL, MISSOURI
   ATTORNEY GENERAL, FLORIDA

# EXHIBIT 12

### Declaration of Carl Hanshaw Pursuant to 28 U.S.C. § 1746

1. I, Carl Hanshaw, hereby declare and state as follows:

2. My name is Carl Hanshaw. I am 78 years old and live in Louisville, Kentucky.

3. I am retired.

4. Around December of 2013, I received a call from Sarah Marshall who told me that she was with Card Member Services.

5. Sarah told me that I was eligible to save between 4,000 to 5,000 dollars by enrolling into a program that would reduce my credit card interest rates.

6. I was also told that if they couldn't achieve the lower rates and savings that I would get all of my money back.

7. I was told that I would receive the reduction in about 15 days.

8. After agreeing to the terms, I was transferred to another person who then asked me to provide my credit card number. I then provided my credit card number.

9. I was charged a total of $695 which appeared on my credit card statement as "8776349809TODAYSFINANC MIAMI FL"

10. I then received forms in the mail that I was instructed to fill out and return to the company. These forms required me to identify all of my credit cards. I filled out the forms and sent them to Todays Financial Living at 1548 S Missouri Ave Suite 117 Clearwater, FL 33756.

11. I called the company at 877-634-9809 approximately 15 days after I mailed the forms to them. The company representative informed me that it would take them 30 days to complete the interest rate reduction. After waiting an additional 15 days, I called the company again and was informed that it would take 45 days to process my interest rate reduction.

12. After about three months of waiting and repeatedly being told that they were working on my file, I asked for a refund around March of 2014.

13. They told me that they couldn't refund my money.

14. I then decided to cancel my cards out of fear that they would keep charging me more.

15. Around June of 2014, I reported the company to the Better Business Bureau.

16. To date, I am yet to receive a refund of my money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5 - 27_____, 2015

_Carl Hanshaw_____

Carl Hanshaw

# EXHIBIT 13

## Declaration of Roberta Harnett Pursuant to 28 U.S.C. § 1746

I, Roberta Hartnett, hereby declare and state as follows:

1.  My name is Roberta Hartnett. I am a senior citizen and live in Pensacola, Florida.

2.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.  On approximately August 13 or 14, 2013, I received a phone call on my home phone from a man who stated his name was Eddie Brown, and identified himself as a representative of Reduced Expenses. Mr. Brown somehow knew that I had credit card debt, and he was aware that I had credit cards with USAA and AARP.

4.  At the time of this phone call, I had a high balance on my credit cards due to a hurricane because I used my credit cards for home repairs. Around this same time period, I was also dealing with the following medical issues: I had breast cancer, had recently had open heart surgery and had a MRSA infection. In addition to having high balances, I also had high interest rates on my credit cards and I had previously contacted my credit card companies to reduce the interest rates, but my credit card companies either denied my requests or refused to talk to me.

5.  At the time I received the phone call from Reduced Expenses, I had recently requested a HARP mortgage modification, so when I received the phone call from Mr. Brown on behalf of Reduced Expenses, I thought he had received my information from the government.

6.  Mr. Brown told me that Reduced Expenses could and would (i) reduce the interest rates on my credit cards to 6% or lower, and this was guaranteed, but that it would take several months and up to a year; (ii) work with my credit card companies very closely, and that Reduced Expenses has received these results for other clients; (iii) reduce my monthly payments up to 50% less, guaranteed; and (iv) save me $2,500.00 or more in interest on my total outstanding credit card balance.

7.  I talked to Mr. Brown on the phone for at least 45 minutes, and during this initial call, he was very nice to me. I decided to sign up for Reduced Expenses' interest rate reduction service, and I gave Mr. Brown my credit card information so that he could charge my credit card $1,095.00 for the service. Mr. Brown provided me with the following confirmation number for my credit card payment: #50661. A true and correct copy of my hand written notes from my conversation with Mr. Brown are attached hereto as **Exhibit A**.

8.  According to my Chase credit card statement, the $1,095.00 payment to Reduced Expenses posted on August 15, 2013, and the billing descriptor related to the payment was "8773304115REDUCED EXPENS 888-330-4155 CA." A true and correct copy of my Chase credit card statement is attached hereto as **Exhibit B**.

9.  During the August 2013 telephone call with Mr. Brown, he told me that the customer service number for Reduced Expenses was (877) 330-4115, and that customer service was available Monday through Friday between 9:00 a.m. EST and 5:00 p.m. EST. Mr. Brown also told me that the website address for Reduced Expenses was www.reducedexpenses.com.

1

10.     After my initial phone call with Mr. Brown, I received an envelope of paperwork in the mail from Reduced Expenses, which included the following:

      a.  a letter dated August 23, 2013 from Reduced Expenses;

      b.  a Mission Statement;

      c.  a Reduced Expenses "Welcome" document, which discussed the following services: "Resource Center," "Legal Care," "Tax Service," "Digital Protection," "Savings Club," and "I.D. Theft Protection. This document lists the telephone number for Reduced Expenses as 877-330-4155, and the website as www.reducedexpenses.com;

      d.  a Frequently Asked Questions document;

      e.  a Reduced Expenses Household Budgeting Worksheet; and

      f.  an Account Information Form.

True and correct copies of the foregoing documents, except for the Account Information Form, are attached hereto as **Composite Exhibit C**.

11.     In my opinion, I thought these documents looked very professional.

12.     The Mission Statement includes a "Minimum Savings Guarantee" which states that "If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!"

13.     I filled out the Household Budgeting Worksheet and the Account Information Form and sent them back to Reduced Expenses at 13799 Park Blvd. N. Suite 278, Seminole, FL 33776.

14.     After my initial phone call with Mr. Brown, every time I called Reduced Expenses' customer service phone number at (877) 330-4115, I had a hard time reaching anyone that would talk to me, and I was always told that someone from Reduced Expenses would call me back, but no one ever called me back.

15.     Several months had passed and I had not heard from anyone at Reduced Expenses or received any notification that the interest rates on my credit cards had been reduced, so during the summer of 2014, I called Reduced Expenses at (877) 330-4115, to inquire into the status of my credit card interest rate reduction. A Reduced Expenses representative told me that they were working on it and would get back to me. After this phone call, no one from Reduced Expenses called me back to give me an update.

16.     Additional months passed, so I contacted my credit card companies to see if my interest rates had been reduced, and they had not. After this, I began contacting Reduced Expenses in September 2014 to inquire as to the status of my credit card interest rate reduction. I called Reduced Expenses approximately 4-5 times at (877) 330-4115. During the first call, I was

2

told that someone would call me back the next day, and no one ever called me back. During one of my calls, I was told that they could not find my file. During another call, I asked for a refund from Reduced Expenses, and I was told that they needed to find my file and call me back, but no one ever called me back. After calling Reduced Expenses approximately five times without being able to receive any information on my account, I became very suspicious. Also, the Reduced Expenses representatives were very nasty on the phone with me during these calls.

17. During one of my calls with Reduced Expenses, the representative told me that an analysis has been sent to me, but I never received the analysis.

18. I also called Reduced Expenses' phone number that was listed on my credit card billing statement – (888) 330-4115 – and this telephone number had been disconnected.

19. In October 2014, I filed a complaint with the Florida Office of the Attorney General regarding Reduced Expenses.

20. I never received (i) any interest rate reduction, (ii) a reduction in my monthly credit card payments by at least 50%; or (iii) a savings of $2,500.0 in interest on my total outstanding credit balance.

21. I never received a refund of the $1,095.00 I paid to Reduced Expenses.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on ___*May 28*_____, 2015.

*Roberta C. Hartnett*

Roberta Hartnett

# EXHIBIT A

*phone conversation*

apr 2007
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

apr 2008
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

apr 2009
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

apr 2010
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

8-13-15

**8** reduced expenses
spoke to Eddie Brown

customer services # 877-330-4115
M-F 9-5 EST

6% guarantee or less permanent
interest rate

lower mo pmt up to 5% less

save 2500⁰⁰ or more interest on
total credit card balance

**9** charge 1095.00
confirmation number 50661

www. REDUCED EXPENSES. COM



EXHIBIT
A

# EXHIBIT B

 **AARP**® | Credit Cards from **CHASE** ○

Manage your account online: www.chase.com/creditcards

Customer Service 1-800-283-1211

Additional contact information on back ⇨

## ACCOUNT SUMMARY

Account Number:

Previous Balance
Payment, Credits
Purchases
Cash Advances
Balance Transfers
Fees Charged
Interest Charged
New Balance

Opening/Closing Date 07/21/13 - 08/20/13
Total Credit Line
Available Credit
Cash Access Line
Available for Cash

## PAYMENT INFORMATION

New Balance
Payment Due Date                    09/17/13
Minimum Payment Due

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:



| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | | |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | PAYMENTS AND OTHER CREDITS | |
| 07/25 | Payment Thank You Specialist Assisted | |
| 07/17 | Late Fee Reversal | |
| 08/11 | Payment Thank You Check | |
| | PURCHASE | |
| 08/15 | 8773304115REDUCED EXPENS 888-330-4115 CA | |
| | INTEREST CHARGED | |
| 08/20 | PURCHASE INTEREST CHARGE | |
| 08/20 | BALANCE TRANSFER INTEREST CHARGE | |
| | TOTAL INTEREST FOR THIS PERIOD | |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | |
| Total interest charged in 2013 | |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| BRCF | | | |
| Purchases | | | |

**EXHIBIT B**

# EXHIBIT C

Roberta Hartnett

█████████

Pensacola, FL 32504

Dear Roberta,                                          August 23, 2013

It is with great enthusiasm that we at Reduced Expenses welcome you as a client
to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,


From our family at **Reduced Expenses**


**Reduced Expenses**
**13799 Park Blvd N Suite 278,**
**Seminole, FL 33776**
**877-330-4115**

## Mission Statement

### Our Mission Is Empowerment

By providing our clientele with a simple strategic
budgeting system and our lifetime interest rate reduction
program, we will enable consumers to
reach their lifestyle goals, without the stress of living paycheck
to paycheck, for the present and the future.

### Our Guarantee

Our company is committed to each of our client's goal of
a stress-free financial future. We are 100% confident in our ability to
show you the value of our service — so much that we will make
you this guarantee:

### Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a
substantial savings in interest and finance charges, you will receive a full
refund and still get to keep the rates that we negotiated on your behalf!

   

# *REDUCED* EXPENSES

### *The path to _your_ financial future!*



## 877-330-4115
## www.reducedexpenses.com

## Welcome!

*Reduced Expenses (RE) is your one stop shop when you are ready to change your financial future. RE provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### Resource Center

The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

### Legal Care

The RE program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The RE tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast ☑Ensure personal security ☑Optimize your PC automatically ☑Repair problems and errors ☑Clean up system clutter ☑Fix security vulnerabilities ☑Maintain reliability and speed ☑Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D. Theft Protection

The RE ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

### *Log in and start saving today!*

    Target.com 



*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

# Reduced Expenses
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

**Budgeting Notes:**