# EXHIBIT 14

### Declaration of Patricia Hurlman Pursuant to 28 U.S.C. § 1746

I, Patricia Hurlman, hereby declare and state as follows:

1. My name is Patricia Hurlman. I am 54 years old and live in Pittsboro, North Carolina.

2. I am special education teacher, and have been teaching for thirty-one years.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. In April 2013, I was contacted on my home phone around supper time by a man who said he was calling from "card services." I immediately thought that he was calling about one of my specific credit cards. This was partly because I am on the Do Not Call Registry and so I do not get as many telemarketing calls as I used to get before being on the Do Not Call Registry. I had a difficult time understanding the caller because he had a strong accent, possibly an Indian accent. I asked him which credit card company he worked for and he responded that he represents all of the credit cards. I thought that was suspicious. He clarified that they had a contract with all of the credit card companies and so he represented them and could get the companies to reduce the rates on all of the credit cards I had so that I would be paying less. I told him that I needed to talk to my husband and would prefer that he send me information in the mail. He told me that they can only offer this interest rate reduction service over the phone. At the end of that call, he told me he would call me again the next day.

5. The next day, someone else saying he was from "card services" called my home phone around supper time. This second person also had a heavy enough accent that I had to pay close attention to what he was saying to understand him. This man also tried to sell the credit card interest rate reduction services to me. In an apparent effort to prove that he had a relationship with the credit card companies, he told me that he knew I had a Capital One Visa with a high interest rate. He also said that this service could cost as much as between $1295 and $1495, but that the company was running a special deal for $695. He promised me that in exchange for this special $695 one-time, upfront service fee, he could save me a minimum of $2,500. He also promised that the $695 fee was refundable if they were not able to reach the $2,500 minimum savings. He told me that those terms meant that I did not have anything to lose. He was very convincing and had an answer for everything. I was especially convinced by the money back guarantee that the gentleman kept emphasizing during this call. Regrettably, I agreed to pay the $695 for the credit card interest rate reduction.

6. Once I agreed, he took my payment information and asked me if I had any other questions. He explained that he would need to transfer me to another operator for verification of my agreement to purchase the credit card interest rate reduction service, but that the verification operator would not know the answers to any questions I may have so I needed to ask him all of my questions. He also told me that I could only answer yes or no to the verification questions. I got the sense that I was being

1

transferred to another company or at least someone who worked in a different department and was only tasked with taking verification records.

7. Once I was transferred to the verification operator, that person reiterated that I could only answer yes or no to the verification questions. The verification questions included questions like: "Do you agree to pay $695 on your credit card to Card Services?" "Do you understand that there is no guarantee on the percentage rate reduction that Card Services can achieve?" and "Do you understand that we will do our best on your behalf to negotiate a 3-4% interest rate on your high rate credit card?" I thought this last question was particularly interesting because the prior representatives had repeatedly referenced that they would get my rate down to between 3-4%.

8. A couple of weeks went by and I had not heard anything or received anything. At this point it was the end of May 2013, and I received my credit card bill and saw that the $695 charge already went through even though I had not yet received the promised package of documents from Card Services. A copy of my credit card statement showing the $695 charge for "8662293490COMPBUDGET866-229-3490CA" is attached here as Exhibit A. I called the company at 888-862-3816 and asked what was going on. They put me on hold and said that they needed to transfer me to the person that was assigned to me. I was glad to hear that they had a person assigned to me and that made me a little more comfortable that maybe this was a valid company and service. I was transferred a couple of times and then placed on hold for a while when a woman picked up the phone. The woman got on the phone and was very apologetic that I had not yet received anything from them. She said she would see what she could do to get the process started. She asked me what percentage rate I was paying on my credit cards. I mentioned that I was paying about 12% on my Discover card and about 16% on my Capitol One card. She put me on hold for about five minutes. When she returned, she acted like she had just been able to negotiate my Discover card rate down to a rate of 3.9% for new purchases. Obviously, that made me happy and made me think that they really were working on my behalf. She told me that my welcome package should arrive soon and that I would have a better understanding then of everything they can do to help me.

9. The next day, I received a mass mailer advertisement from Discover card letting me know that I was eligible for a finance rate of 3.9% on new purchases. Given the timing of receiving this mailer the next day, it was obvious to me that I was already eligible for this deal from Discover and so Card Services had not really negotiated anything on my behalf. Plus, I was not even carrying a balance on that card so my initial happiness the day before from the supposed interest rate reduction had passed.

10. A couple of days later, I received a package of documents in the mail with a cover letter dated May 27, 2013. The package of documents (including a color copy of the folder they were in) is attached here as Exhibit B (the handwriting on the documents is mine). The cover letter and enclosed documents referenced a company called "Total Budgeting." I had no idea who "Total Budgeting" was, but made the connection that it must be the same company as Card Services because it referenced the interest rate

2

reductions and I had not talked to any other companies about that. One of the documents also listed some other "services," including legal services, tax services, and I.D. theft protection. This was the first time that I was told that I was also purchasing these additional "services." I had no need for any of these services, and would not have purchased them if asked.

11. It took me a couple of weeks to fill out all of the forms included in the initial package. In or around early June 2013, I mailed the required forms to Card Services/Total Budgeting at 6860 Gulfport Blvd. Suite 128, South Pasadena, Florida 33707. Before I mailed the documents, I made a copy. A copy of the documents I filled out and mailed (the "Client Date File & Authorization Letter" and the "Account Information Form") are included in Exhibit B. I did not fill out and mail back the "Household Budgeting Worksheet" because I assumed that it was intended for my own personal use.

12. By August 2013, I called the company again at 888-862-3816 to tell them that I had not received anything. The representative told me that I should receive a reduction in my credit card interest rates in the next 60 days and that I would also be receiving a thick package with a book from them.

13. In September 2013, I received in the mail a thick package from them with a big book. A color copy of the book is attached here as Exhibit C. The book just contained fancy graphs and stated the obvious -- that I could pay off my debt by paying my higher interest rate credit cards first. I am a teacher with a masters' degree and I know how to do that. I did not pay $695 for that type of obvious information.

14. In September 2013, I had received my credit card statements and none of my interest rates had changed. As a result, I started to realize that something fishy was definitely going on. On or about September 6, 2013, I called Card Services/Total Budgeting by calling the same number I had called all along 888-862-3816. I asked about the status of my interest rate reduction negotiations, and was placed on hold for 20 minutes. After being placed on hold, I was told that I should receive a reduction in my interest rates in the next 60 days.

15. I patiently waited over 60 days and called again in December 2013. When I called I was on hold again for at least 20-30 minutes. I did not keep any notes from that call, and I think I gave up after being on hold for so long.

16. I actually attempted to call the company multiple times at 888-862-3816 throughout this ordeal to find out the status of my interest rate reduction negotiations. Each time I called, I would be placed on lengthy holds and several times the calls would get disconnected while I was waiting on hold. I now think this was part of the company's strategy to get people like me to give up. I did not keep notes for any of these calls because I never spoke to a representative.

17. By late June or early July 2014, I was very frustrated that I had not heard anything from the company and none of my credit card interest rates had been lowered. I called Card

3

Services/Total Budgeting again by calling the same number I had called all along 888-862-3816. As soon as the phone was answered, I again was placed on a lengthy hold for approximately fifteen minutes. Finally, a woman picked up the phone and asked who I was holding for. I told her I was holding for customer service. She asked for which company. I was shocked because she should know which company and so I relayed my surprise that she did not know which company she represented. She responded that she just worked for the "fulfillment center" and that they answer calls for several companies. I explained that I was calling because I was unhappy that my credit card interest rates have not been reduced. She then transferred me to another woman, who asked me if I had returned my paperwork. I thought that was fishy because she should have known that I had already submitted my paperwork. She then followed up by asking me if my consultant Marie Ware had called me. I told her that I had never heard of Marie Ware and this was the first time that anyone had told me the name of anyone on any call. This woman told me to wait a little longer for the negotiating to occur because "it takes time." At this point, I was finished with this company and I wanted my money back so I requested to speak to a supervisor. I was placed on hold for about twenty minutes. Eventually, a male answered the phone. He identified himself as Michael Moore and told me that he was a Senior Supervisor. I explained to him that I was very dissatisfied because I had not received anything they had promised me. Mr. Moore asked me if I had received "the book" because "the book" explained how I would get my $2,500 promised savings. I told him that I had gotten "the book," that it only contained common sense information and nothing about their attempts to lower my credit card interest rates, which was the service I purchased. I explained that I never heard from them about negotiating the finance charges, no one had negotiated on my behalf, and I definitely had not received the $2,500 in guaranteed savings. Mr. Moore said that according to his records their company had already negotiated a 3.9% interest rate on my discover card. I tried to explain to him that I had already been eligible for that temporary interest rate reduction so they could not claim that as a successful negotiation in their part.

18. Mr. Moore said that their services were for six months only and were not refundable. This is the first time I had heard of either of those restrictions. I told him I read my guaranteed savings book and the other paperwork they sent, and nowhere was there a single mention of those restrictions. Of course, my dander is up now and I told him that I was told that the fee was refundable and they would be negotiating on my behalf to get the finance charges lowered

19. I asked Michael Moore to transfer me to his supervisor. He told me that he was the Senior Supervisor and that there were no managers higher than him. He said my payment was non-refundable at this point and so there would be no refund. I asked him who the owner of Total Budgeting was and he said Peter Smith. He said Peter Smith does not take calls. I said that all I received was "the book" and that I did not pay $695 for that book. I also told him that I never received any of the promised calls from his company. Instead, the only time I ever talked to anyone was when I called them. I went through the full history with Mr. Moore, and he repeated it was a 6 month service and the six months were over so I no longer could get a refund. This made me furious. I

4

said to him that if only for 6 months, then why was I continually being encouraged to wait a little longer (two months at a time) for the interest rate savings? He had no response other than to be very curt and respond that the program was only a six month program. He was completely unprofessional and seemed to be mocking because his company had my money and there was nothing I could do about it.

20. I told Michael Moore that I would be contacting the Better Business Bureau. On or about July 2, 2014, I filed a complaint with the Better Business Bureau via the internet. The company never responded to my complaint. A copy of the BBB Complaint Activity Report is attached here as Exhibit D.

21. I also contacted my credit card company to see if I could get a refund, but it was too late for my credit card company to refund the $695 to me.

22. I never received a refund of the $695 I paid. I also never received an interest rate reduction on my credit cards through any services that Card Services/Total Budgeting provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 3nd_____, 2015

_____/s/ Pat Hurlman_____
Pat Hurlman

5

# EXHIBIT A



# WHO KNEW CAR BUYING COULD BE THIS EASY?

The key? Capital One's Blank Check.
Apply now at **www.capitalone.com/autoloans**

**CapitalOne® Auto Finance**

500957

---



Page 1 of 1
Customer Service 1-800-955-7070
www.capitalone.com

May. 09 - Jun. 08, 2013    31 Days in Billing Cycle

**Visa Platinum**

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| | | Jul 05, 2013 |

PLEASE PAY AT LEAST THIS AMOUNT

Credit Limit:      Cash Advance Credit Limit:
Available Credit:  Available Credit for Cash Advances:

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | | |

Your estimated savings if you pay off this balance in 3 years:

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | – | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|

### TRANSACTIONS
**PAYMENTS, CREDITS & ADJUSTMENTS FOR PATRICIA M HURLMAN**
1    05 JUN   CAPITAL ONE ONLINE PYMTAuthDate 04-JUN

**TRANSACTIONS FOR PATRICIA M HURLMAN**
1    23 MAY  8662293490COMPBUDGET866-229-3490CA           $695.00
▶ Total Transactions This Period

**FEES**
                                  Total Fees This Period
**INTEREST CHARGED**
    INTEREST CHARGE:PURCHASES
                                  Total Interest This Period
**TOTALS YEAR TO DATE**
                                  Total Fees This Year
                                  Total Interest This Year

### REWARDS INFORMATION
PREVIOUS AVAILABLE REWARDS BALANCE
REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)
AVAILABLE BALANCE AS OF 06/08/2013

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

**NoHassle rewards**

### INTEREST CHARGE CALCULATION
Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | | | |
| Cash Advances | | | |
| SpecialTrans | | | |

P,L,D,F = Variable Rate.

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



**CapitalOne®**

Account Number:

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| | | | . |

PLEASE PAY AT LEAST THIS AMOUNT

### ORGANIZATION MADE EASY.
Forget the filing.
Manage your account online and simplify your life.

Sign up at www.capitalone.com                    400011

PATRICIA M HURLMAN
PITTSBORO, NC 27312-7383

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

**EXHIBIT A**

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

APP. 0262



002
08

**How can I Avoid Paying Interest Charges?** Each month you pay your "New Balance" in full, you will have a minimum grace period of 25 days with no interest charge on all new 1) purchases, 2) balance transfers, 3) special purchases and 4) other charges. If you have been paying your account in full with no interest charges applied and you do not pay your next bill in full, prorated interest charges will be assessed. There is no grace period on cash advances, special transfers, or on any new transaction when there is an unpaid balance from a previous bill.

**How is the Interest Charge applied?** Interest charges accrue from the 1) date of the transaction, 2) date the transaction is processed or 3) first calendar day of the billing period. Interest charges accrue on every unpaid amount until it is paid in full. This means you may owe interest charges even if you pay the entire "New Balance" one month, but did not do so for the previous month. Unpaid interest charges are added to the proper segment of your Account. However, we reserve the right to not assess interest charges at any time.

**Do you assess a Minimum Interest Charge?** Yes. A minimum INTEREST CHARGE of $0.50 will be assessed for each billing period your account is subject to an interest charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions). Under this method, we first calculate your daily balance; for each segment, 1) take the beginning balance and add in new transactions and the periodic interest charge on the previous day's balance, then 2) subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if you paid your previous month's balance in full (or if your balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. Also, transactions that are subject to a grace period are not added to the daily balances.

Next, to find your Average Daily Balance: 1) add the daily balances together for each segment, and 2) divide the sum by the number of days in the billing cycle.

At the end of each billing cycle, we determine your Interest Charge as follows: 1) multiply your Average Daily Balance by the daily periodic rate (APR divided by 365) for that segment, and 2) multiply the result by the number of days in the billing period. NOTE: Due to rounding or a minimum interest charge, this calculation may vary from the interest charge actually assessed.

**How can my Variable Annual Percentage Rate (APR) change?** Your APR may increase or decrease based on one of the following reported indices (reported in *The Wall Street Journal*). To find which index is used for your account, look for a letter code on the front of this statement next to your APR(s). Then check the table below:

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin (previously disclosed to you) | When your APR(s) will change |
|---|---|---|
| P L | Prime Rate + margin 3 month LIBOR + margin | The first day of the billing periods that end in Jan., April, July, and Oct. |
| D F | Prime Rate + margin 1 month LIBOR + margin | The first day of each monthly billing period. |

**Are there Additional Fees associated with my account?** Yes, under certain circumstances, you may be assessed a Late or Returned Payment fee. You may also be assessed Overlimit fees if permitted by law. We reserve the right to not assess fees without prior notice and without waiving our right to assess a similar fee later.

**How can I Avoid Membership Fees ?** If a Renewal Notice is printed on the front of this statement, you may avoid paying an annual membership fee by contacting Customer Service no more than 45 days after the last day in the billing cycle covered by this statement to request that we close your account. To avoid paying a monthly membership fee, contact Customer Service anytime to request that we close your account, and we will stop assessing your monthly membership fee.

**How can I Close My Account ?** You can contact Customer Service anytime to request that we close your account. At that time, we'll explain any additional steps to account closure, including balance pay down information and timelines. Please note that if you use your credit card or charges post to your account after you ask us to close it, we can keep your account open.

**What happens if my Account is Suspended ?** We may close or suspend your account and your right to obtain credit at any time and for any reason, even if you are not in default. Account suspension can be permanent or temporary. If your account is closed or suspended you must 1) stop using your credit card and account, 2) cancel all automatic payments, 3) destroy all credit cards and access checks, and 4) pay all amounts you owe us, even if they were charged after the account was closed or suspended.

**How do I Make Payments ?** At any time, you may pay the minimum payment, the total unpaid balance, or any amount in between. Payments may be made in several ways:
1) Online by going to www.capitalone.com and logging into your account;
2) Telephone Voice Response System by dialing 1-800-955-7070 and following the voice prompts. When you make a phone payment through our voice response system, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account. Funds may be withdrawn from your bank account as soon as the same day we process your payment;
3) Calling our telephone number 1-800-955-7070 and providing your information to our representative;
4) Payments by mail should be sent to the mailing address provided on the bottom portion of this statement.

**When will you Credit My Payment?**
· For online or over the phone, as of the business day we receive it, as long as they are made by 5 p.m. ET.
· For mailed payments, as of the business day we receive it, as long as: 1) you send the bottom portion of this statement and your check in the enclosed remittance envelope, and 2) your payment is received in one of our processing centers by 5 p.m. local time. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or in any other form may not be credited as of the day we receive them.

**Do you Process Paper Checks as an Electronic Funds Transfer?** Payments will be processed in one of two ways: When you provide a check or check information to make a payment, you authorize us or our agents to use the information to make a one time ACH transaction or other electronic fund transfer from your deposit account. We may also use the information to process the payment as a check transaction.

**What if I file for Bankruptcy?** If you are entitled to bankruptcy protection, this communication is for information only. It is not an attempt to collect, assess or recover a debt or claim. Do not send us payments without speaking with your bankruptcy attorney or the Bankruptcy Court. If you or your attorney would like to contact our bankruptcy claims servicer directly, please contact: Capital One · PO Box 30285 · Salt Lake City, UT 84130-0285

**BILLING RIGHTS SUMMARY** (Does Not Apply to Small Business Accounts)
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

In your letter, give us the following information:
· Account information: Your name and account number.
· Dollar amount: The dollar amount of the suspected error.
· Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
· We cannot try to collect the amount in question, or report you as delinquent on that amount.
· The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
· While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
· We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Capital One supports information privacy protection: see our website at www.capitalone.com
© 2011 Capital One. Capital One is a federally registered service mark. All rights reserved.

ETC-08
11/30/11

## Changing Address?

Address ....................................................................................

....................................................................................

Home Phone ............................................................................

Alternate Phone ......................................................................

E-mail
Address ....................................................................................

Please print address or phone number changes above using blue or black ink.





## Not quite ready to make payments online?

No problem. Follow these simple steps to make sure we process your payments smoothly:

• Don't staple or paper clip your check to the payment slip.

• Be sure to use the payment envelope that came with your statement. *Using a different envelope could delay processing.*

• Please don't include any additional correspondence.

• Last but not least, be sure to write your 16-digit account number on your check.

APP. 0263

# EXHIBIT B



# Congratulations on Getting Out of Debt 3 to 5 times Faster!!!

## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!



APP. 0265

EXHIBIT B



"Every Battle is Won Before it is Fought"
Sun Tzu, The Art of War

APP. 0266

Patricia Hurlman

Pittsboro, NC 27312

Dear Patricia,  May 27, 2013

It is with great enthusiasm that we at Total Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Total Budgeting**

M-F
9-5

**Total Budgeting**
6860 Gulfport Blvd Suite 129
South Pasadena, FL 33707
888-862-3816

Bettu
888-266-0756 - total Budgeting
on Better Business Sute

**APP. 0267**



# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account(s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

**APP. 0268**