# **<u>EXHIBIT C</u>**



## CUSTOMIZED BUDGET PLAN

We are a leader in providing budgeting relief for consumers.

This Customized Budget Plan
Prepared For: Patricia Hurlman
Pittsboro, NC 27312

EXHIBIT
C

APP. 0277



# Table of Content

# INDEX

Customized Budget Plan: ...... pg. 1

Table of Contents: ...... pg. 2

Overview: ...... pg. 3

Where to go from here: ...... pg. 4

Savings Plan: ...... pg. 5

Debt Portfolio - Capital One: ...... pg. 6

Debt Portfolio - Bank Of America: ...... pg. 7

Secure Debt Portfolio: ...... pg. 8

Debt Comparison Summary: ...... pg. 9

Understanding the Payment Scheduler: ...... pg. 10

Debt Payment Schedule 2013: ...... pg. 11

Debt Payment Schedule 2014: ...... pg. 12

Debt Payment Schedule 2015: ...... pg. 13

Debt Payment Schedule 2016: ...... pg. 14

Debt Payment Schedule 2017: ...... pg. 15

Debt Payment Schedule 2018: ...... pg. 16

Debt Payment Schedule 2019: ...... pg. 17

Debt Payment Schedule 2020: ...... pg. 18

Debt Payment Schedule 2021: ...... pg. 19

Debt Payment Schedule 2022: ...... pg. 20

Debt Payment Schedule 2023: ...... pg. 21

Debt Payment Schedule 2024: ...... pg. 22

Debt Payment Schedule 2025: ...... pg. 23

Debt Payment Schedule 2026: ...... pg. 24

Creditor Plan vs Stabilized Payment Method Plan: ...... pg. 25

APP. 0278



# Table of Content



## INDEX

Comparitive Analysis: ............................................................................pg. 26

Your Financial Future: ...........................................................................pg. 27

Understanding Your Financial Risk Profile: ..........................................pg. 28

Revolving Credit "Tricks of the Trade": ................................................pg. 29

Profile Review: ......................................................................................pg. 30

Credit Card Information: ........................................................................pg. 31

Guarding Your Credit: ...........................................................................pg. 32

Guarding Your Credit (continued): ........................................................pg. 33

What your Creditor's don't want you to know: .......................................pg. 34

APP. 0279



Overview

Dear Patricia Hurlman,

Welcome to Total Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Total Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier:

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example. 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Interest Paid | Total Paid |
|---------|---------------------|-----------------|----------------|-------------|---------------|------------|
| | | 307,206.93 | 290 | 24.2 | 124,251.00 | 431,457.93 |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.

| Chart 2 | Revised Payment Plan | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|---------|---------------------|-----------------|---------------|----------------|-------------|---------------|------------|
| | | 307,206.93 | 2,509.70 | 161 | 13.4 | 94,551.01 | 401,757.94 |

| Chart 3 | Interest Savings | Interest Saved | Months Saved | Year Saved |
|---------|------------------|----------------|--------------|------------|
| | | 29,699.99 | 129 | 10.8 |

APP. 0280

# Where Do We Go From Here?



We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where Total Budgeting comes in.

Total Budgeting has provided you with the following to get started:

• Financial Goals and Objectives

• Revolving Credit Breakdown

• Stabilized Payment (Interest Savings) Plan

• Key Education Concepts

• Access to a Financial Consultant to personally work with you and guide you through the entire process.

APP. 0281



# Savings Plan

Saving Plan for: Patricia Hurlman,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **10.8** Years or **129** Months, if you were to continue to pay the amount **$2,509.70** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$363,295.33**.

APP. 0282



**Debt Portfolio**
**Capital One**

# CAPITAL ONE - $17,958.24

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $16,025.11 | $33,983.35 | 284 |

### Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $414.00 | $179.79 | $234.21 | $17,778.45 |
| $414.00 | $182.14 | $231.86 | $17,596.31 |
| $414.00 | $184.51 | $229.49 | $17,411.79 |
| $414.00 | $186.92 | $227.08 | $17,224.87 |

### Revised Payment Plan (Uses a stablized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $8,691.11 | $26,649.35 | 65 |

### Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $7,334.00 | 219 |

APP. 0283



# BANK OF AMERICA - $23,335.02

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $7,978.91 | $31,313.93 | 290 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $350.00 | $235.27 | $114.73 | $23,099.75 |
| $350.00 | $236.43 | $113.57 | $22,863.32 |
| $350.00 | $237.59 | $112.41 | $22,625.74 |
| $350.00 | $238.76 | $111.24 | $22,386.98 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,881.77 | $28,216.79 | 72 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: $3,097.14 | 218 |

APP. 0284



# SECURE DEBT PORTFOILIO

## Secure Debt Portfolio

| Creditor | Debt Type | Balance | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Wells Fargo | Mortgage | $256,113.67 | $1,618.70 | 3.75% |
| College Foundation | Student Loan | $9,800.00 | $127.00 | 5.80% |

Total Secure Debt      **$265,913.67**

## Understanding Secure Debt

Secure debt is different from un-secured debt in Two (2) ways.

1. Secured Debt does not have depreciating payments. Thier payments are stablized.

2. There is no negotiating the interest rate. These type of rates are locked in based off the contract you have with that lender. But there is a way and you probably already know it. **Increase the monthly payments.** What we do is recommend is that you use a tactic we call the Rolling Payment Method. With this method you can increase you monthly payments to your secure debt without changing your monthly payment schedule. Example on a Rolling Payment: As you pay off your debt and end a payment on lets say a credit card that you were paying $50.00 on, you take this payment and apply it to your next debt. So the next debt will be paid off sooner and your monthly payments will remain the same.



Secure Debt Comparison Chart

| | Current Plan | | |
|---|---|---|---|
| | Total Debt | Interest Paid | Total Paid |
| | $265,913.67 | $100,246.98 | $366,160.65 |
| | Revised Plan | | |
| | Total Debt | Interest Paid | Total Paid |
| | $265,913.67 | $80,978.13 | $346,891.80 |

**Total Savings:**      **$19,268.85**



# Debt Comparison Summary



The totals include balances and interest cost

|  | Total Secure Paid | Total Un-Secure Paid | Total |
|---|---|---|---|
| Current: | $366,160.65 | $65,297.28 | $431,457.93 |
| Revised: | $346,891.80 | $54,866.14 | $401,757.94 |
| Your Savings: | $19,268.85 | $10,431.14 | $29,699.99 |

## Summary Overview

This chart compares your creditors Depreciating Payment Method to the Stabilized Payment Method devolped for you by a Total Budgeting Financial Advisor.

By staying true to this payment plan we set, you would save $29,699.99 over the term of your debt.

**87%**

**13%**

- Secure
- Un-Secure

Based on the work and data provided and confirmed with your creditors your revolving debt profile based on your **Creditor's Payment Plan** includes the following:

~ You will be in debt for another 24 years and 2 months

~ You will pay your outstanding debt of $307,206.93

~ You will pay a total of $124,251.00 in interest charges for a total of: $431,457.93

Using knowledge, tools and support provided to you by your Financial Advisor, appling the Stabilized Payment Method and by adhering to the plan your expected results are:

~ You will be out debt in 13 years and 4 months

~ You will repay outstanding debt of $307,206.93

**$29,699.99 in interest savings and be out of debt in only 13 years and 4 months**

APP. 0286



## Understanding the Payment Scheduler

- In the following pages you will see detailed tables that guide you to your savings. The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

- The Stablized Payment method relies on your participation and at least the continued stabilized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

- The result is that you will rapidly accelerate your principal and after 13 years and 4 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.

APP. 0287



# Payment Schedule: 2013

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Capital One | | | | | | | | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 |
| Bank Of America | | | | | | | | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| College Foundation | | | | | | | | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | | | | | | | | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |

APP. 0288


Payment Schedule - 2014

# Payment Schedule: 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 |
| Bank Of America | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |



# Payment Schedule: 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 |
| Bank Of America | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |

APP. 0290



Payment Schedule - 2016

# Payment Schedule: 2016

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 |
| Bank Of America | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |

APP. 0291



**Payment Schedule - 2017**

## Payment Schedule: 2017

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 |
| Bank Of America | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |

APP. 0292



**Payment Schedule - 2018**

## Payment Schedule: 2018

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $414.00 | $153.35 |
| Bank Of America | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $610.65 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 |



# Payment Schedule - 2019

## Payment Schedule: 2019

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $764.00 | $764.00 | $764.00 | $764.00 | $764.00 | $764.00 | $622.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $127.00 | $268.86 | $891.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $1,618.70 | $891.00 | $891.00 | $175.90 | $0.00 |
| | | | | | | | | | $1,618.70 | $1,618.70 | $2,333.80 | $2,509.70 |

APP. 0294



**Payment Schedule - 2020**

# Payment Schedule: 2020

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |



**Payment Schedule - 2021**

## Payment Schedule: 2021

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |

APP. 0296



**Payment Schedule - 2022**

# Payment Schedule: 2022

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |

APP. 0297



## Payment Schedule - 2023

# Payment Schedule: 2023

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |



# Payment Schedule - 2024

## Payment Schedule: 2024

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |

**APP. 0299**



# Payment Schedule: 2025

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 |

APP. 0300



Payment Schedule - 2026

## Payment Schedule: 2026

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| College Foundation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $2,509.70 | $205.94 |

APP. 0301



# PAYOFF COMPARISON BY DEBT

This table compares your creditors Current Payment Plan to the Stabilized Payment Method Plan developed by Total Budgeting Financial Advisor. Your interest savings, by sticking to the plan would be **$29,699.99** over the terms of your debt, which is reduced from **290** months to **161** months

| | Current Payment Schedule | | | | Stabilized Payment Method Plan | | | |
|---|---|---|---|---|---|---|---|---|
| | Interest Cost | Total Paid | Months payoff | Date payoff | Interest Cost | Total Paid | Months payoff | Date payoff |
| Capital One | 16,025.11 | 33,983.35 | 284 | 03-2037 | 8,691.11 | 26,649.35 | 65 | 12-2018 |
| Bank Of America | 7,978.91 | 31,313.93 | 290 | 09-2037 | 4,881.77 | 28,216.79 | 72 | 07-2019 |
| College Foundation | 2,494.04 | 12,294.04 | 97 | 08-2021 | 2,334.76 | 12,134.76 | 76 | 11-2019 |
| Wells Fargo | 97,752.94 | 353,866.61 | 219 | 10-2031 | 78,643.37 | 334,757.04 | 161 | 12-2026 |

APP. 0302



# Comparitive Analysis

## OVERALL RESULTS

The overall results available to **You** illustrates how your creditors have managed to use the combination of "rights" within the terms and conditions of your credit card agreements to drive rates higher,FICO scores to justify the higher rates, even when you have made payments regularly and the "convenience" of lower monthly payments to shift your longer term wealth into thier short term profits. This is at the heart of our educational message to **You**.

It is real and **it is your $29,699.99 that is lost if you do nothing**

|  | Current Schedule | Your Customized Plan |
|---|---|---|
| Total Outstanding Debt | $307,206.93 | $307,206.93 |
| Total Interest Cost | $124,251.00 | $94,551.01 |
| Total Amount Paid | $431,457.93 | $401,757.94 |
| Total Savings | $0.00 | $29,699.99 |
| Time Required | 24 Years 2 Months | 13 Years 4 Months |

APP. 0303



# Your Financial Future

Being that we are a country that is health-conscious more so than any other on the planet, it is important to remember that stress is a major contributing factor to illness, especially when it comes to our financial situation. Taking preventative steps to alleviate yourself of debt is a step in the right direction, not only financially speaking, but physically.

- Self Discipline
- Understanding Credit
- Contingency Planning
- Stretching your Money

## GOALS & OBJECTIVES

Based upon our analysis of your situation we recommend the following financial goals :

- Gain personal financial knowledge
- Organize and manage financial matters
- Improve risk profile and lower borrowing cost
- Eliminate revolving debt
- Create and preserve personal net worth

## Key Concept

Financial goals an objectives should incorporate short, intermediate and long term aspects of your financial life and you should be able to track, measure and achieve them. You should be truly committed to them when you set them.

## THE FICO REALITY OF FICO

The most meaningful aspect of the FICO score for the purposes of our interest is how it has become a price justification tool for the credit companies. This is the way the game is played.

**Price justification-** Fair Isaac Corporation generated $750 million in revenue last year and their business is setting credit scores. You are not Fair Isaac's customer. Their primary customers are lenders and their product, FICO scores, are purchased by 90 of the top US customer lenders. Like any company, Fair Isaac wants to sell more and make its customers happy. The ability to defend the act of raising your interest rates makes their customers happy.



APP. 0304



# Understanding Your Financial Risk Profile



## CREDIT REPORT

A written report ( Normally stored on computers ) comprised of the following information about your debt history and inferentially, your credit worthiness.

1. **Identification** - by name, address, spouse's name, date of birth, social security number, telephone number, place of employment, mothers maiden name and other personal identification information.

2. **Credit Enquires** - every time a credit provider runs a credit offer inquiry on a consumer, a record of the file is made. It will remain on the file in most states for one or two years. This is of interest to creditors because it reveals recent credit activity

3. **Information** - in public records and collection accounts are also collected by ( or reported ) to these agencies. Public records include courthouse records, bankruptcies, judgements, lawsuits, criminal records, etc.

4. **Credit History** - which includes the name and ID number of each reporting company who makes a report about your credit/debt repayment history. Also included is the date an account was opened, credit limit, current balance, monthly payment amounts and payment frequencies for the last 12-24 months. Records are dated with each request or entry. Other information includes consumer disputes, criminal convictions, individual liability of accounts, co-maker or guarantor of arrangements, secure accounts and charge offs ( when a creditor has reported an unpaid balance as a loss )

5. **Consumer Statements** - a statement - ( not to exceed 100 words ) - regarding any account(s) an individual may wish to more accurately and completely explain.

APP. 0305



# REVOLVING CREDIT "Tricks of the Trade"

**1. Universal Default:** Credit card companies monitor your credit report under a universal default clause, looking for reported problems with other creditors. If they believe that your behavior with other creditors signals that " you're a greater credit risk. They can increase your interest rate. For instance, your interest rate can sky rocket if your credit score declines because of your behavior with other creditors, even if you always pay your credit card account on time and never miss a payment. Card issuers can raise your rate if an inquiry is made about a car loan or if you get a new credit card.

**2. Change of terms:** Card Issuers, under pressure, have claimed they aren't aggressively using universal default; however, many are raising interest rates under change of terms clauses. Credit card terms are always in flux. This means read the small print and chances are that you will find this disclosure; "We reserve the right to change the terms (including APR's) at any time for any reason." A fixed rate is fixed until the bank gives you at least 15 days notice that it isn't and most people don't "notice" the notice because of how it is buried in the fine print.

**3. Teaser Rates:**    Teaser rates tease you into applying for that credit card with its incredibly low APR. But that low rate can be increased at any time with the 15 day notice. A temptingly low rate can climb to 30% or more in no time. That low rate you signed up for expires suddenly and you end up paying more on charges you already made.



APP. 0306



**Profile Review**

## Revolving Credit

• Understanding your lenders minimum payment plan and see it for what it is, highly profitable for them and designed to lengthen the life of your outstanding balance.

• When consumers don't see, don't respond to or don't know how to respond to the unreasonable treatment, it will just continue.

• Credit Card profits are driven by some simple steps that create opportunities for fees, rate increases and reduced principle payments and capturing profit associated with basics of compounding interest in favor of the lender over long periods of time.

• We at Total Budgeting will assist you in understanding this process and making the correct structured payments to ensure that you do not get caught up in this never ending circle of debt.

## You and the market

• Revolving credit is highly responsive to showing change given the daily reporting of billions of transactions to the credit bureaus and is inefficiently priced and structured to the disadvantage of the "sweet spot"

• Outstanding consumer revolving debt, of which 95% is estimated to be from credit cards, is over $1 trillion dollars.

• The Average family has 9 credit cards with an average debt of $11,000

• 150 million Americans have general-purpose credit cards with ongoing access.

• 50 million Americans (referred to as "free riders") by the industry pay off their credit card bill in full each month.

• 100 million US households and individuals carry revolving credit card balances thought a billing cycle.

• The consumer lending industry refers to this group as "revolvers"

• 50 million Americans in the revolving group are not in default and pay the minimum monthly payment or slightly more against balances in excess of 25% of available credit.

• The consumer lending industry refers to this group as their "sweet spot", the average rate of these consumers being 20% or more.

Credit Card Information

## Errors

If there is an error in a consumer's credit report, the credit bureau should be notified immediately. The Fair Credit Reporting Act, the federal law that regulates credit reporting activities, outlines steps to be taken in re-investigation of any possible inaccuracies. The credit bureau is required to re-verify the item in question with the creditor at no cost to the consumer. The law requires that a re-investigation be responded to by a creditor within 30 days. After the re-investigation is complete, the credit reporting agency is obligated to notify the consumer of the outcome. If information in the report has been changed or deleted, the consumer is also entitled to a copy of their revised report at no charge. You must enforce your rights as a consumer. You are also entitled to a free credit report from each of the three (3) credit bureaus annually. If you haven't done this, our staff will help you get this right.

- EQUIFAX: (800) 685-1111 : www.equifax.com
- TRANSUNION: (800) 888-4213 : www.transunion.com
- EXPERIAN: (Formerly TRW) (888) 397-3742 : www.experian.com

## Understanding Your Credit Score

- Your credit score is a number generated by a complicated and secretive formula based on information in your credit report, compared to similar information over 100 million people. The resulting number is promoted by the lenders to be an accurate predictor of how likely you are to pay your bills.

- Very few lenders have developed their own credit scoring models so the consumer credit risk is dominated by one firm - Fair Isaac's - your FICO score! FICO has a near monopoly on communicating your "risk profile" to their paying customers.

- If this sounds overly detailed and unimportant, you couldn't be more wrong. Credit scores are used extensively, and for almost all credit related products. For many large expense items in your life, the price you pay is directly related to your credit score.

- Increasingly, your credit score is being checked for even more basic purchases such as cell phones, apartment rentals, cable TV and many employers do a credit check before hiring a new employee.

APP. 0308



# Guarding your Credit

**Know how your payment is applied** – Most creditors apply the payments first to finance charges and fees, then to the lowest rate category on the card. For example, if you have a purchase category at 12.9%, a balance transfer category at 5.99%, and cash advance category at 23.99%. When you make your monthly payment it will be applied to the balance transfer first, allowing the other higher rate categories to build up as much interest as possible. That's the trick the lenders use to capitalize on the different rates. (**Tip:** contact the lender to find out if they allow re-adjustments of the payment to other categories. Most will not, however, some will allow you to send in a separate payment to affect the higher APR balance giving you the opportunity to save).

**Just say no to new purchase only promos** – This is a trick by the lender to lock up your current balance at the higher rate and to also bait you into spending more money. Only take advantage of this type of promo if you don't carry an existing balance.

**Watch out for balance transfer offers** – The key here is to look at the length of the offer, the rate and the fees you will pay for the transfer. You must also take into consideration the cost of the fees and if it will offset the savings of the transfer or not. Another option would be to transfer to an empty card for the biggest benefit. If there is an existing balance, you then must calculate the cost at which that balance will grow until you pay the balance off and see if there is still savings instead of a cost.

**Avoid cash advances** – If you must use a cash advance, contact the lender first to see if they can direct deposit funds into your checking account and if so, are there any promos available. Please remember, this category grows faster than any other and usually has the highest APR, which can not be negotiated.

**Beware of reward cards** – These cards offer perks that you may not use as often as you might dream of doing and remember, the lenders are not going to give you something that will cost them in the end. These cards usually have higher APR's and a lot of times come with annual membership fees as well. It's often better to switch out to a standard type of card and enjoy the savings from lack of annual fees and a lower APR or pay the card in full each month and enjoy all the rewards without paying the higher rates. Lenders will try and trick you into these cards by making them sound more glorious than they really are. You might think 1% cash back sounds really good, however, having a much higher APR will offset that savings.

**Always check your statements** – Review your statement each month. Check for changes to your APR, and make sure you watch your credit limits. Some tricks the creditors like to do is lower your credit limits without notice.

...continue....

APP. 0309

This will make it look like you always have a high utilization on the card, and could possibly things on your credit score as well as the behavior of other creditors. Along with the credit limits, the APR can change without notice as well. Most lenders have a clause in the terms and conditions allowing this to happen. It's usually best to keep a 3-6 month archive of your statements; you never know when they will come in handy.

**Credit Protection Programs** – These are the programs sold to you in case of job loss, injury or any other event that may qualify. Make sure you read everything with these types of programs. Be sure to find out how much you are actually covered for and what are the "outs" for the creditors to not pay. Sometimes there are circumstances that arise when you meet the typical reason to cash in on these protection programs; however, there may be extra hidden prerequisites that accompany those initial qualifications. A trick from the lender is to quote a low price per amount to make it seem like these programs do not cost much. Example, they may tell you it's only $0.89 for every $100.00 This means if you have a balance of $10,000 the cost would be $89.00 monthly. If your APR is 13.9% and your minimum payment is 2%, which is $200.00, and your finance charge is $116.00, that's a difference of $84.00 going to your principle. Then you apply the $89.00 each month, your balance would be going up by $5.00, costing you more in the long run.

**Change of terms** – Watch out! These are usually found in your statements each month. They will give you an advance warning of things to come. Most of the time these changes are negative, meaning your APR is about to increase or your limit is about to decrease. Most of the lenders will allow you to "opt. out" of the changes; however, this means a sacrifice of the card and its usability. Remember not all lenders will close the account when you "opt out" of the change in terms. Some will leave the account open and if you forget and place a charge on the account that will act as an acceptance of the new change of terms. (**Tip:** if you "opt out" of a card to keep the lower rate, destroy the card to keep from the accidental use and automatic acceptance of the new terms that you've opted out from.)

**Store Cards** – Just because the card has the same name as the store on it does not mean it will save you the most money. Most store cards carry a much higher APR. These cards might come with benefits like 10-15% off your purchase, but this could be offset by the (21% average for a store card) APR and most store cards do not adjust or negotiate the rates. Some cards will offer you a 0% promo on purchases of a certain amount charged or more for 6-18 months. The trick in this case is that if you do not pay down the entire promotional balance during that time frame the interest will go retro-active. (**Tip:** If you must use these cards pay them in full each month to avoid the high finance charges or make sure you clear out the balance before the promo offer expires, even if that means transferring the balance to a standard card at a lower APR.)

**APP. 0310**

Credit card companies have a very simple motivation: **Money!** Keeping you in debt for as long as possible to insure they can charge you interest on your outstanding balance. Our program at Total Budgeting is very simple as we'll! Combat this cycle of your outstanding debt by empowering our clients with tools and education on credit usage to enable you as our client to get out of debt 3-5 times faster, if not faster than what your current situation will allow you to do.

One of the ways credit card companies keep consumers in debt for long periods of time is by the use of the remaining balance minimum payment method. The minimum monthly payment that creditors require on your statement that you receive each month is calculated as a percentage or payment factor of your outstanding balance after the interest has been applied to your account. This percentage or payment factor is usually 2-3 percent contingent upon the lending institution that has provided the account to the consumer. Believe it or not, in some situations the minimum monthly payment is not enough to cover the interest charged for that period. The sad reality being that, although you could be making your payments on time and in full, you're actually going further into debt.

By way of example, we will show you how this works using the information you provided about one of your credit cards. We will use the one that will take the longest to pay off if you follow the credit card company's plan. The card we will focus on is the **Bank of America** card. The annual interest rate is **5.9** percent. Your monthly finance charge for this card is **0.5** percent. This is simply the annual interest rate divided by 12. Since the outstanding balance for this card was **23,335.02**, the finance charge for the initial month is **114.73**. Your total payment for the same month is **350.00** so the portion of your payment which is actually being applied to your principal is **235.27**.

What makes matters worse is that the amount going to principle each month decreases since the minimum payment decreases. If the same proportion of your minimum payment applied to your balance each month, it would still take over 10 months to pay off this single debt. But the amount applied to principle actually decreases each month as your minimum payment decreases. This keeps the balance alive much longer than necessary. Actually, the higher the interest rate and/or balance, the longer it will take to pay off the debt. It can be 3 or more times longer than if the same **350.00** was applied to your debt each and every month. This is a primary reason so many people find themselves in situations where their credit card payments have taken center stage in their finances. Isn't it time to retake control of your financial future?

As you are well aware, knowledge is power! By increasing your awareness, as well as providing you with ongoing assistance through your membership with our service we will help you reach your goal of being debt-free and credit conscious.

**APP. 0311**

# EXHIBIT D

**Consumer Info:**  Hurlman, Patricia

Pittsboro, NC  27312-7383

**Business Info:** Total Budgeting
6860 Gulfport Blvd S Ste 386
South Pasadena, FL  33707-2108
888 266-0956

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :

Requesting a $695 refund because they did not render services to me for a guaranteed $2500 saving on my credit cards.I have contacted them at least 6x

I was originally contacted by a high pressure sales from "Card Services" in April 2013.I thought which card?  They said they represented all of them. I told them I was interested and hung up.  They called right back with pressure sales to save $. After being promised a guaranteed $2500 savings and a consultant to negotiate my cc % rates I agreed to a $695 charge which was fully refundable if they did not give me the minimum $2500 savings. I called 2 weeks later and they said they could start then and called my discover card and got a special 3.9% on new purchases.  It was being offered to me already (I had just gotten it in the mail) but they made it seem like they did it. I did not have a balance on that card at all. I then received paperwork to complete with all my cc history payments etc and what I owed and the %.  In August 2013 I still received nothing and in sept received a shiny book telling me everything I told them in fancy words and pictures.  I called about a week later and asked when they would start negotiating on my behalf and they asked me if I read the book.  The customer service did not go to total budgeting and I waited about 15 min and when cust serv answers they don't know what company they are answering for.  So I thought this is fishy.  In sept they said give it a few months for the negotiating to occur. Again no one ever contacted me.  I did some balance transfers myself that were offered through my cc companies and so had negotiated my own % financing.  Dec 2013 I asked if anyone was negotiating on my behalf but basically I had done that already and had more months left.  They then said wait until the special financing was done. Time went on I kept waiting for this guaranteed savings.  Today I called and said I wanted to cancel and get my $ back because I saw no savings and there has been no one from the company (the consultant) contacting me as promised to negotiate % rate for me.  Customer service answered and did not know the company they were answering for and said they were "overflow" (I waited 20 min). They then transferred me (5min) before I spoke to a person.  I asked what company she was customer service for.  She asked if I returned the paperwork. Fishy again..doesn't know the company. I told her I wanted to cancel and get my refund and for 20 min she told me the book was my service and my consultant was "Marie Ware".  Never heard of her, no contact info nothing. I asked for a supervisor.(20 more min waiting)  I got another person. He said that they gave me my $2500 savings in the book if I followed everything. I said I did not receive a consult, no one had negotiated on my behalf and had not seen the guaranteed $2500 savings.  He said it was in the book, that they negotiated a 3.9% on discover (it was a special mailing) and the services were for 6 months only and was not refundable.  I read my guaranteed saving statement and he said again that the savings in the book. I asked to speak to a supervisor and he said he was a senior supervisor.  I asked his name and he said Michael Moore. I said there had to be a higher manager and he said there was not. He said only Peter Smith who did not take calls and recorded all the sales calls they make when they originally call you. They did not render any service except to print a book of information I had given them and it did not cost $695 to do so.I never received a call from a consultant or anyone to negotiate on my behalf.He said it was a 6 month service.I said nothing stated saying 6 months but I did have a copy of the guarantee and min savings guarantee and if it was only 6 months why was I continually encouraged to wait it out a bit to see the saving which also never came. High pressure sales, no services rendered, promises and guarantees and no real consultants.  Also I'm not sure he gave me his true name, the supervisor's or the consultants name. They charged my cc and there is no way to contact anyone to get the refund owed except the BBB

**Consumer's Desired Resolution:**

I am seeking the complete $695 refund.  I have copies of my notes, dates and the mission statement, minimum guaranteed savings and guarantee.  It states "If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!" Michael Moore (senior supervisor) Marie Ware (consultant) and Peter Smith (company senior supervisor) you have not fulfilled your guarantee and I want a full $695 refund.  There have no services rendered on behalf of "card services" or "Total Budgeting". Customer service is long wait times and they do not know who they are answering for. Please help get my refund and sut this company down.  This is a SCAM!!

| 07/02/2014 | web | BBB | Case Received by BBB |
| 07/02/2014 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : I can fax the paper work and |

my notes to support this case.  Please let me know if you want me to and if so to what tel #

| 07/03/2014 | JWZ | BBB | Case Reviewed by BBB |
| 07/03/2014 | Otto | MAIL | Notify Business of Dispute |
| 07/21/2014 | KMB | BBB | Call Business to Request Response |
| 07/21/2014 | Otto | EMAIL | Consumer - Have You Heard From the Business |
| 07/21/2014 | Otto | MAIL | Reminder of Dispute to Business |
| 07/22/2014 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : the only contact I have had was |

several documented calls listed in the complaint.  This was prior to me contacting the BBB as a last resort.  I was so

EXHIBIT
D

frustrated with their lack of professionalism and almost mockery of they fact they had my $ and there was nothing I could do.  The company has not contacted me directly at all. Thanks you for your assistance.

| | | | |
|---|---|---|---|
| **08/01/2014** | **OttO** | **BBB** | No Response Received from Business on 2nd Notice |
| **08/01/2014** | **KMB** | **BBB** | Close Complaint as Unanswered |
| **08/01/2014** | **Otto** | **MAIL** | Inform Business - Case Closed UNANSWERED |
| **08/01/2014** | **OttO** | **EMAIL** | Inform Consumer - Case Closed UNANSWERED |
| **08/01/2014** | **OttO** | **BBB** | Case Closed - UNANSWERED |
| **09/23/2014** | **MEH** | **BBB** | Mail Returned |