# EXHIBIT 15

## Declaration of Gloria Izquierdo Pursuant to 28 U.S.C. § 1746

I, Gloria Izquierdo, hereby declare and state as follows:

1. My name is Gloria Izquierdo. I am 53 years old and live in Puerto Rico.

2. I am a disabled, retired United States Postal Service employee.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. On or about May 8, 2013, at approximately 1:50 p.m., a woman names Michelle Williams from a company called Insightful Budgeting called me on my house phone. At the time, I lived in Plant City, Florida. I told Michelle that I was on the Do Not Call List and had been since 2007, but she did not care. Instead, she said she would promise to lower my bills by getting the credit card companies to lower their interest rates on the balances I owed. She said that she was calling consumers with good credit to give them a chance to negotiate their high interest credit cards to a lower APR. Michelle told me that I had earned this chance because I had a good payment history. According to Michelle, her company had relationships with all of the credit card companies. Therefore, I could pay her company to call my credit card companies on my behalf and negotiate lower interest rates for me. Michelle guaranteed me that I would have annual savings of at least $2,500. She also told me that our call was being recorded.

5. I had just retired due to a disability a few years before this call. I had never thought about trying to get my credit card interest rates reduced, but Michelle seemed like she knew what she were talking about. Plus, Michelle offered me a money-back guarantee if her company could not get my credit card interest rated reduced. She said that I would have a financial advisor assigned to me. She specifically told me that I would get my money back if they did not save me $2,500 in the first year.

6. The guaranteed annual savings and the money-back guarantee sounded good to me so I agreed to purchase the credit card interest rate reduction services. Next, Michelle asked me for permission to check the available credit on my credit cards. First, I gave Michelle my Chase credit card account number because it was my credit card with the highest interest rate. Michelle placed me on hold. When she returned to the line, she told me that she needed another one of my credit cards. This time, I gave her the account number for my Discover card. She placed me on hold again. When Michelle returned, she told me that the balance on that card was almost to the limit so she needed a card with a lower balance. The third card I gave her was my Sears card. She placed me on hold again. When she returned to the line, she told me not to freak out, but that she had placed a charge for $1,495 on my Sears card as a fee for the credit card interest rate reduction services.

7. Once I agreed to purchase the credit card interest rate reduction service Michelle was selling to me, Michelle transferred me to Brandon Davis, who apparently was a manager,

1

APP. 0316

so that he could welcome me to the program. Then, I spoke to a person named "Jimmy" for verification purposes so that he could verify that I wanted to purchase the credit card interest rate reduction service. Jimmy actually told me that he would be reducing the charge for the credit card interest rate reduction service from $1,495 to $1,295. He acted like he was giving me a great deal on the price. I later realized that he reduced the charge so that my Sears card would not hit its credit limit.

8. Jimmy gave me a confirmation number of 1002840. Jimmy also provided me with the website for the company: www.insightfulbudgeting.com. He directed me to go to the website and sign in so that I could start getting familiar with the website. He also gave me the phone number of 888-266-0956 to use whenever I wanted to call Insightful Budgeting.

9. On or about May 11, 2013, Insightful Budgeting mailed me a welcome package of documents enclosed in a folder that said "Congratulations on Getting Out of Debt 3 to 5 times Faster!!!" A copy of this welcome package is attached as Exhibit A. Originally, there were additional forms in this welcome package, but I filled them out and mailed them as instructed to Insightful Budgeting, 6860 Gulfport Blvd., Suite 386, St. Petersburg, Florida 33707. The welcome package included information about other services such as a legal service and a tax service. This was the first I had heard about these other services, and I did not need or want them.

10. After getting the welcome package, I went to the Insightful Budgeting website (www.insightfulbudgeting.com) once. There was not much that interested me on the website. It just contained more information about these other services (the legal service, the tax service, etc.) that I did not need or want.

11. On or about May 31, 2013, at approximately 11:50 a.m., I called Insightful Budgeting by calling 888-266-0956 and spoke to a woman named Angie. She said that Nancy was my financial consultant. She did not give me an opportunity to talk to Nancy. Instead, she made it sound like Nancy would be reaching out to me. This was the first time that I had even heard of Nancy.

12. By June 28, 2013, I had not heard anything from Insightful Budgeting. On or about that date, at approximately 11:00 a.m., I called again by calling 888-266-0956 and this time spoke to a man named Chris Green. I told him I wanted to cancel their supposed services and get a full refund. He responded that he had looked at my account and that they were working on my credit card interest rate reduction. He expected that I would be getting an email with the proposed budgeting analysis. I understood the budgeting analysis to be an explanation of how Insightful Budgeting was going to get the credit card companies to lower my interest rates. I waited for this email that Mr. Green promised I would get, but it was not sent to me like he promised.

13. On or about July 5, 2013, at approximately 10:40 a.m., I called Insightful Budgeting again by calling 888-266-0956 and spoke to a woman named Renee. I told her that Insightful Budgeting had done nothing to help me. She told me to keep waiting for the

2

email with the financial analysis attached. By this point, I was very upset. I was paying interest on what they had charged on my credit card, but I had not received any results.

14. On or about July 10, 2013, I called Insightful Budgeting again by calling 888-266-0956 and spoke to Chris Green again. I asked him to please refund my account. He assured me that I would be receiving my "analysis" via email soon.

15. I left for vacation. While I was gone, I received the "analysis" via email. It was a joke. All it said was to pay my accounts with larger payments. At this point, I was furious.

16. Upon my return from vacation, on or about July 18, 2013, at approximately 12:35 p.m., I called Insightful Budgeting again by calling 888-266-0956 and spoke to Renee. I asked her for a refund because I was unhappy with Insightful Budgeting's lack of services and their "analysis" was a complete joke. The call with Renee got nasty because she told me that they had done everything they were supposed to do, my money was gone, and that I was not going to get a refund. I was so angry. I believe I told Renee at the end of that call that I planned to file a complaint with the BBB.

17. Over the next couple of weeks, I got my paperwork organized and pulled together the timeline so that I could file a complaint with the BBB.

18. On or about July 30, 2013, I complained via the internet to BBB about Insightful Budgeting. The text of my complaint is contained in the BBB Complaint Activity Report attached here as Exhibit B.

19. On or about August 14, 2013, at approximately 9:35 a.m. and then again at approximately 9:56 a.m., a man with the last name Richards (and I believe the first name was Brandon) from Insightful Budgeting's customer service billing department called me. During the first call, he told me was in receipt of my BBB complaint. He said that I was the company's first BBB complaint, and asked me what had gone wrong. I told him that I was very angry, that his company had done nothing for me but take my money, that I had repeatedly demanded refunds without getting a refund, and so I had filed a complaint with the BBB. He indicated to me that he would resolve the issue so that I could withdraw my complaint from the BBB.

20. During the second call that day, Mr. Richards told me that they would reverse the $1,295 charge, but that it would take seven to ten days to go through. He gave me the following transaction number for the reversal: 18736643420. He wanted me to cancel the BBB complaint right then. I told him that I would not cancel the complaint until everything was taken care of and I had actually gotten the money back on the credit card.

21. According to BBB's Complaint Activity Report, attached here as Exhibit B, on or about August 16, 2013, BBB received Insightful Budgeting's response to the BBB. A copy of the company's response is attached here as Exhibit C. Insightful Budgeting' response is dated August 9, 2013, but I had not received a refund of my $1,295 by August 9, 2013.

3

22. Eventually, I received the $1,295 credit on my Sears credit card, but I was never credited for the interest I had paid.

23. I never did withdraw my BBB complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 9 , 2015

_____
Gloria Izquierdo

# EXHIBIT A



# Congratulations on Getting Out of Debt 3 to 5 times Faster!!!

## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!



APP. 0321

EXHIBIT A



# "Every Battle is Won Before it is Fought"

Sun Tzu, The Art of War

APP. 0324

Gloria Izquierdo

Plant City, FL 33563

Dear Gloria,                                                                 May 11, 2013

It is with great enthusiasm that we at Insightful Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Insightful Budgeting**

**Insightful Budgeting
6860 Gulfport Blvd Suite 386
St. Petersburg, FL 33707
888-266-0956**



## Mission Statement

### Our Mission Is Empowerment

By providing our clientele with a simple strategic budgeting system and our lifetime interest rate reduction program, we will enable consumers to reach their lifestyle goals, without the stress of living paycheck to paycheck, for the present and the future.

### Our Guarantee

Our company is committed to each of our client's goal of a stress-free financial future. We are 100% confident in our ability to show you the value of our service — so much that we will make you this guarantee:

### Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!

   

**APP. 0326**

# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account(s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

**APP. 0327**

# INSIGHTFUL BUDGETING
## The path to *your* financial future!



# 888-266-0956
## www.insightfulbudgeting.com

## Welcome!

Insightful Budgeting (IB) is your one stop shop when you are ready to change your financial future. IB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### IB Resource Center
The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

### IB Legal Care
The IB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### IB Tax Service
The IB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### IB Digital Protection
Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

### IB Savings Club
With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### IB I.D. Theft Protection
The IB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

## Log in and start saving today!

    

**APP. 0328**

# Insightful Budgeting
## Household Budgeting Worksheet
**Photocopy this sheet first before using it.**

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ _____ |
| Salary/Wages (Spouse) | $ _____ |
| Social Security | $ _____ |
| Military Pay | $ _____ |
| Pension Plan/Retirement | $ _____ |
| Interest Income | $ _____ |
| Alimony/Child Support | $ _____ |
| Real Estate (rent) | $ _____ |
| Dividends (investments) | $ _____ |
| Unemployment/Food Stamps | $ _____ |
| Royalties/Other Income | $ _____ |
| **TOTAL INCOME** | $ _____ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ _____ |
| 1st Mortgage | $ _____ |
| 2nd Mortgage | $ _____ |
| Trailer Park Space Rent | $ _____ |
| Student Loans | $ _____ |
| Auto Loans/Leases | $ _____ |
| Recreation Toys (Watercraft, etc) | $ _____ |
| Past-Due Taxes | $ _____ |
| Other Secured Debts | $ _____ |
| Other Secured Loans | $ _____ |
| **TOTAL SECURED DEBT** | $ _____ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ _____ |
| Household Items | $ _____ |
| Clothing | $ _____ |
| Laundry/Dry Cleaning | $ _____ |
| Telephone (Home, Page, Cell) | $ _____ |
| Internet Service | $ _____ |
| Electric | $ _____ |
| Gas/Oil | $ _____ |
| Water/In home Service | $ _____ |
| Cable TV/Satellite | $ _____ |
| Trash | $ _____ |
| Auto Gas/Maintenance | $ _____ |
| Auto Insurance | $ _____ |
| Health & Dental Insurance | $ _____ |
| Life & Disability Insurance | $ _____ |
| Homeowners / Renters Insurance | $ _____ |
| Education (Tuition, Supplies) | $ _____ |
| Personal Care (Hair, Nails) | $ _____ |
| Medical Care (Prescriptions, etc) | $ _____ |
| Child Care (Nanny, Day Care) | $ _____ |
| Children Activities (Sports, etc) | $ _____ |
| Alimony/Child Support | $ _____ |
| Gardner/Pool Service | $ _____ |
| Alarm Service | $ _____ |
| Homeowner Dues | $ _____ |
| Subscription | $ _____ |
| Health Club Membership | $ _____ |
| Contributions/Donantions | $ _____ |
| Other Expenses (Misc.) | $ _____ |
| **TOTAL EXPENSES** | $ _____ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card _____ | $ _____ |
| Credit Card _____ | $ _____ |
| Credit Card _____ | $ _____ |
| Credit Card _____ | $ _____ |
| Credit Card _____ | $ _____ |
| Credit Card _____ | $ _____ |
| Personal Loan _____ | $ _____ |
| Personal Loan _____ | $ _____ |
| Medical Bills | $ _____ |
| Other Unsecured Loans | $ _____ |
| **TOTAL UNSECURED DEBT** | $ _____ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ _____ |
| Total Living Expenses Payments | $ _____ |
| Total Secured Debts Payments | $ _____ |
| Total Unsecured Debts Payments | $ _____ |

**Budgeting Notes:**
_____
_____
_____
_____

# EXHIBIT B

| COMPLAINT ACTIVITY REPORT | Case # 67257816 | **Better Business Bureau Serving West Florida** |
|---|---|---|
| **Consumer Info:** Izquierdo, Gloria<br>Plant City, FL 33563-1978 | | **Business Info:** Total Budgeting<br>6860 Gulfport Blvd S Ste 386<br>South Pasadena, FL 33707-2108<br>888 266-0956 |

**Location Involved:** (Same as above)

**Consumer's Original Complaint** :
Sales tactics,customer service and refund policy are very confusing,taking advantage of consumers with miss information On May 8,2013 I received a call offering consumers with good credit a chance for them to negotiate high interest credit cards to a lower apr.The person on the line by the name of Michelle Williams,told me I had earned this chance with a good payment history.That they will call my credit card companies on my behalf and negotiate a lower interest,I then asked her how does her company gets paid for these services,she kind of explained that it was from the company by getting the interest lowered. After giving my permission to check on the credit cards,I spoke to her about a high one that I would like to get lowered (Chase) she got the acc. number to review it.Told me to hold ,a few minutes later got back on the phone and told me that she needed another card that I needed lowered,I gave her the Discover card ,same thing told me to hold for a few ,came back on the phone and told me the balance was almost to the limit and she needed one with a lower balance,I then gave her the Sears acc.that was also a high interest and I would have like them to work with that one also,after getting the number she said that was a good one if it had a master card or visa logo I said yes.again she told me to hold and got back on the phone and said for me not to freak out with a charge that was placed in the card for $1495.00 as a fee for the program and services she had explained to me already,by then I knew that it would be me paying for their services and negotiating interest rates and others,which I would receive a package with all the benefits for a year,that they would save me at least $2500.00 for the year and if they did not meet this projected figure I would be entitle to a full refund.I had explained to Mrs.Williams of some of my credit cards having no interest at the moment but that on the following month they would go to their regular interest ,she said not to worry about it,that they would help me with that.After going back and forth.She got me with the manager Davis she welcome me to Insightful and for veryfication purposes I spoke to a gentelmen by the name of Jimmy and told me that the fee amount was going to be lowered to #1295.00 charged to the sears accont.I said ok thinking the were saving me some money with the lower fee.(after I found out for myself that it was for the card not to reach almost its limit.) My package from Insighful was mailed to me on 5/11/13 .In it I found the services I was entitle to.I waited for them to contact the credit cards and get back to me since I had already given them all the information.I contacted Insighful on 5/31/13, and spoke to Nancy a consultant she told me they had called me and left a message that I needed to contact them for further info.And that now they would star working on them,so I waited but like I mentioned before I needed lower interest fast,with this delay I made a personal loan and paid the high inerest cards That I could (chase and best buy) and hoped that they could help me with the rest.by 6/28/13 I had not heard anything so I called and spoke to Christ Green and asked to cancel their services and to give me a refund I didn't feel that they could help me and was nothing was beeing done ,he looked at the acc.and told me that they where working on it and that I would get an email with the projected budgeting,I waited and nothing.I called back to cancel and spoke to Rene on 7/5/13 she said to wait for an email,again on 7/10/13 and spoke to Mr.Green to please refund my acc.I left on vacation that day and revised the email they sent me,it was all about how to pay my acc.and projected savings. upon my return I called one more time and spoke to Rene,she said they had done their work and got my sears card lowered 2% an a promo for discover card for 6mo.the other cards had a set inerest rate when I got them and could not be lowered.(I believe the knew this beforehand), and they said they would keep working on them every 2mo.I dont see the savings to meet $2500.00 this yr. they refused

**Consumer's Desired Resolution:**
that my Sears account would be credited for the $1295.00 plus the interest on this amount since 5/8/13. and to stop telling the consumer at the end about their fees.I do understant that they need to get paid for their services if what they offered is delivered.Right now I'm paying interest on that fee charge and the letter Sears sent me was 2% on new purchases( I dont need to charge more) and the discover card the same promo on new purchases for 6mo.That if they now that cards with a set interest rate can't be lowered not to misleads the consumer with their sales tactics.All I got so far is and email from them telling me how to pay down my cards and save money this way.I know how to pay my bills all I wanted is what they offered...lower interest rates,and not for new purchases.

| | | | |
|---|---|---|---|
| 07/30/2013 | web | BBB | Case Received by BBB |
| 07/31/2013 | MEH | BBB | Case Reviewed by BBB |
| 07/31/2013 | Otto | MAIL | Notify Business of Dispute |
| 08/16/2013 | TAY | BBB | Call Business to Request Response |
| 08/16/2013 | JWZ | BBB | RECEIVE BUSINESS RESPONSE : In reference to the above listed customer, the client has fully participated in the membership since May 2013 and all guarantees have been achieved & services have been rendered. However, our company prides ourselves on customer satisfaction and after a thorough conversation with our client, a refund in full has been issued as per her request. The confirmation number for the refund is 1967260134 in the amount of $1295.00. |
| 08/19/2013 | KMB | MAIL | Manually Forward Business response to Consumer |
| 08/19/2013 | KMB | BBB | Dispute RESOLVED- w/o Letter |
| 08/19/2013 | Otto | BBB | Case Closed RESOLVED |

**EXHIBIT B**

**APP. 0331**

# EXHIBIT C

# Insightful Budgeting

## 6860 Gulfport Blvd Suite 386 South Pasadena, FL 33707

### 888-266-0956

---

August 9, 2013

RE: Case#67257816: Gloria Izquierdo

To Whom it May Concern:

In reference to the above listed customer, the client has fully participated in the membership since May 2013 and all guarantees have been achieved & services have been rendered. However, our company prides ourselves on customer satisfaction and after a thorough conversation with our client, a refund in full has been issued as per her request. The confirmation number for the refund is 1967260134 in the amount of $1295.00.

Sincerely,

*Julie M.*

Julie M.

Insightful Budgeting

APP. 0333

EXHIBIT C