# EXHIBIT 16

**DECLARATION OF JANICE KRUSE**
**Pursuant to 28 U.S.C. § 1746**

1. My name is Janice Kruse. I am a citizen of the United States and am over 21 years of age. I live in Jefferson City, Missouri. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I would testify to the same.

2. I am disabled and currently unemployed due to my disability.

3. On or around January 20, 2014, I received a call from Shawn Isaac representative of a company called Resource or Resourceful Budgeting. Mr. Isaac told me that his company would negotiate with my credit card companies to lower the interest rate of my credit card account balances for a fee of $995. I was immediately interested because my credit card debt had increased dramatically in the prior two years. Mr. Isaac told me several times that the company could get me an interest rate of 6% or lower on my credit cards within 60 days of the date of our phone call.

4. After speaking with Mr. Isaac for several minutes, I told him that I intended to record the conversation. He told me he had no problem with my recording our conversation, so I began taping the call on an audio-cassette recorder. I later reminded him during our call that I was recording the conversation, and he told me that was fine with him. The fact that the Resource Budgeting representative gave me permission to record our conversation gave me additional confidence in what he was saying. In all, I recorded about 30 minutes of our telephone conversation on an audio-cassette.

5.      Based on the company's promises, I paid $995 through my MasterCard. **Attachment A** is a true and correct copy of a letter I requested and received from my bank documenting this transaction.

6.      About two weeks later, I received a welcome packet from "Resourceful" Budgeting. I filled out an "authorization form" that was included in the packet. I sent it to the address for Resourceful Budgeting provided on the envelope that contained the welcome packet.

7.      Over the next few months, I called the company several times per week to inquire about my account, but no one could give me any information about my new interest rates and reduced payments.

8.      Finally, in June 2014, I received from Resourceful Budgeting a packet of documents labeled as an "analysis" that simply listed my debts and future credit card payments. This is not what Mr. Isaac promised me. The return address on the envelope sent by Resourceful Budgeting was 9753 66th St N Suite 386, Pinellas Park, FL 33782.

9.      On June 3, 2015, I took the audio-cassette recording of my initial phone call with the Resourceful Budgeting representative to TMS Audio Productions at 510 Broadway Street in Jefferson City, Missouri. At TMS, I gave the audio-cassette to a saleswoman who made a copy of the audio-recording. I mailed the copy of the recording to the Federal Trade Commission at 225 Peachtree Street, NE, Suite 1500, Atlanta, GA 30303.

10.     On June 9, 2015, I reviewed a transcription of the audio-recording of my initial telephone call with the representative from Resource or Resourceful Budgeting. I compared the transcription to my original recording and have notated clerical errors in **Attachment B**.

Attachment B is otherwise and true and accurate transcription of my initial telephone
conversation with the company's representative.

6/10/15

Date

Janice Kruse
Jefferson City, Missouri

# EXHIBIT A

**BankCard Services**

April 17, 2014

Janice Kruse
[redacted]
Jefferson City, MO [redacted]

Dear Ms. Kruse,

As requested in our conversation on Thursday, April 17, 2014, I am sending you information concerning a transaction on your MasterCard ending in [redacted]. The transaction took place on January 20th, 2014. The transaction was for the amount of $995.00 and was from the merchant 8665788037LIVNGOOMPLY. It appears the merchant is located in San Francisco California. The reference number for this transaction is 85101594020980007814262

If you should have any additional questions or concerns, please do not hesitate to call me at 1-800-445-9272.

Thank you for allowing us this time to serve you.

Sincerely,

Elizabeth
Bankcard Services

[redacted] Jefferson City, Missouri 65102 [redacted]

**Attachment A**

# <u>EXHIBIT B</u>

FEDERAL TRADE COMMISSION

INDEX

RECORDING: PAGE:

Isaac/Kruse Phone Call 3

Attachment B

FEDERAL TRADE COMMISSION

In the Matter of: ) Matter No.
E. M. SYSTEMS & SERVICES, LLC. ) 1523155

Recorded:
January 17, 2014

The following transcript was developed from an audio recording provided to For The Record, Inc. on June 8, 2015.

**Attachment B**

PROCEEDINGS

\- - - - -

MS. KRUSE: Now, you're going to charge --

MR. ISAAC: (Inaudible.)

MS. KRUSE: You're going to charge my --

MR. ISAAC: Yes.

MS. KRUSE: -- MasterCard -- you're going to charge my MasterCard $995 today, and then --

MR. ISAAC: (Inaudible) -- credit card -- (inaudible) --

(Inaudible portion of conversation due to poor recording quality.)

MR. ISAAC: Okay, give me one second -- just give me one second, okay? Just hold on.

MS. KRUSE: ~~Hold on~~, I'm going to play this to my friend the lawyer.

MR. ISAAC: Okay, do you have the MasterCard, ma'am?

MS. KRUSE: I have the MasterCard right in front of me.

MR. ISAAC: Okay, for quality assurance and training purposes, I will record your name and -- (inaudible) -- number. I will record our guarantees, our refund policy and then after that I will get your permission to charge to your card today, but I will give

Attachment B

you your confirmation number, okay?

MS. KRUSE: All right.

MR. ISAAC: Okay. I will start with the charge, do you have any questions about the charge? Before we start JK

MS. KRUSE: Umm, I just want you to reiterate that this year I'm going to save basically $2,000 2000 and then every year after that I could save up to $15,000. JK

MR. ISAAC: No, not every year, no, you won't be saving $15,000 every year, ma'am.

MS. KRUSE: No, I know that, no. No, I know, I'm talking about saving, you know, for every year -- every year up to $3,000 or so dollars.

MR. ISAAC: Right, that's -- (inaudible) approximately JK -- every 15 months, one time. Every 15 months, you'll be saving that $3,000, okay?

MS. KRUSE: Every 15 months, okay. For the lifetime of the card?

MR. ISAAC: Exactly, that is correct.

MS. KRUSE: Okay.

MR. ISAAC: Okay. Do you have any questions before we charge?

MS. KRUSE: No, and this is a one-time, $995 payment?

MR. ISAAC: Yes, ma'am, that is correct.

MS. KRUSE: Okay.

MR. ISAAC: It's a one-time fee -- (inaudible) -- and then the rates will be lowered for the rest of your life, okay?

MS. KRUSE: Okay.

MR. ISAAC: Okay. So, I'll start recording, and then make sure have you have a pen and a piece of paper with your MasterCard in front of you, okay?

MS. KRUSE: I do.

MR. ISAAC: Okay.

MS. KRUSE: And I'm recording you, too.

MR. ISAAC: (Inaudible).

MS. KRUSE: I'm recording you, too.

MR. ISAAC: Sure, not an issue. And make sure you have your -- (inaudible) -- okay?

MS. KRUSE: Make sure you what? I didn't hear what your last sentence said.

MR. ISAAC: I said make sure you do ask her everything -- (inaudible) -- okay?

MS. KRUSE: Are clear, okay. All right.

MR. ISAAC: Great. Okay?

MS. KRUSE: Um-hmm.

MR. ISAAC: Okay, so here we go after the beep, okay?

MS. KRUSE: Um-hmm.

MR. ISAAC: (Inaudible).

(Beep.)

MR. ISAAC: Okay, Ms. Kruse, again, my name is Shawn Isaac [phonetic] with Resource Budgeting -- (inaudible). Today is January 18, 2014 -- sorry, I'm sorry, my bad, let's start again.

(Beep.)

MR. ISAAC: Okay, Mrs. Kruse, again, my name is Shawn Isaac with Resource Budgeting -- (inaudible). Today is January 17, 2014. For verification purposes, you understand that this is being recorded. Is that correct?

MS. KRUSE: Yes, and you understand I'm recording you?

MR. ISAAC: Yes, ma'am, not an issue.

MS. KRUSE: Okay.

MR. ISAAC: Thank you for choosing Resource Budgeting for a better financial future. I will go over the terms and conditions of your new financial obligation and technical -- (inaudible) -- solutions program. As an -- (inaudible) -- you have information to ensure -- (inaudible) -- member services and to make sure that I know -- (inaudible) -- financial services. By the nature of the -- (inaudible) -- I have your name as Janice M. Kruse. J A N I C E, middle initial M as in Mike, B R U S E.

MS. KRUSE: No, K R U S E.

MR. ISAAC: I'm sorry, I'm sorry, K R U S E, I'm sorry, my bad. And I have your billing address [redacted], Jefferson City, Missouri, [redacted]. Is all of that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. And we have the telephone number as [redacted]. Is that information also correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay, and do you have an alternate number or cell phone where you can be reached?

MS. KRUSE: No.

MR. ISAAC: Okay, thank you. And the last four of the social, [redacted], I have the date of birth [redacted], [redacted]. Is that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. And I have the MasterCard, [redacted]. Can you read the expiration date on the card?

MS. KRUSE: It's [redacted].

MR. ISAAC: [redacted], [redacted] or [redacted]?

MS. KRUSE: [redacted].

MR. ISAAC: [redacted], okay. And can you read the three numbers at the back of the card in the box?

Attachment B

MS. KRUSE: Yes, it's ███.

MR. ISAAC: ███, thank you. You are the authorized signer on the account, correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. Your welcome package will arrive in the next seven to 10 business days from today and will contain your member resource profile package, as well as your online member services, including your financial program and our savings club. All -- (inaudible) -- at no additional cost. It is important that you fill out the member profile completely and mail it back to us in the prepaid envelope that is enclosed in the package as soon as possible so that you can take advantage of the member resource member benefits side of it. You can also fill it out online or through our customer services department -- (inaudible) -- about your profile and answer any questions you may have. They are available Monday to Friday 9:00 a.m. to 5:00 p.m., Eastern Standard Time.

Now, once the member profile has been received, you will receive a call from a personal resource center associate to verify that all the information that you have provided in your profile is accurate. (Inaudible) -- updated and your savings has been activated -- okay, once the member profile has been

Attachment B

received, you will receive a call from a personal resource center associate to verify that all the information that you have provided in your profile is accurate. Once the resource center information is completed and your savings have been calculated -- (inaudible) -- will contact you over the next seven to 10 business days, or you can be viewed online within 48 hours of the completion.

Because Resource Budgeting Solutions -- (inaudible) -- however, we are so confident in our resources that we can guarantee that you will achieve your minimum savings or a substantial savings or we will issue you a full refund, guaranteed, without -- (inaudible) -- savings or achievement that you have.

MS. KRUSE: Okay, repeat that. A full refund --

MR. ISAAC: Is that correct?

MS. KRUSE: A full refund or what? You'll give me a full refund --

MR. ISAAC: Refund of the $995.

MS. KRUSE: Um-hmm.

MR. ISAAC: Okay?

MS. KRUSE: Okay.

MR. ISAAC: Okay. So, have I fully explained the analysis today, right?

MS. KRUSE: Yes.

MR. ISAAC: Thank you. And do you agree -- you agree that by verifying the information you have just heard -- (inaudible) -- membership. Is that correct?

MS. KRUSE: Well, I want you to say that you are going to charge $995 and you will save up to $2,000 or more dollars, up to $3,000 in the 15 months, and every three months -- every 15 months after that.

MR. ISAAC: No, no -- (inaudible) -- ~~let me~~ repeat back. We apply the fee on the card, and you understand that if you fail to achieve your minimal savings goal up to $3,000, you will receive a full refund guarantee, okay?

MS. KRUSE: Okay.

MR. ISAAC: Okay.

MS. KRUSE: For the first year and thereafter? For the first 15 --

MR. ISAAC: Right, that's -- (inaudible).

MS. KRUSE: For the first 15 months --

MR. ISAAC: (Inaudible).

MS. KRUSE: Okay, but for the first 15 months and then thereafter, after there? I want to make sure that I'm going to get the 6 percent after the first 15 months.

MR. ISAAC: No, not after the first 15 months, ~~though~~. The interest rate of 6 percent or lower starts

within 60 days from today, okay?

MS. KRUSE: Within -60 JK

MR. ISAAC: You'll start saving money from the next one particular billing cycle.

MS. KRUSE: Okay.

MR. ISAAC: Every 15 months, you save $3,000 in interest, because your interest is going down.

MS. KRUSE: From here on?

MR. ISAAC: One time. Correct.

MS. KRUSE: From here on for eternity?

MR. ISAAC: Sorry, come again?

MS. KRUSE: From here -- from this 15 months and the next 15 months and the next 15 months? Until I pay it off?

MR. ISAAC: Exactly, that is correct. Right. Okay?

MS. KRUSE: After --

MR. ISAAC: Okay.

MS. KRUSE: And it's 6 percent or less every 15 months, it goes in a cycle?

MR. ISAAC: Correct.

MS. KRUSE: Okay.

MR. ISAAC: Okay? you need to understand Janice JK (Inaudible) -- ~~and~~ if you have any questions or any confusion, you can ask me right now before we start the recording.

MS. KRUSE: Now, if I --

MR. ISAAC: -- (inaudible).

MS. KRUSE: Okay, if I -- if I accidentally miss a payment, then what happens?

MR. ISAAC: If you miss a payment, you will be penalized by $25 additional charge; however, the rate still stays lowered.

MS. KRUSE: The rate still --

MR. ISAAC: -- (inaudible) -- payments on time in order to take advantage of the lifetime lower rate.

MS. KRUSE: Okay, but it will remain 6 percent, I will have a penalty of $25 and it will stay 6 percent?

MR. ISAAC: Exactly. But only if you --

MS. KRUSE: Oh, no, I won't --

MR. ISAAC: Don't make it a habit --

MS. KRUSE: No, I don't do that, I just wanted to make sure.

MR. ISAAC: Right, not an issue. I mean, one payment is -- (inaudible) -- but let's say you make it a habit and miss like four payments --

MS. KRUSE: No, I would never do that. No. Yeah, that will not happen.

MR. ISAAC: Right. Right. But if you do that -- (inaudible) -- if you do that, then the amount of the rate, the rate will be raised again to 12 or 14

percent, okay?

MS. KRUSE: Okay.

MR. ISAAC: Okay. So, one payment is considerable one time.

MS. KRUSE: Okay.

MR. ISAAC: Okay. (Inaudible) -- recording for just three minutes. Only I will be doing the speaking part, you just have to say yes or no.

MS. KRUSE: Okay. Say it slow.

MR. ISAAC: Sure, not an issue. I will be reading everything into the recording and I would really appreciate that all I want you to do is answer everything with a yes, okay?

MS. KRUSE: Okay. Just say it slow so I understand.

MR. ISAAC: Go ahead, sorry?

MS. KRUSE: Just please say it slow enough for me to understand everything that you're saying.

MR. ISAAC: Sure. I thought you were in a rush, so that's why I started to read it fast.

MS. KRUSE: Yes, okay, well you can slow down right now. I dealt with it.

MR. ISAAC: Okay. Not an issue. I'll start to record.

(Beep.)

MR. ISAAC: Okay. Again, my name is Shawn Isaac with Resource Budgeting -- (inaudible). Today is January 17th, 2014. For verification purposes, you understand that this is being recorded. Is that correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you for choosing Resource Budgeting for a better financial future. I will go over the terms and conditions that you are -- (inaudible) -- solutions program. As an interview, you have an obligation to return -- (inaudible) -- member services, and to make sure there are no errors, I have the name of Janice M. Kruse, K R U -- Janice M. Kruse?

MS. KRUSE: Yes.

MR. ISAAC: J A N I C E, middle initial M as in Mike, K R U S E. I have a billing address [REDACTED] [REDACTED], Jefferson City, Missouri, [REDACTED]. Now, is that the address use on your statement?

MS. KRUSE: Yes.

MR. ISAAC: Okay. I have a primary phone number as [REDACTED]. Is that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. And I have the last four of the social 0833, I have the date of birth [REDACTED]. Is that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay, I have the MasterCard [REDACTED], expiration date [REDACTED], [REDACTED], and the number on the back side is [REDACTED]. Is that right?

MS. KRUSE: Yes.

MR. ISAAC: And you are the authorized signer on the account, correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. Your welcome package will arrive in the next seven to 10 business days from today and will contain your member resource profile package, as well as your online member services, including your -- (inaudible) -- program and our savings club. Also -- (inaudible) -- at no additional cost. It is important that you fill out the member profile completely and mail it back to us in the prepaid envelope that is enclosed in the package as soon as possible so that you can take advantage of the member resource member benefits side of it. You can also fill it out online or through our customer services department -- ~~(inaudible)~~ and we will assist you if you need help -- about your profile and answer any questions you may have. They are available Monday to Friday 9:00 a.m. to 5:00 p.m., Eastern Standard Time.

Now, once the member profile has been received, you will receive a call from a personal resource center

**Attachment B**

associate to verify that all information that you have provided in your profile is accurate. Once the resource -- (inaudible) -- is computed, and your savings have been downgraded -- (inaudible) -- analysis and mail it back to you within the next seven to 10 business days, or you can view it online within 48 hours of its completion.

Resource Budgeting -- (inaudible) -- however, we are so confident in all our resources that we can guarantee that you will achieve your minimum savings, or a substantial savings, or we will issue you a full refund guaranteed without -- (inaudible) -- the savings you achieved on your behalf.

You understand that all the information that you heard is correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you. I have fully explained the analysis process here today, correct?

MS. KRUSE: What about the Discover?

MR. ISAAC: Sorry?

MS. KRUSE: What about the Discover card?

MR. ISAAC: Right, that is also included, correct.

MS. KRUSE: You didn't say the number for that.

MR. ISAAC: Oh, the fee only goes on the

MasterCard, okay?

MS. KRUSE: Oh, I see.

MR. ISAAC: Okay. Okay, so have I ~~fully~~ clearly JK explained the analysis process to you today, right?

MS. KRUSE: Yes.

MR. ISAAC: Okay. And you agree with all the terms and conditions you have just heard from your resource -- (inaudible) -- and numbers. Is that correct?

MS. KRUSE: I believe so, yes.

MR. ISAAC: Thank you so much. And you do authorize us to charge your MasterCard for the one-time membership fee of the $995, account ending in [redacted] as of today, January 17th, 2014. Is that correct?

MS. KRUSE: That's correct.

MR. ISAAC: Thank you. And you understand that if you fail -- if you fail to achieve your significant savings goal of the $3,000, you will receive a full refund guarantee, ~~correct?~~ Right? JK

MS. KRUSE: Yes.

MR. ISAAC: (Inaudible) -- membership -- ~~(inaudible) -- submission~~ you're going to go to www.resourcebudgeting.com. Do you have a computer?

MS. KRUSE: Not really, no. Do I have to activate it by computer? Then I'll call it all off.

Attachment B

MR. ISAAC: Sure, not an issue. Customer service's number is 1-866 -- sorry, 1-855 -- I'm sorry, 1-855.

MS. KRUSE: Um-hmm.

MR. ISAAC: 881.

MS. KRUSE: 881.

MR. ISAAC: 9652.

MS. KRUSE: 9652.

MR. ISAAC: Feel free to call with any questions or concerns Monday through Friday 9:00 a.m. to 5:00 p.m., Eastern Standard Time. Now I'm going to give you the confirmation number. Do you have any questions at this time?

MS. KRUSE: Yes, why am I calling this number? Is it a confirmation?

MR. ISAAC: No, that is -- no, you're not calling this number, that is our customer services number, so you can be in contact.

MS. KRUSE: Oh, okay.

MR. ISAAC: If you have any questions.

MS. KRUSE: Customer service number.

MR. ISAAC: Right, and lastly, were you promised any specific rate today?

MS. KRUSE: Yes, 6 percent or less.

MR. ISAAC: (Inaudible) -- specific interest

rate, but we do guarantee to save you $3,000 in savings or your money back, okay?

MS. KRUSE: Yeah.

MR. ISAAC: So -- (inaudible) -- tomorrow, you're going to receive a call from our customer services department within the next five days, so make sure that you receive it, and if you have any questions -- (inaudible) -- our customer verification process -- (inaudible) -- please write down your confirmation number.

MS. KRUSE: Wait a minute. Wait, wait, wait. Wait. Just a minute. I want to have you confirm on tape that my Discover payment will be $128 and my MasterCard payment will be $28, or less.

MR. ISAAC: No, we cannot verify that on recording, ma'am, because that's just a ballpark. It's a fee even better than $128. It's going to be even $100. But, ma'am, the numbers that I am providing you is the minimum. And the maximum could be even $100 on the Discover. But all the same, I cannot -- I can only give you a ballpark figure.

MS. KRUSE: Okay.

MR. ISAAC: That your payment will be $128 on the Discover, and almost $28 on the MasterCard.

MS. KRUSE: Okay.

MR. ISAAC: But again, I cannot confirm that.

MS. KRUSE: Okay.

MR. ISAAC: (Inaudible) -- confirm that, $128, and let's say after that they tell you that your payment is $100. That means I lied to you on the tape.

MS. KRUSE: Okay.

MR. ISAAC: We're not supposed to lie to you.

MS. KRUSE: All right.

MR. ISAAC: That's why we say it, and that's why I cannot give you a specific number.

MS. KRUSE: Okay.

MR. ISAAC: But again, I just said that the interest rate is six but the market is zero. So, we have to go below six to get that, okay?

MS. KRUSE: Okay.

MR. ISAAC: Okay. Now, again, as I said, if you have any questions about anything, you can ask me before I stop the recording or after I give you the confirmation number. Since I'm recording, I am not allowed to answer any questions, but I would love to answer all of your questions outside of the recording, okay?

MS. KRUSE: Okay.

MR. ISAAC: This recording is for the Better Business Bureau, and they do not appreciate any

misunderstandings or clerical errors. So, if you have any questions, you can ask me, right, not before we start, but after we give you the confirmation number.

MS. KRUSE: Okay.

MR. ISAAC: Okay? Okay. Now, even if you ask me a question, I have to stop the recording and then answer the question first and then I have to start all over again, okay?

MS. KRUSE: Oh, okay. So we've got to start all over again?

MR. ISAAC: Yes, ma'am, because obviously, again, I cannot give you a specific payment of $128 on the Discover because that's --

MS. KRUSE: Okay.

MR. ISAAC: -- (inaudible).

MS. KRUSE: All right, let's just go ahead now. Let's go ahead. I've got to -- this has been an hour. This is an hour.

MR. ISAAC: Okay. Okay, now, Janice, [even if you've thought of any questions make sure you wait until I] (inaudible) -- give you the confirmation number. Okay? [JK]

MS. KRUSE: All right. Okay.

MR. ISAAC: [Here we go JK] So, all we need to do is just answer with a yes and no and that's it, okay?

MS. KRUSE: All right.

MR. ISAAC: Here we go.

(Beep.)

MR. ISAAC: Okay, Mrs. Kruse, again, my name is Shawn Isaac with Resource Budgeting. Today is January 17th, 2014. For verification purposes, you understand that this is being recorded. Is that correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you for choosing Resource Budgeting for a better financial future. I will go over the terms and conditions that you are -- (inaudible) and program. As an interview, you have information to ensure -- (inaudible) -- member services, and make sure that I know -- (inaudible) -- I have your name as Janice M. Kruse, J A N I C E, middle initial M as in Mike, K R U S E. I have your billing address [redacted], [redacted], Jefferson City, Missouri, [redacted].

Now, is that the address where you get your statement, ma'am?

MS. KRUSE: Yes.

MR. ISAAC: I have your contact telephone number [redacted]. Is all that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. And I have the last four of the social [redacted], I have your date of birth [redacted] [redacted]. Is all that information correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. I have the MasterCard [redacted], expiration [redacted] [redacted]. Can you read the ~~three numbers~~ at the back of the card?

MS. KRUSE: It is [redacted].

MR. ISAAC: Okay. Is that [redacted] or [redacted]?

MS. KRUSE: It is [redacted].

MR. ISAAC: Fine. You are the authorized signer on the account, correct?

MS. KRUSE: Yes.

MR. ISAAC: Okay. Your welcome package will arrive in the next seven to 10 business days from today and will contain your member resource profile package, as well as your online member services, including your -- (inaudible) -- program and our savings club. Also -- (inaudible) -- call. It is important that you fill out the member profile completely and mail it back to us in the prepaid envelope that is enclosed in the package as soon as possible so that you can take advantage of the member resource member benefits side of it. You can also fill it out online or through our customer services department -- (inaudible) -- about your profile and answer any questions you may have. They are available Monday to Friday 9:00 a.m. to 5:00 p.m., Eastern Standard Time.

Now, once your member profile has been received,

Attachment B

you are going to receive a call from the customer resource center associate to verify that all the information that you have provided in your profile is accurate. Once the resource member solutions process is completed and your savings have been activated -- (inaudible) -- and get back to you within the next seven to 10 business days, or you can view it online within 48 hours of its completion.

(Inaudible) -- however, we are so confident about our resources that we can guarantee you will achieve your minimum savings goal or a substantial savings, or we will issue you a full refund guaranteed without -- (inaudible) -- savings you achieved on your behalf.

Now, do you understand that all of the information you have heard is correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you. Now, have I clearly explained the analysis to you, right?

MS. KRUSE: Yes:

MR. ISAAC: Thank you. You agree with all the -- (inaudible) -- you have just heard and -- (inaudible) -- membership. Is that correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you so much. Now, you

authorize us to charge your MasterCard with a one-time membership fee of the $995 with the card ending in [redacted] today, January 17th, 2014. Is that correct?

MS. KRUSE: Yes.

MR. ISAAC: Thank you. You understand that if you fail to achieve your minimum savings goal up to $3,000, you will receive a full refund guarantee, right?

MS. KRUSE: Yes.

MR. ISAAC: Now, to activate the membership card and to access and view the terms and conditions, you can go to www.resourcebudgeting.com.

MS. KRUSE: Okay.

MR. ISAAC: The customer services number is 1-855.

MS. KRUSE: Yes?

MR. ISAAC: 881.

MS. KRUSE: Um-hmm.

MR. ISAAC: 9652.

MS. KRUSE: Um-hmm.

MR. ISAAC: Feel free to call with any questions or concerns Monday through Friday, 9:00 a.m. to 5:00 p.m., Eastern Standard Time, but before I give you the confirmation number, do you have any questions at this time?

MS. KRUSE: No.

MR. ISAAC: Were you offered -- (inaudible) -- specific rate today?

MS. KRUSE: Yes, 6 percent or less. Or --

MR. ISAAC: About that -- okay, without guaranteeing any specific interest rate, but we guarantee we will save you $3,000 in savings or you get your money back, okay?

MS. KRUSE: Yes, over 15 months, yeah.

MR. ISAAC: $3,000 minimum savings or else your money back, okay?

MS. KRUSE: Yes.

MR. ISAAC: I will send out the package tomorrow, you will receive a call from our customer services department in about five days to make sure that you received it, but if you have any questions filling it out, make sure you call us back -- (inaudible) -- process -- (inaudible) -- confirmation number, and now, can you repeat the customer services number first that I gave you?

MS. KRUSE: Yes, it's 1-855-881-9652. And read the confirmation number slowly.

MR. ISAAC: Great, and the website is resourcebudgeting.com, okay?

MS. KRUSE: Um-hmm.

MR. ISAAC: Your confirmation number is 50366.

MS. KRUSE: 52366.

MR. ISAAC: Correct. Okay?

MS. KRUSE: Okay.

MR. ISAAC: 50366. [handwritten: 3 JK]

MS. KRUSE: Yes.

MR. ISAAC: Now, we are done with the verification call. Now, do you have any questions before I let you go?

MS. KRUSE: No, not that I know of, no, no.

MR. ISAAC: Okay. We are done with the verification call. It is going to take like two more minutes to get off the phone, okay?

MS. KRUSE: Oh, okay.

MR. ISAAC: Okay?

MS. KRUSE: Okay.

MR. ISAAC: All I need to do is just get you to a -- (inaudible) -- shipping officer. The shipping officer will be going over your shipping address for the last time, he will confirm the order of the $17,200, the minimum savings today of $3,000, the one-time charge of the $995 that will be applied on the account today, the MasterCard, and again, that will be reimbursed and refunded if the savings -- (inaudible) -- 60 days from today, okay?

MS. KRUSE: Okay.

[handwritten annotations: "JKruse"; "JK and"; "I did not go through w JK"]

MR. ISAAC: (Inaudible) -- just give me one second, you are going to hear the shipping officer, they may not be able to tell you the exact -- (inaudible) -- because they don't have your individual balance on each card, they just have your overall balance on the $16,200. So, they are just a shipping officer. If you have any questions about your savings or anything, you can ask me right now before I pass you over to that representative.

MS. KRUSE: No, but I really need to get going, so let's go.

MR. ISAAC: Sure. Sure.

MS. KRUSE: Okay?

MR. ISAAC: It is only going to take a minute, okay?

MS. KRUSE: Okay, thank you.

MR. ISAAC: ~~Our~~ representative does not have ~~financial~~ -- (inaudible) -- your account.

MS. KRUSE: I do them myself, but I'm going to have somebody help me.

MR. ISAAC: Sure, not a problem, but you do not have a power of attorney for your credit cards, right?

MS. KRUSE: I don't have a what, a power of attorney? Is that what you said?

MR. ISAAC: For your credit cards, right?

Attachment B

MS. KRUSE: I don't have a power of attorney? I have attorneys that are my dear friends, I can have an attorney at any time. Is that what you mean?

MR. ISAAC: No, no, no. No, no. No, no. I said I hope -- No one has power of attorney for your credit cards - OK

(End of recording.) Mr. Shawn Isaac? Yes

OK got it - Just give me one second & I'll get you to the shipping officer OK it will only take a minute & we'll get you off the phone OK OK

Just as long as you know I've recorded you too Sure - I'll make it as fast as I can OK? OK

Keep an eye on your paperwork & make sure we receive it in a timely fashion OK.

I hope you enjoy every bit of your savings God bless you & a great rest of your day OK? OK bless you too The shipping officer will be with you in a minute

Please hold. - Yes

Hello my name is Tyler I'm a quality assurance department [illegible] I'll be at 1200 [illegible] RB

James M. [illegible] DOB

Apt 1 JC MO

Do you have power of attorney I am the power of attorney over our finances - I am yes OK

Total amount owed approx 17,200 between 2 cards I show you showed the medical fee of $995.00 I understand that the other charge only in 2975 Jan 17 2014 - Yes I verified you opened this card & now savings on this card & I understand if we fail to get that minimum savings of 3000 [illegible] I will give you a full refund of $995.00 back to Sam [illegible] [illegible] 2975 [illegible]

For all of Page 26 & Page 5 [illegible]

OK got it [illegible] 17

C E R T I F I C A T I O N   O F   T Y P I S T

DOCKET/FILE NUMBER: 1523155

CASE TITLE: E. M. SYSTEMS & SERVICES, LLC

DATE: JANUARY 17, 2014

TRANSCRIPTION DATE: JUNE 9, 2015

I HEREBY CERTIFY that the transcript contained herein is as full and accurate transcript as could be rendered of the tape transcribed by me on the above cause before the FEDERAL TRADE COMMISSION, to the best of my knowledge, ability and belief.

DATED: 6/9/15

SALLY JO QUADE

C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

ELIZABETH M. FARRELL

**Attachment B**