# EXHIBIT 18

## Declaration of Gail Mathews Pursuant to 28 U.S.C. § 1746

I, Gail Mathews, hereby declare and state as follows:

1. My name is Gail Mathews. I am 65 years old and live in Lexington, North Carolina.

2. I am currently a retired factory worker. I took early retirement two years ago to take care of my husband, who is 78 years old and suffered a stroke in 2010. As a result, my husband does not have any movement on the left side of his body and requires my assistance around the clock every day.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. In the first week of June 2013, I received a phone call on my home phone from a man who claimed to be a representative from Insightful Budgeting.

5. The man told me that Insightful Budgeting could help me lower my credit card interest rates to rates that fell between 0% and 4.2% and that the rates would be fixed. He also told me that as a result of Insightful Budgeting lowering my interest rates, I would pay off my credit card debt three to five times faster than I could otherwise pay it off. This sounded very attractive to me because my Capital One card interest rate was 15.65% at the time and I owed $11,886.58. Additionally, my American Express card rate was 17.24% and I owed $2,815.72. My handwritten notes from this initial call are attached here as Exhibit A. I took these notes while I was on the call with the man from Insightful Budgeting.

6. The man also told me that the guaranteed minimum savings was $2,500, but that I would most likely save an amount closer to $10,000. He said that it usually would take Insightful Budgeting about six months to get everything lined up, and so I could expect to start seeing savings on my credit card statements in six months. He also told me that I could get a 100% refund if I was unhappy.

7. At the time, I had just taken early retirement on May 31, 2013 so that I could take care of my husband full-time. Before I retired, I had paid someone to take care of my husband while I worked, but the cost to pay that caretaker was so high that it made more sense for me to just retire. After I retired and started staying home with my husband full-time, our finances started weighing on me heavily and I was worried about how we were going to dig ourselves out of a financial hole. The call from Insightful Budgeting came the next week and I thought it was an opportunity to help dig us out of the hole we were in. The call came out of the blue because I had not been looking for help with our debt yet.

8. The man from Insightful Budgeting sounded like he knew what he was talking about and said that he could work with my credit card companies to get the interest rates reduced. I spoke to him for about 30 minutes or so. By the end of the call, he had convinced me that I needed to sign up for Insightful Budgeting's interest rate reduction services. He told me to go to the website so that I could see that Insightful Budgeting was legitimate.

1

9. Insightful Budgeting required that I purchase and pay for the services while we were still on the initial call. He told me the cost to have them reduce my credit card interest rates was $1,095. I was concerned that such a large charge would exceed my credit card limits. He suggested that I split the payment and charge a couple of my cards. He charged $600 to my Capitol One card, and then charged $495 to my Citi card.

10. The man also told me that I would receive a "welcome package" in 7-10 business days after signing up with him on the phone. He said that the welcome package would include forms that I would need to fill out and send back to Insightful Budgeting. He told me that, in the meantime, I could go to www.insightfulbudgeting.com and get more information by logging in with a personal login and password that he gave me.

11. After hanging up with him, I went onto the website and did not have any trouble logging on. When I logged on, I saw information about how Insightful Budgeting would try to reduce my interest rates.

12. A few days later, I received Insightful Budgeting's "welcome package." The welcome package contained various documents, including a June 7, 2013, cover letter. The documents that I still have copies of are attached as Exhibit B. The other documents are documents that I filled out and sent back to them as requested.

13. On June 18, 2013, I mailed to Insightful Budgeting my budget worksheet and other forms that they required that I send in. I sent those documents to the address listed on the paperwork: 6860 Gulfport Blvd Suite 386, St. Petersburg, Florida 33707. I know that I mailed the packet of forms on June 18th because I kept a copy of the Household Budgeting Worksheet and wrote on my copy the date that I mailed it. Of the documents I had to fill out, I only kept a copy of the Household Budgeting Worksheet because I was instructed at the top of the document to photocopy it.

14. In late June 2013, I received a letter dated June 26th from Insightful Budgeting asking me to mail in the Authorization Letter because it was supposedly missing from the packet of forms I had previously mailed is. A copy of the June 26th letter is attached as Exhibit C. I thought that I mailed the Authorization Letter with the original packet of documents I mailed in on June 18, 2013. Around the time that I received this letter from Insightful Budgeting, I also started having trouble getting onto the website. Each time I tried to go to the website, I would get an error message. I called the customer service number (888-266-0956) numerous times. Each time, I was placed on lengthy holds and finally the representative would give me an excuse for why the website was not working. The excuses ranged from there being bad storms to that Insightful Budgeting was updating its website.

15. By July 11, 2013, I was getting pretty fed up with the website not working so I called the customer service number (888-266-0956) again. At this point, I was so angry that I started requesting a refund. I got passed around and eventually ended up speaking with a woman named Renee. She reassured me that Insightful Budgeting was a good company, and that she had her grandparents even sign up with Insightful Budgeting to get their

APP. 0415

credit card interest rates reduced. She told me that Insightful Budgeting had been a big help for her grandparents. Renee seemed very genuine, and convinced me to wait to see what Insightful Budgeting could do for me instead of requesting a refund.

16. After my call with Renee, I decided to stay with Insightful Budgeting a little longer to see what happened, so I went ahead and mailed the Authorization Form again on July 12, 2013.

17. Sometime later in July 2013, I received a document called a "customized budget plan." A color copy is attached as Exhibit D. This plan was not what I was expecting to receive from Insightful Budgeting. The plan was not a plan at all -- it just said to pay more on each credit card and the card would get paid off quicker than if I just continued to make the minimum payments. That was just common sense and not advice I would pay $1,095 to receive. Insightful Budgeting had led me to believe that I would be getting reduced interest rates on my credit cards as result of work they would be doing.

18. After getting this budget plan, I called customer service (888-266-0956) and complained. I told them what they had sent me was common sense. They assured me that they would be getting my credit card interest rates reduced, but that the process took about six months. I also complained that I still could not get on the website. They continued to say that they were still having problems with the website. At this point, I was calling Insightful Budgeting by calling 888-266-0956 once a week, and they would always give me the same stories – that they were having problems with their website, doing maintenance on the website because of storms, etc.

19. I ended up filing a complaint with the Better Business Bureau in August 2013. Insightful Budgeting responded by telling the Better Business Bureau that they refunded me my money. That was a lie. Instead, what happened was that on or about September 18, 2013, a man named Ryan called me from Insightful Budgeting. He told me that I would get a 100% refund in 5 to 7 business days if I withdrew the complaint I filed with the Better Business Bureau. He was very nasty to me. He did not cuss at me, but he was dogmatic about wanting me to take the complaint down from the BBB's website. I told him I would only take down my complaint after I received a refund that I could verify on my credit card statements.

20. On or about October 3, 2013, I called Insightful Budgeting again by calling 888-266-0956 and spoke to Renee again. I was following up on Ryan's September 18th promise to refund my money. Renee told me that she did not see any record of Ryan's promise to refund my money. However, Renee promised me that she would make sure that I got my $1,095 refunded but that it would take a couple of days. I made a note to myself to give them until October 11, 2013, to give me the promised refund. I did not want to be overbearing about my refund request, and I really felt good that Renee would make sure that I would get my refund. I ended up giving her the benefit of the doubt and waiting even longer than until October 11, 2013, and yet still had not received my promised refund.

3

21. As a result, on or about October 31, 2013, I called Insightful Budgeting again by calling 888-266-0956 and spoke to someone named Tyler this time. I do not remember exactly what Tyler said to me, but he was not helpful and did not make me feel like I was ever going to get the interest rate reductions promised to me. All he seemed to care about was me taking down my BBB complaint. At this point I had given up, but I was not going to take down my BBB complaint because I did not want other people to fall for this scam.

22. I never received a refund of the $1,095 I paid to Insightful Budgeting. Further, I never received an interest rate reduction on my credit cards through the services I paid for from Insightful Budgeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5-27- _____, 2015

_Gail Mathews_

Gail Mathews

4

# EXHIBIT A

95 To 900

Customer Service

Cap 1 charge
600.00
cit charge
495.00

guaran    2,500

overall — 10,000 sav.

Payoff 3 to 5 times    reduce int. Rate

insight Budgeting Solutions Faster

888 266 0956

website

www.insightful.Budgeting.com

888 266 0956

mon - Fri.

7 to 10 days

Welcome package

Fixed rates as

low as

0 To 4.2%

Cap 1 - 7-2-13

1-800-887-8643

1-800-887-8643

Capti    60 days

Cancelled ← I reconsidered
7-11-13    after talking to Renee

John Stevens

Renee -
7-11-13

Cap 1

15.65% citi cap 1

11,886.58

17.24% - $2815.72 Ame. Exp.
69.00

X

N

EXHIBIT
A

# **EXHIBIT B**

Gail Matthews

Lexington, KY 27295

Dear Gail,                                                        June 7, 2013

It is with great enthusiasm that we at Insightful Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Insightful Budgeting**

**Insightful Budgeting**
**6860 Gulfport Blvd Suite 386**
**St. Petersburg, FL 33707**
**888-266-0956**

EXHIBIT
B

# INSIGHTFUL BUDGETING

*The path to **your** financial future!*



## 888-266-0956
## www.insightfulbudgeting.com

# Welcome!

*Insightful Budgeting (IB) is your one stop shop when you are ready to change your financial future. IB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### IB Resource Center

The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

### IB Legal Care

The IB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### IB Tax Service

The IB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### IB Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast   ☑Ensure personal security ☑Optimize your PC automatically ☑Repair problems and errors ☑Clean up system clutter ☑Fix security vulnerabilities ☑Maintain reliability and speed ☑Deleted data rescue

### IB Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### IB I.D. Theft Protection

The IB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

## *Log in and start saving today!*







Mailed
6-18-13

# Insightful Budgeting
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donantions | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

**Budgeting Notes:**

# **EXHIBIT C**

## Insightful Budgeting

## 6860 Gulfport Blvd Suite 386

## St. Petersburg, FL 33707

## 888-266-0956

June 26, 2013

*Sent*
*7-12/13*

Dear Gail Mathews,

We recently contacted you to let you know that some information was missing on the Authorization Letter you sent to us. For security, we have enclosed a blank Authorization form. The only thing you need to do is sign the bottom of the form and return it to our office in the prepaid envelope provided. If you have any questions or concerns, please feel free to contact us at 888-266-0956.

Sincerely,

Insightful Budgeting
Corporate Fulfillment Center

EXHIBIT
C

# **EXHIBIT D**



They called
9-18-13
5 to 7 Business days
100% refund

## CUSTOMIZED BUDGET PLAN

We are a leader in providing budgeting relief for consumers.

Page 1/36

This Customized Budget Plan
Prepared For:

Gail Mathews

Lexington, KY 27295

EXHIBIT
D



# Table of Content

# INDEX

Customized Budget Plan: ........................................................................................... pg. 1

Table of Contents: ...................................................................................................... pg. 2

Overview: ..................................................................................................................... pg. 3

Where to go from here: .............................................................................................. pg. 4

Savings Plan: .............................................................................................................. pg. 5

Debt Portfolio - Citi: ................................................................................................... pg. 6

Debt Portfolio - American Express: ........................................................................... pg. 7

Debt Portfolio - Bb&t: ................................................................................................ pg. 8

Debt Portfolio - Capital One: ..................................................................................... pg. 9

Secure Debt Portfolio: ............................................................................................... pg. 10

Debt Comparison Summary: ...................................................................................... pg. 11

Understanding the Payment Scheduler: ................................................................... pg. 12

Debt Payment Schedule 2013: .................................................................................. pg. 13

Debt Payment Schedule 2014: .................................................................................. pg. 14

Debt Payment Schedule 2015: .................................................................................. pg. 15

Debt Payment Schedule 2016: .................................................................................. pg. 16

Debt Payment Schedule 2017: .................................................................................. pg. 17

Debt Payment Schedule 2018: .................................................................................. pg. 18

Debt Payment Schedule 2019: .................................................................................. pg. 19

Debt Payment Schedule 2020: .................................................................................. pg. 20

Debt Payment Schedule 2021: .................................................................................. pg. 21

Debt Payment Schedule 2022: .................................................................................. pg. 22

Debt Payment Schedule 2023: .................................................................................. pg. 23

Debt Payment Schedule 2024: .................................................................................. pg. 24

Creditor Plan vs Stablized Payment Method Plan: .................................................. pg. 25

APP. 0428



# INDEX

Compartive Analysis: ...................................................................................................pg. 26

Your Financial Future: ...................................................................................................pg. 27

Understanding Your Financial Risk Profile: ...................................................................pg. 28

Revolving Credit "Tricks of the Trade": .........................................................................pg. 29

Profile Review: ..............................................................................................................pg. 30

Credit Card Information: .................................................................................................pg. 31

Guarding Your Credit: ...................................................................................................pg. 32

Guarding Your Credit (continued): ................................................................................pg. 33

What your Creditor's don't want you to know: ................................................................pg. 34



Dear Gail Mathews,

Welcome to Insightful Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Insightful Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier:

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example, 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Interest Paid | Total Paid |
|---|---|---|---|---|---|---|
| | | 114,598.36 | 373 | 31.1 | 69,949.93 | 184,548.29 |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.

| | | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|---|---|---|---|---|---|---|---|
| Chart 2 | Revised Payment Plan | 114,598.36 | 1,096.33 | 139 | 11.6 | 37,277.49 | 151,875.85 |

| | | Interest Saved | Months Saved | Year Saved |
|---|---|---|---|---|
| Chart 3 | Interest Savings | 32,672.44 | 234 | 19.5 |

APP. 0430

## Where Do We Go From Here?

We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where Insightful Budgeting comes in.

Insightful Budgeting has provided you with the following to get started:

• Financial Goals and Objectives

• Revolving Credit Breakdown

• Stabilized Payment (Interest Savings) Plan

• Key Education Concepts

• Access to a Financial Consultant to personally work with you and guide you through the entire process.

APP. 0431



# Savings Plan

Saving Plan for: Gail Mathews,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **19.5 Years** or **234 Months**, if you were to continue to pay the amount **$1,096.33** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$365,107.65**. Below is a chart showing what can be done if you follow the savings plan recommended



Saving Comparison Chart

Using the plan we set we can save you up to 19.5 years. The chart on the left demonstrates Two (2) scenarios to give you an understanding of the saving you can occur through time. The Chart shows in 10 Years you can save up to $158,700.87 in savings. If you decide to go 19.5 years you can put away a whopping: $365,107.65. Remember this assume that you deposit the $1096.33 into a interest bearing account during the time we saved you in the plan.

APP. 0432

**Debt Portfolio**
**Citi**

# CITI - $3,651.36

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $3,271.70 | $6,923.06 | 180 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $90.00 | $38.30 | $51.70 | $3,613.06 |
| $90.00 | $38.85 | $51.15 | $3,574.21 |
| $90.00 | $39.40 | $50.60 | $3,534.82 |
| $90.00 | $39.95 | $50.05 | $3,494.86 |

## Revised Payment Plan (Uses a stablized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,742.34 | $5,393.70 | 53 |

## Your Savings Using Our Plan *

| | Interest Saved | Months Saved |
|---|---|---|
| | $1,529.36 | 127 |
| Total Savings: | | |

APP. 0433

# AMERICAN EXPRESS - $2,758.99


Debt Portfolio
American Express

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,416.48 | $5,175.47 | 161 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $70.00 | $30.36 | $39.64 | $2,728.63 |
| $70.00 | $30.80 | $39.20 | $2,697.83 |
| $70.00 | $31.24 | $38.76 | $2,666.59 |
| $70.00 | $31.69 | $38.31 | $2,634.90 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,108.82 | $3,867.81 | 46 |

## Your Savings Using Our Plan "

| Interest Saved | Months Saved |
|---|---|
| Total Savings: | $1,307.66 | 115 |

APP. 0434

Debt Portfolio
Bb&t

## BB&T - $431.32

### Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $43.22 | $474.54 | 32 |

### Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $15.00 | $12.43 | $2.57 | $418.89 |
| $15.00 | $12.50 | $2.50 | $406.39 |
| $15.00 | $12.58 | $2.42 | $393.81 |
| $15.00 | $12.65 | $2.35 | $381.15 |

### Revised Payment Plan (Uses a stablized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $25.19 | $456.51 | 19 |

### Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: | $18.03 | 13 |

APP. 0435

# CAPITAL ONE - $12,133.63

**Current Payment Plan**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $26,621.41 | $38,755.04 | 373 |

**Using the depreciating payment method (Used by Your Credit Institution)**

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $169.00 | $10.76 | $158.24 | $12,122.87 |
| $169.00 | $10.90 | $158.10 | $12,111.98 |
| $169.00 | $11.04 | $157.96 | $12,100.94 |
| $169.00 | $11.18 | $157.82 | $12,089.75 |

**Revised Payment Plan (Uses a stabilized payment)**

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $9,248.48 | $21,382.11 | 77 |

**Your Savings Using Our Plan**  *

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $17,372.93 | 296 |



**Debt Portfolio**

**Capital One**

APP. 0436



# SECURE DEBT PORTFOILIO

## Secure Debt Portfolio

| Creditor | Debt Type | Balance | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Flagstar | Mortgage | $79,998.37 | $449.30 | 3.63% |
| Digital Fcu | Installment Debt | $15,624.69 | $293.03 | 5.89% |

Total Secure Debt     **$95,623.06**

## Understanding Secure Debt

Secure debt is different from un-secured debt in Two (2) ways.

1. Secured Debt does not have depreciating payments. Thier payments are stabilized.

2. There is no negotiating the interest rate. These type of rates are locked in based off the contract you have with that lender. But there is a way and you probably already know it. **Increase the monthly payments.** What we do is recommend is that you use a tactic we call the Rolling Payment Method. With this method you can increase you monthly payments to your secure debt without changing your monthly payment schedule. Example on a Rolling Payment: As you pay off your debt and end a payment on lets say a credit card that you were paying $50.00 on, you take this payment and apply it to your next debt. So the next debt will be paid off sooner and your monthly payments will remain the same.



Secure Debt Comparison Chart

| | Regular | Rolling Payment Applied |
|---|---|---|

| Current Plan | | |
|---|---|---|
| Total Debt | Interest Paid | Total Paid |
| $95,623.06 | $37,597.12 | $133,220.18 |

| Revised Plan | | |
|---|---|---|
| Total Debt | Interest Paid | Total Paid |
| $95,623.06 | $25,152.66 | $120,775.72 |

**Total Savings:**     **$12,444.46**

APP. 0437



# Debt Comparison Summary



The totals include balances and interest cost

|  | Total Secure Paid | Total Un-Secure Paid | Total |
|---|---|---|---|
| Current: | $133,220.18 | $51,328.11 | $184,548.29 |
| Revised: | $120,775.72 | $31,100.13 | $151,875.85 |
| Your Savings: | $12,444.46 | $20,227.98 | $32,672.44 |

## Summary Overview

This chart compares your creditors Deprecating Payment Method to the Stabilized Payment Method developed for you by a Insightful Budgeting Financial Advisor.

By staying true to this payment plan we set, you would save $32,672.44 over the term of your debt.

83%

17%

- Secure
- Un-Secure

Based on the work and data provided and confirmed with your creditors your revolving debt profile based on your **Creditor's Payment Plan** includes the following:

~ You will be in debt for another 31 years and 1 months

~ You will pay your outstanding debt of $114,598.36

~ You will pay a total of $69,949.93 in interest charges for a total of: $184,548.29

Using knowledge, tools and support provided to you by your Financial Advisor, appling the Stabilized Payment Method and by adhering to the plan your expected results are:

~ You will be out debt in 11 years and 6 months

~ You will repay outstanding debt of $114,598.36

## $32,672.44 in interest savings and be out of debt in only 11 years and 6 months

APP. 0438



## Understanding the Payment Scheduler

- In the following pages you will see detailed tables that guide you to your savings. The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

- The Stablized Payment method relies on your participation and at least the continued stabilized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

- The result is that you will rapidly accelerate your principal and after 11 years and 6 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.

APP. 0439


Payment Schedule - 2013

## Payment Schedule: 2013

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bb&t | | | | | | | | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 |
| American Express | | | | | | | | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| Citi | | | | | | | | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Digital Fcu | | | | | | | | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 |
| Capital One | | | | | | | | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 |
| Flagstar | | | | | | | | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 |

# Payment Schedule - 2014

## Payment Schedule: 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bb&t | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 |
| American Express | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| Citi | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Digital Fcu | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 |
| Capital One | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 |
| Flagstar | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 |

APP. 0441



Payment Schedule - 2015

## Payment Schedule: 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bb&t | $25.00 | $6.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Express | $70.00 | $88.49 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 | $95.00 |
| Citi | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Digital Fcu | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 | $293.03 |
| Capital One | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 | $169.00 |
| Flagstar | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 | $449.30 |