# EXHIBIT 19

# Declaration of Conchita McRavin Pursuant to 28 U.S.C. § 1746

I, Conchita McRavin, hereby declare and state as follows:

1. My name is Conchita McRavin. I am 61 years old and live in Mitchellville, Maryland.

2. I am currently a retired Compliment Coordinator for the United States Postal Service. As a Compliment Coordinator, I coordinated the bidding process for our craft employees, ensuring that all positions were both necessary and filled. I managed the bidding process to make sure it was in compliance as required by National Agreements of the three labor unions.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. On or about Monday, December 9, 2013, I received a phone call at 4:35 p.m. on my home phone. The call was from "UNKNOWN 866-460-7467." I answered the phone and there was a recording that I was being contacted about my debt and it instructed me to stay on the line. I stayed on the line because I was worried that I was in trouble. Eventually, a gentleman came on the phone. He indicated to me that he had information on my debts. He said that his company, Your Household Budget, could help me get out of debt three times faster than the way that I had been paying my credit cards. The way he spoke to me about my prior payments made me think he knew about my payment history for all of my credit cards. The gentleman said his company's credit card interest rate reduction program would give me a minimum savings of $3,500, and that most of their clients saved approximately $12,000 within the first year. He also assured me that I would begin to see these savings in one or two billing cycles by reducing the amount of the finance charges I was paying through an interest rate reduction. At no time during the call, did he mention that his company provided any services other than this credit card interest rate reduction service.

5. The gentleman invited me to go to the website www.yourhouseholdbudget.com and said there was a 60-90 second video on the website explaining Your Household Budget's credit card interest rate reduction program. I did not check the video during the call.

6. I have had my number listed on the Do Not Call registry for about fifteen years. As a result, I did not think that the call from Your Household Budget could be your typical sales pitch. Rather, the gentleman said that his company worked with Visa, MasterCard, Discover and American Express. It surprised me that he knew exactly which of those four credit cards I had. Even more specifically, the gentlemen knew that my two MasterCards were a Sears MasterCard and a TJ Maxx MasterCard. On top of knowing the stores on the cards, he knew the balance on both cards and also the interest rates on both of those cards. All of this made me think that his company was either part of the credit card companies or else at least had a close relationship with the credit card companies.

7. Throughout this call, I could hear other conversations going on in the background. It sounded like a lot of calls were going on. That did not really mean anything to me at the time, but now it makes me realize that a lot of people were probably being scammed at the same time that this man was selling the scam to me.

8. After explaining everything that Your Household Budget could do for me, the gentleman guaranteed me a full refund if Your Household Budget could not honor their commitment to save me a minimum of $3,500. While he did not give me a specific date, he did state that this $3,500 in minimum savings would occur within the first year and that the savings would begin within one to two billing cycle.

9. The $3,500 in guaranteed savings with an additional money back guarantee if they could not save me $3,500 sounded like too good of a deal to let pass. Plus, he had so much personal information about me and my credit cards that I thought Your Household Budget already had some type of deal with my creditors.

10. The gentleman told me that I could pay the $1,295 fee for Your Household Budget by charging it on my TJ Maxx MasterCard. He even indicated that I had plenty of room to charge it on that credit card without hitting my charge limits. He also explained to me that the charge on my credit card statement would appear as a charge by "Sensiblebudget." At the time, I did not think that was odd so I did not ask him why the charge would be by a company other than Your Household Budget.

11. I gave him permission to charge the $1,295 fee to my TJ Maxx MasterCard. He charged the money while I was on the phone with him. He gave me a confirmation number of 1008740, and told me that I could call their customer service phone number (866-460-7467) if I needed any help or had any questions. I noticed that the customer service number he gave me matched the number on my caller ID.

12. Finally, he told me I would be receiving a package of documents in the mail in 7-10 business days and that I needed to complete the forms and mail them back.

13. This first gentleman then transferred me to a man named "Tyler" in Quality Assurance. Tyler went over the same guarantees that the first man went over with me and also confirmed that I was willing to pay $1,295 for the service. Before hanging up, Tyler reminded me to watch the 60-90 second video. After hanging up, I watched the video. It explained everything that Tyler and the other gentleman had said to me. It also included testimonials by people who claimed that Your Household Budget had helped them.

14. I received the package within the week and the letter from Your Household Budget was dated December 16, 2013. *See* Exhibit A attached here for the package of documents I received (the handwritten notes on the 12/16/2013 letter are mine). Upon receiving the package of documents, I completed the necessary forms, scanned copy of what I had filled out, and immediately e-mailed the forms to Your Household Budget. The copies of the completed "Account Information" form, the "Client Data File & Authorization

2

Letter" form, and the "Household Budgeting Worksheet" I completed are included in Exhibit A and are true and correct copies of what I filled out and mailed back

15. When reviewing the documents that Your Household Budget sent me, I was surprised to see the list of other "services" such as "Legal Care," "Tax Service," "Digital Protection," "Savings Club," and "I.D. Theft Protection" because neither the first gentleman nor Tyler had mentioned those services during the initial call. I never tried to use any of these other services because I did not need them.

16. In January 2014, I called Your Household Budget's customer service phone number 866-460-7467 and spoke with a woman, Nancy Allen. I gave her my confirmation number. I told her I had signed up with the company, and had not heard anything. She replied that they were working on it and it takes some time. She also informed me that they had been having technical problems with their computers or their database and so that explained the delay.

17. On or about April 16, 2014 around noon ET, I called Your Household Budget's customer service phone number 866-460-7467 and spoke with Peter Johns. I gave him my confirmation number. He told me that my account was in its final stages, and that I should receive an analysis of what took place in the negotiations via email, mail and/or a phone call. This led me to believe that the negotiations had at least already started. Within the next few months, I called another time to follow up, but a recording said that no agents were available at the time. I just hung up rather than leave a message.

18. On or about July 11, 2014 around 4:15 p.m. ET, I called Your Household Budget's customer service phone number 866-460-7467 and spoke with Michael Moore. I gave him my confirmation number. Mr. Moore told me my file was complete, but that he was unable to see it because the data entry team had not "released" it. I asked him what he meant, but he did not answer to my satisfaction. He simply said that the data entry team was a different team than he is on, and so he did not have access to the file. I asked him if the data entry team was in the same building that he was in, and he said yes. I communicated to him that I did not understand how it was possible that he could not view the file. He just reiterated that he was unable to see the file until the data entry team released it. I told him that I wanted my money back, but he said that the work had already been done and I would be getting my analysis soon. I understood him to be referring to the analysis of my credit card interest rate reductions. At this point, I was very dissatisfied but also felt like there was nothing else I could do.

19. On or about August 5, 2014, I called Your Household Budget's customer service phone number 866-460-7467 and spoke with an employee named Nancy Allen. She said that I should have received my analysis by now. She explained that the only reason I had not received it yet was that there were glitches in their system that were supposedly deleting attachments. She assured me that I would be receiving my analysis via email no later than the next day. I also assumed I would be getting a hard copy because she had confirmed both my email and mailing address before ending the call with me.

3

20. I did not receive the analysis on August 6, 2014. I gave Your Household Budget another week to send the analysis, but still did not receive the analysis.

21. On or about August 13, 2014 around noon ET, I called Your Household Budget's customer service phone number 866-460-7467 again and spoke with Nancy Allen again. I told her I had spoken to her before and she confirmed that was true. I told her I still had not received anything and told her that I now just wanted a refund because it has been 8 months since I signed up for the credit card interest rate reduction services and that I had been guaranteed results after 1-2 months. Since I had not received the guaranteed results, I demanded that Nancy Allen process my refund. Nancy told me that they had already done the work so I could no longer get a refund. I told her that none of the "work" they did helped me because I had seen no reduction in my interest rates. I asked Nancy to speak with her supervisor. She transferred me to Peter Johns.

22. I then told Peter Johns that I wanted a full refund. Peter Johns, who said he was the Senior Supervisor of the Fulfillment Department, also gave me the run around just like Nancy Allen had given me the run around. I asked Peter Johns to transfer me to his boss. Peter Johns told me that his boss is the "General Manager" and would not even give me his name. Peter Johns also told me that I could not get the refund unless they cannot get me the promised interest rate reductions, which will be in the "analysis" they would be sending me. I insisted that I did not want to continue the relationship with Your Household Budget, that I was frustrated with their empty promises and lack of communication, and that I wanted them to honor their 100% refund guarantee. He just kept repeating that I could not get a refund yet because they were still negotiating. I got frustrated and hung up. I decided to complain to the BBB that same day.

23. I received the "analysis" by email on August 25, 2014. A copy of the email and the "analysis" is attached here as Exhibit B. The cover email indicated that this "analysis" was the "information" I had "request[ed]." However, this is not what I had purchased when I purchased the interest rate reduction services. Rather, this "analysis" wasted a lot of trees without producing any fruit. All it said was that I needed to pay higher amounts toward my higher interest rate credit cards first. I forwarded this "analysis" to the BBB to add to my complaint.

24. On or about September 15, 2014, the BBB notified me that they were closing my case an unanswered because Your Household Budget had never responded to the BBB's inquiry.

25. About a week later, on or about September 22, 2014, I called again at 3:33 p.m. after receiving the analysis and spoke with Nancy Allen yet again. She said that all of the representatives were in a mandatory meeting. She said a counselor will call me on Wednesday, September 24, 2014, by 4 p.m. to go over the analysis and how it will help me with my credit card interest rate reductions.

26. I did not receive any calls from anyone from Your Household Budget on September 24, 2014 before 4 p.m. I tried to call Your Household Budget at 6:04 p.m. by calling the customer service phone number 866-460-7467, but the company was closed for the day.

4

27. I called Your Household Budget again the following day, Thursday, September 25, 2014, at 1:54 p.m., by calling the customer service phone number 866-460-7467. I again spoke with Nancy Allen who said the phones were down the day before. She said that they were at the end of the second round of negotiations on my credit card interest rates. She said she personally would monitor the negotiations and would call me when they were finished. I did not believe her though because by that point I knew that I had been scammed.

28. On December 27, 2014, I unexpectedly received a second "analysis" via email from Your Household Budget (yourhouseholdbudget@gmail.com). A copy of the email and this second "analysis" are attached here as Exhibit C. This time, in looking at the "analysis," I realized that they appeared to be requesting that I make fixed payments to Your Household Budget of $993 per month for fifty months so that they could then pay my bills. This was very surprising to me because that process had never been mentioned in any of the calls that I had with representatives from Your Household Budget. Rather, every representative from Your Household Budget had consistently led me to believe that the company would be contacting my credit card companies on my behalf to negotiate lower interest rates.

29. Despite repeatedly requesting a full refund pursuant to the company's own guarantee, I never received a refund of the $1,295 I paid to Your Household Budget. I also never received any interest rate reductions on my credit cards. Instead, I received only excuses (the data entry team has not released the file, the computer system is down, everyone's in a mandatory meeting, the phones were down, and you should have received the credit card interest rate reductions by now) and empty promises (I will receive my credit card interest rate reduction analysis by Priority Mail in 3 days, I will get it by mail in 3 days, and I will receive it by email in 24 hours, a counselor will call me). I feel scammed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 1_, 2015

_Conchita McRavin_ (signature)
Conchita McRavin

# EXHIBIT A

Conchita Mcravin
Bowie, MD 20721

AUG 1 8 2014

August 5, 2014
Nancy Allen
Should have received analysis
by now, doesn't know why I haven't
except that there was a glitch in the
system - yet despite attempts to have this
rectified - and send a ce- she has
received the right NOT however missing

Dear Conchita,                                        December 16, 2013

It is with great enthusiasm that we at Your Household Budget welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Your Household Budget**



Your Household Budget
4644 West Gandy Blvd Suite 4-109
Tampa, FL 33611
866-460-7467

7/11/14 4:15p
Michael Moore
File is complete, but he won't see it. Because the Data Entry Team has not released it.

4/16/14 @ 12N
Peter
Acct is in final stages. Should receive an analysis of what took place in the negotiations soon, by mail, email and/or phone call.

8/13/14 @ 12N
Nancy
Peter Johns Sr. Supv. Full... Dept
GM,

EXHIBIT A

APP. 0470



# Your House Hold Budget

### The path to *your* financial future!



# 866-460-7467
## www.yourhouseholdbudget.com

## Welcome!

Your Household Budgeting (YHB) is your one stop shop when you are ready to change your financial future. YHB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!

### Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

- Tips and tricks
- Easy to follow
- Form letters

### Legal Care

The YHB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The YHB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast  ☑ Ensure personal security  ☑ Optimize your PC automatically  ☑ Repair problems and errors  ☑ Clean up system clutter  ☑ Fix security vulnerabilities  ☑ Maintain reliability and speed  ☑ Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D. Theft Protection

The YHB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

### Log in and start saving today!

    

**APP. 0471**



# Mission Statement

## Our Mission Is Empowerment

By providing our clientele with a simple strategic budgeting system and our lifetime interest rate reduction program, we will enable consumers to reach their lifestyle goals, without the stress of living paycheck to paycheck, for the present and the future.

## Our Guarantee

Our company is committed to each of our client's goal of a stress-free financial future. We are 100% confident in our ability to show you the value of our service — so much that we will make you this guarantee:

## Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!






APP. 0472



# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account(s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

# CLIENT DATA FILE & AUTHORIZATION LETTER

## 1. Primary Account Holder

Last Name _____ First Name _____ MI ____

Date of Birth _____ Social Security Number _____

☐ Male  ☐ Female

Address _____

City _____

State _____ Zip Code _____

Home Phone ( ___ ) _____

Work Phone ( ___ ) _____

Other Phone ( ___ ) _____

Email Address _____

Occupation _____

If Self Employed, Name of Business _____
and Position Held _____

Gross Income Monthly _____ or Yearly _____

Name of Primary Bank _____

Mother's Maiden Name _____

## 1. Co-Applicant

Last Name _____ First Name _____ MI ____

Date of Birth _____ Social Security Number _____

☐ Male  ☐ Female

Address _____

City _____

State _____ Zip Code _____

Home Phone ( ___ ) _____

Work Phone ( ___ ) _____

Other Phone ( ___ ) _____

Email Address _____

Occupation _____

If Self Employed, Name of Business _____
and Position Held _____

Gross Income Monthly _____ or Yearly _____

Name of Primary Bank _____

Mother's Maiden Name _____

I/We expressly give Your Household Budget (YHB), it's agents and representatives permission to communicate with my/our Creditors/Utilities/Resources or Services for the sole purpose of acquiring lower services/rates costs and that I/we remail primarily obligated to those creditors/utilities/resources or services. Further, I/we understand that in certain circumstances, including but not limited to, balances too close to limits, extensive cash advantages or internal policies prohibiting service/rate reduction, may effect YHB's ability or success in reducing such services/rates. As such, I/we instruct and authorize YHB to communicate and negotiate with utilities, service providers, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/we would be permitted to do so myself, obtain records, validaties and any other supporting documentation related to my/our accounts and to communicate and negotiate the services/ rates on those accounts that my/our permission. I/We authorize Your Household Budgeting (YHB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Saving Center, ID Theft Protection. Your Household Budgeting (YHB) is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

Applicant Signature _____ Date _____  Co-Applicant Signature _____ Date _____

# Your Household Budget
## Household Budgeting Worksheet
### Photocopy this sheet first before using it

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc.) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Pager, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners/Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc.) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc.) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

**Budgeting Notes:**

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputing your creditors' information in the following order.
1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder**   Name _Conchita D. McRavin_

1. Creditor _Agriculture FCU_   Account Number ▓▓▓
Creditor Phone # _(202) 479-2270_
Balance $ _44,896.81_  Rate _4.250_ %   Minimum Monthly Payment $ _446.60_
Age of Account _4_ years   Expiration Date _____  CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan ☒ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Conchita D. McRavin_

2. Creditor _Sears Credit Card (MC)_   Account Number ▓▓▓
Creditor Phone # _1-800-669-8488_
Balance $ _11,250.00_  Rate _25.24_ %   Minimum Monthly Payment $ _324.52_
Age of Account _19_ years   Expiration Date ▓▓▓  CVC 3 numbers on back of card ▓▓▓
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name _Conchita D. McRavin_

3. Creditor _American Express_   Account Number ▓▓▓
Creditor Phone # _1-877-204-7996_
Balance $ _11,200.00_  Rate _15.15_ %   Minimum Monthly Payment $ _330.00_
Age of Account _5_ years   Expiration Date ▓▓▓  CVC 3 numbers on back of card ▓▓▓
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☒ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

Although it is not a requirement...

# CLIENT DATA FILE & AUTHORIZATION LETTER

## 1. Primary Account Holder

Last Name: McRavin   First Name: Conchita   MI: D.

Date of Birth: [redacted]   Social Security Number: [redacted]

[X] Female

Address: [redacted]
City: Mitchellville
State: MD   Zip Code: 20721
Home Phone: [redacted]
Work Phone: [redacted]
Other Phone: [redacted]
Email Address: [redacted]
Occupation: [redacted]
If Self Employed, Name of Business and Position Held: 
Gross Income: Monthly [redacted] or Yearly
Name of Primary Bank: [redacted]
Mother's Maiden Name: [redacted]

## 1. Co-Applicant

(blank)

I/We expressly give Your Household Budget (YHB), it's agents and representatives permission to communicate with my/our Creditors/Utilities/Resources or Services for the sole purpose of acquiring lower services/rates costs and that I/we remail primarily obligated to those creditors/utilities/resources or services. Further, I/we understand that in certain circumstances, including but not limited to, balances too close to limits, extensive cash advances or internal policies prohibiting service/rate reduction, may effect YHB's ability or success in reducing such services/rates. As such, I/we instruct and authorize YHB to communicate and negotiate with utilities, service providers, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/we would be permitted to do so myself, obtain records, validaties and any other supporting documentation related to my/our accounts and to communicate and negotiate the services/ rates on those accounts that my/our permission. I/We authorize Your Household Budgeting (YHB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Saving Center, ID Theft Protection. Your Household Budgeting (YHB) is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

Applicant Signature: [signed]   Date: 12/29/13

# ACCOUNT INFORMATION FORM
### Continued

**Primary Holder**    Name Conchita D. McRavin
4. Creditor American Express    Account Number ████
Creditor Phone # 1-800-472-9297
Balance $ 2,194.27   Rate 15.24 %    Minimum Monthly Payment $56.00
Age of Account 2 years   Expiration Date ████   CVC 3 numbers on back of card ████
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**    Name Conchita D. McRavin
5. Creditor TJX Rewards / GECRB    Account Number ████
Creditor Phone # 1-877-890-3150
Balance $ 8,169.22   Rate 26.99 %    Minimum Monthly Payment $216.00
Age of Account 6 years   Expiration Date ████   CVC 3 numbers on back of card ████
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**    Name _____
6. Creditor _____    Account Number _____
Creditor Phone # _____
Balance $ _____ Rate _____ %    Minimum Monthly Payment _____
Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**    Name _____
7. Creditor _____    Account Number _____
Creditor Phone # _____
Balance $ _____ Rate _____ %    Minimum Monthly Payment _____
Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**    Name _____
8. Creditor _____    Account Number _____
Creditor Phone # _____
Balance $ _____ Rate _____ %    Minimum Monthly Payment _____
Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan

# Your Household Budget
## Household Budgeting Worksheet
### Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income
- Salary/Wages $
- Salary/Wages (Spouse) $
- Social Security $
- Military Pay $
- Pension Plan/Retirement $ ███
- Interest Income $
- Alimony/Child Support $
- Real Estate (rent) $
- Dividends (investments) $
- Unemployment/Food Stamps $
- Royalties/Other Income $
- **TOTAL INCOME** $ ███

### Monthly Secured Debts
- Rent (Apartment, etc.) $ —
- 1st Mortgage $ —
- 2nd Mortgage $ ███
- Trailer Park Space Rent $ —
- Student Loans $ —
- Auto Loans/Leases $ —
- Recreation Toys (Watercraft, etc) $ —
- Past-Due Taxes $ —
- Other Secured Debts $
- Other Secured Loans $ —
- **TOTAL SECURED DEBT** $ ███

### Monthly Living Expenses
- Food (Home, Work, School) $
- Household Items $
- Clothing $
- Laundry/Dry Cleaning $
- Telephone (Home, Page, Cell) $
- Internet Service $
- Electric $
- Gas/Oil $
- Water/In home Service  WSSC Deer park $
- Cable TV/Satellite $
- Trash $
- Auto Gas/Maintenance $
- Auto Insurance $
- Health & Dental Insurance $
- Life & Disability Insurance $
- Homeowners / Renters Insurance $
- Education (Tuition, Supplies) $
- Personal Care (Hair, Nails) $
- Medical Care (Prescriptions, etc) $
- Child Care (Nanny, Day Care) $
- Children Activities (Sports, etc) $
- Alimony/Child Support $
- Gardner/Pool Service $
- Alarm Service $
- Homeowner Dues $
- Subscription $
- Health Club Membership $
- Contributions/Donantions $
- Other Expenses (Misc.) $
- **TOTAL EXPENSES** $

### Monthly Unsecured Debts
- Credit Card $ ███
- Credit Card $
- Credit Card $
- Credit Card $
- Credit Card $
- Credit Card $
- Personal Loan $
- Personal Loan $
- Medical Bills $
- Other Unsecured Loans $
- **TOTAL UNSECURED DEBT** $ ███

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget
- Total Take-Home Income $ ███
- Total Living Expenses Payments $
- Total Secured Debts Payments $
- Total Unsecured Debts Payments $

---

**Budgeting Notes:** ███