# EXHIBIT 21

**Declaration of Michele Picard Pursuant to 28 U.S.C. § 1746**

I, Michele Picard, hereby declare and state as follows:

1. My name is Michele Picard. I am 63 years old and live in Winchester, New Hampshire.

2. I am currently a clerical employee and work for a company that makes machines to print codes such as UPC codes for companies.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4. In January of 2014, I received a call from a man on my home phone. He asked for me by name. He had a strong accent and so I had difficulty understanding him. He said he was calling on behalf of Resourceful Budgeting. I could not understand the company name he was saying. I asked him to repeat it and then eventually asked him to spell the name. He explained that Resourceful Budgeting would help me get my credit card interest rates lowered so that I could pay off my credit card debt sooner. This is the only service that this telemarketer was offering.

5. Specifically, he said that Resourceful Budgeting would contact the credit card companies on my behalf and the credit card companies would work with them to lower the credit card interest rates. One of my charge cards had a rate of 29%, and he said that could get that rate down to 9%. He also said that I would save $3,000 in interest in the first three months or I could have my money back as a money-back guarantee. All of this sounded great to me. A copy of my notes from this call and other calls is attached here as Exhibit A.

6. When the economy dropped, I began to rely on credit cards for things like oil, property taxes and sometimes groceries. As I am a single paycheck household, I really felt the pinch. Then my younger sister moved in with me due to her financial troubles. It was an additional financial drain for me and I relied on credit cards even more. My sister began contributing what she could after about 6-7 months. All during this time, I was trying to get out from under that debt without having to declare bankruptcy. So the call by Resourceful Budgeting came at a time I was very vulnerable.

7. This male caller also said that, in three months, I would basically have the money back that I paid for this interest rate reduction service because I would be paying less interest and so I would have so much less principal on my credit cards.

8. He repeatedly assured me that if the credit card companies will not work with Resourceful Budgeting, there is a 100% refund of the fee I paid to Resourceful Budgeting. He made the refund process sound very easy. He said all I would have to do is call the company and tell them I was unhappy to get my money refunded.

9. At the time, I had seen on the internet that there were companies out there who could help me consolidate my debt and get my interest rates lowered. I think I had seen articles about how this could be done, but I do not remember where I saw those articles.

10. He mentioned a couple of my types of cards (Visa, MasterCard, etc.) and told me that the packet of documents Resourceful Budgeting was sending me would have a form for me to list any cards I wanted Resourceful Budgeting to call to reduce the interest rates. Next, he took my credit card information and repeated it back to me. He charged the $1,295 to my Chase credit card. After charging my card, he transferred me to someone in their "shipping department" to verify my address so that they could send the packet of forms and documents to me. The man who came on the line from the "shipping department" did not have an accent like the initial caller had. After confirming my mailing address, I hung up the phone.

11. Within a week, I received a packet of documents, which included the paperwork for me to send back to get the interest rate reduction process started. The packet of documents came to me in a folder. A copy of the folder and the documents that I did not have to send back to Resourceful Budgeting is attached here as Exhibit B. I filled out the forms and mailed them back via the envelope that the company had included for that purpose.

12. I was excited that Resourceful Budgeting was getting my credit card interest rates reduced so I began watching my statements. By the second round of statements after mailing back in the forms, I began to get concerned because I was not seeing any changes. I was especially concerned because, if the three month guarantee was true, then by this second round of statements I should have seen some changes.

13. At this point, I started calling Resourceful Budgeting because I had expected to see something. I was very persistent because it was hard to get someone on the phone. Every time, I called 855-881-9652, which is a number I located for them on the internet by doing internet searches. I really had to dig to get the phone number because when I went to the company's web address (www.resourcefulbudgeting.com) there was nothing there as far as contact information.

14. In fact, it took a few days of me constantly calling 855-881-9652 to get someone to answer the phone. One time, I let the phone ring for 20 minutes. I kept trying until I finally got someone to answer. When someone finally answered, it was a male who sounded very much like the original person who called me as he had a strong accent too.

15. According to my notes, it was on or about April 25, 2014, that I successfully reached someone by dialing 855-881-9652. I told him I wanted a refund. Rather than say that I could have a refund, the man responded that I needed to review "the analysis" they had sent me the prior week before they would be willing to give me a refund. I told him I do not have the analysis. He said they mailed it. I repeated that I don't have the analysis. He promised he would mail it again.

16. On or about July 3, 2014, I called 855-881-9652 again because I still had not gotten the "analysis" and still wanted my money refunded. Again, I demanded a refund. Again, the person (a man again) at Resourceful Budgeting said that I needed to first receive the analysis and that I would need to be patient. I felt very frustrated at this point. He assured me that I would receive the analysis within ten days. Ten days passed and I had not received it.

17. On or about August 8, 2014, I called 855-881-9652 again. This time the person promised to transfer me to my financial consultant Nancy. I was placed on hold for twelve minutes. Eventually, Nancy came on the phone, but had to put me on hold again while she tried to look for my analysis information. Eventually, Nancy returned to the line and told me that she would need to call me back on Monday, August 11, 2014, with my analysis information.

18. By on or about August 18, 2014, I still had not received a phone call and had not received the analysis in the mail. I called 855-881-9652 again and spoke to someone named Mike Moore. I asked to speak to a supervisor or manager. At first, he said that there are no supervisors or managers. I pressed him further and he said that the General Manager is Peter Johns, but that he does not take any phone calls. We argued for five minutes or longer about my desire to speak to a manager or supervisor and his refusal to let me. Eventually, Mr. Moore told me that he would call me back on August 19, 2014. He never called me back.

19. I believe the last time I spoke with them was on or about August 4, 2014. At this point, I had called at least three times and sent at least two emails to Resourceful Budgeting. I never received any responses to my emails. As for the calls, Resourceful Budgeting always promised me they would call me back and never did. Similarly, they always promised that they would send the "analysis" packet and they never did.

20. During this last call with a representative, I said I wanted a refund in two weeks or else I was going to Better Business Bureau. I never heard back from Resourceful Budgeting so I filed an online complaint with the Better Business Bureau on or about August 18, 2014.

21. Next, on or about August 19, 2014, I tried to reach out to my credit card company to see if I could have the charge reversed. Unfortunately, by the time I called my credit card company to see if I could get the charge reversed, it was too late for me to do anything about it. The credit card company reproduced a copy of my billing statement and sent that to me and that was the first time I noticed that I had been billed by a different company than Resourceful Budgeting.

22. The charge to my credit card was not made by Resourceful Budgeting, but was instead made by "8665788037LIVNGOOMPLY 866-578-8037 CA." A copy of the letter from Chase and my credit card statement is attached here as Exhibit C. I had never heard of this other company.

23. On or about August 29, 2014, I tried again to call Resourceful Budgeting by calling 855-881-9652 to try to work something out with them. I was unable to get ahold of anyone. At that point, I gave up on pursuing any attempt to work out my dispute with them.

24. I am still struggling because Resourceful Budgeting never got the credit card companies to lower my interest rates. Despite the fact that I am financially struggling, I know how important it is to pay my bills so I always pay the minimum payments on time.

25. I feel victimized by Resourceful Budgeting. Not only did they steal from me $1295 plus the interest that I have had to pay on that charge, but they also have caused me a lot of stress and hours making phone calls to them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2015

Michele P. Picard

Michéle Picard

# EXHIBIT A

April 25, 2014

~~ALLC~~ Completed Monday 4/28/2014 then send analysis

Pd Jan-Feb 2014 Pd 1200.00 early Feb -

interest since

3000 saved in cit in 3 months - or money Back guarantee

No lowered interest as of 8/8/14

July 3 - pending pkg - 10 day analysis

Aug - 8 - Consultant - Nancy phone on hold - 12 minutes Back on hold - will call me Back on Monday 8/11 w/analysis info

8/18 - Nancy - no word / no phone call - no mail -

Mike Moore - to call me back 8/19

Peter Johns - GM - per Mike Moore no phone

8/19 - no call back

8/19/14 - Purchase Card Services - $1295 was paid by CC on Jan 13, 2014 to Living comply. Statement being sent to me via snail mail.

EXHIBIT A


QVC - email - 6/10/2014

*The path to your financial future!*

## 855-881-9652

## www.resourcefulbudgeting.com

## Welcome!

*Resourceful Budgeting (RB) is your one stop shop when you are ready to change your financial future. RB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

- Tips and tricks
- Easy to follow
- Form letters

### Legal Care

The RB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The RB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.

☑ Surf the web fast ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D. Theft Protection

The RB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

***Log in and start saving today!***

Target.com

# EXHIBIT B



# Congratulations & welcome to a new financial future!

## Mission Statement

**By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!**

EXHIBIT B



You Have Just Taken the First Step
to Lowering Your Financial Obligations!

ree

855-881-9652
July 9, 2014 - 3rd call + 2 emails
- Michael Moore -
analysis - Priority
today
3-5 days from today



# "Every Battle is Won Before it is Fought"

Sun Tzu, The Art of War

# Resourceful Budgeting

## Household Budgeting Worksheet

**Photocopy this sheet first before using it.**

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Living Expenses

| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donantions | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Unsecured Debts

| | |
|---|---|
| Credit Card ______ | $ |
| Credit Card ______ | $ |
| Credit Card ______ | $ |
| Credit Card ______ | $ |
| Credit Card ______ | $ |
| Credit Card ______ | $ |
| Personal Loan ______ | $ |
| Personal Loan ______ | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

**Instructions:** Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

**Budgeting Notes:**



Frequently Asked Questions
?
?
?
?

*You may be asking yourself:*

## Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

## Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

## Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

## Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!



# Mission Statement

## Our Mission Is Empowerment

By providing our clientele with a simple strategic budgeting system and our lifetime interest rate reduction program, we will enable consumers to reach their lifestyle goals, without the stress of living paycheck to paycheck, for the present and the future.

## Our Guarantee

Our company is committed to each of our client's goal of a stress-free financial future. We are 100% confident in our ability to show you the value of our service — so much that we will make you this guarantee:

## Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!







QVC - email - 6/10/2014

*The path to your financial future!*

April 22, 2014

fulfillment center - Desiree Miles

# 855-881-9652

## www.resourcefulbudgeting.com

## Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

- Tips and tricks
- Easy to follow
- Form letters

## Legal Care

The RB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

## Tax Service

The RB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

## Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.

☑ Surf the web fast ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

## Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

## I.D. Theft Protection

The RB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

# Welcome!

*Resourceful Budgeting (RB) is your one stop shop when you are ready to change your financial future. RB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

***Log in and start saving today!***

# EXHIBIT C



Executive Office
Mail Code IL1-6215
2500 Westfield Drive
Elgin, Illinois 60124

November 17, 2014

Michele T. Picard
[redacted]
Winchester, NH 03470-3121

**Please work directly with Livngoomply**

Dear Ms. Picard:

Thank you for the opportunity to address the concerns you expressed about the $1,295 disputed transaction from Livngoomply that posted to your Amazon.com VISA account ending in [redacted] in January 2014. I am happy to respond to you on behalf of the Card Services Executive Office.

**You must contact us within 60 days after the error appeared on your statement**
We don't show that you disputed this charge within the guidelines on the back of your billing statement. We don't have the right to dispute this transaction. We encourage you to work with the merchant for a credit.

If you have any additional questions pertaining to this matter, please contact me at 1-888-622-7547 extension 6516008.

Sincerely,

Desiree Clark

Desiree Clark
Executive Office

Enclosed: January 2014 Billing Statement

EXHIBIT
C

CHASE

P.O. BOX 15123
WILMINGTON, DE
19850-5123

| | |
|---|---|
| Payment Due Date: | 02/14/14 |
| New Balance: | |
| Minimum Payment: | |

Account number:

$____________ Amount Enclosed
Make your check payable to: Chase Card Services

26392 BEX Z 01714 C
WINCHESTER NH 03470-3121

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

amazon.com — Manage your account online: www.chase.com/amazon — Customer Service: 1-888-247-4080 — Mobile: Visit chase.com on your mobile browser

## ACCOUNT SUMMARY

Account Number:

| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | |
| Balance Transfers | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |
| Opening/Closing Date | 12/18/13 - 01/17/14 |
| Credit Limit | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| Past Due Amount | |
| Balance over the Credit Limit | |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | |
| Payment Due Date | 02/14/14 |
| Minimum Payment Due | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | | |
| | | (S |

If you would like information about credit counseling services, call 1-866-797-2885.

## AMAZON REWARDS CARD POINTS SUMMARY

Previous points balance
+ 3X Points on Amazon.com purchases
+ 2X Points earned at gas stations
+ 2X Points earned at restaurants
+ 2X Points earned at drugstores
+ 2X Points earned at office supply stores
+ Points earned on all other Visa purchases
+ Points adjusted for refund
- Points redeemed this statement period
= Total points available for redemption

Use points instantly at checkout at Amazon.com. Or log onto Chase.com to redeem for cash back, gift cards and travel. For more information visit www.chase.com/amazon or call 1-888-247-4080.

Earn points on every dollar spent with your Amazon.com Rewards Visa Card. Earn 3 points per $1 on Amazon.com purchases, 2 points per $1 on gas station, restaurant, and drugstore purchases, and 1 point per $1 on all other Visa purchases.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/02 | | |
| 01/15 | | |
| 01/14 | | |
| 01/17 | | |
| **PURCHASES** | | |
| 12/21 | | |
| 12/21 | | |
| 01/07 | | |
| 01/07 | | |

This Statement is a Facsimile - Not an original

Page 1 of 2

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ______________________________

State: ____ Zip: ________ ______

*Home Phone: ____ ____ ______ *Work Phone: ____ ____ ______

E-mail Address: ______________________________

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

**To contact us regarding your account:**

**By Telephone:**
In U.S. 1-888-247-4080
Español 1-888-446-3308
TTY 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-302-594-8200

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/amazon

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees.

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

amazon.com Manage your account online: www.chase.com/amazon Customer Service: 1-888-247-4080 Mobile: Visit chase.com on your mobile browser

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/07 | | |
| 01/13 | 8665788037LIVNGOOMPLY 866-578-8037 CA | 1,295.00 |
| 01/14 | | |
| 01/16 | | |
| 01/16 | | |
| 01/16 | | |
| **FEES CHARGED** | | |
| 01/14 | LATE FEE | |
| | TOTAL FEES FOR THIS PERIOD | |
| **INTEREST CHARGED** | | |
| 01/17 | PURCHASE INTEREST CHARGE | |
| | TOTAL INTEREST FOR THIS PERIOD | |

**2014 Totals Year-to-Date**

Total fees charged in 2014

Total interest charged in 2014

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 16.24% (v) | | |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 16.24% (v) | -0- | -0- |

(v) = Variable Rate **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## SHOP WITH POINTS ACTIVITY

Split Transaction

| Date of Transaction | Merchant Name or Transaction Description | $ Amount | Rewards |
|---|---|---|---|
| **RETURNS AND OTHER CREDITS** | | | |
| **PURCHASES AND REDEMPTIONS** | | | |

This Statement is a Facsimile - Not an original Statement Date: 01/17/14

Page 2 of 2

Page 4 of 4

https://oneview.jpmchase.net/OneView/stmtPrintSubmit.star 11/17/2014
APP. 0605