# EXHIBIT 22

### Declaration of Lydia Quintana Pursuant to 28 U.S.C. § 1746

1. I, Lydia Quintana, hereby declare and state as follows:

2. My name is Lydia Quintana. I am 78 years old, retired, and live in Pueblo, Colorado.

3. I am on social security and earn around 650 dollars a month.

4. I have registered to a do not call list through my telephone company.

5. Around January 4 of 2014, I got a call from Steven Williams who told me that he was with the company Your Household Budget.

6. Steven introduced me to an interest rate reduction program that would help me lower my interest rates through negotiations with my banks. He told me that they would be able to lower my interest rates and save me $2,500 in interest charges, and that I would be eligible for a refund if this did not happen.

7. Steven kept reassuring me that he was legitimate and told me that his license number was TP46724 and that he could be reached at 800-435-7352.

8. After speaking with Steven, I was transferred to a lady by the name of Amber. Amber knew which financial institutions I was indebted to along with the balances for each. She was aware of my Citi account as well as my AT&T account. I asked Amber how she knew this information and was told that she worked with the banks or had some affiliation with the banks. Amber then provided me with her certified account management license which was 4359. She also told me that if I wanted to check them out, I could contact the Department of Agriculture and Consumer Services.

9. Amber told me that she would be able to lower my interest rate to 6% and that it would take approximately 6-9 months for the results to be achieved.

10. Amber then asked me for my account number in order to charge me the fee of $1,095. She reassured me that if they couldn't save me $2,500 in interest charges, I would receive a full refund of my money.

11. After being convinced that they were legitimate, I provided Amber with my Citi credit card number and was given a confirmation number. The charge of $1,095 from Your Household Budget appeared on my January to February statement.

12. About a week after my call with Steven and Amber, I received a package in the mail with some forms to fill out. The forms asked me to identify information about my accounts and balances.

13. After filling out the forms, I sent them back to the address listed on the forms. I sent these forms back about a week after I got them.

14. After not hearing anything from them for a few months, I began to get suspicious and called the company at the phone number listed on the packet.

15. I called on March 21st and April 1st and was told by a consultant by the name of Nancy that my packet was ready to be shipped out.

16. I was told that the packet would outline the work that was down on my account and that it would include the results of the negotiations with my banks.

17. I then called on June 3rd and July 15th and was told that my packet was sent out. I kept telling them that I hadn't received anything in the mail.

18. I spoke with numerous people from the business who all reassured me that the packet was in the mail. The people I spoke with acted surprised at the fact that I hadn't received the package.

19. Finally, on September 12, 2014, I told them that I wanted a full refund and that this was a fraud and that they were all liars. I asked to speak to a supervisor and was told by the person on the phone that they were a supervisor.

20. My requests for a refund were ignored. One of the representatives told me that she had enrolled in the same program that I enrolled in and that it took her 14 months for her to get the results. She told me to be patient and that it was not uncommon for it to take this long.

21. At the end of September, I called my bank and told them what happened. They told me that since the transaction occurred on January 6, they could not do anything for me. They told me that disputes need to be made within 60 days of the transaction for them to try and get my money back.

22. To date, I have not received my money back.

23. As a senior citizen on social security who earns about $650 dollars a month, the charge of $1,095 has been a tremendous burden.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 1_____, 2015

_Lydia Quintana_
Lydia Quintana

# EXHIBIT 23

## Declaration of Robert Scott Pursuant to 28 U.S.C. § 1746

1. I, Robert Scott, hereby declare and state as follows:

2. My name is Robert Scott. I am 62 years old and work for a chemist in Port Manatee, Florida.

3. Around July of 2013, I received a call from Andy Sullivan from Total Budgeting. Andy called me from phone number 407-745-1617.

4. Andy told me that he would negotiate my credit card interest rate with my lenders and implied that the negotiations would result in a guaranteed $3,000 in savings.

5. Andy told me that they would be able to achieve these savings in six months and that if they failed to do so, I would be entitled to a full refund.

6. I decided to enroll in the program because it sounded legitimate and would be worth it if I could save on interest payments.

7. I then gave the company my credit card number for my Capital One account which was charged $1,295.

8. On July 27, 2013, I received a package in the mail that welcomed me to the program and asked me to fill out some forms about my debt.

9. I sent the paperwork back to Total Budgeting at 6860 Gulfport Blvd. Suite 129 South Pasadena, FL 33707.

10. On August 12, 2013, I called Total Budgeting at 888-862-3816, and asked them about the negotiations. I was told that they were still in progress.

11. I called the company again on September 9, 2013, and was told that the negotiations were still in progress.

12. Each time I called the company, I was told that I would see a difference the following month.

13. After about 60-90 days, I received an email from the company with an attachment.

14. The attachment was a report that told me that if I increased my monthly payments, I would pay off my debt faster. This information was of absolutely no value to me, was not what I paid for, and was not worth $1,295.

15. After about 8 months, I called the company and asked for a refund. I was told by a company representative that I was not eligible for a refund.

16. To date, I have still not received a refund from the company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 5,___ , 2015

_Robert W. Scott_

Robert Scott

# EXHIBIT 24

## Declaration of Leota Taylor Pursuant to 28 U.S.C. § 1746

1. I, Leota Taylor, hereby declare and state as follows:

2. My name is Leota Taylor. I am 65 years old and live in Blockton, Iowa. I am currently retired.

3. Prior to receiving this call, I was working 12 hour nights at a battery factory and was on the verge of losing my job because the plant I was working at was scheduled to close. They were slowly laying people off and I was told that I would be let go in October of 2013. I was also working on a farm and was struggling with my income. I finally retired after losing my job on October 28, 2013.

4. On September 12, 2013, I received a prerecorded call from someone asking me if I was interested in lowering my interest rates. The call instructed me to press a number if I was interested.

5. After pressing the number, I was connected to someone who said they were with Your Household Budget who told me that they would be able to give us a deal that would lower all of our credit card interest rates.

6. I kept asking them if they were legitimate and I was reassured that they were and that I would receive a large amount of savings.

7. The company representative told me their website was www.yourhouseholdbudget.com and that the company's phone number was 860-460-7467.

8. The caller told me that I would be guaranteed a minimum of $2,500 savings in interest with a maximum savings of $12,836. I was also told that they would be able to reduce my interest rate on both of my credit cards.

9. I asked how much the program was and was told that there was no out of pocket expense and that it was a one-time fee of $1,295 that would be billed to my Visa.

10. After being reassured that I would receive a reduction in interest rates, I went ahead and provided my credit card information to a lady by the name of Amber Collins.

11. On September 12, 2013, I was billed for $1,295. The charge on my card showed up as "8664607467YRHOUSHLDBUDG 866-460-7467 CA"

12. After paying, I received confirmation code #1005952 and was told that I would receive some additional information in the mail within 7-10 days.

13. After the transaction went through, I received two or three follow up calls from people thanking me for joining and telling me that they were going to do good things for me and that I would be kept informed.

14. Soon after my card was billed, I received a package in the mail with some forms. The package included a budgeting worksheet, a welcome letter, an FAQ page, a legal care and tax service form, and a form for me to list my monthly unsecured debts. The

address on the welcome form was 4644 West Gandy Blvd Suite 4-109 Tampa, FL 33611. The phone number was 866-460-7467.

15. It took me a while to complete the forms and I mailed them back on December 2nd, 2013. The forms asked me to fill out information about my credit cards and my balances.

16. After mailing the forms back I did not hear anything for a very long time. I decided to call them in July and had to wait a very long time to talk to someone. I would always be put on hold or wait up to 20 minutes to talk to someone.

17. I tried visiting the company website to send a message but never heard anything back.

18. I called Your Household Budget on July 1, July 11, August 1, August 15, and September 9 of 2014.

19. On September 9, 2014, a company representative told me that I would receive a packet with recommendations on how to cut down costs and that it would be a budgeting/money managing type of packet.

20. During my September 9 phone call, I was told by a representative that they were going to schedule me for a phone consultation that would advise me on how to proceed. I made an appointment on September 10th at 9:30AM. I waited for someone to call me but no one ever did. I then called the company afterwards and was told that there was a scheduling conflict and the representative couldn't make the appointment.

21. I never received the packet and was told by the company that the packet was returned in the mail. Every time I called they had a different excuse and would tell me that it was returned, lost in the mail, damaged, no such address, computers were down, etc.

22. They then told me they would email it to me. I finally received the packet as an attachment to an email.

23. After opening the attachment, I realized that it just had generic information and was not specific to me. The name on the packet was Leonard Salke.

24. I finally decided to ask the company for a refund but was told by a supervisor that I would save all of this money.

25. I have been at this for over a year and have not gotten anything for my money and I told them I did not want to do business with them.

26. I complained to the BBB on October 2, 2014.

27. I did not ask for a refund from my credit card company because I felt like it was my screw up.

28. To date, I am yet to receive a refund from the company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 28,___ , 2015

_Leota Taylor_

Leota Taylor

# EXHIBIT 25

**Declaration of Pamela Thompson Pursuant to 28 U.S.C. § 1746**

I, Pamela Thompson, hereby declare and state as follows:

1.     My name is Pamela Thompson. I am a senior citizen and a veteran, and I live in Navarre, Florida.

2.     I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.     I am on the Do Not Call Registry.

4.     In early October 2013, I received a phone call from a man who identified himself as Kevin Brown with "Card Member Services," and he told me that "Card Member Services" could negotiate with my credit cards to reduce my interest rates for a fee of $995.00.

5.     Mr. Brown also told me that I was guaranteed to receive a $3,000 savings in interest, or else I could receive a full refund. Mr. Brown guaranteed that my credit card interest rates would be lowered for life.

6.     Mr. Brown told me that his company had been in business since 1983. He also told me that the hours of service are Monday through Friday, 9:00 am – 5:00 pm, and he told me his phone number was (407) 745-1617.

7.     During this same phone call, I also spoke with a man named "Chester" and he guaranteed that my credit card interest rates would be reduced to 1.92% to 3%, and he reiterated that if I did not see a $3,000 savings from reduced interest, then I could receive a full refund of the $995.00 fee.

8.     During this phone call, I decided to purchase the interest-rate reduction services for the fee of $995.00, so I provided either Mr. Brown or Chester my Navy Federal Credit Union credit card number. After the payment was processed, I was given the confirmation #51237. A true and correct copy of my credit card statement reflecting the $995.00 charge is attached hereto as **Exhibit A**. The writing on the credit card statement consists of my hand written notes.

9.     The billing descriptor related to the $995.00 charge on my credit card statement is "8558819654RESOURCEFULB BEVERLY HILLSNV." The transaction date for this charge is

1

October 3, 2013. The $995.00 charge does not refer to "Card Member Services" or "Reduced Expenses."

10. On approximately October 12, 2013, I received a package of documents from a company called Reduced Expenses, which included the following:

- A letter dated October 8, 2013 from Reduced Expenses, which listed its address as 13799 Park Blvd. N. Suite 278, Seminole, FL 33776 and its telephone number as (877) 330-4155;

- a "Frequently Asked Questions" document; and

- a Reduced Expenses "Welcome" document, which discussed the following services: "Resource Center," "Legal Care," "Tax Service," "Digital Protection," "Savings Club," and "I.D. Theft Protection." This document listed Reduced Expenses' website as www.reducedexpenses.com and its telephone number as (877) 330-4155.

True and correct copies of these documents along with a copy of the Priority Mail envelope label from Reduced Expenses are attached hereto as **Composite Exhibit B**. The writing on these documents consists of my hand written notes.

11. In the October 12, 2013, package of documents from Reduced Expenses, I also received a "Client Data File & Authorization Letter," "Account Information Form," and "Household Budgeting Worksheet" which I had to fill out to send back to Reduced Expenses.

12. When I received the package of documents on approximately October 12, 2013, I was not surprised that the documents referred to "Reduced Expenses" instead of "Card Member Services," because I just assumed the company used two names.

13. On approximately November 25, 2013, I filled out the "Client Data File & Authorization Letter," "Account Information Form," and "Household Budgeting Worksheet" and sent these three documents back to Reduced Expenses via U.S. Mail at 13799 Park Blvd. N. Suite 278, Seminole, FL 33776.

14. On approximately December 4, 2013, a representative of Reduced Expenses called me and told me that they had received my forms.

15. Whenever I called Reduced Expenses, I called them at either (407) 745-1617 or (877)

2

330-4115.

16.    On approximately December 24, 2013, I called Reduced Expenses because I was concerned the process was taking too long, and I spoke with a woman who told me that the process takes between 30 and 60 days that I should hear something around the end of January 2014. This woman also told me that this was a very time consuming process because Reduced Expenses had to contact each of my credit card companies.

17.    On approximately January 28, 2014, I called Reduced Expenses, and asked about the status of my interest rate reduction and I was told that Reduced Expenses would soon be sending me an "analysis." I told the Reduced Expenses representative that I did not want an "analysis" and that I did not purchase an "analysis." I never received the "analysis" from Reduced Expenses.

18.    On approximately February 6, 2014, I mailed to my credit card company, Navy Federal Credit Union, a "Credit Card Affidavit of Fraud and Forgery for Visa or Mastercard" – this was an attempt to dispute the $995.00 charge to on my Navy Federal Credit Union credit card.

19.    On approximately March 4, 2014, I sent a letter dated March 2, 2014 to Reduced Expenses at 13799 Park Blvd., Suite 278, Seminole, FL 33776, requesting a refund of the $995.00 I had paid. I sent this letter by Certified Mail. A true and correct copy of this letter and a copy of the Certified Mail receipt are attached as **Composite Exhibit C**. Reduced Expenses never responded to my March 2, 2014 letter.

20.    During my attempt to dispute the $995.00 charge on my Navy Federal Credit Union credit card, a credit union representative told me that I needed a copy of the paperwork from Reduced Expenses, specifically a copy of the guarantee. Therefore, on approximately March 11, 2014, I along with a representative of Navy Federal Credit Union, called Reduced Expenses and requested a copy of the guarantee. During this phone call, a man named we spoke with "John" who hung up on us and we called back and spoke to "Tyler" who said we needed to speak with a consultant and then we spoke with "Michael" with Reduced Expenses told me that he would send me a copy of the guarantee, and the analysis but I never received a copy of the guarantee or from Reduced Expenses.

21.    On May 14, 2014, I filed a complaint with the Better Business Bureau Serving West Florida regarding my experience with Reduced Expenses.

3

22.     On May 14, 2014, I filed a complaint with the Florida Office of the Attorney General regarding my experience with Reduced Expenses.

23.     Since paying the $995.00, I have not received an interest rate reduction on my credit cards.

24.     Since paying the $995.00, I have not received a $3,000.00 savings from reduced interest rates.

25.     I have not received a refund of the $995.00 I paid for the interest-rate reduction services by Reduced Expenses.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 10,_____, 2015


_Pamela H. Thompson_

Pamela Thompson

# **EXHIBIT A**



# NAVY FEDERAL Credit Union

## _n_Rewards **Mastercard**

| MINIMUM PAYMENT DUE | PAST DUE PAYMENT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| ▮ | ▮ | 11/13/2013 | ▮ | XXXX XXXX XXXX▮ | $ . |

PLEASE INDICATE CHANGE OF ADDRESS ON REVERSE.

PLEASE MAKE CHECK PAYABLE AND MAIL TO:

NAVY FEDERAL
P.O. BOX 3500
MERRIFIELD VA 22119-3500

PAMELA S THOMPSON
NAVARRE FL 32566-8003

**N0000716

---

## _n_Rewards **Mastercard**

Page 1 of 4

ACCOUNT NUMBER ▮
ACCESS NUMBER ▮

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $ |
| Payments | |
| Other Credits | |
| Purchases | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| New Balance | $ |
| | |
| Past Due Amount | $0.00 |
| | |
| Credit Limit | $ |
| Available Credit | |
| Statement Closing Date | 10/16/2013 |
| Days in Billing Cycle | 30 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | ▮ |
| Minimum Payment Due | |
| Payment Due Date | 11/13/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $20.00 late fee and your APRs may be increased up to the Penalty APR of 18.00%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 years | |
| | 3 years | |

### QUESTIONS

**Credit Card Services**
1-888-842-6328

**Send Billing Inquiries To:**
Navy Federal Credit Union
P.O. Box 3501
Merrifield VA 22119-3501

**Send Payments To:**
Navy Federal
P.O. Box 3500
Merrifield VA 22119-3500

To view your account online visit navyfederal.org.

If you would like information about credit counseling services, go to http://www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call 1-888-503-7106.

*(handwritten)* 11/04/13 - Paid
$180.00 ✓ 404055

### IMPORTANT NOTICES

Your MasterCard card will have new additional benefits. Effective 1-1-2014, the new benefits will include Extended Warranty, Price Protection and Identity Theft Resolution. Go to www.mastercard.com/credit-gtb for a full description of the new benefits and how to use them. To request a printed guide-to-benefits, call 1-800 MC ASSIST.

### REWARD POINT SUMMARY

| Beginning Balance | Earned | Redeemed | Adjusted | Expired/Purged | Ending Balance |
|---|---|---|---|---|---|
| | | | | | |

Points Expiring By Next Billing Statement:
Points Expiring in Two Billing Statements:
Points Expiring in Three Billing Statements:
Redemptions are not permitted on closed, delinquent, or overlimit accounts.

### TRANSACTIONS

#### PAYMENTS AND CREDITS

| Trans Date | Post Date | Reference No. | Description | Amount |
|---|---|---|---|---|
| 10/02/13 | 10/02/13 | 7542285327506546|000007 | NFO PAYMENT RECEIVED | |
| | | | TOTAL PAYMENTS AND CREDITS | |



**EXHIBIT A**



# ***n*Rewards Mastercard**

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| **PURCHASES AND CASH ADVANCES** | | | | |
| **Trans Date** | **Post Date** | **Reference No.** | **Description** | **Amount** |
| 10/03/13 | 10/04/13 | 8510159327698000762S802 | 8558819552RESOURCEFULB  BEVERLY HILLSNV | $995.00 |
| | | | TOTAL PURCHASES AND CASH ADVANCES | |

| INTEREST CHARGED | |
|---|---|
| **Description** | **Amount** |
| INTEREST CHARGE-PURCHASES | |
| INTEREST CHARGE-CASH ADVANCES | |
| TOTAL INTEREST | |

### 2013 TOTALS YEAR-TO-DATE

Total Fees charged in 2013
Total Interest charged in 2013



| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 8.90% (v) | | |
| Cash Advances 1* | 10.90% (v) | | |
| Cash Advances 2** | 8.90% (v) | | |
| (v) = Variable Rate | | | |

\* ATM, Branch, Phone and Online Cash Advances
\*\* Balance Transfers, Convenience Checks and Cash Advances made prior to cash rate increase.

**Navy Federal can still offer you low rates on your mortgage.** When you find your dream home, contact us about our great rates and how we can assist in the process.

No money down mortgages

Up to $2,500 towards closing costs when you buy*

No mortgage insurance required on many loans

For more information, visit navyfederal.org.

*Special offer available for all first mortgage purchase loans except HomePath*. Member cannot receive cash back from this offer. Certain restrictions may apply. Ask your loan officer for details

# EXHIBIT B

Pamela Thompson

████████████

Navarre, FL 32566

Dear Pamela,                                           October 8, 2013

It is with great enthusiasm that we at Reduced Expenses welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Reduced Expenses**

**Reduced Expenses**
**13799 Park Blvd N Suite 278,**
**Seminole, FL 33776**
**877-330-4115**

EXHIBIT

B



# Frequently Asked Questions

*You may be asking yourself:*

**Q: How does this effect my credit? Can I still use my credit cards?**

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

**Q: Is this a loan?**

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

**Q: Is this considered credit counseling?**

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

**Q: Am I required to pay more each month to my creditors for each of my accounts?**

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

# REDUCED EXPENSES

**The path to _your_ financial future!**



F. A
Total Budget

## Resource Center

The resource center holds the building blocks for a debt free future. You will find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters, worksheets, calculators, budgeting tools, forms for a free credit report and much more. Also as a special bonus to our members one of our representatives will personally help you save costly time and money negotiating the lowest possible interest rates and savings on all of your current unsecured credit cards. After the completion of this process we will mail you out an easy to read comprehensive personal financial analysis. This special bonus portion is of no charge to you.

## Legal Care

The RE program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

## Tax Service

The RE tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

## Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast  ☑ Ensure personal security
☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

## Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

## I.D. Theft Protection

The RE ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

**877-330-4115**
**www.reducedexpenses.com**

## Welcome!

_Reduced Expenses (RE) is your one stop shop when you are ready to change your financial future. RE provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!_

### _Log in and start saving today!_

    **Target**  **Hertz**

PS00001035014

# UNITED STATES POSTAL SERVICE

## PRIORITY MAIL®

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

$5.05
US POSTAGE
OCT 8 2013
Mailed from ZIP 33770
Flat Rate Envelope, Priority Mail
Commercial Base Price

endicia.com    071V00858964

**P**

Revd
10/12/13

## PRIORITY MAIL 2-DAY™

Reduced Expenses
13799 Park Blvd N Suite 278
Seminole, FL 33776

R005    0006

SHIP TO:    Pamela Thompson

Navarre, FL 32566-8003

### USPS TRACKING #



9405 5102 0082 9924 1383 18



UNITED STATES POSTAL SERVICE ®

endicia·



Please Recycle

TRY FLAT RATE
PRIORITY MAIL PRE-PAID
• Built-in Tracking
• Postage Included
• No shipping rate locked forever
• Free Package Pickup
uspsstore.stamp—

It's packaging is the pro
service® and is provided
ending Priority Mail® sh
tisuse may be a violatio
ackaging is not for resal
ostal Service; June 201:

Schedule package pickup
or office at usps.com/pic
Print postage online

EP14F-P-PP June 2012



APP. 0628

# **EXHIBIT C**

MARCH 2, 2014

Reduced Expenses
137 99 Park Blvd
Suite 278
Seminole, FL 33776

Re: Thompson, Pamela

You have had my paperwork since December 4, 2013. You have had my money since October 2013. You told me I would receive results by the end of January 2014. I still have not received anything. At this time I feel you have not done anything for me and am requesting my money be refunded.

Thank you,

Pamela H. Thompson

EXHIBIT

C

03/04/14 ↗ (for refund)

```
        Navarre Post Office
        Navarre, Florida
           325665517
        1143840969 -0098
03/04/2014  (850)939-0381     03:02:57 PM
```

```
              Sales Receipt
Product        Sale  Unit      Final
Description    Qty   Price     Price

SEMINOLE FL 33776 Zone-4         $0.49
First-Class Mail Letter
 0.30 oz.
 Expected Delivery: Fri 03/07/14
 @@ Certified                   $3.30
 USPS Certified Mail #:
 70123460000349176278
                               =========
                                 $3.79
 Issue PVI:

                               ---------
Total:                           $3.79

Paid by:                         $3.79
VISA
  Account #:      XXXXXXXXXXXX
  Approval #:
  Transaction #:
  23 903302750
```

```
@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
******************************************
******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
******************************************
******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
******************************************
******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************

Bill#: 1000205164253
Clerk: 10

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
******************************************
******************************************
       HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE
```

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Reduced Expenses
Street, Apt. No.; or PO Box No.  13799 Park Blvd Suite 27
City, State, ZIP+4  Seminole FL 33716

PS Form 3800, August 2006      See Reverse for Instructions

7012 3460 0000 4917 6278