# EXHIBIT 26

# Declaration of Grace Ann Valentine Pursuant to 28 U.S.C. § 1746

I, Grace Ann Valentine, hereby declare and state as follows:

1. My name is Grace Ann Valentine. I am a senior citizen and live in Port St. Lucie, Florida. I am currently retired.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. On or about July 31, 2013, I received a phone call on my home phone from a man named Aron Thompson, ID #85015, with the company Insightful Budgeting.

4. Mr. Thompson told me that for a fee of $1,295.00 (i) Insightful Budgeting would contact my credit card companies to negotiate lower interest rates, and therefore I would be able to pay off my credit card debt three (3) to five (5) times faster; (ii) I would save approximately $3,000 in interest from the services of Insightful Budgeting; (iii) I would receive a five-star consumer variable interest rate; and (iv) there was a money-back guarantee so I would receive my $1,295.00 back if I did not receive these results.

5. At the time of this phone call, I was considering using a debt consolidation service so I decided to purchase the services of Insightful Budgeting, and during the July 31, 2013 phone call I gave Mr. Thompson my credit card information and authorized him to charge $1,295.00 to my credit card. Mr. Thompson gave me the following confirmation number for my payment: #1004928.

6. According to my PNC Bank credit card statement, the billing descriptor related to the $1,295.00 charge is "8554155210BUDGINSIGHT 855-415-5210 CA," and the charge of $1,295.00 posted on August 1, 2013. A true and correct copy of the credit card statement is attached hereto as **Exhibit A** (the hand written notes on the credit card statement are my notations).

7. Approximately one week after I talked to Mr. Thompson, I received a folder of documents from Insightful Budgeting, including the following:

    o a Mission Statement, which was included on the outside of the folder holding the other documents;

    o a letter dated August 5, 2013 from Insightful Budgeting;

    o a Household Budgeting Worksheet;

    o an Account Information Form; and

    o a Client Data File & Authorization Letter.

1

True and correct copies of the August 5, 2013 letter and the Mission Statement (I placed my return address label on the outside folder) are attached hereto as **Composite Exhibit B**.

8. On approximately August 18, 2013, I filled out the requested information in the Household Budgeting Worksheet, the Account Information Form and the Client Data File & Authorization Letter and sent these forms to Insightful Budgeting by mail at the following address: 6860 Gulfport Blvd. Suite 386, St. Petersburg, FL 33707. True and correct copies of the filled out Household Budgeting Worksheet, the Account Information Form and the Client Data File & Authorization are attached hereto as **Composite Exhibit C**.

9. Approximately four months after I paid the $1,295.00 to Insightful Budgeting, I had not heard from Insightful Budgeting regarding the status of my interest rate reductions, so I called Insightful Budgeting at (888) 266-0956. I do not recall the name of the woman I spoke to, but she told me that Insightful Budgeting was in "phase one" of the process and they were waiting to hear back from my creditors, and that they would be moving into "phase two" soon. During this phone call, I felt like I was given the run around. The woman also told me that I would be hearing from Insightful Budgeting soon, but no one from Insightful Budgeting ever called me back.

10. Generally, from that point forward, I would call Insightful Budgeting at (888) 266-0956 approximately every six weeks to inquire into my interest rate reduction status. During these phone calls, I was often told something like "the person you need to speak with isn't here, but they will call you back in a couple of hours." However, no one from Insightful Budgeting would every call me back.

11. Approximately nine months after I paid Insightful Budgeting the $1,295.00 fee, I received by mail a budget analysis from Insightful Budgeting. This budget analysis looked elaborate to me, but it did not include any type of reduced interest rates on my credit cards. The budget included the same amount of debt that I owed and my pre-existing interest rates. This budget analysis was not the service that I purchased from Insightful Budgeting for $1,295.00. A true and correct copy of the budget analysis is attached hereto as **Exhibit D**.

12. I continued to call Insightful Budgeting until approximately March 10, 2014, to inquire into the status of my interest rate reduction. During one of these phone calls I asked for a refund of the $1,295.00 I paid, and I was told that Insightful Budgeting was going to continue to work with my creditors to reduce my interest rates and therefore, Insightful Budgeting would not provide me with a refund.

13. At some point, I considered filing a dispute with my credit card company regarding the $1,295.00 credit card payment to Insightful Budgeting, but it was my understanding that the deadline to do so had passed.

2

APP. 0634

14. On or about March 10, 2014, I filed a complaint with the Better Business Bureau regarding my experience with Insightful Budgeting, but my complaint was not resolved.

15. I never received an interest rate reduction on my credit cards through the services I purchased from Insightful Budgeting for $1,295.00.

16. I never received a refund of the $1,295.00 I paid to Insightful Budgeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 9_____, 2015

_____/s/ Grace Anne Valentine_____
Grace Ann Valentine

3

APP. 0635

# EXHIBIT A

# PNC BANK

Account # XXXX XXXX XXXX ■■■■
Statement closing date 08/13/13



Grace Anne Valentine
■■■■■■■■■■■■
Port Saint Lucie, FL  34983-1309

## Your rewards summary

See the great Purchase Payback offers that may be waiting for you by visiting your Rewards Center in Online Banking.

Previous total ■
Earned this period ■
Issued this period ■
New total ■

Here's what you earned this period

- **4%** on gasoline at the pump — $0.00
- **3%** on cinema, movie rentals — $0.00
- **2%** on groceries, restaurants, fastfood — $0.00
- **1%** up to 1% on almost everything else — ■



*Shows original enrollment fee for Insightful Budgeting*

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/01 | 08/01 | 24412896MWGNFLV5S | 8554155210BUDGINSIGHT  855-415-5210 CA | $1,295.00 |

## Fees

TOTAL FEES FOR THIS PERIOD  $0.00

## Interest Charged

| 08/13 | 08/13 | | Interest Charge on Purchases | ■ |
| 08/13 | 08/13 | | Interest Charge on Cash Advances | ■ |

TOTAL INTEREST FOR THIS PERIOD

## How your interest charges were calculated

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE (MAY VARY) | DAYS IN BILLING CYCLE | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|---|
| Purchases | 11.990%(V) | 0.03284% | 32 | ■ | ■ |
| Cash advances | 21.990%(V) | 0.06024% | 32 | ■ | ■ |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

(V): Variable Rate

## 2013 Totals Year-to-Date

Total fees charged in 2013  $0.00
Total interest charged in 2013  ■

Talk to us today about how we can help put you on the right path to your retirement goals. Stop by any PNC branch or call 1-877-566-1356 and ask for a free retirement review.

EXHIBIT A

# EXHIBIT B

*copies of correspondence from them —*

Grace Valentine
~~[redacted]~~
Port St. Lucie, FL 34983

Dear Grace ,                                                    August 5, 2013

It is with great enthusiasm that we at Insightful Budgeting welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,


From our family at **Insightful Budgeting**


**Insightful Budgeting**
6860 Gulfport Blvd Suite 386
St. Petersburg, FL 33707
888-266-0956

EXHIBIT B

# Congratulations on Getting Out of Debt 3 to 5 times Faster!!!



## Mission Statement

By providing our clientele with a simple strategic budgeting system and our financial obligation reduction program, we will enable consumers to reach their lifestyle goals. Reaching the goals without the stress of living paycheck to paycheck, for the present and the future!

**Grace Anne Valentine**
Port Saint Lucie, FL 34983-1309



APP. 0640

# EXHIBIT C

# Insightful Budgeting
## Household Budgeting Worksheet
Photocopy this sheet first before using it.

Make sure that you include all take-home income and expenses as accurately as possible. The information you provide will be used to compute your Budget & Spending Plan. Try not to inflate the numbers, but do not underestimate either. If a monthly expense is automatically deducted from your take-home pay, do not enter it below.

### Monthly Take-Home Income

| | |
|---|---|
| Salary/Wages | $ |
| Salary/Wages (Spouse) | $ |
| Social Security | $ |
| Military Pay | $ |
| Pension Plan/Retirement | $ |
| Interest Income | $ |
| Alimony/Child Support | $ |
| Real Estate (rent) | $ |
| Dividends (investments) | $ |
| Unemployment/Food Stamps | $ |
| Royalties/Other Income | $ |
| **TOTAL INCOME** | $ |

### Monthly Secured Debts

| | |
|---|---|
| Rent (Apartment, etc.) | $ |
| 1st Mortgage | $ |
| 2nd Mortgage | $ |
| Trailer Park Space Rent | $ |
| Student Loans | $ |
| Auto Loans/Leases | $ |
| Recreation Toys (Watercraft, etc) | $ |
| Past-Due Taxes | $ |
| Other Secured Debts | $ |
| Other Secured Loans | $ |
| **TOTAL SECURED DEBT** | $ |

### Monthly Living Expenses



| | |
|---|---|
| Food (Home, Work, School) | $ |
| Household Items | $ |
| Clothing | $ |
| Laundry/Dry Cleaning | $ |
| Telephone (Home, Page, Cell) | $ |
| Internet Service | $ |
| Electric | $ |
| Gas/Oil | $ |
| Water/In home Service | $ |
| Cable TV/Satellite | $ |
| Trash | $ |
| Auto Gas/Maintenance | $ |
| Auto Insurance | $ |
| Health & Dental Insurance | $ |
| Life & Disability Insurance | $ |
| Homeowners / Renters Insurance | $ |
| Education (Tuition, Supplies) | $ |
| Personal Care (Hair, Nails) | $ |
| Medical Care (Prescriptions, etc) | $ |
| Child Care (Nanny, Day Care) | $ |
| Children Activities (Sports, etc) | $ |
| Alimony/Child Support | $ |
| Gardner/Pool Service | $ |
| Alarm Service | $ |
| Homeowner Dues | $ |
| Subscription | $ |
| Health Club Membership | $ |
| Contributions/Donations | $ |
| Other Expenses (Misc.) | $ |
| **TOTAL EXPENSES** | $ |

### Monthly Unsecured Debts



| | |
|---|---|
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Credit Card | $ |
| Personal Loan | $ |
| Personal Loan | $ |
| Medical Bills | $ |
| Other Unsecured Loans | $ |
| **TOTAL UNSECURED DEBT** | $ |

Instructions: Now that you have completed each section, take the totals from each section and enter them into the summary of budget below.

### Summary of Budget

| | |
|---|---|
| Total Take-Home Income | $ |
| Total Living Expenses Payments | $ |
| Total Secured Debts Payments | $ |
| Total Unsecured Debts Payments | $ |

Budgeting Notes:

**EXHIBIT C**

# ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputing your creditors' information in the following order.
1. Mortgage
2. Installment Debts (Auto, PWVs, etc.)
3. Student Loans
4. Medical Bills
5. Credit Cards
6. Personal Loans
7. Business Loans
8. Other

**Primary Holder** Name _GRACE Anne ValenTine_
1. Creditor _PNC BANK_ Account Number ▮
Creditor Phone # _772-878-2080 (Branch)_
Balance $ _9755.08_ Rate _11.99_ % Minimum Monthly Payment _$243.00_
Age of Account _____ years Expiration Date ▮ CVC 3 numbers on back of card ▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name _Grace Anne ValenTine_
2. Creditor _Toys R us_ Account Number ▮
Creditor Phone # _1-855-389-2359_
Balance $ _9357._ Rate _26.99_ % _9.65 Before 5/17/13_ Minimum Monthly Payment _173.00_
Age of Account _____ years Expiration Date ▮ CVC 3 numbers on back of card ▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder** Name _Grace Anne ValenTine_
3. Creditor _GM/CAPITAL One_ Account Number ▮
Creditor Phone # _800-947-1000_
Balance $ _9121._ Rate _13.99_ % Minimum Monthly Payment _$197._
Age of Account _2 yrs_ years Expiration Date ▮ CVC 3 numbers on back of card ▮
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!

APP: 0643

# ACCOUNT INFORMATION FORM
## Continued

**ary Holder** Name: GRACE Anne Valentine
editor: JC Penney ___ Account Number: [REDACTED]
tor Phone #: 1-800-527-7717
ce $ 1382.00  Rate 23.99 %  Minimum Monthly Payment 36.00
of Account 20 years  Expiration Date _____  CVC 3 numbers on back of card _____
unt Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**ary Holder** Name: Grace Anne Valentine
editor: Chase / FREEDOM ___ Account Number: [REDACTED]
itor Phone #: _____
ce $ 3810.  Rate 11.99 %  Minimum Monthly Payment 75.00
of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card _____
unt Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**ary Holder** Name: _____
editor: _____ Account Number: _____
litor Phone #: _____
nce $ _____ Rate _____ %  Minimum Monthly Payment _____
of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card _____
unt Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**nary Holder** Name: _____
reditor: _____ Account Number: _____
ditor Phone #: _____
ance $ _____ Rate _____ %  Minimum Monthly Payment _____
e of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card _____
ount Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

**mary Holder** Name: _____
reditor: _____ Account Number: _____
editor Phone #: _____
ance $ _____ Rate _____ %  Minimum Monthly Payment _____
e of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card _____
ount Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

If you cannot fit all of the Account information on this Form simply attach an additional page.

# CLIENT DATA FILE & AUTHORIZATION LETTER

## 1. Primary Account Holder

Last Name: Valentine  
First Name: Grace Anne  
MI:

Date of Birth: [redacted]  
Social Security Number: [redacted]

☐ Male  ☒ Female

Address: [redacted]  
City: Port St. Lucie  
State: FL   Zip Code: 34983  
Home Phone: [redacted]  
Cell ~~Work~~ Phone: [redacted]  
Other Phone ( )  
Email Address: [redacted]  
Occupation: [redacted]  
If Self Employed, Name of Business  
and Position Held  
Gross Income: Monthly _____ or Yearly _____  
Name of Primary Bank: [redacted]  
Mother's Maiden Name: [redacted]

## 1. Co-Applicant

Last Name:  
First Name:  
MI:

Date of Birth: __/__/__  
Social Security Number:

☐ Male  ☐ Female

Address:  
City:  
State: _____ Zip Code: _____  
Home Phone ( )  
Work Phone ( )  
Other Phone ( )  
Email Address:  
Occupation:  
If Self Employed, Name of Business  
and Position Held  
Gross Income: Monthly _____ or Yearly _____  
Name of Primary Bank:  
Mother's Maiden Name:

I/We expressly give Insightful Budgeting (IB), its agents and representives permission to communicate with my/our creditos for the sole purpose of negotiating lower interest rates and that I/We remain primarily obligated to those creditors. Further, I/We understand that in certain circumstances, including, but not limited to, balances too close to limits, extensive cash advantages or internal policies prohibiting rate reductions, may effect IB's ability or success in reducing such rates. As such, I/We instruct and authorize IB to communicate and negotiate with banks, creditors, financial institutions, collection agencies, and all other related entities and individuals relating to my/our accounts to the extent that I/We would be permitted to do so myself: obtain records, validaties and any other supporting documentation related to my/our accounts and to communicate and negotiate the interest rates on those accounts with my/our permission. I/We authorize Insightful Budgeting to charge my/our credit card a previously agreed upon one time fee. Insightful Budgeting (IB) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Services, Digital Protection, Savings Club, ID Theft Protection. Insightful Budgeting is authorized to use such information regarding my/our financial status in communications and negotiations with third parties.

Applicant Signature: Grace Anne Valentine   Date: Aug. 18, 2013

Co-Applicant Signature: _____   Date: _____

APP. 0645