# EXHIBIT D



# CUSTOMIZED BUDGET PLAN

We are a leader in providing budgeting relief for consumers.



## INSIGHTFUL BUDGETING

This Customized Budget Plan
Prepared For: **Grace Valentine**

Port St. Lucie, FL 34983

**EXHIBIT D**

APP. 0647



# CUSTOMIZED BUDGET PLAN

We are a leader in providing budgeting relief for consumers.



**Grace Anne Valentine**

Port Saint Lucie, FL 34983-1309

## INSIGHTFUL BUDGETING

This Customized Budget Plan
Prepared For: **Grace Valentine**

Port St. Lucie, FL 34983

APP. 0648



# Table of Content



## INDEX

Customized Budget Plan: ..................................................................................................... pg. 1

Table of Contents: ............................................................................................................... pg. 2

Overview: ............................................................................................................................ pg. 3

Where to go from here: ....................................................................................................... pg. 4

Savings Plan: ...................................................................................................................... pg. 5

Portfolio - Pnc: ................................................................................................................... pg. 6

Portfolio - Toys R Us: ......................................................................................................... pg. 7

Portfolio - Gm Capital One: ................................................................................................ pg. 8

Portfolio - Jcpenney: .......................................................................................................... pg. 9

Portfolio - Chase: ............................................................................................................... pg. 10

Comparison Summary: ........................................................................................................ pg. 11

Understanding the Payment Scheduler: ............................................................................. pg. 12

Payment Schedule 2013: .................................................................................................... pg. 13

Payment Schedule 2014: .................................................................................................... pg. 14

Payment Schedule 2015: .................................................................................................... pg. 15

Payment Schedule 2016: .................................................................................................... pg. 16

Payment Schedule 2017: .................................................................................................... pg. 17

Payment Schedule 2018: .................................................................................................... pg. 18

Creditor Plan vs Stabilized Payment Method Plan: ........................................................... pg. 19

Comparitive Analysis: ........................................................................................................ pg. 20

Your Financial Future: ........................................................................................................ pg. 21

Understanding Your Financial Risk Profile: ....................................................................... pg. 22

Revolving Credit "Tricks of the Trade": ............................................................................. pg. 23

Profile Review: ................................................................................................................... pg. 24

Credit Card Information: ..................................................................................................... pg. 25

APP. 0649



# INSIGHTFUL BUDGETING

## Table of Content

## INDEX

Guarding Your Credit: ...................................................................... pg. 26

Guarding Your Credit (continued): ..................................................... pg. 27

What your Creditor's don't want you to know: ..................................... pg. 28





**INSIGHTFUL BUDGETING**

Dear Grace Valentine,

Welcome to Insightful Budgeting, Interest Savings Program, which is dedicated to saving you as much of your hard earned money as possible. Insightful Budgeting and I are pleased with the results of your debt analysis and you will be too.

To understand the process we take to calculate the saving plan best for you, here are some of the things you need to know that make understanding the process easier.

How does your credit card company keep you in debt? The process is simple. They use a tactic called depreciating minimum payments. This is accomplished by adjusting your payments to meet the current balance. Example: let's say you owe $5000.00 on a credit card and your interest is 19.99%. To determine your monthly interest payment you would multiply your balance by your interest rate and divide by 12. This formula would give you the interest payment for a given month. In this case that would be $83.29 in interest payments. In order to apply principle to this they add another 1 or 2 percent of the balance. We will use 2 percent in this example. 2% of the balance is $100.00 plus the $83.29 in interest. Your monthly minimum payment would be $183.29. This process is used each time because your balance changes or reduces and so does your minimum monthly payments. It reduces as your balance reduces taking longer to payoff your debt. This tactic can keep you in debt for up to 30 years or more, even with low balances because this tactic is designed to do just that. The first chart shows how long it would take using this process.

| Chart 1 | Current Payment Plan | Account Balance | Total Payments | Total Years | Interest Paid | Total Paid |
|---------|---------------------|-----------------|----------------|-------------|---------------|------------|
| | | 35,140.48 | 252 | 21.0 | 33,204.15 | 68,344.63 |

By making a fixed payment every month you can reduce the time and interest paid on the debt. The second chart shows this payment plan. This is the same payment that you are making now.

| Chart 2 | Revised Payment Plan | Account Balance | Fixed Payment | Total Payments | Total Years | Interest Paid | Total Paid |
|---------|---------------------|-----------------|---------------|----------------|-------------|---------------|------------|
| | | 35,140.48 | 849.00 | 63 | 5.3 | 17,572.45 | 52,712.93 |

| Chart 3 | Interest Savings | Interest Saved | Months Saved | Year Saved |
|---------|------------------|----------------|--------------|------------|
| | | 15,631.70 | 189 | 15.8 |

APP. 0651

# Where Do We Go From Here?

**INSIGHTFUL BUDGETING**

We have designed your customized financial plan to provide you with the knowledge, tools and support necessary to allow you to improve your financial security and net worth over time. You didn't get where you are overnight and it will take some time and work to get where you are going. That is where Insightful Budgeting comes in.

Insightful Budgeting has provided you with the following to get started:

• Financial Goals and Objectives

• Revolving Credit Breakdown

• Stabilized Payment (Interest Savings) Plan

• Key Education Concepts

• Access to a Financial Consultant to personally work with you and guide you through the entire process. "

APP. 0652



# INSIGHTFUL BUDGETING

## Savings Plan

Saving Plan for: Grace Valentine,

On the previous page we showed the difference on stabilizing your payment against the depreciating process offered by your credit institution. Here we would like to show you what you can do to create a substantial investment. With the plan provided on Chart 2, we can save you **15.8 Years** or **189 Months**, if you were to continue to pay the amount **$849.00** to a Annuity Account that offered **4%** annual return, you can have a savings in the amount of **$204,706.00**. Below is a chart showing what can be done if you follow the savings plan recommended



Saving Comparison Chart

| | 10 Year(s) | 15.8 Year(s) |
|---|---|---|
| 220000 | | |
| 333.33 | | |
| 666.67 | | |
| 170000 | | |
| 333.33 | | |
| 666.67 | | |
| 120000 | | |

Using the plan we set we can save you up to 15.8 years. The chart on the left demonstrates Two (2) scenarios to give you an understanding of the saving you can occur through time.

The Chart shows in 10 Years you can save up to $122,898.25 in savings. If you decide to go 15.8 years you can put away a whopping: $204,706.00. Remember this assume that you deposit the $849.00 into a interest bearing account during the time we saved you in the plan.



**APP. 0653**

**Debt Portfolio**
Pnc

# PNC - $10,819.92

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $7,340.84 | $18,160.76 | 247 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $216.00 | $107.89 | $108.11 | $10,712.03 |
| $216.00 | $108.97 | $107.03 | $10,603.06 |
| $216.00 | $110.06 | $105.94 | $10,493.00 |
| $216.00 | $111.16 | $104.84 | $10,381.84 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $4,160.96 | $14,980.88 | 62 |

## Your Savings Using Our Plan     "

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $3,179.88 | 185 |

INSIGHTFUL BUDGETING

**Debt Portfolio**
Toys R Us

**INSIGHTFUL BUDGETING**

# TOYS R US - $9,247.61

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $13,956.21 | $23,203.82 | 252 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $300.00 | $92.01 | $207.99 | $9,155.60 |
| $300.00 | $94.08 | $205.92 | $9,061.53 |
| $300.00 | $96.19 | $203.81 | $8,965.34 |
| $300.00 | $98.35 | $201.65 | $8,866.98 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $6,694.33 | $15,941.94 | 54 |

## Your Savings Using Our Plan

| Interest Saved | Months Saved |
|---|---|
| Total Savings: | |
| $7,261.88 | 198 |



**Debt Portfolio**

**Gm Capital One**

# GM CAPITAL ONE - $8,539.29

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $6,689.21 | $15,228.50 | 233 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $185.00 | $85.45 | $99.55 | $8,453.84 |
| $185.00 | $86.44 | $98.56 | $8,367.40 |
| $185.00 | $87.45 | $97.55 | $8,279.95 |
| $185.00 | $88.47 | $96.53 | $8,191.48 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $3,673.96 | $12,213.25 | 59 |

## Your Savings Using Our Plan "

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $3,015.25 | 174 |

APP. 0656



# Debt Portfolio
## Jcpenney

# INSIGHTFUL BUDGETING

# JCPENNEY - $1,801.78

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $2,129.57 | $3,931.35 | 141 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $54.00 | $17.98 | $36.02 | $1,783.80 |
| $54.00 | $18.34 | $35.66 | $1,765.46 |
| $54.00 | $18.71 | $35.29 | $1,746.76 |
| $54.00 | $19.08 | $34.92 | $1,727.68 |

## Revised Payment Plan (Uses a stablized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,196.29 | $2,998.07 | 54 |

## Your Savings Using Our Plan

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $933.28 | 87 |

APP. 0657

Debt Portfolio

Chase

INSIGHTFUL BUDGETING

# CHASE - $4,731.88

## Current Payment Plan

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $3,088.32 | $7,820.20 | 192 |

## Using the depreciating payment method (Used by Your Credit Institution)

| Payment | Principle | Interest | Balance |
|---|---|---|---|
| $94.00 | $46.72 | $47.28 | $4,685.16 |
| $94.00 | $47.19 | $46.81 | $4,637.97 |
| $94.00 | $47.66 | $46.34 | $4,590.31 |
| $94.00 | $48.14 | $45.86 | $4,542.18 |

## Revised Payment Plan (Uses a stabilized payment)

| Interest Paid | Total Debt Paid | No. Payments |
|---|---|---|
| $1,846.91 | $6,578.79 | 63 |

## Your Savings Using Our Plan "

| | Interest Saved | Months Saved |
|---|---|---|
| Total Savings: | $1,241.41 | 129 |

APP. 0658



# Debt Comparison Summary

INSIGHTFUL BUDGETING



The totals include balances and interest cost

|  | Total Secure Paid | Total Un-Secure Paid | Total |
|---|---|---|---|
| Current: | $0.00 | $68,344.63 | $68,344.63 |
| Revised: | $0.00 | $52,712.93 | $52,712.93 |
| Your Savings: | $0.00 | $15,631.70 | $15,631.70 |

- Secure
- Un-Secure

## Summary Overview

This chart compares your creditors Depreciating Payment Method to the Stabilized Payment Method devolped for you by a Insightful Budgeting Financial Advisor.

By staying true to this payment plan we set, you would save $15,631.70 over the term of your debt.

Based on the work and data provided and confirmed with your creditors your revolving debt profile based on your **Creditor's Payment Plan** includes the following:

~ You will be in debt for another 21 years and 0 months

~ You will pay your outstanding debt of $35,140.48

~ You will pay a total of $33,204.15 in interest charges for a total of: $68,344.63

Using knowledge, tools and support provided to you by your Financial Advisor, appling the Stabilized Payment Method and by adhering to the plan your expected results are:

~ You will be out debt in 5 years and 3 months

~ You will repay outstanding debt of $35,140.48

**$15,631.70 in interest savings and be out of debt in only 5 years and 3 months**

APP. 0659



# INSIGHTFUL BUDGETING

## Understanding the Payment Scheduler

- In the following pages you will see detailed tables that guide you to your savings. The plan is complete with monthly payment amounts and an amortization schedule to show you how this works for each month of the plan. You and your Financial Consultant will cover the detailed instructions and monitor your progress.

- The Stablized Payment method relies on your participation and at least the continued stablized payment as presented. The key is that even though your minimum payment may decrease as your principal is reduced, (this is the dreaded "Creditor's Payment Plan"), you keep your payment at the same level that you are paying right now and the savings in interest automatically accelerates principal reduction.

- The result is that you will rapidly accelerate your principal and after 5 years and 3 months, you can apply the entire amount towards investments and building real wealth. That is why you must look at this as paying yourself because very quickly, you are doing just that!.



**APP 0660**



## Payment Schedule - 2013



### INSIGHTFUL BUDGETING

## Payment Schedule: 2013

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | | | | | | | | | | | | $300.00 |
| Jcpenney | | | | | | | | | | | | $54.00 |
| Gm Capital One | | | | | | | | | | | | $185.00 |
| Pnc | | | | | | | | | | | | $216.00 |
| Chase | | | | | | | | | | | | $94.00 |

APP. 0661





## Payment Schedule: 2014

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Jcpenney | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 |
| Gm Capital One | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| Pnc | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 |
| Chase | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 |





# Payment Schedule - 2015

# Payment Schedule: 2015

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Jcpenney | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 |
| Gm Capital One | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| Pnc | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 |
| Chase | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 |



# Payment Schedule - 2016



## Payment Schedule: 2016

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Toys R Us | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Jcpenney | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 |
| Gm Capital One | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| Pnc | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 |
| Chase | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 |





# Payment Schedule - 2017

# Payment Schedule: 2017

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Jcpenney | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 | $54.00 |
| Gm Capital One | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 | $185.00 |
| Pnc | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 |
| Chase | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 |



**Payment Schedule - 2018**

# Payment Schedule: 2018

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | $300.00 | $300.00 | $300.00 | $300.00 | $41.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jcpenney | $54.00 | $54.00 | $54.00 | $54.00 | $136.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gm Capital One | $185.00 | $185.00 | $185.00 | $185.00 | $360.99 | $497.06 | $497.06 | $497.06 | $497.06 | $59.03 | $0.00 | $0.00 |
| Pnc | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $216.00 | $654.03 | $713.06 | $713.06 |
| Chase | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 | $94.00 |





## Payment Schedule: 2019

| Creditor | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toys R Us | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jcpenney | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gm Capital One | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pnc | $372.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | $434.33 | $410.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

APP. 0667