



## PAYOFF COMPARISON BY DEBT

This table compares your creditors Current Payment Plan to the Stabilized Payment Method Plan developed by Insightful Budgeting Financial Advisor.
Your interest savings, by sticking to the plan would be **$15,631.70** over the terms of your debt, which is reduced from **252** months to **63** months

| | Current Payment Schedule | | | | Stabilized Payment Method Plan | | | |
|---|---|---|---|---|---|---|---|---|
| | Interest Cost | Total Paid | Months payoff | Date payoff | Interest Cost | Total Paid | Months payoff | Date payoff |
| Toys R Us | 13,956.21 | 23,203.82 | 252 | 11-2034 | 6,694.33 | 15,941.94 | 54 | 05-2018 |
| Jcpenney | 2,129.57 | 3,931.35 | 141 | 08-2025 | 1,196.29 | 2,998.07 | 54 | 05-2018 |
| Gm Capital One | 6,689.21 | 15,228.50 | 233 | 04-2033 | 3,673.96 | 12,213.25 | 59 | 10-2018 |
| Pnc | 7,340.84 | 18,160.76 | 247 | 06-2034 | 4,160.96 | 14,980.88 | 62 | 01-2019 |
| Chase | 3,088.32 | 7,820.20 | 192 | 11-2029 | 1,846.91 | 6,578.79 | 63 | 02-2019 |

APP. 0668

**♻ INSIGHTFUL BUDGETING**

## OVERALL RESULTS

The overall results available to **You** illustrates how your creditors have managed to use the combination of "rights" within the terms and conditions of your credit card agreements to drive rates higher, FICO scores to justify the higher rates, even when you have made payments regularly and the "convenience" of lower monthly payments to shift your longer term wealth into thier short term profits. This is at the heart of our educational message to **You**.

It is real and **It is your $15,631.70 that is lost if you do nothing**

|  | Current Schedule | **Your Customized Plan** |
|---|---|---|
| Total Outstanding Debt | $35,140.48 | $35,140.48 |
| Total Interest Cost | $33,204.15 | **$17,572.45** |
| Total Amount Paid | $68,344.63 | **$52,712.93** |
| Total Savings | $0.00 | **$15,631.70** |
| Time Required | 21 Years 0 Months | **5 Years 3 Months** |

APP. 0669



# Your Financial Future

# 🔑 INSIGHTFUL BUDGETING

Being that we are a country that is health-conscious more so than any other on the planet, it is important to remember that stress is a major contributing factor to illness, especially when it comes to our financial situation. Taking preventative steps to alleviate yourself of debt is a step in the right direction, not only financially speaking, but physically.

- Self Discipline
- Understanding Credit
- Contingency Planning
- Stretching your Money

## GOALS & OBJECTIVES

Based upon our analysis of your situation we recommend the following financial goals :

- Gain personal financial knowledge
- Organize and manage financial matters
- Improve risk profile and lower borrowing cost
- Eliminate revolving debt
- Create and preserve personal net worth

## Key Concept

Financial goals an objectives should incorporate short, intermediate and long term aspects of your financial life and you should be able to track, measure and achieve them. You should be truly committed to them when you set them.

## THE FICO REALITY OF FICO



The most meaningful aspect of the FICO score for the purposes of our interest is how it has become a price justification tool for the credit companies. This is the way the game is played.

**Price justification**- Fair Isaac Corporation generated $750 million in revenue last year and their business is setting credit scores. You are not Fair Isaac's customer. Their primary customers are lenders and their product, FICO scores, are purchased by 90 of the top US customer lenders. Like any company, Fair Isaac wants to sell more and make its customers happy. The ability to defend the act of raising your interest rates makes their customers happy.



APP. 0670





# CREDIT REPORT

A written report ( Normally stored on computers ) comprised of the following information about your debt history and inferentially, your credit worthiness.

1. **Identification** - by name, address, spouse's name, date of birth, social security number, telephone number, place of employment, mothers maiden name and other personal identification information.

2. **Credit Enquires** - every time a credit provider runs a credit offer inquiry on a consumer, a record of the file is made. It will remain on the file in most states for one or two years. This is of interest to creditors because it reveals recent credit activity

3. **Information** - in public records and collection accounts are also collected by ( or reported ) to these agencies. Public records include courthouse records, bankruptcies, judgements, lawsuits, criminal records, etc.

4. **Credit History** - which includes the name and ID number of each reporting company who makes a report about your credit/debt repayment history. Also included is the date an account was opened, credit limit, current balance, monthly payment amounts and payment frequencies for the last 12-24 months. Records are dated with each request or entry. Other information includes consumer disputes, criminal convictions, individual liability of accounts, co-maker or guarantor of arrangements, secure accounts and charge offs ( when a creditor has reported an unpaid balance as a loss )

5. **Consumer Statements** - a statement - ( not to exceed 100 words ) - regarding any account(s) an individual may wish to more accurately and completely explain.



APP. 0671



# REVOLVING CREDIT
## "Tricks of the Trade"

**INSIGHTFUL BUDGETING**

**1. Universal Default:** Credit card companies monitor your credit report under a universal default clause, looking for reported problems with other creditors. If they believe that your behavior with other creditors signals that you're a greater credit risk. They can increase your interest rate. For instance, your interest rate can sky rocket if your credit score declines because of your behavior with other creditors, even if you always pay your credit card account on time and never miss a payment. Card issuers can raise your rate if an inquiry is made about a car loan or if you get a new credit card.

**2. Change of terms:** Card issuers, under pressure, have claimed they aren't aggressively using universal default; however, many are raising interest rates under change of terms clauses. Credit card terms are always in flux. This means read the small print and chances are that you will find this disclosure; "We reserve the right to change the terms (including APR's) at any time for any reason." A fixed rate is fixed until the bank gives you at least 15 days notice that it isn't and most people don't "notice" the notice because of how it is buried in the fine print.

**3. Teaser Rates:** Teaser rates tease you into applying for that credit card with its incredibly low APR. But that low rate can be increased at any time with the 15 day notice. A temptingly low rate can climb to 30% or more in no time. That low rate you signed up for expires suddenly and you end up paying more on charges you already made.



APP. 0672



# INSIGHTFUL BUDGETING

## Profile Review

### Revolving Credit

• Understanding your lenders minimum payment plan and see it for what it is, highly profitable for them and designed to lengthen the life of your outstanding balance.

• When consumers don't see, don't respond to or don't know how to respond to the unreasonable treatment, it will just continue.

• Credit Card profits are driven by some simple steps that create opportunities for fees, rate increases and reduced principle payments and capturing profit associated with basics of compounding interest in favor of the lender over long periods of time.

• We at Insightful Budgeting will assist you in understanding this process and making the correct structured payments to ensure that you do not get caught up in this never ending circle of debt.

### You and the market

• Revolving credit is highly responsive to showing change given the daily reporting of billions of transactions to the credit bureaus and is inefficiently priced and structured to the disadvantage of the "sweet spot"

• Outstanding consumer revolving debt, of which 95% is estimated to be from credit cards, is over $1 trillion dollars.

• The Average family has 9 credit cards with an average debt of $11,000.

• 150 million Americans have general-purpose credit cards with ongoing access.

• 50 million Americans (referred to as "free riders") by the industry pay off their credit card bill in full each month.

• 100 million US households and individuals carry revolving credit card balances thought a billing cycle.

• The consumer lending industry refers to this group as "revolvers"

• 50 million Americans in the revolving group are not in default and pay the minimum monthly payment or slightly more against balances in excess of 25% of available credit.

• The consumer lending industry, refers to this group as their "sweet spot", the average rate of these consumers being 20% or more.

APP. 0673



# INSIGHTFUL BUDGETING

**Credit Card Information**

## Errors

If there is an error in a consumer's credit report, the credit bureau should be notified immediately. The Fair Credit Reporting Act, the federal law that regulates credit reporting activities, outlines steps to be taken in re-investigation of any possible inaccuracies. The credit bureau is required to re-verify the item in question with the creditor at no cost to the consumer. The law requires that a re-investigation be responded to by a creditor within 30 days. After the re-investigation is complete, the credit reporting agency is obligated to notify the consumer of the outcome. If information in the report has been changed or deleted, the consumer is also entitled to a copy of their revised report at no charge. You must enforce your rights as a consumer. You are also entitled to a free credit report from each of the three (3) credit bureaus annually. If you haven't done this, our staff will help you get this right.

- EQUIFAX: (800) 685-1111 : www.equifax.com
- TRANSUNION: (800) 888-4213 : www.transunion.com
- EXPERIAN: (Formerly TRW) (888) 397-3742 : www.experian.com

## Understanding Your Credit Score

- Your credit score is a number generated by a complicated and secretive formula based on information in your credit report, compared to similar information over 100 million people. The resulting number is promoted by the lenders to be an accurate predictor of how likely you are to pay your bills.
- Very few lenders have developed their own credit scoring models so the consumer credit risk is dominated by one firm - Fair Isaac's - your FICO score! FICO has a near monopoly on communicating your "risk profile" to their paying customers.
- If this sounds overly detailed and unimportant, you couldn't be more wrong. Credit scores are used extensively, and for almost all credit related products. For many large expense items in your life, the price you pay is directly related to your credit score.
- Increasingly, your credit score is being checked for even more basic purchases such as cell phones, apartment rentals, cable TV and many employers do a credit check before hiring a new employee.

APP. 0674



## 💲 INSIGHTFUL BUDGETING

### Guarding your Credit

**Know how your payment is applied** – Most creditors apply the payments first to finance charges and fees, then to the lowest rate category on the card. For example, if you have a purchase category at 12.9%, a balance transfer category at 5.99%, and cash advance category at 23.99%. When you make your monthly payment it will be applied to the balance transfer first, allowing the other higher rate categories to build up as much interest as possible. That's the trick the lenders use to capitalize on the different rates. (**Tip:** contact the lender to find out if they allow re-adjustments of the payment to other categories. Most will not, however, some will allow you to send in a separate payment to affect the higher APR balance giving you the opportunity to save).

**Just say no to new purchase only promos** – This is a trick by the lender to lock up your current balance at the higher rate and to also bait you into spending more money. Only take advantage of this type of promo if you don't carry an existing balance.

**Watch out for balance transfer offers** – The key here is to look at the length of the offer, the rate and the fees you will pay for the transfer. You must also take into consideration the cost of the fees and if it will offset the savings of the transfer or not. Another option would be to transfer to an empty card for the biggest benefit. If there is an existing balance, you then must calculate the cost at which that balance will grow until you pay the balance off and see if there is still savings instead of a cost.

**Avoid cash advances** – If you must use a cash advance, contact the lender first to see if they can direct deposit funds into your checking account and if so, are there any promos available. Please remember, this category grows faster than any other and usually has the highest APR, which can not be negotiated.

**Beware of reward cards** – These cards offer perks that you may not use as often as you might dream of doing and remember, the lenders are not going to give you something that will cost them in the end. These cards usually have higher APR's and a lot of times come with annual membership fees as well. It's often better to switch out to a standard type of card and enjoy the savings from lack of annual fees and a lower APR or pay the card in full each month and enjoy all the rewards without paying the higher rates. Lenders will try and trick you into these cards by making them sound more glorious than they really are. You might think 1% cash back sounds really good, however, having a much higher APR will offset that savings.

**Always check your statements** – Review your statement each month. Check for changes to your APR, and make sure you watch your credit limits. Some tricks the creditors like to do is lower your credit limits without notice.

…continue….

APP. 0675



## Guarding your Credit (Continued)

This will make it look like you always have a high utilization on your card, and could possibly things on your credit score as well as the behavior of other creditors. Along with the credit limits, the APR can change without notice as well. Most lenders have a clause in the terms and conditions allowing this to happen. It's usually best to keep a 3-6 month archive of your statements; you never know when they will come in handy.

**Credit Protection Programs** – These are the programs sold to you in case of job loss, injury or any other event that may qualify. Make sure you read everything with these types of programs. Be sure to find out how much you are actually covered for and what are the "outs" for the creditors to not pay. Sometimes there are circumstances that arise when you meet the typical reason to cash in on these protection programs; however, there may be extra hidden prerequisites that accompany those initial qualifications. A trick from the lender is to quote a low price per amount to make it seem like these programs do not cost much. Example, they may tell you it's only $0.89 for every $100.00 This means if you have a balance of $10,000 the cost would be $89.00 monthly. If your APR is 13.9% and your minimum payment is 2%, which is $200.00, and your finance charge is $116.00, that's a difference of $84.00 going to your principle. Then you apply the $89.00 each month, your balance would be going up by $5.00, costing you more in the long run.

**Change of terms** – Watch out! These are usually found in your statements each month. They will give you an advance warning of things to come. Most of the time these changes are negative, meaning your APR is about to increase or your limit is about to decrease. Most of the lenders will allow you to "opt out" of the changes; however, this means a sacrifice of the card and its usability. Remember not all lenders will close the account when you "opt out" of the change in terms. Some will leave the account open and if you forget and place a charge on the account that will act as an acceptance of the new change of terms. (**Tip:** if you "opt out" of a card to keep the lower rate, destroy the card to keep from the accidental use and automatic acceptance of the new terms that you've opted out from.)

**Store Cards** – Just because the card has the same name as the store on it does not mean it will save you the most money. Most store cards carry a much higher APR. These cards might come with benefits like 10-15% off your purchase, but this could be offset by the (21% average for a store card) APR and most store cards do not adjust or negotiate the rates. Some cards will offer you a 0% promo on purchases of a certain amount charged or more for 6-18 months. The trick in this case is that if you do not pay down the entire promotional balance during that time frame the interest will go retro-active. (**Tip:** If you must use these cards pay them in full each month to avoid the high finance charges or make sure you clear out the balance before the promo offer expires, even if that means transferring the balance to a standard card at a lower APR.)

APP. 0676

Credit card companies have a very simple motivation: **Money!** Keeping you in debt for as long as possible to insure they can charge you interest on your outstanding balance. Our program at Insightful Budgeting is very simple as we'll. Combat this cycle of your outstanding debt by empowering our clients with tools and education on credit usage to enable you as our client to get out of debt 3-5 times faster, if not faster than what your current situation will allow you to do.

One of the ways credit card companies keep consumers in debt for long periods of time is by the use of the remaining balance minimum payment method. The minimum monthly payment that creditors require on your statement that you receive each month is calculated as a percentage or payment factor of your outstanding balance after the interest has been applied to your account. This percentage or payment factor is usually 2-3 percent contingent upon the lending institution that has provided the account to the consumer. Believe it or not, in some situations the minimum monthly payment is not enough to cover the interest charged for that period. The sad reality being that, although you could be making your payments on time and in full, you're actually going further into debt.

By way of example, we will show you how this works using the information you provided about one of your credit cards. We will use the one that will take the longest to pay off if you follow the credit card company's plan. The card we will focus on is the **PNC** card. The annual interest rate is **12.0** percent. Your monthly finance charge for this card is **1.0** percent. This is simply the annual interest rate divided by 12. Since the outstanding balance for this card was **10,819.92**, the finance charge for the initial month is **108.11**. Your total payment for the same month is **216.00** so the portion of your payment which is actually being applied to your principal is **107.89**.

What makes matters worse is that the amount going to principle each month decreases since the minimum payment decreases. If the same proportion of your minimum payment applied to your balance each month, it would still take over 10 months to pay off this single debt. But the amount applied to principle actually decreases each month as your minimum payment decreases. This keeps the balance alive much longer than necessary. Actually, the higher the interest rate and/or balance, the longer it will take to pay off the debt. It can be 3 or more times longer than if the same **216.00** was applied to your debt each and every month. This is a primary reason so many people find themselves in situations where their credit card payments have taken center stage in their finances. Isn't it time to retake control of your financial future?

As you are well aware, knowledge is power! By increasing your awareness, as well as providing you with ongoing assistance through your membership with our service we will help you reach your goal of being debt-free and credit conscious.

APP. 0677



HOME BUDGETING

INSIGHTFUL BUDGETING

## Personal Budgeting and Finance:

Most consumers in the United States have trouble paying their everyday personal bills, not because they don't have the money, but due to improper budgeting of their money. Every day, thousands of consumers face financial crises at some point in their lives. Financial crises can be caused from personal illness, family illness, the loss of a job, death in family, or the most common, overspending.

We live in a society that has taught us to "buy now, pay later." This method has caused consumers to overspend and allowed them to become "knee-deep in debt." Consumers need to take control of their spending and realize that their financial situation can be overcome with proper planning and budgeting.

The first step that a consumer should do is to prepare a personal budget, which will identify these two areas:

• How much money (income) they deposit into their bank every week, every two weeks or a month; and
• How much money they spend on living expenses each month. The goal in a personal budget is to make sure that your monthly living expenses do not exceed your monthly income.

## Personal Budget:

A personal budget is a spreadsheet that shows you the flow of money in your    everyday life. A budget can help you determine where you are overspending as    well as help you adjust bad spending habits. A budget is comprised of three areas:

• **Net Income** - Means your salary, wages, child or alimony support, social    security, pension, investment earning, etc. Net income is the amount you bring home after deductions (such as taxes, insurance, pension    contributions). Net income is used to maintain a personal budget, which pays all your living expenses in your everyday life.

• **Living Expenses** - Means your house or rent payment, food, utilities,    insurance (auto, life & health), education, auto payments, gasoline, credit cards, loans, entertainment, etc.

• **Savings** - This is the amount of money that is left when you take    your monthly net income minus your monthly living expenses. As    a rule of thumb, you should be saving 10% of your income each month into a bank account or    other investment vehicle.

APP. 0678

## Cash Flow::

When you prepare a personal budget you can predict monthly net income and monthly living expenses. When you minus monthly living expenses from monthly net income, you can monitor your cash flow. Understanding your cash flow will allow you to have "disposable net income" each month for savings, vacations, gifts, etc.

## Disposable Income:

Disposable net income is the amount of money that you are left with after you pay all your monthly living expenses from your monthly net income. Most consumers have a "deficit" each month instead of disposable net income.

## A Deficit:

A deficit is where your monthly living expenses amount to more than your monthly net income. Many consumers use their future paycheck to pay for pastdue bills and living expenses. Sticking to a well-planned personal budget can help you avoid a deficit.

## Tracking Your Spending:

The most common and simplest way to track spending is to take a piece of paper (or use a computer) and write down all your monthly living expenses and other monthly bills. Based on your monthly net income, you should set "target amounts" per month for living expenses (such as $200 for food, $100 for entertainment, etc.). By setting target amounts, you can monitor each month where you are overspending. Overspending leads to financial problems.

## Figure Out Your Living Expenses Each Month:

You can start by listing all of your fixed expenses each month (such as housing, auto, insurance, food, etc.) as well as non-fixed expenses (entertainment, personal care, auto repairs, medical, travel, etc.). The best way to predict your non-fixed expenses is to look at your check register for the past six months. This will give you a rough idea where to set target amounts for non-fixed expenses.

## Should I Be Saving Each Month?:

Consumers should discipline themselves to save a minimum of 10% of their monthly net income. If you can save more, we encourage you. This 10% savings should be put into a separate bank account from the account you pay bills from. Keep in mind that banks make it very easy to access your money through ATM machines. This savings account should not be tied to your ATM card.his will give you a rough idea where to set target amounts for non-fixed expenses.

APP. 0679

## Should I Have For An Emergency?:

You never know when an emergency will strike (loss of job, death in family, new   car, etc.). It is always recommended that you plan for an emergency. The most   common emergency that may occur in your life is a loss of job. As a rule of thumb   you should open an emergency fund account at your bank and you should set   aside "two times" your monthly living expenses. Meaning, if your monthly living   expenses are $1,500 a month, you need to have $3,000 saved in your emergency   fund account.

## Is It Good To Keep All My Money In A Checking Account?:

No. Checking accounts should only be used to pay monthly living expenses   and other bills as they become due. It is recommended that you set up several   accounts for different uses of your money. Here are some of the following   accounts that you might consider setting up:.

• **Personal Checking Account** - This account should be   used to pay all monthly living expenses and other personal   bills. You should always deposit all your net income checks   into this account and transfer to other accounts as needed.

• **Entertainment Fund Account** - Each month, as you   receive your net income check(s), you should transfer your   target amount that you allocated for your entertainment   into this account. The main reason for this is so you don't   overspend your entertainment amount. If you know that there is only a certain number of dollars in your account,   you will adjust your spending and your lifestyle.

• **Money Market Savings Account** - Each month as you   receive your net income check(s), you should transfer a   minimum of 10% of that income into this savings account.   This money can be for a down payment of a home, fund an   education, pay for a wedding, purchase a new car or pay for   a vacation. Whatever it may be, you can rest assured that   each month you are building a nest egg for the future.

• **Emergency Fund Account** - If possible, each month   you should put a portion (five percent) of your net income   into this account. An emergency can strike at any time. You   and your family need to be prepared in that event. Also, in   this account you should deposit monthly payments for bills   that are paid quarterly, bi-annually or annually (such as   car registration, insurance, property taxes, etc.). By putting   money away each month you will keep current when bills   are due and you won't be stressing out at the last minute   wondering how you plan to pay the bill.

NOTE: All these accounts listed above can be set up at any major bank. Ask your   bank representative for details.

## Controlling Your Spending and Budget:

You will need to control your emotions and impulses as they stimulate your   desire to spend money. Also, you should keep close track of what you spend every   day. Ask yourself, "What can I realistically do without? Maybe I should bring my   lunch instead of eating out." You should start looking at your budget and see if   you can cut costs on your "fixed" monthly living expenses. In addition, you should   always be able to cut back on personal care, hobbies and entertainment. Don't   stop completely, just cut back. This alone should increase your monthly cash   flow.

APP. 0680



**INSIGHTFUL BUDGETING**

## Purchasing a New Car:

Tip - The first step in purchasing a new car is to select a car that has a low purchase price combined with low financing. Second, make sure that the car gets good gas mileage and has low maintenance upkeep. By selecting a car with all these guidelines you will save hundreds of dollars in insurance.

Tip - Shop around. Some dealerships have a larger inventory than others, which means they are a volume dealership. Volume dealerships need to make sales quotas each month. They will usually sell a car for $300 to $500 over factory invoice.

Tip - Terms to remember. Car dealerships usually have specific terms that you should learn when negotiating a purchase of a new car. Here are some of the terms to remember:

• **Invoice Price** is the manufacturer's initial charge to the dealership. This price is set high from the manufacturer to the dealership because the manufacturer offers rebates, allowances, discounts, and incentive awards. Also the invoice price includes destination and delivery from the manufacturer to the dealership. Note: Since destination and delivery is already added, make sure that the dealership doesn't add it again to the sales contract.

• **Base Price** is the cost of the car without manufacturer or dealership options. Base price will include all standard equipment and warranty from the manufacturer. This base price information is printed on the Monroney sticker.

• **Monroney Sticker Price** will show the base price, installed options from the manufacturer, manufacturers suggested retail price, manufacturer's transportation charge, and the gas mileage per gallon. This Monroney Sticker Price is required by federal law to be stuck to the car window and can only be removed by the purchaser.

• **Dealer Sticker Price** is another sticker in addition to the Monroney Sticker Price, which outlines any options installed by the dealership, dealership preparation, undercoating and lastly, the dealership markup (profit).

**APP. 0681**

Tip - Financing. We live in a world where dealerships and banks unite and make it easy to purchase a car the same day at the dealership. Dealerships, usually have a dozen or more lenders to offer a consumer, depending on the consumer's credit history. The best financing usually comes from the manufacturer directly. Other affordable financing can be obtained from credit unions, and in some cases, your bank. When negotiating to finance a new car, you should consider these areas: The monthly payment, the length of the loan, and the APR on the loan. Keep in mind that the total amount you pay on the car depends on the price you negotiate, the APR, and the length of the loan.

Tip - Cooling off period. This means that when you sign a contract to purchase a new car, you are obligated to that car and you own it. Make sure that this is the car you want.

## Purchasing a Used Car:

Tip 1 - price with the retail price in a "Kelly Blue Book," which can be obtained at most banks, credit unions, libraries, or on the internet at www.kbb.com.

Tip 2 - Always have a certified mechanic inspect the used car. Make sure that your mechanic is knowledgeable with the make and model of the used car. Check the papers on the car, and make sure that it is not a salvaged car.

Tip 3 - When purchasing a used car it is recommended that you purchase from a well-known dealership that has been in business for several years and is well established in your community. Dealerships must disclose warranties, if any, as well as problems whereas a private party may not.

## Auto Leasing:

Tip 1 - Most consumers lease cars because of the low monthly payment. Leasing is not always the best way to pay for a car. If you drive a lot, either locally or long distance, a lease is not for you. Leasing is good for people that drive short distances locally.

Tip 2 - Leasing a car can be very complicated. Here is an inside view on cost associated with vehicle leasing.

· **The beginning of a lease. At the beginning of a lease** The beginning of a lease. At the beginning of a lease, you may have to pay the dealer in advance your first monthly payment, a refundable security deposit, and, in some cases, your last monthly payment. In addition, you will pay other fees such as licensing, registration, title, a capitalized cost reduction (know as a down payment), an acquisition fee, freight or destination charges, and state or local taxes. The beginning cost in a lease could add up to thousands of dollars.

· **During the lease.e** Once you sign the lease contract, you will be responsible to make the monthly payments and any additional sales or personal property taxes that were not included in your monthly payment. In addition to your monthly payment, you will have to pay insurance premiums, ongoing maintenance costs, inspection costs, any traffic tickets, and any fees for late payments. If you turn in your lease before it is up, you will pay a large early termination fee. This fee could be thousands of dollars.

APP. 0682

- **The end of the lease.** Assuming that you have made all the required   monthly payments, you may have to pay these costs when turning in your car,   a disposition fee, and charges for excess miles and excess wear and tear. The   other option to eliminating these fees and charges is to purchase the leased   vehicle out right.

## Banking And Credit - Checking Accounts:

Tip - Selecting the right checking account with low or no minimum balance   requirements can save you more than $100 a year in bank fees. When comparing banks, make sure to ask for a list of monthly and yearly charges on   their checking accounts.

Tip - Direct deposit. Most banks and credit unions will lower or waive checking   account fees if you have your paychecks deposited directly into your checking   account by your employer. This method is convenient and allows you to have   immediate access to your money, a great plus for you.

## Credit Cards:

Tip - If you can afford to pay off your entire credit card balance each month,   you could save hundreds, even thousands, of dollars in interest charges.

Tip - If you carry a balance on your credit cards, as a rule of thumb to help   you power down your balance, you should take the minimum payment called   for on your statement and add it to the current finance charge and make   that your "new" minimum payment. By doing so, you are paying the creditor   their finance charge (satisfying their profit) and the rest will be applied to the   principal balance. This will get you out of debt quickly.

## Auto Loans:

Tip - If you have significant savings earning a low interest rate, consider   making a large down payment or even paying for the car in cash. This could save   you several thousands of dollars in finance charges.

Tip - Shopping for an auto loan could save you hundreds of dollars in   finance charges. You should contact several banks, credit unions and the auto   manufacturer's own finance company.

APP. 0683

# First Mortgage Loans:

Tip - By securing a shorter-term mortgage, you could save tens of thousands of dollars in interest charges. Remember, however, a shorter-term mortgage will have a higher monthly payment than a longer-term mortgage. For example: If you have a $100,000 mortgage loan with an eight percent fixed annual interest rate, you will save around $90,000 in interest on a 15-year mortgage loan than on a 30-year mortgage loan. If you can afford it, a shorter-term mortgage is the better choice.

Tip - You should shop around for the lowest interest rate mortgage loan with the fewest points being added. For example: If you lower a 15-year fixed $100,000 mortgage loan to eight percent interest, you could save more than $5,000 in interest charges. On this same $100,000 mortgage loan, if you pay two points instead of three points, you could save an additional $1,000. Just by shopping around you could save thousands in interest charges and points.

## Housing - Home Purchase:

Tip - Purchasing a home will be the biggest decision in your financial life. You should seek advice and help from a qualified mortgage broker who works for you, not the seller. You should ask the broker if they are showing you a property that they have listed. If so, you should consider another broker, avoiding any conflict of interest.

Tip - If you are purchasing a pre-owned home, you should hire a certified home inspector or inspection company to examine the property before you consider making an offer on it.

## Renting:

Tip - When signing a lease agreement to rent an apartment, condo, or house, make sure that you plan to live their for at least six months to a year. If you want a better monthly payment rate, you will most likely have to sign a six month or a one-year lease. If you only want a month-to-month rental agreement, then you should plan on paying a higher monthly payment.

## Home Improvement:

Tip - If you are considering any type of home improvements to your residence, you should only hire well-established licensed contractors that specialize in that home improvement. You could save thousands of dollars by using several contractors instead of one. Make sure that you obtain a written and signed estimate from each contractor and a written date of job completion.

Tip - Never sign a contract that requires payment in full or pay a contractor in full before the work is done. You should work out a payment schedule as work is completed. Also, save the last payment until the job is complete to your satisfaction.

APP. 0684

## Utilities Electricity:

Tip - You can save hundreds of dollars a year by replacing or purchasing new appliances, air conditioners and furnaces that are energy efficient. Energy efficiency information is usually located on the Energy Guide label on the major appliance. This label is required by federal law.

Tip - Most utility companies have "load management" and "off-hour rate" programs that you can enroll in. These programs through your utility company could save you up to $100 a year in costs. Contact your electricity company for more information.

## Home Heating:

Tip - You should check your attic, attic stairway, attached garage walls, and basement to make sure that your home is properly insulated to the Department of Energy recommended levels in your area. Call your utility company and see if they can help you determine if your home meets the recommended levels.

Tip - You should consider wrapping your hot water heater with an insulating jacket.

Tip - Call your utility company and ask them if they can inspect your heat pump, furnace, or boiler to make sure it is working properly.

Tip - Call a heating and air conditioning company to make sure that your air ducts are cleaned, sealed, and insulated. By doing this, you will ensure that the airflow distribution system serving your heating equipment is operating at its peak for efficiency.

## Local Telephone Service:

Tip - You should check your attic, attic stairway, attached garage walls, and basement to make sure that your home is properly insulated to the Department of Energy recommended levels in your area. Call your utility company and see if they can help you determine if your home meets the recommended levels.

Tip - You should consider wrapping your hot water heater with an insulating jacket.

Tip - Call your utility company and ask them if they can inspect your heat pump, furnace, or boiler to make sure it is working properly.

Tip - Call a heating and air conditioning company to make sure that your air ducts are cleaned, sealed, and insulated. By doing this, you will ensure that the airflow distribution system serving your heating equipment is operating at its peak for efficiency.

APP. 0685

## Local Telephone Service:

Tip - Call your local phone company and ask them which phone plan can save you the most money, a flat rate or measured service plan.

Tip - If possible, you should always purchase your home telephones instead of leasing them.

Tip - Check your phone bill each for out-of-the-ordinary calls and phone call minutes. Also, check your bill and see what service options are being charged to your account. In most cases there will be options that you can eliminate. By eliminating unneeded options, you could save $40 or more a year.

## Shopping - Food:

Tip - Whenever possible, you should shop at lower-priced food stores instead of convenience stores. Convenience stores usually charge higher prices.

Tip - When shopping, always shop by a list, not by impulse. When you stick to list you can control your budgeting and spending. A list will help you spend less. If possible, try to avoid shopping with children. Children want snacks and toys, and this could increase your spending.

## Prescription Drugs:

Tip - Whenever possible, you should purchase generic drugs rather than brand name drugs. You should seek the advice of the pharmacist on the different drugs available for your condition.

Tip - If you are taking medication for a long period of time you could save hundreds of dollars by purchasing through mail order from a reputable company in the United States. Check with your local Food and Drug Administration (FDA) office or visit the FDA website at www.fda.gov for a listing of mail order drug companies.

APP. 0686

## Discount Buying Clubs:

Tip - If ordering anything by phone, be alert! If you are made an offer you are not interested in, make sure that you are very clear in refusing it. If not, you may find charges on your credit card bill.

Tip - If you receive a package in the mail and you did not order it, you need to look at it and read the information. This package may come with a free trial offer membership. If you do not call and cancel the offer within a certain number of days, you may find yourself enrolled in a membership program and find charges on your credit card bill.

## Nine Steps To Help You Meet Your Planning Goals

Step 1 - Use a computer to get organized. You should consider purchasing a financial software package like "Quicken" or "QuickBooks" to organize and list all of your monthly bills, home furnishings, assets, bank accounts and investments.

Step 2 - Prepare a livable household budget. Budgeting is the key to living a life free of debt. A proper budget will allow you to track monthly expenses as well as control spending.

Step 3 - Prepare for emergencies. You need to set aside a minimum a two months' worth of income in a savings account. Emergencies can pop up when you

**APP. 0687**

# Nine Steps To Help You Meet Your Planning Goals

Step 1 - Use a computer to get organized. You should consider purchasing a financial software package like "Quicken" or "QuickBooks" to organize and list all of your monthly bills, home furnishings, assets, bank accounts and investments.

Step 2 - Prepare a livable household budget. Budgeting is the key to living a life free of debt. A proper budget will allow you to track monthly expenses as well as control spending.

Step 3 - Prepare for emergencies. You need to set aside a minimum a two months' worth of income in a savings account. Emergencies can pop up when you.

Step 4 - Review your will and keep it updated. If you do not have a will, it's critical that you have one prepared, particularly if you have children. It's important to review your will each year and update, especially if you have had a child since you last review your will. You should contact an attorney for information on wills, or you can contact pre-paid legal companies like Pre-paid Legal and LawStar.com.

Step 5 - Take control of your credit cards. If you are making minimum payments each month, it could take you over 20 years to get out of debt. Consider speaking to a credit counseling agency for consolidating credit cards into one payment as well as setting up a repayment plan with lower payments and interest with your creditors.

Step 6 - Establish savings. Goals help you focus on priorities and offer a vision of what you really want out of life. Whether it's your retirement, a house, a car or that vacation, you need to start preparing today.

Step 7 - Set-up an investment account. Where to start? The place to start is with your employer. Make sure that you enroll in the company's 401 (k) retirement plan.

Step 8 - Build your net worth and track your investments. Retirement always comes sooner than you plan. Some experts believe that Social Security will be bankrupt by the year 2015. If this is true, you need to take control of building your net worth and making sure that you spend your money wisely on items that will build net worth; real estate, stocks, bonds, CD's, annuities, etc. Buying cars, water sport toys, jewelry, etc., does not build true net worth. These items are luxuries that usually depreciate in value.

Step 9 - Protect your family, home and assets with insurance. Life insurance is designed to protect what you have worked so hard in your life to build, which is true net worth. It's important that your family maintains your true net worth in the event of death. Most people today don't have enough life insurance to fully protect their true net worth. For example, if your annual income is $60,000, you should purchase 10 times your income of insurance, which would be $600,000 of life insurance. The younger you are, the less expensive it will be.

APP. 0688