Purchasing a New Car:

Tip - The first step in purchasing a new car is to select a car that has a low purchase price combined with low financing. Second, make sure that the car gets good gas mileage and has low maintenance upkeep. By selecting a car with all these guidelines you will save hundreds of dollars in insurance.

Tip - Shop around. Some dealerships have a larger inventory than others, which means they are a volume dealership. Volume dealerships need to make sales quotas each month. They will usually sell a car for $300 to $500 over factory invoice.

Tip - Terms to remember. Car dealerships usually have specific terms that you should learn when negotiating a purchase of a new car. Here are some of the terms to remember:

• **Invoice Price** is the manufacturer's initial charge to the dealership. This price is set high from the manufacturer to the dealership because the manufacturer offers rebates, allowances, discounts, and incentive awards. Also the invoice price includes destination and delivery from the manufacturer to the dealership. Note: Since destination and delivery is already added, make sure that the dealership doesn't add it again to the sales contract.

• **Base Price** is the cost of the car without manufacturer or dealership options. Base price will include all standard equipment and warranty from the manufacturer. This base price information is printed on the Monroney sticker.

• **Monroney Sticker Price** will show the base price, installed options from the manufacturer, manufacturers suggested retail price, manufacturer's transportation charge, and the gas mileage per gallon. This Monroney Sticker Price is required by federal law to be stuck to the car window and can only be removed by the purchaser.

• **Dealer Sticker Price** is another sticker in addition to the Monroney Sticker Price, which outlines any options installed by the dealership, dealership preparation, undercoating and lastly, the dealership markup (profit).

APP. 0774

Tip - Financing. We live in a world where dealerships and banks unite and make it easy to purchase a car the same day at the dealership. Dealerships, usually have a dozen or more lenders to offer a consumer, depending on the consumer's credit history. The best financing usually comes from the manufacturer directly. Other affordable financing can be obtained from credit unions, and in some cases, your bank. When negotiating to finance a new car, you should consider these areas: The monthly payment, the length of the loan, and the APR on the loan. Keep in mind that the total amount you pay on the car depends on the price you negotiate, the APR, and the length of the loan.

Tip - Cooling off period. This means that when you sign a contract to purchase a new car, you are obligated to that car and you own it. Make sure that this is the car you want.

## Purchasing a Used Car:

Tip 1 - price with the retail price in a "Kelly Blue Book," which can be obtained at most banks, credit unions, libraries, or on the internet at www.kbb.com.

Tip 2 - Always have a certified mechanic inspect the used car. Make sure that your mechanic is knowledgeable with the make and model of the used car. Check the papers on the car, and make sure that it is not a salvaged car.

Tip 3 - When purchasing a used car it is recommended that you purchase from a well-known dealership that has been in business for several years and is well established in your community. Dealerships must disclose warranties, if any, as well as problems whereas a private party may not.

## Auto Leasing:

Tip 1 - Most consumers lease cars because of the low monthly payment. Leasing is not always the best way to pay for a car. If you drive a lot, either locally or long distance, a lease is not for you. Leasing is good for people that drive short distances locally.

Tip 2 - Leasing a car can be very complicated. Here is an inside view on cost associated with vehicle leasing.

• **The beginning of a lease. At the beginning of a lease** The beginning of a lease. At the beginning of a lease, you may have to pay the dealer in advance your first monthly payment, a refundable security deposit, and, in some cases, your last monthly payment. In addition, you will pay other fees such as licensing, registration, title, a capitalized cost reduction (know as a down payment), an acquisition fee, freight or destination charges, and state or local taxes. The beginning cost in a lease could add up to thousands of dollars.

• **During the lease.e** Once you sign the lease contract, you will be responsible to make the monthly payments and any additional sales or personal property taxes that were not included in your monthly payment. In addition to your monthly payment, you will have to pay insurance premiums, ongoing maintenance costs, inspection costs, any traffic tickets, and any fees for late payments. If you turn in your lease before it is up, you will pay a large early termination fee. This fee could be thousands of dollars.

APP. 0775

**• The end of the lease.** Assuming that you have made all the required monthly payments, you may have to pay these costs when turning in your car, a disposition fee, and charges for excess miles and excess wear and tear. The other option to eliminating these fees and charges is to purchase the leased vehicle out right.

## Banking And Credit - Checking Accounts:

Tip - Selecting the right checking account with low or no minimum balance requirements can save you more than $100 a year in bank fees. When comparing banks, make sure to ask for a list of monthly and yearly charges on their checking accounts.

Tip - Direct deposit. Most banks and credit unions will lower or waive checking account fees if you have your paychecks deposited directly into your checking account by your employer. This method is convenient and allows you to have immediate access to your money, a great plus for you.

## Credit Cards:

Tip - If you can afford to pay off your entire credit card balance each month, you could save hundreds, even thousands, of dollars in interest charges.

Tip - If you carry a balance on your credit cards, as a rule of thumb to help you power down your balance, you should take the minimum payment called for on your statement and add it to the current finance charge and make that your "new" minimum payment. By doing so, you are paying the creditor their finance charge (satisfying their profit) and the rest will be applied to the principal balance. This will get you out of debt quickly.

## Auto Loans:

Tip - If you have significant savings earning a low interest rate, consider making a large down payment or even paying for the car in cash. This could save you several thousands of dollars in finance charges.

Tip - Shopping for an auto loan could save you hundreds of dollars in finance charges. You should contact several banks, credit unions and the auto manufacturer's own finance company.

APP. 0776

## First Mortgage Loans:

Tip - By securing a shorter-term mortgage, you could save tens of thousands of dollars in interest charges. Remember, however, a shorter-term mortgage will have a higher monthly payment than a longer-term mortgage. For example: If you have a $100,000 mortgage loan with an eight percent fixed annual interest rate, you will save around $90,000 in interest on a 15-year mortgage loan than on a 30-year mortgage loan. If you can afford it, a shorter-term mortgage is the better choice.

Tip - You should shop around for the lowest interest rate mortgage loan with the fewest points being added. For example: If you lower a 15-year fixed $100,000 mortgage loan to eight percent interest, you could save more than $5,000 in interest charges. On this same $100,000 mortgage loan, if you pay two points instead of three points, you could save an additional $1,000. Just by shopping around you could save thousands in interest charges and points.

## Housing - Home Purchase:

Tip - Purchasing a home will be the biggest decision in your financial life. You should seek advice and help from a qualified mortgage broker who works for you, not the seller. You should ask the broker if they are showing you a property that they have listed. If so, you should consider another broker, avoiding any conflict of interest.

Tip - If you are purchasing a pre-owned home, you should hire a certified home inspector or inspection company to examine the property before you consider making an offer on it.

## Renting:

Tip - When signing a lease agreement to rent an apartment, condo, or house, make sure that you plan to live their for at least six months to a year. If you want a better monthly payment rate, you will most likely have to sign a six month or a one-year lease. If you only want a month-to-month rental agreement, then you should plan on paying a higher monthly payment.

## Home Improvement:

Tip - If you are considering any type of home improvements to your residence, you should only hire well-established licensed contractors that specialize in that home improvement. You could save thousands of dollars by using several contractors instead of one. Make sure that you obtain a written and signed estimate from each contractor and a written date of job completion.

Tip - Never sign a contract that requires payment in full or pay a contractor in full before the work is done. You should work out a payment schedule as work is completed. Also, save the last payment until the job is complete to your satisfaction.

APP. 0777

## Utilities Electricity:

Tip - You can save hundreds of dollars a year by replacing or purchasing new appliances, air conditioners and furnaces that are energy efficient. Energy efficiency information is usually located on the Energy Guide label on the major appliance. This label is required by federal law.

Tip - Most utility companies have "load management" and "off-hour rate" programs that you can enroll in. These programs through your utility company could save you up to $100 a year in costs. Contact your electricity company for more information.

## Home Heating:

Tip - You should check your attic, attic stairway, attached garage walls, and basement to make sure that your home is properly insulated to the Department of Energy recommended levels in your area. Call your utility company and see if they can help you determine if your home meets the recommended levels.

Tip - You should consider wrapping your hot water heater with an insulating jacket.

Tip - Call your utility company and ask them if they can inspect your heat pump, furnace, or boiler to make sure it is working properly.

Tip - Call a heating and air conditioning company to make sure that your air ducts are cleaned, sealed, and insulated. By doing this, you will ensure that the airflow distribution system serving your heating equipment is operating at its peak for efficiency.

## Local Telephone Service:

Tip - You should check your attic, attic stairway, attached garage walls, and basement to make sure that your home is properly insulated to the Department of Energy recommended levels in your area. Call your utility company and see if they can help you determine if your home meets the recommended levels.

Tip - You should consider wrapping your hot water heater with an insulating jacket.

Tip - Call your utility company and ask them if they can inspect your heat pump, furnace, or boiler to make sure it is working properly.

Tip - Call a heating and air conditioning company to make sure that your air ducts are cleaned, sealed, and insulated. By doing this, you will ensure that the airflow distribution system serving your heating equipment is operating at its peak for efficiency.

APP. 0778

## Local Telephone Service:

Tip - Call your local phone company and ask them which phone plan can save you the most money, a flat rate or measured service plan.

Tip - If possible, you should always purchase your home telephones instead of leasing them.

Tip - Check your phone bill each for out-of-the-ordinary calls and phone call minutes. Also, check your bill and see what service options are being charged to your account. In most cases there will be options that you can eliminate. By eliminating unneeded options, you could save $40 or more a year.

## Shopping - Food:

Tip - Whenever possible, you should shop at lower-priced food stores instead of convenience stores. Convenience stores usually charge higher prices.

Tip - When shopping, always shop by a list, not by impulse. When you stick to list you can control your budgeting and spending. A list will help you spend less. If possible, try to avoid shopping with children. Children want snacks and toys, and this could increase your spending.

## Prescription Drugs:

Tip - Whenever possible, you should purchase generic drugs rather than brand name drugs. You should seek the advice of the pharmacist on the different drugs available for your condition.

Tip - If you are taking medication for a long period of time you could save hundreds of dollars by purchasing through mail order from a reputable company in the United States. Check with your local Food and Drug Administration (FDA) office or visit the FDA website at www.fda.gov for a listing of mail order drug companies.

APP. 0779

## Discount Buying Clubs:

Tip - If ordering anything by phone, be alert! If you are made an offer you are  not interested in, make sure that you are very clear in refusing it. If not, you may  find charges on your credit card bill.

Tip - If you receive a package in the mail and you did not order it, you need  to look at it and read the information. This package may come with a free  trial offer membership. If you do not call and cancel the offer within a certain  number of days, you may find yourself enrolled in a membership program and  find charges on your credit card bill.

## Nine Steps To Help You Meet Your Planning Goals

Step 1 - Use a computer to get organized. You should consider purchasing a  financial software package like "Quicken" or "QuickBooks" to organize and list all  of your monthly bills, home furnishings, assets, bank accounts and investments.

Step 2 - Prepare a livable household budget. Budgeting is the key to living  a life free of debt. A proper budget will allow you to track monthly expenses as  well as control spending.

Step 3 - Prepare for emergencies. You need to set aside a minimum a two  months' worth of income in a savings account. Emergencies can pop up when you

APP. 0780

# Nine Steps To Help You Meet Your Planning Goals

Step 1 - Use a computer to get organized. You should consider purchasing a financial software package like "Quicken" or "QuickBooks" to organize and list all of your monthly bills, home furnishings, assets, bank accounts and investments.

Step 2 - Prepare a livable household budget. Budgeting is the key to living a life free of debt. A proper budget will allow you to track monthly expenses as well as control spending.

Step 3 - Prepare for emergencies. You need to set aside a minimum a two months' worth of income in a savings account. Emergencies can pop up when you.

Step 4 - Review your will and keep it updated. If you do not have a will, it's critical that you have one prepared, particularly if you have children. It's important to review your will each year and update, especially if you have had a child since you last review your will. You should contact an attorney for information on wills, or you can contact pre-paid legal companies like Pre-paid Legal and LawStar.com.

Step 5 - Take control of your credit cards. If you are making minimum payments each month, it could take you over 20 years to get out of debt. Consider speaking to a credit counseling agency for consolidating credit cards into one payment as well as setting up a repayment plan with lower payments and interest with your creditors.

Step 6 - Establish savings. Goals help you focus on priorities and offer a vision of what you really want out of life. Whether it's your retirement, a house, a car or that vacation, you need to start preparing today.

Step 7 - Set-up an investment account. Where to start? The place to start is with your employer. Make sure that you enroll in the company's 401 (K) retirement plan.

Step 8 - Build your net worth and track your investments. Retirement always comes sooner than you plan. Some experts believe that Social Security will be bankruptcy by the year 2015. If this is true, you need to take control of building your net worth and making sure that you spend your money wisely on items that will build net worth; real estate, stocks, bonds, CD's, annuities, etc. Buying cars, water sport toys, jewelry, etc... does not build true net worth. These items are luxuries that usually depreciate in value.

Step 9 - Protect your family, home and assets with insurance. Life insurance is designed to protect what you have worked so hard in your life to build, which is true net worth. It's important that your family maintains your true net worth in the event of death. Most people today don't have enough life insurance to fully protect their true net worth. For example, if your annual income is $60,000, you should purchase 10 times your income of insurance, which would be $600,000 of life insurance. The younger you are, the less expensive it will be.

APP. 0781

# <u>EXHIBIT D</u>



**OFFICE OF THE ATTORNEY GENERAL**
Consumer Protection Division

3507 East Frontage Road (Suite 325)
Tampa, FL 33607
Phone (813) 287-7950      Fax (813) 281-5515
*http://www.myfloridalegal.com*

**PAM BONDI**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

## QUESTIONNAIRE - AG CASE# L14-3-1062

LAST NAME_____ FIRST NAME_____

ADDRESS_____

CITY_____STATE_____ ZIP_____

PHONE _____EMAIL_____

YOUR COMPLAINT WAS AGAINST_____
NAME OF BUSINESS

AMOUNT(S) PAID_____

DATE OF PAYMENT(S)_____

WHAT SERVICE/PRODUCT WERE YOU TOLD THE COMPANY WOULD PROVIDE?

_____

_____

_____

_____

_____

WHAT SERVICE/PRODUCT DID THE COMPANY PROVIDE?

_____

_____

_____

_____

_____

EXHIBIT
D

**APP. 0783**

WERE YOU SATISFIED WITH THE COMPANY'S SERVICE/PRODUCT?

_____

_____

_____

_____

_____

**PLEASE CHECK <u>ONE</u> OF THE FOLLOWING:**

- ☐ I HAVE REQUESTED A REFUND FROM THE COMPANY

- ☐ I HAVE REQUESTED A REFUND FROM MY BANK

- ☐ I HAVE REQUESTED A REFUND FROM THE COMPANY AND FROM MY BANK

- ☐ I HAVE **NOT** REQUESTED A REFUND FROM THE COMPANY OR FROM MY BANK

**PLEASE CHECK <u>ONE</u> OF THE FOLLOWING:**

- ☐ I HAVE **NOT** RECEIVED A REFUND FROM THE COMPANY OR FROM MY BANK

- ☐ I RECEIVED A FULL REFUND FROM THE COMPANY

- ☐ I RECEIVED A FULL REFUND FROM MY BANK

- ☐ I RECEIVED A PARTIAL REFUND FROM THE COMPANY _____
  $ AMOUNT

- ☐ I RECEIVED A PARTIAL REFUND FROM MY BANK _____
  $ AMOUNT

_____          _____
SIGNATURE                                              DATE

**EMAIL TO:**                        **OR**    **MAIL TO:**
yasser.dandashly@myfloridalegal.com              Office of Attorney General
                                                 Attn: Yasser Dandashly
                                                 Consumer Protection Division
**AG# L14-3-1062**                               3507 East Frontage Road, Suite 325
                                                 Tampa, FL 33607

# EXHIBIT E

**Department of Health • Vital Statistics**

## STATE OF FLORIDA
## MARRIAGE RECORD
TYPE IN UPPER CASE
USE BLACK INK
This license not valid unless seal of Clerk,
Circuit or County Court, appears thereon.

(STATE FILE NUMBER)

## 2011 ML 2015769
(APPLICATION NUMBER)

### APPLICATION TO MARRY

| 1. GROOM'S NAME (First, Middle, Last) | | | 2. DATE OF BIRTH (Month, Day, Year) |
|---|---|---|---|
| STEVEN DOUGLAS SHORT | | | ▮▮/1977 |

| 3a. RESIDENCE - CITY, TOWN, OR LOCATION | 3b. COUNTY | 3c. STATE | 4. BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|
| SEMINOLE | PINELLAS | FL | LOUISIANA |

| 5a. BRIDES NAME (First, Middle, Last) | | 5b. MAIDEN SURNAME (If different) | 6. DATE OF BIRTH (Month, Day, Year) |
|---|---|---|---|
| KARISSA LYNN DYAR | | | ▮▮/1982 |

| 7a. RESIDENCE - CITY, TOWN, OR LOCATION | 7b. COUNTY | 7c. STATE | 8. Birthplace (State or Foreign Country) |
|---|---|---|---|
| SEMINOLE | PINELLAS | FL | FLORIDA |

WE THE APPLICANTS NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF OR HERSELF, STATE THAT THE INFORMATION PROVIDED ON THIS RECORD IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US AND HEREBY APPLY FOR LICENSE TO MARRY.

| 9. SIGNATURE OF GROOM (Sign full name using black ink) | 10. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE) |
|---|---|
| > | 11/04/2011 |
| 11. TITLE OF OFFICIAL | 12. SIGNATURE OF OFFICIAL (Use black ink) |
| DEPUTY CLERK | > |
| 13. SIGNATURE OF BRIDE (Sign full name using black ink) | 14. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE) |
| > | 11/04/2011 |
| 15. TITLE OF OFFICIAL | 16. SIGNATURE OF OFFICIAL (Use black ink) |
| DEPUTY CLERK | > |

### LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. THIS LICENSE MUST BE USED ON OR AFTER THE EFFECTIVE DATE AND ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

| 17. COUNTY ISSUING LICENSE | 18. DATE LICENSE ISSUED | 18a. DATE LICENSE EFFECTIVE | 19. EXPIRATION DATE |
|---|---|---|---|
| PINELLAS | 11/04/2011 | 11/07/2011 | 01/06/2012 |

| 20a. SIGNATURE OF COURT CLERK OR JUDGE | 20b. TITLE | 20c. BY D.C. |
|---|---|---|
| > | CLERK OF THE CIRCUIT COURT | KJJ |

### CERTIFICATE OF MARRIAGE

I HEREBY CERTIFY THAT THE ABOVE NAMED GROOM AND BRIDE WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

| 21. DATE OF MARRIAGE (Month, Day, Year) | 22. CITY, TOWN, OR LOCATION OF MARRIAGE |
|---|---|
| 11-11-11 @ 1:11 pm | Bonemoll, FL |

23a. SIGNATURE OF PERSON PERFORMING CEREMONY (Use black ink)

Notary Public - State of Florida
KEN CHRISTIE
My Comm... March 29, 2014
...sion # DI 929905

23b. NAME AND TITLE OF PERSON PERFORMING CEREMONY
Kathleen Christie
# DD929905

23c. ADDRESS (Of person performing ceremony)
11420 Oval Dr W. LAPO FL 33774

| 24. SIGNATURE OF WITNESS TO CEREMONY (Use black ink) |
|---|
| > Sam Kuiaki |

| 25. SIGNATURE OF WITNESS TO CEREMONY (Use black ink) |
|---|
| > Kaapa Bash |

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
This ___ day of February 2015
KEN BURKE
Clerk of Circuit Court & Comptroller
By ___
Deputy Clerk

EXHIBIT
E

# **EXHIBIT F**

Judith / Dianne Charon
██████████
Ionia, MI 48846

Dear Judith / Dianne,                                September 30, 2013

It is with great enthusiasm that we at Your Household Budget welcome you as a client to our services as well as our family! We pride ourselves on empowering our clients with the knowledge and services that will enable them to reach their financial goals to live free of debt and promote a sound financial future. We promote a "Results" driven environment throughout our organization to ensure we provide a value to our clientele without ever losing the attention to detail you should expect but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then ever to budget and maximize the use of our income in an effort to plan for ones future. We would like to congratulate you for taking the first step toward a debt free, stress free, and financially sound future! We look forward to providing our services as well as our client support to you!

Sincerely,

From our family at **Your Household Budget**

**Your Household Budget**
**4644 West Gandy Blvd Suite 4-109**
**Tampa, FL 33611**
**866-460-7467**

EXHIBIT

F



L�me Mcclean
████████████████████
Brunswick, GA 31525


Dear Lenora,                                              June 5, 2014


It is with great enthusiasm that we at Skilled Budgeting welcome you as a client to
our services as well as our family! We pride ourselves on empowering our clients
with the knowledge and services that will enable them to reach their financial
goals to live free of debt and promote a sound financial future. We promote a
"Results" driven environment throughout our organization to ensure we provide a
value to our clientele without ever losing the attention to detail you should expect
but more importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!


Sincerely,


From our family at **Skilled Budgeting**


**Skilled Budgeting**
**10460 Roosevelt Blvd N Suite 275**
**St. Petersburg, FL 33716**
**888-827-6531**

Roberta Hartnett

█████████

Pensacola, FL 32504

Dear Roberta,                                         August 23, 2013

It is with great enthusiasm that we at Reduced Expenses welcome you as a client
to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at **Reduced Expenses**

**Reduced Expenses**
**13799 Park Blvd N Suite 278,**
**Seminole, FL 33776**
**877-330-4115**

*Attorney General*
*8/26/13 to Pam Bondi's office.*

**APP. 0790**

V_____ Mosley _____
Orlando, FL 32822

Dear Vashiti,                                                    April 18, 2014

It is with great enthusiasm that we at Decisive Budgeting welcome you as a client
to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at **Decisive Budgeting**

**Decisive Budgeting**
**405 S. Dale Mabry Hwy Suite 131**
**Tampa, FL 33609**
**877-926-1193**

# **EXHIBIT G**

```
           The UPS Store - #615
          4532 West Kennedy Blvd
             Tampa, FL 33609
             (813) 286-7775

          04/09/14  05:40 PM
```

|||||||||||||||||||||||||||||||||||||||||||||

```
001 063001 (004)        T1 $    0.00
    Key Fee          NR
002 062201 (004)        T1 $  264.00
    FS Business Small NR QTY 12
    Reg Unit Price    $   22.00
    Start Date 04/09/14 End Date 04/09/15
003 064001 (004)        T1 $    0.00
    24 Hour Access    NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 04/09/14 End Date 04/09/15
004 064002 (004)        T1 $    0.00
    Call In Service   NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 04/09/14 End Date 04/09/15
005 064004 (004)        T1 $    0.00
    Pkg Notify - Emai NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 04/09/14 End Date 04/09/15
006 063003 (004)        T1 $   20.00
    Set Up Fee       NR

                SubTotal  $ 284.00
             SalesTax (T1) $  19.88
                   Total  $ 303.88

             Debit Card  $ 303.88
Mailbox Services Transaction:
    Mailbox # 223
    Customer STEVEN SHORT


Thank You STEVEN SHORT

Receipt ID 82813708559197889802 050 Items
CSH: Lexie         Tran: 3635 Reg: 002


                 Sale

              ***********1079
Debit Entry Method: Swiped
Acct Type: Checking

Trace:00872061      Appr Code:104661
Retrieval #:00000007   Batch #:099001

Amount                $ 303.88
                      ==========
Merchant Total        $ 303.88

            Approved
          CENTER COPY
```

**APP. 0793**

**EXHIBIT**

**G**

The UPS Store Center 0615
4532 West Kennedy Blvd
Tampa, FL 33609


04/09/2014 05:40:52 PM  Reg:002  Tran:3635


## Journal View

```
099174052
099174052 04/09/14 0615 002 3635 02      05:40 PM
099174052 CLERK # 8687 Lexie Medina
099174052 Processing MBM WQ ID 3822
099174052 MBM Customer STEVEN DOUGLAS SHORT
099174052 POS Customer: STEVEN SHORT
099174052 001 063001 (004)            T1 $   0.00
099174052     Key Fee            NR
099174052 002 062201 (004)            T1 $ 264.00
099174053     FS Business Small NR QTY 12
099174053     Reg Unit Price   $   22.00
099174053     Start Date 04/09/14 End Date 04/09/15
099174053 003 064001 (004)            T1 $   0.00
099174053     24 Hour Access    NR QTY 12
099174053     Reg Unit Price   $    0.00
099174053     Start Date 04/09/14 End Date 04/09/15
099174053 004 064002 (004)            T1 $   0.00
099174053     Call In Service   NR QTY 12
099174053     Reg Unit Price   $    0.00
099174053     Start Date 04/09/14 End Date 04/09/15
099174053 005 064004 (004)            T1 $   0.00
099174053     Pkg Notify - Emai NR QTY 12
099174053     Reg Unit Price   $    0.00
099174053     Start Date 04/09/14 End Date 04/09/15
099174053 006 063003 (004)            T1 $  20.00
099174053     Set Up Fee         NR
099174111 Operator confirmed NR Items with customer
099174121 Got Debit response, code=A,AuthCode=104661
099174121 Debit Auth Trace    : 00872061
099174121 Debit Auth Batch    : 099001
099174121 Debit Auth Retrieval : 00000007
099174122            SubTotal  $ 284.00
099174122       SalesTax (T1)  $  19.88
099174122            Total     $ 303.88
099174122        Debit Card    $ 303.88
099174122 Mailbox Services Transaction:
099174122  Mailbox # 223
```

**APP. 0794**

The UPS Store Center 0615
4532 West Kennedy Blvd
Tampa, FL 33609

04/09/2014 05:40:52 PM  Reg:002  Tran:3635

## Journal View

```
099174122   Customer STEVEN SHORT
099174122   MBM CustomerID 1663
099174122   MBM WQ ID 3822
099174122 Thank You STEVEN SHORT
099174122 RECEIPT ID# 82813708559197889802
099174128 EJ: End Of Tran
099174128 Lexie Medina Signed Off
099180919 Lexie Medina Signed On
```





727 393 2184

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 04/09/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.)<br><br>4532 West Kennedy Blvd #223 | | |
| --- | --- | --- | --- |
| | 3b. City<br>Tampa | 3c. State<br>FL | 3d. Zip + 4<br>33609 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s):<br><br>No |
| --- | --- |
| a. Name<br>The UPS Store #615 | |
| b. Address (No., street, apt./ste. no.)<br>4532 West Kennedy Blvd | |

| c. City<br>Tampa | d. State<br>FL | e. Zip + 4<br>33609 |
| --- | --- | --- |

| 6. Name of Applicant<br>STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste.<br>10486 VALENCIA RD | | |
| --- | --- | --- | --- |
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>SEMINOLE | 7c. State<br>FL | 7d. Zip + 4<br>33772 |
| | 7e. Applicant Telephone Number (Include area code)<br>727-393-2184 | | |
| a. FL ID #0230 | 9. Name of Firm or Corporation<br>ADMINISTRATIVE MANAGEMENT DBA PREPARE BUDGETING | | |
| | 10a. Business Address (No., street, apt./ste. no.)<br>6822 22ND AVE | | |
| b. AAA #2419 | 10b. City<br>ST PETERS | 10c. State<br>FL | 10d. Zip + 4<br>33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>(727) 393-2184 | | |
| | 11. Type of Business<br>IT | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>STEVEN SHORT | | |
| --- | --- | --- |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br>N/A | 14. If business name (corporation or trade name) has been registered, give name and address of county and state, and date of registration.<br><br>pinellas |
| --- | --- |
| | FL          11/1/2008 |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer showing title |
| --- | --- |

PS Form   1583   December 2004   (Page 1 of 2)          APP. 0797 (7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

# Mailbox Service Agreement

## Customer Information

Name:   STEVEN DOUGLAS SHORT

Company:   PREPARE BUDGETING

Address:   10486 VALENCIA RD

| City:   SEMINOLE | State:   FL | ZIP:   33772 |
|---|---|---|

| Business Telephone: | Home Telephone:   727-393-2184 |
|---|---|
| Fax: | Mobile Telephone: |
| E-mail Address:   WICKED2ND@YAHOO.COM | Text Messaging ID: |

## Mailbox Information

| Mailbox Number:   223 | Mailbox Size:   Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$0.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$0.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$0.00__ . Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0799

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___5___ days of notification will be subject to a storage fee of __$5.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____ )

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Customer Signature: _____          Date:     4/9/2014

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 4/9/2014 |
| How did the customer hear about us?     Newspaper | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0800**

United States Postal Service

**Application for Delivery of Mail Through Agent**

See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 04/09/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) <br><br> STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.) <br><br> 405 South Dale Mabry HWY #131 | | |
| --- | --- | --- | --- |
| | 3b. City <br> Tampa | 3c. State <br> FL | 3d. Zip + 4 <br> 33609 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name <br> The UPS Store #4255 | No |
| b. Address (No., street, apt./ste. no.) <br> 405 South Dale Mabry HWY | |

| c. City <br> Tampa | d. State <br> FL | e. Zip + 4 <br> 33609 |
| --- | --- | --- |

| 6. Name of Applicant <br> STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. <br> 10486 VALENCIA RD | | |
| --- | --- | --- | --- |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City <br><br> SEMINOLE | 7c. State <br><br> FL | 7d. Zip + 4 <br><br> 33772 |
| | 7e. Applicant Telephone Number (Include area code) <br> 7273932184 | | |
| a. FL DRIVERS LICENSE #█████████ | 9. Name of Firm or Corporation <br> ADMINISTRATIVE MANAGMENT (DECISIVE BUDGETING) | | |
| b. AAA #█████████████ | 10a. Business Address (No., street, apt./ste. no.) <br> 405 S DALE MABRY HIGHWAY | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City <br><br> TAMPA | 10c. State <br><br> FL | 10d. Zip + 4 <br><br> 33609 |
| | 10e. Business Telephone Number (Include area code) <br> (727) 393-2184 | | |
| | 11. Type of Business <br> WEB & IT | | |

12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

STEVEN SHORT

| 13. If a CORPORATION, Give Names and Addresses of Its Officers <br> N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. <br> N/A |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title) |
| --- | --- |

PS Form 1583 December 2004 (Page 1 of 2) **APP. 0801** (7530-01-000-9365)

# Mailbox Service Agreement

## Customer Information

Center Number: __4255__

Name: STEVEN SHORT

Company:

Address: 10486 VALENCIA RD

| City: SEMINOLE | State: FL | ZIP: 33772 |
|---|---|---|

| Business Telephone: 7273932184 | Home Telephone: 7273932184 |
|---|---|
| Fax: | Mobile Telephone: 7273932184 |
| E-mail Address: wisked2nd@yahoo.com | Text Messaging ID: 7273932184@vtext.com |

## Mailbox Information

| Mailbox Number: 131 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$0.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no refunds or refunds for cancellation of any service. Customer agrees to pay a late fee of __$0.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$0.00__. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0802

The UPS Store Center 4255
405 South Dale Mabry HWY
Tampa, FL 33609

04/09/2014 05:13:09 PM  Reg:001  Tran:5093

**Journal View**
```
099171309
099171309 04/09/14 4255 001 5093 01      05:13 PM
099171309 CLERK # 5216 DELANEY OWEN
099171309 Processing MBM WQ ID 3219
099171309 MBM Customer STEVEN SHORT
099171309 POS Customer: STEVEN SHORT
099171309 001 063001 (004)              T1 $    0.00
099171309     Key Fee              NR
099171310 002 062201 (004)              T1 $  260.04
099171310     FS Business Small NR QTY 12
099171310     Reg Unit Price    $   21.67
099171310     Start Date 04/09/14 End Date 04/09/15
099171310 003 064001 (004)              T1 $    0.00
099171310     24 Hour Access    NR QTY 12
099171310     Reg Unit Price    $    0.00
099171310     Start Date 04/09/14 End Date 04/09/15
099171310 004 064002 (004)              T1 $    0.00
099171310     Call In Service   NR QTY 12
099171310     Reg Unit Price    $    0.00
099171310     Start Date 04/09/14 End Date 04/09/15
099171310 005 064004 (004)              T1 $    0.00
099171310     Pkg Notify - Emai NR QTY 12
099171310     Reg Unit Price    $    0.00
099171311     Start Date 04/09/14 End Date 04/09/15
099171311 006 064005 (004)              T1 $    0.00
099171311     Pkg Notify - Text NR QTY 12
099171311     Reg Unit Price    $    0.00
099171311     Start Date 04/09/14 End Date 04/09/15
099171311 007 064007 (004)              T1 $    0.00
099171311     Mail Notify - Ema NR QTY 12
099171311     Reg Unit Price    $    0.00
099171311     Start Date 04/09/14 End Date 04/09/15
099171311 008 064008 (004)              T1 $    0.00
099171311     Mail Notify - Tex NR QTY 12
099171311     Reg Unit Price    $    0.00
099171311     Start Date 04/09/14 End Date 04/09/15
099171311 009 063003 (004)              T1 $   20.00
```

**APP. 0803**

The UPS Store Center 4255
405 South Dale Mabry HWY
Tampa, FL 33609

04/09/2014 05:13:09 PM  Reg:001  Tran:5093

## Journal View

```
099171311    Set Up Fee         NR
099171315 Operator confirmed NR Items with customer
099171346              SubTotal  $ 280.04
099171346          SalesTax (T1) $  19.60
099171346                 Total  $ 299.64
099171346                  Cash  $ 300.00
099171346                Change  $   0.36-
099171346 Mailbox Services Transaction:
099171346  Mailbox # 131
099171346  Customer STEVEN SHORT
099171346  MBM CustomerID 1255
099171346  MBM WQ ID 3219
099171346 Thank You STEVEN SHORT
099171347 RECEIPT ID# 83027708557859889888
099171350 EJ: End Of Tran
099171357 DELANEY OWEN Signed Off
099173841 DELANEY OWEN Signed On
```

APP. 0804



Florida *The Sunshine State*
**DRIVER LICENSE CLASS E**

STEVEN DOUGLAS
SHORT
10496 VALENCIA RD
SEMINOLE, FL 33772-7509
DOB ▓▓▓▓ 1977  SEX M
ISSUED ▓▓▓ 2009
EXP ▓▓▓ 2017

ISSUED 12-14-2009

Operation of a motor vehicle constitutes consent to any sobriety test required by law.



AAA

Emergency Road Service
**(800) 222-4357**
AAA.com/Help

CLUB CODE   MEMBERSHIP NUMBER

MEMBER SINCE   VALID THRU
2011   JUL 01 2014

*Plus*

STEVE SHORT

United States Postal Service
# Application to Act as a Commercial Mail Receiving Agency

1. Date

## TO: POSTMASTER

In registering with the Postal Service to act as an agency to receive delivery of mail of others, the agent agrees to the following: (1) the Commercial Mail Receiving Agency (CMRA) must have on file a Form 1583, *Application for Delivery of Mail Through Agent*, for each addressee or firm receiving mail at the agency; (2) a CMRA must represent its delivery address as a private mailbox; (3) the CMRA is not authorized to accept Registered Mail from their clients for mailing, the Post Office is the only acceptable mailing point; (4) the CMRA must be in full compliance with *Domestic Mail Manual* (DMM) 508.1.8.1 through 508.1.8.4 and other applicable postal requirements to receive delivery of mail from the Postal Service; and (5) when any information required on this form changes, the CMRA owner or manager must file a revised application with the postmaster.

**NOTE:** The CMRA owner or manager must execute this form in duplicate in the presence of the postmaster or designee. The CMRA owner or manager retains the signed duplicate copy and signs in this space

to signify receipt and understanding of applicable DMM regulations regarding delivery of mail to a CMRA by the Postal Service. This application may be subject to verification procedures by the Postal Service to confirm that the CMRA owner or manager resides at the permanent home address listed below, and that identification presented in box 10 is valid. Failure to comply with DMM 508.1.8.1 through 508.1.8.4 and all other applicable Postal Service requirements may subject the agency to withholding of mail until corrective action is taken.

2. Name of Commercial Mail Receiving Agency (CMRA) *(Corporation or Trade Name)*

3. Name of CMRA Owner/Manager

Administrative Management LLC
Complete budgeting

4. Street Address of CMRA *(Number, street, city, state, and ZIP Code)*

5. P.O. Box Address of CMRA *(include city, state, and ZIP Code)*

Aungla
Carissa

6. CMRA Telephone Number

(727) 293-2184

7. Permanent Home Address of CMRA Owner/Manager *(Number, street, city, state, and ZIP Code)*

6078 22nd Ave N
St Pete FL 33710

8. Home Telephone Number of CMRA Owner/Manager

(    )

9. Agency Manager or Contact *(Name and telephone number)*

(    )

**WARNING:** The furnishing of false or misleading information on this form, or omission of material information, may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

See Privacy Act Statement on Reverse

10. Two types of identification are required. One must contain a photograph of the CMRA owner or manager. Social Security cards, credit cards, and birth certificates are unacceptable as identification. The postmaster or designee must write in type of identifying information.

  a.                          b.

11. Signature of CMRA Owner or Manager and Date

12. Signature of Postmaster or Designee and Date

Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university or recognized corporate identification card; Passport, alien registration card or certificate of naturalization; current lease, a mortgage, or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by postmaster or designee for verification.

PS Form **1583-A**, June 2011

This form is on the Internet at *www.usps.com*.

APP. 0806





# APPLICATION FOR MAILBOX RENTAL

Rental Term: _____

Rental Fee: 200/mnth

The address best used by the Applicant is as follows:

#386 W/ #379
1200/mnth 50 Key depo.

_____

This agreement made on 10-17-13 between Steven Short , "Applicant", and Goin' Postal, shall be governed by these terms to which each party agrees:

By completing this agreement and United States Postal Service Form 1583, a copy of which will be made available to the United States Postal Service, Applicant appoints Goin' Postal as his/her agent for the receipt of mail for a period not to exceed that for which rent has been paid in advance. Goin' Postal will provide access to Applicant's mailbox by loaning a key to his/her mailbox for which the Applicant will pay a deposit of $_____ (dollars).

The keys loaned to the Applicant remain the property of Goin' Postal and shall not be duplicated or modified in any way by the Applicant. Applicant shall be refunded the key deposit upon the return of the keys within ten (10) days of the termination of his/her agreement. Failure to return the keys within ten (10) days will automatically forfeit the key deposit.

Possession of a mail receiving key shall be considered valid evidence that the possessor is duly authorized to remove any contents from any mail receiving provided under this Agreement.

Applicant understands that Goin' Postal facilities and services may not be used for any illegal or illegitimate purposes or for any purposes prohibited by U.S. postal regulations.

Once Applicant's mail has been placed in his/her assigned mailbox, the mail shall be deemed to have been delivered to Applicant. Goin' Postal shall not be responsible for failure of the United States Postal Service to deliver mail, or to deliver it at a particular time, or in undamaged condition.

Applicant agrees to use the provided services in accordance with these rules and in compliance with all U.S. Postal regulations; as well as local, state and federal statutes and regulations. Failure to do so may result in cancellation of service without notice.

Applicant agrees that Goin' Postal may terminate or cancel this Agreement for good cause at any time by providing Applicant thirty (30) day written notice. Good cause shall include, but is not limited to: abandonment; use for criminal, illegal or illegitimate activity; failure to pay monies owed Goin' Postal; use of mail receiving inconsistent with this Agreement, receipt of unreasonable volume of mail; and non-performance of the terms of this Agreement. Renewal of this Agreement for additional terms shall be at Goin' Postal's sole discretion.

All information provided by the Applicant on this form is confidential and will not be disclosed to anyone without the Applicant's prior consent, except for law enforcement purposes. Goin' Postal intends to cooperate fully with appropriate law enforcement officials in the event of any investigation, including but not limited to access to mailbox, and packages and mail contained within it.

In the event that the Applicant consistently receives substantially more mail than can be placed in his/her assigned mailbox, it may be required that the Applicant rent a larger size mailbox or additional mailboxes.

Applicant agrees to protect, indemnify and hold harmless Goin' Postal, its owners, agents, and employees from and against any and all claims, demands, and causes of action of any nature whatsoever relative to the use of facilities and services provided, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession; from damage to or loss of mail receiving contents by any cause whatsoever and from any violation by customer of applicable federal, state or local laws. Any expense incurred in the defense against Goin' Postal shall be reimbursed by the Applicant. APPLICANT HEREIN AGREES THAT THE TOTAL LIABILITY OF GOIN' POSTAL FOR ANY AND ALL CLAIMS IS LIMITED TO $50.00 REGARDLESS OF THE NATURE OF THE CLAIM (INITIAL _____).

Certified, registered and insured mail or parcels will be accepted unless otherwise notified by Applicant. Any postage due letters or parcels will be returned to sender. C.O.D. parcels will be accepted only if full payment of C.O.D. shipments is paid for in advance.

In the event that Goin' Postal commits or fails to commit any act which results in the disruption of service to the Applicant, and the Applicant hereby suffers a loss, Goin' Postal shall be liable to no more than rental fees paid by the Applicant for service not yet rendered. Goin' Postal shall not be liable for incidental or consequential damages as a result of its performance as agent for Applicant.

Fees for mailbox rental are due and payable in advance. Failure to pay fees when due may result in disruption or cancellation of services. Goin' Postal does not prorate its fees and does not provide refunds in the event the Applicant cancels service prior to its agreed upon expiration.

Upon termination of services by Goin' Postal for failure to pay rent in advance, Goin' Postal shall have no responsibility to make Applicant's mail available without payment. Applicant understands that the United States Postal Service will not forward his/her mail via "address change form" and will not return to sender. At termination of service if Applicant wishes to receive any mail delivered to this location, he/she must provide a forwarding address and a deposit for mail forwarding fees. In the event the Applicant fails to comply, Goin' Postal shall retain any such mail for not more than thirty (30) days, after which it will be destroyed, returned to sender or whatever Goin' Postal deems necessary.

10-17-13

_____      _____
Signature of Goin' Postal Mailbox Applicant          Date

**APP. 0808**

.2013 3:23 PM      Sales Receipt #33616
.e: 1

REPRINTED



**Goin' Postal Pinellas Park**
9753 66th Street
Pinellas Park, FL 33782
727-3⁶⁹-6564
Thanks ... Goin' Postal
Nancy Thornton (Owner)

Cashier:

| Item # | Qty | Price | Ext Price |
|---|---|---|---|
| 8020 | 2 | $5.00 | $10.00 |
| Key Deposit | | | |
| 481 | 6 | $12.00 | $72.00 |
| Mail Box Rental Larg | | | |
| 481 | | $12.00 | $72.00 |
| Mail Box Rental La | | | |
| | Subtotal: | | $154.00 |
| Local Sales Tax | 0 % Tax: | | + $0.00 |
| | RECEIPT TOTAL: | | $154.00 |

Credit Card: $154.00
Visa
Entry: Manual

Auth:152938/TranID:3067701

Goin' Postal stores will accept drop off items with
pre-paid postage affixed. However, will not accept
responsibility or liabilty in the event of damage or
loss. Nor will we trace or file carrier claims for those
articles. Additional terms and conditions apply and
are available upon request.

Certain services, including US Postal Rates, may be
subject to a retail surcharge. Goin' Postal locations
are independently owned and operated by
franchisees of Goin' Postal Franchise Corporation.
Services and hours may vary by location.



33616

10/17/2013 3:23 PM      Sales Receipt #33616
Store: 1

REPRINTED



**Goin' Postal Pinellas Park**
9753 66th Street
Pinellas Park, FL 33782
727-369-6564
Thanks for Goin' Postal
Nancy Thornton (Owner)

Cashier:

| Item # | Qty | Price | Ext Price |
|---|---|---|---|
| 8020 | 2 | $5.00 | $10.00 |
| Key Deposit | | | |
| 481 | 6 | $12.00 | $72.00 |
| Mail Box Rental Larg | | | |
| 481 | 6 | $12.00 | $72.00 |
| Mail Box Rental Larg | | | |
| | Subtotal: | | $154.00 |
| Local Sales Tax | 0 % Tax: | | + $0.00 |
| | RECEIPT TOTAL: | | $154.00 |

Credit Card: $154.00
Visa
Entry: Manual

Auth:152938/TranID:3067701

Goin' Postal stores will accept drop off items with
pre-paid postage affixed. However, will not accept
responsibility or liabilty in the event of damage or
loss. Nor will we trace or file carrier claims for those
articles. Additional terms and conditions apply and
are available upon request.

Certain services, including US Postal Rates, may be
subject to a retail surcharge. Goin' Postal locations
are independently owned and operated by
franchisees of Goin' Postal Franchise Corporation
Services and hours may vary by location.



33616

**APP. 0809**

# APPLICATION FOR MAILBOX RENTAL

Rental Term: 12.00/ mrtth

Rental Fee: _____

The address best used by the Applicant is as follows:

#379 W#386

This agreement made on 10-17-13 between Steven Short , "Applicant", and Goin' Postal, shall be governed by these terms to which each party agrees:

By completing this agreement and United States Postal Service Form 1583, a copy of which will be made available to the United States Postal Service, Applicant appoints Goin' Postal as his/her agent for the receipt of mail for a period not to exceed that for which rent has been paid in advance. Goin' Postal will provide access to Applicant's mailbox by loaning a key to his/her mailbox for which the Applicant will pay a deposit of $_____ (dollars).

The keys loaned to the Applicant remain the property of Goin' Postal and shall not be duplicated or modified in any way by the Applicant. Applicant shall be refunded the key deposit upon the return of the keys within ten (10) days of the termination of his/her agreement. Failure to return the keys within ten (10) days will automatically forfeit the key deposit.

Possession of a mail receiving key shall be considered valid evidence that the possessor is duly authorized to remove any contents from any mail receiving provided under this Agreement.

Applicant understands that Goin' Postal facilities and services may not be used for any illegal or illegitimate purposes or for any purposes prohibited by U.S. postal regulations.

Once Applicant's mail has been placed in his/her assigned mailbox, the mail shall be deemed to have been delivered to Applicant. Goin' Postal shall not be responsible for failure of the United States Postal Service to deliver mail, or to deliver it at a particular time, or in undamaged condition.

Applicant agrees to use the provided services in accordance with these rules and in compliance with all U.S. Postal regulations; as well as local, state and federal statutes and regulations. Failure to do so may result in cancellation of service without notice.

Applicant agrees that Goin' Postal may terminate or cancel this Agreement for good cause at any time by providing Applicant thirty (30) day written notice. Good cause shall include, but is not limited to: abandonment; use for criminal, illegal or illegitimate activity; failure to pay monies owed Goin' Postal; use of mail receiving inconsistent with this Agreement, including receipt of unreasonable volume of mail; and non-performance of the terms of this Agreement. Renewal of this Agreement for additional terms shall be at Goin' Postal's sole discretion.

All information provided by the Applicant on this form is confidential and will not be disclosed to anyone without the Applicant's prior consent, except for law enforcement purposes. Goin' Postal intends to cooperate fully with appropriate law enforcement officials in the event of any investigation, including but not limited to access to mailbox, and packages and mail contained within it.

In the event that the Applicant consistently receives substantially more mail than can be placed in his/her assigned mailbox, it may be required that the Applicant rent a larger size mailbox or additional mailboxes.

Applicant agrees to protect, indemnify and hold harmless Goin' Postal, its owners, agents, and employees from and against any and all claims, demands, and causes of action of any nature whatsoever relative to the use of facilities and services provided, including without limitation, any demands, claims and causes of action for personal injury or property damage arising from such use or possession; from damage to or loss of mail receiving contents by any cause whatsoever and from any violation by customer of applicable federal, state or local laws. Any expense incurred in the defense against Goin' Postal shall be reimbursed by the Applicant. APPLICANT HEREIN AGREES THAT THE TOTAL LIABILITY OF GOIN' POSTAL FOR ANY AND ALL CLAIMS IS LIMITED TO $50.00 REGARDLESS OF THE NATURE OF THE CLAIM (INITIAL _____).

Certified, registered and insured mail or parcels will be accepted unless otherwise notified by Applicant. Any postage due letters or parcels will be returned to sender. C.O.D. parcels will be accepted only if full payment of C.O.D. shipments is paid for in advance.

In the event that Goin' Postal commits or fails to commit any act which results in the disruption of service to the Applicant, and the Applicant hereby suffers a loss, Goin' Postal shall be liable to no more than rental fees paid by the Applicant for service not yet rendered. Goin' Postal shall not be liable for incidental or consequential damages as a result of its performance as agent for Applicant.

Fees for mailbox rental are due and payable in advance. Failure to pay fees when due may result in disruption or cancellation of services. Goin' Postal does not prorate its fees and does not provide refunds in the event the Applicant cancels service prior to its agreed upon expiration.

Upon termination of services by Goin' Postal for failure to pay rent in advance, Goin' Postal shall have no responsibility to make Applicant's mail available without payment. Applicant understands that the United States Postal Service will not forward his/her mail via "address change form" and will not return to sender. At termination of service if Applicant wishes to receive any mail delivered to this location, he/she must provide a forwarding address and a deposit for mail forwarding fees. In the event the Applicant fails to comply, Goin' Postal shall retain any such mail for not more than thirty (30) days, after which it will be destroyed, returned to sender or whatever Goin' Postal deems necessary.

_____          _____
Signature of Goin' Postal Mailbox Applicant          Date

## APP. 0810

United States Postal Service®
# Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

#APD-117
1605

| 1. Date | 12/2/13 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

**2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent.** (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)

Anna Schimhour

**3a.** Address to be Used for Delivery (Include PMB or # sign.)
1548 S. Missouri Ave

| 3b. City | 3c. State | 3d. ZIP + 4® |
| Clearwater | FL | 33756 |

**4. Applicant authorizes delivery to and in care of:**

a. Name
Pac N Send Intl LLC

b. Address (No., street, apt./ste. no)
1548 S Missouri Ave

| c. City | d. State | e. ZIP + 4 |
| Clearwater | FL | 33756 |

**5.** This authorization is extended to include restricted delivery mail for the undersigned(s):
Todays Financial Living

**6. Name of Applicant**

**7. Email Address**

**7a.** Applicant Home Address (No., street, apt./ste. no) 6522 22nd Ave
Administrative Management

| 7b. City | 7c. State | 7d. ZIP + 4 |
| St. Pete | FL | 33710 |

**7e.** Applicant Telephone Number (Include area code)

**8.** Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.

a.
FL DL #
███████████

b.
Sprint phone bill
acct # ███████████

Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification.

**9.** Name of Firm or Corporation
Administrativ Managment

**10a.** Business Address (No., street, apt./ste. no)

| 10b. City | 10c. State | 10d. ZIP + 4 |
| | | |

**10e.** Business Telephone Number (Include area code)

**11.** Type of Business

**12.** If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

**13.** If a CORPORATION, Give Names and Addresses of Its Officers

Steve Snow 10486 Valencia Rd Seminole Fl 32772

**14.** If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

**15. Signature of Agent/Notary Public**

Mary Stahl

**16. Signature of Applicant** (If firm or corporation, application must be signed by officer. Show title.)

PS Form 1583, December 2004 (Page 1 of 2) (7530-01-000-9365)

This form on Internet at www.usps.com

**APP. 0811**





**By Phone:**
1-888-211-4727

**Use your Mobile free of charge:**
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

PO Box 8077  London, KY 40742



Detach and return this remittance form with your payment.
Past due amount of $407.80  due immediately. New charges due by Dec 16.

Account Number ▮▮▮▮▮

| Amount due | **$834.40** |
|---|---|
| Amount Enclosed | $ |

PO BOX 54977
LOS ANGELES, CA 90054-0977

AT  01  092895  90915H245  A**3DGT
STEVEN D. SHORT
10486 VALENCIA RD
SEMINOLE, FL 33772-7509

Presorted
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Sprint

457391350  00000042660  000000407800  000000834404



# Mailbox Service Agreement

Center Number: 314

## Customer Information

Name: STEVEN SHORT

Company:

Address: 10486 VALENCIA RD

City: SEMINOLE    State: FL    ZIP: 33772

| Business Telephone: | Home Telephone: 727-393-2184 |
| Fax: | Mobile Telephone: 727-393-2184 |
| E-mail Address: NOEMAIL@NOEMAIL.COM | Text Messaging ID: |

## Mailbox Information

| Mailbox Number: 272 | Mailbox Size: Small |

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of _$25.00_ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of _$0.00_ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of _$10.00_ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of _$20.00_. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of _$40.00_ from month 1, and _$30.00_ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of _$40.00_ per month for the time period in which the Center holds the mail or packages, plus a service fee of _$5.00_ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0814

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___30___ days of notification will be subject to a storage fee of __$5.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____ )

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified except in a writing signed by both parties.

| Customer Signature: | | Date: | 4/9/2014 |
|---|---|---|---|

| For Center Use Only | | | |
|---|---|---|---|
| Authorized Center Representative Signature: | | Date: | 4/9/2014 |
| How did the customer hear about us?    Existing Customer | | | |
| Comments: | | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0815

United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 04/09/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) 3225 South MacDill Avenue, STE #129 #272 | | |
| --- | --- | --- | --- |
| STEVEN SHORT | 3b. City Tampa | 3c. State FL | 3d. Zip + 4 33629-8171 |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| a. Name The UPS Store #314 | Yes | | |
| b. Address (No., street, apt./ste. no.) 3225 South MacDill Avenue, STE #129 | | | |
| c. City Tampa | d. State FL | e. Zip + 4 33629-8171 | no sign for registered mail |
| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10486 VALENCIA RD | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772 |
| | 7e. Applicant Telephone Number (Include area code) 727-393-2184 | | |
| a. FL DL # ▓▓▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation ADMINISTRATIVE MANAGEMENT LLC | | |
| b. AAA # ▓▓▓▓▓▓▓ | 10a. Business Address (No., street, apt./ste. no.) 6822 22ND AVE N | | |
| | 10b. City SAINT PETERSBURG | 10c. State FL | 10d. Zip + 4 33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, government or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) (727) 393-2184 | | |
| | 11. Type of Business | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) STEVEN SHORT | | | |
| 13. If a CORPORATION. Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. PINELLAS FL          1/1/2008 | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |

PS Form 1583   December 2004   (Page 1 of 2)        **APP. 0816** (7530-01-000-9365)

## Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

4-9-14

**United States Postal Service**
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 04/09/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) 3225 South MacDill Avenue, STE #129 #272 | | |
|---|---|---|---|
| STEVEN SHORT | 3b. City Tampa | 3c. State FL | 3d. Zip + 4 33629-8171 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name The UPS Store #314 | Yes |
| b. Address (No., street, apt./ste. no.) 3225 South MacDill Avenue, STE #129 | |

| c. City Tampa | d. State FL | e. Zip + 4 33629-8171 | *no Sign for registered mail* |
|---|---|---|---|

| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10486 VALENCIA RD | | |
|---|---|---|---|
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772 |
| | 7e. Applicant Telephone Number (Include area code) 727-393-2184 | | |
| a. FL DL # ▓▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation LOWERED EXPENSES | | |
| | 10a. Business Address (No., street, apt./ste. no.) 6822 22ND AVE N | | |
| b. AAA # ▓▓▓▓▓▓ | 10b. City SAINT PETERSBURG | 10c. State FL | 10d. Zip + 4 33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) (727) 393-2184 | | |
| | 11. Type of Business | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) |
|---|
| STEVEN SHORT |

| 13. If a CORPORATION. Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|

PS Form 1583 December 2004 (Page 1 of 2)

**APP. 0818**

(7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

4-9-14



Emergency Road Service
**(800) 222-4357**
AAA.com/Help

CLUB CODE    MEMBERSHIP NUMBER

LOYAL
MEMBER SINCE   VALID THRU
2011            **JUL 01 2014**

*Plus.*

## STEVE SHORT



**Florida** *Sunshine State*

**DRIVER LICENSE CLASS E**

STEVEN DOUGLAS
SHORT
10486 VALENCIA RD
SEMINOLE, FL 33772-7509
DOB            1977   SEX M
ISSUED         009  HGT 6-0
EXPIRE         -2017
REST
ENDORSE
REPLACED 12-14-2009

943 0435, F.S.

Operation of a motor vehicle constitutes consent to any sobriety test required by law.

# Mailbox Service Agreement

## Customer Information

| | | |
|---|---|---|
| Name: | Steven Short | |
| Company: | Administrative Management LLC | |
| Address: | 6822 22nd Ave | |
| City: | St Pete | State: FL | ZIP: 33710- |
| Business Telephone: (727)399-2184 | Home Telephone: ( ) - Same | |
| Fax: ( ) - | Mobile Telephone: ( ) -Same | |
| E-mail Address: sems.processing@gmail.com | Text Messaging ID: | |

sems.processing@gmail.com

## Mailbox Information

| | |
|---|---|
| Mailbox Number: 275 | Mailbox Size: Medium Business |

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of <u>$25.00</u> (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of <u>$0.00</u> (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of <u>$15.00</u> if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of <u>$25.00</u>. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of <u>$35.00</u> for month 1, and <u>$115.00</u> for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's payment in advance of a storage fee of <u>$25.00</u> per month for the time period in which the Center holds the mail or packages, plus a service fee of <u>$0.00</u> for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make

The UPS Store® and Mail Boxes Etc.® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location.

Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0821**

arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within **5** days of notification will be subject to a storage fee of **$5.00** per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13 Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer <u>must</u> use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0822**

# Mailbox Service Agreement

Customer Signature: _[signature]_      Date: 2-5-2014 / /

| For Center Use Only | |
|---|---|
| Authorized Center Representative Signature: _Marylu A Hare_ | Date: 2/5/2014 |
| How did the customer hear about us? | |
| Comments: | |

The UPS Store® and Mail Boxes Etc.® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location.

Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

Page 3

**APP. 0823**

United States Postal Service
Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 2-5-2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) |
| --- | --- |
| | 10460 Roosevelt Blvd # 275 |

| 2. (cont.) | 3b. City | 3c. State | 3d. Zip + 4 |
| --- | --- | --- | --- |
| Skilled Budgeting (Steven Short) | St. Petersburg | FL | 33716 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name | No |
| The UPS Store #1331 | |
| b. Address (No., street, apt./ste. no.) | |
| 10460 Roosevelt Blvd | |

| c. City | d. State | e. Zip + 4 |
| --- | --- | --- |
| St. Petersburg | FL | 33716 |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste. |
| --- | --- |
| Steven Short | 10486 Valencia Rd |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City | 7c. State | 7d. Zip + 4 |
| --- | --- | --- | --- |
| | Seminole | FL | 33772 |

| 8. (cont.) | 7e. Applicant Telephone Number (Include area code) |
| --- | --- |
| a. # FL DR License ▇▇▇▇ | 727-393-2184 |

| | 9. Name of Firm or Corporation |
| --- | --- |
| b. # AAA ▇▇▇▇ | Administrative Management LLC |

| | 10a. Business Address (No., street, apt./ste. no.) |
| --- | --- |
| | 6822 22nd Ave N |

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c. State | 10d. Zip + 4 |
| --- | --- | --- | --- |
| | St Pete | FL | 33710 |

| | 10e. Business Telephone Number (Include area code) |
| --- | --- |
| | 727 393-2184 |

| | 11. Type of Business |
| --- | --- |
| | Tech |

12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)
N A

| 13. If a CORPORATION. Give Names and Addresses of Its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
| --- | --- |
| N A | N A |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |
| Mary A Haus | |

PS Form 1583 December 2004 (Page 1 of 2)    **APP. 0824**    (7530-01-000-9365)

## Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

The UPS Store - #1331
10460 Roosevelt Blvd
St. Petersburg, FL 33716
(727) 579-0700
******* DUPLICATE RECEIPT *******

02/05/14  04:14 PM

We are the one stop for all your
shipping, postal and business needs.

Visit our store website for online print!
Ask about our Pack & Ship Guarantee!

| | | |
|---|---|---|
| 001 062202 (004) | | T1 $ 307.20 |
| TS Business Medium NR QTY 12 | | |
| Reg Unit Price | $  25.60 | |
| 002 063003 (004) | | T1 $  25.00 |
| Set Up Fee | NR | |

|  |  |
|---|---|
| Subtotal | $ 332.20 |
| 7% Sales Tax (T1) | $  23.25 |
| Total | $ 355.45 |
| VISA | $ 355.45 |

ACCOUNT NUMBER *       ***********1079
Appr Code:  (S) Sale
Mailbox Services Transaction:
Mailbox # 275
Customer STEVEN SHORT

Thank You STEVEN SHORT

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

Receipt ID 823993009120248897T3 015 Items
CSH: MARYLOU         Tran: 2427 Reg: 002

Track Your Packages  At
www.theupsstorelocal.com/1331

Whatever your business and personal
needs, we are here to serve you.

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772


03/21/2013 03:37:15 PM  Reg:001  Tran:3941


## Journal View

```
080153715
080153715 03/21/13 1538 001 3941 03     03:37 PM
080153715 CLERK # 1942 Tony McCoy
080153715 Processing MBM WQ ID 2619
080153715 MBM Customer ADMINISTRATIVE MANAGEMENT AND
080153715 POS Customer: ADMINISTRATIVE AND DESIGN LL
080153715 001 063001 (004)            T1 $   0.00
080153715     Key Fee          NR
080153715 002 062201 (004)            T1 $ 135.00
080153715     FS Business Small NR QTY 6
080153716     Reg Unit Price    $   22.50
080153716     Start Date 04/01/13 End Date 10/01/13
080153716 003 064001 (004)            TO $   0.00
080153716     24 Hour Access   NR QTY 6
080153716     Reg Unit Price    $    0.00
080153716     Start Date 04/01/13 End Date 10/01/13
080153716 004 064002 (004)            TO $   0.00
080153716     Call In Service  NR QTY 6
080153716     Reg Unit Price    $    0.00
080153716     Start Date 04/01/13 End Date 10/01/13
080153716 005 063003 (004)            TO $  25.00
080153716     Set Up Fee        NR
080153720 Operator confirmed NR Items with customer
080153730              SubTotal  $ 160.00
080153730        7% Sales Tax (T1)  $   9.45
080153731             Total  $ 169.45
080153731             VISA  $ 169.45
080153731 ACCOUNT NUMBER *    ***********7085
080153731 Appr Code:   (S)  Sale
080153731 Mailbox Services Transaction:
080153731  Mailbox # 263
080153731  Customer ADMINISTRATIVE AND DESIGN LLC
080153731  MBM CustomerID 1609
080153731  MBM WQ ID 2619
080153731 Thank You ADMINISTRATIVE AND DESIGN LLC
080153731 RECEIPT ID# 8337969868950388342
080153735 EJ: End Of Tran
```

APP. 0827

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

06/24/2013 06:03:39 PM  Reg:002  Tran:3745

## Journal View

```
175180339
175180339 06/24/13 1538 002 3745 04     06:03 PM
175180339 CLERK # 4747 Jody Gutillo
175180339 Processing MBM WQ ID 2743
175180339 MBM Customer ADMINISTRATIVE MANAGEMENT AND
175180339 POS Customer: ADMINISTRATIVE AND DESIGN LL
175180339 001 062201 (004)          T1 $ 180.00
175180339    FS Business Small NR QTY 9
175180339    Reg Unit Price    $  20.00
175180339    Start Date 10/01/13 End Date 07/01/14
175180339 002 064001 (004)          T0 $   0.00
175180339    24 Hour Access   NR QTY 9
175180339    Reg Unit Price    $   0.00
175180339    Start Date 10/01/13 End Date 07/01/14
175180339 003 064002 (004)          T0 $   0.00
175180339    Call In Service  NR QTY 9
175180340    Reg Unit Price    $   0.00
175180340    Start Date 10/01/13 End Date 07/01/14
175180342 Operator confirmed NR Items with customer
175180351              SubTotal  $ 180.00
175180351      7% Sales Tax (T1) $  12.60
175180351              Total  $ 192.60
175180351              VISA  $ 192.60
175180351 ACCOUNT NUMBER *     ************7085
175180351 Appr Code:   (S)  Sale
175180351 Mailbox Services Transaction:
175180351  Mailbox # 263
175180351  Customer ADMINISTRATIVE AND DESIGN LLC
175180351  MBM CustomerID 1609
175180351  MBM WQ ID 2743
175180351 Thank You ADMINISTRATIVE AND DESIGN LLC
175180351 RECEIPT ID# 82379693479407883597
175180356 EJ: End Of Tran
175180356 Jody Gutillo Signed Off
175180415 Jody Gutillo Signed On
175180418 Treating payment method UnknownOrNotSpecif
```

APP. 0828

# Mailbox Service Agreement

## Customer Information

Center Number: 1538

Name: ADMINISTRATIVE MANAGEMENT AND DESIGN LLC

Company: *Competitive Budgeting*

Address: 11125 PARK BLVD STE 104

City: SEMINOLE | State: FL | ZIP: 33772

Business Telephone: | Home Telephone: 7273932184

Fax: | Mobile Telephone: 72739321847

E-mail Address: | Text Messaging ID:

## Mailbox Information

Mailbox Number: 263 | Mailbox Size: Small

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$25.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$10.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$5.00__ . Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$25.00__ for month 1, and __$25.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$25.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$25.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0829**

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___30___ days of notification will be subject to a storage fee of _$0.00_ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisee.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 3/21/2013 |
|---|---|---|

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 3/21/2013 |
| How did the customer hear about us?  Other | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0830





# United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 03/21/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each applicant. Include dissimilar information for either spouse in appropriate box.) <br><br> ADMINISTRATIVE AND DESIGN LLC | 3a.Address to be Used for Delivery (Include PMB or # sign.) <br><br> 11125 Park Blvd, Ste 104 #263 | | |
|---|---|---|---|
| | 3b. City <br> Seminole | 3c. State <br> FL | 3d. Zip + 4 <br> 33772 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name <br><br> The UPS Store #1538 | No |
| b. Address (No., street, apt./ste. no.) <br><br> 11125 Park Blvd, Ste 104 | |

| c. City <br> Seminole | d. State <br> FL | e. Zip + 4 <br> 33772 |
|---|---|---|

| 6. Name of Applicant <br><br> ADMINISTRATIVE AND DESIGN LLC | 7a. Applicant Home Address (No., street, apt./ste. <br><br> 11125 PARK BLVD, STE 104 | | |
|---|---|---|---|
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City <br><br> SEMINOLE | 7c. State <br> FL | 7d. Zip + 4 <br> 33772 |
| | 7e. Applicant Telephone Number (Include area code) <br> 7273932184 | | |
| a. FL DR LIC # ▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation <br><br> COMPETITIVE BUDGETING | | |
| b. AAA # ▓▓▓▓▓▓▓ | 10a. Business Address (No., street, apt./ste. no.) | | |
| | 10b. City <br><br> N/A | 10c. State <br> N/A | 10d. Zip + 4 <br> N/A |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) <br> N/A | | |
| | 11. Type of Business <br> N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) <br><br> ADMINISTRATIVE AND DESIGN LLC |
|---|

| 13. If a CORPORATION. Give Names and Addresses of Its Officers <br><br> N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. <br><br> N/A |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| *[signature]* | *[signature]* |

PS Form 1583   December 2004      (Page 1 of 2)                    (7530-01-000-9365)

## APP. 0832

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

**APP. 0833**

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

04/17/2013 01:17:57 PM  Reg:002  Tran:1291

## Journal View

```
107131757
107131757 04/17/13 1538 002 1291 04     01:17 PM
107131757 CLERK # 4747 Jody Gutillo
107131814 001 062201 (004)          T1 $ 135.00
107131814     FS Business Small NR QTY 6
107131814     Reg Unit Price    $   22.50
107131826 002 062201 (004)          T1 $  75.00
107131826     FS Business Small NR QTY 3
107131826     Reg Unit Price    $   25.00
107131841 003 063002 (004)          TO $  10.00
107131841     Late Fee           NR
107131844 004 063002 (004)          TO $  10.00
107131844     Late Fee           NR
107131846 Operator confirmed NR Items with customer
107131901              SubTotal  $ 230.00
107131901      7% Sales Tax (T1)  $  14.70
107131901                 Total  $ 244.70
107131901                  VISA  $ 244.70
107131901 ACCOUNT NUMBER *  ***********9750
107131901 Appr Code:  (K)  Sale
107131901 Mailbox Services Transaction:
107131901   Mailbox (# 118)
107131901   Customer Administrative Management and De
107131901   MBM CustomerID 1590
107131901 Thank You Administrative Management and De
107131901 RECEIPT ID# 82379693843253882070
107131906 EJ: End Of Tran
107131906 Jody Gutillo Signed Off
107141308 Candi Beard Signed On
```

APP. 0834

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

11/06/2012 01:49:15 PM  Reg:002  Tran:8204

## Journal View

```
311134915
311134915 11/06/12 1538 002 8204 04    01:49 PM
311134915 CLERK # 1942 Tony McCoy
311134915 Processing MBM WQ ID 2441
311134915 MBM Customer ADMINISTRATIVE MGMT AND DESIG
311134915 POS Customer: ADMINISTRATIVE MGMT AND DESI
311134915 001 062201 (004)          T1 $  75.00
311134915    FS Business Small NR QTY 3
311134915    Reg Unit Price   $   25.00
311134915    Start Date 11/01/12 End Date 02/01/13
311134915 002 064001 (004)          T0 $   0.00
311134915    24 Hour Access  NR QTY 3
311134915    Reg Unit Price   $    0.00
311134915    Start Date 11/01/12 End Date 02/01/13
311134915 003 064002 (004)          T0 $   0.00
311134915    Call In Service  NR QTY 3
311134915    Reg Unit Price   $    0.00
311134915    Start Date 11/01/12 End Date 02/01/13
311134915 004 063002 (004)          T0 $  10.00
311134915    Late Fee         NR
311134918 Operator confirmed NR Items with customer
311134927              SubTotal $  85.00
311134927        7% Sales Tax (T1) $   5.25
311134927                 Total $  90.25
311134928                 VISA  $  90.25
311134928 ACCOUNT NUMBER *      ************7036
311134928 Appr Code:  (S)  Sale
311134928 Mailbox Services Transaction:
311134928  Mailbox # 118
311134928  Customer ADMINISTRATIVE MGMT AND DESIGN,
311134928  MBM CustomerID 1514
311134928  MBM WQ ID 2441
311134928 Thank You ADMINISTRATIVE MGMT AND DESIGN,
311134928 RECEIPT ID# 82379629336280888533
311134932 EJ: End Of Tran
311134932 Tony McCoy Signed Off
311135246 Tony McCoy Signed On
```

**APP. 0835**





#118



Closed 4/15/2013

Closed 8/1/2013

# Mailbox Service Agreement

Center Number: 1538

## Customer Information

Name: STEVEN SHORT

Company: ADMINISTRATIVE MANAGEMENT & DESIGN LLC

Address: 10486 VALENCIA RD

| City: SEMINOLE | State: FL | ZIP: 33772 |
|---|---|---|

| Business Telephone: | Home Telephone: 727-393-2184 |
|---|---|
| Fax: | Mobile Telephone: |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| Mailbox Number: 118 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$25.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of _____ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$10.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$5.00__ . Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0837

     any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.    The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10.   Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11.   Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Section 3 of Form 1583, or on the date of actual receipt, whichever is earlier.

12.   As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within   __30__   days of notification will be subject to a storage fee of  __$0.00__  per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. Items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox. Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13.   Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14.   Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15.   CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____ )

16.   Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17.   Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18.   Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Customer Signature:                                     Date:   7/16/2012

| For Center Use Only | | |
| --- | --- | --- |
| Authorized Center Representative Signature: | Date: | 7/16/2012 |
| How did the customer hear about us?     Other | | |
| Comments: | | |