# United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| | |
|---|---|
| | 1. Date |
| | 07/16/2012 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) | | |
|---|---|---|---|
| | 11125 Park Blvd, Ste 104 #118 | | |
| | 3b. City | 3c. State | 3d. Zip + 4 |
| STEVEN SHORT | Seminole | FL | 33772 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name | No |
| The UPS Store #1538 | |
| b. Address (No., street, apt./ste. no.) | |
| 11125 Park Blvd, Ste 104 | |

| c. City | d. State | e. Zip + 4 | |
|---|---|---|---|
| Seminole | FL | 33772 | |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste. |
|---|---|
| STEVEN SHORT | 10486 VALENCIA RD |

| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City | 7c. State | 7d. Zip + 4 |
|---|---|---|---|
| | SEMINOLE | FL | 33772 |
| | 7e. Applicant Telephone Number (Include area code) | | |
| | 727-393-21841 | | |
| a. Fl Dr Lic # ███████ | 9. Name of Firm or Corporation | | |
| | My Life Budget | | |
| b. AAA # ████████ | 10a. Business Address (No., street, apt./ste. no.) | | |
| | 6822 22nd Ave N, ste 282 | | |

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c. State | 10d. Zip + 4 |
|---|---|---|---|
| | St Petersburg | FL | 33710 |
| | 10e. Business Telephone Number (Include area code) | | |
| | 877-681-1851 | | |
| | 11. Type of Business | | |
| | N/A | | |

12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

STEVEN SHORT

| 13. If a CORPORATION. Give Names and Addresses of Its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
|---|---|
| N/A | N/A |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| *[signature]* | *[signature]* manager |

| | |
|---|---|
| PS Form 1583 December 2004 (Page 1 of 2) | (7530-01-000-9365) |

## Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

# United States Postal Service
## Application for Delivery of Mail Through Agent
### See Privacy Act Statement on Reverse

| | 1. Date |
|---|---|
| | 07/16/2012 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) STEVEN SHORT | 3a.Address to be Used for Delivery (Include PMB or # sign.) 11125 Park Blvd, Ste 104 #118 | | |
|---|---|---|---|
| | 3b. City Seminole | 3c. State FL | 3d. Zip + 4 33772 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name The UPS Store #1538 | No |
| b. Address (No., street, apt./ste. no.) 11125 Park Blvd, Ste 104 | |

| c. City Seminole | d. State FL | e. Zip + 4 33772 | |
|---|---|---|---|

| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10486 VALENCIA RD | | |
|---|---|---|---|
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772 |
| | 7e. Applicant Telephone Number (Include area code) 727-393-21841 | | |
| a. Fl Dr Lic #▓▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation Administrative Management and Design, LLC | | |
| b. AAA #▓▓▓▓▓▓▓▓ | 10a. Business Address (No., street, apt./ste. no.) 8622 22nd Ave N, Ste 282 | | |
| | 10b. City St Petersburg | 10c. State FL | 10d. Zip + 4 33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) 877-681-1851 | | |
| | 11. Type of Business N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) STEVEN SHORT | |
|---|---|
| 13. If a CORPORATION. Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. N/A |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| | *[signature]* manager |

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

06/24/2013 06:03:00 PM  Reg:002  Tran:3744

## Journal View

```
175180300
175180300 06/24/13 1538 002 3744 04    06:03 PM
175180300 CLERK # 4747 Jody Gutillo
175180300 Processing MBM WQ ID 2744
175180300 MBM Customer ADMINISTRATIVE MGMT AND DESIG
175180300 POS Customer: ADMINISTRATIVE MGMT AND DESI
175180300 001 063001 (004)          T1 $   0.00
175180300     Key Fee            NR
175180300 002 062201 (004)          T1 $ 240.00
175180300     FS Business Small NR QTY 12
175180300     Reg Unit Price    $   20.00
175180300     Start Date 07/01/13 End Date 07/01/14
175180300 003 064001 (004)          T0 $   0.00
175180301     24 Hour Access    NR QTY 12
175180301     Reg Unit Price    $    0.00
175180301     Start Date 07/01/13 End Date 07/01/14
175180301 004 064002 (004)          T0 $   0.00
175180301     Call In Service   NR QTY 12
175180301     Reg Unit Price    $    0.00
175180301     Start Date 07/01/13 End Date 07/01/14
175180301 005 063003 (004)          T0 $  25.00
175180301     Set Up Fee         NR
175180307 Operator confirmed NR Items with customer
175180321            SubTotal  $ 265.00
175180321     7% Sales Tax (T1)  $  16.80
175180321            Total     $ 281.80
175180321            VISA      $ 281.80
175180321 ACCOUNT NUMBER *     ************7085
175180322 Appr Code:   (S)  Sale
175180322 Mailbox Services Transaction:
175180322  Mailbox # 187
175180322  Customer ADMINISTRATIVE MGMT AND DESIGN,
175180322  MBM CustomerID 1514
175180322  MBM WQ ID 2744
175180322 Thank You ADMINISTRATIVE MGMT AND DESIGN,
175180322 RECEIPT ID# 8237969347940082629
175180327 EJ: End Of Tran
```

APP. 0843

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

02/01/2013 02:39:38 PM  Reg:002  Tran:2089

**Journal View**
```
032143938
032143938 02/01/13 1538 002 2089 04    02:39 PM
032143938 CLERK # 1180 Candi Beard
032143938 Processing MBM WQ ID 2558
032143938 MBM Customer ADMINISTRATIVE MANAGEMENT AND
032143938 POS Customer: ADMINISTRATIVE MANAGEMENT AN
032143938 001 062201 (004)          T1 $   75.00
032143938     FS Business Small NR QTY 3
032143938     Reg Unit Price   $   25.00
032143938     Start Date 02/01/13 End Date 05/01/13
032143938 002 064001 (004)          T0 $    0.00
032143938     24 Hour Access   NR QTY 3
032143938     Reg Unit Price   $    0.00
032143938     Start Date 02/01/13 End Date 05/01/13
032143938 003 064002 (004)          T0 $    0.00
032143938     Call In Service  NR QTY 3
032143938     Reg Unit Price   $    0.00
032143938     Start Date 02/01/13 End Date 05/01/13
032143940 Operator confirmed NR Items with customer
032144010           SubTotal  $   75.00
032144010      7% Sales Tax (T1)  $    5.25
032144010             Total  $   80.25
032144010             VISA  $   80.25
032144010 ACCOUNT NUMBER *    ************7085
032144010 Appr Code:   (K)  Sale
032144010 Mailbox Services Transaction:
032144010  Mailbox (# 187)
032144010  Customer ADMINISTRATIVE MANAGEMENT AND DE
032144010  MBM CustomerID 1517
032144010  MBM WQ ID 2558
032144010 Thank You ADMINISTRATIVE MANAGEMENT AND DE
032144010 RECEIPT ID# 8237969892286588633
032144014 EJ: End Of Tran
032144015 Candi Beard Signed Off
032145334 Candi Beard Signed On
```

APP. 0844

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

11/06/2012 01:48:03 PM  Reg:002  Tran:8203

## Journal View

```
311134803
311134803 11/06/12 1538 002 8203 04      01:48 PM
311134803 CLERK # 1942 Tony McCoy
311134803 Processing MBM WQ ID 2440
311134803 MBM Customer ADMINISTRATIVE MANAGEMENT AND
311134803 POS Customer: ADMINISTRATIVE MANAGEMENT AN
311134803 001 062201 (004)            T1 $  75.00
311134803     FS Business Small NR QTY 3
311134803     Reg Unit Price   $   25.00
311134803     Start Date 11/01/12 End Date 02/01/13
311134803 002 064001 (004)            T0 $   0.00
311134803     24 Hour Access    NR QTY 3
311134803     Reg Unit Price   $    0.00
311134803     Start Date 11/01/12 End Date 02/01/13
311134803 003 064002 (004)            T0 $   0.00
311134803     Call In Service   NR QTY 3
311134803     Reg Unit Price   $    0.00
311134803     Start Date 11/01/12 End Date 02/01/13
311134803 004 063002 (004)            T0 $  10.00
311134803     Late Fee          NR
311134806 Operator confirmed NR Items with customer
311134830                   SubTotal $  85.00
311134830          7% Sales Tax (T1) $   5.25
311134830                      Total $  90.25
311134830                       VISA $  90.25
311134830 ACCOUNT NUMBER *      ***********7036
311134830 Appr Code:  (S)  Sale
311134830 Mailbox Services Transaction:
311134830  Mailbox # 187
311134830  Customer ADMINISTRATIVE MANAGEMENT AND DE
311134830  MBM CustomerID 1517
311134830  MBM WQ ID 2440
311134830 Thank You ADMINISTRATIVE MANAGEMENT AND DE
311134830 RECEIPT ID# 82379629336289888534
311134835 EJ: End Of Tran
311134835 Tony McCoy Signed Off
311134910 Tony McCoy Signed On
```

APP. 0845

The UPS Store Center 1538
11125 Park Blvd, Ste 104
Seminole, FL 33772

07/16/2012 05:14:47 PM  Reg:002  Tran:3859

## Journal View

```
198171447
198171447 07/16/12 1538 002 3859 02    05:14 PM
198171447 CLERK # 1942 Tony McCoy
198171447 Processing MBM WQ ID 2279
198171447 MBM Customer Administrative Management And
198171447 POS Customer: Administrative Management An
198171447 001 063001 (004)          T1 $   0.00
198171447     Key Fee           NR
198171447 002 062201 (004)          T1 $  75.00
198171447     FS Business Small NR QTY 3
198171447     Reg Unit Price    $  25.00
198171447     Start Date 07/16/12 End Date 10/16/12
198171447 003 064001 (004)          T0 $   0.00
198171447     24 Hour Access    NR QTY 3
198171447     Reg Unit Price    $   0.00
198171447     Start Date 07/16/12 End Date 10/16/12
198171447 004 064002 (004)          T0 $   0.00
198171447     Call In Service   NR QTY 3
198171447     Reg Unit Price    $   0.00
198171447     Start Date 07/16/12 End Date 10/16/12
198171447 005 063003 (004)          T0 $  25.00
198171447     Set Up Fee        NR
198171457 Operator confirmed NR Items with customer
198171508              SubTotal  $ 100.00
198171508        7% Sales Tax (T1) $   5.25
198171508               Total  $ 105.25
198171508                VISA  $ 105.25
198171508 ACCOUNT NUMBER *    ***********1079
198171508 Appr Code:  (S)  Sale
198171508 Mailbox Services Transaction:
198171508   Mailbox # 187
198171508   Customer Administrative Management And De
198171508   MBM CustomerID 1512
198171508   MBM WQ ID 2279
198171508 Thank You Administrative Management And De
198171508 RECEIPT ID# 8237962356967588 3816
198171512 EJ: End Of Tran
```

**APP. 0846**

United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 07/16/2012 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>Administrative Management And Design, LLC | 3a.Address to be Used for Delivery (Include PMB or # sign.)<br><br>11125 Park Blvd, Ste 104 #187 | | |
|---|---|---|---|
| | 3b. City<br>Seminole | 3c. State<br>FL | 3d. Zip + 4<br>33772 |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| a. Name<br>The UPS Store #1538 | No | | |
| b. Address (No., street, apt./ste. no.)<br>11125 Park Blvd, Ste 104 | | | |
| c. City<br>Seminole | d. State<br>FL | e. Zip + 4<br>33772 | |
| 6. Name of Applicant<br>Administrative Management And Design, LLC | 7a. Applicant Home Address (No., street, apt./ste.<br>6822 2nd Ave N | | |
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>St Petersburg | 7c. State<br>FL | 7d. Zip + 4<br>33710 |
| | 7e. Applicant Telephone Number (Include area code)<br>7273932184 | | |
| a. fdl ▮▮▮▮ | 9. Name of Firm or Corporation<br>Your Next Financial Step | | |
| b. aaa ▮▮▮▮ | 10a. Business Address (No., street, apt./ste. no.)<br>11125 Park Blvd, Ste 104-187 | | |
| | 10b. City<br>Seminole | 10c. State<br>FL | 10d. Zip + 4<br>33772 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) | | |
| | 11. Type of Business | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br>Administrative Management And Design, LLC,Steve Short | | | |
| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br><br><br>N/A | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| | |

PS Form 1583 December 2004    (Page 1 of 2)            (7530-01-000-9365)

**APP. 0847**

## Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

**APP. 0848** (7530-01-000-9365)

United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 07/16/2012 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>Administrative Management And Design, LLC *Steven Short* | 3a.Address to be Used for Delivery (Include PMB or # sign.)<br><br>11125 Park Blvd, Ste 104 #187 | | |
|---|---|---|---|
| | 3b. City<br>Seminole | 3c. State<br>FL | 3d. Zip + 4<br>33772 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name<br>The UPS Store #1538 | No |
| b. Address (No., street, apt./ste. no.)<br>11125 Park Blvd, Ste 104 | |

| c. City<br>Seminole | d. State<br>FL | e. Zip + 4<br>33772 |
|---|---|---|

| 6. Name of Applicant<br><br>Administrative Management And Design, LLC | 7a. Applicant Home Address (No., street, apt./ste.<br><br>6822 2nd Ave N | | |
|---|---|---|---|
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>St Petersburg | 7c. State<br>FL | 7d. Zip + 4<br>33710 |
| | 7e. Applicant Telephone Number (Include area code)<br>7273932184 | | |
| a. # | 9. Name of Firm or Corporation<br>Your Next Financial Step | | |
| b. # | 10a. Business Address (No., street, apt./ste. no.)<br>11125 Park Blvd, Ste 104-187 | | |
| | 10b. City<br><br>Seminole | 10c. State<br>FL | 10d. Zip + 4<br>33772 |
| Acceptable identification includes; valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>N/A | | |
| | 11. Type of Business<br>N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>Administrative Management And Design, LLC,Steve Short | | |
|---|---|---|

| 13. If a CORPORATION. Give Names and Addresses of Its Officers<br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br>N/A |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title) |
|---|---|
| | |

PS Form  1583  December 2004   (Page 1 of 2)                    **APP. 0849** (7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

# Mailbox Service Agreement

*Your*

## Customer Information

Center Number: 1538

Name: Administrative Management And Design, LLC

Company: *Your Next Financial Step*

Address: 6822 2nd Ave N

City: St Petersburg    State: FL    ZIP: 33710

Business Telephone: 8776811851    Home Telephone: 7273932184

Fax:    Mobile Telephone:

E-mail Address:    Text Messaging ID:

## Mailbox Information

Mailbox Number: 187    Mailbox Size: Small

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. p... ...formity with all applicable federal, state, and local law... ...m 1583 ("Form 1583") to be authorized to receive mai...

*REOPENED 6/23/2013*

3. This Agreement and Form 1583 shall ... e-mail address, may be disclosed to th... between MBE and Customer related t... agency, or when legally mandated. Up... acknowledgment form relating to servi... whenever any information required on ...

*6/13*
*Message left —*
*If he calls*
*back let him*
*know box will close*
*on Saturday — offer*
*to renew & waive*
*late fee.*

*Jody.*

...ame, address, and ...s of communication ...her governmental ...83 and any required ...Form 1583

4. Possession of the Mailbox key shall be ... In the event of death or incapacity of C... estate, the trustee or other similar pers...

...ts from the Mailbox. ...e executor of the

5. Customer agrees to pay an initial set-... and/or a door key fee of _____ (whi... monthly service fees and any applicab... that the Center may withhold mail and ... service. Customer agrees to pay a late ... lock is changed upon the request or fa... stated herein are subject to change.

...ening a mailbox) ...s well as applicable ...and Customer agrees ...cancellation of any ...event the Mailbox ...other related fees

In the event that Customer receives an... the Center may require Customer to u... the Mailbox service fees in the event t... to receive mail and packages at the M...

...asonable judgment, ...e right to increase ...r entities authorized

6. Customer agrees that upon expiration f... post office. Customer and the Center f... Center to accept and destroy any "Uns... advertising, or other promotional mate... Service for six (6) months; and may re... Service, such as a commercial carrier

...ess order with the ...mer authorizes the ...tion; or coupons, ...States Postal ...States Postal

a. Re-mail (i.e., forward) Customer'... packaging material, and forwardi... through 6 in advance for the time... identify any mail forwarding need

...ance for postage, $0.00 for months 2 ...ts with the Center to

b. Store the mail or United States P... advance of a storage fee of $0... $0.00 for each time Custome... to identify any mail storage need

...tomer's ...a service fee of ...ments with the Center

7. Six (6) months after the expiration, ca...
a. Refuse any mail or package add...
b. Destroy any of Customer's mail ...

8. Customer authorizes the Center to co... when necessary and to act on behalf o...

...ncipal party in interest" ..., including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright ©2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0851**

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___30___ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Customer Signature: _____  Date: 7/16/2012

**For Center Use Only**

Authorized Center Representative Signature: _____  Date: 7/16/2012

How did the customer hear about us?  Other

Comments:

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0852



Florida *Sunshine State*

DRIVER LICENSE CLASS E

STEVEN DOUGLAS
SHORT
10486 VALENCIA RD
SEMINOLE, FL 33772-7506
DOB ████-1977  SEX M
ISSUED ████-2005 HGT 6-03
EXPIRES ████2017
REST
ENDORSE
REPLACED 12-14-2009



Emergency Road Service
**(800) 222-4357**
AAA.com/Help

CLUB CODE  MEMBERSHIP NUMBER

LOYAL
MEMBER SINCE   VALID THRU
2011    **JUL 01 2012**    *Plus*

**STEVE SHORT**

The UPS Store Center 2552
Park and Oakhurst Store
13799 Park Blvd N
Seminole, FL 33776-3402


06/24/2013 04:59:46 PM  Reg:001  Tran:1257

## Journal View

```
175165946
175165946 06/24/13 2552 001 1257 01     04:59 PM
175165946 CLERK # 7861 Daniel Medina
175165946 Processing MBM WQ ID 2590
175165946 MBM Customer Steven Short
175165946 POS Customer: Steven Short
175165947 001 062202 (004)              T1 $ 240.00
175165947     FS Business Mediu NR QTY 12
175165947     Reg Unit Price    $   20.00
175165947     Start Date 07/24/13 End Date 11/24/14
175165947 002 064003 (004)              T0 $   0.00
175165947     Mail Forwarding   NR QTY 12
175165947     Reg Unit Price    $    0.00
175165947     Start Date 07/24/13 End Date 11/24/14
175165949 Operator confirmed NR Items with customer
175165958 Operator requested manual credit slip
175170002              SubTotal  $ 240.00
175170002          Sales Tax (T1) $  16.80
175170002                 Total  $ 256.80
175170002                  VISA  $ 256.80
175170002 ACCOUNT NUMBER *       ************7085
175170002 Appr Code:   (S)  Sale
175170002 Mailbox Services Transaction:
175170002  Mailbox # 278
175170002  Customer Steven Short
175170002  MBM CustomerID 629
175170002  MBM WQ ID 2590
175170002 Thank You Steven Short
175170002 RECEIPT ID# 83277293473274882744
175170007 EJ: End Of Tran
175170008 Daniel Medina Signed Off
175170524 Jessica Wagner Signed On
```

APP. 0854

# Mailbox Service Agreement

## Customer Information

Name:    STEVEN SHORT

Company:    ADMINISTRATIVE MANAGEMENT AND DESIGN LLC

Address:    10486 VALENCIA DRIVE

| City:    SEMINOLE | State:    FL | ZIP:    33776 |
|---|---|---|

| Business Telephone: | Home Telephone:    7273932184 |
|---|---|
| Fax: | Mobile Telephone:    7273932184 |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| Mailbox Number:    264 | Mailbox Size:    Medium |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of ___$25.00___ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of ___$0.00___ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of ___$10.00___ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of ___$0.00___. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of ___$0.00___ for month 1, and ___$0.00___ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of ___$0.00___ per month for the time period in which the Center holds the mail or packages, plus a service fee of ___$0.00___ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. Printed 02/18/09

## Mailbox Service Agreement

      any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.    The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10.    Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose establishing good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11.    Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12.    As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within \_\_\_\_**5**\_\_\_ days of notification will be subject to a storage fee of \_\_**$0.00**\_\_ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13.    Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14.    Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15.    CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL:_____)

16.    Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17.    Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18.    Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: 7/8/2013 |
|---|---|

| For Center Use Only | |
|---|---|
| Authorized Center Representative Signature: | Date: 7/8/2013 |
| How did the customer hear about us?    Walk-In | |
| Comments: | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. Created 02/18/09

APP 0856

United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 07/08/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.)<br><br>Park and Oakhurst Store, 13799 Park Blvd N #264 | | |
| --- | --- | --- | --- |
| | 3b. City<br>Seminole | 3c. State<br>FL | 3d. Zip + 4<br>33776-3402 |
| 4. Applicant authorizes delivery to and in care of:<br><br>a. Name<br>The UPS Store #2552<br><br>b. Address (No., street, apt./ste. no.)<br>Park and Oakhurst Store, 13799 Park Blvd N | 5. This authorization is extended to include restricted delivery mail for the undersigned(s):<br><br>No | | |
| c. City<br>Seminole | d. State<br>FL | e. Zip + 4<br>33776-3402 | |
| 6. Name of Applicant<br>STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste.<br>10486 VALENCIA DRIVE | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>SEMINOLE | 7c. State<br>FL | 7d. Zip + 4<br>33776 |
| | 7e. Applicant Telephone Number (Include area code)<br>7273932184 | | |
| a. DRIVERS LICENSE #████████ | 9. Name of Firm or Corporation<br>BIGGER BUDGET | | |
| b. AAA #██████ | 10a. Business Address (No., street, apt./ste. no.)<br>13799 PARK BLVD | | |
| | 10b. City<br>SEMINOLE | 10c. State<br>FL | 10d. Zip + 4<br>33776 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>N/A | | |
| | 11. Type of Business<br>N/A | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>STEVEN SHORT | | | |
| 13. If a CORPORATION. Give Names and Addresses of Its Officers<br>STEVEN SHORT, 10486 VALENCIA DRIVE ,SEMINOLE , FL 33776 US | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br>PINELLAS<br><br>FL            11/1/2010 | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |

APP. 0857

| PS Form 1583 December 2004 (Page 1 of 2) | (7530-01-000-9365) |
| --- | --- |

## Privacy Act

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

APP. 0858 (7530-01-000-9365)





Owner Administrative management and disign

DBA. Reduce expenses

UPS Store #2552                                        July 17, 2013
Attention Owner or Manager
13799 Park Boulevard, Suite 104
Seminole, FL 33776
727-394-0104


Dear UPS Store #2552 (Attention Owner or Manager):

Enclosed please find subpoena #18614 from the Court of Common Pleas of Allegheny County Pennsylvania addressed to the UPS Store #2552.

As requested in the enclosed subpoena, could you please provide the following information for mailbox #263:

A copy of the USPS form 1583 that was completed by the current user of mailbox #264, a copy of the 1583 form completed by the most recent user prior to the current user, copies of the identification listed in Item #8 of those forms, and any address that mail is forwarded to.

If possible, please fax your response to 412-362-7668.

Thank you. I appreciate your help in this matter.




Sincerely,

Stewart Abramson
522 Glen Arden Drive
Pittsburgh, PA   15208
412-362-4233 (voice)
412-362-7668 (fax)
Legal235@verizon.net

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

THE COMMONWEALTH OF PENNSYLVANIA )ss:
COUNTY OF ALLEGHENY )

Stewart N. Abramson
_____

vs.

No. ___AR-10-009735___

John Doe
_____

## SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
## FOR DISCOVERY PURSUANT TO RULE 4009.22

To:          The UPS Store #2552
_____
Name of Person or Entity

Within twenty (20) days after service of this subpoena, you are ordered by the Court to produce the
following documents or things:  A copy of the USPS form 1583 that was completed by the current user
of mailbox #264, a copy of the 1583 form completed by the most recent user prior to the current user,
copies of the identification listed in Item #8 of those forms, and any address that mail is forwarded to.
_____

at_____ 522 Glen Arden Drive, Pittsburgh, PA 15208 (or fax documents to 412-362-7668)
       Address

You may deliver or mail legible copies of the documents or produce things requested by this
subpoena, together with the certificate of compliance, to the party making this request at the address
listed above.  You have the right to seek in advance the reasonable cost of preparing the copies or
producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after
its service, the party serving this subpoena may seek a court order compelling you to comply with it.

THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:

Attorney's Name: ___Stewart N. Abramson, Pro Se___

Address: _____522 Glen Arden Drive_____

_____Pittsburgh, PA  15208_____

Telephone: ___412-362-4233 (voice); 412-362-7668 (fax)___

Supreme Court ID # _____

Attorney for: ___Stewart N. Abramson, Pro Se___

By The Court:

By: _Kate Barkman_

Kate Barkman

Director, Department of Court Records

By: _____

Eric Feder

Deputy Director, Department of Court Records

Date: ___7/17/13___

N° 15614

```
                              TIME  : 08/01/2013 09:39
                              NAME  : THE UPS STORE
                              FAX   : 7273940544
                              TEL   : 7273940104
                              SER.# : H1J828496
```

```
         DATE,TIME                  08/01  09:38
         FAX NO./NAME               14123627668
         DURATION                   00:01:26
         PAGE(S)                    05
         RESULT                     OK
         MODE                       STANDARD
                                    ECM
```

UPS Store #2552                                        July 17, 2013
Attention Owner or Manager
13799 Park Boulevard, Suite 104
Seminole, FL 33776
727-394-0104

Dear UPS Store #2552 (Attention Owner or Manager):

Enclosed please find subpoena #18614 from the Court of Common Pleas of Allegheny County
Pennsylvania addressed to the UPS Store #2552.

As requested in the enclosed subpoena, could you please provide the following information for
mailbox #263:

**A copy of the USPS form 1583 that was completed by the current user of mailbox #264,
a copy of the 1583 form completed by the most recent user prior to the current user,
copies of the identification listed in Item #8 of those forms, and any address that mail is
forwarded to.**

If possible, please fax your response to 412-362-7668.

Thank you. I appreciate your help in this matter.

Sincerely,

**APP. 0862**

UPS Store #2552                                                    July 17, 2013
Attention Owner or Manager
13799 Park Boulevard, Suite 104
Seminole, FL 33776
727-394-0104


Dear UPS Store #2552 (Attention Owner or Manager):

Enclosed please find subpoena #18614 from the Court of Common Pleas of Allegheny County
Pennsylvania addressed to the UPS Store #2552.

As requested in the enclosed subpoena, could you please provide the following information for
mailbox #263:

> **A copy of the USPS form 1583 that was completed by the current user of mailbox #264,**
> **a copy of the 1583 form completed by the most recent user prior to the current user,**
> **copies of the identification listed in Item #8 of those forms, and any address that mail is**
> **forwarded to.**

If possible, please fax your response to 412-362-7668.

Thank you. I appreciate your help in this matter.



Sincerely,

*Stewart Abramson*

Stewart Abramson
522 Glen Arden Drive
Pittsburgh, PA    15208
412-362-4233 (voice)
412-362-7668 (fax)
Legal235@verizon.net

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

THE COMMONWEALTH OF PENNSYLVANIA   )ss:
COUNTY OF ALLEGHENY   )

Stewart N. Abramson

vs.            **No.** _____ AR-10-009735 _____

John Doe

## SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
## FOR DISCOVERY PURSUANT TO RULE 4009.22

**To:**        The UPS Store #2552

     Name of Person or Entity

**Within twenty (20) days after service of this subpoena, you are ordered by the Court to produce the following documents or things:** A copy of the USPS form 1583 that was completed by the current user of mailbox #264, a copy of the 1583 form completed by the most recent user prior to the current user, copies of the identification listed in Item #8 of those forms, and any address that mail is forwarded to.

**at**    522 Glen Arden Drive, Pittsburgh, PA 15208   (or fax documents to 412-362-7668)

     Address

**You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.**

**If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.**

## THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:

**Attorney's Name:** _____ Stewart N. Abramson, Pro Se _____

**Address:** _____ 522 Glen Arden Drive _____

          Pittsburgh, PA  15208

**Telephone:** _____ 412-362-4233 (voice)  412-362-7668 (fax) _____

**Supreme Court ID #** _____

**Attorney for:** _____ Stewart N. Abramson, Pro Se _____

**By The Court:**

**By:** _Kate Barkman_

**Kate Barkman**

Director, Department of Court Records

**By:** _Eric Feder_

**Eric Feder**

Deputy Director, Department of Court Records

Date: _7/17/13_

N⁰   18614

APP. 0864

The UPS Store Center 2552
Park and Oakhurst Store
13799 Park Blvd N
Seminole, FL 33776-3402

07/08/2013 04:24:33 PM  Reg:001  Tran:1535

## Journal View

```
189162433
189162433 07/08/13 2552 001 1535 01      04:24 PM
189162433 CLERK # 7861 Daniel Medina
189162433 Processing MBM WQ ID 2604
189162433 MBM Customer STEVEN SHORT
189162433 POS Customer: STEVEN SHORT
189162433 001 063001 (004)              T1 $    5.00
189162433      Key Fee           NR
189162433 002 063008 (004)              T0 $    0.00
189162433      Free Months       NR QTY 3
189162433      Reg Unit Price     $    0.00
189162434 003 062202 (004)              T1 $ 240.00
189162434      FS Business Mediu NR QTY 12
189162434      Reg Unit Price     $   20.00
189162434      Start Date 07/08/13 End Date 10/08/14
189162434 004 064003 (004)              T0 $    0.00
189162434      Mail Forwarding   NR QTY 12
189162434      Reg Unit Price     $    0.00
189162434      Start Date 07/08/13 End Date 10/08/14
189162434 005 063003 (004)              T0 $   20.00
189162434      Set Up Fee        NR
189162436 Operator confirmed NR Items with customer
189162446 Operator requested manual credit slip
189162450              SubTotal   $ 265.00
189162450         Sales Tax (T1)  $  17.15
189162450               Total     $ 282.15
189162450               VISA      $ 282.15
189162450 ACCOUNT NUMBER *   ************7085
189162450 Appr Code:   (S)  Sale
189162450 Mailbox Services Transaction:
189162450  Mailbox # 264
189162450  Customer STEVEN SHORT
189162450  MBM CustomerID 635
189162450  MBM WQ ID 2604
189162450 Thank You STEVEN SHORT
189162450 RECEIPT ID# 83277293653797882698
```

APP. 0865

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 06/24/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>Steven Short | 3a.Address to be Used for Delivery (Include PMB or # sign.)<br><br>Park and Oakhurst Store, 13799 Park Blvd N #278 | | |
| --- | --- | --- | --- |
| | 3b. City<br><br>Seminole | 3c. State<br><br>FL | 3d. Zip + 4<br><br>33776-3402 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name<br><br>The UPS Store #2552 | No |
| b. Address (No., street, apt./ste. no.)<br><br>Park and Oakhurst Store, 13799 Park Blvd N | |

| c. City<br><br>Seminole | d. State<br><br>FL | e. Zip + 4<br><br>33776-3402 | |
| --- | --- | --- | --- |

| 6. Name of Applicant<br><br>Steven Short | 7a. Applicant Home Address (No., street, apt./ste.<br><br>10486 VALENCIA ROAD | | |
| --- | --- | --- | --- |
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br><br>SEMINOLE | 7c. State<br><br>FL | 7d. Zip + 4<br><br>33772 |
| | 7e. Applicant Telephone Number (Include area code)<br><br>7273932184 | | |
| a. DRIVERS LICENSE # ███████ | 9. Name of Firm or Corporation<br><br>ADMINISTRATIVE MANAGEMENT AND DESIGN | | |
| b. AAA #1 | 10a. Business Address (No., street, apt./ste. no.)<br><br>6822 22ND AVE N, SUITE 282 | | |
| | 10b. City<br><br>ST PETERSBURGH | 10c. State<br><br>FL | 10d. Zip + 4<br><br>33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) | | |
| | 11. Type of Business | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>Steven Short | | |
| --- | --- | --- |

| 13. If a CORPORATION. Give Names and Addresses of Its Officers<br><br>STEVEN SHORT, 10486 VALENCIA RD,SEMINOLE , FL 33772 US | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br><br>PINELLAS<br><br>FL          12/10/2010 |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |

**APP. 0866**

PS Form **1583**  December 2004   (Page 1 of 2)                    (7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.





# Mailbox Service Agreement

## Customer Information

Center Number:    2552

| | |
|---|---|
| Name:    Steven  Short | |
| Company:    DBA REDUCE EXPENSES | |
| Address:    10486 VALENCIA ROAD | |

City:    SEMINOLE        State:    FL        ZIP:  33772

| | |
|---|---|
| Business Telephone: | Home Telephone:    7273932184 |
| Fax: | Mobile Telephone:    7273932184 |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| | |
|---|---|
| Mailbox Number:    278 | Mailbox Size:    Medium |

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$25.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$10.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$0.00__ . Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. Revised 02/18/09

APP 00869

# Mailbox Service Agreement

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within _____5_____ days of notification will be subject to a storage fee of _**$0.00**_ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____ )

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 6/24/2013 |
|---|---|---|

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 6/24/2013 |
| How did the customer hear about us?        Walk-In | | |
| Comments: | | |

BOX NO. _112_   START DATE _9-10-13_ RENEWAL DATE _11-10-14_ RENTAL TERM _0 12_ MONTHS

NAME _Steven Douglas Short_   PHONE: WORK _(727)393-2184_ HOME _____

STREET _10486 Valencia Rd._   CITY _Seminole_   ZIP _33222-7509_

DATE RENEWAL BILLED _____

| DATE | RENEWAL DATE | BUSINESS BOX | PERSONAL BOX | KEY DEPOSIT | POSTAGE DEPOSIT | OTHER | TOTAL AMOUNT |
|------|------|------|------|------|------|------|------|
| 9-10-13 | 11-10-14 | ✓ | CC | ✓ | TR#5220 | (2 Free upon Startup) | $222.85 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

220130
MBE Form No. 7

MAIL BOXES ETC.

| DATE | RENEWAL DATE | BUSINESS BOX | PERSONAL BOX | KEY DEPOSIT | POSTAGE DEPOSIT | OTHER | TOTAL AMOUNT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Mailbox Service Agreement

## Customer Information

Center Number:  3146

Name:  STEVEN DOUGLAS SHORT

Company:

Address:  10486 VALENCIA RD

| City:  SEMINOLE | State:  FL | ZIP:  33772-7509 |
|---|---|---|

| Business Telephone:  727-393-2184 | Home Telephone:  727-393-2184 |
|---|---|
| Fax: | Mobile Telephone:  727-393-2184 |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| Mailbox Number:  112 | Mailbox Size:  Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$15.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$0.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$0.00__. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center; or
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0872

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___10___ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _SS_____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 9/10/2013 |
|---|---|---|

| **For Center Use Only** | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 9/10/2013 |
| How did the customer hear about us?        Newspaper | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0873**



FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD
MGA INSURANCE COMPANY, INC. (Code 01914)

| POLICY NUMBER | EFFECTIVE DATE |
|---|---|
| ███████████ | 01/27/2011 |

| XX | PERSONAL INJURY PROTECTION | XX | BODILY INJURY |
| XX | PROPERTY DAMAGE LIABILITY | | LIABILITY |

NAMED INSURED  STEVEN  SHORT

YEAR  MAKE  VEHICLE ID NUMBER
93 · HON  ████████████

TERM  6 MONTHS      EXPIRES: 07/27/2011

IN CASE OF ACCIDENT

1. GET NAMES, ADDRESSES AND LICENSE NUMBER OF OTHER OWNE
AND DRIVERS INVOLVED, AND OF WITNESSES.

2. PROVIDE INFORMATION AS REQUIRED BY AUTHORITIES, BUT D
HOT ADMIT RESPONSIBILITY OR OFFER SETTLEMENTS TO OTHERS.

3. IMMEDIATELY CONTACT OUR CLAIMS DEPARTMENT
AT 1-800 882-6546.

```
                    The UPS Store - #3146
                      204 37th Ave N
                  St. Petersburg, FL 33704
                      (727) 822-5823
               ******  DUPLICATE RECEIPT  ******

                    09/10/13  04:42 PM

               We are the one stop for all your
              shipping, postal and business needs.

               We offer all the services you need
                  to keep your business going.
```

```
001 063001 (004)              T2 $   5.00
    Key Fee            NR
002 063008 (004)              T2 $   0.00
    Free Months        NR QTY 2
    Reg Unit Price      $   0.00
003 062201 (004)              T2 $ 240.00
    FS Business Small NR QTY 12
    Reg Unit Price      $  20.00
    Start Date 09/10/13 End Date 11/10/14
004 064001 (004)              T2 $   0.00
    24 Hour Access    NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
005 064002 (004)              T2 $   0.00
    Call In Service   NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
006 064003 (004)              T2 $   0.00
    Mail Forwarding   NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
007 064004 (004)              T2 $   0.00
    Pkg Notify - Emai NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
008 064005 (004)              T2 $   0.00
    Pkg Notify - Text NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
009 064006 (004)              T2 $   0.00
    Pkg Notify - Phon NR QTY 12
    Reg Unit Price      $   0.00
    Start Date 09/10/13 End Date 11/10/14
010 063003 (004)              T2 $  10.00
    Set Up Fee         NR

                           SubTotal $ 255.00
                           7% (T2)  $  17.85
```

**APP. 0875**

Total  $ 272.85

                        Debit Card  $ 272.85
Mailbox Services Transaction:
    Mailbox # 112
    Customer STEVEN SHORT


Thank You STEVEN SHORT

 Items Designated NR are NOT eligible
 for Returns, Refunds or Exchanges.

Receipt ID 83930192797228802492 088 Items
CSH: TYLER          Tran: 5220 Reg: 001

                    Sale

                    ************1079
Debit Entry Method: Swiped
Acct Type: Checking

Trace:00952640         Appr Code:163420
Retrieval #:00000025      Batch #:253001

Amount                    $ 272.85
                          ==========

Merchant Total            $ 272.85

               Approved

 Thank you for visiting our store.
   Please come back again soon.

Whatever your business and personal
 needs, we are here to serve you.

    ENTER FOR A CHANCE TO
         WIN $1000

    We value your feedback
To enter please complete the customer
  satisfaction survey located at:

   www.theupsstore.com/survey

 For official rules and Terms and
Conditions go to www.theupsstore.com
and click on the Customer Experience
         Survey link

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 09/10/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each applicant. Include dissimilar information for either spouse in appropriate box.) STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.) 204 37th Ave N #112 | | |
|---|---|---|---|
| | 3b. City St. Petersburg | 3c. State FL | 3d. Zip + 4 33704 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): No |
|---|---|
| a. Name The UPS Store #3146 | |

| b. Address (No., street, apt./ste. no.) 204 37th Ave N | | |
|---|---|---|
| c. City St. Petersburg | d. State FL | e. Zip + 4 33704 |

| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10486 VALENCIA RD | | |
|---|---|---|---|
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772-7509 |
| | 7e. Applicant Telephone Number (Include area code) 727-393-2184 | | |
| a. FL DL # ▓▓▓▓▓▓▓ | 9. Name of Firm or Corporation ADMINISTRATIVE MANAGEMENT AND DESIGN, LLC | | |
| b. FL AUTO INSURANCE # ▓▓▓▓▓ | 10a. Business Address (No., street, apt./ste. no.) 6822 22ND AVE N, STE 282 | | |
| | 10b. City ST. PETERSBURG | 10c. State FL | 10d. Zip + 4 33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) (727) 393-2184 | | |
| | 11. Type of Business IT SERVICE (LESS COSTLY LIVING) | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) STEVEN SHORT | | |
|---|---|---|
| 13. If a CORPORATION, Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. PINELLAS FL          11/21/2007 | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public *[signature]* | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title) *[signature]*          9-10-2013 |
|---|---|

PS Form 1583   December 2004   (Page 1 of 2)          (7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

APP. 0878

The UPS Store®
2655 Ulmerton Road
Clearwater, Florida 33762
727-556-0500 telephone
727-556-0011 fax

# FAX

| | | | |
|---|---|---|---|
| To | Mark Mills | From | Stacy |
| Company | The UPS Store | Phone number | 727-556-0500 |
| Fax number | | Fax number | |
| Date | 6/18/14 | Total pages | 3 |
| Job number | | | |

**Comments/Notes:**

Bx holder 306 Steven Short paid for bx on 4/2/14 $192.60 on his VISA

Center 4161              Electronic Journal Viewer          The UPS Store

The UPS Store Center 4161
Feather Sound
2655 Ulmerton Road
Clearwater, FL 33762

04/02/2014 04:51:08 PM  Reg:001 Tran:3234

## Journal View

```
092165108
092165108 04/02/14 4161 001 3234 01     04:51 PM
092165108 CLERK # 4024 Garrett Cooper
092165108 Processing MBM WO ID 2040
092165108 MBM Customer STEVEN DOUGLAS SHORT
092165108 POS Customer: STEVEN SHORT
092165108 001 063001 (004)            T1 $  10.00
092165108     Key Fee           NR
092165108 002 062202 (004)            T1 $   0.00
092165108     FS Business Mediu NR
092165108     Start Date 04/02/14 End Date 05/02/14
092165108 003 064001 (004)            T1 $   0.00
092165109     24 Hour Access    NR
092165109     Start Date 04/02/14 End Date 05/02/14
092165109 004 064002 (004)            T1 $   0.00
092165109     Call In Service   NR
092165109     Start Date 04/02/14 End Date 05/02/14
092165109 005 064003 (004)            T1 $   0.00
092165109     Mail Forwarding   NR
092165109     Start Date 04/02/14 End Date 05/02/14
092165109 006 064004 (004)            T1 $   0.00
092165109     Pkg Notify - Emai NR
092165109     Start Date 04/02/14 End Date 05/02/14
092165109 007 063003 (004)            T1 $   0.00
092165109     Set Up Fee        NR
092165145 008 054000 (014)            T1 $ 180.00
092165145     Misc Taxable
092165147     LINE # 001  LINE ITEM VOID
092165153 Operator confirmed NR Items with customer
092165225            SubTotal  $ 180.00
092165225       7% SALES TAX (T1) $  12.60
092165225               Total  $ 192.60
092165225                VISA  $ 192.60
092165225 ACCOUNT NUMBER *    ************1079
092165225 Appr Code:  (S)  Sale
092165225 Mailbox Services Transaction:
```

Version 7.17.11.1              Page      1 of 2              Printed 6/18/2014 14:54

**APP. 0880**

The UPS Store Center 4161
Feather Sound
2655 Ulmerton Road
Clearwater, FL 33762

04/02/2014 04:51:08 PM  Reg:001  Tran:3234

## Journal View

```
092165225  Mailbox # 306
092165225  Customer STEVEN SHORT
092165225  MBM CustomerID 1176
092165225  MBM WQ ID 2040
092165225  Thank You STEVEN SHORT
092165225  RECEIPT ID# 83031308529290863592
092165228  EJ: End Of Tran
```

APP. 0881

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 04/02/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.)<br><br>Feather Sound, 2655 Ulmerton Road #306 |||
| --- | --- | --- | --- |
| | 3b. City<br>Clearwater | 3c. State<br>FL | 3d. Zip + 4<br>33762 |

| 4. Applicant authorizes delivery to and in care of:<br><br>a. Name<br>The UPS Store #4161 | 5. This authorization is extended to include restricted delivery mail for the undersigned(s):<br><br>No |||
| --- | --- | --- | --- |
| b. Address (No., street, apt./ste. no.)<br>Feather Sound, 2655 Ulmerton Road | ||| 
| c. City<br>Clearwater | d. State<br>FL | e. Zip + 4<br>33762 | |

| 6. Name of Applicant<br>STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste.<br>10486 VALENCIA RD |||
| --- | --- | --- | --- |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>SEMINOLE | 7c. State<br>FL | 7d. Zip + 4<br>33772 |
| | 7e. Applicant Telephone Number (Include area code)<br>727-393-2184 |||
| a. FLORIDA DL # ▮▮▮▮▮▮ | 9. Name of Firm or Corporation<br>INTUITIVE BUDGETING, DBA |||
| b. AAA CARD # ▮▮▮▮▮▮ | 10a. Business Address (No., street, apt./ste. no.)<br>6822 22ND AVE |||
| | 10b. City<br>ST PETERSBURG | 10c. State<br>FL | 10d. Zip + 4<br>33710 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>(727) 393-2184 |||
| | 11. Type of Business<br>LLC |||

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>STEVEN SHORT ||
| --- | --- |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br><br>STEVEN SHORT, 10486 VALENCIA RD,SEMINOLE, FL 33772 US | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br><br>PINELLAS<br><br>FL          1/1/2008 |
| --- | --- |

**Warning:** The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |
| | *[signature]* |

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

# Mailbox Service Agreement

## Customer Information

Center Number: <u>4161</u>

Name:   STEVEN DOUGLAS SHORT

Company:   ADMINISTRATIVE MANAGEMENT, LLC.

Address:   10486 VALENCIA RD

| City:   SEMINOLE | State:   FL | ZIP:   33772 |
|---|---|---|

| Business Telephone:   727-393-2184 | Home Telephone:   727-393-2184 |
|---|---|
| Fax: | Mobile Telephone:   727-393-2184 |
| E-mail Address:   ████████ | Text Messaging ID: |

## Mailbox Information

| Mailbox Number:   306 | Mailbox Size:   Medium |
|---|---|

## Terms and Conditions

1.  This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2.  Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3.  This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4.  Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5.  Customer agrees to pay an initial set-up fee of  <u>$10.00</u>  (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of  <u>$0.00</u>  (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of  <u>$0.00</u>  if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of  <u>$10.00</u> . Mailbox service fees and other related fees stated herein are subject to change.

    In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6.  Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

    a.  Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of  <u>$0.00</u>  for month 1, and  <u>$0.00</u>  for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

    b.  Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of  <u>$0.00</u>  per month for the time period in which the Center holds the mail or packages, plus a service fee of  <u>$0.00</u>  for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7.  Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
    a.  Refuse any mail or package addressed to Customer and delivered to the Center.
    b.  Destroy any of Customer's mail or packages remaining at the Center at such time.

8.  Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0884

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within __10__ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 4/2/2014 |
|---|---|---|

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 4/2/2014 |
| How did the customer hear about us?    Walk-In | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0885





The UPS Store Center 4317
701 South Howard Ave
#106
Tampa, FL 33606

04/09/2014 04:47:11 PM  Reg:001  Tran:9079

## Journal View

```
099164711
099164711 04/09/14 4317 001 9079 01    04:47 PM
099164711 CLERK # 1989 Brittany Cannon
099164711 Processing MBM WQ ID 3606
099164711 MBM Customer STEVEN SHORT
099164711 POS Customer: STEVEN SHORT
099164711 001 063001 (004)            T1 $  10.00
099164711     Key Fee          NR
099164711 002 062201 (004)            T1 $ 240.00
099164711     FS Business Small NR QTY 12
099164711     Reg Unit Price   $   20.00
099164711     Start Date 04/09/14 End Date 04/09/15
099164711 003 064001 (004)            T1 $   0.00
099164712     24 Hour Access   NR QTY 12
099164712     Reg Unit Price   $    0.00
099164712     Start Date 04/09/14 End Date 04/09/15
099164712 004 064002 (004)            T1 $   0.00
099164712     Call In Service  NR QTY 12
099164712     Reg Unit Price   $    0.00
099164712     Start Date 04/09/14 End Date 04/09/15
099164712 005 064004 (004)            T1 $   0.00
099164712     Pkg Notify - Emai NR QTY 12
099164712     Reg Unit Price   $    0.00
099164712     Start Date 04/09/14 End Date 04/09/15
099164712 006 064006 (004)            T1 $   0.00
099164712     Pkg Notify - Phon NR QTY 12
099164712     Reg Unit Price   $    0.00
099164712     Start Date 04/09/14 End Date 04/09/15
099164712 007 063003 (004)            T1 $  20.00
099164712     Set Up Fee       NR
099164716 Operator confirmed NR Items with customer
099164842            SubTotal $ 270.00
099164842       SalesTax (T1) $  18.90
099164842               Total $ 288.90
099164843                Cash $ 309.00
099164843              Change $  20.10-
```

**APP. 0887**

# Mailbox Service Agreement

## Customer Information

Name:    STEVEN SHORT

Company:    BLC

Address:    10486 VALENCIA RD

| City:    SEMINOLE | State:    FL | ZIP:    33772 |
|---|---|---|
| Business Telephone: | Home Telephone:    7273932184 | |
| Fax: | Mobile Telephone:    7273932184 | |
| E-mail Address:    ▓▓▓▓▓▓▓ | Text Messaging ID: | |

## Mailbox Information

| Mailbox Number:    217 | Mailbox Size:    Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$30.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$0.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$0.00__. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

**APP. 0888**

United States Postal Service
# Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 04/09/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) STEVEN SHORT | 3a. Address to be Used for Delivery (Include PMB or # sign.) 701 South Howard Ave, #106 #217 | | |
| --- | --- | --- | --- |
| | 3b. City Tampa | 3c. State FL | 3d. Zip + 4 33606 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): No |
| --- | --- |
| a. Name The UPS Store #4317 | |
| b. Address (No., street, apt./ste. no.) 701 South Howard Ave, #106 | |

| c. City Tampa | d. State FL | e. Zip + 4 33606 | |
| --- | --- | --- | --- |

| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10486 VALENCIA RD | | |
| --- | --- | --- | --- |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772 |
| | 7e. Applicant Telephone Number (Include area code) 7273932184 | | |
| a. DRIVERS LICENSE # ▮▮▮▮▮▮▮ | 9. Name of Firm or Corporation YOUR NEW BUDGET | | |
| b. AAA # ▮▮▮▮▮▮ | 10a. Business Address (No., street, apt./ste. no.) 701 S HOWARD AVE, STE 106-217 | | |
| | 10b. City TAMPA | 10c. State FL | 10d. Zip + 4 33606 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) N/A | | |
| | 11. Type of Business N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) STEVEN SHORT | | |
| --- | --- | --- |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. N/A |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |
| | |

PS Form 1583 December 2004 (Page 1 of 2)    **APP. 0889** 7530-01-000-9365)





# Mailbox Service Agreement

## Customer Information

Center Number: <u>5509</u>

Name: STEVEN SHORT

Company:

Address: 10488 VALENCIA RD

| City: SEMINOLE | State: FL | ZIP: 33772 |
|---|---|---|

| Business Telephone: 727-393-2184 | Home Telephone: 727-393-2184 |
|---|---|
| Fax: | Mobile Telephone: 727-393-2184 |
| E-mail Address: NA@NA.NA | Text Messaging ID: |

## Mailbox Information

| Mailbox Number: 109 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of <u>$20.00</u> (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of <u>$0.00</u> (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of <u>$0.00</u> if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of <u>$0.00</u>. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of <u>$20.00</u> for month 1, and <u>$0.00</u> for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of <u>$0.00</u> per month for the time period in which the Center holds the mail or packages, plus a service fee of <u>$0.00</u> for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

# Mailbox Service Agreement

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___5___ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 2/21/2014 |
| --- | --- | --- |

| For Center Use Only | | |
| --- | --- | --- |
| Authorized Center Representative Signature: | Date: | 2/21/2014 |
| How did the customer hear about us?     Newspaper | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0892

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 02/21/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) 4644 W. Gandy Blvd, STE 4 #109 | | |
|---|---|---|---|
| STEVEN SHORT | 3b. City Tampa | 3c. State FL | 3d. Zip + 4 33611-3300 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| **a. Name** The UPS Store #5509 | Yes |
| **b. Address (No., street, apt./ste. no.)** 4644 W. Gandy Blvd, STE 4 | |

| c. City Tampa | d. State FL | e. Zip + 4 33611-3300 | |
|---|---|---|---|

| 6. Name of Applicant STEVEN SHORT | 7a. Applicant Home Address (No., street, apt./ste. 10488 VALENCIA RD | | |
|---|---|---|---|
| | 7b. City SEMINOLE | 7c. State FL | 7d. Zip + 4 33772 |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7e. Applicant Telephone Number (Include area code) 727-393-2184 |
|---|---|
| | 9. Name of Firm or Corporation ADMINISTRATIVE MANAGMENT & DESIGN DBA YOUR HOUSEHO |
| **a. DRIVERS LICENSE #** ████████████ | 10a. Business Address (No., street, apt./ste. no.) 10488 VALENCIA RD |

| **b. AAA #** ████████████ | 10b. City SEMINOLE | 10c. State FL | 10d. Zip + 4 33772 |
|---|---|---|---|

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) |
|---|---|
| | 11. Type of Business |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) STEVEN SHORT | | |
|---|---|

| 13. If a CORPORATION, Give Names and Addresses of Its Officers N/A | 14. If business name (corporation or trade name) has been registered, give name and address of county and state, and date of registration. N/A |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|

PS Form  1583  December 2004    (Page 1 of 2)            (7530-01-000-9365)

**APP. 0893**

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

APP. 0894

The UPS Store - #5509
4644 W. Gandy Blvd, STE 4
Tampa, FL 33611-3300
(813) 514-8383

09/24/13  05:51 PM

|  |  |  |  |
|---|---|---|---|
| 001 063001 (004) | | T1 $ | 0.00 |
| Key Fee | NR | | |
| 002 062201 (004) | | T1 $ | 120.00 |
| FS Business Small NR QTY 6 | | | |
| Reg Unit Price | $ | 20.00 | |
| Start Date 10/01/13 End Date 04/01/14 | | | |
| 003 064001 (004) | | T1 $ | 0.00 |
| 24 Hour Access | NR QTY 6 | | |
| Reg Unit Price | $ | 0.00 | |
| Start Date 10/01/13 End Date 04/01/14 | | | |
| 004 064002 (004) | | T1 $ | 0.00 |
| Call In Service | NR QTY 6 | | |
| Reg Unit Price | $ | 0.00 | |
| Start Date 10/01/13 End Date 04/01/14 | | | |
| 005 064003 (004) | | T1 $ | 0.00 |
| Mail Forwarding | NR QTY 6 | | |
| Reg Unit Price | $ | 0.00 | |
| Start Date 10/01/13 End Date 04/01/14 | | | |
| 006 064004 (004) | | T1 $ | 0.00 |
| Pkg Notify - Emai NR QTY 6 | | | |
| Reg Unit Price | $ | 0.00 | |
| Start Date 10/01/13 End Date 04/01/14 | | | |
| 007 063003 (004) | | T1 $ | 20.00 |
| Set Up Fee | NR | | |

```
                    SubTotal  $ 140.00
                 SalesTax (T1)  $   9.80
                       Total  $ 149.80

                         VISA  $ 149.80
ACCOUNT NUMBER *      ************1079
Appr Code:  (S) Sale
Mailbox Services Transaction:
    Mailbox # 109
    Customer STEVEN SHORT
```

Thank You STEVEN SHORT

Receipt ID 8377859214485883787 032 Items
CSH: DON          Tran: 7098 Reg: 001

Appr Code:  (S) Sale
VISA                              149.80

Items Designated NR are NOT eligible
for Returns/Refunds or Exchanges.

X _____
         STEVEN SHORT

         CENTER COPY

The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707


03/05/2013 04:57:53 PM  Reg:002  Tran:7160


## Journal View

```
064165753
064165753 03/05/13 5873 002 7160 02     04:57 PM
064165753 CLERK # 2897 ERIC SHEPHERD
064165753 Processing MBM WQ ID 3233
064165753 MBM Customer steven short
064165753 POS Customer: steven short
064165753 001 063001 (004)          T1 $   0.00
064165753     Key Fee          NR
064165754 002 062201 (004)          T1 $  54.00
064165754     FS Business Small NR QTY 3
064165754     Reg Unit Price   $   18.00
064165754     Start Date 03/05/13 End Date 06/05/13
064165754 003 064001 (004)          T0 $   0.00
064165754     24 Hour Access   NR QTY 3
064165754     Reg Unit Price   $    0.00
064165754     Start Date 03/05/13 End Date 06/05/13
064165754 004 064002 (004)          T0 $   0.00
064165754     Call In Service  NR QTY 3
064165754     Reg Unit Price   $    0.00
064165754     Start Date 03/05/13 End Date 06/05/13
064165754 005 064007 (004)          T0 $   0.00
064165754     Mail Notify - Ema NR QTY 3
064165754     Reg Unit Price   $    0.00
064165754     Start Date 03/05/13 End Date 06/05/13
064165754 006 064009 (004)          T0 $   0.00
064165754     Mail Notify - Pho NR QTY 3
064165754     Reg Unit Price   $    0.00
064165754     Start Date 03/05/13 End Date 06/05/13
064165754 007 063003 (004)          T1 $  20.00
064165754     Set Up Fee       NR
064165756 Operator confirmed NR Items with customer
064165817 Got Debit response, code=A,AuthCode=125010
064165817 Debit Auth Trace    : 00975200
064165817 Debit Auth Batch    : 064001
064165817 Debit Auth Retrieval : 00000026
064165818                    SubTotal $  74.00
```

APP. 0896

The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707


03/05/2013 04:57:53 PM  Reg:002  Tran:7160


## Journal View

```
064165818                  salestax (T1)  $   5.18
064165818                          Total  $  79.18
064165818                     Debit Card  $  79.18
064165818 Mailbox Services Transaction:
064165818  Mailbox # 386
064165818  Customer steven short
064165818  MBM CustomerID 712
064165818  MBM WQ ID 3233
064165818 Thank You steven short
064165818 RECEIPT ID# 82764998104318888681
064165824 EJ: End Of Tran
064165824 ERIC SHEPHERD Signed Off
064170018 ERIC SHEPHERD Signed On
```

APP. 0897

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 03/05/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) | | |
| --- | --- | --- | --- |
| | 6860 Gulfport BLVD S #386 | | |
| | 3b. City | 3c. State | 3d. Zip + 4 |
| steven short | Saint Petersburg | FL | 33707 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name | Yes |
| The UPS Store #5873 | |
| b. Address (No., street, apt./ste. no.) | |
| 6860 Gulfport BLVD S | |

| c. City | d. State | e. Zip + 4 |
| --- | --- | --- |
| Saint Petersburg | FL | 33707 |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste. |
| --- | --- |
| steven short | 10486 valencia rd |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City | 7c. State | 7d. Zip + 4 |
| --- | --- | --- | --- |
| | seminole | FL | 33772 |
| | 7e. Applicant Telephone Number (Include area code) | | |
| | 7273932184 | | |

| a. fl dl #0230 ███████████ | 9. Name of Firm or Corporation |
| --- | --- |
| | insightful budgeting /em systems |
| b. aaa card #2419 ██████ | 10a. Business Address (No., street, apt./ste. no.) |
| | 6860 gulfport blvd, 386 |

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c. State | 10d. Zip + 4 |
| --- | --- | --- | --- |
| | s pasadena | FL | 33707 |
| | 10e. Business Telephone Number (Include area code) | | |
| | 11. Type of Business | | |
| | web design | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) |
| --- |
| steven short |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
| --- | --- |
| N/A | N/A |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title) |
| --- | --- |
| | |

PS Form 1583 December 2004 (Page 1 of 2) **APP. 0898** (7530-01-000-9365)

# Mailbox Service Agreement

## Customer Information

Name: steven short

Company:

Address: 10486 valencia rd

| City: seminole | State: FL | ZIP: 33772 |
|---|---|---|

| Business Telephone: | Home Telephone: 7273932184 |
|---|---|
| Fax: | Mobile Telephone: |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| Mailbox Number: 386 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$3.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$10.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$3.00__. Mailbox service fees and other related fees stated herein are subject to change.

    In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

    a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

    b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
    a. Refuse any mail or package addressed to Customer and delivered to the Center.
    b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. Last updated 02/18/09

APP. 0899

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9.  The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within **5** days of notification will be subject to a storage fee of **$0.00** per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 3/5/2013 |
|---|---|---|

| **For Center Use Only** | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 3/5/2013 |
| How did the customer hear about us? | Newspaper | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. Last updated 02/18/09

APP: 0900

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.





The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707

04/10/2013 04:15:15 PM  Reg:002  Tran:9190

## Journal View

```
100161515
100161515 04/10/13 5873 002 9190 02     04:15 PM
100161515 CLERK # 2897 ERIC SHEPHERD
100161515 Processing MBM WQ ID 3312
100161515 MBM Customer steven short
100161515 POS Customer: steven short
100161515 001 063001 (004)          T1 $    0.00
100161515     Key Fee              NR
100161515 002 062201 (004)          T1 $   54.00
100161515     FS Business Small NR QTY 3
100161515     Reg Unit Price    $   18.00
100161515     Start Date 04/10/13 End Date 07/10/13
100161515 003 064001 (004)          T0 $    0.00
100161515     24 Hour Access    NR QTY 3
100161515     Reg Unit Price    $    0.00
100161515     Start Date 04/10/13 End Date 07/10/13
100161515 004 064002 (004)          T0 $    0.00
100161515     Call In Service   NR QTY 3
100161515     Reg Unit Price    $    0.00
100161515     Start Date 04/10/13 End Date 07/10/13
100161515 005 064007 (004)          T0 $    0.00
100161515     Mail Notify - Ema NR QTY 3
100161515     Reg Unit Price    $    0.00
100161515     Start Date 04/10/13 End Date 07/10/13
100161515 006 064009 (004)          T0 $    0.00
100161515     Mail Notify - Pho NR QTY 3
100161515     Reg Unit Price    $    0.00
100161515     Start Date 04/10/13 End Date 07/10/13
100161515 007 063003 (004)          T1 $   20.00
100161515     Set Up Fee           NR
100161519 Operator confirmed NR Items with customer
100161534 Got Debit response, code=A,AuthCode=171742
100161534 Debit Auth Trace    : 00911772
100161534 Debit Auth Batch    : 100001
100161534 Debit Auth Retrieval : 00000026
100161535                      SubTotal $   74.00
```

APP. 0903

The UPS Store Center 5873

6800 Gulfport BLVD S

STE 201

Saint Petersburg, FL 33707


04/10/2013 04:15:15 PM  Reg:002  Tran:9190

## Journal View

```
100161535                    salestax (T1)   $    5.18
100161535                            Total   $   79.18
100161535                       Debit Card   $   79.18
100161535 Mailbox Services Transaction:
100161535  Mailbox # 129
100161535  Customer steven short
100161535  MBM CustomerID 712
100161535  MBM WQ ID 3312
100161535 Thank You steven short
100161535 RECEIPT ID# 82764993885358888687
100161541 EJ: End Of Tran
100161542 ERIC SHEPHERD Signed Off
100161849 ERIC SHEPHERD Signed On
```

APP. 0904

The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707

08/10/2013 12:04:12 PM  Reg:002  Tran:4544

## Journal View

```
222120412
222120412 08/10/13 5873 002 4544 02      12:04 PM
222120412 CLERK # 2897 ERIC SHEPHERD
222120412 Processing MBM WQ ID 3562
222120412 MBM Customer steven short
222120412 POS Customer: steven short
222120412 001 062201 (004)            T1 $ 180.00
222120412     FS Business Small NR QTY 12
222120412     Reg Unit Price    $  15.00
222120412     Start Date 07/10/13 End Date 07/10/14
222120412 002 064001 (004)            T0 $   0.00
222120412     24 Hour Access    NR QTY 12
222120412     Reg Unit Price    $   0.00
222120412     Start Date 07/10/13 End Date 07/10/14
222120412 003 064002 (004)            T0 $   0.00
222120412     Call In Service   NR QTY 12
222120412     Reg Unit Price    $   0.00
222120412     Start Date 07/10/13 End Date 07/10/14
222120412 004 064007 (004)            T0 $   0.00
222120412     Mail Notify - Ema NR QTY 12
222120412     Reg Unit Price    $   0.00
222120412     Start Date 07/10/13 End Date 07/10/14
222120412 005 064009 (004)            T0 $   0.00
222120412     Mail Notify - Pho NR QTY 12
222120412     Reg Unit Price    $   0.00
222120412     Start Date 07/10/13 End Date 07/10/14
222120416 Operator confirmed NR Items with customer
222120427 Customer accepted Credit Card Terms
222120453 Electronic Signature Accepted
222120453                 SubTotal  $ 180.00
222120453            salestax (T1)  $  12.60
222120453                    Total  $ 192.60
222120453                    VISA   $ 192.60
222120453 ACCOUNT NUMBER *    ***********7085
222120453 Appr Code:  (S)  Sale
222120453 Mailbox Services Transaction:
```

**APP. 0905**

The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707

08/10/2013 12:04:12 PM  Reg:002  Tran:4544

## Journal View

```
222120453  Mailbox # 129
222120453  Customer steven short
222120453  MBM CustomerID 712
222120453  MBM WQ ID 3562
222120453  Thank You steven short
222120453  RECEIPT ID# 8276499222070083595
222120500  EJ: End Of Tran
222120501  ERIC SHEPHERD Signed Off
222121726  ERIC SHEPHERD Signed On
```

The UPS Store Center 5873
6800 Gulfport BLVD S
STE 201
Saint Petersburg, FL 33707


08/10/2013 12:04:12 PM  Reg:002  Tran:4544

## Journal View

| Card Type | Acct No | Tender Amt | Approval | Tran Type | Entry Mthd |
|-----------|---------|------------|----------|-----------|------------|
| VISA | ****7085 | $192.60 | 100634 | Sale | Swiped |

APP. 0907



# United States Postal Service
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 04/10/2013 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>steven short | 3a. Address to be Used for Delivery (Include PMB or # sign.)<br><br>6860 Gulfport BLVD S #129 | | |
|---|---|---|---|
| | 3b. City<br>Saint Petersburg | 3c. State<br>FL | 3d. Zip + 4<br>33707 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name<br><br>The UPS Store #5873 | No |
| b. Address (No., street, apt./ste. no.)<br><br>6860 Gulfport BLVD S | |

| c. City<br>Saint Petersburg | d. State<br>FL | e. Zip + 4<br>33707 |
|---|---|---|

| 6. Name of Applicant<br><br>steven short | 7a. Applicant Home Address (No., street, apt./ste.<br><br>10486 valencia rd |
|---|---|

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br><br>seminole | 7c. State<br>FL | 7d. Zip + 4<br>33772 |
|---|---|---|---|
| | 7e. Applicant Telephone Number (Include area code)<br><br>7273932184 | | |
| a. on file 386 #on file ██████████ | 9. Name of Firm or Corporation<br><br>total budgeting | | |
| b. on file #on file ██████████ | 10a. Business Address (No., street, apt./ste. no.) | | |

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City<br>N/A | 10c. State<br>N/A | 10d. Zip + 4<br>N/A |
|---|---|---|---|
| | 10e. Business Telephone Number (Include area code)<br>N/A | | |
| | 11. Type of Business<br>N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>steven short |
|---|

| 13. If a CORPORATION. Give Names and Addresses of Its Officers<br><br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br><br>N/A |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|

PS Form **1583** December 2004   (Page 1 of 2)      **APP. 0908** (7530-01-000-9365)

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

# Mailbox Service Agreement

## Customer Information

Center Number: 5873

| | |
|---|---|
| Name: steven short | |
| Company: | |
| Address: 10486 valencia rd | |

| City: seminole | State: FL | ZIP: 33772 |
|---|---|---|

| Business Telephone: | Home Telephone: 7273932184 |
|---|---|
| Fax: | Mobile Telephone: |
| E-mail Address: | Text Messaging ID: |

## Mailbox Information

| Mailbox Number: 129 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgement form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$20.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$10.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$3.00__. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$0.00__ for month 1, and __$0.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$0.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$0.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. • Last updated 02/18/09

APP. 0910

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ____5____ days of notification will be subject to a storage fee of __$0.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: | 4/10/2013 |
|---|---|---|

| **For Center Use Only** | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 4/10/2013 |
| How did the customer hear about us?     Newspaper | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2009 Mail Boxes Etc., Inc. All rights reserved. · Last updated 02/18/09

**APP. 0911**

# EXHIBIT H



Please Wire Payment to:

| | |
|---|---|
| Date of Invoice: | **03/16/2015** |
| Billing Period: | **03/09/2015 - 03/15/2015** |
| Payment due in (days): | **3** |
| Due Date: | **03/19/2015** |

Invoice Number: **10312972**
Acct Number: **121427**

Bill To:
Epiphany Management Sys
Steven Short
10486 Valencia Rd
Seminole, FL 33772

**TOTAL AMOUNT DUE**    **61.36**

Or Mail Payment to Arrive by Due Date to:

XCast Labs, Inc.
1880 Century Park East, Suite 1415
Los Angeles, CA 90067

**XCast Labs, Inc.**
Wells Fargo
Routing #121 000 248
Acct# ▇▇▇ 0264

| USF Fee Pct on Usage | | 10.9032% | 6.04 |
|---|---|---|---|

| Totals | 20,675 | 8,093.8 | 55.31230 | - | 55.32 |
|---|---|---|---|---|---|

| Usage Type | IP / Number | Rate Plan | Route ID | Destination / Origination | Rate | Calls | Billed Min | Charge | Surchrg | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Inbound US | 18136426758 | VI9010B | 1538 | USA 48 States | 0.00700 | 48 | 143.1 | 1.0017 | - | 1.0017 |
| Inbound US | 18136995101 | VI9010B | 1538 | USA 48 States | 0.00700 | 1 | 0.1 | 0.0007 | - | 0.0007 |
| Inbound US | 18139022656 | VI9010B | 1538 | USA 48 States | 0.00700 | 2 | 0.7 | 0.0049 | - | 0.0049 |
| Inbound Toll-free | 18442389068 | VI9010B | 1538 | USA 48 States | 0.01900 | 49 | 282.0 | 5.3580 | - | 5.3580 |
| Inbound Toll-free | 18443620709 | VI9010B | 1538 | USA 48 States | 0.01900 | 6 | 0.6 | 0.0114 | - | 0.0114 |
| Inbound Toll-free | 18444328668 | VI9010B | 1538 | USA 48 States | 0.01900 | 4 | 0.5 | 0.0095 | - | 0.0095 |
| Inbound Toll-free | 18448641569 | VI9010B | 1538 | USA 48 States | 0.01900 | 5 | 0.8 | 0.0152 | - | 0.0152 |
| Inbound Toll-free | 18554439821 | VI9010B | 1538 | USA 48 States | 0.01900 | 66 | 7.5 | 0.1425 | - | 0.1425 |
| Inbound Toll-free | 18555189625 | VI9010B | 1538 | USA 48 States | 0.01900 | 1 | 0.1 | 0.0019 | - | 0.0019 |
| Inbound Toll-free | 18558819652 | VI9010B | 1538 | USA 48 States | 0.01900 | 15 | 1.6 | 0.0304 | - | 0.0304 |
| Inbound Toll-free | 18558831872 | VI9010B | 1538 | USA 48 States | 0.01900 | 2 | 0.3 | 0.0057 | - | 0.0057 |
| Inbound US | 18633939312 | VI9010B | 1538 | USA 48 States | 0.00700 | 21 | 139.5 | 0.9765 | - | 0.9765 |
| Inbound Toll-free | 18662293490 | VI9010B | 1538 | USA 48 States | 0.01900 | 8 | 1.0 | 0.0190 | - | 0.0190 |
| Inbound Toll-free | 18664607448 | VI9010B | 1538 | USA 48 States | 0.01900 | 1 | 0.1 | 0.0019 | - | 0.0019 |
| Inbound Toll-free | 18664607462 | VI9010B | 1538 | USA 48 States | 0.01900 | 15 | 1.7 | 0.0323 | - | 0.0323 |
| Inbound Toll-free | 18664607467 | VI9010B | 1538 | USA 48 States | 0.01900 | 23 | 2.6 | 0.0494 | - | 0.0494 |
| Inbound Toll-free | 18665780037 | VI9010B | 1538 | USA 48 States | 0.01900 | 4 | 0.4 | 0.0076 | - | 0.0076 |
| Inbound Toll-free | 18666636830 | VI9010B | 1538 | USA 48 States | 0.01900 | 21 | 141.1 | 2.6809 | - | 2.6809 |
| Inbound Toll-free | 18667516518 | VI9010B | 1100 | Canada 604 BC | 0.02800 | 1 | 0.1 | 0.0028 | - | 0.0028 |
| Inbound Toll-free | 18667516518 | VI9010B | 1538 | USA 48 States | 0.01900 | 30 | 3.2 | 0.0608 | - | 0.0608 |
| Inbound Toll-free | 18667868242 | VI9010B | 1538 | USA 48 States | 0.01900 | 11 | 1.5 | 0.0285 | - | 0.0285 |
| Inbound Toll-free | 18772485593 | VI9010B | 1538 | USA 48 States | 0.01900 | 16 | 1.7 | 0.0323 | - | 0.0323 |
| Inbound Toll-free | 18773304115 | VI9010B | 1538 | USA 48 States | 0.01900 | 1 | 0.1 | 0.0019 | - | 0.0019 |
| Inbound Toll-free | 18774175394 | VI9010B | 1538 | USA 48 States | 0.01900 | 1 | 0.1 | 0.0019 | - | 0.0019 |
| Inbound Toll-free | 18775514429 | VI9010B | 1538 | USA 48 States | 0.01900 | 14 | 1.6 | 0.0304 | - | 0.0304 |
| Inbound Toll-free | 18776349809 | VI9010B | 1538 | USA 48 States | 0.01900 | 14 | 1.5 | 0.0285 | - | 0.0285 |
| Inbound Toll-free | 18779261193 | VI9010B | 1538 | USA 48 States | 0.01900 | 28 | 3.1 | 0.0589 | - | 0.0589 |

XCast Labs, Inc. Invoice No. 10312972, Acct Number: 121427, Invoice Date: 03/16/2015, Page 1 of 2

**EXHIBIT H**

| Usage Type | IP / Number | Rate Plan | Route ID | Destination / Origination | Rate | Calls | Billed Min | Charge | Surchrg | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Inbound Toll-free | 18888137946 | VI9010B | 1538 | USA 48 States | 0.01900 | 7 | 0.7 | 0.0133 | - | 0.0133 |
| Inbound Toll-free | 18888276531 | VI9010B | 1538 | USA 48 States | 0.01900 | 76 | 8.0 | 0.1520 | - | 0.1520 |
| Inbound Toll-free | 18888276531 | VI9010B | 1540 | USA Hawaii | 0.03000 | 6 | 0.6 | 0.0180 | - | 0.0180 |
| Inbound Toll-free | 18888623816 | VI9010B | 1538 | USA 48 States | 0.01900 | 20 | 2.1 | 0.0399 | - | 0.0399 |
| Inbound US | 19412543189 | VI9010B | 1538 | USA 48 States | 0.00700 | 14 | 61.4 | 0.4298 | - | 0.4298 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1089 | Canada 204 MB | 0.01000 | 2 | 5.3 | 0.0530 | - | 0.0530 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1092 | Canada 306 SK | 0.01000 | 3 | 11.1 | 0.1110 | - | 0.1110 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1093 | Canada 403 AB | 0.01000 | 36 | 7.4 | 0.0740 | - | 0.0740 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1094 | Canada 416 Toronto | 0.01000 | 5 | 0.9 | 0.0090 | - | 0.0090 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1095 | Canada 418 QC | 0.01000 | 2 | 0.6 | 0.0060 | - | 0.0060 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1098 | Canada 514 Montreal | 0.01000 | 206 | 510.7 | 5.1070 | - | 5.1070 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1740 | Canada 587 AB | 0.01000 | 4 | 2.7 | 0.0270 | - | 0.0270 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1100 | Canada 604 BC | 0.01000 | 17 | 7.8 | 0.0780 | - | 0.0780 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1101 | Canada 613 ON | 0.01000 | 1 | 0.7 | 0.0070 | - | 0.0070 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1102 | Canada 647 ON | 0.01000 | 43 | 7.7 | 0.0770 | - | 0.0770 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1105 | Canada 778 BC | 0.01000 | 6 | 1.0 | 0.0100 | - | 0.0100 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1106 | Canada 780 AB | 0.01000 | 17 | 3.0 | 0.0300 | - | 0.0300 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1108 | Canada 819 QC | 0.01000 | 1 | 0.3 | 0.0030 | - | 0.0030 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1110 | Canada 902 NS | 0.01000 | 1 | 0.2 | 0.0020 | - | 0.0020 |
| Outbound Intl | 71.251.94.85 | VO9010B | 1111 | Canada 905 ON | 0.01000 | 2 | 0.4 | 0.0040 | - | 0.0040 |
| Outbound Toll-free | 71.251.94.85 | VO9010B | 1621 | USA Toll-free | 0.00000 | 4,777 | 2,887.5 | - | - | - |
| Outbound US | 71.251.94.85 | VO9010B | 1538 | USA 48 States | 0.01000 | 15,017 | 3,835.9 | 38.3590 | - | 38.3590 |
| Outbound US | 71.251.94.85 | VO9010B | 1539 | USA Alaska | 0.08900 | 4 | 1.2 | 0.1068 | - | 0.1068 |

# EXHIBIT I

Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1043

63-27/631 FL
1449

12/28/2012

Pay to the order of Richard Clark                    $ 300.00

Three hundred & 00/xx                                        Dollars

**Bank of America**

ACH R/T 063100277

IT Support                          Karissa Dyar

⑈063100277⑈  5271 ⑈1043

APP. 0916

_Richard Clerg_

AMSCOT CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. # ██████ 0307





Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1045

63-27/631 FL
1449

Pay to the order of  Richard White                                      $ 300.00

Three Hundred & 00/100 —————————————— Dollars

Bank of America

ACH R/T 083100277

For  IT Support                                  Karishma Dyar

⑈063100277⑈  527⑈ ⑈1045

*[signature]*

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. #█████0307





Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1051
63-227/631 FL
1449

1/11/2013

Pay to the order of Richard Clark          $ 300.00

Three hundred + 00/xx                              Dollars

Bank of America

ACH R/T 063100277

For IT Support          Karissa Ryan

⑈063100277⑈ 5271 ⑈1051

APP. 0920



AMSCO CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. # ███ 0307

Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1057

63-27/631 FL
1449

1/18/2013

Pay to the order of Richard Clark                     $ 300.00

Three Hundred & 00/xx                                      Dollars

**Bank of America**

ACH R/T 063102277

For IT Support                              Karisa Dryer

⑈063102277⑈  5271⑈1057

APP. 0922

*Richard Obest*

AMSCOT CORP.
BRANCH #26
*FOR DEPOSIT ONLY*
ACCT. # ████ 8996



**S** Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1062
63-27/631 FL
1449

11/25/2013

Pay to the order of  Richard Clark                    $ 500.00

five hundred $ 00/xx ————————

**Bank of America** 🇺🇸

ACH R/T 063102277

For  IT Support                    Karissa Lopez

⑆063100277⑆ 5271⑈1062

APP. 0924

*Richard (signature)*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
CT. # ████ 9903



Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1068

63-27/631 FL
1449

DATE 2/1/2013

PAY TO THE
ORDER OF Richard Clark                    $ 500.00

five hundred & 00/xx ——                            Dollars

**Bank of America**

ACH R/T 063102277

FOR IT Support

⑆063100277⑆ 5271⑈1068

Karina Ryan

APP. 0926



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ████ 9903

S Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1074
63-27/631 FL
1449

2/8/2013

Pay to the order of  Richard Clark                              $ 500.00

five hundred $00/xx                                          Dollars

**Bank of America**

ACH R/T 063102277

For  IT support

Karissa Ryan

⑈063100277⑈ 5276⑈ 1074

Marine Clarke

*Richard Clark*

AMSCOT CORP.
BRANCH #26
FOR DEPOSIT ONLY
ACCT. # ███████ 3996

WELLS FARGO BANK WA 040
20130211 E0023 PKT 04
▲09910-00901-9◄
085111031 2

S Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1080
83-27/631 FL
1449

2/15/2013

Pay to the order of _Richard Clark_ $ 500.00

Five hundred & 00/xx _____ Dollars

**Bank of America**
ACH R/T 063100277

For _IT Support_ _Karin Dyer_

⑈063100277⑈ 5271⑈ 1080

*Richard Clark*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ████ 9903



Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1086

63-27/631 FL
1449

Pay to the
Order of  Richard Clark                                    2/22/13

Five Hundred $00/xx ——————                    $ 500.00
                                                              Dollars

**Bank of America**

ACH R/T 063102277

For  IT Support                              Kristin Nyx

⑆063102277⑆    527611"1086

APP. 0932

_Richard Clark_

AMSCOT CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. #███████0307





Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1092
03-27/631 FL
1449

Day 27-76
Pay to the
order of ___Richard Clark___ $ 500.00

__five hundred & 00/xx___ Dollars

Bank of America

ACH R/T 063100277

For ___IT support___

⑆063100277⑆ 5274⑈1092

Darina Ryan

*Richard Clark*

**AMSCOT CORP.**
**BRANCH #26**
*FOR DEPOSIT ONLY*
**ACCT. #** ████ **8996**





Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

Bank of America

ACH R/T 063100277

Pay to the
order of    Richard Clark    $ 500.00

Five hundred & 00/xx —    Dollars

1099
63-27/631 FL
1449

WE 3/3 ITrupp.    Karina Dyar

⑇:063100277⑇ 527⑈1099

APP. 0936

*Richard Clark* (signature)

**AMSCOT CORP.**
**BRANCH #157**
*FOR DEPOSIT ONLY*
ACCT. # ████ 0307



Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1104

83-27/631 FL
1449

Pay to the order of _Richard Clark_ $500.00

_five hundred_ & 00/xx _____ Dollars

Bank of America

ACH R/T 063102277

Security features. Details on Back.

For _IT support_ ▬▬▬▬▬▬ _Larissa Myers_

⑆063102277⑆ 527⑈4⑈⑆1104

Helena Chase

*Richard Clark*

**AMSCOT CORP.**
**BRANCH #19**
*FOR DEPOSIT ONLY*
**ACCT. #████8921**





**Satisfied Service Solutions**
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1111
63-27/631 FL
1449

Pay to the
Order of ___ Richard Clark _____ $ 500⁰⁰

___ Five Hundred & 00/xx _____ Dollars

**Bank of America**

ACH R/T 063100277

For ___ IT Support ___

Kariwa Nyor

⑆063100277⑆ 527 ⑈1111

*Pinehurst Club*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ████ 9903



WELLS FARGO BANK  MN DRD
2013401E032  PKT 04
●0910-00001-94
045005166?



Satisfied Service Solutions
Payroll
873 W Bay Drive Ste. 142
Largo, FL 33770

1117
83-27/631 FL
1449

Bank of America

ACH R/T 063102277

Pay to the order of _Richard Clark_ $ 500.00

_Five hundred & 00/100_ _____ Dollars

For _IT Support_

_Karissa Ryan_

⑈063100277⑈ 5274⑈ 1117

APP. 0942

*Richard Clark*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. #▆▆▆9903





Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1051

83-27/631 FL
1440

Pay to the
order of: Richard Clark

$ 500 00

five hundred & 00/xx — Dollars

Bank of America

ACH R/T 063100277

For IT Support

Kevin Sayer

⑆063100277⑆ 5297⑈1051

APP. 0944

Reelund Clrgl

AMSCOT CORP
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ▮▮▮▮ 0307

WELLS FARGO BANK NA OKD
20139412 E0031 PKT 04
►09910-00091-9◄
045104A6693



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1058
63-27/631 FL
1449

Pay to the order of __Richard Clark__ $ 500.00

__Five Hundred & 00/xx__ Dollars

Bank of America
ACH R/T 063100277

For __IT Support__

Larissa Ryan

⑆063100277⑆ 5297" 1058



AMSCOT CORP.
BRANCH #26
FOR DEPOSIT ONLY
ACCT. #4█████8996

WELLS FARGO BANK NA 050
2013♦417 E0422 PKT 04
▲09910-0000i-9◄



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1064
63-27/631 FL
1149

4/22/13

Pay to the order of  Richard Clark                    $ 500.00

five hundred & 00/xx —                                    Dollars

Bank of America

ACH R/T 063102277

For  IT support        Kaivnee Dyar

⑈063102277⑈  5297⑈ 1064

APP. 0948

*Richard Clark* (signature)

**AMSCOT CORP.**
**BRANCH #157**
**FOR DEPOSIT ONLY**
**ACCT. #** ▮▮▮▮▮ **0307**



**S** Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1073
83-27/631 FL
149

Pay to the
Order of  Richard Clark   $ 500.00

Five Hundred $ 00/xx ————— Dollars

**Bank of America**

ACH R/T 063102277

For  WE 4/21 IT support   Brian Ryan

4/26/13

⦚063102277⦚ 5297⦚ 1073

*Richard Orso* (signature)

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ███████ 9903



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1082
63-27/631 FL
1449

Pay to the order of: Richard Clark

$ 500.00

Five hundred & 00/xx —————————— Dollars

Bank of America
ACH R/T 063100277

For: IT Support

Krivu Ryan

⑆063100277⑆ 5 2 9 7 ⑈ 1082

Security features included. Details on back.



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ███████ 0307

WELLS FARGO BANK, NA DRO
2613#507 EW25    PKT 04
▲0910-0001-9▼
035350247 79

**S** Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1093
63-27/631 FL
1449

Pay to the
order of  Richard Clark                    $ 500.00

Five hundred & 00/100                              Dollars

**Bank of America** 🇺🇸
ACH R/T 063100277

For  IT support                    Keiana Dyer

⑆063100277⑆    529794⑈1093



FOR DEPOSIT ONLY
ACCT # 0807
BRANCH # 157
AMSCOT CORP



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1125

63-27/631 FL
24372

Pay To The Order Of   Richard Clark                         $ 500.00

five hundred & 00/xx ——————————————————— Dollars

Date  5/31/13

**Bank of America**

ACH R/T 063100277

For   IT Support

⑆063100277⑆  5274 ⑈1125

Holland Globe

APP. 0956



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████████ 0307



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1126
63-276/631 FL
24372

Pay To The
Order Of   Richard Warle                                          $ 500.00

Five hundred 00/xx                                            Dollars

**Bank of America**

ACH R/T 063100277

For   IT Support                          Karina Dyer

⑆063100277⑆          5271⑈1126

Harland Clarke

APP. 0958



AMSCOT CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. ██████████0307

Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1133

83-278/631 FL
24372

Pay To The
Order Of __Richard Clark__    __6/17/13__    $ 500.00

__five hundred $ 00/xx__ _____ Dollars

Bank of America
ACH R/T 063102677

For __IT support__    __Karissa Nyara__

⑆063100277⑆ ⑈5271⑈ 1133

APP. 0960



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT████████0307



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1136

6327/631 FL
2472

Pay To The
Order Of: Richard Clark          $ 500.00

Five Hundred $00/xx _____ Dollars

Bank of America

ACH R/T 063100277

For IT support          Kristin Myar

⑆063100277⑆     527⦂⑈1136

Holland Clarke



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████ 0307

APP. 0963



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1141

6347/631 FL
24372

Pay To The
Order Of: _Richard Clarke_ $ 500.00

Date _7/11/13_

_five hundred & 00/xx_ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _I T support_

Karissa Ryan

⑆063100277⑆ 527⑈814⑉



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 9903



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1147
83276531 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

five hundred & 00/xx                              Dollars

Bank of America

ACH R/T 063102277

For: IT support                    Tanner Piper

⑆063100277⑆  527⑈⑆⑇⑈1147

APP. 0966



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████ 9903

Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1153

63-27/631 FL
24372

**Bank of America**

ACH R/T 063102277

Pay To The
Order Of ___Richard Clark___ $ 500.00

___five hundred & 00/100___ Dollars

Date ___7/15/13___

For ___IT support___

Dorinne Ryan

⑆063100277⑆ 5271⑈1153

Horace Grace



AMSCOT CORP.
BRANCH #19
*FOR DEPOSIT ONLY*
ACCT. ██████ 8921

Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1159

83-37/631 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

five hundred & 00/xx ————————— Dollars

**Bank of America**

ACH R/T 063103277

For IT support          Karissa Dyon

⑆063100277⑆  5271⑈1159

Date 7/22/13



APP. 0970



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████████ 0307



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1165

63-27/631 FL
24372

Pay To The
Order Of ___Richard Clark___ $ 500.00

___Five hundred & 00/xx_____ Dollars

Bank of America

ACH R/T 063100277

For __IT support__

⑁063100277⑁ 5271⑁1165

Date 7/29/13

Kenna Nya



AMSCOT CORP.
BRANCH # 157
FOR DEPOSIT ONLY
ACCT. # ███████0307



S Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1172

83-27/631 FL
24372

Date 8/2/13

Pay To The
Order Of _Richard Clark_____ $ 500.00

_Five Hundred & 00/xx_____ Dollars

**Bank of America**

ACH R/T 063102277

For _IT Support_ _Harime Dyer_

⑆063102277⑆ 527⑈1872



AMSCOT CORP.
BRANCH #161
FOR DEPOSIT ONLY
ACCT. ████████0307

S Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1177

63-27/631 FL
2437Z

Pay To The
Order Of: Richard Clark

$ 500.00

Date 8/10/13

Five Hundred $00/xx — Dollars

Bank of America

ACH R/T 063100277

For IT Support

Karissa Ryan

⑈063⑈00277⑈ 527⑈⑈⑈⑈777



APP. 0976



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT.

S Satisfied Service Solutions
Payroll
873 W Bay Dr
Ste 142
Largo, FL 33770-3221

1182

63-27/631 FL
2437Z

Pay To The
Order Of: Richard Clark                        $ 500.00

8/17/13
Date

Five hundred & 00/xx ———————————————— Dollars

**Bank of America**

ACH H/T 063100277

For: IT Support

Karissa Dugan

⑆063100277⑆ 5271⑈⑈1182



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ███████ 9903



Satisfied Service Solutions
Payroll
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1192

83-27/631 FL
24372

Pay To The
Order Of: Richard Clark — $ 500.00

Date 9/9/13

Five Hundred & 00/100 — Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For: Transport

Karen Ryan

⑈063100277⑈ 5271⑈1192

Earnest Clarke



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 9906

Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1030

63-27/631 FL
24372

9/16/13

Pay to the order of    Richard Work                    $ 500.00

Five hundred $00/xx                                   DOLLARS

Bank of America

ACH R/T 063100277

IT support                      Karusallor

⑆063100277⑆                    527⑆1030

APP. 0982

*Richard Clark*

**AMSCOT CORP.**
**BRANCH #19**
*FOR DEPOSIT ONLY*
ACCT. ████████ 8921

S Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1032

63-27/631 FL
24372

Pay to the
Order of _Richard Clark_   9/23/13   $ 500.00

_five hundred $00/xx_ _____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _IT support_   _Karissa Ryan_

⑈063100277⑈   527⑈1032

Printed Circle



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT.

S Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1037
63-27/631 FL
24372

Date 9/27/13

Pay to the
Order of: Richard Clark | $ 500.00

Five hundred & 00/100 ———————— Dollars

Bank of America

ACH R/T 063100277

For: VI support

Karissa Ryan

⑁063100277⑁ 5271⑁"1037



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # █████████903

S Satisfied Service Solutions
Payroll
873 W Bay Dr. Suite 142
Largo, FL 33770

1046

63-27/631 FL
24372

Day 25 226
Ends of

Richard Clewle                10/7/13

Pay to the order of

five hundred & 00/xx                $ 500.00
                                          Dollars

Bank of America

ACH R/T 063102277

For  IT Support               Karishyan

⑈063100277⑈ 5271⑈1046

H12606 Clarke