

ENDORSE HERE

*Richard Cleo*

AMSCOT CORP.
BRANCH 05/07
FOR DEPOSIT ONLY
ACCT. # ████0307



Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1053
63-27/631 FL
24372

Pay to the
Order of: Richard Clark                    10/12/13        $ 500.00

Five Hundred                                  xx/xx        Dollars

Bank of America

ACH R/T 063100277

For: IT Support

1:063100277:          5277 1053





Satisfied Service Solutions
Payroll
873 W Bay Dr. Suite 142
Largo, FL 33770

1059

53-27/631 FL
24072

Pay to the
Order of    Richard Clark         $ 500.00

five hundred & 00/100                          Dollars

Bank of America

ACH R/T 063102877

For   IT support                    Karissa Dyes

⑆063100287⑆ 5271⑈1059



AMSCOT CORP.
BRANCH
FOR DEPOSIT ONLY
ACCT. #          0307

S Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1061
632/631 FL
24372

Pay to the
Order of  Richard Clark          $ 500.00

Five hundred $ 00/xx                                    Dollars

**Bank of America**

ACH R/T 063100277

For  IT Support

⑈063100277⑈  527⑈"1061



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ███████ 9903

S Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1072

6327/631 FL
24572

Pay to the Order of  Richard Clark

11/1/13

$ 500.00

five hundred  & 00/xx                                                                Dollars

Bank of America

ACH R/T 063100277

Re: IT Support                          Karissa Ryan   NP

⑆063100277⑆    5274⑈1072



FOR DEPOSIT ONLY
AMSCOT CORP
BRANCH #167
ACCT. ████ 0807

Satisfied Service Solutions
Payroll
875 W Bay Dr Suite 142
Largo, FL 33770

1077

63-27/631 FL
24372

Pay to the Order of: Richard Mark

11/8/13

$500.00

Five hundred & 00/xx ............ Dollars

Bank of America

ACH R/T 063100277

For: IT Support

Karina Dupon

⑆063100277⑆ 5271⑈1077



Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1082

63-27/631 FL
24372

Pay to the Order of: Richard Clark

11/8/13

$ 500 00/xx

five hundred & 00/xx Dollars

Bank of America

ACH R/T 063100277

For IT Support

⑆063100277⑆  527⑈ 1082

APP. 1000



ENDORSE HERE

_[signature]_

CORP.
BRANCH #111
FOR DEPOSIT ONLY
ACCT. # ████████ 9903



Satisfied Service Solutions
Payroll
873 W Bay Dr Suite 142
Largo, FL 33770

1091

63-27/631 FL
24372

May 25, 2013

Pay to the Order of: Richard Marle          $ 500.00

Five hundred & 00/100 ————————— Dollars

Bank of America

ACH RT 063100277

For: IT support                    Saria Ryars

⑆063100277⑆    5271⑈1091⑈

APP. 1002



AMSCOT CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. ████ 0307

S Satisfied Service Solutions
Payroll
873 W Bay Dr. Suite 142
Largo, FL 33770

1095

63-276/631 FL
24372

Pay to the
Order of    Richard Clark          $ 500.00

Five Hundred & 00/xx                              Dollars

Bank of America

ACH R/T 063100277

IT Support          Karissa Ryan

⑆063100277⑆ 527 1⑈ 1095

Merund Choice



AMSCOT CORP.
BRANCH #19
FOR DEPOSIT ONLY
ACCT. ████ 8921

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1136

80-27/831 FL
24172

Date 12/6/13

Pay To The
Order Of Richard Clark                    $ 500.00

five hundred & 00/xx                                    Dollars

**Bank of America** 🇺🇸

ACH R/T 063102277

For IT support                    Karissa Ryan

⑈063102277⑈  5297⑈1136

Karissa Clarke



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████ 0307

APP. 1007

**S** Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1121

63-271/631 FL
24372

Date 12/13/13

Pay To The
Order Of  Richard Clark                                    $ 500 00

Six hundred 00/xx                                          Dollars

**Bank of America** 彡

ACH R/T 063102377

For  IT support                          Kimura Dyon

⑈063102377⑈  527⑈ 1821⑈

NationS Check



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 9903

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1128

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_____ $ 500.00

Date 12/20/13

_five hundred & 00/xc_____ Dollars

**Bankof America**

ACH R/T 063100277

For _IT Support_

Karina Nyar

⑆063100277⑆ 527⑈1128



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ███████ 9963

**S** Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1133

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

Date 12/27/13

five hundred & 00/xx                                      Dollars

**Bank of America**

ACH R/T 063100277

For: IT Support                    Karma Ryan

⑆063100277⑆  5271⑈1133



Richard Clark

**AMSCOT CORP.**
**BRANCH #117**
**FOR DEPOSIT ONLY**
**ACCT.** 8903

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1139

63-27/631 FL
24572

Date 1/3/2014

Pay To The
Order Of: Richard Clark                    $ 500.00

five hundred & 00/xx                                    Dollars

**Bank of America**

ACH R/T 063100277

For: IT Support                    Karissa Dyer

⑈063100277⑈    5271⑈1139

Halsed Olinda

APP. 1014



AMSCOT CORP
BRANCH #117
FOR DEPOSIT ONLY
ACCT: ███████903



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1147

83-27/831 FL
24372

Date 1/9/14

Pay To The
Order Of: Richard Clark                    $ 500.00

Five hundred & 00/xx                                    Dollars

Bank of America

ACH R/T 063100277

For IT support          Karunakaran

⑆063100277⑆  5271⑈1147

Nahani Okote



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ███████ 0307

**Satisfied Service Solutions**
Payroll
873 W Bay Dr #142
Largo, FL 33770

1153
8127/631 FL
24372

Pay To The Order Of: Richard Clark

Date: 1/17/14

$ 500.00

Five hundred & 00/00 ----- Dollars

**Bank of America**

ACH R/T 063100277

For: IT Support

Theresa Ryan

⑆063100277⑆ 5271⑈1153

APP. 1018

ENDORSE HERE

*Richard Clof*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT ███████3903

APP. 1019



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1164

83-27/631 FL
24372

Pay To The
Order Of _ Richard Clark                          $ 500⁰⁰

Date 1/27/14

Five hundred & 00/xx _____ Dollars

**Bank of America**

ACH R/T 063102277

For_ IT Support                    Karina Piper

⑆063100277⑆  5271⑈ 1164

Hatteras Cheque

ENDORSE HERE

*Richard Clark*

AMSOOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████████0307

_S_ Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1169

63-27/631 FL
24372

Date 2/3/14

Pay To The
Order Of  Richard Clark                                    $ 500.00

five hundred & 00/xx                                              Dollars

**Bankof America** 🇺🇸

ACH R/T 063100277

For IT support                          Karina Alyari

⌐:063100277⌐: 527⌐"⌐169

Roland Clarke

Richard Clark

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ██████0307



$S$ Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1172

63-27/631 FL
24372

Pay To The
Order Of _Richard Clayton_

_Five Hundred & 00/100_

2/10/14
Date

$ 500.00

Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _IT Support_

Katrina Kyper

⑈063100277⑈ 5291⑈1172

⑈063100277⑈

Harland Clarke

*Richard Clark*

AMSCOT. CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT █████████ 0307

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1182
63-27/631 FL
24372

Pay To The Order Of: Richard Clark

Date: 2/17/14

$ 500.00

five hundred & 00/xx — Dollars

Bank of America

ACH R/T 063100277

For: IT support

Kavinaliya

⑆063100277⑆ 5271⑈1182

APP. 1026

*Rachel Clark*

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ██████ 0307

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1187

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark

Date 2/24/14

$ 500 00

five hundred & 00/00 _____ Dollars

Bank of America

ACH R/T 063102277

For IT support

Harold Dyer

⑈063100277⑈ 5271⑈1187

⑈063100277⑈ 5271⑈1187

APP. 1028



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
*FOR DEPOSIT ONLY*
ACCT. ████████9903



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1188

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

Fire Hundred & 00/100 _____ Dollars

Bank of America
ACH R/T 063100277

For: IT Support                    Karissa Dupa

3/3/14
Date

⑆063100277⑆  5271⑈ 1188

Nichard Clark



APP. 1030



ENDORSE BELOW THIS LINE

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. #          0307



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1194
63-27/631 FL
2472

Pay To The Order Of  Richard Wayle Cooke

3/10/14
Date

$ 500⁰⁰

Five hundred & ooxx
Dollars

**Bank of America**

ACH R/T 063100277

For  IT support

Karissa Ryan

⑆063100277⑆ 527⑈1194

APP. 1032



AMSCOT CORP.
BRANCH #120
FOR DEPOSIT ONLY
ACCT. ███████ 9937



**Satisfied Service Solutions**
Payroll
873 W Bay Dr #142
Largo, FL 33770

1199

63-27/631 FL
24372

Pay To The
Order Of _Richard Warle_    _3/7/14_    $ _500.00_
                                          Date

_five hundred & 00/xx_ ————————————— Dollars

**Bank of America** ⫸

ACH R/T 063102027

For _IT support_                    _Karissa Depri_

⑆063100277⑆ 5271⑆1199

Hextend Cables



AMSCOT CORP.
BRANCH #457
FOR DEPOSIT ONLY
ACCT. ████████ 0307



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1205

63427631 FL
24372

Pay To The Order Of: Richard Clark

Date: 3/24/14

$ 500 00

Five Hundred & 00/00 Dollars

Bank of America

ACH R/T 063100277

For: IT Support

Karissa Ryan

⑈063100277⑈  5274⑈ 1205

ENDORSE HERE

_Richard Clot_

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**AMSCOT. CORP.**
**BRANCH #157**
*FOR DEPOSIT ONLY*
ACCT. ████ 0307

APP. 1037

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1210
63-27/631 FL
24372

3/31/14
Date

Pay To The Order Of Richard Clark $ 500.00

five hundred & 00/xx Dollars

Security Features Details on Back.

Bank of America

ACH R/T 063100277

For I-T support

Karisse Dyar

MP

⑆063100277⑆ [redacted] 5271⑈1210

Harland Clarke



AMSCOT CORP.
BRANCH #157
*FOR DEPOSIT ONLY*
ACCT. ███████ 0307

S Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1215

83-27/831 FL
24372

Pay To The
Order Of ___ Richard Clark ___ $ 500.00

Date 4/7/14

___ five hundred + 00/xx ___ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For ___ IT Support ___

Karina Ryan

⑆063100277⑆ 527⑈ 1215

Nueva/Clark





Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1221

83-27/831 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

five hundred & 00/xx                        Dollars

**Bank of America**

ACH R/T 063100277

For IT support                              Karina Ryan

⑈063100277⑈  527⑈⑈1221

Holand Online



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████9903



Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1232

53-27/631 FL
24372

Pay To The
Order Of: Richard Clark

Date 4/21/14

$ 500 00

five hundred & 00/xx ——————— Dollars

Bank of America

ACH R/T 063100277

For T Support

Karissa Ryan

⑆063100277⑆ 5271⑆1232

Idefend Clone

APP. 1044

ENDORSE HERE

*Richard Clark*

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ██████ 0307

Satisfied Service Solutions
Payroll
873 W Bay Dr #142
Largo, FL 33770

1233

63-27/831 FL
24372

Pay To The
Order Of _Richard Clark_ ___ Date _4/28/14_

$ 500,00

_five hundred $00/xx_ _____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _IT Support_ _____ _Harina Pipa_

⑈063100277⑈ 5278⑈1233



ENDORSE HERE

AMSCOT CORP.
BRANCH 516
FOR DEPOSIT ONLY
ACCT. # █████ 5380

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1157

6327/631 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

Five hundred & 00/xx                          Dollars

Bank of America

ACH N:T 05810027

For IT support        Harissa Ryan

⑆063100277⑆ 5297⑈1157

Harland Clarke

*Richard Clary* (signature)

AMSCOT CORP
BRANCH # 157
FOR DEPOSIT ONLY
ACCT. ████████ 0307



**S** Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1161

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark

$ 500 00

five hundred $500/00 Dollars

**Bank of America**

ACH R/T 063102277

For: IT Support

⌐:063100277⌐: 5297⌐ 1161

Harriett Clarke

⌐:063100277⌐: 5297⌐ 1161

Richard Clot

**AMSCOT CORP.**
**BRANCH #117**
**FOR DEPOSIT ONLY**
**ACCT. #** ████████ **9903**



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1166

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_ $ *500 00*

_five hundred & 00/xx_ Dollars

Date _5/9/14_

Bank of America

ACH R/T 063100277

For _T Support_

Kareem Mya

⑆063100277⑆ 5297⑈1166

Picture Dates



ENDORSE HERE

AMSCOT CORP
BRANCH # 157
FOR DEPOSIT ONLY
ACCT. # 0307

**S** Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1177

63-27/631 FL
24372

Pay To The
Order Of __Richard Clark__    5/26/14    $ 500 00

__five hundred & 00/xx__ — Dollars

**Bank of America**

ACH R/T 063100277

For __IT Support__    __Kariwalya__ MP

⑆063100277⑆  5297 1177

Molded Check



ENDORSE HERE

*Richard Clark*

AMSCOT CORP
BRANCH #157
FOR DEPOSIT ONLY
ACCT # ⬛⬛⬛ 0307

**S** Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1180

63-27/631 FL
24372

Pay To The
Order Of: _Richard Clark_ $ 500.00

_five hundred & 00xx_ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _IT Support_ _Larissa Ryan_

⑆063100277⑆ 5297⑈1180



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 8903

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1181

6927/631 FL
24372

Pay To The
Order Of: Richard Clarke

Date 6/9/14

$ 500.00

Five Hundred & 00/100 _____ Dollars

**Bank of America**

ACH R/T 063100277

For: IT Support _____ Karissa Ryan

⑈063100277⑈ 297⑈1181⑈

Harland Clarke

ENDORSE HERE

*Richard Clot*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ███ 9903

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1186

6327/631 FL
24372

Pay To The
Order Of: Richard Clark

Date 6/10/14

$ 500.00

five hundred & 00/100 ———— Dollars

**Bank of America** 〰

ACH R/T 063100277

For: IT support

Krista Ryan

⑆063100277⑆ 5297⑈1186

Reorder Online



AMSCOT CORP.
BRANCH #117
*FOR DEPOSIT ONLY*
ACCT. #█████████

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1189

83-27/631 FL
24372

Pay To The
Order Of _Richard Clark_ $ 500.00

_five hundred_ & 00/00 _____ Dollars

**Bank of America**

ACH R/T 063100277

For _IT Support_ _____ _Karissa Dyer_

⑈063100277⑈ 5297⑈1189

Ratland Clerks

APP. 1062

*R. Clark*

*Fredrick D Clark*

**AMSCOT CORP.**
**BRANCH #117**
*FOR DEPOSIT ONLY*
ACCT. █████ 9903

**S** *Satisfied Service Solutions*
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1193

63-27/631 FL
24372

Pay To The
Order Of __Richard Clark_____ $ 500.00

__Five hundred & 00/100_____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063102277

For __IT support__

⑆063100277⑆ 5297⑈1193

Ramona Ayon

Handi Clek



ENDORSEMENT

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ███████0307



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1197

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark

Date 2/7/14

$ 500 00

Five hundred & 00/xx

Dollars

Bank of America

ACH R/T 063102277

For IT support

Karioca Ryan

⑆063100277⑆ 5297⑈1197

Holand Clark

*Richard Cleo*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ███████9903

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1202

83-27/831 FL
24372

Pay To The
Order Of _Richard Clark_____ $ 500⁰⁰

Date 7/14/14

_Five hundred & 00/100_____ Dollars

Bank of America

ACH R/T 063100277

For _IT Support_____ _Kamal Nyar_

⑈063100277⑈  5297⑈1202

Helical Clarke



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ████████ 3993

$\mathcal{S}$ Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1206

63-27/631 FL
24372

Pay To The
Order Of __Richard Clark__ $ 500 00

__Five hundred & 00/100__ Dollars

Bank of America

For __IT Support__

ACH R/T 063100277

⑆063100277⑆ 5297⑈1206



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 8903



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1211

63-27/631 FL
24372

Date 7/28/14

Pay To The
Order Of  Richard Clark                          $ 500 00

five hundred & 00/100 ———————— Dollars

Bank of America

ACH R/T 063100277

For  IT Support                    Satisfied Service Solutions

⑈063100277⑈ 5297⑈⑈1266



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ███████0307

Satisfied Service Solutions
Payroll Account
875 W Bay Dr
Suite 142
Largo, FL 33770-3221

1241

63-27/631 FL
24372

Pay To The
Order Of: Richard Clarke

$ 500.00

Date: 8/4/14

Five hundred & 00/100 ———————————— Dollars

Bank of America

ACH R/T 063100277

For IT Support        Kariesa Ryan

⑈:063100277⑈  5271 ⑈1241⑈



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ███████ 0307

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1243

63-27/631 FL
24972

Pay To The
Order Of ___ Richard Clarke ___ $ 500⁰⁰

Date 8/11/14

five hundred & 00/xx ___ Dollars

**Bank of America**

ACH R/T 063100277

For ___ IT Support ___ Karuaca DySo

⑆063100277⑆ 5271⑈1243

Harland Clarke

*Richard Clark*

AMSCOT CORP.
BRANCH ████████████████
FOR DEPOSIT ONLY
ACCT. # ████ 0307



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1247

83-27/631 FL
24372

Pay To The
Order Of: Richard Clark                    Date 8/18/14        $ 500.00

Five hundred & 00/XX                                            Dollars

Bank of America

ACH R/T 063100277

For IT Support                              Karisa Dyer

⑆063100277⑆    5271⑈1247

*Richard Clark*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████ 9903



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1251

83-27/631 FL
24372

Pay To The
Order Of ___Richard Clark___ $ 500⁰⁰

___Five hundred ___ & 00/xx ___ Dollars

**Bank of America**

ACH R/T 063100277

For ___IT support___

⑆063100277⑆ 527⑆1251⑈

Horizontal Outline

X ___Karina Deyoe___



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1255

63-27/631 FL
24372

Pay To The
Order Of __Richard Mark__

8/30/14
Date

$ 500.00

__five hundred & 00/100__ Dollars

Bank of America

ACH R/T 063102227

For __IT Support__

Karissa Ryan

⑈063100227⑈ 5271⑈1255



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # ████████ 9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1260

83-37/831 FL
24572

Pay To The Order Of ___Richard Clark___ $ 500 00

Date 9/8/14

Five hundred & 00/xx _____ Dollars

Bank of America

ACH R/T 063100277

For _IT support_     _Kariana Ryan_ SP

⑆063100277⑆  5271⑆1260

Mariana Clarke

APP. 1084



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT ████ 9903



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1264
63-27/631 FL
24372

Pay To The
Order Of Richard Clark

$ 500.00

Five hundred & 00/xx — Dollars

**Bank of America**

Date 9/15/14

ACH RIT 063100277

For IT Support

Kariana Dyar

⑴:063100277⑾  527⑾1264



ENDORSE

X *Roland Clark*

**AMSCOT CORP.**
**BRANCH #117**
**FOR DEPOSIT ONLY**
**ACCT          9903**



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3021

1268

63-276/631 FL
24372

Pay To The
Order Of: Richard White

Date 9/22/14

$ 500⁰⁰

Five Hundred & 00/100 _____ Dollars

Bank of America

ACH R/T 063102277

For IT Support

Karissa Dyon

⑆063100277⑆ 527⑈1268

Richard Clark

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ███████ 0307

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1272

8327/631 FL
24372

Pay To The
Order Of: Richard Clark

9/29/14
Date

$ 500 00

Five hundred & 00/100 Dollars

Bank of America

ACH R/T 063100277

For: IT support

Karina Myers

⑆063100277⑆ 5271⑈1272

Halsat Gains



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT # ████████9903

S Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1276

83-27/631 FL
24372

Date 10/6/14

Pay To The
Order Of Richard Clarke          $ 500.00

five hundred $ 00/xx                    Dollars

Bank of America

ACH R/T 063102277

For IT Support          Karissa Dylan

⑆063100277⑆ 527⑆1276

Howard Clarke



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. #████████9903



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3224

1282

83-327/631 FL
24372

Pay To The
Order Of: Richard Ware

$ 500.00

five hundred & 00/xx ————————————— Dollars

Date 10/10/14

Bank of America

ACH R/T 063100277

For T Support

Katie Allyn

⑆063100277⑆  5271⑈1282

Itemized Coins



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
★ FOR DEPOSIT ONLY
ACCT. # ████ 9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1288

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_ _10/20/14_ $ _500 00_
Date

_Five hundred $ 00/xx_ _____ Dollars

**Bank of America**

ACH R/T 063100277

For _IT support_ Karissa Ryan

⑈063100277⑈ 5271⑈ 1288

Hidenet CKfree

APP. 1096

ENDORSE HERE

AMSCOT CORP
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ███ 0307

S Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1292

83-27/631 FL
24372

Pay To The
Order Of ___Richard Clark___ Date 10/8-7/14 $ 500 00

___Five Hundred foxx___ Dollars

**Bank of America**

ACH R/T 063110277

For ___IT support___

Kanaashyam MP

1:063100277: 5271 1292



Rectord Clerk

AMSCOT CORP.
BRANCH #157
FOR DE             0307
ACCT. #



*S* Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1297

63-327/631 FL
24372

Pay To The
Order Of ___Richard Clark_____ $ 500⁰⁰

Date ___11/3/14___

___Five Hundred & 00/xx_____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For ___IT Support___

⑈063100277⑈ 527⑈1297

Karissa Dugar
MP

ENDORSE HERE

**AMSCOT CORP.**
**BRANCH #157**
*FOR DEPOSIT ONLY*
ACCT. # ████████0307

Security Features exceed Industry standards
The Security Weaver pattern
When back
or only

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3121

1302

63-27/631 FL
24572

Pay To The
Order Of: Richard Clark

$ 500.00

Five hundred and 00/xx — Dollars

Date 11/10/14

**Bank of America**

ACH R/T 063102277

For IT Support

Karina Dijar

⑈:063100277⑈ 5271⑈1302

Harland Clarke

DE SEE HERE

*Richard Clues*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT ███████ 9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1307

63-27/631 FL
2402

Pay To The
Order Of _Richard Clark_                    $ 500 00

_Five Hundred $00/xx_ —————————— Dollars

**Bank of America**

ACH R/T 063100277

For _IT Support_                    Karissa Nyan

⑆063100277⑆  527⑆ 1307

Hand Date

APP. 1104



ENDORSE HERE

*Reelind Clot*

AMSCOT CORP.
BRANCH #117
*FOR DEPOSIT ONLY*
ACCT. # █████ 9903

Security Features exceed industry standards and include:
• The Security Weave™ pattern on the
back designed to deter check fraud

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1312

63-27/631 FL
24372

Pay To The
Order Of ___Richard Clark___ $ 500 00

___Five Hundred & 00/xx_____ Dollars

Bank of America

ACH R/T 063100277

For: T nippor

Karissa Byar

⑆063100277⑆ 5274⑈1312

Hudand Clarke



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. # 8903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1316

63-27/631 FL
24372

Pay To The
Order Of _____ Richard Clark _____ $ 500 00

Date 12/1/14

Five hundred & 00/xx _____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For _____ IT support _____

Karissa Dyer

⑆063100277⑆ 5271⑈1316

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. #[redacted]0307

Satisfied Services Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1320

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_ $ 500 00

_Five hundred & 00/xx_ — — — Dollars

**Bank of America**

ACH R/T 063100277

For _IT Support_ _Karissa Depar_ VP

⑈063100277⑈ 5274⑈1320

APP. 1110



ENDORSE HERE

X ~~Richard Olds~~

**AMSCOT CORP.**
**BRANCH #117**
**FOR DEPOSIT ONLY**
ACCT: ███████ 99█

S Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1325

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark                    $ 500.00

Five hundred $00/xx                        Dollars

**Bank of America**

ACH R/T 063100277

For: T Support                             Karissa Ryan vp

⑆063100277⑆ 527⑈1325

APP. 1112

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. # ████ 0307

For Security Reasons, pattern on the back designed to deter check fraud. Area of a 1200 dots printed on front area.

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1329

63-27/631 FL
24372

Pay To The Order Of: Richard Clark

$ 500⁰⁰

Four hundred & 00/xx ————————— Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

12/22/14

Date

Karinoc Lynn

For IT support

⑆063100277⑆ 5271⑈1329

APP. 1114



AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1333

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_  $ 500.00

_Five hundred & 00/100_ Dollars

Date _12/29/14_

Bank of America

ACH R/T 063100277

For _IT support_  _Kariessa Dyer_ MP

1:063100277: 5271 1333



ENDORSE HERE

AMSCOT CORP
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████ 9903

**S** Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1337

63-271/631 FL
24372

Pay To The
Order Of Richard Clark $ 500.00

Date 11/2/15

five hundred $00/xx ———————————— Dollars

**Bankof America**

ACH R/T 063102277

For IT Support

⑈63⑈00277⑈ 527⑈ 1337

Vanessa Dyan

Method/Clerk

APP. 1118



ENDORSE HERE

X *Richard Oberg*

**AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. #▮▮▮▮6903**

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1342

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_____ Date _1/9/15___ $ _500 00_

_Five Hundred_ & 00/xx _____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For: _IT support_

⑆063100277⑆ 5271⑈1342

Kariana Ryan

ENDORSE HERE

*Richard Oleck*

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ██████0307

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1346

63-47/631 FL
24372

Pay To The
Order Of ___ Richard Clark _____ $ 500⁰⁰

Five hundred & 00/xx _____ Dollars

**Bank of America**

ACH R/T 063102277

For ___ IT Support ___

Karine Dear

⑆063100277⑆ 5271⑈ 1346



ENDORSE HERE

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████0903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1350

83-27/631 FL
2472

Pay To The
Order Of __Richard Clark__ $ 500.00

__Five hundred & 00/xx__ Dollars

Date 11/23/15

**Bank of America**

ACH R/T 063100277

For __IT Support__

Karissa Ryan
MP

⑆063100277⑆ 5271⑈1350

APP. 1124



ENDORSE HERE

Richard Cloud

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████ 9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1356

83-27/631 FL
24372

Pay To The
Order Of  Richard Clark  $ 500⁰⁰

five hundred 00/xx  Dollars

Bank of America

ACH R/T 063102277

For  IT Support  Karissa Ryan

⑆063100277⑆  527⑈1356

Holland Clark

ENDORSE HERE

*[signature]*

AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ███████0397

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1361

63-27/631 FL
24072

Pay To The
Order Of ___ Richard Clark ___ Date 2/6/15

$ 500⁰⁰

Five hundred & 00/xx _____ Dollars

Bank of America

ACH R/T 063100277

For IT Support ___ Kanae Ryan

⑈063100277⑈ 527⑈ 1361



**S** Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1362

632/631 FL
2437Z

Pay To The
Order Of ___Richard Clark_____ $ 500 00

___five hundred ¢ 00/xx_____ Dollars

**Bank of America**

ACH R/T 063100877

For ___IT support___

Return if
Present
Older 60
Days

⑆063100277⑆        527⑆ 1362



Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1368

63-27/631 FL
24372

Pay To The
Order Of: Richard Clark    $ 500.00

five hundred & 00/xx _____ Dollars

**Bank of America**

ACH R/T 063100277

For: IT support    Marissa Oye

⑆063100277⑆ 5271⑈1368

APP. 1132

*Rachael Cheek*

**AMSCOT CORP.**
**BRANCH #117**
*FOR DEPOSIT ONLY*
ACCT. ████████ 9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1376

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_

Date _2/27/15_

$ 500.00

_five hundred_ ¢00/¢¢ _____ Dollars

Bank of America

ACH R/T 063108077

For _IT support_

Karissa Draper

⑆063108077⑆ 527⑈1376



ENDORSE HERE

*Richard Clark*

**AMSCOT CORP.**
**BRANCH #117**
**FOR DEPOSIT ONLY**
**ACCT.** ████ **8903**

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1372

63-27/631 FL
24372

Pay To The
Order Of _Richard Clark_                    _3/6/15_
                                              Date

$ _500 00_

_five hundred_ folk_____ Dollars

**Bank of America** 🇺🇸

ACH RT 063102277

For _IT support_          _Karissa Ryan_
                                              MP

⑈063100277⑈     5271⑈ 1372

Haward Clarke

APP. 1136



ENDORSE HERE

*Robert Clark*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ████████9903

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1382

63-278/631 FL
24372

Pay To The
Order Of    Richard Clark                                    $ 500 00

Date  3/16/15

Five Hundred $ 00/xx                                    Dollars

Bank of America

ACH R/T 063102277

For  IT Support                    Ronald Ryper

⑆063100277⑆    527⑆ 1382⑆

NP

ENDORSE HERE

*Redland Clark*



**AMSCOT CORP.**
**BRANCH #117**
*FOR DEPOSIT ONLY*
ACCT. ███████ 9903

5278*
03/30/2015
3302443345

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

RETURN REASON - A
NOT SUFFICIENT
FUNDS

000000286703597
[122105278] 03/25/2015

NSF

Satisfied Service Solutions
Payroll Account
875 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1382

6322/6610
2672

Pay To The
Order Of:  Richard Clark                          3/16/15
                                                      Date

five hundred Clark                    $ 500.00

For: IT support                                    Dollars

Bank of America

ACH R/T (085) 02877

⑆085300287⑈  527⑆1382

⑈085300287⑈  527⑈1382

⑈085300287⑈  527⑈1382  ⑈00000050000⑈



2822 03/25/2015
009292874654  R - A
056007367 03/25/2015
109292874654  R - A
*  5278* 03/30/2015
3330249345  R - A

AMSCOT CORP.
CODE R.I.
*FOR DEPOSIT ONLY*
ACCT. #  4  0539

↓Do not endorse or write below this line.↓

AMSCOT CORP.
BRANCH #117
*FOR DEPOSIT ONLY*
ACCT.  9903

*>122105278 * 03/25/2015
000000 6703597

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1383

63-27/631 FL
24372

Pay To The
Order Of ___Richard Clark_____ Date _3/22/15_ | $ 500.00

___five hundred & 00/xx_____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063102277

For __IT support___        _Richard Dyer_

⑈063102277⑈ 5271⑈ 1383



Seq: 79
Batch: 616591
Date: 04/03/15

STA FL*******************
Cash Check
R/T# 540590135

79 04/03/15
591-CC-0750001750
ACCOUNT
Entity WFL-CC-0001750-TLR-00004
New M&M Pinellas BC FL2-217

00007
04/03/2015 11:39

$500.00
$217.90

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1388

63-2761/631 FL
24372

Pay To The
Order Of ___Richard Clark_____ $ 500⁰⁰

five hundred & 00/xx _____ Dollars

**Bank of America**

ACH R/T 083100277

For___IT Support___                    Karina Dyars

⑆ 063 100 277 ⑆   527 ⑈ 1388

APP. 1144



ENDORSE HERE

*Richard Clark*

AMSCOT CORP.
BRANCH #117
FOR DEPOSIT ONLY
ACCT. ███████ 9903

S Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1393

63-276/631 FL
24372

Pay To The
Order Of _Richard Clark_

$ 500.°°

Date _4/17/15_

_five Hundred_ $ .°°/xx                                                 Dollars

Bank of America

ACH R/T 063010277

For _IT support_                                    _Koula Maria_           MP

⑈063⑈00277⑈           527⑈⑈1393

Herbert Gloede



AMSCOT CORP.
BRANCH #157
FOR DEPOSIT ONLY
ACCT. ████ 0307

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-5221
Largo, FL 33770-5221

1398

63-27/631 FL
24372

Bank of America
ACH R/T 063100277

Pay To The
Order Of: Richard Clark

Date 4/24/15

$ 500.00

Five Hundred & 00/xx — Dollars

For IT support

Karuna Ryan

⑆063100277⑆ 527⑈1398

⑈063100277⑈ 527⑈1398



ENDORSE

*Richard Clark*

**AMSCOT CORP.**
*BRANCH #117*
**FOR DEPOSIT ONLY**
**ACCT.** ████ 9903

# <u>EXHIBIT J</u>



# Detail by Officer/Registered Agent Name

Florida Limited Liability Company

ADMINISTRATIVE MANAGEMENT & DESIGN, LLC

Filing Information

| | |
|---|---|
| Document Number | L07000119769 |
| FEI/EIN Number | 261493385 |
| Date Filed | 12/03/2007 |
| Effective Date | 12/01/2007 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/26/2014 |
| Event Effective Date | NONE |

Principal Address

6822 22ND AVE N. SUITE #282
ST PETERSBURG, FL 33710

Changed: 09/04/2012

Mailing Address

6822 22ND AVE N. SUITE #282
ST PETERSBURG, FL 33710

Changed: 09/04/2012

Registered Agent Name & Address

SHORT, STEVEN
10486 VALENCIA RD
SEMINOLE, FL 33772

Authorized Person(s) Detail

Name & Address

Title MGR

SHORT, STEVEN
10486 VALENCIA RD
SEMINOLE, FL 33772

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 04/05/2011 |
| 2012 | 05/01/2012 |
| 2013 | 04/30/2013 |

EXHIBIT

J

APP. 1151

<u>Document Images</u>

| | |
|---|---|
| 04/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2011 -- REINSTATEMENT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2008 -- ANNUAL REPORT | View image in PDF format |
| 12/03/2007 -- Florida Limited Liability | View image in PDF format |

Copyright © and  Privacy Policies

State of Florida, Department of State

APP. 1152

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L07000119769
FILED 8:00 AM
December 03, 2007
Sec. Of State
jbryan

## Article I

The name of the Limited Liability Company is:

ADMINISTRATIVE MANAGEMENT & DESIGN, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2108 W BUSCH BLVD
TAMPA, FL. US 33612

The mailing address of the Limited Liability Company is:

10486 VALENCIA RD
SEMINOLE, FL. US 33772

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

STEVEN SHORT
10486 VALENCIA RD
SEMINOLE, FL. 33772

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature: STEVEN SHORT

## Article V

The name and address of managing members/managers are:

Title:  MGR
STEVEN  SHORT
10486 VALENCIA RD
SEMINOLE, FL.   33772  US

## Article VI

The effective date for this Limited Liability Company shall be:

12/01/2007

Signature of member or an authorized representative of a member

Signature: STEVEN SHORT

L07000119769
FILED 8:00 AM
December 03, 2007
Sec. Of State
jbryan

# EXHIBIT K

United States Postal Service®
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| 7-16-12 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | 3a. Address to be Used for Delivery *(Include PMB or # sign.)* |
|---|---|
| Steven Short | THE UPS STORE #282  6822 22nd Avenue North |
| | 3b. City  St. Petersburg, FL 33710 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name  THE UPS STORE | Do Not Sign |
| b. Address (No., street, apt./ste. no.)  6822 22nd Avenue North | |
| c. City  St. Petersburg, FL 33710 | |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste. no) |
|---|---|
| Steven Short | |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City  Seminole | 7c. State  FL | 7d. ZIP + 4  33772 |
|---|---|---|---|

| a.  FL DL | 7e. Applicant Telephone Number *(Include area code)* |
|---|---|
| | 9. Name of Firm or Corporation  EMSys Tems LLC Admin Management Design |
| b.  AAA member. | 10a. Business Address (No., street, apt./ste. no)  10498 Valencia rd |
| | 10b. City  Seminole fl | 10c. State  FL | 10d. ZIP + 4  33772 |

Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification.

| 10e. Business Telephone Number *(Include area code)*  1-888-581-1951 |
|---|
| 11. Type of Business  Internet |

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

Karissa Dyar — wife

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. |
|---|---|
| | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)* |
|---|---|
| | |

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)

This form on Internet at www.usps.com®

**EXHIBIT**

**K**

THE UPS STORE 0157
6822 - 22ND AVENUE NORTH
ST PETERSBURG, FLORIDA 33710
TEL - 727-381-2011
FAX - 727-381-6822

Center Number: 157

## Customer Information

| Name: | Steve Smart | | |
|---|---|---|---|
| Company: | EmSystems LLC | | |
| Address: | 6496 Valencia rd | | |
| City: Seminole | | State: FL | ZIP: 33772 |
| Business Telephone: (844)691-1951 | | Home Telephone: ▉▉▉▉▉ | |
| Fax: (   )   - | | Mobile Telephone: (   )   - | |
| E-mail Address: | | | |

## Mailbox Information

| Mailbox Number: 282 | Mailbox Size: Small |
|---|---|

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of N/A and/or a non-refundable security/key fee of $5.00, as well as applicable monthly service fees and any applicable sales, use, or other taxes. The security/key fee is non- refundable upon expiration, cancellation, or termination of this Agreement. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of $6.00 if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of $2.50. Mailbox service fees and other related fees stated herein are subject to change.

   In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of $5.00 for month 1, and $5.00 for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's payment in advance of a storage fee of N/A per month for the time period in which the Center holds the mail or packages, plus a service fee of N/A for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:

   a. Refuse any mail or package addressed to Customer and delivered to the Center.

   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

**APP. 1157**

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within _5_ days of notification will be subject to a storage fee of $2.00 per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE and that MBE is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____ )

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | Date: 7/6/12 |

### For Center Use Only

| Authorized Center Representative Signature: | Date: 7/6/12 |
| How did the customer hear about us? | |
| Comments: | |





# **EXHIBIT L**

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company

EPIPHANY MANAGEMENT SYSTEMS, LLC

Filing Information

| | |
|---|---|
| Document Number | L07000119768 |
| FEI/EIN Number | 261493360 |
| Date Filed | 12/03/2007 |
| Effective Date | 12/01/2007 |
| State | FL |
| Status | INACTIVE |
| Last Event | VOLUNTARY DISSOLUTION |
| Event Date Filed | 03/02/2015 |
| Event Effective Date | 03/02/2015 |

Principal Address

10486 VALENCIA RD
SEMINOLE, FL 33772

Changed: 10/07/2010

Mailing Address

10486 VALENCIA RD
SEMINOLE, FL 33772

Registered Agent Name & Address

SHORT, STEVEN
10486 VALENCIA RD
SEMINOLE, FL 33772

Authorized Person(s) Detail

Name & Address

Title MGR

SHORT, STEVEN
10486 VALENCIA RD
SEMINOLE, FL 33772

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 06/26/2013 |
| 2013 | 06/26/2013 |
| 2014 | 04/30/2014 |

Document Images

EXHIBIT

L

APP. 1161

| | |
|---|---|
| 03/02/2015 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 06/26/2013 -- REINSTATEMENT | View image in PDF format |
| 10/07/2010 -- REINSTATEMENT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2008 -- ANNUAL REPORT | View image in PDF format |
| 12/03/2007 -- Florida Limited Liability | View image in PDF format |

Copyright © and  Privacy Policies

State of Florida, Department of State

APP. 1162

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L07000119768
FILED 8:00 AM
December 03, 2007
Sec. Of State
dcurry

## Article I

The name of the Limited Liability Company is:

EPIPHANY MANAGEMENT SYSTEMS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2795 GULF TO BAY BLVD
CLEARWATER, FL. US 33759

The mailing address of the Limited Liability Company is:

10486 VALENCIA RD
SEMINOLE, FL. 33772

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

STEVEN SHORT
10486 VALENCIA RD
SEMINOLE, FL. 33772

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature: STEVEN SHORT

## Article V

The name and address of managing members/managers are:

Title: MGR
STEVEN SHORT
10486 VALENCIA RD
SEMINOLE, FL. 33772 US

## Article VI

The effective date for this Limited Liability Company shall be:

12/01/2007

Signature of member or an authorized representative of a member

Signature: STEVEN SHORT

# EXHIBIT M

# Detail by Entity Name

Florida Limited Liability Company

KLS INDUSTRIES, LLC

Filing Information

| | |
|---|---|
| Document Number | L12000135552 |
| FEI/EIN Number | 461254050 |
| Date Filed | 10/24/2012 |
| Effective Date | 10/24/2012 |
| State | FL |
| Status | ACTIVE |

Principal Address

873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

Mailing Address

873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

Registered Agent Name & Address

DYAR, KARISSA
873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

Address Changed: 04/30/2013

Authorized Person(s) Detail

Name & Address

Title MGR

DYAR, KARISSA
873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

Annual Reports

| Report Year | Filed Date |
|---|---|

EXHIBIT

M

APP. 1166

| 2013 | 04/30/2013 |
| 2014 | 04/30/2014 |
| 2015 | 04/30/2015 |

Document Images

04/30/2015 -- ANNUAL REPORT          View image in PDF format

04/30/2014 -- ANNUAL REPORT          View image in PDF format

04/30/2013 -- ANNUAL REPORT          View image in PDF format

10/24/2012 -- Florida Limited Liability   View image in PDF format

Copyright © and  Privacy Policies
State of Florida, Department of State

**APP. 1167**

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L12000135552
FILED 8:00 AM
October 24, 2012
Sec. Of State
nculligan

## Article I

The name of the Limited Liability Company is:

KLS INDUSTRIES, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

873 WEST BAY DRIVE
SUITE 142
LARGO, FL. 33770

The mailing address of the Limited Liability Company is:

873 WEST BAY DRIVE
SUITE 142
LARGO, FL. 33770

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

KARISSA DYAR
10486 VALENCIA RD
SEMINOLE, FL. 33772

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   KARISSA DYAR