# Article V

The name and address of managing members/managers are:

Title: MGR
KARISSA DYAR
10486 VALENCIA RD
SEMINOLE, FL. 33772

L12000135552
FILED 8:00 AM
October 24, 2012
Sec. Of State
nculligan

# Article VI

The effective date for this Limited Liability Company shall be:

10/24/2012

Signature of member or an authorized representative of a member

Electronic Signature: KARISSA DYAR

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000135552

**FILED**
**Apr 30, 2015**
**Secretary of State**
**CC7706910117**

**Entity Name:** KLS INDUSTRIES, LLC

**Current Principal Place of Business:**

873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

**Current Mailing Address:**

873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770

**FEI Number:** 46-1254050                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

DYAR, KARISSA
873 WEST BAY DRIVE
SUITE 142
LARGO, FL 33770 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DYAR, KARISSA |
| Address | 873 WEST BAY DRIVE SUITE 142 |
| City-State-Zip: | LARGO FL 33770 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KARISSA DYAR                              MGR                    04/30/2015

_____

Electronic Signature of Signing Authorized Person(s) Detail                                   Date

**APP. 1170**

# <u>EXHIBIT N</u>

BOX #190.

BOX - 142.
BOX - 190.





# Policy Declarations



**Titan Insurance**

Underwritten by:
Titan Insurance Company
22901 Millcreek Blvd.
Cleveland, OH 44122-5728

Policy Number .. ███████████        Process Date ... 08/01/2011
Policy Period ..... 07/27/2011 Until 01/27/2012 at 12:01 AM
                                   12:01 AM
                                   at premises of Policyholder

---

Policyholder

SHORT, STEVEN
████████████████

Agency: 8095007

TITAN INSURANCE
5022 W FAIRFIELD DR
PENSACOLA, FL 32506

(850)456-4953

| Driver | Birth Date | Age | M/S | Sex | SR22 | Acc | Viol |
|--------|-----------|-----|-----|-----|------|-----|------|
| SHORT, STEVEN | ████ 1977 | 34 | S | M | N | 0 | 1 |
| DYAR, KARISSA | ████ 1982 | 28 | S | F | N | 0 | 0 |

**Description of Covered Vehicle(s)**   Insurance is provided where premium is shown and only in amounts of coverage up to the limit of liability.

| Veh | Year | Description | Vehicle ID Number | Zip |
|-----|------|-------------|-------------------|-----|
| 1 | 1993 | HONDA PRELUDE 4W | ███████████ | 33772 |
| 2 | 1995 | HONDA PRELUDE S | ███████████ | 33772 |
| 3 | 1995 | HONDA PRELUDE SE | ███████████ | 33772 |

| Coverages | Limits of Liability / Deductibles | Premium |
|-----------|-----------------------------------|---------|

EXHIBIT N



PAKMAIL CENTERS OF AME
873 WEST BAY DR
LARGO, FL 33770

02/05/2015                    16:40:22
MID: XXXXXXXXXXX321        TID: XXXX798

DEBIT CARD

EDS SALE

CARD # TOKEN        XXXXXXXXXXX2720
INVOICE                        0006
SEQ #:                         0005
Batch #:                     000482
Approval Code:               962565
Entry Method:                Swiped
Mode:                        Online

SALE AMOUNT              $63.13

Signature Not Required

MERCHANT COPY

M KOOYMAN

MERCHANT COPY

Credits REDEEM:              0.00-
Cert REDEEM:                 0.00-
CHANGE:                      0.00-
SALES TAX:                  10.08-
                        ------------
NET SALES:                1252.31

**** CASH DRAWER BALANCE ****

DRAWER TOTAL:                0.00
CASH SALES:              1006.67+
CASH PAYOUTS:                0.00-
CHECKS CASHED:               0.00-
CHANGE:                      0.00-
                        ------------
CALCULATED CASH:         1006.67

CASH ON HAND:                0.00
CALCULATED CASH:         1006.67

APP 173



...S OF AME
BAY DR
J, FL 33770

b₂
MID: Xₓ. .ₓXXXX321          16:40:22
                           TID: XXXXX798

DEBIT CARD

EDS SALE

CARD # TOKEN          XXXXXXXXXXX2720
INVOICE                         0006
SEQ #:                          0005
Batch #:                      000482
Approval Code:                962565
Entry Method:                 Swiped
Mode:                         Online

SALE AMOUNT                  $63.13

Signature Not Required

MERCHANT COPY

# **<u>EXHIBIT O</u>**

2012-Oct-27 09:16 AM Bank of America 7274866356                                         9/19

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ████ 5336                                    Bank Number: 075

Account Type: ☒ DDA   ☐ SAV   ☐ CD

Account Title:

KLS INDUSTRIES, LLC

DBA SATISFIED SERVICE SOLUTIONS LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) S

☐ Other (Defined in W-9 Instructions)

Social Security Number _____   (or)   Employer Identification Number 46-1254050

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS Instructions for Form W-9).

☐ Exempt Payee (check if applicable)

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
|---|

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 KARISSA L DYAR | MGR | *Karissa Dyar* | 10/25/12 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NFL
00-14-9297M 08-2012                                                                  Page 1 of 2

**EXHIBIT**
**O**

2012-Oct-27 08:16 AM Bank of America 7274566356                    10/19

☐ Signature Card Addendum on File                    ████████ 42330

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Karissa Dyar_        _MGR_
Authorized Signer                Title

**Review Information**

**Customer 1:**

Name KARISSA L DYAR

| ID Type: US Driver License W/Photo | ID#: ████ | ID Issuer: FL DL | Iss. Date: ████ | Exp. Date: ████ |
| ID Type: BOA Visa Card W/Photo | ID#: 5057 | ID Issuer: BOA | Iss. Date: N/A | Exp. Date: ████ |

**Customer 2:**

Name _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 3:**

Name _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 4:**

Name _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Customer 5:**

Name _____

| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |
| ID Type: _____ | ID#: _____ | ID Issuer: _____ | Iss. Date: _____ | Exp. Date: _____ |

**Bank Information**

| Date | 10/25/2012 |
| Banking Center Name | 59TH ST / 102ND AVENUE |
| Associate's Name | _JH_ |
| Associate's Phone Number | ████████ |

NFL
00-14-9297M 08-2012                    1                    |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||                    Page 2 of 2

**APP. 1177**

2012-Oct-27 09 16 AM Bank of America 7274566356                    3/19

**Bank of America** ⟍⟍⟍

BANK OF AMERICA, N.A. (THE "BANK")

Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services

Name of Limited Liability Company  KLS INDUSTRIES, LLC                          ▮▮▮▮▮▮ 50-7

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

, that I am the a/the  M G R _____ and the designated keeper
                        Title

of the records and minutes of  KLS INDUSTRIES, LLC

a ☑ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of  F l o r i d a

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the  2 5  day of  O C T O b e r  , 20 12 , at

which a quorum was present and acted throughout and adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

**1. Resolved,** that  BANK OF AMERICA, N.A. _____ (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| *Karissa Dyar* | *MGR* |
| Name | Title/Status |
| Name | Title/Status |
| Name | Title/Status |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolution even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in this Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M 06-1999                                                                                    Page 1 of 2

NFL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

2012-Oct-27 09:16 AM Bank of America 7274566356          4/19

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this
25th day of October, 2012.

_Karissa Dyan_
Member/Manager

| Bank Information | |
| --- | --- |
| Date | 10/25/2012 |
| Banking Center Name | 66TH ST / 102ND AVENUE |
| Associate's Name | |
| Associate's Phone Number | |

http://imageview.bankofamerica.com/iv5/resources/print.html          3/18/2015

**APP. 1179**

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company  KLS INDUSTRIES, LLC                          5297

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

, that I am the a/the  M G R
                          Title
of the records and minutes of  KLS INDUSTRIES, LLC

a ☑ limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of  Florida

(the "Company"; that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the  25  day of  October 2012 ,
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

**1. Resolved,** that  BANK OF AMERICA, N.A.                                                                                          (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| Name | Title/Status |
|------|--------------|
| Karissa Dyar | MGR |
| Name | Title/Status |
| Name | Title/Status |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used by Bank for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or  for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of a member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M  06-1999                                                                                                          Page 1 of 2

NFL

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank ▮▮▮▮▮ signature of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

25th day of October, 2012.

Karissa Dyar
_____
Member/Manager

| Bank Information | |
| --- | --- |
| Date | 10/25/2012 |
| Banking Center Name | 65TH ST / 102ND AVENUE |
| Associate's Name | ▮▮▮▮▮▮ |
| Associate's Phone Number | ▮▮▮▮▮▮ |

Page 2 of 2

**APP. 1181**

# EXHIBIT P



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1015

63-27/631 FL
1449

DATE 1/3/2012

PAY TO THE
ORDER OF  Robert's Printing          $ 279.27

Two hundred seventy-nine 27/xx          DOLLARS

Bank of America

ACH R/T 063100277

MEMO __printing__

⑆063100277⑆  5297⑈1015

Karina Dyar



For Deposit only to
account ███████4539
Cust ROBERTS QUALITY PRINTING INC
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 13
Dep: 000156
>031000053 <
Date: 01/04/13

**S** Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1012

6327/631 FL
1449

Date 1/2/2013

Pay to the
order of DAPS

$ 445.16

four hundred forty-five & 16/100 Dollars

**Bank of America**

ACH RT 063100277

For andalusia printing

Monica Ryan

⑈063100277⑈ 5297⑈ 1012



Security Features exceed industry standards and include
• The patented Security Weave™ pattern on the back
• has designed to deter check fraud (U.S. Patent No. 5,918,944)
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" clearly printed across the back
• Padlock icon visible on front and back

On not cash if
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains and colored spots appear on both front and back
• The word "VOID" appears clearly to the right of this message

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1013
8327/631 FL
1448

Date 1/2/2013

Pay to the order of Roberts Printing $ 296.39

two hundred ninety-six & 89/xx Dollars

Bank of America

ACH R/T 063100277L

Memo printing

Laurie Dear

⑆063100277⑆ 5297⑈ 2013

For Deposit only to
account ████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

WRITE, STAMP OR SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE

Seq: 11
Dep: 000156
>031000053 <
Date: 01/04/13

Security Features exceed industry standards and include:

- Security Weave
- Microprint Border Check bond to S. Patent No. 5,310,198
- Safety Paper printed on front and back
- True "ORIGINAL DOCUMENT" clearly
   printed across the back
- Back turn invisible on front and back

- If features listed above are missing
- if paper altered
- if pink on back tone pink or has disappeared
- if variations and colored spots appear on both
   front and back
- if word "VOID" appears clearly to the right
   of this message

Sawyer Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1014

63-27/631 FL
1449

1/2/2013

Pay to the order of _Robert's Printing_ $ 927.69

_Nine hundred twenty-seven and 69/100_ Dollars

Bank of America

ACH R/T 063100277

Printing

_Kritna Dyer_

⑆063100277⑆ 5297⑈ 1014



For Deposit only to
account ████████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ONLY

Seq: 12
Dep: 000156
>031000053 <
Date: 01/04/13

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1017
83-27/631 FL
1448

Date 1/10/2013

Pay to the order of DUPS                    $ 222.50

two hundred twenty-two & 50/XX                    Dollars

Bank of America

ACH R/T 083100277

For analysis printing Louise Dupre

⑆063100277⑆ 5297⑈1017



$ Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1019
63-27/631 FL
1460

11/1/2013

Pay to the Order of: Robert's Printing          $ 383.06

three hundred eighty-three 06/xx          Dollars

Bank of America

ACH R/T 063100277

Printing

Karina Nyar

⑆063100277⑆   5297⑈1019

APP. 1193

For Deposit only to
account ▮▮▮▮4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 1
Dep: 000158
> 031000053 <
Date: 01/14/13

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1018
83-27/631 FL
1448

11/4/2013

Pay to the order of: Robert's Printing     $ 329.56

Three hundred twenty-nine $50/XX

Bank of America

ACH R/T 063100277

re: printing

Karina Dyar

1:063100277: 5297 1018

APP. 1195

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Seq: 2
Dep: 000158
>03.1000053 <
Date: 01/14/13

Security features exceed industry standards and include
• Visible Security Weave – printed on the
• Microprint border check line (U.S. Pat. No. 5,370,359)
• "ORIGINAL DOCUMENT" clearly
• visible on front and back

Do not cash if:
• any of the features listed above are missing
• the back of this check line or has disappeared
• Brown stains and colored spots appear on cloth
• "VOID" appears clearly to the right

**S** *Satisfied Service Solutions*
873 W Bay Dr Ste 142
Largo, FL 33770

1022
63-27/831 FL
1449

Pay to the order of **DNPS**

$ **1926.88**

**Blue HundOrcOhundty-Aiip $ 88/XX** Dollars

**Bank of America**

ACH R/T 063102277

Anduga printing

Karissa Dyer

⑆063100277⑆ 5297⑈8022



DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Security Features exceed industry standards and include:
• The patterned Security Weave™ pattern on the
  back designed to deter check fraud (U.S. Patent No. 5,518,2...)
• Microprint (CED lines) printed on front and back
• The words "ORIGINAL DOCUMENT" clearly
  appears here on the back
• Padlock icon visible on front and back

Do not cash if:
• Any of the features listed above are missing
  or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains and colored spots appear on both
  front and back
• The word "VOID" appears clearly to the right
  of this message

S Satisfied Service Solutions
873 W Bay Dr Ste 142
Largo, FL 33770

1023
8327831 FL
1440

1/23/2013

Pay to the order of: Robert's Printing          $296.39

two hundred ninety-six and 39/100 _____ dollars

Bank of America

ACH R/T 063102277

Printing

Danielle Ryan

⑆063100277⑆  5297  1023

⑆063100277⑆

For Deposit only to
account ████████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1



Seq: 15
Dep: 000161
> 031000053 <
Date: 01/25/13

S Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1024
63-27/631 FL
1448

1/28/2013

Pay to the order of _Robert's Printing_ $1,369.00

_One thousand, three hundred sixty-nine_ dollars

**Bank of America**

ACH R/T 063100277

Memo: _blders_

⑆063100277⑆ 5297⑈1024

Karina Dyar

For Deposit only to
account ▮▮▮▮4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 13
Dep: 000162
>031000053 <
Date: 01/28/13

Security Features exceed Industry standards and include:
• True Watermark Security Weave pattern on the back
• ... designed to deter check fraud (U.S. Patent No. 5,919,109)
• ... colors will be reflected on front and back
• ... words "ORIGINAL DOCUMENT" clearly ...
• ... back and back

Do not cash if:
• Any of the features listed above are missing
• ... back looks pink or has disappeared
• ... and colored spots appear on both ...
• The word "VOID" appears clearly to the right of this message

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1025
6-327/831 FL
1449

Date 1/30/2013

Pay to the order of DWPS

$ 308.16

three hundred eight + 16/xx Dollars

Bank of America

ACH R/T 063100277

For avalynne printing

Karina Dyar

⑆063100277⑆ 5297⑈ 1025



Security features exceed industry standards and include:
• The imprinted Security Weave pattern on the back is designed to deter check fraud (U.S. Pat. No. 5518...)
• Micro-text (40%) lines printed on front and back
• The words "ORIGINAL DOCUMENT" clearly appear across the back
• Padlock icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Padlock on back looks pink or has disappeared
• Brown lines and colored spots appear on both front and back
• The word "VOID" appears clearly to the right of this message

**S** Satisfied Service Solutions
873 W Bay Dr. Ste. 142
Large, FL 33770

1031
63-277/631 FL
1645

Date 2/4/2013

Pay to the order of DLPS                          $ 525.28

Three hundred twenty-five 28/100 ———————— Dollars

**Bank of America**

ACH N° 063102277

Memo Avallypio printing          Karina Oyare

⑆063100277⑆ 5297⑆ 1031⑈

For Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1032
8327/6331 FL
1449

Date 2/13/2013

Pay to the order of DNPS                                    $ 162.04

one hundred sixty-two and 04/XX                                    Dollars

Bank of America
ACH R/T 063100277

For Analysis printing                    Karina Dyar

⑆063100277⑆  5297⑈1032

APP. 1207

For Deposit Only

ORIGINAL DOCUMENT

APP. 1208

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1033
63-27/631 FL
1449

Date 2/19/2013

Pay to the order of Roberts Printing                    $ 683.73

Six hundred eighty-three 73/xx                          Dollars

Bank of America

ACH P/T 063100277

For Printing

Paul Moore

⑈063100277⑈     5297⑈ 1033

For Deposit only to
account ████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 9
Dep: 000170
>031000053<
Date: 02/20/13

Security features exceed industry standards and include:
- Microprint Security "We the" pattern on the border
- Original document screen check from a 0 to 0 to 100
- Security text from printed on front and back
- Words "ORIGINAL DOCUMENT" clearly printed across the back
- Watermark visible in front and back

Caution: If
- Features listed above are missing
- Not colored
- Notice the background pink or has disappeared
- Stains and colored spots appear on back
- Not clear
- The word "VOID" appears clearly to the right

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1034
53270531 FL
1468

2/20/13

Pay to the order of DWPS

two hundred ninety-one & 04/100 $ 291.04

Bank of America
ACH R/T 063102277

analysis printing Karina Dupar

⑆063100277⑆ 5297⑈ 1034

APP. 1211

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1035

53-27/631 FL
1448

2/25/13

Pay to the order of: Robert's Printing — $341.33

Three hundred fety-one $33/xx

**Bank of America**

ACH R/T 063100277

For: Printing

⑆063100277⑆ 5297⑈ 1035

APP. 1213

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1



Seq: 10
Dep: 000173
>031000053<
Date: 02/28/13

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1039

2/28/13

DUPS

Three hundred twenty-five   $325.28

Bank of America

printing

Havilla Dupre

ACH RT DRFT/EFT

⑆063100277⑆   5292 1039

FOR DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
◆ RESERVED FOR FINANCIAL INSTITUTION USE ◆

ORIGINAL

ORIGINAL DOCU

ORIGINAL

NAL DOCU

ORIGINAL DOCU

DOCUMENT O

AL DOCU

CUME

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1040

1040

DUPS

3/6/2013

$ 299.00

two hundred ninety-nine 00/xx

Bank of America

ACH R/T 063100277

Printing

Karina Dupin

⑆063100277⑆ 5297⑈ 1040

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ORIGINAL
INCLUD
ORIGINA
ONAL DOCU
ORIGINAL
NAL DOCUMENT
INAL DOCU
L DOCU
AL

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1041
83-27/631 FL
1469

Date 3/12/13

Pay to the Order of Robert's Printing $ 377.00

Three hundred seventy seven 00/XX DOLLARS

Bank of America

ACH R/T 063100277

For printing Karina Duprie

⑆063100277⑆ 5297⑈ 2041



For Deposit only to
account ████████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 10
Dep: 0001779
>031000053 <
Date: 03/14/13

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1042

3/14/2013

Pay to the order of: DUPS

$ 325.28

Three hundred twenty five 00/100

Bank of America

ACH R/T 063100277

For: Analysis Printing

Konnie Ouyer

⑆063100277⑆ 529790 1042

APP. 1221



FOR DEPOSIT ONLY

S Sutliford Service Solutions
8723 W Hwy Dr Ste. 142
Largo, Fl, 33770

1045
85-27/833-FL
1448

Date 3/19/2013

Pay to the order of DUPS                                    $ 171.20

One hundred seventy-one $ 20/100 _____ Dollars

Bank of America

ACH R/T 063100277

For Analysis printing                Karissa Dyer

⑆063100277⑆ 5297⑈ 1045

*For Deposit Only*

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ORIGINAL
ORIGINAL DO
ORIGINA
NAL DO
ORIGINA
DOCUMENT
AL DO
SURE

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1046

63-276/631 FL
1449

Pay to the Order of: Robert's Printing

$ 408.00

four hundred eighty eight 00/xx Dollars

Bank of America

ACH R/T 063100277

printing

Darius Myar

⑆063100277⑆ 5297⑆ 1046

APP. 1225

For Deposit only to
Account [REDACTED]4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 10
Dep: 000184
> 031000053 <
Date: 03/28/13

...features exceed industry standards and include:
- ...Secure Weave pattern on the background to deter check fraud (U.S. Patent No. 6,970,199)
- ...reads "ORIGINAL DOCUMENT" on front and back
- ...reads "ORIGINAL DOCUMENT" clearly
- ...print across the back
- ...icon visible on front and back

Do not cash if:
- any of the features listed above are missing or appear altered
- ...on back looks pink or has disappeared
- brown stains and colored spots appear on both front and back
- the word "VOID" appears clearly to the right of this message

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1047

83-27/631 FL
1448

Date 8/28/13

Pay to the order of Robert's Printing                    $ 239.06

two hundred thirty-nine 06/100                           Dollars

Bank of America

ACH R/T 063100277

Printing

Karina Ryan

⑆063100277⑆   529 7⑈ 1047

For Deposit only to
Account ███████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1040

DUPS

3/28/13

three hundred seventy-six $ 376.04
04/04

Bank of America

ACH RT 063100277

analysis printing          Karina Myers

5 292" 1048

1:063100277:

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ORIGINAL
ORIGINAL DOC
ORIGINAL
AL DOCU
ORIGINAL DOC
DOCUMENT
AL DOCU
DOCU

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1056

132/M31 FL
1449

Pay to the order of DUPS

$ 308.10

Three hundred eight & 10/100 Dollars

**Bank of America**

ACH RT 063100277

For anllysis printing

Karina Nyar

⑆063100277⑆ 297⑈ 1056



For Deposit Only



S Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1057
63 27/631 FL
146

Date: 4/10/13

Pay to the order of: DUPS                                    $ 235.12

Two hundred thirty-one 12/100                              DOLLARS

Bank of America
ACH R/T 063100277

For: Web processing                          Kristina Dyer

⑆063100277⑆ 5297⑈1057

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
♦ RESERVED FOR FINANCIAL INSTITUTION USE ♦

APP. 1234

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1063

13-27/631 FL
1440

Pay to the
order of _DUPS_

_eighty-five £ 00/100_ _____ $185.00_

Bank of America

ACH RT 063100277

_Analysis printing Fran DaDyor_

⑆063100277⑆ 5297⑈1063

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1072
83-21/631 FL
1449

Date 4/23/13

Pay to the order of Robert's Printing | $ 505.04

five hundred five 04/xx Dollars

**Bank of America**

ACH R/T 063100277

For printing

Karissa Dye

⑆063100277⑆ 5292⑈1072

For Deposit only to
account [REDACTED] 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 3
Dep: 000195
>031000053 <
Date: 04/26/13

S Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1080
13-27/631 FL
1440

5/1/13

DRPS

$ 179.76

one hundred seventy-nine $76/100

Bank of America

ACH RT 063 1 00 277

Printing

Donna Dyer

⑆063100277⑆ 5297⑈1080

APP. 1239

For Deposit Only



S Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1087
83-276/631 FL
1440

5/6/13

Pay to the order of __Roberts Printing__ $ 422.65

four hundred twenty two and 65/xx Dollars

Bank of America

ACH R/T 063100277

Printing

Bruce Ryan

1:063100277: 529711087

APP. 1241

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 26
Dep: 000202
>031000053<
Date: 05/06/13.

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1088
8327/631 R
1449

14-7/122
day

5/9/13

DUPS

One hundred eighty-eight $ 39/100                    $ 188.32

Bank of America

ACH R/T 063100277

Printing                                              Darinda Piper

⑆063100277⑆ 5297⑈1088

APP. 1243

For Deposit Only



$S$ Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1094

63-27/631 FL
1440

5/13/13

Pay to the
order of Robert's Printing $911.04

Nine hundred eleven & 00 4/64 Dollars

**Bank of America**

ACH R/T 063100277

printing

Kristen Ryan

1:063100277 5297 1094

APP. 1245

or Deposit only to

account ████ 4539

Cust: ROBERTS QUALITY PRINTING INC

Loc: Headquarters

Deposited by: 1rb05501admin1

Seq: 14
Dep: 000205
>031000053 <
Date: 05/13/13

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1096

63-278/631 FL
1448

DMPS

5/24/13

four hundred sixty - two 24/100 .............. $ 462.24

Bank of America

ACH R/T 063100277

*Analysee printing* ............ Karissa Dupar

⑆063100277⑆ 5297⑈1096

APP. 1247

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1098

4537/631 FL
2417Z

Date 6/7/13

Pay To The
Order Of DUPS | $ 350.96

three hundred fifty 96/100 Dollars

Bank of America

ACH RT 063107277

For multiple printing [████████] Donna Dyer

⑈063100277⑈ 297⑈1098

For Deposit only

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221.

1099
83-7043/1 FL
14272

Pay To The
Order Of _____ DWPS _____ $ 188.32

One hundred Eighty-Eight & 32/100 _____ DOLLARS

Bank of America

ACH R/T 063102277

For _____ Analysis Shipping _____ Kruse Dyck

Date 6/17/13

⑁ ☰

⑂063100277⑂ 5297⑁1099

APP. 1251

For Deposit only

**S** Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1100

83-276/631 FL
24372

Date 6/20/13

Pay To The
Order Of __Roberts Printing__ $ 9.11.04

__Nine hundred eleven & 04/xx__ Dollars

**Bank of America**

ACH R/T 063100277

For __Folders__ __Karissa Ryan__

⑈063100277⑈ 5297⑈ 1100

For Deposit only to
account [REDACTED]4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 11
Dep: 000233
>031000053<
Date: 06/21/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1101

83-27/631 FL
2437E

Pay To The
Order Of _DNPS_

Date _4/27/13_

$ _308.16_

_Three hundred eight & 16/16_ Dollars

**Bank of America** 📧

ACH R/T 063102277

_anahyno printing_

_Anna Agar_

⑆063100277⑆ 2497⑈1101⑆

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1102

63-7/631 FL
24372

Pay To The
Order Of: Robert's Printing _____ $ 1,000.79

one thousand, sixty-six & 79/xx _____ Dollars

**Bank of America**

ACH R/T 063100277

For: Printing _____

Pamela Ryan

⑆063100277⑆ 5297⑈ 1102

For Deposit only to
account. ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 24
Dep: 000238
>031000053 <
Date: 06/28/13



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1104
63-272/631
2032

Pay To The Order Of: DUPS

7/5/13

$ 239.68

Two hundred thirty-nine and 68/97

Dollars

Bank of America

ACH R/T 063103377

For: Printing

Krister Oven

⑆063100272⑆ 5297⑈1104

APP. 1259

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1105

63-27/631 FL
24372

Date 7/9/13

Pay To The
Order Of  DUPS                                    $ 185.60

Eighty - five   00/xx                                    Dollars

Bank of America

For  analysis printing          Karina Diya

ACH R/T 063100277

⑆063100277⑆        5297⑈1105

For Deposit Only

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1108

0127/631/FL
2422

Pay To The
Order Of _____ DHPS

Two hundred five #04/XX100 DOLLARS

Date 7/9/13

$ 505.04

Bank of America

ACH R/T 063103277

For _____ analysis printing _____ Karen Ryan

:063100277: 5 297 1108

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1107

B327/6511 R
24372

Pay To The
Order Of   Robert's Printing                    | $ 834.97

eight hundred twenty-four 97/xx                              Dollars

Date  7/22/13

**Bank of America**

ACH R/T 063102277

For  printing

I:0631002771:   529711° 1107

For Deposit only to
account ###539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1



Seq: 15
Dep: 000248
>031000053<
Date: 07/24/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1108

63-27/631 FL
2A72

Pay To The
Order Of _Robert's Printing_____ | $ 1,059.30

Date _7/22/13_

one thousand, fifty-nine & 30/XX Dollars

**Bank of America**

ACH RT 063100277

For _Printing_

⑆063100277⑆ 5297⑈1108

APP. 1267

For Deposit only to
account ████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rp05501admin1

Seq: 1
Dep: 000248
>031000053<
Date: 07/24/13

APP. 1268

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1109

832/631 FL
2412

Pay To The
Order Of _____ DUPS

Three hundred ninety-three $ 393.76

and 76/xx DOLLARS

Bank of America

ACH R/T 063100277

For _____ Printing

Karier Ryan

⑈063100277⑈ 5297⑈1109

APP. 1269

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1110

63-7631 R
2472

Pay To The
Order Of __DUPS__

Date __7/31/13__

Seven hundred thirty-six and 16/100 __$736.16__

Dollars

**Bank of America** 🇺🇸

ACH R/T 063100277

For __Antlyses printing__    Karinna Ryan

⑂063100277⑂  5 297⑂ 1110

APP. 1271

For Deposit only

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1112

8347/631 FL
2x372

8/7/13
DATE

Pay To The
Order Of: DWPS                                   $ 376.64

Three hundred seventy six 64/xxx                 DOLLARS

**Bank of America** 🇺🇸

ACH R/T 063102277

For: Multiple printing          Bruce Ryan

⑆063100277⑆          5 297⑈ 1112

APP. 1273

For Deposit only

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1114
63-277/631 FL
2477

Pay To The
Order Of   DMPS                                    $ 520.72

Five hundred thirty $ 72/xx                        Dollars

Bank of America

ACH R/T 063102277

For  Analysis printing                  Karina Dyer

⑆063100277⑆ 5297 1114

APP. 1275

For Deposit only



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1115

63-7/631 FL
24172

Pay To The
Order Of    Robert's Printing                    $ 749.00

Seven hundred forty-nine          Dollars

Bank of America

ACH R/T 063100277

For  Printing

⑆063100277⑆ 529⑊ ⑆1115⑆

APP. 1277

For Deposit only to
account ████████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin2

Seq: 2
Dep: 000263
>031000053<
Date: 08/15/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1117

83276311 FL
24372

Date 9/11/13

Pay To The
Order Of Roberts Printing    $ 10,597.30

One thousand fifty-nine 30/xx Dollars

Bank of America

ACH R/T 063100277

For printing                    Kariva Piper

⑈063100277⑈   5297⑈ 8887

APP. 1279

For Deposit only to
account ████████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin2

Seq: 3
Dep: 000280
>031000053<
Date: 09/13/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1118

Pay To The
Order Of _DMPS_

$933.04

nine hundred thirty three 04/

Bank of America

ACH R/T 063102277

For _analyoprinting_

Karusa Ayer

⑈063100277⑈ 5297⑈1118

APP. 1281

For Deposit only



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1119
627/631 FL
24372

Pay To The
Order Of _DMPS_

9/24/13
Date

$ 1,550.40

_five hundred fifty ouy 40/xx_ DOLLARS

Bank of America

ACH R/T 063100277

For _printing_

⑆063100277⑆ 5297⑈1619

For Deposit only



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1120

632/631 FL
2437

Date 9/25/13

Pay To The
Order Of   Robert's Printing   $ 584.36

Five Hundred Eighty-Four 36/XX   Dollars

**Bank of America**

ACH R/T 063100277

For Printing

⑆063100277⑆ 5297⑈ 1120

For Deposit only to
account ████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin2

Seq: 1
Dep: 000290
>:031000053<
Date: 09/26/13



S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221.

1124
0-27/631 FL
24172

10/10/13
Date

Pay To The
Order Of __DUPS__ $ 719.00

Seven hundred nineteen & 04/XX Dollars

Bank of America

ACH R/T 063100277

For _printing_                Kaisa Dyaz

⑆063100277⑆ 5 297⑈ 1124

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1126
8327&531 FL
2437

Date 10/15/13

Pay To The
Order Of    Roberts Printing            $ 1,099.96

One thousand Ninety-nine 96/xx                        Dollars

**Bank of America**

ACH R/T 063100277

For  Printing                           Donna Ryan

⑆063100277⑆    5297⑈8126

For Deposit only to
account ▓▓▓▓4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 17
Dep: 000301
X031000053<
Date: 10/16/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1127
63-27/631 FL
2437Z

Pay To The
Order Of ___ Robert's Printing ___ $ 1,368 53

one thousand three hundred eighty eight ⁵³/₁₀₀ ___ Dollars

**Bank of America**

ACH R/T 063100277

For ___ printing ___ Karissa Depne

⑆063100277⑆ 5297⑈ 1127

For Deposit only to
account ████ 4539

Cust: ROBERTS QUALITY PRINTING IN
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 16
Dep: 000301
>031000053<
Date: 10/16/13



S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1129

63-7631/1 FL
26372

Pay To The
Order Of ___DUPS_____ $ 1292.56

one thousand two hundred ninety-two 56/100 Dollars

Bank of America

ACH R/T 063100277

For __printing__

11/6/13
Date

Karina Dyer

⑆063100277⑆ 5297 1129

For Deposit only

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1131

83-276/631 FL
24372

Date 10/2/13

Pay To The
Order Of Robert's Printing

$ 1,130.99

one thousand, one hundred thirty 99/xx Dollars

Bank of America

ACH R/T 063100277

For printing

Kristina Ryan

Krishna Ryan

⑆063100277⑆ 5297⑈1131

APP. 1295

For Deposit only to
account ▮▮▮▮4539
Cust: ROBERTS QUALITY PRINTING
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 23
Dep: 000325
>031000053 <
Date: 12/03/13

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1132

63-27/631 FL
24372

Date 12/2/13

Pay To The
Order Of  Robert's Printing      $ 195.81

one hundred ninety-five $81/xx ...Dollars

**Bank of America**

ACH R/T 063100277

For Printing          Karissa Dian

⑆063100277⑆  5297 1132

APP. 1297

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 22
Dep: 000325
>031000053<
Date:12/03/13



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1134
9327/631 FL
24377

Pay To The Order Of DMPS

Date 12/2/13

$ 958.78

Nine hundred fifty-eight 78/100 Dollars

Bank of America

ACH R/T 063100277

For printing

Karina Dya

⑈063⑈00 277⑈  5 29 7⑈ ⑈1⑈34

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1142

63-277/631 FL
24372

Date 12/11/13

Pay To The
Order Of _Robert's Printing_ $ 1059.30

_One thousand., fifty-nine & 30/xx_ Dollars

Bank of America

ACH R/T 063100277

For _printing_

Howard Dyar

l:063l00277l: 5297ll 1142

APP. 1301

For Deposit only to
account ████ 4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 9
Dep: 000332
>031000053<
Date: 12/12/13

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1143

8327/631 FL
24372

Pay To The
Order Of ___DUPS_____ $808.92

____eight hundred eight + 92/46_____ Dollars

Date 12/23/13

Bank of America

ACH R/T 063102277

For _printing_          Karissa Ryan

⑆063100277⑆  5297⑈8143



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1145

63-278/311 FL
2437Z

Pay To The
Order Of _Roberts Printing_ | $ 1213.38

One thousand two hundred thirteen $38/xx Dollars

Bank of America

ACH R/T 063100277

For _Printing_

1:063100277: 5297" 1145

Date 1/8/2014

Kaina Ryan

For Deposit only to
account ████████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 22
Dep: 000344
>031000053<
Date: 01/10/14

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1146

63-37/631 FL
1N37

Pay To The
Order Of _DWPS_____ $ 385.94

Three hundred eighty-five & 94/44 ____ Dollars

**Bank of America**

ACH R/T 063100277

For _Analysis Printing_

Karissa Dyer

⑆063100277⑆ 5297⑈1146

FOR DEPOSIT ONLY

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1148

63-27/631 FL
24372

Pay To The
Order Of _DMPS_

$ 433.35

four hundred thirty-three $35/xx Dollars

Bank of America

ACH R/T 063110277

For _printing_

Darius Dyce

⑆063100277⑆ 5297⑈ 1148

APP. 1309

FOR DEPOSIT ONLY

C C

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1149

83-27/631 FL
24372

Pay To The
Order Of  Robert's Printing                $ 1,059.30

One thousand ... fifty-nine + 30/xx                    Dollars

Date 1/17/14

**Bank of America**

ACH R/T 063102277

For  printing

⑆063102277⑆  5297⑈⑆ ⑈349

Karina Myers

For Deposit only to
account ████████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 1
Dep: 000348
>031000053<
Date: 01/23/14



S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1151

8327631 FL
2437Z

Pay To The
Order Of _DUPS_

Date _2/10/14_

$ _1,704.51_

_One thousand seven hundred four_ _& 51/xx_ Dollars

Bank of America ⫸

ACH R/T 063100277

For _printing_

⑆063100277⑆ 5297⑈1151

FOR DEPOSIT ONLY

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1153

63-27/631 FL
24372

Pay To The
Order Of  Robert's Printing                    $ 1271.14

One thousand  two hundred seventy-one and ⁴⁷/₁₀₀ — Dollars

Bank of America

ACH R/T 063100277

For  Folders                    Karina Ryan

⑆063100277⑈  5297⑇1153

APP. 1315

For Deposit only to
account ███████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 19
Dep: 000372
>031000053 <
Date: 03/24/14

S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1154

63-27/631 FL
24372

Pay To The
Order Of: DUPS

Date 3/24/14

$ 17,300.00

One Thousand three hundred $00/xx Dollars

**Bank of America** 🇺🇸

ACH INT 063100277

For: DUPS

Louisa Dupre

⑈063⑈00 277⑈ 5297⑈ 1154⑈

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1156

63-27/631 FL
2472

Pay To The
Order Of  Robert's Printing                              $ 1,320 38

One thousand three hundred twenty 38/xx                  Dollars

Date  4/1/14

**Bank of America**

ACH R/T 063102277

For  printing

⑈:063100277⑈  5297⑈"1156

APP. 1319

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 11
Dep: 000375
>031000053 <
Date: 04/08/14

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1159

63-27/631 FL
24372

Pay To The
Order Of ____ DUPS

$ 2,273.90

Two thousand two hundred seventy ____ Dollars

5/5/14
Date

Bank of America

ACH R/T 063100277

For __ Analysis Printing __          Kaicea Ngo

⑆063100277⑆          5297⑈⑆1159

Harland Clarke

FOR DEPOSIT ONLY

S

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1171

63-27/631 FL
24372

Date 5/20/14

Pay To The
Order Of _Robert's Printing_____ $ 1,271.16

_One thousand two hundred seventy one & 16/100_____ Dollars

**Bank of America**

ACH R/T 063102277

For _Printing_

Kariesa Agaro

⑈063100277⑈ 5297⑈1876

APP. 1323

For Deposit only to
account ████4539
Cust: ROBERTS QUALITY PRINTING I
Loc: Headquarters
Deposited by: 1rb05501admin1

Seq: 25
Dep: 000395
>031000053.<
Date: 05/23/14

# **EXHIBIT Q**

Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1016
8327821 FL
1449

12/28/12

Pay to the order of: The Sentic Group          $ 588.50

five hundred eighty-eight 50/XX          Dollars

Bank of America

ACH R/T 063100277

9265 Hwy 19 88 K

Service Dyke

⑈063100277⑈  5297⑈ 1016

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214

WELLS FARGO BANK NA ORD
20120108 E0415 PKT 04
▲ 0910-000001-9▼



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1026

63-27/631 FL
1449

ACH R/T 063102277

Date: 1/31/2013

Pay to the order of: The Gentile Group                        $ 588.50

Five hundred eighty-eight $50/xx                              Dollars

Bank of America

For: Rent - Suite A                      Karina Dyar

⑆063100277⑆  5297⑈1026

National Claims



PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1027
53-27/831 FL
1449

Pay to the order of: The Gentile Group

$ 97.50

Ninety-Seven & 50/xx _____ Dollars

Bank of America

ACH R/T 063100277

For: A/C Servicing                    Karina Dyer

:063100277: 5297 #1027

APP. 1330

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
████████0214

$ Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1038
63-27/631 FL
1449

2/28/13

Pay to the order of  The Gentile Group                    $ 588.50

five hundred eighty eight 50/100                          Dollars

Bank of America

ACH R/T 063100277

For  Rent - Suite A

Karina Ryan

⑈063100277⑈  5297⑈ 1038

APP. 1332

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
█████████ 0214



Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1049

63-27/631 FL
1449

3/28/13

PAY TO THE ORDER OF The Gentile Group                    $ 588.50

Five hundred eighty-eight & 50/xx                         DOLLARS

Bank of America

ACH R/T 063100277

FOR Rent Suite A                    Kristin Dyer

⑈063⑊00277⑈    5297⑊ 1049

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214





Satisfied Service Solutions
873 W Bay Dr Ste. 142
Largo, FL 33770

1081
53-27/631 FL
1449

4/28/13

Pay to the order of  The Gentile Group  $ 588.50

five hundred eighty eight & 50/xx

Bank of America

ACH R/T 063100277

Rent - Suite A

Karissa Dyaz

⑆063100277⑆  5297⑈1081

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1097

83-27/821 FL
24372

Pay To The
Order Of ___ The Gentile Group ___ $ 588.50

five hundred eighty-eight & 50/100 ___ Dollars

Bank of America

ACH R/T 063102277

For 93105 Ste A Kent ___ Kirill Klyot

⑆063100277⑆ 5297⑈1097

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
■■■■ 0214

WELLS FARGO BANK NA ORD
2610660 E0619   PKT 64
▲0910-0001-94



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1103

63-27/631 FL
24372

Date  6/28/13

Pay To The Order Of  The Gentile Group  $ 588.50

Five Hundred eighty-eight $50/xx  Dollars

Bank of America

ACH R/T 063102277

For  Rent 9345 Suite 1  Danielle Dyer

⑆063102277⑆  5297⑈1103

APP. 1340



WELLS FARGO BANK NA GRD
20130703 EMJ4  PKT 04
►0910-00001-94◄

0454175765

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1111

63-27/631 FL
24372

Date 8/1/13

Pay To The
Order Of  The Mercantile Group          $ 588.50

Five hundred eighty-eight $50/xx                    Dollars

**Bank of America**

ACH R/T 063100277

For  Rent Suite A.                    Bonnie Ryan

⑆063100277⑆  5297⑈1111

Harland Clarke

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENDLE GROUP, LLC

0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1116

03-27/831 FL
24372

Pay To The
Order Of

The Gentile Groups            $586.50

Five Hundred Eighty-eight 50/xx Dollars

Bank of America

ACH R/T 063100277

9365 Hwy FN

For  Rent State

Kavura Ryan

⑆063100277⑆  5297⑈⑆ 1116

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1121

63-27/631 FL
24372

Pay To The
Order Of: The Gentile Group | $ 588.50

five hundred eighty-eight 50/XX Dollars

Bank of America

ACH R/T 063100277

For: Rent 9345 HWY 19
Sto. A

Karina Ryar

9/30/13 Date

⑈063100277⑈ 5297⑈1121

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
▮▮▮▮▮▮▮0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1128

83-27/831 FL
24372

Pay To The
Order Of _The Gentile Group_ | $ 588.50

_five hundred eighty-eight + 50/xx_ Dollars

Bank of America

ACH R/T 063102277

For _9365 Hwy 19 Sta_

Karina Ryan

⑆063100277⑆ 5297⑈1128

APP. 1348

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
 0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1133

83-27/631 FL
2437

Pay To The
Order Of _The Gentile Group_ $ 588.50

_Five hundred eighty-eight 50/XX_ Dollars

Date 11/29/13

**Bank of America**
ACH R/T 063102277

9365 Hwy 19
Ste K

For _rent_

⑆063100277⑆ 5297⑈1133

APP. 1350

**PAY TO THE ORDER OF**
**WACHOVIA BANK NA**
**FOR DEPOSIT ONLY**
**THE GENTILE GROUP, LLC**
0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1144

63-27/631 FL
24372

Pay To The
Order Of: _The Gentile Group_    $ 588.50

_Four hundred eighty-eight + 50/XX_    Dollars

Bank of America

ACH R/T 063100277

For _9305 Hwy 19 N_

Date _12/30/13_

_Karima Nyar_

⑆063100277⑆  5297⑈1144

APP. 1352

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214





S Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1150
63-27/631 FL
24372

Pay To The
Order Of    The Gentile Group    $ 588.50

six hundred eighty eight + 50/100    Dollars

Bank of America

ACH RT 063100277

For  Rent 9305 stat    Roxanne Dyer

I:063100277I:    529700150

Harland Clarke

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1152

83-27/631 FL
2437Z

Date 2/27/14

Pay To The
Order Of  The Mercantile Group  $ 588.50

Five hundred eighty eight & 50/100  Dollars

Bank of America
ACH R/T 063100277

0365

For  Rent Sept

⑆063100277⑆  5297⑈1152

APP. 1356

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



WELLS FARGO BANK NA OPD
2616305 E0408 PKT 04
09910-0001-9

Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1155

83-27/631 FL
24372

Date 3/28/14

Pay To The
Order Of _____ The Hentile Group _____ | $ 588.50

five Hundred eighty-eight & 50/xx _____ Dollars

**Bank of America**
9105 Hwy 19

ACH R/T 063102277

For _____ Rent Ste A _____

5297"1155

⑈063100277⑈

5297"1155

Barbara Myer

APP. 1358

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214





Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1160

63-27/631 FL
24372

Pay To The
Order Of _ The Mercantile Group _ | $ 1,000 00

Date 4/28/14

One hundred & only _____ Dollars

Bank of America
9365 US Hwy

ACH R/T 063102277

For Rent Suite A

⑆063100277⑆  5297 1160

Kimberly Dyer

APP. 1360

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1185

83-27/631 FL
24372

Date 5/30/14

Pay To The
Order Of The Gentile Group $ 600.00

Six hundred & 00/xx ———————— Dollars

**Bank of America** 

ACH R/T 063100277

For Rent Sta t Harian Nyar

⑆063100277⑆ 5297 ⑈1185

Security
Features
Details on
Back

Ⓐ

APP. 1362

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
████████ 0214



Satisfied Service Solutions
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1201

83-27/631 FL
24072

Pay To The
Order Of The Gentile Group          $ 700 00

Seven hundred oo/xx _____ Dollars

Bank of America

ACH R/T 063100277

For Rent Stokt          Bonnie Ryan     AP

⑆063100277⑆  5297⑈1206

Harland Clarke

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
█████0214



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1242
83-278/631 FL
24372

Date 7/30/14

Pay to the
Order of: The Glenville Group     $588.50

Five hundred eighty eight 50/xx Dollars

Bank of America

ACH FI/TN 063100277

For: Rent      Sto k     Korwaeellyor

⑈063100277⑈  527⑈ 1242

Howard Clarke



PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1259

83-27/631 FL
24372

Pay To The
Order Of ____ The Gentile Group ____ $ 588.50

8/30/14
Date

Five Hundred Eighty-eight 50/xx ____ Dollars

Bank of America

ACH R/T 063103277

9305 Hwy 19 N

For ____ Rent Sto 1

Karissa Dyer

⑈:063100277⑈ 5271⑈1259

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214

WELLS FARGO BANK NA ORG
2016099 EW10 PKT 04
⑈69910-00001-94⑆

Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1281

83-27/631 FL
24372

Date 9/29/14

Pay To The
Order Of ____ The Textile Group $ 588 50

Five hundred eighty-eight & 50/100 _____ Dollars

**Bank of America** 🇺🇸

ACH R/T 063102277

9305 US 19

For Rent Box A. ____ Larissa Alper AP

⑈063100277⑈ 5271⑈⑈1281⑈

Instant Checks

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214

694229101



Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1301

63-276/631 FL
24372

Date 10/30/14

Pay To The
Order Of _The Textile Group_ $ 568.50

_five hundred sixty-eight $50/100_____ Dollars

Bank of America

9365 Hwy 19N
Sta. A

For _Rent_                    _Kariosa Ryan_

⑆063100277⑆     5274 1301

ACH R/T 063102277

Holland Clarke

Security
Feature
Details on
Back.

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
▮▮▮▮▮▮▮0214

3282783695

**S** Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

1324

63-27/631 FL
24372

Pay To The
Order Of  The Textile Group

$ 588.50

five hundred eighty-eight 50/100 ———— Dollars

**Bank of America** 🇺🇸

ACH R/T 063102277

For  Rent 9365 Hwy 19N St. A

Karina Ryan

⑆063102277⑆  5271⑈ 1324

⑈5271⑈1324

Horace Carve

NP

Date  11/30/14

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214



**Satisfied Service Solutions**
Payroll Account
873 W Bay Dr
Suite 142
Largo, Fl 33770-3221

1341

6347/6311 FL
24372

Pay To The
Order Of _The Gentile Group_ $ 588.50

_five hundred eighty-eight $50/KY_ Dollars

Date _12/31/14_

**Bank of America** 🇺🇸

ACH R/T 063100277

For _Rent_ 9345 US 19 Suite A

_Karisma Dejar_

⑆063100277⑆ 5278⑈1341

Hanna Curve

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
0214

3482193448

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1365

63-27/631 FL
24372

(2nd check)

Date 2/18/15

Pay To The Order Of  The Seattle Group   $ 588.50

five hundred eighty-eight + 50/100   Dollars

Bank of America

ACH R/T 083102277

9365 0519 0

For  Rent  Steph

Katrina Ryan

Ⅰ:063100277Ⅰ:   5271Ⅰ1365

Maitland Graphics

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
████ 0214

3482198799

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1379

63-27/631 FL
24372

Pay To The
Order Of ___ The Heutzille Group ___ $ 693.50

Six hundred ninety-three $50/KK ___ Dollars

Bank of America
ACH R/T 063110277

For Rent 9305 Hwy 19
Suite A

Karina Ryan

⑆063110277⑆ 527⑆1379

Harland Clarke

APP. 1380

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
▓▓▓▓▓0214

3384633812

**S** Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1391

63-27/631 FL
24272

Pay To The
Order Of _____ The Gentile Group_____ | $ 588.50

_____ five hundred eighty-eight & 50/100_____ Dollars

Date 4/1/15

**Bank of America** 🇺🇸

ACH R/T 063102277

For _____ Rent _____ 9345 Hwy 19 St A

_____ Karissa Ryan _____ MP

⑆063100277⑆ 5271⑆1391⑈

PAY TO THE ORDER OF
WACHOVIA BANK NA
FOR DEPOSIT ONLY
THE GENTILE GROUP, LLC
███████ 0214

3282784040

# <u>EXHIBIT R</u>

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.Sunbiz.org

# Detail by Entity Name

Florida Limited Liability Company

E.M.SYSTEMS & SERVICES LLC

Filing Information

| | |
|---|---|
| Document Number | L12000147794 |
| FEI/EIN Number | 461452230 |
| Date Filed | 11/26/2012 |
| Effective Date | 11/19/2012 |
| State | FL |
| Status | ACTIVE |

Principal Address

6822 22ND AVE N.
SUITE #282
ST. PETERSBURG, FL 33710

Mailing Address

6822 22ND AVE N.
SUITE #282
ST. PETERSBURG, FL 33710

Registered Agent Name & Address

SHORT, STEVE
10486 VALENCIA RD
SEMINOLE, FL 33772

Authorized Person(s) Detail

Name & Address

Title MGR

SHORT, STEVE
10486 VALENCIA RD
SEMINOLE, FL 33772

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/30/2013 |
| 2014 | 04/30/2014 |

EXHIBIT

R

**APP. 1385**

## Document Images

04/30/2014 -- ANNUAL REPORT          | View image in PDF format |

04/30/2013 -- ANNUAL REPORT          | View image in PDF format |

11/26/2012 -- Florida Limited Liability | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

APP. 1386

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L12000147794
FILED 8:00 AM
November 26, 2012
Sec. Of State
kasaly

## Article I

The name of the Limited Liability Company is:

E.M.SYSTEMS & SERVICES  LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

6822 22ND AVE N.
SUITE #282
ST. PETERSBURG, FL.  33710

The mailing address of the Limited Liability Company is:

6822 22ND AVE N.
SUITE #282
ST. PETERSBURG, FL.  33710

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

STEVE  SHORT
10486 VALENCIA RD
SEMINOLE, FL.  33772

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   STEVE SHORT

# Article V

The name and address of managing members/managers are:

Title: MGR
STEVE SHORT
10486 VALENCIA RD
SEMINOLE, FL. 33772

L12000147794
FILED 8:00 AM
November 26, 2012
Sec. Of State
kasaly

# Article VI

The effective date for this Limited Liability Company shall be:

11/19/2012

Signature of member or an authorized representative of a member

Electronic Signature: STEVE SHORT

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.