# EXHIBIT 28

## DECLARATION OF EVAN CASTILLO
## PURSUANT TO 28 U.S.C. § 1746

I, Evan Castillo, hereby declare as follows:

1.        My name is Evan Castillo.  I am a United States citizen over eighteen years of age.  I am an investigator with the Federal Trade Commission ("FTC").  My business address is Federal Trade Commission, Southeast Region, 225 Peachtree Street, N.E., Suite 1500, Atlanta, Georgia 30303.  The following statements are within my personal knowledge and if called upon as a witness I could and would testify competently thereto.

2.        I have a Masters of Science degree in Accounting from San Jose State University, and I worked for the Internal Revenue Service as a revenue agent prior to joining the FTC.  Since coming to the FTC, I have worked on several cases involving fraudulent telemarketing businesses, and have participated in training in financial and technical investigative techniques.

3.        As an investigator, my duties include monitoring and investigating persons and companies that are suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and any other laws or rules that the FTC enforces.  I also am custodian of documents and records that the FTC obtains during the course of investigations to which I am assigned.

4.        As part of my duties, I was assigned to investigate E.M. Systems and other related companies and individuals.  In the course of this investigation, I reviewed documents and information from a prior action, *FTC v Pro Credit Group*, LLC, *et al.*, Case No. 8:12-cv-586-T35-EAJ (M.D. Fl.).  This included court filings as well as documents recovered by FTC staff at the *Pro Credit Group* defendants' business premises.  Because Karissa Dyar was involved in the conduct underlying *Pro Credit Group*, I conducted a factual comparison of the *Pro Credit Group* case and the EM Systems investigation to determine if any similarities existed.  As I detail

1

below, I found that significant similarities exist – and often identical methods and materials were used – in the conduct involved in the two matters.

5.     **Similar consumer complaints:** In June 2015, I accessed the FTC's Consumer Sentinel, an international, multi-jurisdictional consumer complaint database and conducted a search for complaints regarding E.M. Systems and its fictitious business names, including Competitive Budgeting Solutions, Complete Budgeting, Decisive Budgeting, Efficient Budgeting, Insightful Budgeting, Intuitive Budgeting, Less Costly Living, Lowered Expenses, Prepared Budgeting, Reduced Expenses, Resourceful Budgeting, Skilled Budgeting, Spend Less Monthly Solutions, Todays Financial Living, Total Budgeting, Your Household Budget, and Your Next Financial Step.  I reviewed 116 consumer complaints and identified the following pattern of complaints against E.M. Systems and its fictitious business names:  (a) telemarketers make cold calls to consumers and claim that they can reduce consumers' credit card rates and save them thousands of dollars in a short time period; (b) consumers are charged a fee—typically between $695 and $1495—before any services are provided; (c) telemarketers promise a full refund if consumers do not receive the promised savings; (d)  after consumers pay the initial fee, some receive a package by mail containing documents with basic financial information and advice for consumers to reduce total interest payments by making higher monthly payments; (e) consumers do not receive the lowered interest rates or savings promised by telemarketers; (f) consumers are typically not able to get a refund without cancelling the charge with their credit card.  **Attachment A** is an example of the E.M. System complaints I reviewed.

6.     In June 2015, I reviewed consumer complaints regarding Pro Credit Group and consumer declarations filed in the *Pro Credit Group* case.  In the Pro Credit complaints, I identified patterns that were similar or identical to those described in the E.M. Systems

2

complaints: telemarketing cold calls purporting to sell debt relief services, claims to save consumers thousands of dollars, delivery of a package with nothing more than basic financial information and a plan to lower interest payments by making higher monthly payments.

**Attachment B** is an example of a Pro Credit consumer declaration representative of the pattern I observed in the Pro Credit complaints.

7.    **Nearly identical fulfillment materials:** Both EM Systems and Pro Credit consumers received a package of documents, or "fulfillment materials" after paying an advance fee between $695 and $1,495.  I reviewed sets of these materials related to Pro Credit from court filings, and sets of these materials related to EM Systems obtained from consumers, and found that they are nearly identical:  the only difference between the EM Systems and Pro Credit materials is the name and address of the company name or DBA listed in the materials.

**Attachment C** is an example of materials provided to consumers by an EM Systems' entity; and **Attachment D** is an example of materials provided to consumers by an entity related to Pro Credit Group's.



Attachment C, showing fulfillment materials used by EM Systems



Attachment D, showing fulfillment materials used by Pro Credit Group.

8.      **Common players involved:** Karissa Dyar was involved in the Pro Credit Group case. According to her deposition in the Pro Credit matter, Ms. Dyar owned a business that provided fulfillment services for Pro Credit entities and DBA names (**Attachment E** at 69-70). Ms. Dyar testified that she entered contracts with Pro Credit defendants First Financial Asset Services and William Balsamo to provide these services. (*Id* at 29-30). Her business consisted of mailing welcome packets to consumers who had paid an advance fee for debt relief services to Pro Credit entities (*Id* at 31:15-20). Ms. Dyar also communicated with Mr. Robinson about chargebacks and other business matters, as shown by Skype online chats found on Ms. Dyar's computer by FTC staff in the course of the immediate access in March 2012. According to Ms. Dyar's deposition, Mr. Robinson is identified in these chats as "CCG Billing." **Attachment F** is a call log of a Skype chat between Ms. Dyar and CCG Billing. Ms. Dyar addresses CCG Billing as "Dale" in Attachment F and makes repeated references to "Steve," including promising Mr. Robinson she would "ask Steve" or seeks Steve's help in managing business websites.

9.      Steven Short was also involved in the Pro Credit Group case and was involved in the preparation of language used in scripts used by Pro Credit Group. **Attachment G** is an example of an email referencing Mr. Short's involvement recovered by FTC staff in the course of the immediate access in March 2012. Additionally, **Attachment H** is an excerpt from Pro Credit Group's accounting records showing payments to Mr. Short as "contract labor."

10.     Richard Clark was also involved in the Pro Credit Group case. Based on emails recovered by FTC staff in the course of the immediate access in March 2012, he was at a minimum responsible for website maintenance, and assisted with the preparation of fulfillment materials. **Attachment I** is an example of an email request from Ms. Dyar to Mr. Clark.

Additionally, **Attachment J** is an excerpt from Pro Credit Group's accounting records showing payments to Mr. Clark for "website design and development."

11.     Additionally, there is overlap between persons employed by entities related to EM Systems and persons employed by Pro Credit Group entities.  **Attachment K** are selections from additional Skype transcripts recovered by FTC staff in the Pro Credit Group case naming Jessica Spring, Keon Grant, Angela Justice, and Linda Driver as working at the processing center.

**Attachment L** are copies of checks provided to me by the Florida Attorney's General Office that were paid to these individuals in 2015 by Satisfied Service Solutions, a dba of KLS Industries LLC, and signed by Karissa Dyar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2015

_____
Evan Castillo

# **<u>EXHIBIT A</u>**



## 🔍 Consumer Sentinel Network Complaints

| Record # 8 / Consumer Sentinel Network Complaints | | | |
|---|---|---|---|
| **Reference Number:** | 60826288 | **Originator Reference Number:** | 06530067305341 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?** | No |
| **Comments:** | I hired **Decisive Budgeting** now called **Total Budgeting** in April of 2014 to help get me out of debt and paid them $995. They have done nothing for me.I hired **Decisive Budgeting** to help me get out of debt on April 7, 2014. I was guaranteed by Richard Parker these 3 things... at least $2,000 in savings, to get out of debt 3-5x faster, and a fixed low interest rate on my credit cards for life. If they could not obtain these 3 results I would be issued a full refund of the $995 I paid them. I charged this amount to my Discover credit card. I immediately was transferred to the senior adviser Dan McCoy and he also promised me those 3 things, along w/ a settlement w/ in 2 months. I tried calling them back numerous times and each time I was told that someone would get back to me and never did. I called and spoke to Brian on 7/12/14. Renee on 8/11/14. She promised to send my analysis in the mail. I did not receive it and called back on 8/27/14 and spoke w/ Sam. I then receive an email on 8/21/14 w/ my analysis, but the company was not happy w/ the turn out, neither was I, and was sending my info for a 2nd round of negotiations. I was told I would be contacted w/ in a month. I never heard back. I called again on 10/16/14 and spoke w/ Cindy Dawson. She said my info was still in the second round of negotiations and I should hear back no later than the end of November 2014. I didn't get a chance to call them back until the end of Dec. when I was guaranteed a return phone call which never came in. I finally was able to get a hold of Cindy Dawson on 2/24/15. She said that she would email me my turn out from the second round of negotiations. I received the email later than same evening. All the info was exactly the same as my first round of negotiations, which leads me to believe they never even sent my info for a second round of negotiations. I called and got a hold of Cindy Dawson again the next day 2/25/14. I told her that I was not happy w/ the turn out. She said they would send my info for a 3rd round of negotiations and I was guaranteed to hear back from them in 30-45 days. I then received a letter from Cardmember Services on 2/28/15 stating they got a reduced interest rate of 7.99% on my North Shore Visa card for 6 months, but after that 6 months my interest rate would sky rocket up to 19%. I was not happy w/ this seeing I was promised they would get me a locked in low interest rater for the life of the card. I tried calling **Decisive Budgeting** back on 3/2/15 to tell them I was not happy and didn't want this 'help' only to find all the phone lines have been disconnected. I then tried sending them an email, which was returned to me stating the email address does not exist. I also tried looking up their website, which also no longer exists. I am very hurt, upset and disgusted w/ this whole situation. I was scammed out of almost $1,000 and feel like a fool. I want to make sure this doesn't happen to anyone else. --- Additional Comments: I would like to be refunded the $995.00 I paid **Decisive Budgeting** on 4/7/14 on my Discover card. They clearly did not hold up their end of the agreement. I understand I will more than likely never see the money again, but I want to make sure this type of thing doesn't happen to any other innocent people who are struggling to get out of debt like I am. |
| **Complaint disposition provided?:** | No | | |
| **Complaint Disposition:** | NO RESPONSE. The business failed to respond to the BBB or the complainant. | | |
| **Data Reference:** | | | |
| **Entered By:** | BBBCLFL-USER | **Entry Date:** | 3/6/2015 |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | BBB FL Clearwater | **Product Service Code:** | Debt Management\Credit Counseling |
| **Amount Requested:** | | **Amount Paid:** | $995.00 |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 3/6/2015 | **Transaction Date:** | |
| **Initial Contact:** | | | |

**Attachment A**

| | | | |
|---|---|---|---|
| | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |

| Consumer Information | | | |
|---|---|---|---|
| **Consumer** | | | |
| **Complaining Company/Org:** | | | |
| **First Name:** | Kristin | **Last Name:** | Brown |
| **Address 1:** | ███████ | **Address 2:** | |
| **City:** | UNION GROVE | **State:** | Wisconsin |
| **Zip:** | 53182 | **Country:** | UNITED STATES |
| **Home Number:** | ███████ | **Work Number:** | ███████ |
| **Fax Number:** | | **Ext:** | |
| **Email:** | ███████ | **Age Range:** | |
| **Military Service Branch:** | | **Soldier Status:** | |
| **Soldier Station:** | | | |

| Subject | | | |
|---|---|---|---|
| **Subject:** | Decisive Budgeting | | |
| **Address:** | 405 S Dale Mabry Hwy | | |
| **City:** | Tampa | **State/Prov:** | Florida |
| **ZIP:** | | **Country:** | United States |
| **Email:** | | **URL:** | |
| **Area Code:** | 877 | **Phone Number:** | 9261193 |
| **Ext:** | | **Subject ID Type:** | |
| **Subject ID Issuer State:** | | **Subject ID Issuer Country:** | |
| **Representative Name:** | | **Title:** | |

Provided by the Federal Trade Commission

<u>Attachment A</u>

# **EXHIBIT B**

## DECLARATION OF JAMES CRAFTON
## PURSUANT TO 28 U.S.C. § 1746

1. My name is James Crafton. I am 77 years old and live in Syracuse, IN. My wife, Norma, and I are retired, and live on Social Security payments.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. In March 2011, Norma received a phone call from someone named Jason from Consumer Credit Group. Jason told Norma that he knew we had a PNC credit card, and that he could help us work with PNC to reduce our outstanding debt. He promised us that Consumer Credit Group could cut our interest rates, and that the company would negotiate directly with our credit card companies. Jason said that we would save at least $3,000, plus additional savings in interest on our cards. He explained to us that Consumer Credit Group would work with PNC, and that our minimum payment on that card would likely increase the first month after Consumer Credit Group contacted PNC, before permanently dropping.

4. Norma decided to buy Consumer Credit Group's service because I had taken out a CareCredit credit card for my dentures, which had cost me more than a new car, and we wanted to decrease our monthly payments on that card and our PNC card. At that point, our minimum payments on our PNC card were about $160 a month.

5. Our credit card statement reflects that a company called "Capital Financial LLC 80" charged $995.00 to our PNC card on March 30, 2011. (**Attachment A**).

6. A few days later, we received a package from Consumer Credit Group. The package contained a letter from Consumer Credit Group dated April 1, 2011 welcoming us to the program, some sheets with information on the program and MySuccessTrack.com, and a

FTC 11
Crafton p. 1 of 3

**Attachment B**

number of forms to fill out about our credit cards. I kept some of the materials from Consumer Credit Group (**Attachment B**), but did not keep copies of the forms I mailed back.

7. After we returned the forms, we received a package in the mail containing a "customized budget plan" for our credit cards. I saw that the budget plan instructed us to keep making our same minimum payments over time without charging more money to our card. Basically, it instructed us to pay extra money on our credit cards each month, which confused me. It didn't look like Consumer Credit Group had reduced my interest rates like Jason had told Norma they would. Anybody knows that if you pay more money to your credit cards, you will pay them off sooner. I don't need to pay someone to help me figure that out. Based on this booklet, I concluded that Consumer Credit Card didn't fulfill their promise to work with our credit card companies to reduce our interest rates.

8. I tried to call Consumer Credit Group at the phone number on their marketing materials, 1-877-506-4908, and at the phone number that Jason had given Norma, 1-877-443-1672, to figure out what was going on. I talked to a number of different representatives, including someone named Alton Miller, and someone named Clarissa, who told me she had never heard of Jason, and was unable to help me with anything. She just told me Consumer Credit Group was still working on negotiating my interest reduction. I kept trying to call, and sometimes got a message saying that the number I was trying to call was out of service.

9. On May 18, 2011, I filed a complaint with the Better Business Bureau about my experience with Consumer Credit Group. After that, I received some communications from Consumer Credit Group via the Better Business Bureau, but my complaint was never resolved to my satisfaction, and I never received a refund of my $995.

2

10. Starting in May, my monthly minimum payments on my PNC card increased by about $20 a month. I have seen no reductions in my minimum payments or in my interest rates.

11. In late August 2011, I received a call from a company called Recovery Specialists at 1-855-235-2323. The representative told us that they had heard about my experience with Consumer Credit Group, and that for $500, they could help us get our money back from Consumer Credit Group. He said that they would call back with someone from my bank on the line to discuss the service. We were wary about spending more money on this, so we decided not to pay for Recovery Specialists' assistance. Recovery Specialists continued to call me two more times, until I told the caller that I thought his program was a scam and maybe related to Consumer Credit Group's scam, at which point the caller hung up on me. I have not heard from Recovery Specialists since.

12. To date, I have been unable to obtain a refund of my $995.00. I am currently disputing the charge with PNC. When I initiated the dispute process, I asked whether PNC had received other complaints against Consumer Credit Group, and they told me they had received more complaints than you can count on your fingers. I am working with PNC to try to get my money back, but at this point, I'm losing hope that I will ever see that $995 again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 20 / 11 , 2011

_James Crafton_
James Crafton

3

# EXHIBIT C

Betty Dodson

██████████████

Dear Betty,                                              December 9, 2013

It is with great enthusiasm that we at Your Household Budget welcome you as a
client to our services as well as our family! We pride ourselves on empowering our
clients with the knowledge and services that will enable them to reach their
financial goals to live free of debt and promote a sound financial future. We
promote a "Results" driven environment throughout our organization to ensure we
provide a value to our clientele without ever losing the attention to detail you
should expect but more importantly you deserve! You are our client, we work for
you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!

Sincerely,

From our family at **Your Household Budget**

**Your Household Budget**
**4644 West Gandy Blvd Suite 4-109**
**Tampa, FL 33611**
**866-460-7467**



## Mission Statement

### Our Mission Is Empowerment

By providing our clientele with a simple strategic budgeting system and our lifetime interest rate reduction program, we will enable consumers to reach their lifestyle goals, without the stress of living paycheck to paycheck, for the present and the future.

### Our Guarantee

Our company is committed to each of our client's goal of a stress-free financial future. We are 100% confident in our ability to show you the value of our service — so much that we will make you this guarantee:

### Minimum Savings Guarantee

If we fail to meet your minimum savings guarantee and do not provide a substantial savings in interest and finance charges, you will receive a full refund and still get to keep the rates that we negotiated on your behalf!

   

**Attachment C**


**Your House Hold Budget**

. *The path to your financial future!*



# 866-460-7467
## www.yourhouseholdbudget.com

## Welcome!

*Your Household Budgeting (YHB) is your one stop shop when you are ready to change your financial future. YHB provides best of class services you can use anytime to deal with those challenges that so many of us face today. Take a look at what is included and remember your success is up to you, but we can help!*

### Resource Center

Start using the resource center today and learn the building blocks for a financial free future! The resource center is the place to find the tools you need to deal with everyday issues as well as those that could affect you for the rest of your life. You will find form letters that will help you reduce collection calls, sell a car or even how to deal with your foreclosure. Budgeting tools and online calculators help ensure that you know where your money is going and what to do to keep more of it!

- Tips and tricks
- Easy to follow
- Form letters

### Legal Care

The YHB program includes legal coverage offering fee simple wills, free in-person and phone consultations and many other free and discounted legal services.

### Tax Service

The YHB tax service benefits include free mail in tax return preparation and unlimited toll-free and tax related advice during normal business hours. Additionally, members have free access to the most commonly used tax related schedules and more.

### Digital Protection

Your membership combines discounted live, remote tech support with the latest software solutions to ensure your computer is protected and running like new.
☑ Surf the web fast ☑ Ensure personal security ☑ Optimize your PC automatically ☑ Repair problems and errors ☑ Clean up system clutter ☑ Fix security vulnerabilities ☑ Maintain reliability and speed ☑ Deleted data rescue

### Savings Club

With your membership you can print savings from over 135,000 participating merchants nationwide and get more out of life! Print up to 10 premium discounts each month and enjoy up to 50% bonus savings, 20% off everyday.

### I.D. Theft Protection

The YHB ID theft protection service includes identity theft coverage so you can rest knowing that your personal information is safe and secure.

*Log in and start saving today!*

    Target.com 

**Attachment C**



# Frequently Asked Questions

*You may be asking yourself:*

Q: How does this effect my credit? Can I still use my credit cards?

A: By working with your lenders, you do not damage or negatively impact your credit rating in any way, shape or form. All of your credit cards remain open and you continue to make your payments to your lenders. Our goal is to make it so that more of your monthly payment is applied toward your principal balance. Therefore, you will be paying the account (s) down faster. Although your accounts are still active, it is not recommended that you use them, except for emergency situations

Q: Is this a loan?

A: This is not a loan, there is no collateral required, and you do not need to be a homeowner. We simply and aggressively negotiate with your creditor(s) to provide you with a substanial savings!

Q: Is this considered credit counseling?

A: No, we are simply attempting to negotiate a lower interest rate for each unsecured account you currently have while at the same time providing you a budgeting plan to help you improve your financial position by showing you ways to increase your disposable income and plan for your future. We do not close any of your accounts, impact your credit in a negative way, consolidate your accounts and/or require you to change your payment due dates on a monthly basis as credit counseling does.

Q: Am I required to pay more each month to my creditors for each of my accounts?

A: No, you can continue to make your minimum monthly payments but by reducing your interest rates, more of your monthly minimum payment will go toward your principle balance rather than unneeded interest. However, we do recommend if you have the means whenever possible that you pay extra toward your accounts in an effort to expedite the payoff!

**Attachment C**

# ACCOUNT INFORMATION FORM
### Continued

**Primary Holder**     Name _____

4. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____%     Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**     Name _____

5. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____%     Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**     Name _____

6. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____%     Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**     Name _____

7. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____%     Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

**Primary Holder**     Name _____

8. Creditor _____ Account Number _____

Creditor Phone # _____

Balance $_____ Rate _____%     Minimum Monthly Payment _____

Age of Account _____ years   Expiration Date _____ CVC 3 numbers on back of card _____

Account Type: ❏ Mortgage ❏ Installment Debt ❏ Student Loan ❏ Medical Bill ❏ Credit Card ❏ Business Loan
❏ Other ❏ Business Card (Include Name of Business)

*If you cannot fit all of the Account information on this form, simply attach an additional page.*

**Attachment C**

# EXHIBIT D



Mariena  Seaton

████████████

Golden Valley, AZ  ████

Dear Mariena ,                                          September 27, 2011

It is with great enthusiasm that we at DF welcome you as a client to our services
as well as our family! We pride ourselves on empowering our clients with the
knowledge and services that will enable them to reach their financial goals to live
free of debt and promote a sound financial future. We promote a "Results" driven
environment throughout our organization to ensure we provide a value to our
clientele without ever losing the attention to detail you should expect but more
importantly you deserve! You are our client, we work for you!

In light of this trying economy we're all living in, it's more important today then
ever to budget and maximize the use of our income in an effort to plan for ones
future. We would like to congratulate you for taking the first step toward a debt
free, stress free, and financially sound future! We look forward to providing our
services as well as our client support to you!


Sincerely,


From our family at DF


**DF**
**10801 Starkey Rd #104-223**
**Seminole, FL 33777**

FTC 46
p. 916 of 1382

**Attachment D**



FTC-GON-00002300

**Goldstein Attach. J
p. 5 of 9**

**Attachment D**



## ACCOUNT INFORMATION FORM

On the form below, please fill in the areas marked primary account holder for each account ("primary account holder is the person or individual that the statements are made out to every month"). Additionally, please identify if an account is a personal or business account, in each account area. Thank you.

Please begin by imputting your creditors' information in the following order.

| | |
|---|---|
| 1. Mortgage | 5. Credit Cards |
| 2. Installment Debts (Auto, PWVs, etc.) | 6. Personal Loans |
| 3. Student Loans | 7. Business Loans |
| 4. Medical Bills | 8. Other |

**Primary Holder**   Name   *FRED  W.  LONG*

1. Creditor   *CHOICE  PRIVILEGES  VISA*   Account Number ▮

Creditor Phone # *1-866-599-5070*

Balance $ *4414*   Rate *16.24* %   Minimum Monthly Payment *$150*

Age of Account *0½* years   Expiration Date ▮   CVC 3 numbers on back of card ▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name   *MARY  J.  LONG*

2. Creditor   *BANK  OF  AMERICA  VISA*   Account Number ▮

Creditor Phone # *1-800-789-6701*

Balance $ *918*   Rate *9.9* %   n Monthly Payment *$16*

Age of Account *7* years   Expiration Date ▮   CVC 3 numbers on back of card ▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

**Primary Holder**   Name   *FRED  W.  LONG*

3. Creditor   *BANKAMERICARD  VISA*   Account Number ▮

Creditor Phone # *1-800-421-2110*

Balance $ *515*   Rate *7.99* %   Minimum Monthly Payment *$15*

Age of Account *0¾* years   Expiration Date ▮   CVC 3 numbers on back of card ▮

Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☒ Credit Card ☐ Business Loan ☐ Other ☐ Business Card (Include Name of Business)

Although it is not a requirement, you may send copies of your statements in an effort to speed up the process and insure accuracy!

FTC-GON-00002686

**Goldstein Attach. B
p. 2 of 14
      FTC 45
      p. 36 of 178**

**Attachment D**

# **<u>EXHIBIT E</u>**

```
 1              FEDERAL TRADE COMMISSION

 2                 I N D E X

 3

 4

 5   WITNESS:                    EXAMINATION:

 6   KARISSA DYER

 7      BY MS. CLAYBAUGH              4

 8

 9

10   EXHIBITS       DESCRIPTION      FOR ID

11   Number 1      FTC-GON-2679-2692

12   Number 2      FTC-GON-2694-2708

13

14

15

16   OTHER EXHIBITS REFERENCED           PAGE

17      None

18

19

20

21

22

23

24

25
```

```
 1           UNITED STATES DISTRICT COURT

 2         FOR THE MIDDLE DISTRICT OF FLORIDA

 3               TAMPA DIVISION

 4

 5   FEDERAL TRADE COMMISSION,    )

 6         Plaintiff,            )

 7                               )

 8   vs.                         )   Case No.:
                                     8:12-cv-586-T35-KAJ
 9   PRO CREDIT GROUP, LLC, ET AL.,)

10                               )
         Defendants.            )
11                               )

12

13                 Tuesday, April 10, 2012

14

15               Law Offices of Robert Eckard

                 1310 Alternate 19 North
16
                 Palm Harbor, Florida 34683

17        The above-entitled matter came on for

18   investigational hearing, pursuant to notice, at

19   10:00 a.m.

20

21

22

23

24

25
```

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE FEDERAL TRADE COMMISSION:

 4      MELINDA A. CLAYBAUGH, Attorney (TELEPHONICALLY)
        JULIE ENSOR, Attorney (TELEPHONICALLY)
 5      Federal Trade Commission
        601 New Jersey Avenue, N.W.
 6      Washington, D.C.  20580

 7

 8   ON BEHALF OF PRO CREDIT GROUP, LLC and BRETT FISHER:

 9

10      ROBERT D. ECKARD, Attorney
        JOELLE FISHER, Attorney (TELEPHONICALLY)
        Law Office of Robert Eckard & Associates, P.A.
11      3110 Alternate US 19 North
        Palm Harbor, Florida  34683

12

13

14   ON BEHALF OF ANDRE KEITH SANDERS, SANDERS LAW, P.A. and
     ANDRE KEITH SANDERS:
15
        KYLE CARRIER, Attorney
16      Sanders Law Group, P.A.
        6702 Gulf Boulevard
17      St. Pete Beach, Florida  33706

18

19

20   Also Present:

21      Brett Fisher (Telephonically)

22

23

24

25
```

```
 1                P R O C E E D I N G S

 2                    -   -   -   -

 3      Whereupon--

 4                   KARISSA DYER

 5   a witness, called for examination, having been first

 6   duly sworn, was examined and testified as follows:

 7                   EXAMINATION

 8      BY MS. CLAYBAUGH:

 9      Q.   Good morning, Ms. Dyer.  My name is Melinda

10   Claybaugh.  I'm an attorney with the Federal Trade

11   Commission.

12      A.   Hi.

13      Q.   Hi.  And on the line also is my co-counsel,

14   Julia Ensor.  And as you probably know we have filed a

15   lawsuit called FTC v Pro Credit Group, et al., in the

16   Middle District of Florida a couple weeks ago and the

17   scope of the action of the Complaint -- part of what's

18   alleged in the Complaint is the activities of defendants

19   Pro Credit Group, Brett Fisher, First Financial Asset

20   Services, Incorporated, its principal, William Balsamo,

21   Sanders Law, P.A., Mr. Andre Keith Sanders, and Mr. Dale

22   Robinson and his company, Consumer Credit Group, are all

23   defendants in that action.

24        A TRO, temporary restraining order, was entered

25   in that case a couple of weeks ago and the TRO allows
```

**Attachment E**

APP. 1703

the FTC to take depositions of anyone, whether a party
or not, as to -- for the purposes of discovery, the
nature, location, status and extent of the assets of any
of the defendants and for the purpose of discovering the
nature and location of documents, reflecting the
business transactions of any of the defendants and it's
pursuant to that authority that we are conducting this
deposition today.  Do you understand that?

A.   I do, yes.

Q.   Okay.  And I just want to go over a few ground
rules.  Have you ever been deposed before?

A.   Yes.

Q.   You have, okay.  So you have some experience.
Essentially I'll just need from you in response to every
question a verbal answer, not a head shake or nod or
anything like that.  Do you understand?

A.   Yes.

Q.   Okay.  And if you don't understand a question
or if you can't hear what I'm saying, especially because
we're in this not ideal situation of doing it over the
telephone, please just let me know and I can speak up or
repeat the question for you, okay?

A.   Okay.

Q.   Okay.  And as we go along if you need a break,
just ask for one and we'll be happy to break.

A.   Okay.

Q.   Okay.  With that, why don't we begin.  Can you
state your full name for the record, please?

A.   Karissa Lynn Dyer.

Q.   And how old are you, Ms. Dyer?

A.   Twenty-nine.

Q.   And what is your current residence address?

A.   10486 Valencia Road, Seminole, Florida 33772.

Q.   And are you currently employed?

A.   I am a business owner, yes.

Q.   Okay.  And what is the name of that business?

A.   Consumer Budget Services.

Q.   Okay.  And what is your title there?

A.   The owner.

Q.   Okay.  And how long have you been the owner of
that company?

A.   Since August 1st.

Q.   And before being the owner of Consumer Budget
Services, were you employed?

A.   Yes.

Q.   And by whom were you employed?

A.   ExecuServices.

Q.   Is that E-X-E-C-U Services?

A.   Yes.

Q.   Okay.  And when did you begin employment there?

A.   I want to say, I'm guessing here, maybe October
of 2010.

Q.   Okay.  So approximately October of 2010?

A.   Yes.

Q.   Until August -- or end of July 2011?

A.   Yes.

Q.   Okay.  And what was your title at
ExecuServices?

A.   I was the general manager.

Q.   Okay.  And what was the nature of the business
of ExecuServices?

A.   We performed customer service, answered
clients' questions, and negotiated with their credit
card companies.

Q.   Okay.  And before working with ExecuServices,
were you employed?

A.   Yes.

Q.   Okay.  And by whom were you employed?

A.   Consumer Credit Group.

Q.   Okay.  And what were the dates of your
employment with Consumer Credit Group?

A.   February 2010 up until the October of 2010.

Q.   Okay.  And what was your title there?

A.   Office manager.

Q.   And what was the nature of Consumer Credit

Group's business at that time?

A.   We performed customer service, answered
clients' questions, and negotiated with their credit
card companies.

Q.   Okay.  So would you say it's similar to what
you did for ExecuServices?

A.   Yes.

Q.   And I think I forgot to ask this originally.
At Consumer Budget Services, what's the nature of the
business there?

A.   We perform customer service for a website and
we help coach clients on how to get their interest rates
lowered on their credit cards.  It's a fulfillment
company.

Q.   By fulfillment, you mean helping to coach the
clients?

A.   Yes.

Q.   Any other fulfillment services?

A.   We are the ones that send out packages and we
also create a budget analysis for them once all the
contact has been completed with the credit card
companies.

Q.   Okay.  Putting that aside for a minute, I just
want to go to what you said, that you give customer
service for a website.  Which website is that?

**Attachment E**

**APP. 1704**

1    A.   My Success Track.

2    Q.   Is that My Success Track dot com?

3    A.   Yes.

4    Q.   Any other Web sites?

5    A.   Live For Success Today dot com.

6    Q.   Okay.  Any other Web sites?

7    A.   No.

8    Q.   When you say you perform customer service for

9  them, what does that mean?

10   A.   You know, if they call in and have questions

11 regarding the website or questions about sending their

12 paperwork in or questions about the results of the

13 negotiations.

14   Q.   Okay.  If who calls in about that?

15   A.   The customer.

16   Q.   And how do these customers -- how are

17 these customers signed up for this service?

18   A.   I'm sorry?

19   Q.   How do you receive -- are these customers of

20 Consumer Budget Services?

21   A.   I don't know how to answer this.

22   MR. ECKARD:  Do you understand the question?

23   THE DEPONENT:  No.

24   MR. ECKARD:  Can you rephrase the question?

25   Q.   (BY MS. CLAYBAUGH)  Well, you said you perform

1  customer service for two different Web sites and then I

2  asked you what that customer service entailed and you

3  said when consumers -- when customers call up with

4  questions about the website and some other things, so

5  I'm asking you, whose customers are these?

6    MR. ECKARD:  Do you understand the question?

7    A.   Okay.  They're customers of My Success Track

8  and Live For Success Today.

9    Q.   Okay.  And any other companies?

10   A.   Not currently.

11   Q.   Okay.  Have you ever performed customer service

12 for customers of any other companies in the past?

13   MR. ECKARD:  I'm going to object to the form of

14   the question.  Can you limit the scope of that

15   question?

16   Q.   (BY MS. CLAYBAUGH)  Well, in your role as owner

17 of Consumer Budget Services, have you -- since August

18 1st, have you performed customer service for the

19 customers of entities aside from My Success Track and

20 Live For Success Today?

21   A.   Yes.

22   Q.   Okay.  What were those entities that you

23 performed customer service for?

24   A.   First Financial and a company -- I'm sorry?

25   Q.   Go ahead.  I'm sorry.

1    A.   And DF.

2    Q.   D-F, as in Frank?

3    A.   Yes.

4    Q.   Okay.  Now, First Financial, is that the same

5  First Financial Asset Services, Incorporated that is a

6  defendant in this lawsuit?

7    A.   Yes.

8    Q.   Okay.  And is -- and what is DF?

9    A.   I don't know.  That's the name of their

10 company, DF.

11   Q.   Of whose company?

12   A.   I'm just a third party.  It's -- the only thing

13 I know is their name is DF.

14   Q.   Okay.  Do you know what the F stands for?

15   A.   No.

16   Q.   Do you know who is the owner of that company?

17   A.   No.

18   Q.   Do you know who the employees of that company

19 are?

20   A.   I have contact with one employee.

21   Q.   And who is that?

22   A.   Michelle Rigby.

23   Q.   Okay.  And do you know where that company is

24 located?

25   A.   No, I do not.

1    Q.   Okay.  And with respect to First Financial, on

2  what date did Consumer Budget Services provide customer

3  service for First Financial customers?  What date range

4  approximately?

5    A.   They're existing clients, so we just -- if a

6  client calls in who is enrolled with First Financial we

7  would still help them.

8    Q.   Okay.  So is it fair to say that you're still

9  providing customer service for First Financial --

10   A.   Yes.

11   Q.   -- customers?

12   A.   Yes.

13   Q.   So earlier when you said that you had

14 previously provided customer service for First

15 Financial, that was not correct to the extent that it

16 implies that you had stopped providing customer service

17 for them?

18   A.   They haven't sold in over a year.  They haven't

19 added any new clients in over a year; however, the

20 existing clients, obviously, we would still provide

21 customer service for them.

22   Q.   Okay.  I understand.  And with respect to this

23 company or this entity, DF, are they -- is that entity

24 still sending you customers for customer service?

25   A.   No.

**Attachment E**

APP. 1705

1  Q.  Okay.  So is that similar to First Financial in
2  that respect?
3  A.  Yes.
4  Q.  Okay.  Now, with respect to My Success Track,
5  which you mentioned was an entity that you're currently
6  providing customer service for, correct?
7  A.  Yes.
8  Q.  Okay.
9  MR. ECKARD:  Well, let me -- let me interject.
10  When you say currently, did you mean up until the
11  point where the FTC came in or do you mean today?
12  MS. CLAYBAUGH:  I mean, up until the 20th or
13  21st of March when the FTC came in.
14  MR. ECKARD:  Okay.  Is that correct?
15  THE DEPONENT:  Yes.
16  Q.  (BY MS. CLAYBAUGH)  And who is the owner of My
17  Success Track?
18  MR. ECKARD:  Do you know who the owner is?
19  THE DEPONENT:  No.
20  Q.  (BY MS. CLAYBAUGH)  Is there -- do you know who
21  the employees of My Success Track are?
22  MR. ECKARD:  Object to the form of the
23  question.
24  MS. CLAYBAUGH:  What's your objection?
25  MR. ECKARD:  Do you know who the employees are,

1  that presumes there are employees.
2  Q.  (BY MS. CLAYBAUGH)  Do you know whether there
3  are employees of My Success Track?
4  A.  Yes.  I would --
5  Q.  Go ahead.
6  THE DEPONENT:  I'm just a little confused at
7  this moment.
8  MR. ECKARD:  You've got to -- you've got to
9  state that on the record.  Go ahead and state what
10  you just said.
11  A.  I'm just a little confused at this moment, so I
12  just -- I'm trying to gather my thoughts for a second.
13  (Short pause.)
14  A.  Okay.  To my knowledge, My Success Track is
15  mainly I would suppose --
16  MR. ECKARD:  Don't guess.  The question was, do
17  you know who the employees of My Success Track are
18  and you said -- your answer is what?
19  A.  I know who I communicate with for My Success
20  Track.
21  Q.  And who is that?
22  A.  That would be Dale Robinson.
23  Q.  Okay.  Anyone else that you communicate with
24  from My Success Track?
25  A.  His employees.

1  Q.  And who are they?
2  A.  Kiersten Nagy and Tony Zuzek.
3  Q.  Okay.  Anyone else you communicate with for My
4  Success Track?
5  A.  No.
6  Q.  Okay.  Now, with respect to Live For Success
7  Today, which that is the other company that you're
8  currently providing customer service for, correct?
9  A.  Yes.
10  Q.  Okay.  And for Live For Success Today, do you
11  know who owns that company?
12  A.  Yes.
13  Q.  And who is that?
14  A.  Dale Robinson.
15  Q.  And who do you communicate with regarding that
16  company?
17  MR. ECKARD:  Asked and answered.  Didn't you
18  just say Dale Robinson?
19  THE DEPONENT:  Uh-huh.
20  MS. CLAYBAUGH:  Well, I asked her who the owner
21  of the company was and she said Dale Robinson.
22  Q.  (BY MS. CLAYBAUGH)  Do you communicate with
23  Dale Robinson regarding this company?
24  A.  Rarely.  I'm in more contact with his
25  employees.

1  Q.  Okay.  And who are those employees?
2  A.  The same two people, Kiersten and Tony.
3  Q.  Okay.  And is there anyone else that you
4  communicate with regarding that company?
5  A.  No.
6  Q.  Okay.  Now, you said that you provide customer
7  service for those entities, Live For Success Today and
8  My Success Track, and you mentioned that customer
9  service would entail answering questions from customers?
10  A.  Correct.
11  Q.  Okay.  And so what kind of questions would the
12  customers contact you -- your office with?
13  A.  Things such as how to fill out their paperwork,
14  how to log in to the website.
15  Q.  Anything else?
16  A.  Or anything that pertains to paperwork that
17  they've sent in as far as negotiations or explaining
18  their analysis.
19  Q.  Okay.  Anything else?
20  A.  No.
21  Q.  The first thing you mentioned was how to fill
22  out the paperwork.  What is the paperwork that you're
23  referring to?
24  A.  They're sent a welcome package that provides
25  information on the services, the website, and then

**Attachment E**

APP. 1706

1   there's two pieces of paper that they need to fill out
2   and send back to my office.
3      Q.  The welcome package, is that something that
4   your -- that Consumer Budget Services provides as
5   fulfillment?
6      A.  Yes.
7      Q.  So that's something that Consumer Budget
8   Services mails to the customers?
9      A.  Yes.
10     Q.  And are there any company logos or names on
11  that package?
12     A.  As far as whose?
13     Q.  Well, I'm just wondering, when the consumer --
14  when the customer receives that package, do they know
15  who they received it from?  Does it have a company name
16  on it?
17     MR. ECKARD:  I'm going to object to the form of
18    the question as to what the customer might know or
19    not know, but if you understand the question you can
20    answer it.
21     A.  It does not say that it -- there's no paperwork
22  in there that says Consumer Budget Services.
23     Q.  Is there any paperwork in there that says any
24  other company name?
25     A.  Yes.

1     Q.  And what company names are reflected on the
2   paperwork?
3     A.  My Success Track or Live For Success Today.
4     Q.  Any other company names?
5     A.  No.
6     Q.  When you were providing -- when Consumer Budget
7   Services was providing customer service for First
8   Financial and DF, were you also mailing the welcome
9   packages to those consumers?
10     A.  Not for First Financial because they haven't
11  sold for over a year.  There's no new clients.
12     Q.  Okay.  But for DF?
13     A.  Yes.
14     Q.  And at that time, did the material, the welcome
15  package that was mailed out, did it say DF on it?
16     A.  No.
17     Q.  Now, in order to send out the packages to the
18  customers of My Success Track or Live For Success Today,
19  how did you obtain the information as to, you know, the
20  customers' names and where to send their packages?
21     A.  My Success Track would enter it into our
22  Telecom database.
23     Q.  When you say My Success Track, you're talking
24  about either Dale Robinson, Kiersten Nagy, or Tony
25  Zuzek?

1     MR. ECKARD:  Object to the form of the
2    question.  If you can answer that, you can, but if
3    not, do you know who entered it?
4     THE DEPONENT:  No.
5     Q.  (BY MS. CLAYBAUGH)  Would it have been someone
6  at the My Success Track office?
7     A.  Yes, I would imagine.
8     MR. ECKARD:  Again, don't guess.  Are you
9    guessing?
10     THE DEPONENT:  Yes.
11     Q.  (BY MS. CLAYBAUGH)  Based on what you know, who
12  enters the information -- you said My Success Track
13  enters the information.  Do you know --
14     A.  I don't know.  I don't know who entered it.
15     Q.  Okay.  But could it have been someone in who --
16  in the telemarketing room that initially made the sale?
17     MR. ECKARD:  Object to the form of the question
18    for speculation, but you can answer it if you -- Ms.
19    Claybaugh -- and understand, I'm going to make
20    objections today just for the record and she
21    understands why I'm doing this.
22     MS. CLAYBAUGH:  Yeah.
23     MR. ECKARD:  And so it's not to interrupt her,
24    but if you're guessing and she wants you to guess,
25    then you can tell her I'm guessing and she can --

1   you can answer it, but I just need to make sure that
2   when I read this transcript again that I understand
3   what's happening, so go ahead and answer the
4   question.
5     THE DEPONENT:  I'm going to say no to the
6    telemarketing rooms.
7     MR. ECKARD:  Are you guessing?
8     THE DEPONENT:  I'm guessing, but I know that --
9    who would have access and it wouldn't be them, so I
10    don't know who would have entered it.  I don't know
11    if -- I don't know the answer to your question.
12     Q.  Okay.  Well, let's go back to you said you know
13  who would have access.  Who would have access to the
14  Telecom database?
15     A.  The My Success Track and First Financial and
16  DF.
17     MR. ECKARD:  And who?  DF?
18     THE DEPONENT:  Uh-huh.
19     MR. ECKARD:  Does that stand for something?
20     THE DEPONENT:  I don't know.
21     MR. ECKARD:  Okay.
22     Q.  (BY MS. CLAYBAUGH)  These are the entities that
23  you understand currently have access to the database?
24     A.  Yes.
25     Q.  Okay.  Based on your knowledge, did any other

### Attachment E

1   entities at any time have access to the database such as
2   Consumer Credit Group, Live For Success Today?
3       A.   Yes.
4       Q.   Both of those entities would have had access to
5   the database?
6       A.   Yes.
7       Q.   Okay.  So just to go back, you said that you
8   sent out the customer materials based on what My Success
9   Track put into the Telecom database.  And what kind of
10  information goes into the Telecom database?
11      A.   The client's name, address, and phone number.
12      Q.   Any other information?
13      A.   And how much debt that they have.
14      Q.   And any other information?
15      A.   No.
16      Q.   And when you say information goes in about how
17  much debt they have, is that put in as just one -- one
18  figure or is it broken out over several debts?
19      A.   It's one figure.  It would be the total sum.
20      Q.   Okay.  And I just want to check, that -- that
21  amount would be based on what the consumer told whoever
22  put that into this database, correct?
23      A.   Yes.
24      Q.   Now, I take it that then this information was
25  transmitted through the database to Consumer Budget

1   Services?
2       A.   Yes.
3       Q.   And who at Consumer Budget Services was
4   responsible for receiving that data?
5       A.   It would be myself.
6       Q.   Does anyone else at Consumer Budget Services
7   have access to the Telecom database?
8       A.   All of my employees did.
9       Q.   All of them did?
10      A.   Yes.
11      Q.   Okay.  And what was the process on your end at
12  Consumer Budget Services for mailing the package,
13  welcome packages out to the customers?
14      A.   What do you mean the process?
15      Q.   Well, you presumably received this information
16  from the database and then what did you do with it?
17      A.   We would send them a welcome package.
18      Q.   Okay.  Was it something that you mailed out
19  from your office or did you contract that out to another
20  entity?
21      A.   It was mailed from my office.
22      Q.   Okay.  And as part of that welcome package I
23  think you mentioned that there were forms for the
24  customer to fill out?
25      A.   Correct.

1       Q.   Okay.  And what kind of information was
2   requested by these forms?
3       A.   It would be -- it's all personal information,
4   so their name, address, phone number, date of birth,
5   Social Security number, mother's maiden name, and all
6   their credit card information.  It's personal
7   information that would be needed for the creditors to
8   recognize their customers.
9       Q.   Anything else for them to fill out?
10      A.   No.
11      Q.   Was there a form included as part of that
12  paperwork authorizing -- words that the consumer would
13  have to sign authorizing someone to negotiate on their
14  behalf?
15      A.   I don't understand what you're saying.
16      Q.   Okay.  So I've seen one of these forms and at
17  the end of it it says something like that the consumer
18  has to sign something like I, so-and-so, authorize some
19  company to negotiate on my behalf with my creditors.  Do
20  you know what I'm talking about?
21      A.   Yeah; that's the bottom paragraph that they
22  sign.
23      Q.   Correct.  And so does that -- is that paragraph
24  -- is that authorizing Consumer Budget Services to
25  negotiate on their behalf?

1            MR. ECKARD:  Object to the form of the
2       question.  I think it calls for a legal conclusion,
3       but you can answer it if you know the answer.
4       A.   The paragraph clearly states its
5   representatives or its agents.
6            MR. ECKARD:  And for the record, there's no
7       documents in front of Ms. Dyer and I'm not sure what
8       you're referring to, but I just want to make sure
9       the record is clear, there's no document in front of
10      her.
11           MS. CLAYBAUGH:  I understand that.  I'm basing
12      it on her recollection.
13           MR. ECKARD:  Okay.
14           MS. CLAYBAUGH:  And I'll take credit as to what
15      they're worth in light of that.
16           MR. ECKARD:  All right.
17      Q.   (BY MS. CLAYBAUGH)  Ms. Dyer, you mentioned
18  something about it authorizes their agents or the
19  employees.  Is that what you said?
20      A.   The actual wording I believe says My Success
21  Track, its agents or representatives.  That's what
22  they're authorizing.
23      Q.   Okay.  And so to the extent Consumer Budget
24  Services attempts to negotiate lower rates for
25  consumers, is it as an agent of My Success Track?

**Attachment E**

1    MR. ECKARD:  Object to the form of the
2    question, but you can answer it.
3    A.  It's -- I'm a party contracted by them to
4    negotiate and fulfill.
5    Q.  Okay.  I'm just trying to figure out on what
6    basis Consumer Budget Services is authorized to
7    negotiate on behalf of the consumers for a lower
8    interest rate.
9    Maybe you can help me figure out in that -- in
10   the paragraph we're talking about, what -- what provides
11   that authority?
12   MR. ECKARD:  Again, do you want to send me what
13   you're referring to so that she can look at it or --
14   MS. CLAYBAUGH:  I can -- I can do that and we
15   can tackle this right now.  I can send it to you and
16   we can come back to this once you've had a chance to
17   review it.
18   MR. ECKARD:  Yeah.  We don't have to -- I'll
19   just -- I'll go ahead and I'll mute the phone and if
20   you want to e-mail that to me we'll take five
21   minutes.
22   MS. CLAYBAUGH:  That sounds good.
23   MR. ECKARD:  All right.  You're going to e-mail
24   it?
25   MS. CLAYBAUGH:  Yes.

1    MR. ECKARD:  We'll be back in five minutes,
2    back on the record.
3    (Recess from 11:08 a.m. until 11:24 a.m.)
4    (Exhibit Number 1 was marked for
5    identification.)
6    (Exhibit Number 2 was marked for
7    identification.)
8    (BY MS. CLAYBAUGH)  I have before you what's
9    been marked as Exhibits 1 and 2, correct?
10   A.  Yes.
11   Q.  Now, directing your attention to Exhibit 1, it
12   says at the top Client Data File & Authorization Letter.
13   Do you see that?
14   A.  Yes.
15   Q.  Okay.  Is this an example of the form that
16   would be mailed out by your company in the welcome
17   package?
18   A.  Yes.
19   Q.  And do you see at the bottom of -- we've marked
20   out all the customer information, but that is where I
21   assume the customer would write in their information
22   about their debt; correct?
23   A.  On this page, no.
24   Q.  Okay.  You're right.  This page is just the
25   personal information?

1    A.  Uh-huh.  Yes.
2    Q.  Okay.  And then if you turn to the next page,
3    that's an example of the customer providing information
4    about their individual debt?
5    A.  Yes.
6    Q.  Okay.  And if you go back to page one of
7    Exhibit 1, the paragraph at the bottom of the page is
8    what we were talking about earlier when we didn't have
9    it before us, correct?
10   A.  Yes.
11   Q.  Okay.  And it says, "I/We expressly give First
12   Financial, its agents and representatives permission to
13   communicate with my/our creditors for the sole purpose
14   of negotiating a lower interest rate."  It goes on from
15   there.  Do you see that?
16   A.  Yes.
17   Q.  Okay.  Now, you said earlier that Consumer
18   Budget Services was actually -- part its duties was
19   attempting to negotiate lower rates for consumers; is
20   that right?
21   A.  Yes.
22   Q.  Okay.  So help me understand then what this
23   language means that's giving First Financial, its agents
24   and representatives permission to communicate for
25   negotiating lower rates.

1    MR. ECKARD:  Object to the form.  I think the
2    language speaks for itself, but you can answer the
3    question.
4    A.  We're a third party.  We are contracted to do
5    this work for the client, for the company.
6    Q.  So where it says agents and
7    representatives, is Consumer Budget Services an agent or
8    representative of First Financial?
9    MR. ECKARD:  I guess if you can define agent
10   that may help her understand what agent is.
11   Q.  (BY MS. CLAYBAUGH)  Well, at whose direction
12   are you attempting to negotiate lower interest rates?
13   A.  Can you rephrase that question?
14   Q.  Well, you've stated that Consumer Budget
15   Services is a third party that is contracted to provide
16   customer services, including attempting to negotiate
17   lower interest rates, correct?
18   A.  Correct.
19   Q.  Okay.  Now, who are you hired by?
20   A.  In this person's case it would be First
21   Financial.
22   Q.  Okay.  And sticking with this person's case,
23   what are the -- are there contracts showing you that
24   Consumer Budget Services has been hired by First
25   Financial?

1  MR. ECKARD:  A written contract you mean?
2  MS. CLAYBAUGH:  Well, yes.
3  MR. ECKARD:  Is there a written contract
4  between First Financial and Consumer Budget
5  Services?
6  THE DEPONENT:  No.
7  Q.  (BY MS. CLAYBAUGH)  Is there any documentation
8  regarding the fact that -- regarding the terms of
9  Consumer Budget Services, the services it would provide
10  for First Financial?
11  A.  No.
12  Q.  So what upon -- how did you know what services
13  to provide for First Financial?
14  A.  I don't understand the question.
15  Q.  Well, you claim that your company was hired by
16  First Financial to provide customer services, correct?
17  A.  Correct.
18  Q.  And you state that there's no contract showing
19  the terms of that hiring, correct?
20  A.  We have a verbal contract.
21  Q.  Okay.  So who were the parties to that verbal
22  contract?
23  A.  That would be -- for First Financial?
24  Q.  Yes.  Let's just start there.
25  A.  Bill Balsamo.

1  Q.  Okay.  Was there anyone else that was a party
2  to the verbal contract?
3  A.  Not that I'm aware of.
4  Q.  Okay.  And are there any documents that would
5  be reflecting the terms of that verbal contract?
6  A.  No.
7  Q.  And what were the terms of the verbal contract?
8  A.  That I'm hired to provide customer service and
9  negotiate on their interest rates, provide fulfillment.
10  Q.  Okay.  And what were the terms of your payment
11  for that service?
12  A.  I don't understand what you're asking me.
13  Q.  Well, how were you paid for providing the
14  services to First Financial?
15  A.  I'm paid on each client that they enroll with
16  this program.
17  Q.  That First Financial enrolls with this program,
18  sticking to First Financial?
19  A.  Right.  Yes.
20  Q.  So you would get some amount of money
21  based on how many clients First Financial enrolled; is
22  that right?
23  A.  No.
24  Q.  Well, why don't you explain to me on
25  what basis you were paid by First Financial?

1  A.  I am paid per fulfillment, so each client that
2  becomes a client I am paid.  It's not on a sum.
3  Q.  Okay.  So when you say becomes a client, what
4  do you mean?
5  A.  Whoever they enter into the Telecom system,
6  that's what I'm paid on.  That would be a new client.  A
7  new client is entered.
8  Q.  Okay.  And how much money were you paid per
9  client?
10  A.  Sixty dollars.
11  Q.  And was any -- what would happen if a customer
12  charged back or refunded?  Would that affect how much
13  money you were paid?
14  A.  I don't understand what you're asking me.
15  Q.  Okay.  Let's say a customer signs up with First
16  Financial.  The information goes in the Telecom
17  database.  You fulfill that customer, meaning that you
18  sent the welcome package to the customer.  Presumably
19  you should be paid sixty dollars, correct?
20  A.  Correct.
21  Q.  Now, what if that customer later wants a
22  refund?
23  A.  I don't do billing in my department.
24  Q.  I'm sorry, I missed that answer.
25  A.  There is no billing done in my department.

1  Q.  What does that mean?
2  A.  I don't charge clients, so if they wanted a
3  refund they would be transferred to First Financial.
4  Q.  Okay.  So a customer could call into Consumer
5  Budget Services and ask for a refund and you would
6  transfer them to First Financial?
7  A.  Correct.
8  Q.  Okay.  Now, let's say First Financial refunded
9  that customer's money.  Would you lose any of the sixty
10  dollars that you were paid for that customer?
11  A.  No.
12  Q.  Okay.  So you keep your full fee no matter what
13  happens to the customer down the road?
14  A.  Yes.
15  Q.  Okay.  And is there any circumstance that would
16  cause you to receive more than sixty dollars for a
17  customer?
18  A.  No.
19  Q.  You mentioned that whether the -- the
20  customer's refund doesn't affect your sixty dollars.  Is
21  that the same for whether if the customer charges back
22  through their credit card company?
23  A.  Yes.
24  Q.  Okay.  So if a customer charges back after
25  they've been entered into Telecom, you still keep sixty

<u>Attachment E</u>

APP. 1710

1  dollars?

2      A.   Yes.

3      Q.   Okay.  Now, you mentioned that for First

4  Financial there was no contract except for a verbal

5  contract reflecting the terms of your hiring by First

6  Financial, correct?

7      A.   Correct.

8      Q.   Okay.  Now, let's just switch gears and talk

9  about My Success Track for a minute.

10         Was there a contract reflecting the terms of

11  the services you would provide to My Success Track?

12      A.   There was a verbal contract.

13      Q.   Okay.  And who was the verbal contract between?

14      A.   Myself and Dale Robinson.

15      Q.   And is it fair to say that the terms were the

16  same as your verbal contract with First Financial?

17      A.   Yes.

18      Q.   So pursuant to the terms of that verbal

19  agreement, you were to receive sixty dollars per client

20  that was entered into Telecom?

21      A.   Yes.

22      Q.   And there was similar treatment with My Success

23  Track or clients who refunded or charged back?

24      A.   Yes.

25      Q.   Now, with respect to Live For Success Today,

1  was it also a verbal contract --

2      A.   Yes.

3      Q.   -- governing the terms of that hiring?

4      A.   Yes.

5      Q.   Okay.  And who was the verbal contract between?

6      A.   Dale Robinson.

7      Q.   And anyone else?

8      A.   Myself.

9      Q.   And anyone else?

10      A.   No.

11      Q.   And is it fair to say the terms of that verbal

12  contract were the same as those of First Financial and

13  My Success Track?

14      A.   Yes.

15      Q.   Okay.  And one more, of course, is DF.  Was

16  there also a verbal contract regarding the terms of your

17  service for DF?

18      A.   Yes.

19      Q.   And who was that verbal contract with?

20         MR. ECKARD:  Can you rephrase the question?

21      Q.   (BY MS. CLAYBAUGH)  Who were the parties to the

22  verbal contract governing the terms of service between

23  DF and Consumer Budget Services.

24      A.   I actually don't recall at this time.

25      Q.   When was that, the terms -- when was that

1  verbal contract made approximately?

2      A.   I don't recall that either at this time.

3      Q.   It was sometime after August 1st, 2011?

4      A.   I don't -- I don't know.

5      Q.   Okay.  But you've stated that Consumer Budget

6  Services did provide services -- customer services for

7  DF since August 1st, 2011, correct?

8      A.   Yes.

9      Q.   Okay.  Now, we took a little side trip there.

10  I just want to get back to the exhibits that we were

11  talking about earlier.

12         Exhibit 1, that gives First Financial, its

13  agents and representatives permission to communicate

14  with creditors for negotiating rates, and I asked you

15  earlier whether Consumer Budget Services is an agent or

16  representative and I don't recall what your answer was.

17      A.   I do not work for them.  I'm not an agent, but

18  we do, once again, have verbal contracts to do this work

19  for them.

20      Q.   Was anyone else aside from Consumer -- to your

21  knowledge, was anyone else aside from Consumer Budget

22  Services performing negotiation services for First

23  Financial?

24         MR. ECKARD:  Other than her company?

25         MS. CLAYBAUGH:  Correct.

1         MR. ECKARD:  Do you know?

2         THE DEPONENT:  No, I don't know.

3      Q.   (BY MS. CLAYBAUGH)  Do you know whether First

4  Financial itself was conducting negotiations for its

5  clients?

6      A.   I don't know.

7      Q.   Now, moving over to Exhibit 2 which is the same

8  form but the authorization at the bottom of it refers

9  not to First Financial but to My Success Track.  Do you

10  see that?

11      A.   Yes.

12      Q.   Okay.  And I'm going to ask you the same

13  questions.  Is Consumer Budget Services an agent or

14  representative of My Success Track?

15      A.   I have a verbal contract to do this work for

16  them.

17      Q.   And do you know -- to your knowledge, was

18  anyone else performing negotiation services for My

19  Success Track?

20      A.   Not to my knowledge, no.

21      Q.   And to your knowledge, was My Success Track

22  itself performing negotiations for customers?

23         MR. ECKARD:  During what time period?

24         MS. CLAYBAUGH:  Well, during any time period.

25         MR. ECKARD:  Do you know?

<u>Attachment E</u>

APP. 1711

```
1        THE DEPONENT:  I don't know.
2        Q.  (BY MS. CLAYBAUGH)  Okay.  Now, getting back to
3   where we were, we were talking about the welcome package
4   and what was sent out with it.
5        Now, consumers fill out this -- these forms
6   with their debts and then who do they mail them to?
7        A.  They would mail them to my office or my
8   mailbox.
9        Q.  Okay.  And what is the address for that
10  mailbox?
11       A.  10801 Starkey Road, Suite 104-223, Seminole,
12  Florida 33777.
13       Q.  Thank you.  And what would you or your
14  employees do upon receiving those completed forms?
15       A.  The customer would receive a call letting them
16  know that we received their package and we would verify
17  everything that we had, that nothing was missing, and
18  we'd set up an appointment to contact them and go over,
19  you know, debt options and coach them essentially.
20       Q.  I'm sorry.  You said and coach them?
21       A.  Yes.
22       Q.  Okay.  And any other steps that you would take
23  at that point?
24       A.  No.
25       Q.  Okay.  And what did you do with the paper copy
```

```
1   of the files that you received of these papers that you
2   received in the mail?
3        A.  I don't understand what you mean.
4        Q.  Sorry.  Where would you store them at your
5   office?
6        A.  In a manila folder in a file cabinet.
7        Q.  Okay.  And was there one manila folder for each
8   customer?
9        A.  Yes.
10       Q.  And would you put anything else aside from
11  these forms that the consumers completed into that
12  folder?
13       A.  Not at that time.
14       Q.  And was it your standard practice to create
15  these customer files when you received the form back
16  from consumers?
17       A.  Yes.
18       Q.  And these files were maintained at the 66th
19  Street location?
20       A.  Yes, that's correct.
21       Q.  Were they maintained anywhere else?
22       A.  No.
23       Q.  Prior to August 1st, 2011, do you know where
24  the customer files were stored?
25       A.  I don't recall at this time.
```

```
1        Q.  Okay.  So you get the files back and you
2   contact the customers to verify their information and to
3   set up an appointment.  What is the next step then in
4   fulfilling the customers?
5        A.  We would do a three-way conference with the
6   bank and the customer after coaching them, of course, on
7   -- looking over their debt that they have and seeing
8   what kind of options that should be available to them.
9        So after the coaching session we would go
10  through with all their current debt and create a budget
11  analysis.
12       Q.  Okay.  So it sounds like the first step is the
13  coaching session?
14       A.  Correct.
15       Q.  Who participates from Consumer Budget Services
16  in that coaching session?
17       A.  That would be the people who work in my office.
18       Q.  Okay.  And how many employees did you have at
19  your office?
20       A.  I had five who were actually coaches.
21       Q.  And what -- you said during this coaching
22  session I think you make consumers aware of what options
23  should be available to them?
24       A.  Right.
25       Q.  And what options are available to customers?
```

```
1        A.  Well, you can see that clearly if they've had,
2   you know, a bunch of late payments in the past but
3   haven't had any for a while they probably can get their
4   rate down back reduced to where it was, but, you know,
5   going over balance transfers that should be available
6   and different situations like that.  If they can't pay
7   their bills, they probably qualify for hardships.
8        Q.  And how did you determine based on the forms
9   that they submitted that -- whether they had late
10  payments, a history of late payments?
11       A.  Through discussion with the client.
12       Q.  And what resources did you or your employees
13  draw on to determine what options might be available to
14  a client?
15       A.  I don't understand what you're asking.
16       Q.  Well, did you -- did you visit any Web sites?
17  Did you review any books?  How did you know what options
18  would be available to them?
19       A.  My main resource would be credit cards dot com.
20       Q.  Credit cards dot com.  Okay.  And is that
21  something that -- a site that you visited to learn about
22  these options?
23       A.  Yes.
24       Q.  Okay.  And is it a site that you -- your
25  employees visited to learn about these options?
```

**Attachment E**

**APP. 1712**

1    A.   No.

2    Q.   Did you prepare any materials for your

3  employees to educate them as to what options would be

4  available for clients?

5    A.   I have in the past, yes.

6    Q.   When you say you have in the past, when was

7  that?

8    A.   I don't recall the exact time period.

9    Q.   Was it after August 1st, 2011?

10    A.   I don't -- I don't know.

11    Q.   Do you have any background in finance?

12    MR. ECKARD:  Object to the form of the

13  question.  You can answer if you can.  Do you

14  understand the question?

15    THE DEPONENT:  Yes.

16    MR. ECKARD:  Do you balance your own checkbook?

17    THE DEPONENT:  Yes, I do.

18    MR. ECKARD:  I don't know what she's asking,

19  but go ahead and answer the question.

20    A.   I do have a background in finance.

21    Q.   And what does that background consist of?

22    A.   I pay my bills every month.  I've been an HR

23  and payroll manager.  I've been an office manager having

24  to deal with financial situations.

25    Q.   Do you have any experience counseling consumers

1  about their debts?

2    A.   I do, yes.

3    Q.   Okay.  Prior to Consumer Budget Services?

4    A.   Yes.

5    Q.   Okay.  And where -- what kind of experience was

6  that?

7    A.   I was a negotiator doing this.

8    Q.   Was that for ExecuServices?

9    A.   I was the office manager there.

10    Q.   Okay.  So where did you -- where have you done

11  this negotiating?

12    A.   I don't recall the exact business name.  It's

13  been a few years.

14    Q.   Prior to Consumer Credit Group?

15    A.   Yes.

16    Q.   Your employment there?

17    A.   Yes.

18    Q.   Aside from credit cards dot com, was there any

19  other resource that the -- you or your employees would

20  draw upon for determining what options consumers had to

21  lower their debt?

22    A.   No, none specifically.

23    Q.   When you say that -- you said earlier that

24  clients who can't pay their bills can qualify for

25  hardship, what does that mean?

1    A.   There are credit card companies who offer

2  hardship programs for people who can't pay their bills.

3    Q.   Okay.  And what are the terms of that kind of

4  arrangement generally?

5    A.   The majority of the time the client can get

6  anywhere from zero to five percent for up to five years

7  on a payment plan, so obviously that's helpful to a

8  client who can't pay their bills.

9    Q.   And what does the client have to demonstrate in

10  order to qualify for hardship in your experience?

11    A.   Basically a draft of their budget, you know,

12  what they actually pay their monthly bills every month

13  has to be submitted to the credit card company and they

14  have to show that they don't make enough money to pay

15  anything.

16    Q.   And is that part of standard advice that you

17  give customers, to apply for hardship?

18    A.   It's not something we do often as far as it's

19  only if a client is having an issue paying their bills,

20  then we will always look into that option for them.

21    Q.   Well, I would say most people have an issue

22  paying their bills, so I'm wondering why it isn't more

23  widely given as advice.

24    MR. ECKARD:  Object to the form of the

25  question.

1    Q.   (BY MS. CLAYBAUGH)  Well, I take that back.  In

2  your experience, Ms. Dyer, in what -- in what percentage

3  of the cases that come -- that you service in your

4  office do you recommend applying for hardship?

5    A.   I would say about 25 percent of our clients we

6  would recommend that.

7    Q.   And in 25 percent of the cases, do the clients

8  actually do that?

9    A.   Probably about 20 percent of them do because it

10  actually has the ability -- if they're willing to do it

11  they understand that there are consequences as far as

12  their credit, so it's not something that's highly

13  recommended to do, but we still notify them that there

14  is that option.

15    Q.   And what are the consequences of doing that?

16    A.   Well, basically your -- it's going to make your

17  credit look bad and it's up to them if they're willing

18  to do that or not since they can't pay their bills.

19    Q.   So that's one option that you said that

20  you present to clients -- potentially present is

21  applying for hardship.  What is another option?

22    A.   We always look into balance transfer offers and

23  we always negotiate to make sure that they have the best

24  rate available to them.

25    Q.   Okay.  So let's just take balance transfers

**Attachment E**

**APP. 1713**

```
 1   first.  What is a balance transfer?
 2      A.  Taking a balance from one card to a pre --
 3   another card that they already have at a lower
 4   percentage rate.
 5      Q.  So let me just make sure I understand.  If a
 6   customer has a -- one card at ten percent and one card
 7   at fifteen percent, you would recommend moving the money
 8   on the card at fifteen percent to the card that's ten
 9   percent?
10      A.  Generally, if you do that they have an offer.
11   That ten percent card would have a zero percent or a 1.5
12   percent for two years, so it would obviously save them
13   money.
14      Q.  So you're talking about getting a new credit
15   card?
16      A.  No, I'm not.  I'm saying that that existing
17   card that they already have with that ten percent
18   actually has an offer for them to do a balance transfer
19   so they can take from that other card and move it to the
20   ten percent card, but they'll actually have a
21   promotional rate, which is very low, it's generally in
22   the single digits for probably two years allowing them
23   to pay the card off faster.
24      Q.  I see what you're saying.  So for the money
25   that's being transferred over, only for that money would
```

```
 1   there be special -- a temporary promotional rate; is
 2   that correct?
 3      Q.  I'm sorry.  Can you repeat that?
 4      Q.  Sure.  So for the -- the balance that would be
 5   transferred over to the card with the lower interest
 6   rate would have only -- that balance that's transferred
 7   over would receive a lower interest rate, a zero or a
 8   very low percent interest rate for a temporary amount of
 9   time?
10      A.  If it was on a promotion, yes, but in the long
11   run it would still go to a lower interest rate once that
12   actual promotion expired.
13      Q.  Is it fair to say that the terms of this are
14   all determined by an individual's credit card company?
15   What -- what offers might be available is determined by
16   the credit card company?
17      A.  I mean, yes.
18      Q.  Well, in other words, what I mean is that you
19   can't say for certain that a certain card or bank will
20   always offer a certain rate or a certain balance
21   transfer promotional offer; is that correct?
22      MR. ECKARD:  Object to the form of the
23      question, but you can answer it if you can.
24      A.  It just depends on the creditors.
25      Q.  Right.  That's what I'm saying, that it depends
```

```
 1   on what the creditor offers at a particular time as to
 2   what you're able to obtain for the customer; is that
 3   correct?
 4      A.  Yes.
 5      Q.  Okay.  Now, how do you stay on top of what the
 6   different creditors may be offering at a particular
 7   time?
 8      A.  We're in constant contact with them every day.
 9      Q.  Okay.  And so how does a typical attempt to
10   negotiate for a consumer go when you contact the
11   creditor?  Can you describe what happens typically?
12      A.  Obviously we would first speak to a
13   representative, we would get to the highest supervisor
14   that's available, and we'd attempt to negotiate their
15   rates, you know, based on facts that we have about their
16   payment histories, the length that they've had the
17   accounts open, and we continue to talk to each one of
18   their creditors and do the same thing.
19      Q.  Now, do you have contacts at each bank that you
20   use regularly?
21      A.  No.
22      Q.  So what number do you call when you call to
23   conduct these negotiations?
24      A.  The client provides us with the number on the
25   back of their card.
```

```
 1      Q.  Okay.  And who's on the phone when you call the
 2   credit card company?
 3      I don't understand what you mean by that.
 4      Q.  Well, I take it an employee from your office is
 5   on the phone and calls someone at the credit card
 6   company to attempt this negotiation.  Is anyone else on
 7   the phone?
 8      A.  The majority of the time a client would also be
 9   on the phone unless they specifically state otherwise
10   that they don't have time.
11      Q.  I'm sorry.  That they don't have time?  Is that
12   what you said?
13      A.  Correct.
14      Q.  Okay.  So when you say majority of the time,
15   what percent of the time would you say a client's on the
16   phone?
17      A.  Maybe 60 to 70 percent of the time.
18      Q.  And in the case of where the client is not on
19   the phone, is there any documentation in your office as
20   to what -- as to the client's agreement that he or she
21   does not need to be on the phone for that call?
22      A.  The paperwork clearly states that they agree
23   that we can negotiate on their behalf.
24      Q.  Which paperwork is that?
25      A.  The authorization letter.
```

**Attachment E**

APP. 1714

Q. Okay. The paragraph at the bottom that we've
discussed earlier?

A. Yes.

Q. Now, when you -- when you or your employees are
on the phones to negotiate these rates and the client is
not on the phone, does the -- do you or your employee
claim to be from Consumer Budget Services or another
entity?

A. They would be calling on behalf of My Success
Track, whomever the client was enrolled with.

Q. So someone from your office would call the
creditor, for example, and say, I'm so-and-so and I'm
calling on behalf of My Success Track with regard to
customer Fred Smith, for example?

A. Correct.

Q. Okay. Or you would say, I'm calling on behalf
of First Financial or Live For Success Today?

A. Correct.

Q. Are there any instances that you're aware of in
which your employees would claim to be the clients
themselves?

A. I don't recall at this time.

Q. Okay. Well, let me put it another way. On
this -- on Exhibit 1 that we've been talking about, this
client data and authorization letter, there's a blank on

there for -- that the client is supposed to fill out
with their mother's maiden name. Do you see that?

MR. ECKARD: You're talking about Exhibit 1
which is a composite of apparently 14 pages and
you're referencing page one of 14?

MS. CLAYBAUGH: Correct.

MR. ECKARD: Okay. And the question is whether
there's a line for mother's maiden name. It looks
like it's blacked-out on hers, but, okay, we've
located it.

Q. (BY MS. CLAYBAUGH) Now, what is -- I assume
that the client is supposed to fill out his or her
mother's maiden name in that blank. And what my
question is, what is the purpose of obtaining that
information from the client?

A. If you have a credit card that's the same
information that you're going to need in order to
contact them over the phone, you're going to need that
information to contact the credit card company.

Q. So you're saying representatives when they call
and talk to a client customer -- a credit card company
whether or not the client is on the phone will provide
that information, including the mother's maiden name?

A. Correct.

Q. Okay. To go back for one second, we were

talking about your qualifications in terms of a
background in finance. Do you have any -- any college
-- do you have a college degree?

A. No.

Q. Have you taken any college level course work?

A. No.

Q. And the employees that you hire who conduct
these negotiations, do they have any college degrees?

A. I don't recall at this time. I don't know that
off the top of my head.

Q. Do they have any degrees in finance?

A. I don't -- I don't recall at this time.

Q. Do you do the hiring for Consumer Budget
Services?

A. Yes.

Q. Okay. So I think what we talked about is that
you have an initial -- going back to kind of the steps
of the customer service process that your company
engages in, you conduct this initial coaching session
where you describe -- where you describe to the
customers what options might be available to them and
those options include possibly applying for hardship or
balance transfers or negotiating lower rates; is that
correct?

A. Correct.

Q. Okay. Are there any other options that you
might present to a customer at that time?

A. Not other than us negotiating with their credit
card companies about the interest rates.

Q. Okay. Now, refer back to Exhibit 1. If you
look at page three of that exhibit -- do you have it in
front of you?

A. Yes.

Q. Okay. Do you recognize this document?

A. Yes.

Q. What is it?

A. This is a negotiation sheet.

Q. And is this something that's generated by your
company?

A. Yes.

Q. Okay. And it's something that is maintained in
the customer files?

A. Yes. Every customer has one of these.

Q. Okay. And what does it reflect generally?

A. It will actually reflect the results of the
information that we obtained during the call to the
credit card company.

Q. Okay. So let's just focus on page three. And
if you can just kind of walk me through what these
numbers on here mean, that will be helpful.

**Attachment E**

1  A.  Okay.  This client has a purchase rate of 16.24
2  with 1,099.47 on it and then they currently already have
3  a balance transfer that's on a promotional rate of zero
4  percent until July 1st, 2012 and that balance is $3,800.
5  Q.  Okay.  Now, where it says NEG rate, 16.24
6  percent, what does that mean?
7  A.  Huh?  That would be the negotiated rate if you
8  were able to get it lowered at the time.
9  Q.  Okay.  So in regards to this sheet there was no
10  -- no lower rate was negotiated; is that correct?
11  A.  That is correct.
12  Q.  Okay.  And then what are the notations on the
13  bottom with regard to the minimum payment?
14  A.  I'm sorry?  You broke up.
15  Q.  What are the notations on the side, on the
16  right regarding the minimum payment?
17  A.  That would be the payment that's suggested for
18  the client to pay.
19  Q.  Per month?
20  A.  Uh-huh.
21  MR. ECKARD:  Yes?
22  THE DEPONENT:  Yes.
23  Q.  (BY MS. CLAYBAUGH)  Okay.  And at the bottom it
24  says, best rate until reviews are done.  What does that
25  mean?

1  A.  The client's card is currently under review.
2  Q.  By whom?
3  A.  The credit card company.
4  Q.  Okay.  What does that mean?
5  A.  That they're reviewing the client's payment
6  history and their credit.
7  Q.  Is that something that your employees
8  negotiated or does that mean that the company was -- or
9  the credit card company was already undertaking that on
10  its own initiative?
11  A.  It can be either way.
12  Q.  Okay.  Can you tell from looking at that?
13  A.  What was the question?
14  Q.  You can't tell just by looking at the form
15  which is the case here; is that correct?
16  A.  No, I can't tell.
17  Q.  Okay.  If you will -- if you will turn to page
18  nine of this exhibit so we can look at something there.
19  At the top of the page it says Mary Long, B of
20  A Visa.  Do you see that?
21  A.  No.
22  Q.  Oh, I'm sorry.  It says Fred Long, Choice; is
23  that right?
24  A.  Yes.
25  Q.  Okay.  At the bottom of that page -- oh, and by

1  the way, blank at the bottom of the page it says
2  Reason if N/N, what does that stand for?
3  A.  I believe I placed that as -- I don't recall
4  what it actually was, but generally, it's where they
5  write notes about what happened during the negotiations.
6  Q.  Okay.  Does it possibly mean reason it's not
7  negotiated?
8  A.  I don't recall what I originally put that as.
9  Q.  In that blank on this page it says, lowered
10  16.24 to 14.24, then it says Summer then there's a
11  bunch of letters after that.  What -- what do those
12  letters stand for?
13  A.  The representative that they spoke with, the
14  name was Summer, and that was their ID information.
15  Q.  Okay.  T-P-M-G-P-T, is that --
16  A.  Right.  It could have been like a confirmation
17  number also.
18  Q.  Okay.  And the blanks at the top right of these
19  pages that say name and date, what information is
20  supposed to go in there?
21  A.  That would be the employee's name and the date
22  that it was done.
23  Q.  Okay.  And at the top of this particular page
24  it says RE-NEGOS, what does that mean?
25  A.  That is a client who requested renegotiations,

1  so this was an additional round that they requested to
2  renegotiate.
3  Q.  Okay.  Now, let's say you've gone through
4  negotiations with the client's creditors and the forms
5  have been filled out as we've seen in this example in
6  Exhibit 1, what happens with the paperwork after that?
7  A.  The information would be data entered into our
8  Telecom and a budget analysis would be completed and it
9  would be printed and mailed to the client.
10  Q.  Okay.  Is that the customized budget analysis
11  that is spiral bound, kind of glossy pages?
12  A.  Yes.
13  Q.  I believe in your office or in your company's
14  office there were many examples of this that were in the
15  process of being bound; is that right?
16  A.  There were approximately 35.  I don't consider
17  that many.
18  Q.  Okay.  Well, there was 35.  And so that
19  analysis is something generated by the Telecom database
20  or another program?
21  A.  It's generated within the Telecom database.
22  It's a function.
23  Q.  Okay.  And who within the company is
24  responsible for generating the analyses?
25  A.  Employees that I have.

**Attachment E**

APP. 1716

1  Q.  Okay.  Well, did you do it personally?

2  A.  Did I do what personally?

3  Q.  Generate the analyses.

4  A.  No, I did not.

5  Q.  Okay.  Employees of yours did it at your

6  direction; is that correct?

7  A.  They typed information into the computer which

8  is made to calculate the analysis.  It's just data

9  entry.

10  Q.  Right.  I understand that.  But employees did

11  that at your direction?

12  A.  Yes.

13  Q.  Okay.  And then where were the material -- the

14  plans actually printed out?

15  A.  From a printer service we use.

16  Q.  Okay.  What's the name of that printer service?

17  A.  DMPS.

18  Q.  D, as in dog?

19  A.  Yes.

20  Q.  DMPS?

21  A.  Yes.

22  Q.  Okay.  And who -- was that a printer service

23  that was hired by Consumer Budget Services?

24  A.  Yes.

25  Q.  And did Consumer Budget Services use any other

1  printer services?

2  A.  I used Robert's Printing for my welcome

3  packages.

4  Q.  Okay.  Any others?

5  A.  Not that I can think of at this time.

6  Q.  And are there any documents reflecting the

7  terms of your hiring of those two printing services?

8  A.  I don't understand what you mean by that.

9  Q.  Well, did you have a contract governing the

10  services they were to provide to you?

11  A.  I don't recall that right now.

12  Q.  How did you transmit information about the

13  printing orders to these companies?

14  A.  It would be communication by e-mail.

15  Q.  Okay.  And those were communications between

16  you and those companies?

17  A.  One of which -- Robert's Printing would be

18  communicated between me and the company, and the DMPS

19  would be a communication between myself, my employee who

20  sent the actual files and e-mail, I believe that it

21  would be e-mail.

22  Q.  Okay.  So the files were transmitted

23  electronically to the printers?

24  A.  Yes.

25  Q.  Okay.  And did the printer then return the hard

1  copies to Consumer Budget Services?

2  A.  The hard copies?  What do you mean by that?

3  Q.  Sorry.  The actual budget analyses that were

4  printed out.

5  A.  Yes.

6  Q.  Did they come back to Consumer Budget Services

7  or were they mailed out from somewhere else?

8  A.  No.  They came to my office.

9  Q.  Okay.  And your office mailed them out?

10  A.  Yes.

11  Q.  Okay.  Now, let's say a consumer who's gone

12  through this whole process and received a budget

13  analysis -- oh, by the way, the budget analysis, does

14  that have a company name on it?

15  A.  Yes.

16  Q.  And what company name does it have on it?

17  A.  Whichever company they would have enrolled

18  with, became a client of, which would be First

19  Financial, My Success Track.

20  Q.  Okay.  Or Live For Success Today?

21  A.  Correct.

22  Q.  Okay.  Now, let's say a customer has gone

23  through that process, received the analysis in the mail

24  and has questions about it.  Who do they call?

25  A.  They would call my office.

1  Q.  Okay.  And what's the phone number that they

2  would call?

3  A.  (877) 443-1672.

4  Q.  Okay.  And how do they know to call that

5  number?

6  A.  When the analysis -- when the negotiations are

7  completed, the client will receive a call from my office

8  letting them know that the file has been done and they

9  should expect an analysis within the next week or so,

10  and our number is provided many times throughout the

11  client's initial becoming a part of the program.

12  Q.  And is that the only number that Consumer

13  Budget Services provides?  Is that the only telephone

14  number?

15  A.  The only -- I don't understand what you're

16  asking.

17  Q.  Well, you said that you give customers number

18  -- your company's number to call if they have questions,

19  correct?

20  A.  Correct.

21  Q.  Okay.  And you provide the number (877)

22  443-1672?

23  A.  Correct.

24  Q.  Do you provide any other number?

25  A.  Only if they need to know My Success Track or

**Attachment E**

APP. 1717

1 First Financial's number. If they're trying to get in

2 touch with my specific department, then no.

3     Q. Well, I guess here's where I'm confused because

4 I thought maybe, correct me if I'm wrong, that the

5 employees at your office claim to be from My Success

6 Track or First Financial or Live For Success Today when

7 speaking with clients. Is that not correct?

8     A. They would say that they were calling on behalf

9 of the corporate fulfillment center of whichever company

10 they had enrolled with.

11     Q. Okay. So, for example, when -- when your

12 employees call to do the coaching session they might

13 say, you know, I'm so-and-so calling from the corporate

14 fulfillment center of My Success Track or Live For

15 Success Today?

16     A. Correct.

17     Q. Okay. So the phone number, when they give out

18 the number, (877) 443-1672, that's as the corporate

19 fulfillment center for one of the companies you're

20 working for?

21     A. I don't understand what you're asking. The

22 employee is providing our phone number so they can go

23 over their analysis once they get it.

24     Q. Right. And then you said later that your

25 employees would give out a different phone number if the

1 customer was trying to reach First Financial or My

2 Success Track?

3     A. Correct. That instance would be for billing

4 questions or if they wish to cancel or refund or if

5 there's something that doesn't involve negotiations.

6     Q. Okay. And what were the phone numbers that

7 were given out if one of those circumstances occurred?

8     A. I don't know those off the top of my head right

9 now.

10     Q. Okay. So if a customer called in with a

11 billing question, let's say it was a customer that

12 signed up with First Financial and they have a question

13 about their billing or they want to be refunded, who

14 would you transfer that call to?

15     A. I would transfer it to First Financial's

16 department.

17     Q. Okay. And if they called in and they had been

18 billed by consumer -- they had signed up with Consumer

19 Credit Group and wanted a refund, who would you refer

20 that customer to?

21     A. I would transfer him to My Success Track.

22     Q. Because why?

23     A. I don't understand why you asked that.

24     Q. Well, you said that you would refer customers

25 who were calling to complain and seek a refund from

1 Consumer Credit Group to My Success Track and I'm

2 wondering why.

3     A. Because My Success Track is owned by Dale and

4 it's just a general thing that we call it as Consumer

5 Credit Group.

6     Q. A general thing that you call it as Consumer

7 Credit Group. What do you mean by that?

8     A. Because he used to be named Consumer Credit

9 Group way back when I worked for him, so --

10     Q. Okay. So he is responsible for Consumer Credit

11 Group's clients even though he's now handling My Success

12 Track; is that right? I didn't hear your answer.

13     A. I don't know that he even has any Consumer

14 Credit Group clients left.

15     Q. Okay. Well, here's my question. You said

16 earlier, for example, that you're still servicing

17 clients from First Financial which hasn't sold clients

18 in over a year, correct?

19     A. Correct.

20     Q. Are you also still servicing clients for

21 Consumer Credit Group?

22     A. I have all the existing clients that I've taken

23 them over from day one, so I have -- I mean, it would be

24 improper as a business to not answer their questions,

25 answer their calls and complete the work, so I have

1 taken on everything.

2     Q. Including Consumer Credit Group, correct?

3     A. Correct.

4     Q. Okay. So if a customer calls in and is --

5 wants a refund or is unhappy with their negotiation

6 results as -- you know, and they signed up with Consumer

7 Credit Group, where do you refer them?

8     A. I would refer them to Dale's office.

9     Q. Okay. And is that the same for Live For

10 Success Today customers?

11     A. Yes.

12     Q. And what about for DF customers?

13     A. I would refer them to their office, DF's

14 office.

15     Q. Okay. And you said that was Michelle Rigby,

16 correct?

17     A. Correct.

18     Q. And where is their office located?

19     A. I don't know. I already told you that.

20     Q. I forgot. It's been a couple hours so bear

21 with me.

22     A. Yeah.

23     MR. ECKARD: I'm speaking up. I'm getting

24 hungry.

25     MS. CLAYBAUGH: All right. I'm trying hard

## Attachment E

APP. 1718

1    here, come on.  I think we can wrap this up by 1:00
2    if you just want to plow through.
3       MR. ECKARD:  Sure.
4       MS. CLAYBAUGH:  Just give me a minute here.
5    I'm trying to be efficient.
6     Q.  (BY MS. CLAYBAUGH)  You mentioned the Telecom
7    database.  Is that something that -- I take it that's
8    something that people in your office can access as well
9    as people in My Success Track, First Financial, Live For
10   Success Today, those entities, too, correct?
11     A.  Correct.
12     Q.  Now, how do you actually access that database?
13     A.  It's a website.
14     Q.  Okay.  What is the address of the website?
15     A.  I don't know that off the top of my head.
16     Q.  Is it secure data two dot com?
17     A.  Secure data, no.
18     Q.  So how do you know where to go when you access
19   it?
20     A.  Because it's saved on my computer.
21     Q.  Okay.  And what steps do you take to access it
22   after going to the site?
23     A.  I would enter a login and a password.
24     Q.  Okay.  And by the way, how many -- well, let me
25   ask you this about the database.  I mean, is it fair to

1    say that the database is duplicative of the paper files
2    or is that not correct?
3     A.  That's correct.
4     Q.  Okay.  So in theory, at least, they should
5    contain the same information?
6     A.  Yes.
7     Q.  Now, are you aware of instances where
8    they do not contain the same information?
9     A.  Do you have an example of some sort?
10     Q.  No.  I'm just curious if it's possible that as
11   the -- as your employees are making notations on the
12   negotiation worksheet if those are always reflected in
13   the database?
14     A.  There may be a few times where they forget to.
15     Q.  Okay.  But the standard procedure would be to
16   put everything into the database that is in the paper
17   files; is that right?
18     A.  Correct.
19     Q.  Or that's what you would strive to be the case?
20     A.  Yes.
21     Q.  Okay.  Now, is the Telecom database something
22   that you also used at ExecuServices?
23     A.  Yes.
24     Q.  Was it also something that was used by Consumer
25   Credit Group when you worked there from February 2010 to

1    October 2010?
2     A.  Yes.
3     Q.  Okay.  When you -- just going back a little bit
4    here in your employment history, when you were working
5    at ExecuServices, I mean, in broad strokes, was it the
6    same kind of work you are presently doing for Consumer
7    Budget Services?
8     A.  Yes.
9     Q.  Okay.  So that involves mailing those packages
10   to consumers, consulting with them, attempting to
11   negotiate their rates, and mailing out the budget
12   analyses?
13     A.  Yes.
14     Q.  And at that time, where was that business
15   located?
16     A.  I don't know the exact address.
17     Q.  Well, where did you go to work every day?
18     A.  In St. Pete.
19     Q.  What street was it on?
20     A.  I don't recall.
21     Q.  You don't recall where you worked?
22     A.  I do recall where I've worked in the past.  I
23   cannot tell you the specific address because I don't
24   recall it at this time.  It was in downtown St. Pete.
25     Q.  Okay.  And was the company -- was ExecuServices

1    in your name?
2     A.  No.
3     Q.  Who owned that company?
4     A.  Nick Del Corso.
5     Q.  And did he work at that office, too?
6     A.  Did he work at ExecuServices?
7     Q.  At this office in St. Pete, wherever it is.
8     A.  Right.  Yes.
9     Q.  He worked there?
10     A.  Yes.
11     Q.  I forget.  Did you say what street it was on?
12     A.  No, because I can't recall it.
13     Q.  Wow.  I just find that really hard to believe
14   that you don't recall what street you worked on for
15   almost a year.
16     A.  Unfortunately, I've had a really rough year so
17   it's hard for me to recall a lot of stuff lately.
18     MR. ECKARD:  Do you know whereabouts it was in
19   St. Pete?  Was it Central Ave.?  What part of St.
20   Pete?
21     THE DEPONENT:  I believe it was right off of
22   First Ave.
23     MR. ECKARD:  First Avenue.
24     Q.  (BY MS. CLAYBAUGH)  Is it 696 First Avenue?
25     A.  That's it, yes.

## Attachment E

1    Q.  Okay.  Now, when you were there, was there a

2 similar system for maintaining the paper customer files?

3    A.  Yes.

4    Q.  Okay.  And were there filing -- I take it there

5 were filing cabinets full of customer files there,

6 correct?

7    A.  Yes.

8    Q.  Okay.  So then when you began your own

9 enterprise, Consumer Budget Services, the files were

10 moved from ExecuServices to the office at 66th Street,

11 right?

12    A.  Yes.

13    Q.  Okay.  Now, before you worked for ExecuServices

14 you worked for Consumer Credit Group from February to

15 October of 2010 as an office manager.  Is it fair to say

16 that your duties there were substantially similar to

17 those you provided for ExecuServices and Consumer Budget

18 Services?

19    A.  The services we provided to our clients?  Is

20 that your question?

21    Q.  Yes.  We'll start with that.

22    A.  Yes.

23    Q.  Okay.  And your personal duties, did they

24 differ in any way from what you are presently doing for

25 Consumer Budget Services?

1    A.  As Consumer Budget Services I own the

2 operation, so both -- both places that I worked are

3 completely different.

4    Q.  In that you did not own the operation?

5    A.  Well, yes, and my responsibilities as an owner.

6    Q.  And what are your responsibilities as an

7 owner that are different now?

8    A.  I mean, bills, ensuring that there are employee

9 costs that can be covered, covering all the supplies.  I

10 mean, it's a lot more extreme than just being an office

11 manager.

12    Q.  Okay.  When you were at ExecuServices I think

13 you said you were the general manager?

14    A.  Yes.

15    Q.  Who did you report to?

16    A.  Nick Del Corso.

17    Q.  And when you were an office manager for CCG,

18 who did you report to?

19    A.  Dale.

20    Q.  And at Consumer Credit Group, was it the same

21 or substantially similar system for maintaining the

22 customer paper files?

23    A.  Yes.

24    Q.  Okay.  And so the files that were at Consumer

25 Credit Group, were they moved to ExecuServices?

1    A.  Yes.

2    Q.  Okay.  Now, do you know of any other customer

3 files apart from those that had been at Consumer Credit

4 Group, ExecuServices, and now at Consumer Budget

5 Services?

6    A.  No, I don't know of any other files.

7    Q.  Okay.  And how many files would you say there

8 are?

9    A.  I would say -- the paper files?

10    Q.  Yes.

11    A.  They're between ten and 12,000.

12    Q.  And they would include customers of My Success

13 Track, First Financial, CF, Live For Success Today,

14 Consumer Credit Group, and any other entities?

15    A.  Is that a question?

16    Q.  Yes.  I'm sorry, it is.

17    A.  There were other companies.  I may only

18 remember a few.

19    Q.  Okay.  What are the names of the ones you

20 remember?

21    A.  Consumer Advocates Group, I -- yeah, and

22 Integrated Consumer Solutions.  Those are the only ones

23 I can remember off the top of my head.

24    Q.  Okay.  Now, you mentioned earlier that you were

25 paid sixty dollars per customer who was entered into

1 Telecom, right?

2    A.  Correct.

3    Q.  Okay.  Now, how were you paid?

4    A.  Through a bank deposit.  By check, I believe.

5    Q.  Wait.  Which is it?  Check?

6    A.  It depended.  Sometimes it would be a wire.

7 Sometimes it would be a check.

8    Q.  Okay.  And who would pay you?

9    A.  The money would come from Dale.

10    Q.  It would always come from Dale no matter if it

11 was My Success Track or First Financial?

12    A.  I have never been paid by First Financial

13 because they haven't sold for over a year and I've only

14 operated as an owner for eight months.

15    Q.  Okay.  So, I mean, essentially you are -- you

16 could be called on to perform work for First Financial

17 customers that you would not be paid for; is that

18 correct?

19    A.  The only payment that would be received was the

20 initial payment, so basically, yes, I would be doing

21 service for free.

22    Q.  Okay.  Although, when you were working for

23 ExecuServices, which companies did you service at that

24 point?

25    A.  The same ones.

<u>Attachment E</u>

APP. 1720

1    Q.   Which are My Success Track, First Financial,
2  CF, Live For Success Today, and Consumer Credit Group?
3    A.   I don't believe it was Consumer Credit Group,
4  but the others, yes.
5    Q.   Okay.  So, I mean, in theory, you were -- were
6  the terms of the payment the same as that time that you
7  got paid a lump sum --
8    A.   I was not the owner at that time.  I was
9  getting paid a salary as an employee.
10   Q.   Okay.  What was your salary?
11   A.   A thousand dollars a week.
12   Q.   And was there anything that would increase or
13 decrease that amount?
14   A.   No.
15   Q.   Okay.  So you mentioned currently that you get
16 paid by My Success Track and Live For Success Today I
17 take it by wire or check from Dale; is that right?
18   A.   The money comes from Dale and it is put into my
19 account from Pro Credit Group.
20   Q.   Okay.  What is Pro Credit Group?
21   A.   I don't know.
22   Q.   Is it a company, I take it?
23   A.   Well, yeah, it's a company, yes.
24   Q.   Okay.  And whose company is that?
25   A.   I believe it would be Brett Fisher.

1    Q.   And so Mr. Fisher's company is where -- who
2  puts the money -- the company that actually pays you?
3    A.   It's just the way that the money goes from Dale
4  to me.
5    Q.   Okay.  So it goes from Dale to Pro Credit Group
6  to you personally or to Consumer Budget Services or
7  what?
8    A.   Consumer Budget Services.
9    Q.   Okay.  And then what do you do with the money?
10   A.   I pay my bills.  I pay my employees.
11   Q.   Okay.  And how do you pay your employees?  By
12 check?
13   A.   Yes.
14   Q.   Now, Mr. Fisher's company, Pro Credit Group, is
15 involved in paying -- you said it's a company that pays
16 you.  Does Pro Credit or Mr. Fisher have any other
17 involvement in the affairs of Consumer Budget Services?
18   A.   No.
19   Q.   Well, is there anyone that you answer to?
20   A.   No.
21   Q.   By the way, just going back -- this is
22 going to be kind of a hodge-podge of clean-up
23 questions -- how do you recruit your employees?
24   A.   What do you mean recruit them?
25   Q.   Well, how do you find employees?

1    A.   I would either ask around to people that I knew
2  if anyone needed a job or I would place an ad on Craig's
3  List.
4    Q.   And how much do your employees earn?
5    A.   They earn twelve dollars an hour.
6    Q.   And does that amount go up or down based on
7  anything?
8    A.   It does not.
9    Q.   Is it fair to say --
10       MR. ECKARD:  Hold on.  Hold on.  Hold on,
11 Melinda.
12       (Short pause.)
13       MR. ECKARD:  Melinda, will you ask that
14 question again in reference to how employees are
15 paid?  I'm not -- I want to make sure we're clear.
16       MS. CLAYBAUGH:  How are your employees paid?
17       MR. ECKARD:  Was that the question?
18       MS. CLAYBAUGH:  Well, I was asking about -- she
19 said her employees are paid twelve dollars an hour
20 and I asked whether that amount goes up or down
21 based on anything, you know, so -- are they paid
22 commissions?  Does their pay go up if they do
23 certain things?
24       MR. ECKARD:  Okay.  Since the company started
25 in August 2011?

1        MS. CLAYBAUGH:  Right.
2    A.   They were up until December.  In December they
3  -- I changed their pay to just strictly twelve dollars
4  an hour.
5    Q.   Okay.  So what was the arrangement before then?
6    A.   Prior to that they would earn a commission.
7  It's not really a commission, but basically they needed
8  to do a certain number of files and that would go up as
9  many files as they did.  They would receive, you know,
10 money for balance transfers that they actually were able
11 to completely successfully help the customer with.
12   Q.   Okay.  So they would -- essentially they would
13 get paid more based upon how many files they worked on
14 to negotiate rates and how many successful negotiations
15 they obtained?
16   A.   Yes.
17   Q.   Okay.  And how did you determine whether a
18 negotiation was successful or not?
19   A.   I had tracking sheets for them, and I still
20 currently, you know, do -- well, up until March 21st,
21 but I would track it every day.  I'd check their files.
22   Q.   So there would be a tracking sheet for each
23 employee?
24   A.   Yes, and each client that they work on.
25   Q.   Okay.  And where are those tracking sheets now?

**Attachment E**

APP. 1721

```
 1        A.   They would be in my office.
 2        Q.   In your actual office or the offices of
 3   Consumer Budget Services?
 4        A.   They would be in my actual office within
 5   Consumer Budget Services provided that they are at least
 6   a month old.
 7             Everything else I use as scrap paper and either
 8   shred or cut up for paper.
 9        Q.   Okay.  Now, when we -- by we, I mean FTC -- was
10   in Consumer Budget Services a couple weeks ago we came
11   across on your computer records of Skype chat in
12   different chat rooms.  Do you know what I'm talking
13   about?
14        A.   Yes.
15        Q.   Okay.  What are those Skype chats?  What do
16   they reflect?
17        A.   Communication between myself and My Success
18   Track and First Financial and DF.  I would always let
19   them know if I was transferring a client who wanted to
20   cancel or was concerned about a refund.  They would
21   always let me know if they were sending someone over,
22   and it was just a place where we could ask questions
23   back and forth and get answers.
24        Q.   Instead of using the telephone?
25        A.   Correct.
```

```
 1        Q.   Okay.  Would you say that the Skype chats, I
 2   guess for lack of a better word, were the primary way
 3   that you communicated with My Success Track and First
 4   Financial?
 5        A.   Yes.
 6        Q.   Okay.  And it looked like just from my quick
 7   review of them that there was communication at least
 8   every few minutes; is that correct?
 9        A.   Yes.
10        Q.   And how long was it your practice at Consumer
11   Budget Services to communicate that way via Skype?  Was
12   it since the business started in August?
13        A.   Yes.
14        Q.   And was that the primary method of
15   communication when you worked at ExecuServices as well?
16        A.   Yes.
17        Q.   Okay.  And what about at Consumer Credit Group?
18        A.   No.  I don't -- I don't think I had any
19   communication there.  I don't really recall.
20        Q.   Okay.  And on the Skype chats there is an
21   entity that you and others interact with called CCG
22   billing.  Are you familiar with that term?
23        A.   Yes.
24        Q.   Who writes on behalf of CCG billing?
25        A.   It would be Dale.
```

```
 1        Q.   Okay.  And what about CCG podium?  That's
 2   another term used.  Who writes under that name?
 3        A.   I do not know the answer to that.
 4        Q.   Do you know if it's one person or whether it
 5   could be more than one person?
 6        A.   I don't know.
 7        Q.   Aside from the customer files we've already
 8   talked about, the welcome packages, the budget analyses,
 9   and the Skype chat, are there any other documents in
10   your possession or the possession of Consumer Budget
11   Services that reflect the business transactions of My
12   Success Track, Consumer Credit Group, or First
13   Financial?
14        A.   I don't know of any at this time.
15        Q.   Okay.  Does Consumer Budget Services store any
16   records offsite somewhere?
17        A.   No.
18        Q.   Okay.  So all of the records pertaining to
19   Consumer Budget Services would be at the 66th Street
20   location?
21        A.   Yes.
22        Q.   One more thing about the welcome package that
23   is mailed out.  Does that contain a flyer sent on behalf
24   of Sanders Law, PA?
25        A.   No, it does not currently contain that.
```

```
 1        Q.   It did at some point?
 2        A.   Probably about two years ago.
 3        Q.   Okay.  And do you know the approximate time
 4   period that that was mailed out?
 5        A.   I don't recall the exact date, but I know it's
 6   been at least two years.
 7        Q.   So was that when you were working at Consumer
 8   Credit Group?
 9        A.   I believe we stopped doing it then, but I don't
10   -- I can't really give you an exact answer because I
11   don't recall it right now.  I know it's been a long
12   time.
13        Q.   But you haven't sent it out from Consumer
14   Budget Services?
15        A.   That is correct.  I have not sent it out from
16   Consumer Budget Services.
17        Q.   Did anyone else from Consumer Budget Services
18   participate in the Skype chats that we were talking
19   about earlier?
20        A.   Yes.
21        Q.   Who else participated?
22        A.   My assistant, Keagan.
23        Q.   Okay.  Is that Keagan Bash?
24        A.   Yes.
25        Q.   Okay.  Anyone else?
```

**Attachment E**

APP. 1722

1    A.  No.

2    Q.  And what -- while we're talking about him, what

3 is his role at Consumer Budget Services?

4    A.  He's my assistant and he helps me watch the

5 office if I'm not there or if anyone has questions and

6 I'm busy.  He also handles overflow of calls and helps

7 with data entry.

8    MS. CLAYBAUGH:  Okay.  If you give me one

9    minute I will -- let's go on hold and take a break

10    for like a couple minutes and then I'll just come

11    back with any final questions I might have.

12    MR. ECKARD:  All right.

13    (Recess from 12:51 p.m. until 1:01 p.m.)

14    Q.  (BY MS. CLAYBAUGH)  Okay.  Ms. Dyer, I just

15 want to go through -- I kind of neglected to do this

16 earlier -- just the number and positions of the

17 employees in your office.

18    I know there's you as the owner and we've

19 talked about Keagan Bash who's your assistant.  How many

20 other employees are there?

21    A.  There's seven.

22    Q.  Okay.  And what are their positions?

23    A.  Two of them answer phone calls, so they're

24 customer service, and the other five, they also answer

25 phone calls, do customer service, and they are

1 negotiators.

2    Q.  Okay.  And so it's the five people who would be

3 responsible for negotiating the lower rate, correct?

4    A.  Correct.

5    Q.  And those five people would -- well, let me

6 take that back.  It's possible -- you said that you had

7 ten to 12,000 customer files there.  It's possible that

8 any one of those customers could call at any time and

9 ask for another round of negotiations?

10    A.  Yes.

11    Q.  Okay.  Because it is a lifetime service that

12 they have purchased; is that right?

13    A.  It's a year-long service.

14    Q.  A year-long service.  Okay.  So, in fact, not

15 -- only the clients who have been signed up for less

16 than a year could call and request further negotiations,

17 right?

18    A.  In the past it was a lifetime service.  I don't

19 know exactly when that ended, but it has been a

20 year-long service for quite some time now.

21    Q.  Okay.  Now, one thing we talked about earlier

22 and I failed to follow up on is the website.  You said

23 that customers may call in to your company with

24 questions about the My Success Track website and how to

25 log on to it; is that right?

1    A.  The questions they would have would apply to --

2 you know, sometimes they could call in about the My

3 Success Track website in which case the majority of the

4 time they would be handled by My Success Track and all

5 those different benefits that they offer, but as far as

6 them calling us to get into a website, it would be the

7 secure data two where they have the ability to log in

8 and enter their information rather than sending it in by

9 mail.

10    Q.  Okay.  And just, you know, for a rough idea of

11 what we're talking about, what percentage of customers

12 would you say enter their data on that website as

13 opposed to mailing in the forms?

14    A.  Maybe ten to fifteen percent.

15    Q.  And so for those customers, are there paper

16 files reflecting the information?

17    A.  Yes.

18    Q.  Okay.  And so how are those paper files

19 generated?

20    A.  The same way that the others are except that

21 they're not mailed in, so we would print out what they

22 enter onto the website and create a file for them.

23    Q.  Okay.  So if a customer calls in asking about

24 anything else about the My Success Track website apart

25 from how to -- well, I guess anything about the My

1 Success Track website, you're saying they would be

2 transferred to My Success Track; is that right?

3    A.  Yes.

4    Q.  Okay.  So your operation only answers questions

5 about data entries and the secure data two website?

6    A.  Right.

7    Q.  Correct?

8    A.  Correct.

9    Q.  Okay.  Now, you mentioned the other services

10 that My Success Track provides.  What are those

11 services?

12    A.  They have a legal service that they offer, a

13 doctors live program, I believe.  I don't know it all

14 right off the top of my head just because it's not

15 something that I deal with on a daily basis.

16    Q.  And who maintains the secure data two website?

17 Is that maintained by your company?

18    A.  No.

19    Q.  Okay.  Do you know who maintains it?

20    A.  Richard Clark maintains that site.

21    Q.  Is he with a company?

22    A.  I don't know.

23    Q.  So, for example, if you encounter problems with

24 the secure data two website in terms of let's say a

25 customer was having trouble entering information, would

**Attachment E**

APP. 1723

1  you contact Mr. Clark?
2      A.   Yes.
3      Q.   Okay.  Would you contact anyone else?
4      A.   No.
5      Q.   And Consumer Budget Services, just so I
6  understand, does not or does it provide any services
7  apart from those that we've described today to any other
8  clients?
9      A.   No.
10     Q.   Okay.  So this is the sole business that
11  Consumer Budget Services engages in is what we've talked
12  about today?
13     A.   Yes.
14     Q.   Okay.  Now, what e-mail do you use to -- or
15  have you used to transact business on behalf of Consumer
16  Budget Services?
17     A.   My personal e-mails you're asking for myself?
18     Q.   Whatever e-mail you've used to conduct business
19  on behalf of Consumer Budget Services.
20     A.   Karissa at securedata2.com.
21     Q.   Okay.  Any others?
22     A.   Occasionally when that server wasn't working
23  KLDYER@gmail.com.
24     Q.   Any others?
25     A.   No.

1      Q.   You mentioned earlier that -- well, as regards
2  to the client worksheet forms and -- well, let's start
3  with that.
4           With regards to the client worksheet
5  authorization form, you mailed those out, but who -- do
6  you know who designed those forms?
7      A.   I do not know.
8      Q.   Was that designed -- how did you obtain that
9  form to copy and mail out?
10     A.   From ExecuServices.
11     Q.   Okay.  So you brought it with you to Consumer
12  Budget Services?
13     A.   Correct.
14     Q.   Okay.  And who -- do you know who designed it
15  at ExecuServices?
16     A.   I do not know.
17     Q.   Was it a form that you also used at Consumer
18  Credit Group?
19     A.   Yes.
20     Q.   And then as for the budget analysis, I know you
21  discussed how it's a matter of putting in the
22  information into the database and the database generates
23  the analysis, but the form that it's actually printed
24  out on, was that something that was designed by Consumer
25  Budget Services?

1      A.   I don't understand the question.  Can you
2  repeat it?
3      Q.   So the budget analysis prints out in a very
4  specific form that has, you know, kind of a grid of the
5  consumer's debts and the payment schedule, correct?
6      A.   Yes.
7      Q.   Okay.  That file, that form that is populated
8  with individualized data, who designed that form?
9      A.   It would be something designed within the
10  website, so Richard.
11     Q.   Within the secure data website?
12     A.   Yes.
13     Q.   Okay.  And there was a time, correct, where --
14  well, let me ask you, is My Success Track continuing to
15  sell interest rate reduction services to clients?
16     A.   I don't know.
17     Q.   Okay.  When did Live For Success Today begin
18  selling services to clients?
19     A.   In December.
20     Q.   Okay.  And to the best of your knowledge, is My
21  Success Track -- you don't know whether it's currently
22  selling?
23     A.   I don't think it is, but I don't know the
24  answer to that question.
25     Q.   Okay.  And aside from this database and the

1  customer files, are there any other data compilations
2  such as spreadsheets that were generated by My Success
3  Track or First Financial or Consumer Credit Group or
4  Live For Success Today that you used or encountered as
5  part of your daily business?
6      A.   I would receive spreadsheets for tracking
7  numbers if that's what you're asking.
8      Q.   What are tracking numbers for mailing
9  packages?
10     A.   Yes.  The tracking numbers for the welcome
11  packages sent.
12     Q.   Okay.  And who sent those to you?
13     A.   Dale.
14     Q.   Okay.  Dale sent it to you regardless of
15  whether it was My Success Track or Live For Success
16  Today?
17     A.   Yes.
18     Q.   And did you receive any other -- receive or
19  view any other spreadsheets in connection with providing
20  the customer services that we've discussed?
21     A.   I don't know.  I don't think so.
22     Q.   Okay.  For example, was there ever any analysis
23  done that you saw of customers -- you know, of customer
24  lists or anything like that that would come from the
25  database or from the paper files?

**Attachment E**

APP. 1724

1     A.  I don't understand what you're asking, though.

2     Q.  Okay.  Did you -- did you ever see spreadsheets

3 of customers, customer lists that could have been

4 generated from paper files from the database?

5     A.  Yes.  I would have printed those to be able to

6 go through my files that I have in-house to move them

7 from an active status to someone who was refunded.

8     Q.  Okay.  So that was something that you could

9 generate from the database; is that right?

10     A.  Yes.

11     Q.  Okay.  Did you -- did you generate any other

12 kind of report from the database on a regular basis?

13     A.  I would generate a spreadsheet every day.

14     MR. ECKARD:  The question she asked is a yes or

15 no question.

16     A.  Yes.

17     Q.  Okay.  What kinds of reports?

18     A.  Packages that needed to be shipped.

19     Q.  Okay.  Any other kinds of reports?

20     A.  No.

21     Q.  When the FTC was in your office a couple weeks

22 ago we encountered some Sanders Law, PA materials in

23 your desk.  Are you familiar with those materials?

24     A.  Not in my desk, no.

25     Q.  Okay.  Well, are you aware of any Sanders Law,

1 PA materials being at Consumer Budget Services?

2     A.  Yes.

3     Q.  Okay.  Why are they at Consumer Budget

4 Services?

5     A.  They would have been in my shredder bin because

6 I had opened up packages from long ago when we had sent

7 out that letter and I decided to shred them, so that's

8 where they would have come from.

9     Q.  Okay.  So you said that it had been over two

10 years since you had sent out Sanders Law, PA materials,

11 right?

12     A.  Yes.

13     Q.  So I'm just -- so I take it, though, that those

14 materials, although your 66th Street location has only

15 been open since August, those materials were moved there

16 from another location, right?

17     A.  Yes.

18     Q.  Okay.  So why was that?

19     MR. ECKARD:  Object to the form.  Why was what?

20 Why were they moved?

21     MS. CLAYBAUGH:  Why did she move those files to

22 her office?

23     A.  The owner at the time decided he couldn't

24 handle the business and someone has to take over the

25 clients and fulfill for the business.

1     Q.  The owner being Mr. Del Corso?

2     A.  Yes.

3     Q.  Okay.  So you -- did you -- is it fair to say

4 you just moved everything from his business to your

5 business?

6     A.  Yes.

7     Q.  Okay.  Including the Sanders Law, PA flyers?

8     A.  No.

9     Q.  Okay.  So how did the Sanders Law, PA flyers

10 come to be in Consumer Budget Services?

11     A.  There was one flyer and it was from a client

12 who had sent back their paperwork who had been enrolled

13 in the service at least a couple of years ago.  That

14 client was unable to get a hold of them so I put it in

15 the shredder box.

16     Q.  Okay.  And are there any other Sanders Law

17 flyers on the premises at Consumer Budget Services to

18 the best of your knowledge?

19     A.  No.

20     MR. ECKARD:  So we're talking about one file?

21     THE DEPONENT:  Yes.

22     MR. ECKARD:  One piece of paper?

23     THE DEPONENT:  Yeah, one piece of paper.

24     MS. CLAYBAUGH:  Well, I don't know what we're

25 talking about.  That's what I'm trying to get a

1 handle on.

2     MR. ECKARD:  Me, too.  Me, too.  I think -- I

3 think it sounded like multiple files being down

4 there from Sanders Legal Group and she said there

5 was one file, one piece of paper.  Okay.  All right.

6 Sorry.  Go ahead.

7     Q.  (BY MS. CLAYBAUGH)  And the only other

8 questions I have are just based on events of the last

9 few days.  So I understand, Ms. Dyer, that you received

10 the key back to your business location, was it on Friday

11 of last week; is that correct?

12     MR. ECKARD:  I received it back, right.

13     MS. CLAYBAUGH:  Okay.

14     MR. ECKARD:  I believe I received it on

15 Thursday.  Friday was Good Friday, so it was

16 delivered by Ms. Ross.

17     Q.  (BY MS. CLAYBAUGH)  Okay.  And then, Ms. Dyer,

18 when did you obtain possession of the key?

19     A.  The same day, Thursday.

20     Q.  Okay.  And have you been in the business since

21 then?

22     A.  Yes.

23     Q.  Okay.  How much time have you spent in the

24 business since then?

25     A.  Maybe a total of twelve hours.

**Attachment E**

APP. 1725

1    Q.   Okay.  And have you -- what have you -- have

2   you reviewed any of the customer files, the paper

3   customer files since then?

4         MR. ECKARD:  I'm going to object to the extent

5   it calls for something she may have done that

6   involves attorney-client communications or work

7   product.

8         MS. CLAYBAUGH:  Well -- okay.  I mean, I'm just

9   trying to get at have any of the -- have any of the

10   individual client files been removed from any of the

11   filing cabinets since she has returned to her

12   office?

13         MR. ECKARD:  They were removed the discussion

14   after you and I had in reference to attempting to

15   facilitate an inspection of those documents.  They

16   haven't been removed from the office, but --

17         MS. CLAYBAUGH:  Okay.  Well, that's all I'm

18   asking, have they been removed from the filing

19   cabinets and it sounds like some of them have; is

20   that right?

21         MR. ECKARD:  Correct.

22   Q.   (BY MS. CLAYBAUGH)  Okay.  And what -- how did

23   you determine which files to remove from the filing

24   cabinet?

25         MR. ECKARD:  Again, it calls for

1   attorney-client communication, but, again,

2   attempting to help facilitate your inspection so as

3   not to make this a continual laborious event, the

4   three entities, First Financial, Consumer Credit

5   Group, and My Success Track were the files you

6   indicated to me that you wanted to see, so --

7         MS. CLAYBAUGH:  So my question -- well, maybe

8   we can do this off --

9         MR. ECKARD:  Yeah.  We can maybe do this off

10   the record.  I don't want to be testifying here.

11   Q.   (BY MS. CLAYBAUGH)  My question is with respect

12   to, for example, the Telecom database.  Have you been on

13   the Telecom database since you've been readmitted to

14   your office?

15   A.   Yes.

16   Q.   Okay.  And you have also, you've stated, been

17   in the customer files, and I take it that you've also

18   been on your personal computer; is that correct?

19   A.   Yes.

20   Q.   All right.  And just for the record, have any

21   files been removed from -- any documents been removed

22   from the 66th Street office since you've been let in?

23   A.   No.

24         MS. CLAYBAUGH:  All right.  I don't think I

25   have anything else at this point.  I don't know if

1   anyone else does.

2         MR. ECKARD:  Mr. Carrier?

3         MR. CARRIER:  No.

4         MR. ECKARD:  We'll read.  Okay.  It is 1:25.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T I O N   O F   R E P O R T E R

2        DOCKET/FILE NUMBER:   8:12-cv-586-T35-EAJ

3        CASE TITLE:  FTC v. PRO CREDIT GROUP, LLC,

4   et al.

5        DATE:   APRIL 10, 2012

6

7        I HEREBY CERTIFY that the transcript

8   contained herein is a full and accurate transcript

9   of the notes taken by me at the deposition on the

10   above cause before the FEDERAL TRADE COMMISSION to

11   the best of my knowledge and belief.

12

13

14             DATED: 04/10/12

15

16             LISA D. ORTEGA, RPR.

17

18   C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript

21   for accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25             LISA D. ORTEGA, RPR

**Attachment E**

**APP. 1726**

```
1          CERTIFICATE OF DEPONENT
2
3       I hereby certify that I have read and examined
4   the foregoing transcript, ad the same is a true and
5   accurate record of the testimony given by me.
6       Any additions or corrections that I feel are
7   necessary, I will attach on a separate sheet of paper to
8   the original transcript.
9
10                     KARISSA DYER
11
12
13       I hereby certify that the individual
14  representing himself/herself to be the above-named
15  individual, appeared before me this 10th day of April
16  2012, and executed the above certificate in my presence.
17
18
19                NOTARY PUBLIC IN AND FOR
20
21
22  MY COMMISSION EXPIRES:
23
24
25
```

```
1   WITNESS: KARISSA DYER
2   DATE:  APRIL 10, 2012
3   CASE TITLE: FTC v. PRO CREDIT GROUP, LLC, et al.
4
5   Please note any errors and the corrections thereof on
6   this errata sheet.  The rules require a reason for any
7   change or correction.  It may be general, such as "To
8   correct stenographic error," or "To clarify the record,"
9   or "To conform with the fact."
10  PAGE    LINE    CORRECTION       REASON FOR CHANGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

FTC-GON-00002685

Dyar Dep. Exh. 1
p. 1 of 14
FTC 68
p. 99 of 127



FTC-GON-00002686

Dyar Dep. Exh. 1
p. 2 of 14
FTC 68
p. 100 of 127

**Attachment E**

**APP. 1727**

Client Name _Fred W. Long_    Password _____
Lender _Choice Visa_    Acct # ██████
Contact _866-599-5030_

PR _16.24_ %  BAL _$1099.90_  NEG RATE _16.24%_  MIN PMT _$_ 25
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _16.24_ %  BAL _3,800_  NEG RATE _16.24_  MIN PMT _$_ 89
    Promo _0%_ End _7-1-12_ LOL _New Rate 16.24%_
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _$4,899.90_  Min Pmt % _____ Total Min Payment _$_ 114
Last Two Payments _50_ Date _____ Date _____
Total Credit Limit _____ Available Credit _$100.00_
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _Best rate available until reissued._
_see above. Most of the balance_
_is at 0% as it is._

---

Client Name _Fred W. Long_    Password _____
Lender _BofA Visa_    Acct # ██████
Contact _800-421-2110_

PR _9.99_ %  BAL _$ 8_  NEG RATE _9.99%_  MIN PMT _$ 8_
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _$ 8_  Min Pmt % _____ Total Min Payment _$ 8_
Last Two Payments _224_ Date _3-8-11_ Date _____
Total Credit Limit _____ Available Credit _$ 4,192_
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _At a floor rate currently_

---

Client Name _Fred Long_    Password _____
Lender _U.S. Bank Visa_    Acct # ██████
Contact _800-285-8585_

PR _7.24_ %  BAL _$7,897.99_  NEG RATE _7.24%_  MIN PMT _$130_
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _7.24_ %  BAL _$1,007.99_  NEG RATE _7.24%_  MIN PMT _$ 13_
    Promo _7.99%_ End _9-1-11_ LOL _New Rate 7.24%_
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _$905.8_  Min Pmt % _____ Total Min Payment _$143_
Last Two Payments _$ 500_ Date _3-18-11_ Date _____
Total Credit Limit _9,000_ Available Credit _$ 2015_
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _Well below floor rate as it is._

---

Client Name _Frederick W. Long_    Password _____
Lender _Chase Nat'l Bank N.A._    Acct # ██████
Contact _888-590-2583_

PR _14.74_ %  BAL _16,788.72_  NEG RATE _14.74%_  MIN PMT _$311_
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ %  BAL _____  NEG RATE _____  MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _16,788.72_  Min Pmt % _____ Total Min Payment _$ 311_
Last Two Payments _____ Date _____ Date _____
Total Credit Limit _____ Available Credit _$ 1,111_
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _C/T 2009 because of balance being so high_
_increase in July will_
_$ 311.00 was entitled by_
_"Sarah Tomlinson" Springfield ofc_

**Attachment E**

APP. 1728

Form 1 (top left):

Name _m_loop2
Date 4.13.11

Client Name Mary I. Long  Password _____
Lender Chase Slate Visa  Acct # ████████
Contact 800-945-2000

PR 8.99 % BAL 16,502.04 NEG RATE 8.99 MIN PMT 289

| | Promo | End | LOL | New Rate |
| CA | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |

Total Balance 16,502.04 Min Pmt % ___ Total Min Payment 289 estimate
Last Two Payments 500 Date 4-11-11 ___ Date ___
Total Credit Limit ___ Available Credit 4,397
Bal Trans Offers ___ Offer Expires ___ Fees ___

Reason if N/N  Best Available Rate
• below format rate
• No CR- competitive rate + account just received a good adjustment to credit

Marcie CR interest @ 120.00

FTC-GON-00002691
Dyar Dep. Exh. 1
p. 7 of 14
FTC 68
p. 105 of 127

---

Form 2 (top right):

Name _m_loop2
Date 4.11.11

Client Name Mary I. Long  Password _____
Lender BofA Visa  Acct # ████████
Contact 800-789-6701

PR 9.9 % BAL 996.59 NEG RATE 9.9 MIN PMT X 20-

| | Promo | End | LOL | New Rate |
| CA | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | % BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |

Total Balance 996.59 Min Pmt % ___ Total Min Payment X 20-
Last Two Payments 200 Date 3.22 # ___ Date 54-11
Total Credit Limit ___ Available Credit 4,013.41
Bal Trans Offers ___ Offer Expires ___ Fees ___

Reason if N/N  Best Available Rate
@ 9.9% rate client can call credit service dept & have credit check done for lower rate but my state BofA doesn't normally offer rates lower than this

FTC-GON-00002692
Dyar Dep. Exh. 1
p. 8 of 14
FTC 68
p. 106 of 127

---

Form 3 (bottom left):

Re-Nego

Name _____
Date _____

Client Name Fred W. Long  Password _____
Lender Choice  Acct # ████████
Contact 866-599-5010

PR 16.24 BAL 1026.14 NEG RATE 14.24 MIN PMT 15

| | Promo | End | LOL | NEG RATE | MIN PMT |
| CA | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT 16.24 | BAL 2400 | NEG RATE | MIN PMT 22 |
| | Promo 0 July 12 | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |

Total Balance 3626.14 Min Pmt % ___ Total Min Payment 37
Last 2 Pmts 200 Date Jan 16 ___ Date ___
Total Credit Limit ___ Available Credit 13738.4
Bal Trans Offers ___ Offer Expires ___ Fees ___
Reason if N/N  Best Average lowered 16.24 to 14.24 Summer - TRANSFT

FTC-GON-00002679
Dyar Dep. Exh. 1
p. 9 of 14
FTC 68
p. 107 of 127

---

Form 4 (bottom right):

Name _____
Date _____

Client Name _____  Password _____
Lender BofA Visa  Acct # ████████
Contact _____

PR 9.99 BAL 4228.64 NEG RATE MIN PMT 77

| | Promo | End | LOL | New Rate |
| CA | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |
| BT | BAL | NEG RATE | MIN PMT |
| | Promo | End | LOL | New Rate |

Total Balance 4228.64 Min Pmt % ___ Total Min Payment 77
Last 2 Pmts 400 Date Jan 7 ___ Date ___
Total Credit Limit ___ Available Credit 588.52
Bal Trans Offers ___ Offer Expires ___ Fees ___
Reason if N/N  Near rate

FTC-GON-00002680
Dyar Dep. Exh. 1
p. 10 of 14
FTC 68
p. 108 of 127

**Attachment E**

APP. 1729

**Form 1 (top left)**

Name _____  Date _____

Client Name: Fred Long  Password _____
Lender: U.S. Bank USA  Acct # [redacted]
Contact: 800-285-8585

| | | | |
|---|---|---|---|
| PR 8.99 | BAL 1823.00 | NEG RATE ___ | MIN PMT 40 |
| Dr 7.24 | BAL 7618.98 | End ___ LOL ___ New Rate ___ | MIN PMT 122 |

Total Balance 9471.98  Min Pmt % ___  Total Min Payment 162
Last 2 Pmts 500  Date dec 27
Total Credit Limit 11,400  Available Credit 1480
Bal Trans Offers ___  Offer Expires ___  Fees ___
Reason if N/N: Change in Terms Feb 11 / failure kept out

FTC-GON-00002681
Dyar Dep. Exh. 1
p. 11 of 14
FTC 68
p. 109 of 127

**Form 2 (top right)**

Name _____  Date _____

Client Name _____  Password _____
Lender: Chase Nat'l Geo Inc  Acct # [redacted]
Contact: 888-590-2583

PR 14.24

Total Balance 14419.89  Min Pmt % ___  Total Min Payment 321
Last 2 Pmts 400  Date Jan 9
Total Credit Limit ___  Available Credit 3402
Bal Trans Offers ___  Offer Expires ___
Reason if N/N: Rate freeze

FTC-GON-00002682
Dyar Dep. Exh. 1
p. 12 of 14
FTC 68
p. 110 of 127

**Form 3 (bottom left)**

Name: melissa  Date 1-18-13

Client Name: Mary  Password _____
Lender: Chase Slate  Acct # [redacted]
Contact: 800-945-2000

PR 8.99  BAL 18,852.03  NEG RATE 2.99  MIN PMT 330

Total Balance 18,852.03  Min Pmt % ___  Total Min Payment 330
Last 2 Pmts ___  Date ___  (BT bal) (1462.05)
Total Credit Limit 20,900  Available Credit 2,039
Bal Trans Offers 0%/ Goat Until / 3.99%  Offer Expires 3-19-13 / 2-19-13  Fees 0%/
Reason: Best Available Rate / Below Floor Rate

FTC-GON-00002683
Dyar Dep. Exh. 1
p. 13 of 14
FTC 68
p. 111 of 127

**Form 4 (bottom right)**

Name: melissa  Date 1-13-12

Client Name: Mary J. Long  Password _____
Lender: BofA  Acct # [redacted]
Contact: 800-789-6701

PR 9.9  BAL 2,755.64  NEG RATE 9.9  MIN PMT 49

Total Balance 2,755.64  Min Pmt % ___  Total Min Payment 49  1-4-12
Total Credit Limit ___  Available Credit 2,244.36
Bal Trans Offers ___  Offer Expires ___
Reason: Best Available Rate / Scheduled for a review Feb 2,12

FTC-GON-00002684
Dyar Dep. Exh. 1
p. 14 of 14
FTC 68
p. 112 of 127

**Attachment E**

**1. Primary Account Holder**    Co-ed    **1. Co-Applicant**

| Last Name | First Name | MI | Last Name | First Name | MI |
|---|---|---|---|---|---|
| Vaszlavik | Janice | L. | Vaszlavik | Bela | |

| Date of Birth | Social Security Number | | Date of Birth | Social Security Number |
|---|---|---|---|---|

☐ Male  ☑ Female        ☑ Male  ☐ Female

Address                                Address
City                                   City                    Same
State                                  State          Zip Code
Home Phone (    )                      Home Phone (    )
Work Phone (    )                      Work Phone (    )
Other Phone (    )                     Other Phone (    )
Email Address                          Email Address
Occupation                             Occupation
If Self Employed, Name of Business     If Self Employed, Name of Business
and Position Held                      and Position Held
Gross Income Monthly _____ or Yearly _____
Name of Primary Bank                   Name of Primary Bank
Mother's Maiden Name

I/We expressly give My Success Track (MST), its agents and representatives permission to communicate with my/our creditors for the sole purpose of negotiating lower interest rates and that I/We remain primarily obligated to those creditors. Further, I/We understand that in certain circumstances, including, but not limited to, balances too close to credit limits, extenuative cash advances or internal policies prohibiting rate reductions, may affect (MST's) ability or success in reducing such rates. As such, I/We instruct and authorize (MST) to communicate and negotiate with banks, creditors, financial institutions, collection agencies, and all other related entities and individuals relating to my / our accounts to the extent that I/We would be permitted to do so myself, obtain records, validations and any other supporting documentation related to my/our accounts and to communicate and negotiate the interest rates on those accounts with my/our permission. I/We authorize My Success Track (MST) to charge my/our credit card a previously agreed upon one time fee. Your My Success Track (MST) membership includes your Personalized Financial Analysis, Resource Center, Legal Care, Tax Service, Digital Protection, Savings Club, ID Theft Protection. My Success Track (MST) is authorized to use such interpreter regarding my/our financial status in communications and negotiations with third parties.

_Janice Vaszlavik_  Date 1/16/12      _Bob Vasz_
Applicant Signature                    Co-Applicant Signature    Date 1/16/12

---

On the form below, please fill in the areas marked primary account holder for each account. ("primary account holder is the person or individual that the statements are made out to every month") Additionally, please identify if an account is a personal or business account. in each account area. Thank you.

Please begin by inputting your creditors' information in the following order.
1. Mortgage            5. Credit Cards
2. Installment Debts (Auto, RWVs, etc.)  6. Personal Loans
3. Student Loans       7. Business Loans
4. Medical Bills       8. Other

Primary Holder  Name _Bela + Janice Vaszlavik_

1. Creditor _American Express_  Account Number ▓▓▓▓
Creditor Phone # _1-888-blue-781_
Balance $ _0_  Rate _14.24_%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Janice +Bela Vaszlavik_

2. Creditor _Sears Master Card Citi_  Account Number ▓▓▓▓
Creditor Phone # _800-669-8488_
Balance $ _0_  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Janice Vaszlavik +Bela_

3. Creditor _Amazon .com  Chase Visa_  Account Number ▓▓▓▓
Creditor Phone # _888-249-0080_
Balance $ _138_  Rate _14.24_%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Although it is not a requirement, you may send copies of your statements in an effort to expedite the process and insure accuracy!

---

Primary Holder  Name _Bela + Janice Vaszlavik_

4. Creditor _American Express_  Account Number ▓▓▓▓
Creditor Phone # _888-214-1076_
Balance $ _9787_  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _2005_ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela + Janice Vaszlavik_

5. Creditor _VISA BJ's Wholesaler_  Account Number ▓▓▓▓
Creditor Phone # _866-381-7837_
Balance $ _198_  Rate _____%  Expiration Date _____  CVC 3 numbers on back of card
Age of Account _____ years
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Janice + Bela Vaszlavik_

6. Creditor _Chase VISA  Disney_  Account Number ▓▓▓▓
Creditor Phone # _800-300-8575_
Balance $ _1005_  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Janice + Bela Vaszlavik_

7. Creditor _Bank America VISA  AAA_  Account Number ▓▓▓▓
Creditor Phone # _800-807-3048_
Balance $ _0_  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela +Janice Vaszlavik_

8. Creditor _PNC. Mortgage_  Account Number ▓▓▓▓
Creditor Phone # _____
Balance $ _154,411.2_  Rate _4.75_%  Minimum Monthly Payment $ _844.54_
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☑ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

*If you cannot fill all of the Account information on this form, simply attach an additional page.*

---

Primary Holder  Name _Chase Coldwater Creek_  Bela + Janice Vaszlavik

9. Creditor _____  Account Number ▓▓▓▓
Creditor Phone # _800-331-2168_
Balance $ _____  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _2008_ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela Vaszlavik + Janice_

10. Creditor _VISA Capital One_  Account Number ▓▓▓▓
Creditor Phone # _1-800-955-7070_
Balance $ _204.77_  Rate _5.02_%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela Vaszlavik + Janice_

11. Creditor _VISA  PNC  Bank_  Account Number ▓▓▓▓
Creditor Phone # _800-555-8472_
Balance $ _2,990.81_  Rate _6.74_%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela Vaszlavik + Janice_

12. Creditor _VISA  Disne TV Rewards_  Account Number ▓▓▓▓
Creditor Phone # _800-261-4569_
Balance $ _0_  Rate _____%  Minimum Monthly Payment ▓▓▓▓
Age of Account _____ years  Expiration Date _____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

Primary Holder  Name _Bela + Janice Vaszlavik_

13. Creditor _VISA  Bank of America_  Account Number ▓▓▓▓
Creditor Phone # _800-250-6828_
Balance $ _0_  Rate _9.9_%  Expiration Date _____  CVC 3 numbers on back of card
Age of Account _____ years  Minimum Monthly Payment ▓▓▓▓
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (include Name of Business)

*If you cannot fill all of the Account information on this form, simply attach an additional page.*

**Attachment E**

ACCOUNT INFORMATION FORM
Continued                                    4/5

Primary Holder   Name  Janice Vaszlavik
14 Creditor  Old Navy          Account Number_____
Creditor Phone #_____
Balance $___-O-___  Rate 21.90 %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card  799
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name  Janice Vaszlavik
15. Creditor  Kohl's          Account Number_____
Creditor Phone #  1-80-564-5740
Balance $ 100 ⁰⁰  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date  2007   CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name  Bela Vaszlavik
16 Creditor  6th Ave Electronics   Account Number_____
Creditor Phone #  866-396-8254
Balance $___-O-___  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name  Janice Vaszlavik
17 Creditor  J C Penny         Account Number_____
Creditor Phone #_____
Balance $_____  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name  Janice Vaszlavik
18. Creditor  G E Money         Account Number_____
Creditor Phone #  866-396-8254
Balance $ 1086.20  Rate___-O-___ % till March '07   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*If you cannot fit all of the Account Information on this form, simply attach an additional page.*

FTC-GON-00002707

ACCOUNT INFORMATION FORM
Continued                                    5/5

Primary Holder   Name  Janice Vaszlavik
14 Creditor  Lord + Taylor     Account Number_____
Creditor Phone #_____
Balance $___-O-___  Rate_____ %   Minimum Monthly Payment_____
Age of Account  8008  years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☑ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name _____
5. Creditor _____          Account Number_____
Creditor Phone #_____
Balance $_____  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name _____
6. Creditor _____          Account Number_____
Creditor Phone #_____
Balance $_____  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name _____
7. Creditor _____          Account Number_____
Creditor Phone #_____
Balance $_____  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

Primary Holder   Name _____
8. Creditor _____          Account Number_____
Creditor Phone #_____
Balance $_____  Rate_____ %   Minimum Monthly Payment_____
Age of Account_____ years  Expiration Date_____  CVC 3 numbers on back of card
Account Type: ☐ Mortgage ☐ Installment Debt ☐ Student Loan ☐ Medical Bill ☐ Credit Card ☐ Business Loan
☐ Other ☐ Business Card (Include Name of Business)

*If you cannot fit all of the Account Information on this form, simply attach an additional page.*

FTC-GON-00002708

Name_____
Date_____

Client Name  Bela Vaszlavik   Password_____
Lender  Amex          Acct #_____
Contact  888-blue-941

PR ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
CA ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____

Total Balance ____  Min Pmt % ____  Total Min Payment ____
Last 2 Psts ____ Date ____        Date ____
Total Credit Limit ____           Available Credit ____
Bal Trans Offers ____   Offer Expires ____   Fees ____
Reason if N/N ____
_____

FTC-GON-00002684

Name_____
Date_____

Client Name _____   Password_____
Lender  Amex          Acct #_____
Contact  888-246-1096

PR ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
CA ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ End ____ LOL ____ NEG RATE ____ MIN PMT ____
   Promo ____ End ____ LOL ____ New Rate ____

Total Balance ____  Min Pmt % ____  Total Min Payment ____
Last 2 Psts ____ Date ____        Date ____
Total Credit Limit ____           Available Credit ____
Bal Trans Offers ____   Offer Expires ____   Fees ____
Reason if N/N ____
_____

FTC-GON-00002685

**Attachment E**

APP. 1732

## Form 1 (top left)

Name _____
Date _____

Client Name _____ Password _____
Lender B.J 's Wholesale Acct # ███████
Contact 8626-3560-17533

PR _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _____ Min Post % _____ Total Min Payment _____
Last 2 Pmts _____ Date _____ Date _____
Total Credit Limit _____ Available Credit _____
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _____

FTC-GON-00002696

Dyar Dep. Exh. 2
p. 9 of 15
FTC 68
p. 121 of 127

## Form 2 (top right)

Name _____
Date _____

Client Name _____ Password _____
Lender Chase Adventa Chase Acct # ███████
Contact _____

PR _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _____ Min Post % _____ Total Min Payment _____
Last 2 Pmts _____ Date _____ Date _____
Total Credit Limit _____ Available Credit _____
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _____

FTC-GON-00002697

Dyar Dep. Exh. 2
p. 10 of 15
FTC 68
p. 122 of 127

## Form 3 (bottom left)

Name _____
Date _____

Client Name _____ Password _____
Lender Capital One Acct # ███████
Contact _____

PR _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _____ Min Post % _____ Total Min Payment _____
Last 2 Pmts _____ Date _____ Date _____
Total Credit Limit _____ Available Credit _____
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _____

FTC-GON-00002698

Dyar Dep. Exh. 2
p. 11 of 15
FTC 68
p. 123 of 127

## Form 4 (bottom right)

Name _____
Date _____

Client Name _____ Password _____
Lender PDC Acct # ███████
Contact 553-8472

PR _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
CA _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____
BT _____ BAL _____ NEG RATE _____ MIN PMT _____
    Promo _____ End _____ LOL _____ New Rate _____

Total Balance _____ Min Post % _____ Total Min Payment _____
Last 2 Pmts _____ Date _____ Date _____
Total Credit Limit _____ Available Credit _____
Bal Trans Offers _____ Offer Expires _____ Fees _____
Reason if N/N _____

FTC-GON-00002699

Dyar Dep. Exh. 2
p. 12 of 15
FTC 68
p. 124 of 127

**Attachment E**

Form 1 (top left):

Name _____
Date _____

Client Name _____   Password _____
Lender Direct.V. Paints   Acct # ██████████
Contact 8LoI-4869

PR ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
CA ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____

Total Balance ____ Min Pmt % ____ Total Min Payment ____
Last 2 Pmts ____ Date ____ ____ Date ____
Total Credit Limit ____ Available Credit ____
Bal Trans Offers ____ Offer Expires ____ Fees ____
Reason if NN ____
____
____

FTC-GON-00002700

Form 2 (top right):

Name _____
Date _____

Client Name _____   Password _____
Lender B. of A.   Acct # ██████████
Contact _____

PR ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
CA ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____

Total Balance ____ Min Pmt % ____ Total Min Payment ____
Last 2 Pmts ____ Date ____ ____ Date ____
Total Credit Limit ____ Available Credit ____
Bal Trans Offers ____ Offer Expires ____ Fees ____
Reason if NN ____

FTC-GON-00002701

Form 3 (bottom):

Name _____
Date _____

Client Name _____   Password _____
Lender 6th Ave. Electronics   Acct # ██████████
Contact 8LoLo-396-8254

PR ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
CA ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____
BT ____ BAL ____ NEG RATE ____ MIN PMT ____
     Promo ____ End ____ LOL ____ New Rate ____

Total Balance ____ Min Pmt % ____ Total Min Payment ____
Last 2 Pmts ____ Date ____ ____ Date ____
Total Credit Limit ____ Available Credit ____
Bal Trans Offers ____ Offer Expires ____ Fees ____
Reason if NN ____
____
____

FTC-GON-00002702

**Attachment E**

# **EXHIBIT F**

CCG BILLING CONVERSATION

[3/9/2012 2:46:56 PM] Karissa Dyar: Hi billingccg! I'd like to add you on Skype. Karissa Dyar
[3/9/2012 4:30:40 PM] CCG Billing: CCG Billing has shared contact details with Karissa Dyar.
[3/9/2012 4:31:03 PM | Removed 4:31:58 PM] CCG Billing: This message has been removed.
[3/9/2012 4:31:15 PM] Karissa Dyar: omg lol
[3/9/2012 4:31:29 PM] CCG Billing: lol, you'll bve able to chat with him now
[3/9/2012 4:31:39 PM] Karissa Dyar: that's gonna be fun
[3/9/2012 4:31:54 PM] CCG Billing: lol, ok I m gonna delete my message lol
[3/12/2012 2:07:42 PM] Karissa Dyar: Dale
[3/12/2012 2:07:58 PM] CCG Billing: whats up
[3/12/2012 2:08:13 PM] Karissa Dyar: you have some sort of website called platinum something or other?
[3/12/2012 2:08:24 PM] CCG Billing: no
[3/12/2012 2:08:26 PM] CCG Billing: why
[3/12/2012 2:08:38 PM] Karissa Dyar: it has you number and address on it.
[3/12/2012 2:08:44 PM] Karissa Dyar: lemme ask steve what it was again
[3/12/2012 2:08:46 PM] CCG Billing: send me link
[3/12/2012 2:10:43 PM] Karissa Dyar: http://platinumsecurityplus.com/
[3/12/2012 2:12:54 PM] Karissa Dyar: http://mysuccesstrakonline.com/contacts.html
[3/12/2012 2:23:01 PM] Karissa Dyar: I'm running to the post office so I won't be here. call if you need me
[3/13/2012 10:41:24 AM] Karissa Dyar: hello
[3/13/2012 10:41:46 AM] CCG Billing: whats up
[3/13/2012 10:42:00 AM] Karissa Dyar: i need to ask how much you paid yesterday
[3/13/2012 10:42:28 AM] CCG Billing: 23k, rooms paid 70%, brett told me he gave you 5k
[3/13/2012 10:42:44 AM] Karissa Dyar: yeah because you were short
[3/13/2012 10:42:59 AM] CCG Billing: my problem is i got another 12k in chargebacks from keenys closed rooms, thats killing me
[3/13/2012 10:43:08 AM] Karissa Dyar: wow
[3/13/2012 10:43:16 AM] Karissa Dyar: brett said kenny was with df
[3/13/2012 10:43:43 AM] Karissa Dyar: i'm sorry
[3/13/2012 10:43:45 AM] Karissa Dyar: he's not with df
[3/13/2012 10:43:50 AM] CCG Billing: 100k + in chargebacks this year from rooms closed so i cant take it out of a wire, i have to some how come up with that money or burn the merchant account
[3/13/2012 10:44:18 AM] Karissa Dyar: is it the old merchant account or the one you use now?
[3/13/2012 10:46:32 AM] CCG Billing: its offshore that i still use. i cant put 100K through because i dont have it. i put thriugh about 5k a week, but 10 to 15k come in each week. so they are threatening collection, court. there are pissed because im getting more and more behind

1

[3/13/2012 10:46:58 AM] Karissa Dyar: wow, how the hell do you fix that?
[3/13/2012 10:47:32 AM] CCG Billing: i have someone creating websites and my name to screw people and i just found out the state of indiana is sueing me for robo calls i dont make.
[3/13/2012 10:47:55 AM] CCG Billing: do you want my life?
[3/13/2012 10:48:29 AM] CCG Billing: how much did brett give you
[3/13/2012 10:48:37 AM] Karissa Dyar: no thanks, I have enough issues
[3/13/2012 10:48:41 AM] Karissa Dyar: he gave me 5k
[3/13/2012 10:49:41 AM] CCG Billing: get the rest tomorrow. im borrowing from next weeks wire to pay this weeks bills. i have been for 3 weeks now. it the only to stay in business because of these bullshit chargebacks from kennys rooms
[3/13/2012 10:50:17 AM] Karissa Dyar: I think we should go visit kenny
[3/13/2012 10:51:17 AM] CCG Billing: shoot him one time for me
[3/13/2012 10:57:33 AM] Karissa Dyar: I would love too
[3/13/2012 10:57:40 AM] Karissa Dyar: he's a weirdo
[3/13/2012 2:37:37 PM] Karissa Dyar: dale
[3/13/2012 2:48:57 PM] CCG Billing: whats up
[3/13/2012 2:49:24 PM] Karissa Dyar: the sites I gave you, they're not yours?
[3/13/2012 2:49:31 PM] CCG Billing: no
[3/13/2012 2:49:36 PM] CCG Billing: whos are they?
[3/13/2012 2:49:57 PM] Karissa Dyar: I can have Steve find out if you'd like. He does that often for other sites that duplicate ours.
[3/13/2012 2:50:25 PM] CCG Billing: how many times has this happened?
[3/13/2012 2:50:50 PM] Karissa Dyar: I don't know, it happens sometimes with one of my numbers I have
[3/13/2012 3:05:39 PM] Karissa Dyar: so I suppose you don't want his help haha
[3/13/2012 3:06:17 PM] CCG Billing: what do you mean?
[3/13/2012 3:06:31 PM] CCG Billing: try and find out who owns the domain
[3/13/2012 3:06:37 PM] Karissa Dyar: I was asking if you wanted steves help
[3/13/2012 3:06:43 PM] Karissa Dyar: anytime i mention him you get quiet
[3/13/2012 3:06:53 PM] CCG Billing: if he can find out let him try
[3/13/2012 3:07:16 PM] Karissa Dyar: ok i'll let him know. i'm gonna be married to him soon ya know so you're gonna have to like him lol
[3/13/2012 3:07:40 PM] CCG Billing: dont have anything against him
[3/13/2012 3:07:49 PM] Karissa Dyar: alright :)
[3/14/2012 12:14:55 PM] CCG Billing: go daddy will not shut site down, did steve find anything out?
[3/14/2012 12:16:18 PM] Karissa Dyar: he was in the pan handle all night and just got home this morning. I'll make sure he looks into it for you. He knows how to get all of that done.
[3/14/2012 12:17:09 PM] CCG Billing: he told me he dose not know who df is and kenny is doing nothing
[3/14/2012 12:17:42 PM] CCG Billing: talking about df, did brett say thats kenny?
[3/14/2012 12:19:00 PM] Karissa Dyar: who told you that
[3/14/2012 12:19:07 PM] Karissa Dyar: and brett said no, no business with kenny
[3/14/2012 12:46:27 PM] CCG Billing: who is paying you for DF fulfillment?

2

[3/14/2012 12:47:03 PM] Karissa Dyar: idk ... Brett is haha
[3/14/2012 12:47:11 PM] Karissa Dyar: I just get the money!
[3/14/2012 12:47:54 PM] CCG Billing: so how is brett paying you for DF fulfillment and telling me he dosent know who DF is. there is a lot of shady shit going on
[3/14/2012 12:48:33 PM] Karissa Dyar: I didn't say he doesn't know who they are, I said I don't know. I just get paid.
[3/14/2012 12:48:51 PM] CCG Billing: he is telling me he dosent know how they are
[3/14/2012 12:49:10 PM] Karissa Dyar: well I don't know
[3/14/2012 12:49:19 PM] Karissa Dyar: kind of a strange situation there
[3/14/2012 12:49:33 PM] Karissa Dyar: what else shady are you running into
[3/14/2012 12:51:03 PM] CCG Billing: you mean other then this website no one knows where came from and a room brett wanted us to process for but didnt, we are now getting calls from customers of his saying they bought live for sucess services and were given our number
[3/14/2012 12:51:42 PM] Karissa Dyar: are they DF clients?
[3/14/2012 2:39:55 PM] CCG Billing: rest of wire sent out, sorry for delay
[3/14/2012 2:40:14 PM] Karissa Dyar: no problem, thanks :)
[3/15/2012 10:53:38 AM] CCG Billing: morning
[3/15/2012 10:53:52 AM] Karissa Dyar: hi
[3/15/2012 2:09:23 PM] Karissa Dyar: [Thursday, March 15, 2012 2:09 PM] Kirstin Nagy:

<<< thought you were giving your own number for tickles now
[3/15/2012 2:09:33 PM] Karissa Dyar: did you tell them what you and I discussed?
[3/15/2012 2:10:00 PM] CCG Billing: we do give our number
[3/15/2012 2:10:22 PM] Karissa Dyar: during our tickles, we give both, as you and I discussed
[3/15/2012 2:11:03 PM] Karissa Dyar: I explained it to kirstin
[3/15/2012 2:12:34 PM] CCG Billing: i though that when we talked i said that when us over here talk to clients on a welcome call, we give out our number and yours. when you guys do a tickle call you should give out your number, they already have our number.
[3/15/2012 2:12:56 PM] Karissa Dyar: when I called you I was talking about our tickles
[3/15/2012 2:13:04 PM] Karissa Dyar: so I'll change it, guess I misunderstood
[3/15/2012 2:13:05 PM] CCG Billing: i dont care if you give our number out also. just make sure client nows what number is for what
[3/15/2012 2:14:55 PM] CCG Billing: the only problem you may run into by giving our number out is in what context you would give it out in. meaning you give your number for consutents, the only thing you can say when you explian what our number is for would be for cancels and refunds and i dont want to get that stuck in there head.
[3/15/2012 2:15:17 PM] Karissa Dyar: ok i'm just gonna do our number then
[3/15/2012 2:15:33 PM] CCG Billing: if you guys can give our number our with out says cancel or refunds, that finbe but then how do you explain the second phone number
[3/15/2012 2:16:00 PM] Karissa Dyar: don't worry about it, we'll do our number only
[3/15/2012 2:17:05 PM] CCG Billing: i got it. when you do tickle calls, give out your number and ask them if they have customer service number also. they should have it, if

3

they dont give it to them. i would rather them have 2 numbers in case they cant get hold of you or us

[3/15/2012 2:17:38 PM] CCG Billing: just dont say its for refunds or cancels

[3/15/2012 2:18:03 PM] CCG Billing: say its for general customer service question and you guys are the finanial consultents

[3/15/2012 2:24:38 PM] CCG Billing: i really dont care to much how we give out our numbers, i just want to prevent chargebacks, however we can

[3/16/2012 3:33:58 PM] Karissa Dyar: hey

[3/20/2012 9:49:03 AM] CCG Billing: what is consultens address

[3/20/2012 9:49:22 AM] Karissa Dyar: 10801 Starkey Rd #104-223 Seminole, FL 33777

[3/20/2012 9:58:09 AM] Karissa Dyar: are you sending me a pkg lol?

[3/20/2012 1:15:21 PM] Karissa Dyar: Dale

[3/20/2012 1:26:09 PM] CCG Billing: whats up

[3/20/2012 1:26:21 PM] Karissa Dyar: are your people overwhelmed?

[3/20/2012 1:26:32 PM] CCG Billing: no, why?

[3/20/2012 1:27:29 PM] Karissa Dyar: I have clients that sometimes hang up before we can transfer so I just skype them over and Kirstin is saying that we need to do our best to keep them on the phone (which we do) because they can't get ahold of them and they have other things that they're tending to

[3/20/2012 1:27:57 PM] CCG Billing: they tell me you sent over 7 cancels, when are they from and please send them right when you get them, don let them pile up

[3/20/2012 1:28:25 PM] Karissa Dyar: I give them to them right away

[3/20/2012 1:28:28 PM] Karissa Dyar: they don't pile up

[3/20/2012 1:28:39 PM] CCG Billing: sometimes calls to come in all at once, but doesnt happen to often

[3/20/2012 1:28:43 PM] Karissa Dyar: if we're doing tickles, they can happen back to back

[3/20/2012 1:29:34 PM] Karissa Dyar: the first two I gave this morning, I said they were from yesterday, because I generally leave the office at 4:30

[3/20/2012 1:29:50 PM] CCG Billing: try to keep them on the phone and transfer. if they are all on the phone, it could take a minute. make sure to tell them its a cancel call so they can get off the other call if its not as inportant

[3/20/2012 1:30:10 PM] Karissa Dyar: I do everytime. Don't you think you need more people?

[3/20/2012 1:30:36 PM] CCG Billing: how many do you have?

[3/20/2012 1:30:46 PM] CCG Billing: i have 4 people.

[3/20/2012 1:31:08 PM] Karissa Dyar: I have a total of 8 people

[3/20/2012 1:31:29 PM] Karissa Dyar: one full time person is enough to answer the call volume, a part time person comes in to help with tickles

[3/20/2012 1:31:42 PM] Karissa Dyar: but everyone has the ability to get off the phone and get a call if i need them to

[3/20/2012 1:31:48 PM] Karissa Dyar: including myself

[3/20/2012 1:32:36 PM] Karissa Dyar: Kirstin says you have 3 people

[3/20/2012 1:32:57 PM] CCG Billing: brought joe back last week. he makes the 4th

[3/20/2012 1:33:02 PM] Karissa Dyar: i c

[3/20/2012 1:33:06 PM] Karissa Dyar: you do welcome calls?

**Attachment F**

[3/20/2012 1:33:56 PM] CCG Billing: we do follow up calls the day after we get the deal before we capture funds from the pre auth
[3/20/2012 1:34:17 PM] CCG Billing: but we only have about 50% connect rate
[3/20/2012 1:39:22 PM] Karissa Dyar: ok I was wondering about that
[3/20/2012 1:39:37 PM] Karissa Dyar: I was thinking of creating a nice postcard for the 30 day letters
[3/20/2012 1:40:05 PM] CCG Billing: whatever will help us
[3/20/2012 1:40:15 PM] Karissa Dyar: I think it would be good
[3/20/2012 1:40:32 PM] Karissa Dyar: trying to figure out a cheaper option for our shipping too, but it's difficult. there's so many rules.
[3/20/2012 1:43:36 PM] CCG Billing: so many rules?
[3/20/2012 1:43:58 PM] Karissa Dyar: well a package has to be a certain thickness to ship a certain way
[3/20/2012 1:44:13 PM] Karissa Dyar: right now I'm stuck with flat rate priority
[3/20/2012 1:44:20 PM] CCG Billing: postcard doesnt need a package
[3/20/2012 1:44:44 PM] Karissa Dyar: postcards would be cheap. I'm talking about the wp and analysis
[3/20/2012 1:45:49 PM] CCG Billing: we need to get most of it online. did richie get the site fixed so there is not a big red banner saying there is no security
[3/20/2012 1:46:18 PM] Karissa Dyar: yeah it's fixed
[3/20/2012 1:46:51 PM] CCG Billing: if we get this online, we cut doen shipping a printing cost
[3/20/2012 1:47:13 PM] Karissa Dyar: but we'd still have to send a wp
[3/20/2012 1:47:56 PM] CCG Billing: ok, but if we dont have to send final, it helps. also online we can start faster with the whole process
[3/20/2012 1:48:10 PM] Karissa Dyar: yes I agree
[3/20/2012 1:48:35 PM] CCG Billing: we have to. not to many companies us mail
[3/20/2012 1:48:54 PM] Karissa Dyar: That would save so much money ... and the environment haha
[3/20/2012 1:49:16 PM] CCG Billing: ok, so how do we move forward? we need to start
[3/20/2012 1:49:50 PM] Karissa Dyar: well, do the sales floors obtain email addresses during the sale?
[3/20/2012 1:50:40 PM] CCG Billing: we used to. i will talk to the rooms. we will aslo start getting some on our end. if you talk to client and you dont have one starting asking
[3/20/2012 1:50:54 PM] Karissa Dyar: ok I can make that happen
[3/20/2012 1:51:06 PM] Karissa Dyar: we've cut a lot of cost with the client allowing us to email their analysis
[3/20/2012 1:53:44 PM] CCG Billing: how many clients let you do that?
[3/20/2012 1:54:01 PM] Karissa Dyar: about 40%
[3/20/2012 1:54:37 PM] CCG Billing: are the deals coming over with emails or are you guys getting them?
[3/20/2012 1:55:03 PM] Karissa Dyar: they come in with their paperwork with emails & then once the intro is done or the file is complete, we confirm it's ok
[3/20/2012 3:04:37 PM] Karissa Dyar: dale
[3/20/2012 3:04:47 PM] Karissa Dyar: you sent me an email but there aren't any names in red

5

[3/20/2012 3:19:19 PM] CCG Billing: i just forwarded what they gave me
[3/20/2012 3:22:53 PM] Karissa Dyar: can you ask which one they need? there's a lot on that list
[3/20/2012 3:29:23 PM] CCG Billing: its going to be the last name on the list
[3/20/2012 3:35:15 PM] Karissa Dyar: ok
[3/21/2012 10:19:10 AM] CCG Billing: morning

**Attachment F**

# **EXHIBIT G**

| From: | Bruce Gattis < █████████ > |
| --- | --- |
| Sent: | Monday, October 31, 2011 4:20 AM |
| To: | Ron Stoner < █████████ >; Brett Fisher <Brett@myprocreditgroup.com> |
| Subject: | Update |

---

I had a long conversation with Steve Short on Friday. He brought to light a problem with the verification script. The customer does not state their full current mailing address; they just say yes or no to what is read to them. This results in about 10-15 packages a week being returned with incorrect addresses. This does not help the other problems with the program and is easily fixed. I will also contact Dale Monday morning for the computer support necessary for me to do the monitoring that you requested. I called him Friday and left a voice mail and did not receive a reply.

I did not get paid by either of you last week. Could you please make my deposit on Monday. I have to pay for three prescriptions and have $2.67 to my name.

--
Bruce Gattis

# **EXHIBIT H**

# Pro Credit Group LLC
## Account QuickReport
### January through December 2009

| Type | Num | Date | Name | Amount |
|------|-----|------|------|--------|
| **6180 · Contract Labor** | | | | |
| Check | 2009 | 4/29/2009 | Steve Short | 200.00 |
| Check | 2036 | 5/12/2009 | Steve Short | 22.80 |
| Check | 2037 | 5/13/2009 | Steve Short | 200.00 |
| Check | 2041 | 5/15/2009 | Joe McGinley | 265.00 |
| Check | 2052 | 5/21/2009 | Rashid Walters | 50.00 |
| Check | 2055 | 5/22/2009 | Rashid Walters | 165.00 |
| Check | 2056 | 5/22/2009 | Joe McGinley | 322.50 |
| Check | 2057 | 5/22/2009 | Scott Fisher | 200.00 |
| Check | 2066 | 5/29/2009 | Joe McGinley | 397.50 |
| Check | 2067 | 5/29/2009 | Rashid Walters | 370.00 |
| Check | 2078 | 6/1/2009 | Joe McGinley | 350.00 |
| Check | 2086 | 6/4/2009 | Karissa Dyer | 305.00 |
| Check | 2087 | 6/4/2009 | Rashid Walters | 290.00 |
| Check | 2089 | 6/4/2009 | Scott Fisher | 320.00 |
| Check | 2091 | 6/4/2009 | Steve Short | 200.00 |
| Check | 2104 | 6/11/2009 | Karissa Dyer | 357.50 |
| Check | 2105 | 6/11/2009 | Scott Fisher | 400.00 |
| Check | 2106 | 6/11/2009 | Rashid Walters | 370.00 |
| Check | 2122 | 6/19/2009 | Scott Fisher | 100.00 |
| Check | 2223 | 8/21/2009 | Steve Short | 300.00 |
| Check | 2245 | 9/3/2009 | Steve Short | 380.00 |
| Check | 2262 | 9/18/2009 | Steve Short | 400.00 |
| Check | 1021 | 9/25/2009 | Steve Short | 460.00 |
| Check | 2280 | 10/5/2009 | Steve Short | 500.00 |
| Check | 2306 | 10/21/2009 | Steve Short | 300.00 |
| Check | 1063 | 11/18/2009 | Curtis Bailey | 122.00 |
| Total 6180 · Contract Labor | | | | 7,347.30 |
| **TOTAL** | | | | 7,347.30 |

**Attachment H**

# **<u>EXHIBIT I</u>**

Hi Richie,
I have a strange request. A client received their analysis but can't read well and they asked if there's any way for us to print it out with larger font. Let me know ☺

*Karissa Dyar*

*Corporate Fulfillment Center*

# EXHIBIT J

# Pro Credit Group LLC
## Transaction Detail By Account
### April through December 2009

| Type | Date | Num | Name | Debit | Balance |
|------|------|-----|------|-------|---------|
| **6870 · Web Design and Development** | | | | | |
| Check | 4/10/2009 | 1004 | Richard Clark | 500.00 | 500.00 |
| Check | 4/17/2009 | 1009 | Richard Clark | 500.00 | 1,000.00 |
| Check | 4/24/2009 | 2005 | Richard Clark | 500.00 | 1,500.00 |
| Check | 5/1/2009 | 2013 | Richard Clark | 500.00 | 2,000.00 |
| Check | 5/8/2009 | 2029 | Richard Clark | 500.00 | 2,500.00 |
| Check | 5/15/2009 | 2040 | Richard Clark | 500.00 | 3,000.00 |
| Check | 5/22/2009 | 2054 | Richard Clark | 500.00 | 3,500.00 |
| Check | 5/29/2009 | 2068 | Richard Clark | 500.00 | 4,000.00 |
| Check | 6/4/2009 | 2088 | Richard Clark | 500.00 | 4,500.00 |
| Check | 6/11/2009 | 2103 | Richard Clark | 500.00 | 5,000.00 |
| Check | 6/19/2009 | 2117 | Richard Clark | 500.00 | 5,500.00 |
| Check | 6/26/2009 | 2127 | Richard Clark | 500.00 | 6,000.00 |
| Check | 7/3/2009 | 2142 | Richard Clark | 500.00 | 6,500.00 |
| Check | 7/10/2009 | 2160 | Richard Clark | 500.00 | 7,000.00 |
| Check | 7/17/2009 | 2172 | Richard Clark | 500.00 | 7,500.00 |
| Check | 12/23/2009 | 2385 | Jeff Dimm Designs | 650.00 | 8,150.00 |
| Total 6870 · Web Design and Development | | | | 8,150.00 | 8,150.00 |
| **TOTAL** | | | | 8,150.00 | 8,150.00 |

**Attachment J**

# **EXHIBIT K**

[9/26/2011 1:34:26 PM] Kirstin Nagy: Please email analysis to Lance Noel claims never got it ████████████

[9/26/2011 1:40:00 PM] keagan bash: k

[9/26/2011 1:40:34 PM] Kirstin Nagy: ty

[9/26/2011 1:40:43 PM] keagan bash: yw

[9/26/2011 2:11:52 PM] Karissa Dyar: Dick Bealer ....Jessica Spring (Processing Center) cci stating that he has not seen any differences in his rates, let him know that his file was pulled for the next round of negos and that they will be completed before or on 10/28, client said that he is going to the BBB because he spoke with a man supervisor a few weeks ago and he lied to him, let him know that theyre are no male supervisors or cs reps in this department, client changed his story and said "well you guys can do whatever you want because you are a scam" tried to explain to the client that we are not and that we did work from him client cut me off and said "just dont bother me anymore" and HU 09/26/2011 - 02:05:05

[9/26/2011 2:19:52 PM] CCG Podium: amy livingood coming over

[9/26/2011 2:20:01 PM] keagan bash: k

[9/26/2011 2:20:47 PM] Kirstin Nagy: yeeeaaaa for mr. Dick

[9/26/2011 2:20:48 PM] Kirstin Nagy: .

[9/26/2011 2:20:49 PM] Kirstin Nagy: .

[9/26/2011 2:20:49 PM] Kirstin Nagy: .

[9/26/2011 2:20:52 PM] Kirstin Nagy: .head

[9/26/2011 2:21:15 PM] Karissa Dyar: you may wanna call Bradley Lewis

[9/26/2011 2:21:35 PM] Karissa Dyar: I missed the note on the 20th and he told Stacey he wanted to cancel but wouldn't let her transfer him

[9/26/2011 2:26:11 PM] Kirstin Nagy: karissa

[9/26/2011 2:26:23 PM] Karissa Dyar: yes

[9/26/2011 2:27:03 PM] Kirstin Nagy: I have a client on the phone that wants a email from randy stating that he is an employee and that he is real because he is calling him wanting passwords for his accounts

[9/26/2011 2:27:13 PM] Karissa Dyar: lol ok that's funny

[9/26/2011 2:27:22 PM] Karissa Dyar: who is it and what's the email

[9/26/2011 2:27:36 PM] Kirstin Nagy: please hold (music) (music)

[9/26/2011 2:27:41 PM] Kirstin Nagy: they are getting that for me

[9/26/2011 2:27:43 PM] Karissa Dyar: do do do deeeee

[9/26/2011 2:29:00 PM] Kirstin Nagy: charles Robinson

[9/26/2011 2:29:27 PM] Kirstin Nagy: ████████████████ has to have have Randy's name in it

[9/26/2011 2:29:43 PM] Kirstin Nagy: and he's leaving for Brazil tomorrow and has to get this today

[9/26/2011 2:57:14 PM] keagan bash: (^)woohoo

[9/26/2011 2:57:39 PM] Karissa Dyar: (*) (music) (^) (beer) (d) \o/

[9/26/2011 3:11:50 PM] CCG Podium: Go girl, it's your birthday

Open wide, I know you're thirsty

Say aah

Say aah

[3/14/2012 9:10:23 AM] Karissa Dyar: Roger Schlappi left a 2 and a half minute vm ... wants to cancel, says he's using his 3 day right to recision, contacted visa already to start the dispute
[3/14/2012 9:10:44 AM] CCG Podium: great ty
[3/14/2012 9:10:49 AM] Karissa Dyar: np
[3/14/2012 9:21:43 AM] CCG Podium: do you have time when that message was left
[3/14/2012 9:24:19 AM] Karissa Dyar: 5:23
[3/14/2012 9:24:30 AM] Karissa Dyar: I forgot to put it in telecom
[3/14/2012 9:24:40 AM] CCG Podium: ok ty
[3/14/2012 9:27:44 AM] Podium 2: Kerry Norman coming over wants status update ty
[3/14/2012 9:31:44 AM] Karissa Dyar: peggy collins is a cancel or active??
[3/14/2012 9:31:50 AM] Karissa Dyar: trackroom deal
[3/14/2012 9:32:04 AM] Kirstin Nagy: checking
[3/14/2012 9:32:17 AM] Karissa Dyar: nevermind
[3/14/2012 9:32:49 AM] Karissa Dyar: I asked you before I assigned it, I'm sure I did
[3/14/2012 9:32:57 AM] Kirstin Nagy: ok np
[3/14/2012 10:15:34 AM] Karissa Dyar: Lucille Newell ... how come she's back here
[3/14/2012 10:16:02 AM] Karissa Dyar: Kirsten Morris sent your way wanted to cxl
[3/14/2012 10:18:41 AM] Karissa Dyar: hello???
[3/14/2012 10:18:46 AM] Karissa Dyar: [Wednesday, March 14, 2012 10:15 AM] Karissa Dyar:

<<< Lucille Newell ... how come she's back here
[3/14/2012 10:19:38 AM] Karissa Dyar: also Peggy Collins is working with a banker and she doesn't want to go through with all of this and is contacting the bank
[3/14/2012 10:28:01 AM | Edited 10:28:15 AM] CCG Podium: why would the SC tell a client there nothing we can do for them and need to talk to us about getting a refund. SC client do not have a refund policy
[3/14/2012 10:28:26 AM] Karissa Dyar: for which client
[3/14/2012 10:28:35 AM] CCG Podium: Peggy Collins
[3/14/2012 10:28:51 AM] Podium 2: [Wednesday, March 14, 2012 10:21 AM] Podium 2:

<<< Kevin Linzenmeyer u got a savings analysis we can e-mail this guy or no
[3/14/2012 10:30:10 AM] Karissa Dyar: the client told her she didn't want to do all of this since she had already gotten one of her rates lowered.
[3/14/2012 10:30:20 AM] Karissa Dyar: melissa never told her we couldn't do anything for her
[3/14/2012 10:30:52 AM] Podium 2: ███████████████ thats kevin's e-mail so...
[3/14/2012 10:31:01 AM] Karissa Dyar: no on kevin because it's pending info
[3/14/2012 10:31:13 AM] Karissa Dyar: Keon Grant (Negotiator)  missingpassword on sears cc. favorite pets name. lm  06/21/2011 - 03:55:00
[3/14/2012 10:31:48 AM] CCG Podium: OK well thats what Peggy was claiming
[3/14/2012 10:32:24 AM] Karissa Dyar: she's been fighting this battle for months so i don't believe it
[3/14/2012 10:32:44 AM] CCG Podium: o well she NR

[10/3/2011 1:35:22 PM] keagan bash: im slow today
[10/3/2011 1:37:16 PM] Kirstin Nagy: transferred her sorry
[10/3/2011 1:39:43 PM] keagan bash: yea i heard it behind me but didnt register
[10/3/2011 1:41:44 PM] Kirstin Nagy: Tracking number please on second welcome package for james kusky please
[10/3/2011 1:42:14 PM] keagan bash: will check
[10/3/2011 1:49:18 PM] Kirstin Nagy: k ty he's hu on us 3 times now,
[10/3/2011 1:49:23 PM] Kirstin Nagy: forget noe he's a CXL,
[10/3/2011 1:52:15 PM] keagan bash: im sorry. the tracking cumputer shut down. i had to reboot.
[10/3/2011 2:09:37 PM] Kirstin Nagy: Pamela Davis please have someone call this client and Go over negs
[10/3/2011 2:11:50 PM] keagan bash: k
[10/3/2011 3:00:19 PM] Kirstin Nagy: Valerie Whitt Put this file on hold
[10/3/2011 3:00:25 PM] Kirstin Nagy: please
[10/3/2011 3:01:10 PM] keagan bash: k
[10/3/2011 3:01:21 PM] Kirstin Nagy: ty
[10/3/2011 3:20:01 PM] keagan bash: what is pamela davis looking for? she was asked to fax in proof that she paid off everything. justice had talked to her one othertime and told her she doesnt qualify
[10/3/2011 3:24:57 PM] Kirstin Nagy: ok then why was she still worked?
[10/3/2011 3:25:25 PM] Kirstin Nagy: all that work done for free knowing she was paying it off, this is all news to me today
[10/3/2011 3:25:26 PM] Karissa Dyar: because she never faxed proof and you guys never cancelled her
[10/3/2011 3:25:40 PM] Kirstin Nagy: she never sent it in
[10/3/2011 3:25:45 PM] Karissa Dyar: well,
[10/3/2011 3:25:53 PM] Karissa Dyar: then we still work it unless it's cancelled out
[10/3/2011 3:25:58 PM] Kirstin Nagy: CXl requested was same day as results of Negs
[10/3/2011 3:26:16 PM] Kirstin Nagy: ours status went in before yours
[10/3/2011 3:26:27 PM] Karissa Dyar: Angela Justice (Processing Center) stc i pulled her file to expo it and have it done by the end of the day FRIDAY, she is just upset b c she paied off her accounts and does not qualify for the program and wants her money back.... Trans to CCG to go over the terms of that 09/29/2011 - 10:30:12
[10/3/2011 3:26:30 PM] Karissa Dyar: and then ......
[10/3/2011 3:26:35 PM] Kirstin Nagy: I read that
[10/3/2011 3:26:38 PM] Karissa Dyar: she wanted it to be expo'd
[10/3/2011 3:27:00 PM] Karissa Dyar: either way, i'm not gonna stop working something unless the status is sale cancelled
[10/3/2011 3:27:39 PM] Kirstin Nagy: we dont' CXl someone out untill the prove paid in full, youll stop tickling them but not stop working their files??
[10/3/2011 3:27:58 PM] Kirstin Nagy: that's why we put it as requested so you'll stop
[10/3/2011 3:27:59 PM] Karissa Dyar: whatever kirstin.
[10/3/2011 3:28:05 PM] Karissa Dyar: she has 2366.47 in debt
[10/3/2011 3:28:11 PM] Karissa Dyar: what would you like me to do

[9:12:18 AM] Michelle Rigby: no...he just signed up yesterday

[9:12:26 AM] Michelle Rigby: so he hasnt even been billed yert

[9:12:28 AM] Michelle Rigby: yet

[11/28/2011 10:14:16 AM] Karissa Dyar: that's from DF

[11/28/2011 10:16:59 AM] Kirstin Nagy: I have a mohammad rashid that enrolled yesterday that hasn't been billed yet

[11/28/2011 10:17:35 AM] Kirstin Nagy: now I am worried to bill this clinet

[11/28/2011 10:18:29 AM] Kirstin Nagy: did you get a phone number that he called off of so I can check it against the client we have to make sure they aren't dups

[11/28/2011 10:25:30 AM] Karissa Dyar: ok hold on

[11/28/2011 10:25:56 AM] Karissa Dyar: ███████████

[11/28/2011 10:28:32 AM] Kirstin Nagy: ok no the # I have is a ███

[11/28/2011 10:28:55 AM] Karissa Dyar: ok cool

[11/28/2011 10:28:58 AM] Karissa Dyar: that kinda confused me

[11/28/2011 10:29:00 AM] Karissa Dyar: lol

[11/28/2011 10:43:17 AM] Karissa Dyar: Donald Anderson from Friday: Linda Driver (Negotiator)  20 day follow up; client stated that he didn't want to hear from us again that enrollment fee wasn't talked about and he also stated that he called us and told us he didnt want to do it no notes in regards to this; passed message  11/25/2011 - 12:21:09

[11/28/2011 10:47:21 AM] Kirstin Nagy: Kelly Thayer i asked on Friday if you guys had called to double check if it was a CC or not Keagan said he wasn't sure that he would need to wait and talk with karissa, has it been confirmed if it is or isn't a CC?

[11/28/2011 10:47:47 AM] Karissa Dyar: hold on one sec

[11/28/2011 10:48:18 AM] Kirstin Nagy: k ty

[11/28/2011 10:50:36 AM] Karissa Dyar: torrie had the file and she's on the phone with a bank. gimme a few minutes

[11/28/2011 10:51:20 AM] Karissa Dyar: the file's complete

[11/28/2011 10:51:31 AM] Karissa Dyar: the card you gave us is a cc, wells fargo

[11/28/2011 10:51:55 AM] Kirstin Nagy: ty vm, just needed to know if it was a CC or not, she kept trying to say it was a BOA loan

[11/28/2011 10:52:01 AM] Karissa Dyar: ok np

[11/28/2011 11:03:52 AM] Karissa Dyar: Cynthia White Linda Driver (Negotiator) Welcome call complete; client didnt know who we were so I explained she then stated not interested asked her to hold while I transferred her to ccg but she kept saying no no no no...... I could get a word in over her saying no  11/28/2011 - 09:59:21

[11/28/2011 12:05:50 PM] Kirstin Nagy: We are a few people down so please go easy on us today

[11/28/2011 12:06:24 PM] Karissa Dyar: yeah, remember when I told you that on Wednesday and you transferred a million calls lol

[11/28/2011 12:07:08 PM] Kirstin Nagy: I probably didn't transfer any

[11/28/2011 12:07:14 PM] Karissa Dyar: :)

[11/28/2011 12:22:44 PM] CCG Podium: Dixie Booth was sale cxl on 11/3 and you guys still worked her account nego was done on 11/22 please pull her file she had been refuned

[11/28/2011 12:23:11 PM] Karissa Dyar: lovely

[11/28/2011 2:49:00 PM] Karissa Dyar: Kelly Thayer savings not met

[11/28/2011 3:06:17 PM] Karissa Dyar: Tiare Macias transferred

# **EXHIBIT L**

Satisfied Service Solutions
Payroll Account
873 W Bay Dr Suite 142
Largo, FL 33770-3221
Largo, FL 33770-3221

1378

53-27/631 FL
24372

Date 3/13/15

Pay To The Order Of Angela Justice $ 21 00

Twenty-one & 00/xx Dollars

Bank of America

ACH R/T 063100277

For WE 3/8/15 Karissa Ryan MP

⑈063100277⑈ ███████ 6271⑈ 1378

Harland Clarke

**Satisfied Service Solutions**
Payroll Account
873 W Bay Dr
Suite 1-42
Largo, FL 33770-3221

1355

63-27/631 FL
24372

Date 1/26/15

Pay To The
Order Of _Jessica Spring_ | $ 300 00

_Three hundred_ & 00/XX _____ Dollars

**Bank of America**

ACH R/T 063100277

For _IT support_            _Karissa Ryan_

⑆063100277⑆ ███████ 527 1⑈ 1355

Harland Clarke

**S** Satisfied Service Solutions
Payroll Account
873 W Bay Dr
Suite 142
Largo, FL 33770-3221

**1354**
63-27/631 FL
24372

Date: 1/23/15

Pay To The Order Of: Keon Grant $ 360 00

Three hundred sixty $ 00/xx Dollars

Security Features Details on Back.

**Bank of America** 〰️

ACH R/T 063100277

For: WE 1/18/15

Karissa Ryan    MP

⑆063100277⑆ ▮▮▮▮▮▮ 5271⑈1354

Harland Clarke

*Satisfied Service Solutions*
*Payroll Account*
*873 W Bay Dr Suite 142*
*Largo, FL 33770-3221*
*Largo, FL 33770-3221*

**1377**

63-27/631 FL
24372

3/13/15

Date

Pay To The
Order Of ___ Linda Driver ___ $ 561.00

Five hundred sixty-one & 00/xx ___ Dollars

**Bank of America**

ACH R/T 063100277

For ___ WE 8/8/15 ___ Krissa Dyer ___ MP

⑆063100277⑆ ████ 5271⑈1377

Harland Clarke

**Attachment L**