# EXHIBIT 29

## Declaration of Tawnia Yovanovich Pursuant to 28 U.S.C. § 1746

1. I, Tawnia Yovanovich, hereby state that I am a United States citizen and am over eighteen (18) years of age.

2. I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify to the facts stated herein.

### Background

3. I am a Trade Practice Specialist at the Better Business Bureau of West Florida, Inc. ("Clearwater BBB"), which is located at 2655 McCormick Drive, Clearwater, Florida. I have held this position since 2006.

4. The Clearwater BBB, like other BBB chapters, is a private, not-for-profit organization supported by its dues-paying members, which are businesses and professional groups within our service area. The Clearwater BBB serves the West Florida area, including St. Petersburg and Tampa.

5. My job responsibilities include, among others, managing the complaint handling for numerous industries, including companies in the following BBB business categories: Credit Debt Consultants, Financial Services, Collection Agencies, and Debt Relief Services. These responsibilities include ensuring that all complaint communications are properly stored in our databases and contained within the appropriate company's file.

6. In the ordinary course of business, the Clearwater BBB's complaint handling process proceeds as follows:

    - Consumers file complaints with the Clearwater BBB by mail, facsimile, email, or by using the BBB's Internet-based complaint handling system at www.bbb.org.

    - Consumers are asked to provide information that includes, but is not limited to: their name, address, and telephone number; the nature of their grievance; what they are seeking from the company as resolution; the name of the business or organization that is the subject of the complaint; and the names of any principals of the business or organization.

    - Complaint communications received through www.bbb.org are stored immediately in our database, and complaint communications received via mail, facsimile, or email are scanned and stored in the database as computer files.

    - After a complaint is filed, the Clearwater BBB forwards the complaint to the company that is the subject of the complaint. The Clearwater BBB keeps copies of any complaint-related correspondence it subsequently receives from the company or the complaining party. The Clearwater BBB does not publish complaint information about a company that is more than 36 months old.

7. In addition to handling consumer complaints, in the course of its regularly-conducted business activities, the Clearwater BBB reviews correspondence and other information,

1

and prepares business reviews for the companies in its geographic region. These business reviews contain basic information about the companies, including principals and persons of contact, as well as complaint history, if any.

8. Pursuant to the Florida Office of Attorney General's requests, I forwarded copies of all the complaints that consumers filed with the BBB against Total Budgeting and related entities, as well as all communications regarding these companies.

## Information Related to Total Budgeting

9. The Clearwater BBB received its first complaint against Total Budgeting in March of 2013. Since that date, as of May 19, 2015, consumers have filed 199 complaints against Total Budgeting and other related business names. It is the understanding of the BBB that the various business names that consumers complained against were related to Total Budgeting.

10. Based on information in BBB files, in March of 2014, BBB consolidated information and complaints for Total Budgeting and other related business names into a single BBB Business Review. The related business names had complaints similar in nature to Total Budgeting, offered virtually identical services, and had very similarly formatted websites. Complaint correspondence from Total Budgeting and other related business names were virtually identical in nature, including the letterhead of the correspondence and format of the responses. The business letters were not signed by any individual of the business. Envelopes used to mail the correspondence were virtually identical in style and according to the stamps were mailed from the same post office.

11. For this reason, complaints filed against these various business names were aggregated under the BBB business review for Total Budgeting. Some of these names include: Bigger Budget, Competitive Budgeting, Complete Budgeting, Insightful Budgeting, Resourceful Budgeting, Skilled Budgeting, Today's Financial Living, Your Household Budget, Card Member Services, Reduced Expenses, Today's Financial, Less Costly Living, Prepared Budgeting, Intuitive Budgeting, Decisive Budgeting, AddressMySavings.com, and Lowered Expenses.

12. The Clearwater BBB has created a business review for Total Budgeting. Clearwater BBB currently rates Total Budgeting as "F" on a scale ranging from A+ to F. Some reasons for the lower rating include: BBB's concerns with the industry in which the business operates; 199 complaints filed against the business; the business's failure to respond to 90 complaints; 16 complaints filed against the business that were not resolved; the business's failure to resolve the underlying causes of a pattern of complaints; the length of time the business has taken to respond to complaints; and the business's failure to have a required competency license. Attached hereto as Attachment A is a true and accurate copy of the Clearwater BBB business review for Total Budgeting, as that business review appeared on the Clearwater BBB's website on or about June 5, 2015.

13. BBB has received a pattern of complaints alleging failure to provide services and high pressure sales. Complaints further state that the company promised to reduce their interest rate or a refund would be issued. Consumers state that after the business failed to provide the reduction in interest rate they also failed to provide the promised refund.

2

APP. 1762

14. On July 23, 2013, BBB contacted the business, requesting information as to why the business believes the customers are filing the complaints, and what actions the business has taken to help eliminate the causes of complaints. As of this date, the business has not replied to this request.

15. Representative samples of recent complaints about Total Budgeting that the Clearwater BBB has received, including Total Budgeting's response to some of those complaints, are attached as Attachment B. The Florida Attorney General has redacted some consumer information from Attachment B, but the materials are otherwise accurate copies of documents maintained by the Clearwater BBB.

**Attestation Regarding Attached Documents**

16. I am a custodian of records for the Clearwater BBB. I am familiar with the recordkeeping process employed by the Clearwater BBB, and attest that all of the aforementioned attached documents have been received, retained, and/or compiled in the course of the regularly conducted business activity of the Clearwater BBB.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 8_, 2015

_____
(Tawnia Yovanovich – BBB Trade Practice Specialist)

# EXHIBIT A

ESPAÑOL • BUSINESS LOGIN • NEWS & EVENTS



 West Florida
○ Name  ● Category

Search by: Business Name, URL, Phone, Email      Enter a valid location      Clear Location

Filter: Businesses ▼ | Source: Site ▼ | Distance: Off ▼   ☐ BBB Accredited Only  ⊙

GET TO KNOW US • GET INVOLVED • GET CONSUMER HELP • PROGRAMS & SERVICES • FOR BUSINESSES

West Florida BBB > Business Directory > Debt Relief Services (Non-compliant with FTC Rule) > **Total Budgeting**

## BBB BUSINESS REVIEW

- Select Language - ▼

Text Size 

Is this your Business?

**Overview** | Complaints | Customer Reviews | Directions

**THIS BUSINESS IS NOT BBB ACCREDITED**

### Total Budgeting

Find a Location

**(888) 862-3816** (Disconnected)
20437 37th Ave N, Suite 112, Saint Petersburg, FL 33704
http://www.totalbudgeting.com
*View Additional Web Addresses*

**! There is an alert for this business !**



On a scale of A+ to F
Reason for Rating
BBB Ratings System Overview

 Share    Print    g+1  0    Like  0

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### BBB Accreditation

Total Budgeting is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 13 factors. *Get the details about the factors considered.*

Factors that *lowered* Total Budgeting's rating include:

> BBB concerns with the industry in which this business operates.
> 200 complaints filed against business
> Failure to respond to 91 complaints filed against business.
> 16 complaints filed against business that were not resolved.
> Length of time business has taken to respond to complaint(s).
> Failure to have a required competency license.

This BBB Business Review and Rating provides information about the customer experience history for the various business names provided in this review. The business is using various names to offer its products and services. This BBB Business Review and Rating provides information about these names together as a whole.

### Customer Complaints Summary                    Read complaint details

| 199 complaints closed with BBB in last 3 years | 99 closed in last 12 months |
|---|---|
| Complaint Type | Total Closed Complaints |
| Advertising / Sales Issues | 4 |
| Billing / Collection Issues | 29 |
| Delivery Issues | 3 |
| Problems with Product / Service | 163 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **199** |

**Additional Complaint Information**

BBB has received a pattern of complaints alleging failure to provide services and high pressure sales. Complaints further state that the company promised to reduce their interest rate or a refund would be issued. Consumers state that after the company failed to provide the reduction in interest rate they also failed to provide the promised refund.

On July 23, 2013, BBB contacted the business, requesting information as to why the business believes the customers are filing the complaints, and what actions the business has taken to help eliminate the causes of complaints. As of this date the business has not replied to this request.

Read Complaints | Definitions | BBB Complaint Process | File a Complaint

### Customer Reviews Summary                      Read customer reviews

| 0 Customer Reviews Customer Reviews on Total Budgeting ||
|---|---|
| Customer Experience | Total Customer Reviews |
| Positive Experience | |
| Neutral Experience | |
| Negative Experience | |
| **Total Customer Reviews** | **0 Customer Reviews** |

Read Customer Reviews | Submit a Customer Review | See Trends in Customer Reviews on Total Budgeting

**QUICK LINKS**

File a complaint against Total Budgeting
Compliment this Business
Accredited Business Directory
Claim This Review
What is a BBB Business Review?
About Enhanced Services

**CUSTOMER REVIEWS**

Read Customer Reviews
Submit a Customer Review
See trends in Customer Reviews for Total Budgeting

**COMPARE (0)**

Compare Total Budgeting with other businesses.

**ASSOCIATED SEARCHES**

Find more businesses offering similar services.

**FEEDBACK**

**RECOMMEND**
Would you recommend this review to others?
Please Select:  ▲ Yes  ▼ No

**SHARE WITH US**
To better assist you, please take our *brief survey* about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**
Email us at info@bbbwestflorida.org with your questions, suggestions, and concerns.

**APP. 1765**

### Government Actions

BBB knows of no government actions involving the marketplace conduct of Total Budgeting.

What government actions does BBB report on?

### Advertising Review

BBB has nothing to report concerning Total Budgeting's advertising at this time.

What is BBB Advertising Review?

### Additional Information

BBB file opened: 03/28/2013

**Licensing, Bonding or Registration**
On November 14, 2013, BBB confirmed that the company has not obtained the necessary Telemarketing license from the Florida Department of Agriculture and Consumer Services.

**Contact Information**
Principal: Mr. Andy Sullivan
Ms. Renee .
Ms. Jennifer .
Mr. Kevin .
Mr. Brian .
Mr. Patrick .
Ms. Nancy Allen
Mr. Peter Freeman
Mr. Chris Green
Mr. Jim Hill
Ms. Agnes J
Mr. Peter Johns
Ms. Brandy Johnson
Ms. Julie M
Mr. Justin McConner
Mr. Shaun McGill
Mr. Michael Moore
Mr. James Parker
Mr. Matthew Richards
Mr. Peter Smith
Mr. Aaron Thompson
Ms. Marie Ware

**Business Category**
Debt Relief Services (Non-compliant with FTC Rule), Buying Clubs, Finance Consultants, Credit Debt Consultants, Consultants-Other, Debt Relief Services

**Alternate Business Names**
Bigger Budget, Competitive Budgeting Solutions, Complete Budgeting, Corporate Fullment Center, Insightful Budgeting, Resourceful Budgeting, Skilled Budgeting, Todays Financial Living, Your House Hold Budget, Cardmember Services, Reduced Expenses, Today's Financial, Less Costly Living, Prepared Budgeting, Intuitive Budgeting, Decisive Budgeting, Your New Budget, AddressMySavings.com , GC Online Solutions Inc., Lowered Expenses



Directions | Enlarge

*As a matter of policy, BBB does not endorse any product, service or business.*

*BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.*

*BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.*



BBB Directory
Give.org
Council of Better Business Bureaus
Contact
BBB Business Partner Code

Terms of Use
Trademarks
Privacy Policy
Fight Phishing



© 2015 BBB of West Florida

**APP. 1766**

# **EXHIBIT D**

| COMPLAINT ACTIVITY REPORT | Case # 67276049 | **Better Business Bureau Serving West Florida** |
|---|---|---|

**Consumer Info:** Figueroa, Valeriana C

**Business Info:** Total Budgeting
6860 Gulfport Blvd S Ste 386
South Pasadena, FL 33707-2108
888 266-0956

- -

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :
I signed up to get lower interest rates on my debt and I did not receive that, I was charged 695 dollars.
I got a call saying I qualify for lower APR on my debt, I signed up they said is going to be from 1% to 6%, I did all the paper work, after 3 weeks I started calling back to find out about that and they said they have an analysis ready,i was supposed to get it on my e-mail, I called everyday for about 3-4 weeks and I finally got that e-mail, and I looked in there it was an analysis that just increased my monthly payment on all my debt which I was already doing that on my own. I called them back and tell them that this is not what I signed up for, and he said to wait for the second try is going to be more results, but I told him I want my money back because this is a scam and he said I can't get my money back because is passed the time frame. I got charged 695 dollars and I haven't got what i promised.

**Consumer's Desired Resolution:**
I want my refund back and the company to be investigated because I am sure I am not the only one. thank you

| 04/04/2014 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 04/07/2014 | MEH | BBB | Case Reviewed by BBB |
| 04/09/2014 | Otto | MAIL | Notify Business of Dispute |
| 04/08/2014 | MEH | BBB | More info received from the consumer |
| 04/08/2014 | MEH | BBB | More info received from the consumer |
| 04/25/2014 | KMB | BBB | Call Business to Request Response |
| 04/25/2014 | Otto | EMAIL | Consumer - Have You Heard From the Business |
| 04/25/2014 | Otto | MAIL | Reminder of Dispute to Business |
| 04/28/2014 | | BBB | MORE INFO RECEIVED FROM THE CONSUMER : i don't have any new |

information about the case, nobody contacted me to try to solve the dispute. I called them one day after i put in the complain and the person i spoke to said they provided the service and is no way to give me a refund, even though the service they provided is not worth anything.

| 05/08/2014 | MEH | BBB | RECEIVE BUSINESS RESPONSE : In regards to the customer Valeriana |

Figueroa, the customer has actively participated in the membership since enrollment. Per the terms that the customer agreed to, if the company fails to achieve the minimum savings guarantee, the customer would be issued a full refund. The customer has their service for a full year and the company will continue to work their file per the customer's request. The company will be more than willing to work with the customer to make sure they're completely satisfied with their membership.

| 05/08/2014 | KMB | EMAIL | Forward Business Response to Consumer |
|---|---|---|---|
| 05/09/2014 | WEB | BBB | BBB RECEIVES CUSTOMER REBUTTAL TO RESPONSE : (The consumer indicated |

he/she DID NOT accept the response from the business.)
    Anything they said is true, I was not satisfied ever with them and they did not do anything about it, I called them many times and told them that and the only response I got is that they provided a service and they can not issue a refund. basically I don't have anything that I signed up for but I was charged. this company is a big scam and they need to be stopped.
          Thank you

| 05/09/2014 | KMB | MAIL | Forward Consumer Rebuttal to Business |
|---|---|---|---|
| 05/23/2014 | OttO | BBB | No Further Comments from Business |
| 05/27/2014 | TAY | BBB | BBB Judged Case AJR |
| 05/27/2014 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 05/27/2014 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |
| 08/18/2014 | MEH | BBB | MORE INFO RECEIVED FROM THE BUSINESS : This letter is in response to the |

above case # 67276049. We spoke to the customer in April and customer requested her file be worked on. Both parties agreed to have file worked further. We have tried to contact the customer to remedy the situation with no response from the customer since May. We have and will continue to not only work for our customer but also continue to try and satisfy Mrs. Figueroa as our customer

**APP. 1768**

Complete Budgeting
9753 66th St N. Suite 379
Pinellas Park, FL 33782

RE: Case# 67276049: Valeriana C Figueroa

TO: Kristen Blue
Better Business Bureau of West Florida
2655 McCormick Drive
Clearwater, FL 33759

This letter is in response to the above case # 67276049. We spoke to the customer in April and customer requested her file be worked on. Both parties agreed to have file worked further. We have tried to contact the customer to remedy the situation with no response from the customer since May. We have and will continue to not only work for our customer but also continue to try and satisfy Mrs. Figueroa as our customer

Thank You



Complete Budgeting
9753 66th Street N Suite 379
Pinellas Park, FL 33782

TAMPA FL 335
SAINT PETERSBURG FL
15 AUG 2014 PM 3 L



Better Business Bureau of West florida
2655 McCormick Drive
Clearwater, Fl 33759

33759104155



**Complete Budgeting**

**9753 66th St N Suite 379**

**Pinellas Park, FL 33782**

Complaint#67276049

Valeriana Figueroa

To Whom it May Concern:

    In regards to the customer Valeriana Figueroa, the customer has actively participated in the membership since enrollment. Per the terms that the customer agreed to, if the company fails to achieve the minimum savings guarantee, the customer would be issued a full refund. The customer has their service for a full year and the company will continue to work their file per the customer's request. The company will be more than willing to work with the customer to make sure they're completely satisfied with their membership.



RECEIVED
MAY 0 7 2014
By_____

Sincerely,

Complete Budgeting

Customer Service

Complete Budgeting
9753 66th St N Suite 379
Pinellas Park, FL 33782

33759310415S

Better Business Bureau
2655 McCormick Drive
Clearwater, FL 33759

TAMPA FL 335
SAINT PETERSBURG FL
05 MAY 2014 PM 5 1


Mary Huff <mhuff@bbbwestflorida.org>

# BBB Case # 67276049

**Valeriana Figueroa** ███████████████████████████████  Tue, Apr 8, 2014 at 12:45 PM
To: Mary Huff <mhuff@bbbwestflorida.org>

this charge was in 2013 November.

11/04 11/04 M 85101599LWGNFZ945M 8667516518COMPLEBUDG INGLEWOOD CA $695.00
and I also attached the analysis that I got from them on February 17 , 2014
if you need more information or something is not clear do not hesitate to let me know.
thank you

[Quoted text hidden]

 **Valeriana Figueroa complete budgeting analysis.pdf**
1624K

# COMPLAINT ACTIVITY REPORT  Case # 67277847 **Better Business Bureau Serving West Florida**

**Consumer Info:**  Clark, Lloyd Daniel



**Business Info:** Total Budgeting
6860 Gulfport Blvd S Ste 386
South Pasadena, FL  33707-2108
888 266-0956

**Location Involved:**     (Same as above)

**Consumer's Original Complaint** :
I have been fighting with these people since December of 2013, at first just wanted my money back since they were not doing anything for me at all and ended up giving them til Feb 6th 2014 and finally they decided or told me they would reimburse my card of $695.00 which they took off of my card Sept.26th, 2013. I have called them and put on hold several times since then (on hold for up to an hr.) and each time told the money was on its way back onto my card. Well here it is April 21st 2014 and still not received the $695.00 back on my card. Company is just ripping people off and actually not doing one thing for the people. Lowering your interest rates they say but my interest rates have never changed.

**Consumer's Desired Resolution:**
DesiredSettlementID: RefundWould like $695.00 back on my card with interest of 14.9% which they cost me.


| | | | |
|---|---|---|---|
| 04/21/2014 | web | BBB | Case Received by BBB |
| 04/22/2014 | MEH | BBB | Case Reviewed by BBB |
| 04/22/2014 | Otto | MAIL | Notify Business of Dispute |
| 05/08/2014 | KMB | BBB | Call Business to Request Response |
| 05/13/2014 | OttO | EMAIL | Consumer - Have You Heard From the Business |
| 05/13/2014 | OttO | MAIL | Reminder of Dispute to Business |
| 05/26/2014 | OttO | BBB | No Response Received from Business on 2nd Notice |
| 05/27/2014 | TAY | BBB | RECEIVE BUSINESS RESPONSE : This reply was taken verbally by BBB: The consumer was already issued a refund. |
| 05/29/2014 | KMB | EMAIL | Forward Business Response to Consumer |
| 06/10/2014 | OttO | BBB | No Customer Response- Assumed Resolved w/o Letter |
| 06/10/2014 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 08/29/2014 | MEH | BBB | MORE INFO RECEIVED FROM THE BUSINESS : This letter is in response to above case number 67277847. We have spoken to the customer in regards to the situation and have we have tried contacting the customer in regards to his file. We were not aware he had any issues with contacting us. We strive to keep every customer satisfied and will continue to do so. |

Your Household Budget
4644 W Gandy Blvd Suite 4-109
Tampa, FL 33611

Attention: Kristen Blue
Better Business Bureau of west Florida
2655 McCormick Drive
Clearwater, FL 33759

RE: 67277847: Lloyd Daniel Clark

This letter is in response to above case number 67277847. We have spoken to the customer in regards to the situation and have we have tried contacting the customer in regards to his file. We were not aware he had any issues with contacting us. We strive to keep every customer satisfied and will continue to do so.
Thank You


RECEIVED AUG 28 2014 By_____

Your Household Budget
4644 W Gandy Blvd Suite 4-109
Tampa, FL 33611

Better Business Serving West Florida
2655 McCormick Dr
Clearwater, FL 33759

3375910 04155

TAMPA FL 335
SAINT PETERSBURG FL
26 AUG 2014 PM 5 L

**APP. 1776**