UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION, *et al.*,

    Plaintiffs,

v.                                          Case No. 8:15-cv-1417-T-23AEP

E.M. SYSTEMS & SERVICES, LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon Plaintiffs' Unopposed Motion for 60-Day Extension of Discovery Deadlines and Proceedings (Doc. 114). Upon consideration, it is hereby

ORDERED:

1. Plaintiffs' Unopposed Motion for 60-Day Extension of Discovery Deadlines and Proceedings (Doc. 114) is GRANTED.

2. The parties are directed to adhere to the following deadlines:

   | | |
   |---|---|
   | **Plaintiff's Disclosure of Expert Testimony** | **September 29, 2016** |
   | **Defendant's Disclosure of Expert Testimony** | **October 10, 2016** |
   | **Completion of Discovery** | **November 15, 2016** |
   | **Dispositive Motion Deadline** | **December 20, 2016** |

2. A final pretrial conference in accordance with Fed. R. Civ. P. 16(e) and Local Rule 3.06 is scheduled for **May 3, 2017, at 10:00 a.m.,** in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue,

Tampa, Florida. The parties are to timely adhere to all requirements of Local Rule 3.06 concerning Final Pretrial Procedures.

4. The **jury trial** in this case shall commence before United States District Judge Steven D. Merryday during his **June 2017 trial term,** in Courtroom 15A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE AND ORDERED in Tampa, Florida this 14th day of July, 2016.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record