**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION** and
**OFFICE OF THE ATTORNEY GENERAL,**
**STATE OF FLORIDA,**
**DEPARTMENT OF LEGAL AFFAIRS**,

        Plaintiffs,

v.                                                          Case No.: 8:15-cv-1417-T-23AEP

**E.M. SYSTEMS & SERVICES, LLC**, a Florida limited liability company; **ADMINISTRATIVE MANAGEMENT & DESIGN, LLC**, a Florida limited liability company; **KLS INDUSTRIES, LLC, d/b/a SATISFIED SERVICE SOLUTIONS, LLC**, a Florida limited liability company; **EMPIRICAL DATA GROUP TECHNOLOGIES, LLC**, a Florida limited liability company; **EPIPHANY MANAGEMENT SYSTEMS, LLC**, a Florida limited liability company; **STEVEN D. SHORT**, an individual; **KARISSA L. DYAR**, an individual; **ONE EASY SOLUTION LLC**, a Florida limited liability company; **CHRISTOPHER C. MILES**, an individual; **JASON E. GAGNON**, an individual; **KENNETH A. SALLIES**, an individual; **MATTHEW B. THOMAS**, an individual; **CARDREADY, LLC**, a California limited liability company; **BRANDON A. BECKER**, an individual; **JAMES F. BERLAND**, an individual; and **ANDREW S. PADNICK**, an individual,

        Defendants.
_____

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO CARDREADY, LLC, BRANDON A. BECKER, AND JAMES F. BERLAND**

Plaintiffs Federal Trade Commission ("FTC") and Office of the Attorney General, State of Florida, Department of Legal Affairs ("Florida Attorney General") and defendants CardReady, LLC; Brandon A. Becker; and James F. Berland ("Stipulating Defendants") jointly move this Court to enter the attached Stipulated Order for Permanent Injunction and Monetary

Judgment. Plaintiffs' counsel conferred with counsel for the Stipulating Defendants prior to filing the motion; counsel for Stipulating Defendants does not oppose the motion.

Dated: September 14, 2016

Respectfully submitted,

| FEDERAL TRADE COMMISSION | STIPULATING DEFENDANTS |
|---|---|
| /s   Nicholas M. May | s/ Edward A. Marshall |
| Nicholas M. May, DC Bar # 979754 | Edward A. Marshall, GA Bar # 471533 |
| nmay@ftc.gov | edward.marshall@agg.com |
| Anna M. Burns, GA Bar # 558234 | Theresa Y. Kananen, GA Bar # 478998 |
| aburns@ftc.gov | theresa.kananen@agg.com |
| 225 Peachtree Street NE, Ste 1500 | Arnall Golden Gregory LLP |
| Atlanta, GA 30303 | 171 17th Street NW, Suite 2100 |
| Phone: 404-656-1360 (May) | Atlanta, GA 30363-1031 |
| 404-656-1350 (Burns) | Phone: 404.873.8536 |
| Fax: 404-656-1390 | Fax: 404.873.8537 |

OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS

Pamela Jo Bondi
Attorney General

/s  Julia Harris
Julia Harris, FL Bar #884235
julia.harris@myfloridalegal.com
Jennifer Hayes Pinder, FL Bar #017325
jennifer.pinder@myfloridalegal.com
3507 East Frontage Road #325
Tampa, Florida 33607
Phone: 813-287-7950
Fax: 813-281-5515

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this day, September 14, 2016, a true and correct copy of the foregoing document was served on all counsel or parties of record via the Court's CM/ECF system.

            <u>s/ Nicholas M. May</u>
            **Nicholas M. May**
            **Attorney for the Federal Trade Commission**